
FILED
2016 Sep-01  PM 12:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Figure 2



FIGURE 1. LOCATION OF PERCOLATION AND MONITORING SITES.

Figure 3



# Figure 4

# Maxine Mine AMD



# Figure 5

