FILED

2018 Aug-15  PM 04:16
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **BLACK WARRIOR RIVERKEEPER, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.:  2:16-cv-01443-AKK** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DRUMMOND COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DRUMMOND COMPANY, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendant Drummond Company, Inc. ("DCI") moves the Court for summary judgment in its favor, dismissing all of plaintiff's claims against DCI with prejudice, because there is no genuine issue of material fact and because DCI is entitled to judgment as a matter of law on the following grounds:

1.  Plaintiff's claims are barred on the separate and individually sufficient grounds of limitations, laches, compliance and release, and the doctrines of "grandfathering" and/or reliance.

a.     All of plaintiff's legal, injunctive, and declaratory claims are barred by the statute of limitations or repose, 28 U.S.C. § 2462.

b.     Plaintiff's claims are barred by the doctrine of laches.

c.     DCI's compliance with ASMC's and ADEM's requirements and the agencies' releases bar plaintiff's claims.

d.     Plaintiff's claims are barred by the doctrines of "grandfathering" and reliance.

2.     Plaintiff's RCRA claim must be dismissed because RCRA does not apply.

a.     SMCRA provides the basis for regulation of the Maxine property, not RCRA.

b.     As plaintiff's ten-year delay proves, there is no actual evidence of an imminent and substantial endangerment to health or the environment.

3.     DCI incorporates by reference its Brief in Support of Motion for Summary Judgment and its Evidentiary Submission in Support of Motion for Summary Judgment in their entirety.

WHEREFORE, DCI requests that its motion for summary judgment be granted and that all counts of plaintiff's Second Amended Complaint [Doc. 24] be dismissed with prejudice.  DCI further requests costs, attorneys and expert fees, and such other relief as the Court may award.

Respectfully submitted,


/s/ Richard E. Davis
William A. Davis, III (ASB-5657-D65W)
Richard E. Davis (ASB-6685-A58R)
Alfred H. Perkins, Jr. (ASB-3979-R68A)

*Attorneys for Drummond Company, Inc.*


Of Counsel

STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
Birmingham, Alabama 35209
Telephone:  (205) 868-6000
Facsimile:   (205) 868-6099
wad@starneslaw.com
red@starneslaw.com
ahp@starneslaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Motion for Summary Judgment has been filed with the Clerk of the Court using the CM/ECF system which is supposed to send electronic notification of such filing to counsel of record and that this document has also been transmitted in electronic form to the e-mail address indicated for counsel below:

Eva L. Dillard, Esq.
Black Warrior Riverkeeper, Inc.
710 37th Street South
Birmingham, Alabama 35222-3206
edillard@blackwarriorriver.org

James Hecker, Esq.
Public Justice
1620 L Street NW
Suite 630
Washington, DC 20006
jhecker@publicjustice.net

Barry Brock, Esq.
Christina Andreen, Esq.
Southern Environmental Law Center
2829 Second Avenue South
Suite 282
Birmingham, Alabama 35233
bbrock@selcal.org
candreen@selcal.org

This 15th day of August, 2018.

/s/ Richard E. Davis
Of Counsel