# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BLACK WARRIOR RIVERKEEPER, INC.** ) ) ) ) | |
| Plaintiff, ) | Case No.: 2:16-cv-01443-AKK |
| v. ) ) ) | |
| **DRUMMOND COMPANY,** ) ) | |
| Defendant. ) ) | |

## DRUMMOND COMPANY, INC.'S EVIDENTIARY SUBMISSION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Drummond Company submits the following in support of its Motion for Summary Judgment:

## TABLE OF CONTENTS

Exhibit 1    Documents produced by Drummond Company, Inc. ("DRUM" prefix)

Exhibit 2    Documents produced by Black Warrior Riverkeeper, Inc. ("BWR" prefix)

Exhibit 3    Deposition of Nelson Brooke

Exhibit 4    Deposition of David Muncher

Exhibit 5    6/25/18 Deposition of Lois George

Exhibit 6    6/27/18 Deposition of Lois George

{B2931141}

<u>Exhibit 7</u>     Deposition of Lynn Sisk and its Exhibits 2, 3, and 5

<u>Exhibit 8</u>     Figure 29 from October 17, 2017 report by Anthony Brown

This 15th day of August, 2018.

                                      Respectfully submitted,

                                      <u>/s/ Richard E. Davis</u>
                                      William A. Davis, III (ASB-5657-D65W)
                                      Richard E. Davis (ASB-6685-A58R)
                                      Alfred H. Perkins, Jr. (ASB-3979-R68A)

                                      *Attorneys for Drummond Company, Inc.*

<u>Of Counsel</u>

STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
Birmingham, Alabama 35209
Telephone:  (205) 868-6000
Facsimile:   (205) 868-6099
wad@starneslaw.com
red@starneslaw.com
ahp@starneslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Evidentiary Submission in Support of Motion for Summary Judgment has been filed with the Clerk of the Court using the CM/ECF system which is supposed to send electronic notification of such filing to counsel of record and that this document has also been transmitted in electronic form to the e-mail address indicated for counsel below:

Eva L. Dillard, Esq.
Black Warrior Riverkeeper, Inc.
710 37th Street South
Birmingham, Alabama 35222-3206
edillard@blackwarriorriver.org

James Hecker, Esq.
Public Justice
1620 L Street NW
Suite 630
Washington, DC 20006
jhecker@publicjustice.net

Barry Brock, Esq.
Christina Andreen, Esq.
Southern Environmental Law Center
2829 Second Avenue South
Suite 282
Birmingham, Alabama 35233
bbrock@selcal.org
candreen@selcal.org

This 15th day of August, 2018.

/s/ Richard E. Davis
Of Counsel