FILED

2018 Aug-15  PM 04:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

## ALABAMA BY-PRODUCTS CORPORATION
## DIAMOND DRILL HOLE 1706-39

**LOCATION:** SE-SW Of Section 4, Township 17 South, Range 6 West

**RECORD BY:** Arthur J. Blair
**DATE:** November, 1952

| | | THICKNESS | | DEPTH | | ELEVATION |
|---|---|---|---|---|---|---|
| | | Ft. | In. | Ft. | In. | |
| Surface | | 10 | 3 | 10 | 3 | 329.57 |
| Sandy shale | | 19 | 9 | 30 | 0 | |
| Shale | | 26 | 6 | 56 | 6 | |
| Shale, S.S. bands | | 1 | 6 | 58 | 0 | |
| Shale | | 14 | 0 | 72 | 0 | |
| Dark shale | | 1 | 3 | 73 | 3 | |
| Fossil bed at 73'0" | | | | | | |
| Shale. Thin S.S. | | 2 | 7 | 75 | 10 | 249.67 |
| COAL ) | | 0 | 3 | 76 | 1 | |
| Black shale ) | | 0 | 4 | 76 | 5 | |
| Fireclay - Hard ) | | 1 | 9 | 78 | 2 | |
| COAL ) | | 0 | 1½ | 78 | 3½ | |
| Shale ) PRATT SEAM (?) | | 0 | 3 | 78 | 6½ | |
| COAL ) | | 0 | 1¼ | 78 | 7-3/4 | |
| Shale ) | | 0 | ½ | 78 | 8-1/4 | |
| Bony Coal ) | | 0 | 2 | 78 | 10-1/4 | |
| Shale ) | | 2 | 5½ | 81 | 3-1/2 | |
| COAL ) | | 0 | 3/4 | 81 | 4-1/4 | |
| Sandy shale | | 6 | 8-3/4 | 88 | 1 | |
| Sandstone (coarse) (vertical split at 103') | | 19 | 6 | 107 | 7 | |
| Shale | | 0 | 9 | 108 | 4 | |
| COAL. Fire clay | | 0 | 11 | 109 | 3 | |
| Fire clay | | 2 | 8 | 111 | 11 | |
| Sandy shale | | 5 | 3 | 117 | 2 | |
| Sandstone. Shale bands | | 4 | 1 | 121 | 3 | |
| Sandstone. Medium gr. | | 10 | 1 | 131 | 4 | |
| Shale. Thin S.S. bands | | 5 | 9 | 137 | 1 | |
| Sandy shale | | 6 | 7 | 143 | 8 | 135.81 |
| COAL ) | | 1 | 2 | 144 | 10 | |
| Hard shale ) | | 0 | 2 | 145 | 0 | |
| COAL. Bone streak) | | 0 | 1½ | 145 | 1½ | |
| Shale ) | | 0 | 2 | 145 | 6½ | |
| COAL ) | | 0 | 8 | 146 | 2½ | |
| Shale.Bone streaks) AMERICAN SEAM | | 0 | 4½ | 146 | 6-3/4 | |
| COAL ) | | 0 | 7¼ | 147 | 2 | |
| Shale ) | | 0 | 1½ | 147 | 3-1/2 | |
| COAL ) | | 0 | 3/4 | 147 | 4-1/4 | |
| Shale. Hard ) AMERICAN SEAM | | 0 | 3½ | 147 | 7-3/4 | |
| COAL (Lower 3" bony streaks) | | 0 | 11 | 148 | 6-3/4 | |
| Hard sandy fire clay | | 1 | 8 | 150 | 2-3/4 | |

NOTE: Hole tight. Water standing in hole.

DRUM000270

# JOY MANUFACTURING COMPANY

FORM 420

## MICHIGAN CITY, INDIANA

#170 642

## REPORT OF DIAMOND DRILL PROSPECTING

Work done for **Alabama By-Products Corporation**

Near **Maxine, Alabama**                         Year **1952**

Name of Contract                         Prospect No. **170-642**

| DATE | FEET FROM SURFACE | | Thickness Strata | MATERIAL SURF. EL. 469.46 |
| | From | To | | |
|---|---|---|---|---|
| | 0 | 17' | 17' | Surface |
| | 17' | 42'11" | 25'11" | Sandstone |
| | 42'11" | 93' | 50'1" | Sandy Shale |
| | 93' | 134' | 41' | Sandy Shale w/ Sandstone bands |
| | 134' | 185' | 51' | Shale |
| | 185' | 194' | 9' | Shale w/ Sandstone bands |
| | 194' | 202' | 8' | Shale |
| | 202 | 203'6" | 1'6" | Shale w/ Sandstone bands |
| | 203'6" | 211' | 7'6" | Shale |
| | 211' | 212'7" | 1'7" | Fossil Bed & Sandstone |
| | 212'7" | 216'8" | 4'1" | Shale Sandstone bands |
| | 216'8" | 217' | 4" | Coal |
| | 217' | 217'2½" | 2½" | Parting |
| | 217'2½" | 217'4" | 1½" | Coal |
| | 217'4" | 218'5½" | 1'1½" | Fire Clay |
| | 218'5½" | 218'8½" | 3" | Coal |
| | 218'8½" | 218'10 3/4" | 2 1/4" | Shale w/ Coal bands |
| | 218'10 3/4" | 218'11½" | 3/4" | Coal |
| | 218'11½" | 218'11 3/4" | 1/4" | Parting |
| | 218'11 3/4" | 219'2½" | 2 3/4" | Coal |
| | 219'2½" | 222'6" | 3'3½" | Hard Sandy Fire Clay |
| | 222'6" | 225'10" | 3'4" | Sandy Shale |

(continued)

DRUM000271

# JOY MANUFACTURING COMPANY

FORM #20

#170642

## MICHIGAN CITY, INDIANA

Page 2

## REPORT OF DIAMOND DRILL PROSPECTING

Work done for **Alabama By-Products Corporation**

Near **Maxine, Alabama**          Year **1952**

Name of Contract _____          Prospect No. **170-642**

| DATE | FEET FROM SURFACE | | Thickness Strata | MATERIAL |
|------|------|------|------|------|
| | From | To | | |
| | 225'10" | 225'11" | 1" | Coal |
| | 225'11" | 229'9" | 3'10" | Sandy Shale |
| | 229'9" | 230'2" | 5" | Coal |
| | 230'2" | 233'2" | 3' | Fire Clay |
| | 233'2" | 240'6" | 7'4" | Shale |
| | 240'6" | 241'7" | 1'1" | Coal N° |
| | 241'7" | 243' | 1'5" | Fire Clay |
| | 243' | 251' | 1'5" | Sandy Shale |
| | 251' | 266' | 15' | Sandstone |
| | 266' | 276'3" | 10'3" | Sandy Shale |
| | 276'3" | 277'7" | 1'4" | Coal |
| | 277'7" | 277'8" | 1" | Bony Parting |
| | 277'8" | 278'8" | 1' | Coal |
| | 278'8" | 278'9½" | 1½" | Bony Parting |
| | 278'9½" | 279'5" | 7½" | Coal |
| | 279'5" | 279'7½" | 2½" | Shale Parting |
| | 279'7½" | 279'10" | 2½" | Bony Coal |
| | 279'10" | 281' | 1'2" | Coal |
| | 281' | 283' | 2' | Hard Sandy Fire Clay |
| | 283' | 284'5" | 1'5" | Sandy Shale |
| | 284'5" | 284'7" | 2" | Rashy Shale |
| | 284'7" | 286' | 1'5" | Shale |

DRUM000272

cc:  Mr. Sheriff
     Mr. Burdette
     Mr. Cook
     Mr. Gilbert
     Mr. Walker
     Mr. F. McDuff
     Mr. Darden                                    February 18, 1983

MEMORANDUM

TO:        MR. MUSICK

FROM:      MOYER EDWARDS

SUBJECT:   MAXINE ROCK DUMP PROJECT

Per our conversation I have met with Mr. Charles Horn of the Alabama Depart-
ment of Environmental Management to discuss the proposed drainage from the
Maxine Refuse Area which is to be reclaimed.

After reviewing the print which you sent to me, Mr. Horn expressed concerns
about the following:

1. Rainwater from the undisturbed areas west of the existing refuse
   area entering the proposed new diversion ditch which is to be ex-
   cavated.

2. Drainage from the area which is to be reclaimed.

In regards to the first item, I assured Mr. Horn that, based upon my conversa-
tions with you, the area west of the new diversion ditch will be so contoured
and proper action taken to assure that no waters from the undisturbed areas
will co-mingle with waters draining from the old refuse area.

Drainage from the area to be reclaimed - Mr. Horn's concern in regard to this
item is siltation, especially until the ground cover is established, since water
from this area is drained into a ditch which will be carrying it straight to the
river.

I pointed out to Mr. Horn that these waters for the most part would be drained
into an existing small basin located in the hollow just southwest of the area
to be reclaimed. I also indicated that ABC would take such action as necessary
to minimize any siltation to the river from this reclaimed area.

In regards to the crossovers and based upon my conversations with the Alabama
Department of Environmental Management personnel, it is my opinion that NPDES
permitting of these crossovers is not warranted.

If you have any questions in this regard please do not hesitate to call.

MBE:rl

*Mr. Edwards*

# ALABAMA BY-PRODUCTS CORPORATION

### FOUNDRY COKE • COAL • COAL CHEMICALS

**COAL DIVISION OFFICE**
P.O. BOX 218
GOODSPRINGS, ALABAMA 35560

**PHONE (205) 252-8342**
TELEX NO. 59-810

THOMAS E. MUSICK
CHIEF MINING ENGINEER

February 25, 1983

Mr. Randall Johnson
State of Alabama
Surface Mining Commission
Post Office Box 2398
Jasper, Alabama  35501

Re:  Maxine Mine — Permit Application

Dear Mr. Johnson:

Attached you will find four (4) prints of our Drawing No. 405,
Sheet 3 of 3 and four (4) copies of revisions to Maxine Mine
Permit Application Supplement — Exhibit III in "Outline — Work
Elements Proposed for Assessment of Hydrologic Conditions of the
Capped Area, Maxine Rock Disposal Area" (pages 3-5).
These revisions are being submitted in conjunction with your
on-site inspection on Tuesday, February 8, 1983 and relate to
modifications in handling surface water drainage during reclamation
of the existing refuse  disposal site.

Please add these exhibits and information to the Permit Application
Supplement and give me a call if you have  any questions.

Sincerely yours,

*T. E. Musick*

T. E. Musick

TEM:cc

Attachments

DRUM000438

PRELIMINARY DRAFT
SUBJECT TO REVISION



REVISIONS TO

Maxine Mine Permit Application Supplement - Exhibit III
in
"Outline - Work Elements Proposed for Assessment
of Hydrologic Conditions of the Capped Area,
Maxine Rock Disposal Area"   (Pages 3 - 5)

Surface-water monitoring program.

Establish and maintain diversion ditches to segregate
run-off from old material and capped area, monitor and
assess surface-water quality and flow.

Diversion Ditches

a.   Capped area drainage - west ditch.

b.   Old area drainage - east ditch, north ditch and
parallel ditch.

The north ditch, east ditch and west ditch are
essentially in operation at the present time.
stabilization work is to be completed.

The parallel ditch is to be constructed.  As needed,
compacted dikes will be installed to insure physical
separation of waters from the old area and waters from
the capped area.  Also, approximately 50-75 feet of
natural terrain will separate the two ditches.

Cross-over areas will be designed and constructed such
that waters from the capped area cross over the ditch
conveying waters from the old area.

Water quality and discharge will be initially monitored
on a bi-monthly basis.  Monitoring will continue as
specified in item 6 below.

Parameters to be monitored at 6 sites include:
total iron, total manganese, total dissolved
solids, total suspended solids and sulfate.
Determinations will be made on site for pH,
specific conductance and temperature.  Flow will
be measured with a current meter.

4.   Ground-water and surface-water will also be monitored
after storm events.

5.   Monitoring on-site precipitation with Belforte rain
gage already in operation.

P.E. LaMoreaux & Associates



2

6.  In accordance with additional information requested and included in Exhibit IV, ground-water and surface-water monitoring will be completed, until the vegetative cover is established on the capped area, on a bi-monthly basis or a frequency dependent on evaluation of results. After the vegetative cover has been established, monitoring will then continue at 2-month intervals for a minimum of one (1) year.

7.  Submit progress reports (monthly or other approved frequency) to include results of monitoring, assessment and associate graphics.

8.  Final assessment report.

Figure 2 is a schematic illustrating the hydrologic assessment program (final well locations have not been established).

P.E. LaMoreaux & Associates



cc: Mr. Sheriff
    Mr. Cook
    Mr. Burdette
    Mr. Bryant
    Mr. Gilbert
    Mr. Walker
    Mr. Darden
    Mr. F. McDuff
    Mr. C. Jones
    Mr. M. Edwards

February 8, 1983

Memo To:        File

From:           T. Musick

Subject:        Maxine Mine
                Refuse Disposal and Reclamation Relative to
                Mine Permit Application

Plans to create a new refuse disposal site and reclaim the post-
law and breaker rock areas of the present refuse disposal sites were
included and made a part of the mine permit application for subject
mine. It has recently become necessary to change some proposed
drainage patterns for surface water on the existing post-law refuse
disposal area from the way those patterns appeared on the original
permit application. The proposed changes will effect a cost savings
plus offer a more practical approach to the overall plan but it is
necessary to obtain approval of any changes from the Alabama Surface
Mining Commission. For this reason I met with Randy Johnson and
Steve Hinkle of ASMC and Lois George and Dr. Travis Hughes of P. E.
Lamoreaux and Associates on this date to review the proposed changes
on site.

We visited both the new refuse disposal site and the existing post-
law refuse site and explained our proposed plans as submitted to and
approved by management as outlined in a memo of estimated costs
dated January 26, 1983.

Mr. Johnson made no adverse comments about the new refuse site but
stated that he could not approve its use until the permit bonding
was finalized and subsequent permit issued. It is my understanding
that Mr. McDuff satisfied the bonding requirements on February 10,
1982.

At the existing post-law refuse disposal site, Mr. Jonson agreed with
the plan to change the drainage pattern off the pre-law refuse and route
it through a parallel ditch. He did not agree with our plan to allow
surface water from the front or downstream slope of the present refuse
site to co-mingle with water from the pre-law site at the toe of the
slope. This does not appear to be a serious problem or detriment to
the plan, but it will add some cost to the recent cost estimate. The
slope has already been covered with clay and re-vegetated (except
that portion at the very top which remains active) but will require
some ditch construction, a catch basin and some sixty (60) to eighty (80)

DRUM000449

- 2 -

feet of corrugated pipe to convey the collected surface water to an
existing adjacent sediment basin.  This project will be reviewed with
the Superintendent and Resident Engineer early next week.

An addendum to the permit application showing the proposed changes
will also be submitted to A.S.M.C. for their formal approval.

Tom Musick

*T. M.*

TM:cc

DRUM000450

cc: Mr. Sheriff
    Mr. Cook
    Mr. Burdette
    Mr. Bryant
    Mr. Gilbert
    Mr. Walker
    Mr. F. McDuff
    Mr. C. Jones
    Mr. J. Darden
    Mr. M. Edwards

January 31, 1983

TO:        Those Receiving Copies

FROM:      T. Musick

SUBJECT:   Maxine Mine – Status of Refuse Sites

This brief report is being submitted for the record to keep those involved
informed as to the progress of subject projects.  A chronological outline
will be used for simplicity.

November 23, 1982

Jefferson County Commission approved re-zoning of site for new refuse
disposal area.  Included was a Surety Bond in the amount of $69,875.00.

December 10, 1982

Alabama Surface Mining Commission reviewed waste disposal plans (included
in formal permit application) and found them acceptable.  Letter stated
that final approval would come in the form of issuance of Permit P-3254
for Maxine Mine.

December 13, 1982

Executed ontract with Henderson Excavating to construct sediment basin
and stockpipe topsoil at new refuse site.

January 24, 1983

Personnel from ABC met with Dr. Petrie (Soils Consultant) and Lois George
(P. E. Lamoreaux) to finalize plans for preparing the new refuse site and
for covering, draining, and seeding the old refuse site.

        The following suggestions were made:

I.  New Refuse Site

    1.  The clay in its natural state is compact enough to begin dumping
        refuse.

DRUM000451

- 2 -

2. Approximately four (4) tons per acre of agri-lime should be spread on clay surface prior to depositing refuse.

3. Larger breaker rock should be deposited along the lower edge of the new refuse pipe to aid in trapping sediment and increasing compaction on plant refuse.

4. Apply large stone (limestone) at the discharge of the Sediment Basin overflow pipes and on the upstream side of the dam.  The dam was constructed of clay whose analyses indicate that it is slightly acid.

5. Agri-lime (4 tons per acre) should be added to each two foot lift of solid refuse.

6. A thin coat of agri-lime should be spread on the access road to the new disposal site.

II.  Old Refuse Site

1. Old refuse should be graded and contoured to drain  surface runoff with a minimum of velocity.

2. Cover old refuse with  agri-lime at the rate of four (4) tons per acre.

3. Cover refuse with six (6") inches of clay compacted in two opposite directions.

4. Cover six (6") inch layer of clay with agri-lime at the rate of four (4) tons per acre.

5. Place final cover of eighteen (18") inches of clay and topsoil loose (uncompacted).

6. Plant cover crops in accordance with soil analysis.

7. Maintain drainage (westerly direction) from pre-law refuse area as it now flows between pre-law and post-law refuse areas but create a new parallel ditch in a southerly direction to separate waters from each area.  This will eliminate construction of a large channel to reverse the direction of flow between the two areas as is shown on the permit maps.  This change will need to be approved by A.S.M.C.

III.  Breaker Rock Area

1. Since this rock is comparatively large and does not deteriorate readily, agri-lime is not required prior to coverage with clay.

2. Cover with six (6") inches of clay compacted in two (2) directions.

3. Cover with clay and topsoil until the source is depleted but not more than eighteen  (18") inches.  Leave this soil loose.

DRUM000452

- 3 -

<u>January 26, 1983</u>

Henderson completed work on the new refuse site except one or two shifts with one dozer and a front-end loader to place rip-rap and dress up the area.

<u>January 27, 1983</u>

Lois George and Dr. Hughes of P. E. Lamoreaux and Associates met with Tom Musick on site and agreed the change in  flow direction and the parallel ditch approach could be incorporated into their original plan of action.

Randy Johnson of A.S.M.C. indicated by phone that approval of  the new refuse site could not be given until the pending Consent Decree was executed by A.B.C.

Fred McDuff tried to contact Ron Reeves of A.S.M.C. to return the Consent Decree but found that Ron would be out of office until Monday, January 31, 1983.

<u>February 2, 1983</u>

A meeting is scheduled at Maxine Mine with Randy Johnson (A.S.M.C.) to get tentative approval on the new refuse site and final approval on the drainage change for the old refuse site.


                                                        Tom Musick


TM:cc

DRUM000453

September 13, 1982

TO:      MR. GILBERT
         MR. WALKER

FROM:    T. E. MUSICK

SUBJECT: MAXINE MINE--REFUSE DISPOSAL PROJECT


As you know, P. E. Lamoreaux & Associates have been retained to assist us in the project to abandon and reclaim the present active rock dump and establish a new rock dump at another location. The attached report of findings and suggestions has been submitted by Lois George as a result of the field reconnaissance made on August 25, 1982.

Please review the report in light of discussing with a contractor and/or executing in-house when project approval has been received.


                                        T. E. MUSICK
                                        _T. E. M._

TEM:EA

Attachment

cc: Mr. Sheriff
    Mr. Cook
    Mr. Burdette
    Mr. F. McDuff
    Mr. C. Jones
    Mr. L. Wright
    Mr. J. McDuff
    Mr. M. Edward

**P.E.LaMoreaux & Associates**
Consulting Hydrologists, Geologists & Environmental Scientists

August 26, 1982

Mr. Tom Musick
Alabama By Products
Engineering-Mines
P.O. Box 10246
Birmingham, AL 35202

Dear Tom:

On August 25, 1982, a meeting was held at Maxine Mine. Present were Lois George and Phil LaMoreaux of PELA and Ronnie Key and yourself.  As a result of our discussions and field reconnaissance, we are forwarding the following recommendations for actions and maintenance (also see attached figure) with regard to work elements for the Maxine Rock Disposal area:

1.  Clean out new material from diversion ditch (site 1) and maintain open channel.  Construct a berm on west side of ditch to prohibit overtopping of runoff, during periods of storm flow, onto area to be capped.

2.  Install filter cloth dams or an alternative temporary sediment control (site 2) to collect suspended solids in runoff from capped area.

3.  Construct a terrace (site 3) to divert drainage into upper diversion ditch (site 4) when capping is computed in that specific area, as drainage through the lower diversion ditch does not discharge into the catchment basin.  This terrace will reduce the drainage area served by the lower diversion ditch (site 5).

4.  Maintain spillway at "upper pond" (site 6).

5.  Increase capacity of "upper pond" (site 7) by cleaning out.

6.  Grade diversion ditch near river (site 8) to a down slope grade towards the river.  The present grade slopes away from the river over a short stretch.

7.  Build up a berm at south end of the "lower pond" (site 9) to prohibit any mixing of waters from old area with runoff from new area during periods of storm flow.

8.  Block off diversion ditch at northwestern contact of new area and old area and grade and construct

Home Office:  P.O. Box 2310  Tuscaloosa, Alabama 35403  Telephone 205/752-5543  Cable (PELA)

Offices:  4313  South Florida Avenue, Lakeland, Florida  33803   Telephone 813/646-8526
1440 Bank For Savings Building    Birmingham, Alabama 35203   Telephone 205/251-5283

DRUM000458

Tom Musick                    -2-                    8/26/82

   ditch to allow surface runoff to flow as indicated
   on attached figure.  This is necessary to segregate
   runoff from old area and new area.

   The above recommendations are presented at this time
to facilitate planning and scheduling of work elements, to
aid in insuring segregation of runoff, and stress the impor-
tance of monitoring and maintenance of certain features so
as to attain a successful and acceptable project endeavor.

   In accordance with monitoring plans submitted, one
monitoring well will be installed up-dip from the area to be
capped and one will be installed down-dip from the area to
be capped.

   Based on interpretation of aerial photography and as
discussed, the new refuse material (the "area to be capped")
is underlain by three different settings: 1) old refuse
material, 2) valley fill material, and 3) natural ground.
Much consideration has been given to this situation and it
is recommended that, at a minimum, three test holes be
completed and evaluated prior to finalization of establish-
ing monitoring wells in the area to be capped.

   If you have any questions, please advise.

                              Sincerely,

PEL,Sr/dc                     PHILIP E. LaMoreaux
                              President


cc: Doug Cook                 Lois D. George
                              Project Manager



DRUM000460

bc:  Mr. Sheriff/Mr. Burdette
     Mr. Cook/Mr. Musick
     Mr. Gilbert
     Mr. Walker
     Mr. F. McDuff
     Mr. Curt Jones

June 16, 1982

Mr. Bill Harris
Alabama Surface Mining Reclamation Commission
P. O. Box 2390
Jasper, Alabama  35501

Dear Mr. Harris:

Mrs. Lois George of LaMoreaux and Associates has indicated
that you have contacted PELA requesting information relative
to drainage from the rock-storage area at Maxine Mine.

In keeping with your request, please find attached a copy
of the water quality study prepared by PELA for that area,
which has been previously submitted to AWIC in January of
1981.

If we can be of any further assistance, please do not hesitate
to contact us.

Sincerely,

Moyer B. Edwards
Director Environmental Control

MBE:rl
Encl.

STATE OF ALABAMA
# WATER IMPROVEMENT COMMISSION



**Ira L. Myers, M.D.**
Chairman, State Health Officer

**John McMillan, Jr.**
Vice Chairman
Commissioner, Department of
Conservation and Natural Resources

**Office Location:**
2721 Gunter Park Dr., West
Montgomery, Alabama

RECEIVED
AUG 26 1981
A.B.C.
ENV. CONTROL

**James W. Warr**
Director

August 25, 1981

**Commission Members:**
Taney A. Brazeal, Sr., Fairhope
Charles O. Cargile, Hueytown
Frank E. Lindstrom, Sr., Birmingham
David L. Thomas, Montgomery
Dr. John H. Winston, Jr., Montgomery

**Mailing address:**
Public Health Services Bldg.
Montgomery, AL 36130

Telephone 205/277-3630

8/26/81 Copies from MBE to:
Mr. Breland/Mr. Burdette
Mr. Cook/Mr. Musick
Mr. Gilbert
Mr. Walker
Mr. Brown
Mr. Bradford

Mr. Moyer B. Edwards
Alabama By-Products Corporation
Post Office Box 10246
Birmingham, Alabama   35202

Dear Mr. Edwards:

We are in receipt of your plan for pollution abatement at the
Maxine Mine Rock Refuse Dump.  Based upon a review of the material and
an on-site survey, the plan has been approved.

Once construction of the facilities has been completed, please
contact Mr. Alex Napier of this office for an inspection.

Sincerely,

Joe B. Myers
Supervisor, Mining Activities
Water Improvement Commission

JBM:RAN:dst

DRUM000471

bcc: Mr. Breland/Burdette
     Mr. Musick
     Mr. Edwards
     Mr. Brown
     Mr. Gilbert
     Mr. Walker

*maxine file Trout*

June 16, 1981

Mr. Joe Myers
Supervisor - Mining Activities
Alabama Water Improvement Commission
Public Health Services Building
Montgomery, Alabama  36130

Dear Mr. Myers:

We respectfully submit for your consideration and approval the following
plan which will be implemented at the Maxine Mine site.  We would note
that prior to arriving at this plan of action Alabama By-Products Corpo-
ration considered other options some of which were discussed during
our meeting between the AWIC Staff and Alabama By-Products Corporation
representatives on October 28, 1980.  However, there were none in our
opinion that were as promising as the following which also was discussed
during our meeting on the above noted date.

This request is made for the Maxine disposal area in which a phased or
stage approach is proposed.  The area in question is a drainage area
which collects water from both refuse disposal and undisturbed ground,
all sloping to a common drainage course.  In the past ABC has constructed
impoundment structures in tandem for silt containment, as well as to
construct a diversion channel above the upper portion of the refuse
area.  This diversion prohibits the waters falling on the upper undisturbed
areas from coming in contact with the disposed refuse.  Later the diver-
sion channel was extended to segregate additional runoff from the un-
disturbed areas.

The plans being presented to you would consist of removing silt necessary
for a drainage ditch shown on the attached drawing, extending the diversion
channel to the river thus isolating the large storm runoff from the undis-
turbed area west of our refuse disposal site.  We would then construct a
diversion channel on the eastern side of the drainage course to again
isolate undisturbed runoff water from that side.

The next step would be to put limestone in the drainage ditch of the lower
silt structure coupled with a limestone filter adequately sized which would
be approximately 25 feet wide x 60 feet long to accommodate the runoff of
excess water.

DRUM000472

Mr. Joe Myers
June 16, 1981
Page Two


Based upon weather, availability of labor and early approval of this
project by the AWIC, we would plan to have the diversion channels
completed by August 1, 1981 and the entire project completed by Novem-
ber 30, 1981.  Again, as stated, this of course would be contingent upon
the weather and labor problems.

                              Sincerely,



                              Moyer B. Edwards
                              Director Environmental Control



MBE/ba

DRUM000473





SECTION A A

SECTION B-B

KEY PLAN

GATE
CONCRETE DART

ALABAMA BY-PRODUCTS CORPORATION

310-686

(.02 N Titrant)   (unknown influent)

N. Landgraf
John Cronan
Bob Burdette
Ronnie Bryant
J. McDurff(?)
W. Sanders(?)

$$2\ NaOH + H_2SO_4 \rightarrow Na_2SO_4 + 2H_2O$$

If:

100 ml of sample takes 5 ml of .02 N NaOH to reach *Phenolthalein point (8.3 pH) you can calculate the amount of NaOH to add as follows:

EXPLE:   (mole wt (NaOH))

$$.02 \times 10^{-3} \frac{eq}{ml} \times 40\ grams = .8 \times 10^{-3}\ or\ 8 \times 10^{-4}\ g/ml$$

If it takes 5 ml $\times$ 8 $\times 10^{-4}$ g/ml = 40 $\times 10^{-4}$ g/100 ml
         of titrant

$$\frac{40 \times 10^{-4}\ g/ml}{100\ ml\ eff/ml} \times \frac{3785\ ml}{1\ gal} \times \frac{1\ lb}{454\ g}$$
(sample)

$$4 \times 10^{-5} \times 8.34 \frac{lb}{gal} = 33.36 \times 10^{-5}\ lb/gal$$

| Titrant | Influent flow Q? | lbs/gal | | Amt lbs/min or lbs/hr |
|---------|------------------|---------|---|----------------------|
| 5ml | 100 gal/min | $33.36 \times 10^{-5}$ lbs/gal | .0334 | $\frac{lb}{min} = 2\ lb/hr$ |
| | 150 gal/min | $33.36 \times 10^{-5}$ lb/gal | .0500 | " = 3 lb/hr |

Equipment Needs?                                           Costs

Mohr Pipette                                          ~ 5.00
Graduated Cylinder 100 ml                           6.60
Erlenmeyer flask 250 ml                            5.20
Phenolphthalein (1 bottle)                       ~ 10.00
                                                        $26.80

*The "P" end point is pink + sample will be colorless initially; add 2-3 drops to sample first then titrate with .02N NaOH solution until pink color appears. Read amount of ml of titrant and then calculate lbs/hr. as shown in example above.

DRUM000476

bcc:  Mr. Breland/Burdette
      Mr. Musick
      Mr. Edwards
      Mr. Gilbert
      Mr. Walker
      Mr. J. McDuff
      Mr. Bradford

October 29, 1981

Mr. Joe Myers
Supervisor - Mining Activities
Alabama Water Improvement Commission
Public Health Services Building
Montgomery, Alabama  36130

Dear Mr. Myers,

The pollution abatement work at the Maxine Mine Refuse Disposal Area has
been completed according to the plans submitted on June 16, 1981 and
approved on August 25, 1981.

Please advise the date your inspector will visit the site so that I can
arrange for one of our engineers to be present during the inspection.

Yours very truly,

D. R. Cook
Vice President Engineering-Mines

DRC/ba

cc:   Mr. Breland   Gette
Mr. Cook/Musick
Mr. Brown
Mr. J. McDuff
Mr. Edwards
Mr. Gilbert
Mr. Walker

# M E M O R A N D U M



ALABAMA BY-PRODUCTS
CORPORATION

TO        Mr. Doug Cook                                    DATE    February 3, 1981

FROM      Mr. James Brown

SUBJECT   Maxine Mine – Proposed Control of Acid Mine Drainage

The following is a proposal for control of acid mine drainage from the refuse disposal area at Maxine Mine. The steps listed are considered to be the sequence which should be followed to implement what is a possible solution to the problem.

1. A 25-foot wide x 6-foot deep notch will be cut in the dam at the location shown on Sketch 1.

2. The notch will be promptly filled with stone from 6-inches to 12-inches in diameter. (See Sketch 2.) This stone will be placed on the downstream slope of the dam to below the river water line. The area below the notch will have to be dredged to some extent so that the stone can extend below the river water level. (See Sketch 3.)

3. A layer of crusher run stone of up to 6-inch diameter will be promptly placed on the large stone in the notch, across the entire length of the top of the dam and on the entire upstream and downstream slopes. Thickness of this layer will be about 1-foot.

4. Upon completion of Items 1, 2 and 3, a trench will be excavated in the location as shown on Sketch 1. Trench slope will be about 1%, width at the bottom will be about 10-feet. The trench will be promptly filled with stone of from 6-inches to 12-inches in diameter to approximate sediment level presently in the pond. (See Sketches 2 and 3.) Crusher run stone will extend to cover this large stone. (See Sketch 4.)

   The approximate total amount of stone will be 2350 tons based on 145 tons per cubic foot.

5. Concurrent with construction on the dam, diversion ditches should be cut as shown on the attached topographic map of Maxine. At least one dam will have to be constructed to assist in proper control of diverted runoff. The existing diversion ditch will have to be extended to carry runoff to the dam.

6. A diversion ditch will have to be cut in the refuse above the present diversion ditch to prohibit intermingling of runoff from the refuse disposal site and the runoff from undisturbed (by mining) areas.

   Approximately 3300 feet of additional diversion ditches will be required.

JAB:psf

1290 T = sketches



DRUM500494

DRUM00495



Section C-C
℄ Station 1700
Proposed ditch
Thru Dam

266.3'

Maxine Mine
Dam Below Refuse Pile
Scale 1"=24'
2-2-01

SKETCH 2



DRUM00496



DRUM000497



DRUM00498



DRUM000499



*Maxine Treatment*

January 20, 1981

MEMO TO FILE:

On January 19, 1981 I discussed with Gary Walker the conversations we had with Mr. Meyers of AWIC relative to the Maxine refuse disposal area. I indicated to Walker that I would discuss this with him at the first possible time this being it I noted to Walker that the State was looking at a possibility of our installing something similar to a filter dike next to the river with variations upstream of diverting water around the second impoundment structure and/or cutting a opening in the second impoundment structure in order to allow this water to come through on a rather rapid rate and not be retained long enough to pick up acid from the spoil piles.

We next discussed the creek running behind the washer and the work that this gentleman have done digging the creek out. It appears as though the contractor he has done a rather good job and but he has created several pockets, so to speak, in the up creek in order to allow the sediment to drop and prior to getting to Cane Creek. Mr. Walker informed me that this gentleman did this work for about one-third the price usually charged by Mr. Henderson, plus there was no charge for bringing would his equipment into Maxine nor/was there one for one for taking the equipment out. I understand Mr. Henderson usually charges a coming and going fee.

EDWARDS

MBE:rl

bb:  Mr. Breland/Mr. Burdette —w/copy of report
     Mr. Cook/Mr. Musick
     Mr. Brown - w/copy of report
     Mr. Gilbert-    ditto
     Mr. Walker-     ditto
     Mr. McDuff, F.- ditto

*Marine Refuse Policy*

January 12, 1981

Mr. Joe Meyers
Alabama Water Improvement Commission
State Office Building
Montgomery, Alabama  36130

Dear Mr. Meyers:

We are aware of your concern, as expressed during a meeting on
October 28, 1980, that there is a possibility that drainage from
preparation plant reject storage areas could affect the quality
of water in the Locust Fork of the Warrior River.

As I have indicated in communication subsequent to that meeting,
we have engaged LaMoreaux & Associates to conduct a study dealing
with this possibility and have attached a copy of this study con-
taining their recommendation.  We have, in addition, initiated an
in-house investigation and preliminary study on measures which may
improve the quality of this discharge.  In broad terms, this study
will investigate feasible means of facilitating the exit of storm
runoff from this area and the possible reduction of the time which
pyritic material in the area may be exposed to oxidation.

To keep you abreast of our efforts in this area in a timely fashion
as stages of this investigation are completed, we shall forward to
you interim conclusions even though they may be in rough form.

Should you have any questions do not hesitate to contact us.

Sincerely,

Moyer B. Edwards
Director Environmental Control

MBE:rl
Attachment



ASSESSMENT OF EFFECT OF DRAINAGE FROM THE

ROCK-STORAGE AREA, MAXINE MINE, AS

IT RELATES TO THE WATER QUALITY OF

THE LOCUST FORK

PREPARED FOR

ALABAMA BY-PRODUCTS CORPORATION

BY

P. E. LaMoreaux & Associates, Inc.

Tuscaloosa, Alabama   35403

January, 1981

P.E.LaMoreaux & Associates

DRUM000503



# CONTENTS

Executive Summary . . . . . . . . . . . . . .     1

Conclusions . . . . . . . . . . . . . . . . .     2

Recommendations . . . . . . . . . . . . . . .     4

Introduction  . . . . . . . . . . . . . . . .     5

Methodology . . . . . . . . . . . . . . . . .     6

Testing . . . . . . . . . . . . . . . . . . .     7

Calculations  . . . . . . . . . . . . . . . .     9

# ILLUSTRATIONS

Figure 1.   Sampling-site location map . . . . . .    10

2.   Profile A, first specific-conductance
     run . . . . . . . . . . . . . . . . .    11

3.   Profile A, second and third specific-
     conductance runs . . . . . . . . . . .    12

4.   Profile B, specific-conductance run  .    13

DRUM000504



1

## EXECUTIVE SUMMARY

To assess the effect of drainage from the Maxine Mine rock storage area as it relates to the water quality of the Locust Fork the following work elements were completed:

1.  Establishment of sites of sampling/testing profiles on the Locust Fork, one downstream from the rock-storage area main discharge at M-2 and the second upstream from the mine operational area (fig. 1, profiles A and B).

2.  Determination of river-water stratification at profiles A and B and the extent of the mixing zone by means of specific-conductance readings (figs. 1-4).

3.  Data assimilation, interpretation and report preparation.

DRUM000505



2

CONCLUSIONS

1.  At the time of field investigations (December 4, 1980), there was no apparent water-quality stratification in the Locust Fork in the vicinity of the Maxine Mine of Alabama By-Products Corporation.  This absence of stratification is due to flow conditions resulting from the start of the rainy season, river traffic continuously mixing the water, or both.

2.  The specific conductance of the Locust Fork, at the time determinations were made, was very uniform and varied little from 120 micromhos ($\mu$mhos).

3. On the basis of the specific-conductance determinations, the mixing zone of the waters from discharge M-2 and the river is approximately 40 feet in width, is limited to the shallow side slope area of the river-bottom profile, and generally is limited to a water depth of 10 feet or less.  The water discharged at M-2 is immediately deflected downstream and "hugs" the river bank.

4.  Conductivity traverses along the west bank indicate that, at the time of testing, sufficient mixing and dilution resulted in "normal" conductance of 120 micromhos approximately 180 feet downstream from discharge M-2.

5.  Specific conductance in the mixing zone ranged from 125 to 190 micromhos.

P.E. LaMoreaux & Associates

DRUM000506



3

6. The mixing zone, where present, represents only about 7.4 percent of the river volume based on the stream-channel configuration and water depths determined at profile A.

7. The conditions described above are representative of flow conditions between low flow and flood flow. Flood flow will result in greater dilution and mixing.

8. Low discharge from the rock-storage area in comparison to the flow of Locust Fork during all periods of flow indicate that the volume of mineralized water contributed to Locust Fork is insignificant. The chemical character of water in the Locust Fork is affected only slightly, and only in a narrow zone of mixing.

9. Because the denser, more mineralized discharge water in the mixing zone has a non-uniform flow pattern, a representative sampling program cannot be established.

P.E. LaMoreaux & Associates



4

## RECOMMENDATIONS

1.  Use data collected and evaluated in this study as representative of flow conditions between low and flood flow.

2.  A program of sampling and water-quality analyses across the profiles (A and B) is not needed or feasible.

3.  Rerun specific-conductance profiles (A and B) during low-flow conditions.  Data collected should be evaluated, and recommendations should then be made for future monitoring.

4.  Maintain spillway and dam at M-2 discharge to eliminate random discharge.

5.  Monitor total suspended solids at M-2.  Results from bi-monthly monitoring (January through August 1980) show that total suspended solids have ranged from 5.9 to 130 parts per million and averaged 41.3 parts per million from 12 grab samples collected when M-2 was discharging.  Suspended solids can be controlled, and such control would eliminate more sediment deposition at the discharge site.

DRUM000508



5

## INTRODUCTION

The rock-storage area at the Maxine Mine was studied
and monitored during an earlier work phase in order to
establish the hydrogeologic setting, ground-water levels,
stream flow fluctuations, and the relationship between the
ground-water and surface-water systems.  Recommendations
were made for treatment and disposal of the highly min-
eralized water.  Treatment dosage rates and costs were
calculated for disposal of water into an abandoned portion
of the mine; however, treatments costs are not feasible.

The next phase of study requested, was to assess the
effect of drainage from the rock storage area as it relates
to the water quality of the Locust Fork.  Results of this
study are presented in this report.

P.E. LaMoreaux & Associates

DRUM000509



METHODOLOGY

To establish stream stratification (chemical) and the extent of the mixing zone where discharge at M-2 enters the river water and to ascertain the chemical nature of the mixing zone, determinations of specific conductance were made with a portable meter.  Readings were taken at the M-2 discharge, at regular intervals and depths across profiles A and B (fig. 1, 2, 3, and 4), and within the mixing zone and shore area in the vicinity of discharge M-2.

Specific conductance of water is a measure of the ability of water to transmit an electrical current and is directly related to the dissolved solids content of the water.  Specific conductance, therefore, is an indication of the degree of mineralization of water and can be used to estimate specific ion concentrations.  For these reasons and because determination of specific conductance is accurate and economical, specific conductance was utilized in this study.

In conjunction with the conductance runs on profiles A and B, channel depths were measured for use in channel cross-section preparation.

Profile A was located 125 feet downstream on Locust Fork to compensate for future larger discharges and overland flow along the beach bench should further sampling be warranted.

P.E. LaMoreaux & Associates

DRUM000510



7

## TESTING

Results of specific conductance runs are shown in figures 2, 3, and 4.  During the second and third runs on profile A (fig. 3), readings were spaced at closer intervals to obtain more detailed information on the mixing zone.

As shown on figures 2 and 3, the mixing zone at profile A is confined to the shelf area of the river channel and is approximately 40 feet in width.  Specific conductance in the mixing zone ranged from 120 to 190 micromhos as determined in the three runs at profile A and conductivity traverses along the west bank.  Specific conductances recorded during the traverses also indicate that the mixing zone extends approximately 180 feet downstream from the discharge point at which point conductance values returned to 120 micromhos.

Water samples were collected for chemical analysis at discharge M-2 and within the mixing zone (Mi-1) so that the chemical nature of the waters at these two points could be compared.  The results are as follows:

DRUM000511

PELA

8

| Date Collected:  December 4, 1980 | M-2 | Mi-1 |
|---|---|---|
| **Field analysis** | | |
| Temperature ($^{O}$C) | 8.5 | 11 |
| pH | 3.1 | 6.5 |
| Specific conductance ($\mu$mhos) | 4,150 | 140 |
| Flow (gpm)[1] | 35 | --- |
| **Parameters (results in ppm)[2]** | | |
| Total iron | 373 | 1.90 |
| Total manganese | 30 | 0.78 |
| Total dissolved solids | 8,360 | 104 |
| Total suspended solids | 15.6 | 19.2 |
| Sulfate | 6,080 | 58 |

[1]gpm = gallons per minute

[2]ppm = parts per million

Results of analysis for pH, total iron and manganese, and total suspended solids indicate that discharge waters have been significantly diluted in the zone of mixing.

P.E. LaMoreaux & Associates

DRUM000512



9

## CALCULATIONS

Assuming the channel configuration from discharge M-2 to the downstream extent of the mixing zone (180 feet downstream from discharge M-2) to be similar to the channel configuration at Profile A, calculations were made to represent the area of the stream channel along this 180 foot section of the river. Then using the 40 foot width of the mixing zone, calculations were made indicating the area of the mixing zone. The results are that only 7.4 percent of the river channel along the 180 foot section is occupied by the mixing zone. Or, 325,800 gallons of mixing zone water is only a portion of the 4,344,600 gallons of water in the 180 foot section of the Locust Fork.

P.E.LaMoreaux & Associates

DRUM000513



Figure 1. Sampling-site location map.

Case 2:16-cv-01443-AKK   Document 50-2   Filed 08/15/18   Page 48 of 120



Figure 2. - Profile A, first specific-conductance run.

P.E.LaMoreaux & Associates

DRUM000515



Figure 3. — Profile A, second and third specific-conductance runs.

DRUM000516



Figure 4. - Profile B, specific-conductance run.

P.E.LaMoreaux & Associates

DRUM00517

1/7/81 - Mtg re: AWIC - Maxine
Myers, Cook, Edwards

Gan Gas Lemoucine study (publish)

1/ Needs letter stating status of
Filter Dam study
Bad H₂O — spread lower dam

1/

Based upon our mtg of <u>Oct 28, 1980</u>

we realize your genuine concern of

possible damage that may result

to the customer from the non

descrete linkage from projects.

(reject) As I have indicated

in communication earlier that

before we have agreed. Moreover

as soon we are attaching or following

draft of for confirm based

upon has study relating to the problem

& providing you the info at the

earliest time. Your ...

DRUM000521

November 26, 1980

MEMO TO FILE:

On 11/25/80 I telephoned Mr. Joe Meyers of AWIC.  Mr. Meyers asked if I had sent a letter in regards to the Maxine runoff problem to ASMRC, I stated that I had not but it was my understanding that he, Mr. Meyers, would forward this letter to ASMRC.

We next discussed that we possibly should have included some additional information to which Mr. Meyers was unsure at this time as to just what.  He did mention a filter dam and cutting a direct-channel from the upper dam to the river.

EDWARDS

MBE:rl

STATE OF ALABAMA

# WATER IMPROVEMENT COMMISSION

Ira L. Myers, M.D.
Chairman, State Health Officer

Richard A. Forster
Vice Chairman
Commissioner, Department of
Conservation and Natural Resources

Perry Hill Office Park
3815 Interstate Court
Montgomery, Alabama



James W. Warr
Director

August 7, 1980

**RECEIVED**

**AUG 8 1980**

A. B. C.
ENV. CONTROL

Commission Members:
Taney A. Brazeal, Sr., Fairhope
Charles O. Cargile, Hueytown
Frank E. Lindstrom, Sr., Birmingham
David L. Thomas, Montgomery
Dr. John H. Winston, Jr., Montgomery

Mailing address:
State Office Building
Montgomery, AL 36130

Telephone 205/277-3630

8/11/80 copies from MBE to:
Mr. Breland/Mr. Burdette
Mr. Cook/Mr. Musick
Mr. Grover
Mr. Gilbert
Mr. Walker
Mr. McDuff, J.
Mr. Bradford

Mr. Moyer Edwards
Alabama By-Products Corporation
Post Office Box 10246
Birmingham, Alabama  35202

Dear Mr. Edwards:

　　This letter is to acknowledge receipt of your letter of June 9, 1980, in which you proposed a concept of treating the Maxine Mine acid water problem by piping the water to an abandoned portion of the underground mine, subsequent to the water being treated with a calcium oxide slurry.

　　After a site survey and review by the technical staff, your proposal is approved.  Bypass of the treatment system by storm runoff from a worst in ten-year 24-hour precipitation event would be acceptable; however, the outfall from the deep mine dewatering operations must meet permit limits.

　　If you should have any questions regarding this matter, please feel free to contact Mr. Ashley Chadwick or the undersigned.

　　　　　　　　　　Sincerely,

　　　　　　　　　　Joe B. Myers
　　　　　　　　　　Supervisor, Mining Activities
　　　　　　　　　　Water Improvement Commission

JBM:dst

DRUM000526

bc:  Mr. Breland/Mr. Burdette
     Mr. Cook/Mr. Musick
     Mr. Brown
     Mr. Gilbert
     Mr. Gary Walker

October 30, 1980

Mr. Philip E. LaMoreaux
P. E. LaMoreaux & Associates
P. O. Box 2310
Tuscaloosa, Alabama  35401

Dear Mr. LaMoreaux:

I am writing this letter to confirm the telephone conversation
between our Mr. Douglas Cook and your Ms. Lois Dildine on Wednes-
day, October 29, 1980.

As an additional facet to the Rock Storage Project at our Maxine
Mine, we would request that you assess the effect of drainage
from this area as it relates to water quality of the Warrior River.
This study should include the following parameters - pH, Suspended
Solids, Iron and Manganese.

Yours truly,

Moyer B. Edwards
Director Environmental Control

MBE:rl

cc:  Mr. Joe Meyers
     Alabama Water Improvement Commission
     Public Health Services Building
     Montgomery, Alabama  36130

DRUM000528



**P.E. LaMoreaux & Associates**
Consulting Hydrologists, Geologists & Environmental Scientists

October 2, 1980

Copy 10/6/80 from DRC to:
   Mr. Breland/Burdette
   Mr. Brown
   Mr. Edwards

Mr. Douglas Cook, Vice-President
Alabama By-Products Corporation
Engineering - Mines
P.O. Box 10246
Birmingham, Alabama  35202

Dear Mr. Cook:

Based on PELA's detailed study of the rainfall/runoff circulation of water through rock fill material and movement of ground water in the abandoned mine section, we have determined the amounts of water that must be treated to bring about complete remedial control of discharge from the Maxine Rock Storage Area.  The volumes of water, treatment and cost are summarized as follows:  (detailed computations and results of studies are attached).

1.  One-time treatment volume for water existing in mine.

    $318.9 \times 10^6$ gallons = $2.65 \times 10^9$ lb $H_2O$

    to:  pH  8  $56,800

         9  $94,600

        10  $189,000

2.  Treatment of water pumped from mine (approximately 500 gallons per minute - mine water inflow).

    $0.676 \times 10^6$ gal/day (365 days/yr) = $246.7 \times 10^6$ gal/yr
    *(470 g/m)*

                                      = $2.058 \times 10^9$ lb $H_2O$/yr

    to:  pH  8  $85.26/day      # 31,119/yr

         9  $142.08/day      51,859/yr

        10  $284.11/day      103,700/yr

Home Office:   P.O. Box 2310  Tuscaloosa, Alabama 35403  Telephone 205/752-5543  Cable (PELA)

Offices.   4313  South Florida Avenue  Lakeland, Florida  33803  Telephone 813/646-8526
           1440 Bank For Savings Building    Birmingham, Alabama 35203  Telephone 205/251-5283

DRUM000535

Mr. Douglas Cook
October 2, 1980
Page Two

3.  Treatment of oxidized sulfur water from rock fill
    area - estimated average 380 gallons per minute.

    $197.7 \times 10^6$ gal/yr = $1.65 \times 10^9$ lb $H_2O$/yr

    to:  pH   8  $4,548.00/day         $1.66 \times 10^6/_2$      $1.7$
             9  $5,698.00/day         $2.079 \times 10^6$         $2.2$
            10  $7,287.00/day         $2.659 \times 10^6$         $2.7$

    If you have any questions concerning any of the above,
please advise.

                                    Sincerely yours,

                                    Philip E. LaMoreaux
                                    President

PEL:jt

Attachment



3

ABC MAXINE ROCK STORAGE AREA

Titrations - 15 August 1980
Sample Titrated: 15 mℓ
Titrant: 0.944 N NaOH

M-4

| Titrant Volume | pH | (Values read from graphs) |
|---|---|---|
| 0 | 3.15 | |
| 4.8 | 4.20 | |
| 8.0 | 8.00 | |
| 13.0 | 9.35 | |
| 15.0 | 11.15 | |

Well 35

| | | |
|---|---|---|
| 0 | 6.35 | |
| 0.5 | 9.05 | |
| 1.0 | 10.05 | |
| 1.6 | 10.75 | |
| 2.1 | 11.05 | |
| 2.5 | 11.45 | |

M-2

| | | |
|---|---|---|
| 0 | 3.60 | |
| 1.0 | 3.24 | |
| 2.0 | 3.65 | |
| 4.0 | 3.85 | |
| 3.0 | 4.35 | |
| 17.0 | 10.65 | |

Well 325

| | | |
|---|---|---|
| 0 | 6.60 | |
| 0.5 | 9.95 | |
| 1.0 | 10.90 | |
| 1.6 | 11.30 | |
| 2.0 | 11.50 | |

Well MO-2

| | | |
|---|---|---|
| 0 | 3.45 | |
| 4.0 | 4.30 | |
| 8.0 | 4.45 | |
| 12.0 | 5.60 | |
| 18.0 | 7.25 | |
| 22.0 | 8.55 | |
| 33.0 | 10.05 | |

Well MO-1

| | | |
|---|---|---|
| 0 | 2.95 | |
| 10.0 | 5.60 | |
| 20.0 | 8.55 | |
| 29.0 | 10.40 | |

P.E. LaMoreaux & Associates



Figure 1. Results of sample titration, August 15, 1980.

DRUM000538



5

$$\left(\frac{1 \text{ ml}}{\text{ml}}\right)(0.944\underline{N})\left(\frac{1 \text{ eq wt/l}}{1 \underline{N}}\right)(1000 \text{ meq/eq wt})(l/1000 \text{ ml}) =$$

$$0.944 \text{ meq/ml of titrant}$$

For a 150-ml sample size 1 ml titrant is:

$$0.944 \text{ meq in } 150 \text{ ml}$$

$$= \frac{0.944 \text{ meq}}{150 \text{ ml}} \times \frac{1000 \text{ ml}}{l}$$

$$= 6.29 \text{ meq/l}$$

The addition of 1 ml of 0.944 $\underline{N}$ titrant to 150 ml of sample
is the addition of 6.29 meq of titrant/l

Molecular weight of sodium hydroxide

NaOH  = 23 + 16 + 1 = 40

40g NaOH = 1 eq wt, 40 mg NaOH = 1 meq

(6.29 meq/l)(40 mg NaOH/1 meq) = 252 mg NaOH/l

In the titration of 150-ml samples with 0.944 $\underline{N}$ base, the
addition of 1 ml of titrant is equal to the addition of
252 mg/l of NaOH.

P.E.LaMoreaux & Associates

DRUM000539



6

Present average mine dewatering rate =

    #35   940 gpm for 8hr/day

    #325 500 gpm for 7.5hr/day

(940 gal/min)(8hr/day)(60 min/hr)

                         = 451,200 gal/day

(500 gal/min)(7.5hr/day)(60 min/hr)

                         = 225,000 gal/day

              Total: = 676,200 gal/day x (day/1440min)

                  = 470 gpm average rate

1.    Volume of water in mine remaining when pumps have been operated to shut off:

    Filled:  (435 acres)(43560 ft$^2$/acre)(4.5' avg. depth)

              (0.5 water-filled void fraction)

         = 42.63 x 10$^6$ ft$^3$ = 318.9 x 10$^6$ gal = 2.65 x 10$^9$ lb $H_2O$

    Partially filled:

        (360 acres)(43560 ft$^2$/acre)(4.5' avg. depth x 0.5 filled)

        (0.5 water-filled void fraction)

       = 17.64 x 10$^6$ ft$^3$ = 131.96 x 10$^6$ gal = 1.1 x 10$^9$ lb $H_2O$.

    Total = 3.75 x 10$^9$ lb $H_2O$

2.    Present average mine dewatering rate =

       Constant rate, continuous at 470 gpm — 676,200 gal/day

        = 5.64 x 10$^6$ lb $H_2O$/day

3.    Proposed inflow rate of waters high in oxidized sulfur concentration from valley fill into mine:

    (140 acres)(52" rain/year)(43560 ft$^2$/acre)(ft/12")

= 26.4 x 10$^6$ ft$^3$/yr (62.4 lb/ft$^3$) = 1.65 x 10$^9$ lb $H_2O$/yr

     = 197.7 x 10$^6$ gal/yr

P.E.LaMoreaux & Associates



7

1.   One-time treatment volume for existing water in the mine.

$$450.86 \times 10^6 \text{ gal} = 3.75 \times 10^9 \text{ lb } H_2O$$

2.   Annual amount of dewatering pumpage from mine as it is being operated now:

$$0.676 \times 10^6 \text{ gal/day (365 days/yr)}$$

$$= 246.7 \times 10^6 \text{ gal/yr}$$

$$= 2.058 \times 10^9 \text{ lb } H_2O/yr$$

3.   Annual amount of oxidized sulfur water from valley fill to mine.

$$197.7 \times 10^6 \text{ gal/yr} \quad 541,643 \quad (376 \text{ g/m})$$

$$= 1.65 \times 10^9 \text{ lb } H_2O/yr$$

From titration curves on figure 1.  Worse case titrant volumes for mine dewatering waters and for oxidized sulfur waters for selected pH endpoints.

TITRANT VOLUMES

| pH | Mine Dewatering Water (1&2) | Oxidized Sulfur Water (3) |
|----|------------------------------|----------------------------|
| 8  | 0.3 mℓ                       | 20 mℓ                      |
| 9  | 0.5 mℓ                       | 25 mℓ                      |
| 10 | 1.0 mℓ                       | 32 mℓ                      |

@$200.00/ton of 50% NaOH*

1000 lb NaOH Costs $200.00

100% NaOH Costs $200.00/1000 = $0.20/lb

*By phone 9/17/80 - Thompson-Hayward Chemical Company, Birmingham

P.E. LaMoreaux & Associates

DRUM000541

PELA

8

1.  pH                                               8              9              10

    Titrant Volume                            0.3 mℓ         0.5 mℓ         1.0 mℓ

    x252 mg/ℓ/mℓ titrant =              75.6 mg/ℓ       126 mg/ℓ       252 mg/ℓ 100% NaOH

    $(1mg/ℓ=1ppm)x3.75x10^9$ lb $H_2O=$   $0.284 \times 10^6$ lb   $0.473 \times 10^6$ lb   $0.945 \times 10^6$ 100% NaOH

    x$0.20/lb 100% NaOH =                  $56,800        $94,600        $189,000

2.  $2.058 \times 10^9$ lb $H_2O$/yr

    pH                                               8              9              10

    Titrant Volume                            0.3 mℓ         0.5 mℓ         1.0 mℓ

    x252 mg/ℓ/mℓ titrant =              75.6 mg/ℓ       126 mg/ℓ       252 mg/ℓ 100% NaOH

    $x2.058 \times 10^9$ lb $H_2O$/yr =   155,600 lb NaOH/yr   259,300 lb NaOH/yr   518,600 lb NaOH 100% NaOH

    x$0.20/lb NaOH 100% =                  $31,120/yr     $51,860/yr     $103,700/yr

                                           $ 85.26/day    $142.08/day    $284.11/day

3.  $1.64 \times 10^9$ lb $H_2O$/yr

    pH                                               8              9              10

    Titrant Volume                             20 mℓ          25 mℓ          32 mℓ

    x252 mg/ℓ/mℓ titrant =               5,040 mg/ℓ     6,300 mg/ℓ     8,064 mg/ℓ 100% NaOH

    $x1.65 \times 10^9$ lb $H_2O$/yr =   $8.32x10^6$ lb NaOH/yr   $10.4x10^6$ lb NaOH/yr   $13.3x10^6$ lb NaOH/yr 100% NaOH

    x$0.20/lb 100% NaOH =                  $1.66 \times 10^6$/yr   $2.08 \times 10^6$/yr   $2.66 \times 10^6$/yr

                                         $4,548.00/day   $5,698.00/day   $7,287.00/day

P.E. LaMoreaux & Associates

DRUM000542



Plate 1. Map showing variation in water in mine section after dewatering.

DRUM000543



PLATE I.   MAP   SHOWING   VARIATION
IN   WATER   IN   MINE   SECTION   AFTER
DEWATERING.
ALABAMA BY-PRODUCTS, CORP.
MAXINE   MINE
T.17 S., R.6 W.

EXPLANATION

OPEN (664 ACRES)

PARTLY FILLED (362 ACRES)

FILLED (433 ACRES)

SEALED (122 ACRES)

SCALE
1 INCH = 1000 FEET

500   0   1000   2000   3000 FEET

Prepared for:
P.E. LaMoreaux & Associates, Inc.

bc: Mr. Breland/Mr. Burdette
    Mr. Cook/Mr. Musick
    Mr. Brown
    Mr. Gilbert
    Mr. McDuff, Jack

June 9, 1980

Mr. Joe Meyers
Alabama Water Improvement Commission
Perry Hill Office Park
3815 Interstate Court
Montgomery, Alabama  36109

Dear Mr. Meyers:

In keeping with our discussion on June 3, 1980 in regards to
the Maxine Mine acid water problem, I would submit the follow-
ing.

We, as stated on prior occasions, would propose to treat this
small body of water by spraying a lime kiln dust onto its sur-
face, this would be done on a weekly basis (weather permitting)
with pH readings being taken before and after each treatment.
We would also propose that after determining the pH adjustment
resulting from one treatment, to spray this area twice on the
same day if necessary in an effort to provide a more effective
temporary treatment until a permanent system can be installed.

It is anticipated that a similar treatment system to the one
being installed at the Chetopa Mine will be duplicated at the
Maxine area as soon as possible after the Chetopa installation
has been stabilized.  The waters from the Maxine treatment system
would be piped to an abandoned portion of the Maxine Mine, these
waters would have a large settling area and would then be dis-
charged via NPDES discharge permitted deep well pump.  We do not
anticipate any water quality problems with the existing deep well
pump discharge inasmuch as this added water would be treated prior
to discharging underground.

Sincerely,

Moyer B. Edwards
Director Environmental Control

MBE:rl

bc: Mr. Breland/Mr. Burdette
Mr. Cook/Mr. Musick
Mr. Grover
Mr. Brown
Mr. Gilbert
Mr. McDuff, J.

March 6, 1980

Mr. Joe Meyers
Alabama Water Improvement Commission
Perry Hill Office Park
3815 Interstate Court
Montgomery, Alabama   36109

Dear Mr. Meyers:

Per agreement as made during the joint meeting between AWIC, ASMRC and Alabama By-Products Corporation relative to the treatment of acid waters at our Maxine Mine, we would submit the following.

As noted during this meeting, the ASMRC had issued a notice of violation which mandated temporary treatment by March 15. However, it is our understanding at this time that the ultimate responsibility for the waters of the State of Alabama rests with the Alabama Water Improvement Commission and henceforth all correspondence relative to this problem will be forwarded to your office.

As outlined during the meeting by Mr. LaMoreaux, his firm is and has been in the process of studying this area and obtaining test data in order to be in a position to recommend to ABC an acceptable approach to eliminate or correct this problem. Mr. LaMoreaux has indicated during his presentation that the hydrology studies should be continued until the end of the dry season of 1980.

In the meantime, as an interim measure, ABC is proposing as a first phase to obtain crushed limestone (3 inches or less) which will be placed on the upstream side of the lower retaining dyke. As a second phase, which could be carried out immediately or concurrently with the first phase, would be the obtaining of flue dust and/or rock dust which will be brought in by tank truck and the entire pond area sprayed with this material. In the meantime a hay filter dam will serve to filter out any floating material which may not immediately settle. In addition to the pond dusting, pH readings will be obtained at the outfall and the results will be retained in the Engineering Office of the Maxine Mine.

In addition to the above interim program, ABC is now investigating the following possibilities as a permanent solution, which system would be utilized

DRUM000570

Mr. Meyers                    - 2 -                    March 6, 1980

after the recommendations are made by Mr. LaMoreaux upon completion of his
hydrology studies.  Some possibilities are as follows:

1.  Existing water in the last holding area would be treated and dis-
    charged to a sealed section of the Maxine Mine.

2.  The renewal of the existing storage and increase the flow-through
    of those waters which would normally undergo long contact periods
    with refuse and hence become acidic.

3.  Treatment of the sub-surface waters prior to getting to the small
    lower pond.

4.  Fixing the water in the existing storage area and treat the flow-
    through only.

5.  Diversion of the maximum amount of water found in the refuse areas
    and eliminate that portion for treatment.

As you are aware, we have designed and are receiving quotes on storage tanks
for neutralizing material at another location.  It is the intent of this Com-
pany to pursue the approach now being followed at another location in treat-
ing the waters at the Maxine Mine.  We would hope that your agency would allow
this Company ample time to evaluate this system in use prior to its installation
into the area in question.

We trust this is in keeping with our conversation during the Jasper meeting and
would request your consideration in the above matter.  If there are any questions
in regard to this, do not hesitate to contact me.

                                         Sincerely,

                                         Moyer B. Edwards
                                         Director Environmental Control


MBE:rl

①

3/3/06   Mtg re: NMRC   Maxine

NMRC - Craney, Smith, Robins
(PPL) Cects, McDuff, Brown, Edwards

Jim  Feels that opinion of PUBLIC that it is
their dirt — ie. the discharge point
Hickle says (right in to many)
              (with NMRC concurrence)
long time — not dilated —
Temporary abatement must be
1) stream near reservoir must be address the

Doug - note expansion of feedlot is well [fee]
         head to accommodate
Nita  dual feedlot Maxine - Chris
plan for fence —
feed system in view —

1)  doesn't want to wash on Maxine and it very [system]
Joe  doesn't have problem giving time to return
abatement is
get temp in 1st, then
Doug  can spray area intermittently

[signature] slides of monitoring reach done
1)  get copy of 59 vs 79 change for my info
[signature] notes present treatment cosmetic only
my issue to treat what we can see.

2/3/81 cont

(2)

Latten - Employ'y need to know what as how
much must be treated.

Robin: How much lost to river seepage?

Latten - V. little due to ∆P
    well installed in 12/79 -
    Lower point - don't need as rapid (later

Robin: How long for data available

Latten: Spring rain + dry seasons
    would expect in 20-30% in treatment.
    May want to try injection methods -

Crann - Can divert H₂O?

Lau: Yes -

Lau: Est 18×10⁶ gal.
    may possible too - real issue end but need
    ↓ further step

Crann - put neg. drainage to mine

LaM. - can push bottom from wells -

Crann - temp. approach could be connected

Lau - 50 to 1000 GPM

Joe - wouldn't buy CaO
    # of demo relative to 50 yrs

Joe - suggest salting spoon ō CaCO₃

Heibr " more sophisticated system

Joe - " keep it simple due to

Heibr ans these to be tied to pH monitoring

Jau - disturbed re lined bottom

3/3/80.   Cont - ASM RC

Joe - checks off office - 1/2 days

Craven - submit annual alternatives

Joe - can use present est. by 3/15/80

Craven - been we started & get passin her

Joe - Don't want cauti - trest before 25 yr

_____ tstr will - get rec

Herbie Noted a how often do we check off -

Ed - 1 day

Huch Noted he had talked c Jack McDoff
who said we ran out of material -

Ed - I am unaware of this _ had faster
problem -

Joe & Monitoring the NPDES schedule

2/7/80   18MRC

Alternatives beg Considered

1   Disch & treat to mine
2   Removal of exist strag ad increase flow through
3   Treatmnt, schedule) prior & all blow up
4   Fixing reactor on strag ad treat flow thru
5   Diversion to river —

     ants letter re: prob —
6a  — Suggest crushed limestone on up side of Bay
     1 place — 2, flue dust, 3, Spray ponds

     (3 copies to Ruste)

1/8 Rause until end of dry season & complete Hydology
     studies —

Tud  Notes that Ron had stated RWSC —
     Ref
     Ron said they would issue citation
     to company

     R

2/29/80 call to Joe Meyers – at home

re: Maxine Divine damage
& ABMDC mtg. on Monday –

Taken so long – 7/79 graffiti

clause not addressed –

Call Craig himself – if none gp/?



# STATE OF ALABAMA
## SURFACE MINING RECLAMATION COMMISSION

*Maxine Run off*

P. O. BOX 2390, JASPER, AL 35501 — TEL. (205) 221-4130

**VIRGIL WILLETT**
**DIRECTOR**

**THOMAS G. WALKER, JR.**
**ASST. DIRECTOR, ADMINISTRATION**

**JERRY T. McLENDON**
**ASST. DIRECTOR, TECHNOLOGY**

**RONALD J. F. REEVES**
**ASST. ATTORNEY GENERAL**

February 4, 1980

Copy 2/8/80 from J.McDuff to:

Mr. Jack McDuff
Senior Civil Engineer
Alabama By-Products Corporation
P. O. Box 10246
Birmingham, Alabama 35202

Mr. Breland/Burdette
Mr. Cook
Mr. Brown
Mr. Edwards

Dear Mr. McDuff:

After consultation with our technical staff director and other members of the technical staff, we have decided on an extension date for the abatement of NOV 79-HVR-073 concerning the acid mine runoff problem at Maxine Mine. An extension date of June 19, 1980 will be given for permanent treatment in order for you to carry out the test necessary for treatment. However, in the interim time some temporary treatment will be necessary since this is too great a length of time to allow the water to flow untreated into the Locust Fork. The abatement date for this temporary treatment will be March 15, 1980. If you have any questions please contact me.

Sincerely,

*Bruce S. Smith*

Bruce S. Smith
Inspector for the State

BSS/db

DRUM000586

STATE OF ALABAMA

SURFACE MINING RECLAMATION COMMISSION

Termination of Notice of Violation(s)

Notice of Violation No. *79-HVR-073*

Company: *Alabama By-Products*                    County: *Jefferson*

Mine:  Surface: _____  Underground: *✓*_____

Permit No. *Maxine Mine*        Today's Date: *1/4/80*

Date of NOV: *7/5/79*        Abatement Date: *1/19/80*

Abatement Extended:  New Abatement Date: *See Comments*

Abatement Unsatisfactory: _____

Abatement Satisfactory:  Completely_____ ;Partially *✓*_____ ;

Unabated Violations:

Item No. *1*_____

Item No._____

Item No._____

Comments:

*This NOV will require a two-part abatement. Temporary treatment of acid mine runoff, abatement date 3/15/80. Permanent treatment of acid mine runoff, abatement date 6/19/80.*

*Bruce S. Smith*
Inspector

DRUM000587

To: Gary Walker                                    10-12-79

Subject: Maxine Refuse Pile $H_2O$ sample

Gary,

Here are the results of the five (5) $H_2O$ samples for the week 10-8-12-79.

| | pH | Fe | M N | T.S.S. | Alk. | Co |
|---|---|---|---|---|---|---|
| 10-8-79 | 2.8 | 400 | 9.5 | 20.4 | 20 ppm As Acid | 6 |
| 10-9-79 | 3.2 | 350 | 9.0 | 5.0 | 10 ppm As Acid | 65 |
| 10-10-79 | 2.9 | 450 | 11.0 | 3.8 | 12.0 ppm As Acid | 65 |
| 10-11-79 | 2.0 | 550 | 14.0 | .8 | 20 ppm As Acid | 70 |
| 10-12-79 | 2.6 | 600 | 8.0 | 1.0 | 20 ppm As Acid | 65 |

Jerry Acklen

SEGCo Lab

DRUM000589

pH Reading Along Bank of Locust Fork Near Discharge Below Refuse Pile

10-4-79                              pH

Behind Upper Dam     - 2.85
Below Dam            - 2.70
Behind Weir,         - 2.90        → 71 GPM
20' Above Discharge  - 6.00
At Discharge         - 4.30
At Discharge         - 5.90
15' Out From Bank    - 6.15
At Discharge         - 3.10
15' Out From Bank    - 6.05
70' Downstream       - 6.10
100' Downstream      - 6.25
15' Out              - 6.45
300' Downstream  15' Out  - 6.50
Below Lime Filter    - 3.50

DRUM000591

*ASMRC - Maxine Violation*

# STATE OF ALABAMA

## SURFACE MINING RECLAMATION COMMISSION

### Termination of Notice of Violation(s)

Notice of Violation No. *79-HVR-073*

Company: *Alabama By-Products*          County: *Jefferson*

Mine:  Surface: _____     Underground: *✓*

Permit No. *Maxine Mine*     Today's Date: *3/25/80*

Date of NOV: *7/5/79*     Abatement Date: *3/15/80*

Abatement Extended:  New Abatement Date: _____

Abatement Unsatisfactory: _____

Abatement Satisfactory:  Completely _____ ;Partially _____ ;

Unabated Violations:

Item No. _____

Item No. _____

Item No. _____


Comments:

*This violation involves an effluent limitation violation and has been turned over to A.W.I.C. for action. NOV 79-HVR-073 is vacated by ASMRC*

*Bruce S. Smith*
Inspector

DRUM000599

cc from JAB 10-9-79 to:  Mr. Breland/Burdette
                         Mr. Cook
                         Mr. F. McDuff
                         Mr. Edwards

## STATE OF ALABAMA

### SURFACE MINING RECLAMATION COMMISSION

### Termination of Notice of Violation(s)

Notice of Violation No. _79-HMR-073_

Company: _ALABAMA By-Products_ County: _Jefferson_

Mine: Surface: _____  Underground: _____

Permit No. _Maxine Mine_ Today's Date: _10/2/79_

Date of NOV: _7/5/79_    Abatement Date: _10/9/79_

Abatement Extended:  New Abatement Date: _11/9/79_

Abatement Unsatisfactory: _____

Abatement Satisfactory:  Completely_____;Partially___✓___;

Unabated Violations:

Item No. _1_

Item No. _____

Item No. _____

Comments: _Are still running tests to determine best course_
_of action to abate acid mine drainage to Locust Fork_
_from rock dump area._

_____
Inspector



STATE OF ALABAMA

SURFACE MINING RECLAMATION COMMISSION

# N O T I C E   O F   V I O L A T I O N

| NOTICE OF VIOLATION NUMBER: 79-HAC-673 | |
|---|---|
| ISSUED TO: Alabama By-Products | |
| LEGAL DESCRIPTION (IF NO PERMIT NO.) underground | |
| COUNTY: Jefferson | PERMIT NUMBER: Maxine |
| MAILING ADDRESS: Quinton Ala. | |
| PHONE NUMBER: 436-2251 | SUBCONTRACTOR: |
| NAME AND TITLE OF PERSON SERVED: Gary Walker - Engr. | |

Under the authority of the Alabama Surface Mining Reclamation Act of 1975, as amended, the undersigned conducted an inspection of the above mine on ___7/5/79___ (date) and has found the violations of the Act, regulations, or permit conditions contained in the attachments to this form.

This notice shall remain in effect until it expires by the accomplishment of the required action, or until modified or vacated by the Director of the Commission.

## IMPORTANT - PLEASE READ CAREFULLY

If the action indicated is not accomplished by the expiration date, a Citation for a hearing will be issued pursuant to Section XVI of the Act. This section provides for a civil penalty of up to Ten Thousand Dollars ($ 10,000) and such other action as the Commission deems appropriate, including SUSPENSION or REVOCATION of the permit or license. For willfully and knowingly mining without a license and permit a CRIMINAL PENALTY of up to Ten Thousand Dollars ($ 10,000) and up to one year imprisonment may be ordered for each day of violation.

| Signature of Person Served: Gary Walker | Signature of State of Alabama Inspector: Neal Robins |
|---|---|

For Office Use Only

Inspector Abatement Date: 8/5/79

STATE OF ALABAMA
SURFACE MINING RECLAMATION COMMISSION

NOTICE OF VIOLATION (continued)

Notice of Violation No. *79-HUR-073*

Violation(s) No. _____

Nature of the Violation(s):

*Discharge from disturbed area not within effluent limitations.*

Provision(s) of the Act, Regulations or Permit Violated:
*Sec. X(a3)(a)(2/2....)(a)*

Remedial Action to Abate Violation:

*Begin treatment immediately to lower iron and manganese levels and raise pH of water leaving mine site into Locust Fork below active rock dump.*

Date for Accomplishment of Remedial Action:

*8/5/79*

DRUM000603

*EDWARDS*
*CITY OFFICE*

RECEIVED

DEC 13 1982

A. B. C.
ENV. CONTR.

12-2-82

TO:     MR. TOM MUSICK √/COOK

FROM:   GARY WALKER

SUBJECT: ASMC INSPECTION AT MAXINE MINE ON NOVEMBER 30, 1982

Janice, Ryan, ASMC Inspector, was at Maxine Mine on Tuesday, November 30, 1982 for a routine inspection of the surface area of the mine. No violations were found during the inspection.

The first area observed was the breaker rock dump. Material is presently being placed on this dump in a manner preparing for the desired slope of final reclamation. All hay and limestone filters in this area were intact.

The next area observed was the sediment basin near the transfer house of the river belt. The water level in this pond was low enough that there was no discharge and the float switch had the pump cut off. Ms. Ryan's main concern at this point is the available storage volume due to the amount of solids in the pond. She stated that this should be watched closely.

The next area observed was the material yard. All berms and filters in this area were intact.

The next area observed was the washer rock dump. Material is also being placed in this area in a manner preparing for final reclamation.

The next area observed was the new rock dump site. Trees are presently being cleared from this site. Ms. Ryan stated that we needed to be sure to contact ASMC when construction for the dam at this site begins.

The last area observed was the area below the active washer rock dump. The diversion ditches in this area were intact. Plans for this area are included in the final reclamation plans.

cc: *EDWARDS* √
    *BRYANT*
    *EARL PITESA*

DRUM000611

bc:  Mr. Sheriff/Mr. Burdette
     Mr. Cook/Mr. Musick
     Mr. Gilbert
     Mr. Walker

August 3, 1982

Mr. Charles Horn, Chief
Industrial Waste Section
Alabama Water Improvement Commission
Public Health Services Building
Montgomery, Alabama  36130

Dear Mr. Horn:

Attached is the supplement to the Surface Mining Permit
Application for Maxine Mine and is for the new coal pro-
cessing waste disposal area.

This is the area to which we would move the refuse disposal
area upon closing the existing active areas.

Sincerely,

Moyer B. Edwards
Director Environmental Control

MBE:rl
Attachment

DRUM000618

Alabama By-Products Corporation
Mary Lee No. 2 Mine

May 6, 1985

TO:        Mr. Tom Musick

FROM:      Gary Walker

SUBJECT:   ASMC Inspection at Maxine Mine on April 30, 1985


Preston Hayes, ASMC Inspector, was at Maxine Mine on Tuesday, April 30, 1985, for a routine inspection of the surface area reclamation at the mine site.

The first area observed was the barge loading site. There was no discharge from the pond near this area.  The adjacent area that was disturbed by Bunt Construction has been graded and planted with grass.  There were no problems in this area.

The next area observed was the area around the office, shop, supply house and preparation plant.  Diversion ditches in this area and settled areas around the preparation plant site will probably require periodic repairs until the area is stabilized.

The next area observed was the reclaimed "post-law" refuse area.  Mr. Hayes did not check the pond below this area.  There were no problems in this area.

The last area observed was the new refuse disposal site. Mr. Hayes did not check the pond below this area.  There were no problems in this area.

Mr. Hayes suggested that by applying for a grading release for most of the reclamation the bond amount could be reduced.


Gary Walker, Engineer
Mary Lee No. 2 Mine

GW/fm

cc:  Mr. Sheriff      Mr. J. McDuff
     Mr. Burdette     Mr. F. McDuff
     Mr. Darden       File
     Mr. Edwards

RECEIVED

MAY 1 0 1985

A. B. C.
ENV. CONTROL

DRUM000670

Alabama By-Products Corporation
Mary Lee No. 2 Mine

April 2, 1985

TO:        Mr. Tom Musick

FROM:      Gary Walker

SUBJECT:   ASMC Inspection at Maxine Mine on March 27, 1985

Preston Hayes, ASMC Inspector, was at Maxine Mine on Wednesday, March 27, 1985, for a routine inspection of the surface area reclamation at the mine site. David Bowers of the Forestry Department accompanied us during the inspection.

The first area observed was the barge loading site. There was no discharge from the pond near this area.

The next area observed was the area around the office, shop, supply house and preparation plant. A diversion ditch has been constructed to control runoff from the rock belt into this area.

The next area observed was the reclaimed "post law" refuse area. Mr. Hayes did not check the pond below this area. The borrow pit adjacent to this area has been re-vegetated to cover bare areas.

The last area observed was the raw water reservoir site. This area has been grassed and planted with pine seedlings.

Gary Walker, Engineer
Mary Lee No. 2 Mine

GW/fm

cc:  Mr. Sheriff
     Mr. Burdette
     Mr. Darden
     Mr. Edwards
     Mr. J. McDuff
     Mr. F. McDuff
     File

DRUM000673

March 19, 1985

Mr. Thomas C. Whalen, Civil Engineer
Department of the Army
Water Resources Support Center,
Corps of Engineers
Casey Building
Fort Belvoir, Virginia 22060

Dear Mr. Whalen:

In regard to your request of March 4, 1985, this is
to inform you that this Company no longer has berthing
facilities on the Warrior River. The Maxine Mine has
been closed for nearly two years.

Sincerely,

Moyer B. Edwards
Director Environmental Control

MBE:rl

DRUM000675

cc:   Mr. Sheriff
      Mr. Burdette
      Mr. Darden
      Mr. Edwards
      Mr. P. McDuff
      Mr. J. McDuff
      File

January 31, 1985


TO:        Mr. Tom Musick

FROM:      Gary Walker

SUBJECT:   ASMC Inspection at Maxine Mine on January 29, 1985:


Ted Wilkerson and Preston Hayes, ASMC Inspectors, were at Maxine Mine on Tuesday, January 29, 1985, for a routine inspection of the surface area reclamation at the mine site. Mr. Hayes will be the inspector for Maxine in the future. Mr. Wilkerson and Mr. Hayes checked the water discharge monitoring reports and the ground water monitoring reports for the mine.

The first area observed was the barge loading site. There was no discharge from the pond near this area. Mr. Wilkerson stated that the area used by Bunt Construction in cutting up and hauling the barge needed to be covered and vegetation established. I told Mr. Wilkerson that some of the area disturbed by Bunt Construction was not in the Maxine Permit.

The next area observed was the area around the office, shop, supply house and preparation plant. Mr. Wilkerson pointed out an area near the old office site where runoff from the rock belt has caused some erosion. He stated that hay bails should be placed in this area to control erosion.

The next area observed was the blackwater pond. There were no problems in this area.

The next area observed was the area around the old rock bin. There was some erosion in this area that should be watched closely in the future.

The next area observed was the reclaimed "post-law" refuse area and the sediment pond below this area. There was no discharge from this pond, and no problems in this area.

The last area observed was the new refuse disposal site and the pond below this area. There was no discharge from this pond. Mr. Wilkerson stated that the natural drainage course near the entrance to the rock dump site should be watched closely and measures to prevent further erosion should be taken if necessary (hay bails or rock).

Mr. Wilkerson suggested that trees could be planted on the breaker rock dump area, the "post-law" refuse area, and the new rock dump site and a Phase I release requested for these areas.

Respectfully,

Gary Walker, Engineer
Mary Lee No. 2 Mine

GW/fm

DRUM000680

*Maxine    ASMC*

Alabama By-Products Corporation
Mary Lee No. 2 Mine

December 21, 1984

TO:        Mr. Tom Musick

FROM:      Gary Walker

SUBJECT:   ASMC Inspection at Maxine Mine on December 21, 1984

    Ted Wilkerson, ASMC Inspector, was at Maxine Mine on
Friday, December 21, 1984, for a routine inspection of the
surface area reclamation at the mine site.

    During his inspection, Mr. Wilkerson checked the barge
loading site, the area around the office, shop, supply house,
and the preparation plant, the reclaimed "post-law" refuse
area, the reclaimed breaker rock dump, the blackwater pond,
and the new refuse disposal site. There were no problems
in these areas. Mr. Wilkerson did not check the discharge
points since there has not been sufficient rainfall to
create a discharge. He seemed to be very pleased with the
vegetation on all reclaimed areas.

                        Respectfully,

                        Gary Walker, Engineer
                        Mary Lee No. 2 Mine

GW/fm

cc:  Mr. Sheriff
     Mr. Burdette
     Mr. J. McDuff
     Mr. F. McDuff
     Mr. Darden
     Mr. Edwards
     File

RECEIVED

DEC 27 1984

A. B. C.
ENV. CONTROL

*ASMC Trap         Maxine*

December 11, 1984

To: Mr. Tom Musick

From: Jack McDuff

Subject:  ASMC Inspection of Maxine Mine

On Thursday, November 22, 1984, I accompanied ASMC Inspector Ted Wil-
kerson on an inspection of Maxine Mine. Based upon this inspection, I
am of the opinion that the following areas are potential problem areas:

1. The sump pond near the barge loading facility was not discharg-
   ing, but there was evidence of recent discharge;

2. The inspector expressed concern as to why the water in the pond
   just below the old refuse area had such a high concentration
   of suspended solids. He stated that ABC should keep close watch
   on this pond;

3. The inspector also indicated that additional hay bales should be
   placed in several gullies now forming in the soil cover at the
   toe of the old refuse area; and

4. The inspector stated that hay bales should be placed in the now-
   forming drainage-way near the new refuse disposal area. I ex-
   plained that it appeared to me to be the natural drainage course,
   but he said all he wanted the hay bales for was to slow down the
   water velocity in the drainage ditch.

pc: Engineering File

*Jim Darden,*
*    Could David Bowers give us some help*
*on items 3 & 4?*
*                    Thanks*
*                    Tom*

RECEIVED
DEC 17 1984

DRUM000682

Alabama By-Products Corporation
Mary Lee No. 2 Mine


October 17, 1985


TO:        Mr. Tom Musick

FROM:      Gary Walker

SUBJECT:   ASMC Inspection at Maxine Mine on October 16, 1985


Preston Hayes, ASMC Inspector, was at Maxine Mine on Wednesday, October 16, 1985, for a routine inspection of the surface area reclamation at the mine site.

The first area observed was the reclaimed "post-law" refuse area. There were no problems in this area.

The next area observed was the area around the office, shop, supply house and preparation plant site. Vegetation in this area was good with the exception of the area where repairs have been recently completed.

The next area observed was the barge loading site. There was no discharge from the pond near this area.

The last area observed was the new refuse disposal site. There were no problems in this area.

Gary Walker, Engineer
Mary Lee No. 2 Mine

GW/fm

cc:  Mr. Richardson
     Mr. Darden
     Mr. Edwards
     Mr. J. McDuff
     Mr. F. McDuff
     File

Alabama By-Products Corporation
Mary Lee No. 2 Mine

September 27, 1985

TO:      Mr. Tom Musick

FROM:    Gary Walker

SUBJECT:   ASMC Inspection at Maxine Mine on September 25, 1985

Preston Hayes, ASMC Inspector, and Wayne Stanley, OSM Inspector, were at Maxine Mine on Wednesday, September 25, 1985 for a routine inspection of the surface area reclamation at the mine site.

The first area observed was the barge loading site. There was no discharge from the pond near the area.

The next area observed was the area around the office, shop, supply house and preparation plant site. Repairs have been made in the settled areas around the preparation plant site. There were no problems in this area.

The next area observed was the reclaimed "post-law" refuse area. Mr. Hayes explained the separation of "pre-law" and "post-law" drainage areas to Mr. Stanley. There were no problems in this area.

The last area observed was the blackwater pond. There were no problems in this area.

Mr. Hayes and Mr. Stanley both agreed that the vegetation on the reclaimed area was doing very well.

Gary Walker, Engineer
Mary Lee No. 2 Mine

GW/fm

cc:  Mr. Richardson
     Mr. Darden
     Mr. Edwards ✓
     Mr. J. McDuff
     Mr. F. McDuff
     File

RECEIVED

OCT 3 1985

.. C.
.v. CONTROL

DRUM000684

*ADEM*
*Insp*

Alabama By-Products Corporation
Mary Lee No. 2 Mine

September 24, 1985

TO:        Mr. Tom Musick

FROM:      Gary Walker

SUBJECT:   ADEM Inspection at Maxine Mine on September 24, 1985

Kirk Kreamer, ADEM Inspector, was at Maxine Mine on Tuesday, September 24, 1985, for a routine inspection of the NPDES water discharge points at the mine. Drew Peak, EPA, was accompanying Mr. Kreamer during the inspection. The results of Mr. Kreamer's inspection were as follows:

| DISCHARGE POINT | LOCATION | |
|---|---|---|
| 001 | Near Entrance Gate | Sample Collected |
| 020 | Pond at site of old river belt transfer house | No Discharge |
| 023 | Pond below new refuse disposal site | No Discharge |
| 024 | Pond below "Post-law" reclaimed area | No Discharge |

An additional sample was also collected from the rock filter discharge near the river. The samples were to be taken to a lab for analysis. Mr. Kreamer also wanted to look at pond 023 in view of the recent request to remove this discharge point from the NPDES permit. Mr. Kreamer and Mr. Peak also looked at the Blackwater pond.

Gary Walker, Engineer
Mary Lee No. 2 Mine

GW/fm

cc: Mr. Richardson
    Mr. Edwards
    Mr. Darden
    Mr. J. McDuff
    Mr. F. McDuff
    File

RECEIVED
SEP 27 1985
A. B. C.
ENV. CONTROL

DRUM000685

cc: Mr. Sheriff
Mr. Burdette
Mr. Cook
Mr. F. McDuff
Mr. Darden
Mr. Edwards
File

ASMC

Alabama By-Products Corporation
Mary Lee No. 2 Mine

October 30, 1984

TO:        Mr. Tom Musick

FROM:      Gary Walker

SUBJECT:   ASMC Inspection at Maxine Mine on October
           30, 1984

Ted Wilkerson, ASMC Inspector, was at Maxine Mine on
Tuesday, October 30, 1984, for a routine inspection of the
surface area reclamation at the mine site.

The first area observed was the area around the office,
shop, supply house, and preparation plant. Grass is beginning
to grow on these areas.

The next area observed was the reclaimed "post-law"
refuse area and the sediment pond below this area. There
was no discharge from the pond.

The next area observed was the sediment pond below the
site of the old refuse bin. Grass is beginning to grow in
this area.

The next area observed was the barge loading site. Grass
is growing on this area. There was no discharge from the
pond near this area.

The last area observed was the new refuse disposal site
and the pond below this area. There was no discharge from
this pond. Mr. Wilkerson stated that some hay bails might
be placed in the natural drainage course near the entrance to
the rock dump site.

Vegetation on the recently reclaimed areas appears to be
growing very well after the recent rainfall. Also, the pre-
viously reclaimed areas have "greened-up" as a result of the
rainfall.

Respectfully,

Gary Walker, Engineer
Mary Lee No. 2 Mine

RECEIVED

NOV 1 1984

A. B. C.
ENV. CONTROL

GW/fm

cc: Mr. Sheriff
    Mr. Burdette
    Mr. Cook
    Mr. Edwards ✓
    Mr. Darden
    File

*ADEM Eng. Maxine*

Alabama By-Products Corporation
Mary Lee No. 2 Mine

October 22, 1984

RECEIVED

OCT 24 ...

A. B. C.
ENV. CONTROL

TO:     Mr. Tom Musick

FROM:   Gary Walker

SUBJECT:  ADEM Inspection at Maxine Mine on October 19, 1984:

    Curt Kramer, ADEM Inspector, was at Maxine Mine for a routine inspection of the NPDES water discharge points at the mine site on Friday, October 19, 1984. Mr. Kramer indicated that he also wanted to check the rock filter near the river below the "pre-law refuse" and the creek that is being treated with sodium hydroxide.

    The first area observed was the pond at the site of the old river belt transfer house (NPDES Discharge No. 026). There was no discharge from this pond.

    The next area observed was the pond below the "post-law" reclaimed area (NPDES Discharge No. 024). There was no discharge from this pond. Mr. Kramer checked the rock filter near the river below this area. There was no water standing behind the rock filter.

    The next area observed was the pond below the new refuse disposal site (NPDES Discharge No. 023). There was no discharge from this pond.

    The next area observed was the water discharge near the entrance gate to the mine (NPDES Discharge No. 001). Mr. Kramer collected a sample from this area. The pH was 7.7.

    The last area observed was the creek that is being treated with sodium hydroxide. Mr. Kramer collected three (3) water samples along this creek. The first sample was collected at the culvert near the old railroad bridge at Coal Creek. The pH was approximately 8.1 with the treatment flow at a minimum. The second sample was collected in the stream just prior to treatment. The pH was 4.2. The third sample was collected at a seep from the blackwater dam. The pH of the seep was approximately 3.5.

    Mr. Kramer carried all the samples with him for further analysis.

    Mr. Kramer did not go to the blackwater pond because of reclamation work that had been done to the access to this area.

Respectfully,

Gary Walker, Engineer
Mary Lee No. 2 Mine

DRUM000687

cc:  Mr. Sheriff
     Mr. Burdette
     Mr. Cook
     Mr. Fred McDuff
     Mr. Darden
     Mr. Edwards

                                        Alabama By-Products Corp.
                                        August 31, 1984

TO:     Mr. Musick

FROM:   Gary Walker

SUBJECT:  ASMC Inspection at Maxine Mine on August 30, 1984.

     Ted Wilkerson, ASMC Inspector, met with us at Maxine Mine
for an inspection of the reclamation at the mine site.  Mr.
Wilkerson checked the ground water and surface water monitoring
records and the certificate of insurance for Maxine Mine.
     The first area observed was the area around the office, shop,
supply house, and preparation plant.  All buildings and structures
have been graded, covered with topsoil in necessary areas, and
covered with hydrated lime.  There were no problems in this area.
     The next area observed was the reclaimed "post law" refuse
area.  Repairs to eroded areas in the reclamation were completed
in June.  Mr. Wilkerson was going to check the pH of the water
from the reclaimed area but there was no discharge from the pond
(NPDES Discharge No. 024).  Mr. Wilkerson expressed concern about
the potential for erosion on the western side of the lower reclaimed
slope.  This area was repaired in June but should continue to be
checked for erosion.  Mr. Wilkerson suggested that a means of energy
dissipation for the runoff in this area might be considered.
     The next area observed was the reclaimed breaker rock dump.
There were no problems in this area other than some remedial
grassing that could be done to cover some bare areas.
     The next area observed was the blackwater pond.  There were no
problems in this area.
     The next area observed was the pond at the old transfer house
of the river belt (NPDES Discharge No. 020) and the area toward the
barge loading site.  This pond has been cleaned recently and was
not discharging.  Mr. Wilkerson was informed that this pond would
be maintained during revegetation and reclaimed after vegetation on
the surrounding area is stabilized.  There were no problems in this
area.
     The last area observed was the new refuse disposal site that
was reclaimed last spring.  Mr. Wilkerson was going to check the pH
of the water from the pond below this area but there was no dis-
charge from the pond (NPDES Discharge No. 023).  There were no
problems in this area other than some remedial grassing that could
be done to cover a bare area near the entrance to the refuse area.

                              Gary Walker, Engineer
                              Mary Lee No. 2 Mine

DRUM000689

cc: Mr. Sheriff
    Mr. Cook
    Mr. Burdette
    Mr. Darden
    Mr. Edwards
    Mr. C. Jones
    Mr. F. McDuff
    Mr. J. McDuff
    Mr. G. Walker

                                                          July 2, 1984

Memo To:         File

From:            T. Musick

Subject:        MAXINE MINE – ASMC INSPECTION

    Today, I accompanied Janice Ryan and Ted Wilkerson on an inspection of subject mine. I was informed that Ted would be replacing Janice as the Maxine Inspector because Janice is leaving ASMC in early July.

    I received the impression that this was not a detailed inspection but a visit to acquaint Ted with the Maxine property. No violations were observed and remedial action was recommended in only two areas.

The following areas were observed:

    A.  Clean coal stockpile and barge loading facility
    B.  Preparation Plant and shop
    C.  Reclaimed "post law" refuse area where reclamation was
        completed last fall.

    The two diversion ditches were observed along with the system of monitor wells. We walked down to the sediment basin serving the "good" water diversion ditch. There was no discharge but a sample of the water in the basin was checked for pH by using a chemical color test. The pH was estimated at 7.0.

    We then walked down the hollow to the limestone filter dam at the river. An attempt was made to collect a sample of the discharge but it was impossible because the filter drain was operating properly and the water flow was inaccessible. They did collect a small sample from the reservoir above the filter drain and took the sample to their laboratory. It was noted the filter drain is becoming coated and water flow is becoming impeded.

    D.  Reclaimed Breaker Rock disposal site.
    E.  Black Water Pond
    F.  New Prep Plant Refuse Disposal Site

RECEIVED

JUL 3 1984

A. B. C.
ENV. CONTROL

DRUM000690

4/10/84 Copies from JWD to:  Mr.Sheriff/Mr.Burdette
                                            Mr. Cook/Mr. Musick
                                            Mr. Walker,Gary
                                            Mr. Bowers
                                            Mr. Curt Jones/Mr.F.McDuf
                                            Dr. Pettry
                                    Looks like they changed their
                                    minds again.
                                                JWD
                                    4/17/84 - Copy to:Mr. Edwards

# STATE OF ALABAMA

### SURFACE MINING COMMISSION

P.O. BOX 2390 - JASPER, ALABAMA 35501
(205) 221-4130

*April 11, 1984*

**TECHNICAL DIVISION**

*Mr. James W. Darden
Manager of Land and Forestry
Alabama By-Products Corporation
P.O. Box 10246
Birmingham, Alabama   35202*

*RE:  Reclamation Plans for Maxine Mine*

*Dear Jim:*

*Your letter of March 28, 1984, contained supplemental materials relating to reclamation plan for Maxine Mine. These materials are, in many cases, at variance with the approved reclamation plan as well as with ASMC Rules. I wish to point out that the approved post-mining landuse for all areas is forestry (reference Part IV, Reclamation Plan, A-1).*

*Some of the proposed activities in your letter of March 28th are incompatible with the approved landuse, will result in a different landuse, or are inconsistent with ASMC Rules. In our last meeting concerning Maxine Mine, I pointed out that all reclamation activities on the site must be in accordance with the approved reclamation plan. Any changes to that plan must be approved by permit revision. For example, Item 7 of your letter dealing with a reservoir shown on Map Number 400 proposes leaving this pond as a wildlife area. This is incompatible with the approved post-mining landuse. The pond will have to be removed, regraded and revegetated with trees.*

*As an example of proposals inconsistent with the approved landuse, your letter proposed to leave large concrete structural foundations. Item 5, dealing with office and preparation plant site, mentions leaving above-ground concrete structures and concrete foundations. These are incompatible with the forestry landuse and must be removed or covered. We must also know where these materials are going to be disposed of and approval must be granted for disposal areas.*

*As example of proposals inconsistent with ASMC Regulations, we are aware that most of the active plant site, the barge loading facility, and stockpile areas are covered with coal, refuse and other potentially acid-forming materials. All of these materials, if toxic or acid-forming, must be covered, treated, or removed. Materials to be removed from the site must be identified and the disposal area approved. Areas to be covered or treated must be identified and chemical analysis supplied to ASMC along with plans for treating and covering the material. This will comprise virtually the entire office, washer, shop, barge loading facility areas and any other areas covered with coarse refuse or coal.*



APR 13 1984

DRUM000692

*Reclamation Plans-Maxine Mine*
*Mr. James W. Darden*
*April 11, 1984*
*Page 2*

.With reference to the disposal area, Item 10 in your letter indicates that the area has been treated and covered with approximately 14 inches of material. This is at variance with ASMC Rule 10D-.50 which requires four feet of material unless appropriate demonstration can be made to indicate that less is required. No such demonstration has been made. In addition, we have data showing that the refuse disposed of at this site was approximately 29 tons per thousand tons deficient in calcium carbonate equivalent. Four tons of agri-lime per acre does not seem, or appear to be, sufficient neutralization. We will require a demonstration that neutralization has been successful. I might point out this is contrary to what Dr. Petrie told Malcom LeBron at the site. He indicated that calcium hydroxide had been used to neutralize the area. ABC must realize that we will not allow another problem refuse disposal area at Maxine Mine. It is also my understanding that the sediment control facility located below this refuse disposal area has a leaking dam. This must be corrected.

To summarize, the following must be supplied:

1) Revised plans indicating that all reclamation activities will be in accordance with the approved post-mining landuse, which is Forestry.

2) Chemical analyses of all surface areas covered with coal or coal refuse showing pyritic sulphur and neutralization potential.

3) Location of disposal sites and a disposal plan for all refuse and coal materials to be removed from the site.

4) Revised plans indicating removal of all concrete structures with the exception of MSHA seals.

5) Chemical analyses and compaction data on the refuse disposal area as previously outlined.

I might also point out that you have indicated in the past that you to not intend to cover any of the areas on which coarse refuse "redrock" is disposed, but rather to treat and plant as is. Your reclamation plan does not allow use of selected overburden materials in lieu of topsoil; therefore, these areas will require topsoiling. You are also reminded that you must achieve 80% ground cover of herbaceaus vegetation as well as the required number of trees per acre. If the ground is covered with rock of certain size and coarseness, it may be physically impossible to achieve 80% ground cover of herbaceaus vegetation, in which case, topsoiling of these areas is the only solution.

DRUM000693

Reclamation Plans-Mzxine Mine
Mr. James W. Darden
April 11, 1984
Page 3


If you have any questions concerning these requirements, please feel free to contact me.

Sincerely,

Randall Johnson
Environmental Manager
ASMC
Technical Division

RJ/c

DRUM000694

Alabama By-Products Corporation
Maxine Mine

December 5, 1983

TO:      Mr. Tom Musick

FROM:    Gary Walker

SUBJECT: ASMC Inspection at Maxine Mine on December 1, 1983:

    Janice Ryan, ASMC Inspector, was at Maxine Mine on Thursday December 1, 1983, for a routine inspection of the surface facilities at the mine.  Sam Gilbert accompanied Ms. Ryan during the inspection.  No violations were found.

    The area looked at by Ms. Ryan during the inspection was the reclamation of the old washer refuse disposal site.  The reclaimed area is now covered with a good stand of grass.  Ms. Ryan checked the water discharging from the #3 pond at this site with a pH color indicator.  The pH of the water was about 6.0 according to Ms. Ryan.  The #2 dam in this area has recently been grassed and mulched by the forestry department.  Ms. Ryan stated that the downstream face of the dam near the spillway needed a little more seeding and hay mulch to prevent erosion.  Water was also backed up at the #1 dam near the river but was still flowing through the rock filter.  There were no other problems in this area.

    Ms. Ryan also asked Mr. Gilbert about ground water monitor well analyses.  He informed Ms. Ryan that she could obtain that information by contacting me.

Respectfully,

Gary Walker, Engineer

GW/fm

cc:  Mr. Sheriff/Mr. Burdette
    Mr. McAlpin
    Mr. Gilbert
    Mr. Cook
    Mr. J. McDuff
    Mr. F. McDuff
    Mr. Edwards ✓
    File

RECEIVED

DEC 1 4 1983

A. B. C.
ENV. CONTROL

August 19, 1983

Mr. Virgil Willett
Alabama Surface Mining Commission
Post Office Box 2398
Jasper, Alabama  35501

Re:  Maxine Mine Closure

Dear Sir:

Pursuant to Section 817.131 Part (c) of the Surface Mine Regulations, you are hereby notified that Maxine Mine  will cease coal mining operations at the end of the second shift (11:00 P.M.) on Thursday, September 15, 1983.  Mining activity, the processing of raw coal produced on and prior to September 15, will continue for a period of approximately 30 days after production has ceased.

Surface equipment, structures and other facilities not required for continued underground mining activities and monitoring will be removed and the affected lands reclaimed according to the approved Maxine Permit after the underground equipment and facilities have been recovered.

If you should require additional information relative to the mine closure please feel free  to call at any time.

Yours very truly

D. R. Cook

DRC:cc

bc:  Mr. Lewis
     Mr. Self
     Mr. Sheriff/Mr. Burdette
     Mr. Musick
     Mr. Bradford
     Mr. Edwards
     Mr. Gilbert
     Mr. Walker
     Mr. J. McDuff

RECEIVED

AUG 2 2 1983

A. B. C.
ENV. CONTROL

cc: Mr. Sheriff/Burgette
    Mr. Cook
    Mr. Bryant
    Mr. Gilbert
    Mr. Edwards
    Mr. Fred McDuff
    Mr. Jack McDuff
    File

Maxine Mine

June 7, 1983

TO;    Mr. Tom Musick

FROM:   Ronnie Key

SUBJECT: ASMC Inspection at Maxine Mine on June 6, 1983

    Janice Ryan and Anita Kelley, ASMC inspectors were at Maxine Mine on Monday June 6, 1983 to check area below abandon washer refuse pile.

    The first area observed was the dam at the river.  Photographs were taken of area upstream and downstream of the dam including the limestone filter.  One water sample from diversion ditch on the downstream side of road.

    The next area observed was the #2 dam site.  Photographs were taken in this area also.

DRUM000716

cc: Mr. Sheriff/Mr. Burdette
    Mr. Cook
    Mr. Bryant
    Mr. Gilbert
    Mr. Edwards
    Mr. Fred McDuff
    Mr. Jack McDuff
    File

Maxine Mine

June 3, 1983

TO:      Mr. Musick

FROM:    Gary Walker

SUBJECT: ASMC Inspection at Maxine Mine on June 3, 1983

    Janice Ryan, ASMC Inspector, and Randy Johnson from the ASMC Jasper
Office, were at Maxine Mine on Friday, June 3, 1983 to check progress of
the old refuse reclamation at the mine.  Mr. Johnson took photographs of
all areas observed.

    The first area observed was the breaker rock dump.  Hydro-seeding
in this area was near completion at the time of the inspection.  Ms. Ryan
recommended that the limestone filters below this area be maintained until
vegetation is established.

    The next area observed was the old washer refuse disposal area.
Henderson Excavating was working on this area at the time of inspection.

    The next area observed was the third pond from the river.  This
pond was being cleaned with a front end loader at the time of inspection.

    The next area observed was the second pond from the river.  The dam
for this pond was being raised at the time of inspection.  The spillway and
diversion ditches in the vicinity of this pond have been re-established.

    The next area observed was the pond next to the river.  The limestone
filter in this dam had been partially dug out with a front end loader to
unclog the filter.  New limestone was being hauled in at the time of
inspection.

    The last area observed was the diversion ditch on the left side
(looking upstream) of the pond next to the river.  Low pH waster appears
to be seeping into this ditch through the ground from below the second
dam.

    Ms. Ryan collected water samples from this ditch and from the limestone
filter next to the river.

DRUM000717

CC:  Mr. Sheriff/Mr. Burdette
     Mr. Cook
     Mr. Bryant
     Mr. Gilbert
     Mr. Edwards
     Mr. Fred McDuff
     Mr. Jack McDuff
     File

Maxine Mine
May 31, 1983

TO:       Mr. Tom Musick

FROM:     Gary Walker

SUBJECT:  ASMC Inspection at Maxine Mine on 5-27-83

Janice Ryan, ASMC Inspector, was at Maxine Mine on Friday, May 27, 1983, to inspect the old refuse reclamation at the mine.  She was accompanied by Robert Allen from the ASMC Jasper Office.  No violations were issued.

The first area observed was the old breaker rock dump.  This area has been completely capped.  Lime and materials for hydro seeding have been ordered.

The next area observed was the old washer refuse disposal area. Henderson Excavating was hauling clay for covering this area.

The last area observed was the ponds and ditches below the washer refuse area.  The ponds were full and the ditches showed some signs of erosion as a result of recent heavy rains.  Plans have been made to raise the dam on the second pond from the river and re-establish the ditches in this area.  The third pond from the river will be cleaned as part of the reclamation project.  Ms. Ryan did not look at the pond next to the river on this visit.

DRUM000718

Copy 8/4/80 from DRC to:
  Mr. Breland/Burdette    Mr. Edwards
  Mr. Musick              Mr. Darden
  Mr. Brown

MEMORANDUM

TO:        For the Record

FROM:      Lois A. Dildine

SUBJECT:   Maxine Rock Storage Area Project (408301)

DATE:      July 30, 1980

## PROJECT SYNOPSIS

1. Sediments derived from washer rock storage area have been deposited in the valley creating an aquifer which contains water of poor quality.

2. Valley is underlain primarily by a thick shale unit.

3. The dam constructed across an embayment of the Locust Fork creates a head on the system.

4. Ground-water monitoring wells MO-1 and MO-2 and surface water monitoring sites M-1, M-2, M-3, and M-4 were established. Water quality and flow are monitored bi-monthly. Ground-water level fluctuations are recorded by Stevens Type-F water level recorders.

5. The water in the system is Magnesium-sulfate water in chemical character with high concentrations of iron and manganese. Also, total dissolved solids, comprised primarily of sulfate, are excessively high.

6. The volume of valley fill material, based on 1959 and 1979 topography is estimated at 215,200 cubic yards. Natural stream deposits may add to the volume of permeable material in the valley.

7. Using high and low ground-water levels recorded, the estimated volume of fill material and assuming a porosity of 25%, the volume of water in the aquifer is estimated to vary from 6 to 10.5 million gallons.

8. The drainage area for the system is approximately 180 acres. Assuming annual precipitation of 4.3 feet (52 inches) = 774 acre feet or 252,250,000 gallons per year (480 gallons per minute).

9. The alternative presently under consideration for the abatement of the surface/ground water quality problem is treating and discharging of water into the mine.

DRUM000749

- 2 -

Advantages:  1.  More uniform rate of disposal.

2.  Sludge will settle out in mine.

3.  Possible to "clean up" lower pond area.

4.  Efficient means of mixing water with treatment material.

SYSTEM DESIGN DETAILS UNDER CONSIDERATION:

1.  Surface storage pond with disposal well.

2.  Dam site and construction alternatives.

3.  Well location.

4.  Well to be constructed to prevent sediments from clogging system.

5.  Discharge rate and well diameter.

6.  Treatment material and dosage.

7.  Capacity of present mine dewatering system.

8.  Mine water level fluctuation units.

9.  Water quality of mine water and mixing with discharge from system.

DRUM000750

Massive Aid & H₂O Problems

## ALABAMA WATER IMPROVEMENT COMMISSION

Mailing Address:
State Office Building
Montgomery, AL 36130
Telephone (AC 205) 277-3630

Office Location:
Perry Hill Office Park
3815 Interstate Court
Montgomery, AL

Date _July_

TO: _Moyer Edwards_

FROM: _Chumeles Noon_

SUBJECT:

- ☐ Per Your Request
- ☐ For Your Information
- ☐ For Your Files
- ☒ Per Our Conversation
- ☐ Note and Return
- ☐ Prepare Reply
- ☐ For Your Review
- ☐ Other: _____

- ☐ Comment
- ☐ Handle
- ☐ Circulate
- ☐ Approval
- ☐ Signature
- ☐ See Me At Your
     Convenience

Moyer —

1) On talking w/Joe, he does not feel disposal of acid sludge into an abandoned clay mine is consistent w/ our program.

2) Attached are current guidelines I believe would be applicable to stockpiles.

3) Enclosed is copy of RCRA guidelines for extraction tests.

Bob. 7-30-79

AWIC-RS-77

DRUM000764

cc:  Mr. Breland
    Mr. Cook/Musick
    Mr. Burdette
    Mr. Edwards
    Mr. Brown

*Maxine*

December 20, 1978

## Follow Up Inspection Report

### Maxine Mine

DATE:     December 14, 1978

PRESENT:  Mr. Gilbert, Mr. Byce and Mr. J. McDuff

After re-evaluation of each of the areas which had been surveyed, it was found that sufficient runoff control exists to meet the requirements of the interim surface mining regulations with the exception of the <u>Coal Stockpile Area</u>.

Mr. Gilbert, Mr. Byce and myself walked the stockpile area and reviewed what needed to be done. Mr. Byce stated that he would undertake to correct the problem by putting up a berm as necessary. (Note: I talked with Mr. Gilbert today, December 20, 1978, and he stated that the berm was under construction. It is being made out of spoil material and will be "capped" with earth material).

With the correction of this problem, Maxine Mine should be in reasonably good condition as far as runoff control is concerned.

Jack McDuff

JLMc/ba

DRUM000768

PROPOSED PLAN TO CORRECT THE SILTATION
PROBLEM ASSOCIATED WITH THE MAXINE MINE
REFUSE STORAGE AREA

Discussions related to the overall drainage and siltation from the re-
fuse dump at Maxine Mine have lead to the following proposed plan.

A small dam approximately 20 feet high would be constructed in the main
hollow south of the mine refuse area "A". This dam would not be designed
to impound water but for containing the silt which would wash from the re-
fuse area until the final stages were completed. The area east of this
dam, which is now filled with silt washed from the refuse area, would be
dredged and cleaned for a distance of approximately 1,000 feet. This ma-
terial would be placed on the upstream of the north side of the dam.

A possible plan for the river side of this refuse area is to fill in the
existing washed areas with clay, moderate the existing refuse slope from
the tree line up to the road bed. A cover of clay will then be put down
with subsequent seeding with grass and/or trees.

A ditch line of approximately 10 to 12 feet wide and approximately 3 feet
deep located on the west side of the refuse pile would commence at the
present access road which crosses the refuse pile and runs for a distance
of approximately 5,800 feet meandering with the contours along the west
side of the hollow below the refuse pile and ending in a hollow south of
the proposed dam. This ditch would collect all drainage from the terrain
west of the refuse area and carry it to a point south of our proposed dam.
This water would not touch our refuse pile and should therefore be pollution
free.

The large hollow to the southwest of the present refuse dump would be used
for future mine refuse dumping. The refuse would be deposited from the bot-
tom of the hollow and layered according to the law to approximately the pro-
posed toe of refuse as shown on the attached sketch. The future refuse
would be deposited on a slope from the top of the existing pile to the pro-
posed toe and would measure approximately 27 degrees. This hollow would
comprise three and one-quarter million cubic yards of dumping space. As
the slopes for this area are completed, the top of the refuse pile would be
covered with clay and seeded with grass and/or trees. Clay for this project
is a scarce item and it may be necessary that some land south and west of
the project would have to be acquired in order to obtain the necessary amount
of clay. After removal of the clay, those areas too would be seeded with
grass and/or trees.

We have already contacted an excavating company in order that we may be in
a position to move forward on this project as soon as it meets with your
approval.

ALABAMA BY-PRODUCTS CORPORATION

By: _____
Douglas R. Cook
Vice President Engineering-Mines

DRUM000769



DRUM000771

cc:  Mr. Breland
     Mr. Burdette
     Mr. Brown
     Mr. Gilbert
     Mr. Cook
     Mr. Edwards

June 2, 1978

Dear Mr. MusicK

On Tuesday, May 30, 1978, Jerry McClendon and Gene McKibbons representing the State of Alabama Surface Mining Reclamation commission conducted an on site inspection at Maxine Mine. Their primary concern was to look at the facilities which are affected by the provisions of the Surface Mining Control and Reclamation Act of 1977.

The first area inspected was the sediment basin which collects water from the raw coal and clean coal stockpiles. The next area inspected was the refuse near the blackwater pond and the problem with the acid water stream below the dam. We are currently treating the water with sodium hydroxide. The last area inspected was the drainage and sedimentation behind Refuse Pile No. 4 on top of the hill near the rock bin.

Mr. McClendon seemed to be most concerned with the acid water below the dam and behind the refuse pile. Mr. McClendon stated that the purpose of the inspection was to review the facilities at Maxine Mine and attempt to resolve any problem areas that might exist.

Sincerely,

Gary Walker

Gary Walker

DRUM000777

November 17, 1977

Memorandum to:     Mr. Moyer Edwards

Subject:          EPA Inspection At Maxine Mine

EPA – Michael Taimi
      Linda Anderson

AWIC – Joe Myers

ABC – Tom Musick
      Sam Gilbert
      Gary Walker

Michael Taimi and Linda Anderson of EPA, accompanied by Joe Myers of AWIC, were at Maxine Mine for inspection on November 2, 1977. Areas at which the representatives looked were the reclamation and siltation control on the refuse pile, the dike at the river behind the refuse pile, and the wet coal storage area settling basin. Mr. Myers explained to the EPA representatives the previous conditions and current action being taken by ABC concerning these conditons at each location. The EPA representatives also asked questions concerning the number of silt basins and outfalls located at the mine.

Gary Walker
Engineer – Maxine Mine

cc:   Mr. Koenig          Mr. McAlpin
      Mr. Jones           Mr. Gilbert/Mr. Millican
      Mr. R. W. Self      Mr. Stockman/Mr. Wynn
      Mr. Lewis           Mr. Stuckey/Mr. Russell
      Mr. Withers         Mr. Bradford
      Mr. W. E. Self
      Mr. Breland
      Mr. Cook/Mr. Musick
      Mr. Gioiello
      Mr. Brown

                                             June 27, 1977


MEMO TO FILE:


On Friday, June 24, 1977, I met with Messrs. Horn, Cox and Myers of
the AWIC Technical Staff relative to our water pollution abatement
program.

I talked with Mr. Myers in regard to the Maxine problem, i.e., the
small stream flowing behind the washer and the resultant precipitate
that is being encountered when treated.  I also informed Mr. Myers
that we had just had a heavy rain Thursday evening and the weir had
washed quite a ways down stream.  Mr. Myers felt that we were doing
as much at this point as we could and that we should possibly continue
to try to achieve a pH level where the precipitate would be minimal
yet with a fair degree of neutralization if possible.

I talked with Mr. Horn and Mr. Bryant also in regard to the coke plant
waste treatment facility and informed them that electrical workers were
still on strike and that waste treatment plant was proceeding except
for electrical.  Mr. Horn informed me that he had talked with the EPA
just this past week relative to our coke plant treatment facility.  He
had informed the EPA that we were a little behind schedule due to the
problems just mentioned.  At this time there seems to be no problem
insofar as EPA is concerned.  They mentioned to Mr. Horn the possibility
of issuing a 90 day extension for this plant if necessary.  Mr. Horn also
mentioned that EPA might possibly be issuing a revised permit for our coke
plant effluent in the near future.

These men appear to be satisfied with the progress that this company is
making toward water pollution control at our coke plant as well as our
mines.

Mr. Myers indicated that he had been to Maxine Mine recently and that he
was impressed with the work that Mr. Gilbert has performed in that area.


                                             MOYER B. EDWARDS


MBE:rl

bcc:  Mr. Breland/Burdette
      Mr. Musick
      Mr. J. McDuff
      Mr. Edwards
      Mr. Brown
      Mr. Gilbert

*Maxine*

August 13, 1979

Mr. Joe Myers
Alabama Water Improvement Commission
State Office Building
Montgomery, Alabama 36104

Dear Joe,

Attached are copies of the correspondence sent to Herb Robins, ASMRC, in
regard to the acid-water problem at our Maxine Mine.  This information is
sent to you to keep you apprised of what steps are being taken to correct
the problem of acid-water drainage below our coal processing waste disposal
area.

If you need additional information, please call.

Sincerely yours,

D. R. Cook
Vice President Engineering-Mines

DRC/ba
Att:

DRUM000791

bcc: Mr. Breland/Burdette — with copy of LaMoreaux letter
     Mr. Musick       —         Ditto
     Mr. J. McDuff    —         Ditto
     Mr. Edwards      —         Ditto
     Mr. Brown        —         Ditto
     Mr. Gilbert      —         Ditto

August 13, 1979

Mr. Herb Robins
Alabama Surface Mining Reclamation Commission
Post Office Box 2390
Jasper, Alabama  35501

Dear Herb:

Attached is a copy of the correspondence sent to us by P.E. LaMoreaux of P. E. LaMoreaux and Associates, who has been retained by Alabama By-Products Corporation as consultant for surface and groundwater hydrology for our mining operations. Dr. LaMoreaux visited the Maxine Mine on August 6, 1979, and was of the opinion that the acid-water problem existing at the mine coal processing waste disposal area was considerably more involved than just surface runoff. He indicates that additional time will be required to effectively solve the problem.

As indicated in the attached correspondence, certain steps will be taken by him to develop a solution. Information necessary for him to begin his investigation has been provided and arrangements are underway to assist him in the other areas.

We appreciate your assistance in this matter, especially in realizing the complexity of the problem and the need for a proper solution. If we can give you any additional information, please call.

Yours very truly,

D. R. Cook
Vice President Engineering-Mines

DRC/ba
Att:

DRUM000792

**P.E.LaMoreaux & Associates**
Consulting Hydrologists, Geologists & Environmental Scientists

August 6, 1979

Mr. Doug Cook, Vice President
Alabama By Products
Engineering-Mines
P.O. Box 10246
Birmingham, AL  35202

RE:  Maxine Mine - Rock Storage-Discharge Problem

Dear Doug:

On August 6, 1979 a visit was made to the Maxine Mine
of ABC and in the company of Mr. Jack McDuff, Mr. Sam
Gilbert, and Lois Dildine, a careful review was made of the
notice of violation issued by the State of Alabama Surface
Mining Reclamation Commission signed by Mr. Herb Robbins and
received by Mr. Gary Walker of ABC on July 5, 1979.

Specific attention was made to the Rock Storage Area
and the total catchment basin related thereto.  Discharges
through the basin and from the basin were observed and the
specific violation "discharge from disturbed areas not
within effluent limitations" specifically related to the
provisions of the Act, Section 5-23A and 717.17A were in-
spected along with the treatment undertaken to date to
remedy the violation.

Maxine Mine was started in 1953 and the rock waste
accummulation since that date constitutes a very large
volume of material.  The rock material constituting in great
part an unconsolidated volume of rubble is now acting as a
catchment area for recharge to a perched ground water re-
servoir system.  Water moves from the rock waste disposal
area, both as surface water and an underground component of
flow.  The two sources of water have quite different volumes
throughout the year and different quality characteristics.
The specific area in violation is a tributary to the Locust
Fork, which has in part been filled in with rock disposal
material.  The discharge point from this tributary is located

Home Office:  P.O. Box 2310  Tuscaloosa, Alabama 35401  Telephone 205/752-3384  Cable (PELA)

Offices:  4313  South Florida Avenue  Lakeland, Florida  33803  Telephone 813/646-8526
1440 Bank For Savings Building   Birmingham, Alabama 35203   Telephone 205/251-5283

DRUM000793

Mr. Doug Cook
August 6, 1979
Page Two

so that throughout the year there is surface water, ground-
water effluent or leachate moving through the rock pile
rubble, and a possible component through jointing and bedding
plains in the underlying bedrock sandstones and shales.

To effectively solve the problem and develop an adequate
and efficient remedial treatment process for it will require
the following:

Work Elements

  1.  Air photo analysis to determine previous and
      existing drainage and interpret dip, strike,
      joint, pattern.

  2.  Surface geology analysis for ground truth
      of dip, strike, joint orientation, and
      lithologic units involved.

  3.  Subsurface geologic information for correla-
      tion with surface geology.

  4.  Original topographic map for determination
      of original drainage prior to 1953.

  5.  New topographic base for determination of
      re-established drainage.

  6.  Inventory of area to locate and describe
      all effluent, groundwater/surface water
      discharge points.

  7.  Collect samples of discharge and determine
      quantity of discharge.  Run chemical analysis
      for pH, iron, manganese, total dissolved solids,
      etc.

  8.  Drill two core tests into the base of the
      rock disposal fill in the tributary and
      into the bedrock below to determine
      difference in hydrostatic head.

  9.  Determine location and extent of under
      ground mines in area for possible exchange
      of water.

Mr. Doug Cook
August 6, 1979
Page Three

    10.    Determine impoundment required to meet ten
           (10) year, 24-hour event and develope necessary
           type and size of treatment facilities to
           control effluent at or below maximum allowable
           standards.

    11.    Prepare a summary report with necessary text,
           data, and recommendations.

                        Sincerely,

                        Philip E. LaMoreaux,
                        President

PEL:jt

cc:  Mr. Jack McDuff

DRUM000795

Case 2:16-cv-01443-AKK   Document 50-2   Filed 08/15/18   Page 118 of 120

STATE OF ALABAMA
# WATER IMPROVEMENT COMMISSION



Ira L. Myers, M. D.
Chairman State Health Officer

Claude D. Kelley
Vice Chairman
Commissioner, Department of
Conservation and Natural Resources

Perry Hill Office Park
3815 Interstate Court
Montgomery, Alabama

James W. Warr
Chief Administrative Officer

Commission Members:
Marvin O. Berglin, Fairhope
Dr. Robert M. Buchan, Mobile
Charles O. Carnes, Hueytown
Louis Grabenstatter, Huntsville
David L. Thomas, Montgomery

Mailing address:
State Office Building
Montgomery, AL  36130

Telephone 205/277-3630

April 5, 1977

Mr. Moyer Edwards
Director, Environmental Control
Alabama By-Products Corporation
Post Office Box 10246
Birmingham, AL  35202

Dear Mr. Edwards:

This letter is to confirm your agreement on March 23, 1977
with Mr. Cox to meet in our offices to discuss various corrective
actions which Alabama By-Products must take to improve operation
of water pollution abatement and/or prevention facilities at the
Mary Lee No. 1, Maxine and SEGCO No. 1 mines.  At this time
compliance schedules for necessary actions will also be discussed.

Pending your concurrence, we have tentatively scheduled this
meeting for 10:30 a.m., on April 18, 1977.

Should you have any questions concerning this matter, please
contact Mr. Buddy Cox of this office.

Yours very truly,

Charles R. Horn

Charles R. Horn, Chief
Industrial Waste Control Section
Water Improvement Commission

CRH:bjp

4/7/77 Copies from MBE to:
Mr. Koenig          Mr. Cook/Mr. Musick
Mr. Jones           Mr. McAlpin
Mr. R. W. Self      Mr. Brown
Mr. Lewis           Mr. Stuckey
Mr. W. E. Self      Mr. Stockman
Mr. Breland         Mr. Gilbert

Maxine

DRUM000801

cc:  Mr. Breland
     Mr. Edwards

March 28, 1977

MR. W. B. SELF:

I am concerned that the State water pollution people are finding many of the problem areas at several of our mining operations un-corrected that they had called our attention to in various earlier inspections.  Will you please take the necessary steps to make certain our water treatment efforts receive adequate attention on a regular and continuing basis in order that we may avoid any fur-ther unfavorable reaction from the water quality agencies?

G. W. LEWIS

GWL/br

DRUM000802

cc: D. R. Cook
    Mr. Edwards

Maxine Mine

June 3, 1976

TO:     Tom Musick

FROM:   David Millican

SUBJECT: Joe Myers of Alabama Water Improvement Commission
         inspection of Maxine.

    Mr. Myers came out to check on our progress in eliminating
the problem areas he pointed out at an earlier visit.  He inspected
our river barge loading area and was well pleased with our efforts
to eliminate the pollution in this area.  Mr. Myers also inspected
our errosion control efforts on our spoil piles and was satisfied
with our progress.  This visit was on May 20, 1976.

Respectfully,

David Millican

David Millican
Engineer, Maxine Mine

DRUM000803