FILED

2018 Aug-15  PM 10:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

Exhibit A

Page 1

1 IN THE UNITED STATES DISTRICT COURT NORTHERN

2 DISTRICT OF ALABAMA, SOUTHERN DIVISION

3

4 CIVIL ACTION NO. 2:16-CV-01443-AKK

5

6 BLACK WARRIOR RIVERKEEPER, INC.,

7        Plaintiff,

8 vs.

9 DRUMMOND COMPANY,

10        Defendant.

11

12

13        DEPOSITION OF DWIGHT HICKS

14    Southern Environmental Law Center

15    2829 2nd Avenue South, Suite 282

16    Birmingham, Alabama 35233

17        June 6, 2018

18

19 REPORTED BY:

20    Gail B. Pritchett

21    Certified Realtime Reporter,

22    Registered Professional

23    Reporter and Notary Public

Page 2

1        A P P E A R A N C E S

2

3 FOR THE PLAINTIFF:

4    Mr. Barry A. Brock,

5     Ms. Christina M. Andreen

6     and Ms. Sarah M. Stokes

7    Attorneys at Law

8    Southern Environmental Law Center

9    2829 2nd Avenue South, Suite 282

10    Birmingham, Alabama 35233

11    205.745.3060

12    bbrock@selcal.org

13    candreen@selcal.org

14    sstokes@selcal.org

15

16 FOR THE DEFENDANT:

17    Mr. Richard E. Davis

18    Attorney at Law

19    Starnes Davis Florie, LLP

20    7th Floor, 100 Brookwood Place

21    Birmingham, Alabama 35209

22    205.868.6000

23    rdavis@starneslaw.com

Page 3

1        A P P E A R A N C E S (continuing)

2

3 OTHERS PRESENT:

4    Mr. John Kinney

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Page 4

1            INDEX

2                Page:

3 EXAMINATION BY MR. BROCK        10

4

5

6        INDEX OF EXHIBITS

7                Page:

8 Plaintiff's Exhibit 1        41

9 Plaintiff's Exhibit 2        45

10 Plaintiff's Exhibit 3        46

11 Plaintiff's Exhibit 4        48

12 Plaintiff's Exhibit 5        62

13 Plaintiff's Exhibit 6        64

14 Plaintiff's Exhibit 7        126

15 Plaintiff's Exhibit 8        130

16 Plaintiff's Exhibit 9        132

17 Plaintiff's Exhibit 10        133

18 Plaintiff's Exhibit 11        146

19 Plaintiff's Exhibit 12        150

20 Plaintiff's Exhibit 13        154

21 Plaintiff's Exhibit 14        155

22 Plaintiff's Exhibit 15        158

23 Plaintiff's Exhibit 16        162

Page 5

1  Plaintiff's Exhibit 17        181
2  Plaintiff's Exhibit 18        185
3  Plaintiff's Exhibit 19        186
4  Plaintiff's Exhibit 20        191
5  Plaintiff's Exhibit 21        192
6  Plaintiff's Exhibit 22        194
7  Plaintiff's Exhibit 23        198
8  Plaintiff's Exhibit 24        198
9  Plaintiff's Exhibit 25        201
10 Plaintiff's Exhibit 26        203
11 Plaintiff's Exhibit 27        203
12 Plaintiff's Exhibit 28        205
13 Plaintiff's Exhibit 29        207
14 Plaintiff's Exhibit 30        213
15 Plaintiff's Exhibit 31        215
16 Plaintiff's Exhibit 32        216
17 Plaintiff's Exhibit 33        227
18 Plaintiff's Exhibit 34        230
19 Plaintiff's Exhibit 35        232
20 Plaintiff's Exhibit 36        233
21 Plaintiff's Exhibit 37        237
22 Plaintiff's Exhibit 38        240
23 Plaintiff's Exhibit 39        242

Page 6

1  Plaintiff's Exhibit 40        246
2  Plaintiff's Exhibit 41        248
3  Plaintiff's Exhibit 42        250
4  Plaintiff's Exhibit 43        252
5  Plaintiff's Exhibit 44        253
6  Plaintiff's Exhibit 45        255
7  Plaintiff's Exhibit 46        256
8  Plaintiff's Exhibit 47        258
9  Plaintiff's Exhibit 48        259
10 Plaintiff's Exhibit 49        260
11 Plaintiff's Exhibit 50        261
12 Plaintiff's Exhibit 51        262
13 Plaintiff's Exhibit 52        263
14 Plaintiff's Exhibit 53        263
15 Plaintiff's Exhibit 54        264
16 Plaintiff's Exhibit 55        267
17 Plaintiff's Exhibit 56        270
18 Plaintiff's Exhibit 57        274
19 Plaintiff's Exhibit 58        275
20 Plaintiff's Exhibit 59        276
21 Plaintiff's Exhibit 60        276
22 Plaintiff's Exhibit 61        279
23 Plaintiff's Exhibit 62        279

Page 7

1  Plaintiff's Exhibit 63        281
2  Plaintiff's Exhibit 64        281
3  Plaintiff's Exhibit 65        282
4  Plaintiff's Exhibit 66        282
5  Plaintiff's Exhibit 67        284

Page 8

1    S T I P U L A T I O N
2       IT IS STIPULATED AND AGREED, by
3  and between the parties, through their
4  respective counsel, that the deposition of
5  DWIGHT HICKS may be taken before Gail B.
6  Pritchett, Commissioner, Certified Realtime
7  Reporter, Registered Professional Reporter and
8  Notary Public;
9       That it shall not be necessary for
10 any objections to be made by counsel to any
11 questions, except as to form or leading
12 questions, and that counsel for the parties may
13 make objections and assign grounds at the time
14 of trial, or at the time said deposition is
15 offered in evidence, or prior thereto.

Page 9

1        I, Gail B. Pritchett, a Certified
2   Realtime Reporter and Registered Professional
3   Reporter of Birmingham, Alabama, and a Notary
4   Public for the State of Alabama at Large,
5   acting as Commissioner, certify that on this
6   date, as provided by the Federal Rules of Civil
7   Procedure of the United States District Court,
8   and the foregoing stipulation of counsel, there
9   came before me at the offices of Southern
10  Environmental Law Center, 2829 2nd Avenue
11  South, Suite 282, Birmingham, Alabama 35233, on
12  the 6th day of June, 2018, commencing at 9:45
13  a.m., DWIGHT HICKS, witness in the above cause,
14  for oral examination, whereupon the following
15  proceedings were had:
16
17        DWIGHT HICKS,
18  being first duly sworn, was examined and
19  testified as follows:
20
21        THE COURT REPORTER:  Usual
22  stipulations?
23        MR. DAVIS:  Except for reading and

Page 10

1   signing, yes.
2
3   EXAMINATION BY MR. BROCK:
4        Q.   Could you state your full name and
5   address for the record, please?
6        A.   I'm Dwight Russell Hicks, 403 18th
7   Avenue Northwest, Jasper, Alabama 35503.
8        Q.   What is your date of birth?
9        A.   8/25/49.
10       Q.   So your current age is what?
11       A.   Old.  Sixty-eight.
12       Q.   Mr. Hicks, I am Barry Brock.  I am
13  one of the attorneys for the plaintiff in this
14  case, the Black Warrior Riverkeeper, and we are
15  here today to take a deposition of Drummond
16  Company.
17       Are you aware that you have been
18  offered to testify on behalf of Drummond
19  Company today in deposition?
20       A.   Yes, sir.
21       Q.   Have you ever testified as a
22  corporate witness for Drummond Company before?
23       A.   Yes, sir.

Page 11

1        Q.   On how many occasions?
2        A.   Twice.
3        Q.   What actions or lawsuits were
4   those?
5        A.   One of them was a -- it was
6   actually a Corps of Engineers lawsuit that was
7   in the Tuscaloosa County area, around
8   Brookwood, and it was about sedimentation to
9   one of the creeks there.  And that was a long
10  time ago, it was back in mid- to late '70s.
11  And then the second time was --
12       Q.   Let me stop you there.  About the
13  first one, who were the parties in that case?
14       A.   There was -- there were three
15  different coal companies that were involved as
16  defendants.  We were one of the late ones that
17  were brought into it because we started mining
18  in the drainage area of this creek later than
19  the other two.  One of the other companies was
20  Abston Coal Company, and then the second one
21  was -- oh, the name of it, it was a small
22  company, it escapes me right at the moment.
23       Q.   Was that the Abston Construction

Page 12

1   case?
2        A.   Yes -- yes.  I am not sure what
3   you are calling the Abston Construction case,
4   but there was --
5        Q.   It is a case that gets cited in a
6   lot of environmental cases.  I don't know if
7   you are aware of that or not.
8        A.   No.
9        Q.   Was this the case that the
10  Attorney General brought, Mr. Baxley's office?
11       A.   No, this was a Corps of Engineers
12  case.  I mean, that's how I know it.
13       Q.   Okay.  So you gave a deposition?
14       A.   Yes.
15       Q.   Was there a trial?
16       A.   Yes.
17       Q.   And did you testify at trial?
18       A.   Yes.
19       Q.   And what was the outcome of the
20  case?
21       A.   All three companies had some
22  additional work that had to be done on site.
23  We had to build two additional sediment --

**Dwight Hicks**                                                4 (13 - 16)

Page 13

1 sedimentation ponds was the main thing.

2          Like I said earlier, we were kind

3 of a late entry, you know, into the lawsuit

4 because we had started mining in this drainage

5 area. But, you know, we had done it -- we came

6 involved after AS -- AWIC at the time had

7 implemented having to have sediment ponds and

8 all. And we had built sediment ponds to catch

9 our drainage. It turns out there was one area

10 where we did not have adequate drainage

11 control, so we were brought into the lawsuit.

12          The other companies, it was all

13 pre-law drainage, you know, for them -- or the

14 majority of it was anyway. And so there was

15 some sedimentation, you know, to the creek.

16 All three companies -- we had to build ponds,

17 they had to build ponds. And, let's see, the

18 third company, it comes to me, it was

19 Mitchell-Neeley. I think that they both had

20 fines to pay also.

21     Q.    Was it in Tuscaloosa County?

22     A.    Yes, uh-huh.

23     Q.    Do you know who the judge was?

Page 14

1     A.    Sam Pointer.

2     Q.    You said mid-'70s. Can you be

3 more specific than that?

4     A.    It was '77, '78, something in that

5 range.

6     Q.    Okay. What was the second case

7 where you testified as a corporate

8 representative of Drummond Company?

9     A.    It was a -- it was in State Court,

10 and it was a dispute between Drummond and Jim

11 Walter Resources on land holdings, who had

12 control. So that was the main issue of it.

13     Q.    What subjects did you testify

14 about in that dispute?

15     A.    It was dealing with reclamation

16 that was on one of the sites.

17          (Off-the-record discussion.)

18     Q.    (BY MR. BROCK) Other than Jim

19 Walter and Drummond, were there any other

20 parties in that dispute?

21     A.    I do not think so, no.

22     Q.    What court was it in?

23     A.    It was in State Court in

Page 15

1 Tuscaloosa.

2     Q.    Do you remember the judge?

3     A.    No.

4     Q.    Did you testify in trial?

5     A.    Yes.

6     Q.    And what was the outcome of that

7 case?

8     A.    The finding was in JWR's favor.

9 And the main thing that they were -- they were

10 looking for was to gain control over some of

11 their properties as far as being able to mine

12 -- it goes back to Drummond and JWR or U.S.

13 Pipe & Foundry having a long-term agreement for

14 mining -- surface mining, and there was a

15 dispute about whether that agreement had ended

16 or not. And so I guess it was determined that

17 it had ended and so they were able to regain

18 control of some of these properties.

19     Q.    Was Drummond forced to reclaim

20 property?

21          MR. DAVIS:  Object to the form.

22 You can answer.

23     Q.    (BY MR. BROCK:)  I was just trying

Page 16

1 to make sure I understood the answer.

2          Was the dispute about who had to

3 reclaim property or not?

4     A.    No.

5     Q.    Okay, that's fine.

6     A.    No, it was not.

7     Q.    It was over who had control over

8 certain --

9     A.    That was the primary thing.

10     Q.    -- property that had mining

11 permits for the property, I assume?

12     A.    Yes.

13     Q.    Where did you grow up and go to

14 high school?

15     A.    I grew up in south Texas halfway

16 between Houston and Corpus Christi, along the

17 coastal area, big farming area. I grew up on a

18 rice farm. I graduated from Tidehaven High

19 School in Elmaton, Texas.

20     Q.    What big city is that nearest to?

21     A.    Big?  It is about fifteen miles

22 from a city, which is a town of about fifteen

23 thousand or so.

Page 17

1  Q.  Okay.  Who is your current
2 employer?
3  A.  Drummond Company, Incorporated.
4  Q.  Do you have a job title?
5  A.  Yes.  I am Director of Reclamation
6 and Environmental Control.
7  Q.  How long have you had that title?
8  A.  Three years -- four years.
9  Q.  What do your job duties entail?
10  A.  I look after all reclamation for
11 the company, every place that we have mined,
12 surface mining or the circumspect of
13 underground mining that has requirements for
14 reclamation under the Surface Mining Act or
15 under the State Act with ASMC or with ADEM.  I
16 set the direction for reclaiming these
17 properties.  And then from the environmental
18 standpoint, anything that deals with
19 environmental monitoring, making sure that we
20 comply with all permit conditions, whether it's
21 for water or for reclamation, I am in charge of
22 that.
23  Q.  What is your business address?

Page 18

1  A.  3000 Highway 78 East, Jasper,
2 35502.
3  Q.  Is that the same building Mr.
4 Muncher works in?
5  A.  Yes, sir.
6  Q.  Who is superior to who in that
7 office?
8  A.  He has been my supervisor for the
9 last year.
10  Q.  Do you have any ownership interest
11 in Drummond Company?
12  A.  No, sir.
13  Q.  Have you ever?
14  A.  No, sir.
15  Q.  Who owns Drummond Company?
16  A.  The Drummond family.  The company
17 started in the late '40s, and as they -- very,
18 very small company, but Heman Drummond was the
19 originator of it.  He had seven children.  Five
20 of the boys, you know, were the primary people
21 that directed it, you know, that got everything
22 off and running for all of those years.  And
23 there is one of -- one of the boys, John

Page 19

1 Drummond, is still -- he is still living, the
2 others have deceased.  So he and a board of
3 directors and the actual owners of the company,
4 that is all within the family, you know, owned
5 and operated.
6  Q.  I see.  Do you know if Mr. Muncher
7 has any ownership interest in Drummond Company?
8  A.  No, sir, he does not.
9  Q.  I am going to put in front of you
10 what we previously marked as Plaintiff's
11 Exhibit 1 to Mr. Muncher's deposition.  It is a
12 30(b)(6) Notice of Deposition.
13  Have you reviewed that before
14 today, Mr. Hicks?
15  A.  I did -- I did scan over Mr.
16 Muncher's deposition.
17  Q.  The transcript of his deposition?
18  A.  Yes, sir.
19  Q.  Okay.  And my question here is
20 have you reviewed this notice before today?
21  A.  Yes, sir.  I looked over these
22 things --
23  MR. DAVIS:  You answered his

Page 20

1 question.
2  A.  Yes.
3  Q.  (BY MR. BROCK:)  All right.  And
4 you will notice that there are thirty-eight
5 different subjects of testimony that we listed
6 in the notice; do you see that?
7  A.  Yes.
8  Q.  All right.  Do you have the
9 ability to testify on those subjects?
10  MR. DAVIS:  Object to the form and
11 the --
12  A.  I can some of it, yes.
13  Q.  (BY MR. BROCK:)  All right.  If I
14 ask you a question that relates to any of these
15 subjects and you don't have any knowledge or
16 information or haven't done any research that
17 would inform you, just tell me that and we will
18 deal with that.
19  A.  Sure.  Okay.
20  Q.  Are you the person at Drummond
21 most knowledgeable about these subjects?
22  MR. DAVIS:  Object to the form.
23 I'm not sure if he knows what anybody else

**Dwight Hicks**                                                                 **6 (21 - 24)**

Page 21

1  knows. We have tendered witnesses, and we can
2  say this outside if you want, because I'm not
3  trying to influence the witness.
4       MR. BROCK: Well, I think it is a
5  fair question.
6       Q. (BY MR. BROCK:) Do you think
7  you're the person at Drummond most
8  knowledgeable about these subjects?
9       A. What subjects? I mean, just --
10      Q. Just the thirty-eight --
11      MR. DAVIS: Object to the form.
12      Q. -- subjects that we have listed.
13  And in fairness, for the record, your attorney
14  and Drummond have filed objections to some of
15  these.
16      MR. DAVIS: And object to the
17  question. Answer to the best of your ability.
18      A. Drummond bought Alabama
19  By-Products at the end of 1985, and so the vast
20  majority of what's being examined here today is
21  going to be on areas that would have been prior
22  to Drummond buying it. So just about all of
23  it, you know, it had already been disturbed, it

Page 22

1  had -- all of it had been mined, reclamation
2  was ongoing, you know, before Drummond had any
3  involvement whatsoever. So, you know, there's
4  a lot of this that I am not going to know
5  anything about. Some of it, you know, it would
6  be the fact. You know, the extent of my
7  involvement, you know, the only time that prior
8  to our purchasing, you know, ABC in '85, they
9  did -- ABC did contract with Drummond to do
10  some treatment work for them on one of the
11  sites.
12      Q. Let me stop you there. What year
13  was that?
14      A. That would have probably been late
15  part of '84 or maybe the early part of '85.
16      Q. Were you personally involved in
17  that work?
18      A. Yes, as far as they did talk to me
19  about getting things set up as Drummond
20  contracting it, and so there was a small
21  portion of it, you know, that I did go out and
22  see a small part of this area, yes.
23      Q. In that 1984 to '85 time frame,

Page 23

1  what was Drummond contracted to do by ABC?
2       A. To do some -- it was alkaline
3  treatment on some of their porous refuse. From
4  having read through this, you know, it is going
5  to be on an area that is described as -- where
6  soiling took place. Most of it would be
7  post-law or it would be regulatory controlled
8  area that -- where they were going to put soil
9  back on it and it needed to be treated. It was
10  some outslopes, some flat area.
11      Q. Was that part of the reclamation
12  process?
13      A. It was a part of a program, you
14  know, that they had developed, you know, in all
15  of this workup. You know, some of it was
16  covered under the PELA report, some of it was
17  covered under what Dr. Pettry had worked up.
18  But, you know, that was the extent of my
19  involvement, you know, as far as the -- on
20  these earlier areas.
21      Q. Who else that worked for Drummond
22  during that time frame was involved with that
23  project on the Maxine property in the '84/'85

Page 24

1  time frame?
2       A. That would be it, Drummond -- now
3  or what?
4       Q. Anybody that worked for Drummond
5  that might have worked with you on that project
6  you just described on the property in '84/'85
7  time frame?
8       A. Nobody. And the reason I say that
9  is Alabama By-Products, you know, they had
10  their -- they had their total program and it
11  involved engineers, land people, reclamation
12  people.
13      Q. Sure.
14      A. They did the majority of their own
15  work or they contracted out, you know, their
16  own work. So then later on, you know, once
17  Drummond bought ABC, you know, Drummond
18  maintained an underground mining division, you
19  know, and it would have been what was
20  previously Alabama By-Products. And so those
21  people continued mining, doing reclamation, all
22  of those kind of activities as a separate
23  entity from what I was in. I was -- primarily

**Dwight Hicks**                                                 **7 (25 - 28)**

Page 25

1 at that time I was involved in -- and we were
2 primarily surface coal miners, so that was
3 where just about all of my emphasis was.
4      Q.   All right.  Let me ask you a few
5 questions about that.
6           Was this agreement between ABC and
7 Drummond reduced to writing?
8      A.   I have no idea.
9      Q.   Have you ever seen a written
10 contract or agreement --
11      A.   No, sir.
12      Q.   -- that documented that?
13      A.   No, sir.
14      Q.   If I am understanding your
15 testimony, you were the only Drummond employee
16 that did any work pursuant to that agreement?
17      A.   I believe that's correct, yes.
18      Q.   And if I also understand what you
19 just said, after the merger at the end of 1985,
20 the ABC entity essentially became an
21 underground mining division of Drummond?
22      A.   Yes, sir, uh-huh.
23      Q.   And did ABC employees come over to

Page 26

1 Drummond at that time?
2      A.   They were maintained -- no.  They
3 became Drummond employees, but they operated in
4 an underground mining division.  Drummond was a
5 surface coal mining company just totally up to
6 until that point, and so we had a surface
7 division and an underground division.
8      Q.   Okay, I am with you.  Can you
9 remember the names of any people from ABC that
10 came over to Drummond as part of that new
11 underground mining division?
12      A.   There were dealings that I would
13 have like on -- Tom Musick would be -- he was
14 an engineer with them, so probably my primary
15 contacts would have been with him.  There were
16 others that, you know, that I met, talked to,
17 you know, on occasion.
18      Q.   Do you remember any names?
19      A.   Like, you know, we -- a lot of
20 times, you know, our primary contacts would be
21 whenever we would have like association
22 meetings and all.  And for a long time, you
23 know, there was a -- there was a surface mining

Page 27

1 association and there was an underground mining
2 association.  And, you know, it was finally
3 combined sometime in the 1980s, so our contact
4 between the two is fairly limited.  But once a
5 year, you know, there was a joint meeting, you
6 know, so I would get to see some of the folks
7 then.
8      Q.   Who were those folks?
9      A.   Well, one that I would remember
10 would be Jack McDuff.  Occasionally I would see
11 Moyer Edwards.
12      Q.   I understand he is deceased; is
13 that accurate or do you know?
14      A.   I don't know.  I would think that
15 that's probably true, just because, you know,
16 he was a fairly old gentleman, you know,
17 whenever I was having primary contact with him,
18 you know, almost four decades ago.
19      Q.   When was the last time that you
20 spoke to Mr. Musick?
21      A.   Oh, probably --
22      Q.   Is it more than ten years ago?
23      A.   Yes.

Page 28

1      Q.   So, in other words, you haven't
2 spoken with him about this lawsuit?
3      A.   No.
4      Q.   Or about the events that took
5 place in the '70s or '80s on the Maxine site?
6      A.   Right.  I have not spoken to
7 anybody, you know, outside of just -- outside
8 of Drummond -- present day Drummond personnel
9 pertaining to this lawsuit.
10      Q.   I am going to ask you about a few
11 people whose names are prominent in these
12 documents.  You mentioned Mr. Musick and Jack
13 McDuff; have you spoken to him at all about
14 this lawsuit?
15      A.   No, sir.
16      Q.   Do you know if he is still alive?
17      A.   I don't know.
18      Q.   Do you know where he lives?
19      A.   No, sir.
20      Q.   Okay.  Doug Cook, have you spoken
21 to him about this case?
22      A.   I have not.
23      Q.   Do you know who he is?

**Dwight Hicks**                                                    **8 (29 - 32)**

Page 29

1   A.   I know who he is, yes.
2   Q.   Michael Butts?
3   A.   Yes, I know Michael Butts.  Yes,
4 sir.
5   Q.   Does he currently work for
6 Drummond?
7   A.   No, sir.
8   Q.   Have you talked to him about this
9 case?
10   A.   He was an employee at Drummond
11 when this case was originally filed, so, yes,
12 there was early on -- you know, there were some
13 discussion with Mike Butts.
14   Q.   So he was an employee of Drummond
15 in September 2016?  That's when the case was
16 filed.
17   A.   Yes.
18   Q.   And he has since left?
19   A.   Yes.
20   Q.   Did he retire, was he fired, or do
21 you know?
22   A.   I don't know the circumstances.
23   Q.   How about Lois George, do you know

Page 30

1 who she is?
2   A.   I know who she is, yes.
3   Q.   All right.  Who does she work for?
4   A.   She works for P. E. LaMoreaux &
5 Associates.
6   Q.   Did she do some work on the Maxine
7 site?
8   A.   Based on what I have read, yes.
9   Q.   Did you interact with her in the
10 1980s when PELA was working on the site?
11   A.   No, sir.
12   Q.   Have you talked to her at all
13 about this case?
14   A.   No, sir.
15   Q.   What about Mr. Pettry that you
16 mentioned, have you talked to him about this
17 case?
18   A.   No, sir.
19   Q.   Did you interact with him some
20 during the '80s about work on the site?
21   A.   I saw him on site one time.  He
22 was -- I don't know if he still is, but he was
23 a professor at Mississippi State.  So, yes, he

Page 31

1 did come out there.  I remember him being out
2 there on one occasion whenever we were applying
3 some of the alkaline materials, you know, that
4 he had suggested to be applied, you know, to
5 the site.
6   Q.   Was he a contractor for Drummond?
7   A.   He would have been a contractor
8 for ABC.  And I didn't -- all of that would
9 have been prior to Drummond purchasing.  I do
10 not know if that continued after Drummond
11 purchased ABC.  If it did, it would have been
12 covered under the underground mining division.
13 I have no knowledge of that.
14   Q.   Was he ever a Drummond employee?
15   A.   No, sir.  No, sir.
16   Q.   All right.  In the deposition
17 notice, there was also a request to produce any
18 documents that were relevant to those topics,
19 And in this case, Drummond has produced about
20 three thousand seven hundred and thirty-five
21 documents.
22       Did you play any role in gathering
23 those documents up?

Page 32

1   A.   People that I work with at the
2 Drummond office, you know, we did get a request
3 through our legal people to pull any and all
4 documents that related to Maxine Mine and send
5 it to Birmingham to the legal people.
6   Q.   Who worked on that task for you?
7   A.   Oh, most of it would have been --
8 it would have been people that would have been
9 in our data resources in our storage area.  We
10 just have a file system and we asked them to go
11 through and identify anything that tied to
12 Maxine, and so they would go and pull the
13 banker boxes and bring them down.  And I looked
14 at just -- I looked at all of the boxes to make
15 sure that it was Maxine-related material, and
16 if it was we just boxed it up and sent it to
17 the legal people.
18   Q.   Was that storage facility in
19 Jasper?
20   A.   Yes, sir.
21   Q.   Is it at the office there that you
22 gave the address for earlier?
23   A.   Yes, sir, uh-huh.

Page 33

1    Q.   Did you read through the documents
2  -- at what level of detail did you read through
3  those documents?
4    A.   Very minimal.  It was primarily to
5  make sure that it was Maxine-related.  And if
6  it was, then, you know, we just boxed them --
7  and we already knew that it was going to be
8  Maxine-related, you know, just based on what
9  would have been on the document sheet.  And so
10  just made sure that they -- that what was on
11  the sheet, you know, that it said it was
12  Maxine, that it was Maxine.  And if it was, we
13  left it in the original dusty boxes and sent it
14  to the legal department.
15    Q.   Okay.  Since you sent those
16  documents to Birmingham, have you reviewed any
17  of them?
18    A.   I would say yes.
19    Q.   In preparation for the deposition?
20    A.   Yes, sir.
21    Q.   Do you remember any in particular
22  that you reviewed?
23    A.   There were quite a few, so --

Page 34

1    Q.   Did you review these exhibits to
2  Mr. Muncher's deposition?
3    A.   Yes, sir.
4    Q.   Did you review the permit map?
5    A.   Yes.
6    Q.   And did you familiarize yourself
7  with the site through review of these
8  documents?
9    A.   I wouldn't say that I
10  familiarized.  It is a lot of information.
11    Q.   Sure.
12    A.   So I looked through a lot of this
13  in a pretty general way, right.
14    Q.   When was the last time you were on
15  the Maxine Mine site?
16    A.   I was there this Monday.
17    Q.   What were you doing there?
18    A.   We were doing some road work to
19  get better access in to part of it, and I just
20  went down there to make sure that people that
21  work for me, you know, did the remedial work
22  that I wanted done.
23    Q.   What remedial work is going on now

Page 35

1  at the site?
2    A.   Nothing.  This was strictly -- we
3  went down there to do some road repair work
4  that would make it easier to access, you know,
5  the area with a vehicle.
6    Q.   Is this the lower road that comes
7  in by the river, by the lower dam?
8    A.   Yes, sir.
9    Q.   I can testify that that needed
10  some work, having been stuck in the mud there.
11    A.   That big mud hole we had there,
12  that was the main thing we corrected.
13    Q.   Okay.  Well, that's good to know.
14  Was there any other work actually done on the
15  site?
16    A.   No, sir.
17    Q.   Did you do any sampling when you
18  were there?
19    A.   No, sir.
20    Q.   Did you do any other kind of site
21  assessment?
22    A.   No, sir.
23    Q.   How many times have you been on

Page 36

1  the site since the notice letter was issued in
2  this case in June of 2016?
3    A.   Probably in a range of ten times.
4    Q.   And what were you typically doing
5  there on those visits?
6    A.   Just becoming more familiar, you
7  know, with the site.
8    Q.   Have you done any sampling on the
9  site on those ten or so visits?
10    A.   No, sir, other than, you know,
11  taking some just pH -- pHs of some of the
12  water, you know, that would be in and around
13  the site.
14    Q.   Did you take pH readings in some
15  of the streams on the site?
16    MR. DAVIS:  Object to the form and
17  foundation.  You can answer.
18    A.   I am hard-pressed to say that, you
19  know, there are streams on the site.
20    Q.   (BY MR. BROCK:)  Some of the water
21  bodies?
22    A.   Some of the water that was on the
23  site, yes.

Page 37

1   Q.   Did you record those somewhere?

2   A.   No, sir.

3   Q.   What did you take the readings

4   with?

5   A.   Just a hand-held pH meter.

6   Q.   Did you check conductivity as

7   well?

8   A.   No, sir.

9   Q.   What kind of pH readings did you

10   typically see?

11   A.   Oh, it ranged from 3.2 to 7.5, in

12   that range.

13   Q.   Where were the 3.2 readings?

14   A.   Most of it was going to be -- if

15   you are looking upstream from the river area,

16   most of it would be on the right-hand side,

17   which in the documents and all is going to be

18   described as the eastern ditch area.

19   Q.   Did you actually take the samples

20   in the east ditch?

21   A.   Just in the area where the east

22   ditch, you know, based on the maps and all, you

23   know, would have been.  You know, there's

Page 38

1   remnants of the ditch that is still there and,

2   you know, some of it is -- it's no longer

3   active.  Just segments of it you can still see

4   where it is or was.

5   Q.   Does it still convey runoff on the

6   site?

7   MR. DAVIS:  Object to the form and

8   foundation.  I am just trying to figure out

9   what "it" is.

10   Q.   (BY MR. BROCK:)  The east ditch,

11   what is left of the east ditch.

12   A.   The east ditch is not operable the

13   way it appears that it was originally set up to

14   operate.  But there is going to be the poor

15   quality drainage, you know, that is going to

16   come off from the old pre-law coarse refuse is

17   going to be on the right-hand side looking

18   upstream.  Well, then, you know, it comes off

19   of that and comes down to where the east ditch,

20   you know, would have been basically at the base

21   of that.

22   Q.   Would that be referred to as the

23   toe of the --

Page 39

1   A.   Yes, it could be considered as the

2   toe of the old coarse refuse, yes.  And

3   basically, I mean, it's -- I think the

4   follow-up to what your original question was,

5   you know, that's about the only time that you

6   are going to have any water that's going to be

7   there is going to be the results of stormwater

8   from rainfall events.  The rest of the time,

9   you know, there is -- I have seen very little,

10   if any, drainage that would be coming down

11   through there.

12   Q.   In a rain event, though, would

13   there be drainage -- surface water in what

14   remains of the east ditch?

15   A.   In the general area where the east

16   ditch would have been, yes, sir.

17   Q.   Does the east ditch still have a

18   bed and banks?

19   A.   Not that I can tell, no, sir.

20   Q.   How can you identify it?

21   A.   Just from looking at the maps,

22   knowing basically, you know, where it showed it

23   to be.  And you could see just kind of the

Page 40

1   rough configuration of what might have been a

2   ditch line that would have run up through the

3   area that would have been at the toe, you know,

4   of the old coarse refuse area.

5   Q.   Have you taken any photographs of

6   it?

7   A.   I took probably -- yeah, a few

8   photos just with my phone.

9   Q.   Have you given those to Mr. Davis?

10   A.   No, sir.

11   Q.   Will you do that for us?

12   A.   I don't even know if I still have

13   any of them.

14   Q.   Will you look and see if you do?

15   A.   Sure, uh-huh.

16   Q.   While we are on the subject of

17   ditches, I am going to do this a little bit out

18   of the order that I intended, but, Mr. Hicks,

19   are you aware that we, the parties in this

20   lawsuit, made some visits to the site last

21   summer?

22   A.   Yes, sir.

23   Q.   You weren't present for any of

**Dwight Hicks**                                              **11 (41 - 44)**

Page 41

1 those visits, were you?
2     A.   No, sir.
3     Q.   I don't remember seeing you there,
4 anyway.
5     A.   No, sir.
6     Q.   And we took some photographs while
7 we were out there on that visit; have you
8 looked at any of those photographs before?
9     A.   No, sir.
10     (Plaintiff's Exhibit 1 was marked
11     for identification.)
12     Q.   Okay.  I am going to hand you what
13 I am marking as Exhibit 1 to your deposition.
14 This is a photograph that was taken on June
15 12th, 2017 when we were on the site.
16     A.   Uh-huh.
17     Q.   It appears to be some sort of
18 drainage channel or ditch.  Can you identify
19 what is shown in that photograph?
20     A.   Not a hundred percent, no, sir.
21     Q.   What percent can you identify it?
22     A.   I would be sixty percent, you
23 know, sure of where this is.  I have seen -- I

Page 42

1 have seen this.
2     Q.   Where do you think it is?
3     A.   I'm thinking that this would
4 probably be along the eastern side looking
5 upstream.
6     Q.   The eastern side of what?
7     A.   Well, I would think that to the
8 right of this is going to be slopes, and there
9 is going to be old coarse refuse that would be
10 up this slope.
11     Q.   So would this be in the area of
12 the east ditch?
13     A.   In the general area of where I
14 would think that the east ditch would be, yes.
15     Q.   Is this part of what remains of
16 the east ditch?
17     A.   That I'm not sure of, but I would
18 say that this is in the general area of where
19 the east ditch would be.  That's what I'm
20 thinking anyway.
21     MR. DAVIS:  What date did you give
22 for that?
23     MR. BROCK:  That's June the 12th.

Page 43

1     MR. DAVIS:  Okay.  Thank you.
2     Q.   (BY MR. BROCK:)  Mr. Hicks, what I
3 am going to do here, just so we have a
4 reference point, I am going to put in front of
5 you Exhibit 7 to Mr. Muncher's deposition.
6     A.   Okay.
7     Q.   It is a two-page exhibit that has
8 a figure of the site.  Have you seen these two
9 pages before?
10     A.   Just in his -- in his deposition,
11 yes, sir.
12     Q.   Did you ever see these back in the
13 '80s when PELA was working on the site?
14     A.   No, sir.
15     Q.   Okay.  I am going to put the
16 bottom page on top, because it is in color and
17 a little bit easier to see, so that as we go
18 through some of these photos maybe you can tell
19 us by reference to this page where you think
20 they are; does that make sense?
21     A.   Okay.
22     Q.   And so Exhibit 1 that we looked at
23 you said you believe would be in the area of

Page 44

1 the east ditch?
2     A.   Yes, sir.
3     Q.   And that's the east ditch that is
4 shown on this page, which is Drummond 2817?
5     A.   Okay.
6     Q.   Correct?
7     A.   Yes, sir.
8     Q.   Has Drummond performed any
9 maintenance on this ditch that is shown in that
10 photo 1?
11     A.   No, sir.
12     Q.   And I mean since it took control
13 of the property in 1986.
14     A.   No, sir.  Let me clarify that.
15     Q.   Sure.
16     A.   I had no involvement -- if there
17 was any work done, I had no involvement in it.
18 But as I had mentioned in some of your
19 questions earlier, there was an underground
20 mining division that would have been ABC that
21 would have still been fully functional, you
22 know, in the mid- to late '80s.  And so it's
23 possible that some work could have been done,

Page 45

1 but I'm not aware of any and I don't think that
2 there would have been any work done by even ABC
3 people.
4     Q.    After what year?
5     A.    After the acquisition by Drummond.
6          (Plaintiff's Exhibit 2 was marked
7          for identification.)
8     Q.    Let me show you what I have marked
9 as Exhibit 2 to the deposition.  This is
10 another photo taken on June 12th, 2017.  Do you
11 recognize what is shown in that photo?
12     A.    Well, it looks very similar, you
13 know, to this (indicating).
14     Q.    So Exhibit 1?
15     A.    Yes.  I can't -- I can't tell you
16 specifically, you know, where this would be.
17     Q.    Do you know if this is the east
18 ditch or not?
19     A.    No, sir, I do not.
20     Q.    Does this appear to you to be a
21 man-made drainage ditch?
22     A.    It's really hard to tell.  I don't
23 know.

Page 46

1     Q.    So you can't tell one way or the
2 other by looking at the photo if it's man-made?
3     A.    No, sir.
4     Q.    The east ditch when it was
5 constructed, was it a man-made diversion ditch?
6     A.    Well, since it was a -- it was a
7 part of a plan and it would have been on coarse
8 refuse-related material, I would have to say
9 yes, you know, that it would be man-made, yes.
10     Q.    Do you know who constructed it?
11     A.    No, sir, I do not.
12          (Plaintiff's Exhibit 3 was marked
13          for identification.)
14     Q.    All right.  I am handing you what
15 I marked as Exhibit 3 to your deposition.  Do
16 you recognize the structure in this picture?
17     A.    I have seen an area down there
18 that looked very similar to this.  As far as
19 being able to pinpoint where this is, no, I
20 cannot tell you that.
21     Q.    With reference to this figure we
22 are looking at, do you know what ditch this may
23 be?

Page 47

1     A.    No, sir.
2     Q.    And you don't know where on the
3 property this is?
4     A.    No, sir.
5     Q.    Does it appear to you to be a
6 man-made ditch?
7     A.    It's difficult to tell.
8     Q.    You can't tell from looking at it?
9     A.    No, sir.
10     Q.    What is that material that is in
11 the bed of the ditch shown in that photo?
12     A.    It's got rock in it.  And from
13 some of the coloration, you know, some of that
14 could be natural material, natural rock that
15 would be in any kind of little drainage area
16 like that, or it could be, you know, some
17 coarse refuse material.
18     Q.    Is there some mine waste in that
19 material that you see?
20          MR. DAVIS:  Object to the form and
21 foundation.  You can answer.
22     A.    I can't tell specifically, you
23 know, from looking at this.

Page 48

1     Q.    (BY MR. BROCK:)  Is there natural
2 rock in the area that is that blackish-gray
3 color?
4     A.    Could be.  More of it is -- of the
5 rock there is going to be sandstone base, so it
6 would typically be -- some of the lighter-
7 colored material that you see there could be
8 sandstone.
9     Q.    Could the darker-colored material
10 be mine waste?
11     A.    Yes, it could be, yes, sir.
12     Q.    Does this diversion ditch in this
13 photo have banks?
14     A.    Well, it -- it's hard to tell if
15 that's banks or if that's just a toe of an
16 embankment here.
17          (Plaintiff's Exhibit 4 was marked
18          for identification.)
19     Q.    I have handed you what I have
20 marked as Exhibit 4 to your deposition.  This
21 is a photo from August 1st, 2017 on another
22 visit we made.
23     A.    Uh-huh.

**Dwight Hicks**

**13 (49 - 52)**

Page 49

1    Q.   Can you tell where that ditch is?

2    A.   Was taken?  No, sir.  I have seen

3 area down there that look very similar to this

4 but, you know, it's -- several different places

5 look similar to that.  So, no, I couldn't tell

6 you exactly where that is.  It has got good

7 vegetation that is coming in on all of it.

8    Q.   It has trees that look like they

9 are falling into it as well, doesn't it?

10    A.   Well, that is very normal.

11    Q.   Okay.  Do you see the dark

12 material that is in the -- to the right side of

13 the photograph on the --

14    A.   Yes, sir.

15    Q.   -- ground there?

16       Does that look like mine waste to

17 you?

18    A.   It could possibly be, yes, sir.

19    Q.   So you can't tell from looking at

20 this if it is any of the ditches shown on

21 Exhibit 7?

22    A.   No, sir.

23    Q.   But you do recognize this as being

Page 50

1 on the Maxine property?

2    A.   It looks very much like some of

3 the area that would be on the Maxine property

4 that is going to be in this area (indicating),

5 yes, sir.

6    Q.   All right.  Before we move into

7 more details about the site, let me back up and

8 ask you a little bit about your educational

9 background.

10    A.   Yes, sir.

11    Q.   What year did you graduate from

12 high school?

13    A.   In 1967.

14    Q.   And that was in Texas?

15    A.   Yes, sir.

16    Q.   And did you go to college after

17 that?

18    A.   Yes, sir.

19    Q.   Where did you go to school?

20    A.   I went to Stephen F. Austin State

21 University in Nacogdoches, Texas.

22    Q.   Did you earn a degree?

23    A.   Yes, sir.

Page 51

1    Q.   What was your degree in?

2    A.   I have a bachelor's and master's

3 degree in forest science.

4    Q.   Are you an engineer?

5    A.   No, sir.

6    Q.   Are you a hydrologist?

7    A.   No, sir.  I am a forester.

8    Q.   Are you a geologist?

9    A.   No, sir.

10    Q.   Or a biologist?

11    A.   No, sir, a forester.

12    Q.   All right.  And generally what

13 skill set does a forester use with that

14 education?

15    A.   Well, some of all of the things

16 that you mentioned in addition to being a

17 forester.  But, you know, first and foremost it

18 would be about trying to manage and sustain

19 forest products, you know, to maximize

20 productivity.  It involves doing things in

21 environmentally acceptable ways.  It has a lot

22 to do with earth sciences.  It's a -- I would

23 say that even though it is a specific degree,

Page 52

1 within a lot of the coursework that goes into

2 it, you know, touches on a lot of these

3 different areas.

4    Q.   Have you had any additional formal

5 educational training after the master's?

6    A.   No, sir.

7    Q.   Do you have any certificates or

8 other I guess academic acknowledgments or

9 achievements?

10    A.   I have gone to continuing

11 education classes and things like that, but as

12 far as having additional education or

13 certificates, no, other than continuing

14 education.  I mean, you get a certificate with

15 all of those.

16    Q.   Right.  What year did you finish

17 the master's?

18    A.   In 1973.

19    Q.   Did you go to work after that?

20    A.   Yes, sir.  First job was at Auburn

21 University.  I was hired as a -- to do research

22 work.  I was hired as a research associate.

23 And the work that -- the main project that I

Page 53

1  was hired to work on dealt with coal mine
2  reclamation work, to come up with better
3  methods of doing reclamation, grading,
4  re-vegetation on surface coal mining sites.
5  And it was set up as a ten-year project through
6  the School of Forestry at Auburn.  Dr. Sam Lyle
7  was my project leader.  He is one of the
8  foremost reclamationists in the country.
9        MR. DAVIS:  Can we ask how to
10  spell that name?
11        MR. BROCK:  Sure.
12     A.   Lyle, L-y-l-e.
13     Q.   (BY MR. BROCK:)  How long did you
14  work on that project?
15     A.   Two years.
16     Q.   Did you go to mine sites around
17  the state as part of that?
18     A.   Yes, sir, got to know all of the
19  different coal mining companies that were --
20  that had membership in what at that time was
21  the Alabama Surface Mining Reclamation Council.
22     Q.   Did you perform any actual
23  reclamation work?

Page 54

1     A.   Yes.  One of the main reasons that
2  I was hired is because I came from an
3  agricultural background, I knew how to operate
4  equipment.  And so, you know, as a research
5  associate, you are going to start out doing a
6  lot of grunt work.  So, yes, we were putting in
7  reclamation research plots on a lot of these
8  different coal mines.
9     Q.   Do you remember what mines you
10  worked on?
11     A.   Several of them, yes, uh-huh.  We
12  had -- some of our main plots -- some of our
13  main plots were on Drummond property.  Drummond
14  was one of the -- probably the biggest
15  supporters of the Reclamation Council and
16  spearheaded, you know, trying to come up with
17  better methods of doing reclamation, doing
18  re-vegetation on coal mines.  And so they were
19  -- they were very involved in and were willing
20  to provide their mine sites, not only provide
21  the sites but, you know, actually provide some
22  of the work as far as getting areas graded the
23  way we wanted, do some of the re-vegetation,

Page 55

1  the amendment work, you know, that was
2  required.
3     Q.   Did Drummond fund any of the
4  research?
5     A.   Well, indirectly.  I mean, it was
6  all funded through the Reclamation Council, and
7  Drummond was a member of the Council, so they
8  paid dues and all into it, and that went toward
9  funding this project, yes.
10     Q.   Outside of their dues, do you know
11  if they funded it in any other way?
12     A.   The only way it would have been,
13  as I have described, I call it in-kind work.
14  They were very helpful as far as providing
15  dozers and earth moving equipment to grade
16  areas the way we needed it, you know, the way
17  we thought things needed to be done to maximize
18  grading and reclamation.  So, yes, they
19  provided in-kind services.
20     Q.   I had asked you a second ago if
21  you just remember any of the main mine sites
22  you worked on.  You don't have to list them
23  all, by any means.

Page 56

1     A.   Well, like in Cullman County,
2  there was what was called the Arkadelphia Mine,
3  it was a Drummond mine.  We had a large set of
4  plots, re-vegetation -- grading and
5  re-vegetation plots there.  There was a large
6  set that was put in in Bibb County.  It would
7  have been at one of Burgess Mining Company's
8  mines in Bibb County.  There was one -- a large
9  set that was put in in Jefferson County that
10  would have been around Adger.  That would have
11  been on Taylor Coal Company mine site.  There
12  was another large set that was put in in Walker
13  County at the Cedrum Mine --
14     Q.   When you say a large set, what do
15  you mean by that?
16     A.   It would be many, many acres that
17  would go into these plots.  And when I say set,
18  you know, it would be divided up, you know,
19  into groupings, plots, and it would always have
20  a minimum of three sets, three identical sets,
21  you know, where you could do statistical
22  analyses on these -- on the different things
23  that were put into these units, you know, where

**Dwight Hicks**                                                    **15 (57 - 60)**

Page 57

1  you could -- it was all scientific stuff.  So
2  you could statistically say where the different
3  things was -- what was best, what was worse,
4  that type of thing.
5      Q.   Were any of those underground
6  mines?
7      A.   This would all have been on
8  surface mines.
9      Q.   Were there any new reclamation
10  techniques that you all were implementing as
11  part of that program?
12      A.   Oh, yes.  Yeah.  Grading
13  techniques, we made recommendations, you know,
14  for the best way to grade areas.  We made
15  recommendations on what would have been the
16  best vegetation mixes, whether it was either
17  grasses and legumes or trees, what would do
18  best on different kind of sites.  And that's
19  why we spread all of this work around, you
20  know, over the whole coal region of Alabama was
21  to make sure that we cover in all of the
22  different kind of materials that the mining
23  companies would come in contact with.

Page 58

1      Q.   Okay.  And what did you do after
2  that two years at Auburn?
3      A.   I was offered a job at Drummond
4  Company, and so I left Auburn.  Hated to leave
5  Auburn.  Loved Auburn.  Wonderful place to
6  live, wonderful place to work, loved my project
7  leader, all of that good stuff.  That was a
8  wonderful part of my life.  But, you know, this
9  project was set up for a maximum of ten years,
10  and from talking to my major professor, he said
11  hey, I hate for you to leave, but, you know,
12  unless you want to continue your education and
13  get your Ph.D. and become a professor at Auburn
14  or somewhere else, he said if you don't have
15  interest in that, well, then this offer that
16  Drummond has made you would probably be better
17  for you.  So I left Auburn and went to work
18  with Drummond, and I have been here ever since.
19      Q.   And what year was that?
20      A.   That would have been the latter
21  part of '74.
22      Q.   What positions have you held at
23  Drummond over the years?

Page 59

1      A.   Everything that I have done has
2  been related to reclamation and environmental
3  control at either the manager level or here
4  more recently at the director level.
5      Q.   Have you read the notice letter
6  that was served in this case?  Do you know what
7  I mean when I refer to that?
8      A.   I think I know, but --
9      Q.   So this lawsuit involves claims
10  under two federal statutes, the Clean Water Act
11  and the Resource Conservation Recovery Act, and
12  they both require that a citizen plaintiff
13  provide notice before you can file a lawsuit,
14  you have to wait sixty days.
15      A.   Uh-huh.
16      Q.   So we submitted a letter to
17  Drummond back in June of 2016.  Have you
18  reviewed that letter?
19      A.   Sounds like it is probably
20  something that I would have reviewed.  I would
21  say yes.
22      Q.   Have you reviewed the Complaint
23  that was filed in court in the case?

Page 60

1      A.   I'm sure I have, yes, sir.
2      Q.   Have you reviewed Drummond's
3  answer?
4      A.   Yes, sir.
5      Q.   And there are some interrogatory
6  responses that you signed; do you remember
7  signing those?
8      A.   Yes, sir.
9      Q.   Okay.  We may get into those a
10  little bit later, but did you do some work to
11  obtain answers to those interrogatories?
12      A.   Work?  I mean --
13      Q.   Research --
14      A.   Well, research my brain?  Yes.
15      Q.   Okay.  Have you reviewed any
16  sampling data related to the site?
17      A.   No, sir.
18      Q.   None at all?
19      A.   No, sir.
20      Q.   We will go ahead and get this out
21  of the way:  Are you aware that Drummond has
22  retained some experts in this case, some
23  scientists --

Page 61

1   A.   Yes, sir.

2   Q.   -- to evaluate the site?

3   A.   Yes, sir.

4   Q.   Have you worked with any of those

5   experts?

6   A.   No, sir.

7   Q.   There is a company called -- well,

8   it used to be called Amec.  Did you work with

9   any of those scientists?

10   A.   It is called what?

11   Q.   Amec, A-m-e-c or --

12       MR. DAVIS:  Amec Foster Wheeler;

13   it is now Wood.

14   A.   Oh, I am familiar with that name,

15   but, no, I did not do any work with them, have

16   not consulted with them or anything.

17   Q.   (BY MR. BROCK:)  There is another

18   gentleman named Lynn Sisk who has done an

19   expert report.  Have you communicated at all

20   with him about this case?

21   A.   No, sir.

22   Q.   How about Tom Simpson?

23   A.   No, sir.

Page 62

1   Q.   Anybody at PELA?

2   A.   No, sir.

3   Q.   Are you aware that last summer, in

4   August, that the parties went on site and did a

5   sampling program?

6   A.   Yes, sir.

7   Q.   Who told you about that?

8   A.   The attorneys.

9   Q.   Did anybody other than the

10   attorneys that worked for Drummond talk to you

11   about it?

12   A.   No, sir.

13   Q.   When we went out and did that

14   sampling, the samples, it was a joint sampling

15   event, and we sent all of the samples to the

16   same lab; are you aware of that?

17   A.   No, sir.

18   Q.   Are you familiar with TestAmerica?

19   A.   I just know the name.

20       (Plaintiff's Exhibit 5 was marked

21       for identification.)

22   Q.   Mr. Hicks, I am going to show you

23   three documents clipped together that I have

Page 63

1   marked as Exhibit 5 to your deposition; have

2   you seen those before?

3   A.   (Reviewing documents.)  No, sir.

4   I haven't seen this first set, TestAmerica.  I

5   haven't seen anything from TestAmerica, no,

6   sir.

7       MR. BROCK:  What I am trying to

8   understand is I want to make sure that Drummond

9   is stipulating that these are the lab results

10   that were generated from our investigation in

11   this case and doesn't dispute that these are

12   the lab results that were provided by

13   consultant Amec Foster Wheeler?

14       MR. DAVIS:  How about this, the

15   witness is not going to be able to do that,

16   but -- and I don't know that I am prepared to

17   do it now, but, not to be alarming, I don't see

18   that as a point of contention, and I think the

19   lawyers can get together and work out a set of

20   stipulations that will cover things like that.

21       MR. BROCK:  Okay.  I mean, I just

22   -- you understand what I am asking?  I just

23   want to make sure that there is no position

Page 64

1   that Drummond has that these results aren't

2   accurate or aren't what was taken on site in

3   August.

4       MR. DAVIS:  I think that's

5   something we should work out in conjunction

6   perhaps with the expert depositions without

7   asking Mr. Hicks to address it, but, yeah, I

8   hear you.

9   Q.   (BY MR. BROCK:)  Okay.  As

10   Drummond's representative here today, though,

11   you are not aware of any reason that these

12   results are invalid?

13   A.   No, sir, I am not aware of any

14   reason why they wouldn't be.

15       (Whereupon, a break was had from

16       10:52 a.m. until 11:04 a.m.)

17       (Plaintiff's Exhibit 6 was marked

18       for identification.)

19       MR. BROCK:  Just for housekeeping

20   purposes, I have marked this Exhibit 6.  These

21   are tables that Amec Foster Wheeler prepared

22   from the data that we have marked Exhibit 5.

23   And I guess we can enter into the same sort of

Page 65

1 stipulation, assuming that --
2     MR. DAVIS: Stipulation to discuss
3 stipulations?
4     MR. BROCK: Uh-huh.
5     MR. DAVIS: Yeah, we will.
6     MR. BROCK: But if Drummond is
7 somehow now objecting to the joint sampling
8 data, we would like to know that.
9     MR. DAVIS: Yeah, I'm not aware of
10 any objection. My thought is that we can just
11 -- that is a housekeeping detail and we
12 can take up in some programmatic fashion so we
13 can put it in front of the Court.
14     Q. (BY MR. BROCK:) Mr. Hicks, this
15 is Exhibit 38 to Mr. Muncher's deposition; it
16 is a report from PELA.
17     A. Yes, sir.
18     Q. What is the date on that down at
19 the bottom, if you would?
20     A. October the 5th, 1984.
21     Q. Do you recall seeing this report
22 before?
23     A. No, sir. As a part of this

Page 66

1 preparation was the first time that I have seen
2 it.
3     Q. Do you understand that Drummond
4 has retained PELA as a consultant or expert in
5 this case?
6     A. That is my understanding, yes.
7     Q. Would you say that PELA has a good
8 reputation for its engineering work?
9     A. As far as I know --
10     MR. DAVIS: Object to the form.
11 Go ahead.
12     A. As far as I know, engineering,
13 geology, yes. I have never heard anything to
14 the contrary.
15     Q. (BY MR. BROCK:) Okay. Within
16 this Exhibit 38, I put a paper clip on some
17 pages, and it has to do with water quality.
18 And my question is what follows that are some
19 tables with sampling data from the '80s. Feel
20 free to look through that.
21     A. (Reviewing document.)
22     MR. DAVIS: Let me get this number
23 off --

Page 67

1     A. 477. Do you want me to look
2 through all of this, Mr. Brock, or is there
3 some particular place you want me to look at?
4     Q. (BY MR. BROCK:) Well, my question
5 is have you ever reviewed that sampling data
6 before?
7     A. No, sir, other than being aware of
8 it just here in the last few days.
9     Q. Do you have any reason as
10 Drummond's representative here today to think
11 that this data is not accurate?
12     A. Being done by a reputable company,
13 no, I would not see that there is any reason to
14 not think that it is valid.
15     Q. Are you familiar with surface
16 water sampling?
17     A. Yes, sir.
18     Q. And groundwater sampling with
19 groundwater wells?
20     A. Yes, sir.
21     Q. And as part of your job at
22 Drummond over the years, have you looked at and
23 interpreted data like that?

Page 68

1     A. Yes, sir.
2     Q. Are you aware that there were some
3 groundwater monitoring wells installed on the
4 property in the '80s?
5     A. From reading some of these
6 reports, yes, sir.
7     Q. Are any of those wells still
8 usable or functional?
9     A. Not that I am aware of. I haven't
10 seen any signs of any of them, you know, still
11 being in existence in my -- you know, having
12 been out there on the site. And I do know
13 personally that we haven't been carrying on any
14 monitoring of any of those sites in all of
15 these years since.
16     Q. When was the last time that
17 Drummond did any sampling other than last
18 summer to the attorneys and the experts on the
19 site?
20     A. For the site that -- you know,
21 that you have shown me on --
22     Q. On Exhibit 7?
23     A. Right. We haven't done any

Page 69

1 sampling or analyses on any of that.  Any of
2 the sampling that we would have carried on
3 would have been, you know, for adjoining area,
4 you know, where there would have been NPDES
5 points.
6     Q.   All right.  Were there NPDES
7 points anywhere in this area that is depicted
8 in page two of Exhibit 7?
9     A.   There was one point that I believe
10 was on the NPDES permit map, you know, that
11 would have been in this area here, I believe
12 (indicating).
13     Q.   And you pointed to the --
14     A.   It shows a basin on there, I
15 believe, along somewhere --
16     Q.   Right here (indicating)?
17     A.   Let's see.  Yes, sir, I think that
18 that corresponds with -- is it Basin 23 or 24?
19 One or the other.
20     Q.   And for the record, you are
21 talking about where it says basin right next to
22 SW-2 on this figure?
23     A.   Yes, sir.

Page 70

1     Q.   And the NPDES discharge outfall
2 was somewhere in that area?
3     A.   I believe that's correct.  And it
4 would have -- from reading the commentary and
5 everything in some of this, it would have been
6 to catch drainage that might have been the
7 upper reaches of -- well, let's see -- they
8 show it as the west ditch.  I want to say that
9 the drainage that would have been from the west
10 ditch area would probably have come to that
11 pond down there.
12     Q.   Okay.  Mr. Muncher mentioned a
13 gentleman named Wade Keeton; do you know him?
14     A.   Yes, sir.
15     Q.   Does he work at Drummond?
16     A.   Yes, sir.
17     Q.   What does he do at Drummond?
18     A.   He is an engineer for Drummond.
19     Q.   How long has he been there?
20     A.   Oh, I'm not sure exactly when Wade
21 would have gone to work.  He is younger than
22 me, but I would think that he probably came in
23 the early '80s.

Page 71

1     Q.   Have you talked to him any about
2 the Maxine site?
3     A.   In general terms, yes.
4     Q.   Have you talked to him about it
5 since the lawsuit was filed?
6     A.   Yes.
7     Q.   Do you know Robert Clifton?
8     A.   Yes, sir.
9     Q.   Is he employed by Drummond?
10     A.   Yes, sir.
11     Q.   What is his position?
12     A.   He is a geologist.
13     Q.   Do you know how long he has been
14 at Drummond, roughly?
15     A.   Ten years, in that range.
16     Q.   Have you been on the Maxine site
17 with Mr. Clifton?
18     A.   I have not.
19     Q.   Have you spoken to him since the
20 lawsuit was filed about the Maxine site?
21     A.   Yes.
22     Q.   What was that conversation about?
23     A.   Oh, it's just generalities about

Page 72

1 the lawsuit having been filed and -- the rest
2 of our conversation would be about how good the
3 vegetation is doing on the site, how things
4 have healed as well as they have over the last
5 three or four decades.
6     Q.   That's what Mr. Clifton said?
7     A.   That would be primarily what our
8 conversations would be about.  It would be --
9 it would come down to there was general
10 agreement on that type of statement.
11     Q.   Okay.  We established with Mr.
12 Muncher that Drummond took ownership of the
13 Maxine property that is the subject of this
14 case January 1, 1986; is that consistent with
15 your understanding?
16     A.   Yes, sir.
17     Q.   At that point in time, what was
18 your position at Drummond?
19     A.   I was Manager of Reclamation and
20 Environmental Control.
21     Q.   Did you go on the site in 1986?
22     A.   No, sir -- well, I went to the
23 Maxine Mine area, yes, but as far as having

Page 73

1   accessed any of this old area at that time, no.
2       Q.   And by old area, you are referring
3   to Exhibit 7?
4       A.   Yes, sir.  What would be shown,
5   you know, largely in the shaded area there, you
6   know, I call that -- the majority of that is
7   what I would call pre-law area.  And so, no, I
8   never accessed any of that area.
9       Q.   When did you first go to that area
10  with the pre-law waste pile?
11      A.   After I became aware that this --
12  of this filing that y'all did.
13      Q.   So you never went to that area of
14  the site before 2016?
15      A.   No.  In the -- what I had
16  mentioned earlier about contract work that we
17  did, treatment work that would have been done
18  in conjunction with Dr. Pettry, you know, that
19  would have been somewhere up in this area, you
20  know, of where we would have done, you know,
21  the treatment work (indicating).
22      Q.   Let me stop you there.  You are
23  pointing to the northern portion of the waste

Page 74

1   pile?
2       A.   Yes, it would be to the north of
3   what's considered the north ditch.
4       Q.   And what work did you all do in
5   that section of the waste pile?
6       A.   That was where ABC was grading
7   some of the coarse refuse in the area.  They
8   were looking at capping, you know, some of the
9   area.  And Dr. Pettry had recommended that
10  there be an extensive alkaline material
11  addition to the site, you know, both before
12  soil material would be put down and then after
13  soil material would be replaced.  And it would
14  be to reduce or eliminate the potential of
15  acidic runoff from the site.
16      Q.   Is that area that we are talking
17  about now north of this capped area, was it
18  ever capped?
19      A.   Yes, there was some area that was
20  capped in this area (indicating).
21      Q.   With clay?
22      A.   Well, with soil or I would think
23  non -- non-refuse, you know, material.  Yes,

Page 75

1   some of it would have been.
2       Q.   Was some of it terraced?
3       A.   Yes, I do remember seeing some of
4   the terraces that's generally shown in this
5   area, yes (indicating).
6       Q.   Now, you can see some of the
7   terracing on this map, you are saying?
8       A.   Yes, sir.
9       Q.   You mentioned the addition of
10  alkaline products; what precisely was that?
11      A.   It would be from what I call
12  agricultural lime all the way to hydrated lime.
13  And I think there was actually some quicklime,
14  you know, that burned lime, you know, that was
15  put on it.  The quicklime and hydrated lime,
16  you know, would just be -- it would be lime
17  material that would be much more reactive, give
18  you a quick boost in alkalinity.
19      Q.   How do you apply it?
20      A.   Most of the time it's applied with
21  a spreader truck or a tag-along spreader, you
22  know, behind a farm tractor or could be behind
23  a dozer.  And what we applied it with a lime

Page 76

1   truck and so --
2       Q.   Was it Drummond employees that did
3   that work?
4       A.   Yes, sir.  It would have been
5   people that work for me, yes, sir.
6       Q.   And this -- again, this was after
7   Drummond had taken ownership of the property?
8       A.   No, sir.
9       Q.   Okay.
10      A.   No, this would have been prior to
11  Drummond, you know, having purchased ABC.  It
12  would have been not long before, you know, we
13  purchased, but it would probably have been in
14  late '84 or early '85, in that range.  They
15  were actively involved in doing, you know, the
16  post-mine reclamation of the site, because, you
17  know, all mining ceased down there in 1983.
18  And so all the mine sites were going through
19  demolition, but the mine was closed.  And so
20  they embarked on demolition and reclamation,
21  you know, of the site, you know, after that.
22      Q.   After Drummond took possession in
23  '86, was there any of that type work that you

Page 77

1 are describing done in this area, in the mine
2 waste pile?
3     A.    No, not that I was involved in.  I
4 mentioned earlier, you know, that there was an
5 underground mining division that was still had
6 been basically along the lines of what ABC had.
7 And so they would have continued to do
8 reclamation work not only -- if there was any
9 remaining work to be done here, ABC personnel
10 would have done this along with what was the
11 active mine sites, you know, that ABC or
12 Drummond had, you know, after January of '86.
13     Q.    Was there somebody at Drummond
14 that was assigned the task of surveying or
15 assessing this site after they took possession
16 of it?
17     A.    No.  It would have -- all of that
18 would have been done, you know, by the
19 underground mining division.  They still
20 maintained, you know, their own engineering
21 staff, their environmental staff.  You know,
22 all of that was maintained intact.  And that
23 would -- it would have stayed like that up

Page 78

1 until roughly -- I'm going to say in rough
2 terms probably 1990.
3     Q.    And then what happened?
4     A.    And then Drummond would have
5 become more involved in final reclamation or
6 any remaining reclamation, you know, that would
7 be necessary on these sites.  And that's --
8 somewhere in that time range is whenever I
9 would have become more involved, you know, in
10 Maxine as it would relate to taking care of any
11 work on the post-mine area that would lead
12 toward getting final bond releases from ASMC
13 and getting monitoring releases from ADEM.
14     Q.    Why did Drummond become more
15 active in 1990?
16     A.    The underground mines, they were
17 -- they were closing.  You know, they were
18 running out of reserves, so more of the
19 underground mines were being closed and
20 reclaimed, and so we got involved in a lot of
21 that work.  And most of the people that would
22 have been associated with ABC doing engineering
23 reclamation work, you know, they were starting

Page 79

1 to retire.  Most of them were older folks, and
2 so they started retiring, or I think couple of
3 them actually probably went to work elsewhere.
4 But, you know, the underground part, you know,
5 was -- a lot of it was being phased out and so,
6 you know, we started assuming more of the
7 reclamation work.  When I say we, you know, the
8 people that would have been originally Drummond
9 employees.
10     Q.    Okay.  What maintenance work has
11 Drummond performed on the site from when it
12 took possession in '86 through 2006 when this
13 case was filed, thirty-year period?
14     A.    Well, on all of this pre-law area,
15 nothing.  There was nothing that was required,
16 you know, regulatorally.  And the post-law, I
17 think we got final bond releases on the
18 post-law areas in 1992.  So as it relates to
19 this general area, nothing would have been
20 required, you know, after that.
21     Q.    We will get to some of that in a
22 minute.
23     A.    Okay.

Page 80

1     Q.    Who told you that there was no
2 regulatory requirement after reclamation?
3     A.    Be more specific, if you would.
4     Q.    Well, I think that's what you said
5 in your answer.  You said nothing was done to
6 the pre-law area because there was no
7 regulatory requirement to do so.  Who told you
8 that?
9     A.    There was -- jeez.  I don't know
10 that anybody told me, I just knew.  You know,
11 there were no permits for this site.  The only
12 thing -- if there were regulatory requirements,
13 the only thing time-wise, you know, would have
14 been maybe under MSHA since that Health and
15 Safety Act went into effect in 1969.  You know,
16 after that, you know, you would have to have
17 approvals for slurry pond areas and coarse
18 refuse areas, you would have to have approvals
19 from MSHA.
20     Q.    Would you consider the Clean Water
21 Act a regulatory requirement?
22         MR. DAVIS:  Object to the form and
23 foundation.  Go ahead.  You can answer.

Page 81

1    A.   After the Alabama Water
2 Improvement Commission gained primacy of Clean
3 Water Act activities here in Alabama, yes, that
4 would be a regulatory requirement, yes.
5    Q.   (BY MR. BROCK:)  When did that
6 happen?
7    A.   I think in '74.
8    Q.   Okay.  After Drummond took
9 possession of this property in '86, did you
10 ever have any discussion with anybody about
11 whether the Clean Water Act required any sort
12 of work or maintenance or cleanup of this site?
13    A.   No.
14    Q.   Had you ever heard that before
15 this lawsuit was filed?
16    A.   No.
17    Q.   All right.  In Plaintiff's Exhibit
18 7, page one to Muncher's deposition, have you
19 reviewed this when you looked at the exhibits?
20    A.   Yes, sir.
21    Q.   Okay.  That is his handwriting in
22 red where he has identified the pre-law area?
23    A.   Yes, sir.

Page 82

1    Q.   Do you agree with what he has
2 designated there as pre-law?
3         MR. DAVIS:  Let me ask you this,
4 Barry, just so the record is clear -- never
5 mind, I see where it is labeled.  There are two
6 red areas.  Excuse me.  You see where that is?
7    A.   Yes, sir.  I think that is largely
8 true.
9    Q.   (BY MR. BROCK:)  Do you know what
10 the acreage is of that pre-law area?
11    A.   The only thing that I would --
12 just from reading some of the information, you
13 know, that's in the stack, I remember there
14 being one acreage figure for pre-law area, I
15 think it was thrown out there.  Thirty-nine
16 acres is the figure that I remember, but that
17 would be the -- that would be the only thing
18 that I have seen, you know, that would tie it
19 to acreage in any way.
20    Q.   Do you know what the volume of
21 material was that was placed on that pre-law
22 waste pile?
23    A.   No, sir, I don't.

Page 83

1    Q.   Has Drummond ever made any
2 calculation of that, to your knowledge?
3    A.   No, sir, I don't believe so.
4    Q.   Do you know -- next to it there,
5 the other area that Mr. Muncher circled is I
6 guess what is referred to on this area as the
7 post-law area; do you see that part?
8    A.   Yes, sir, ties to this
9 (indicating).
10    Q.   Right.  Page two shows that area
11 in sort of a pinkish color, right?
12    A.   Yes, sir.
13    Q.   Do you know what the size and
14 acreage is of that post-law area?
15    A.   No, sir.
16    Q.   Do you know what the volume of
17 material there is?
18    A.   No, sir.
19    Q.   Is the material in the post-law
20 area different from what is in the pre-law
21 area?
22    A.   You are talking about the coarse
23 refuse?

Page 84

1    Q.   Yes.
2    A.   Well, it all came from the same
3 mine.  So other than -- I would say the age of
4 it, you know, I would think that it would be
5 similar.
6    Q.   You use the term coarse refuse?
7    A.   Yes.
8    Q.   Is that the same as geologic
9 overburden?
10    A.   Yes, sir.  In this case, yes, I
11 would say that's -- yes.
12    Q.   Is washer waste something
13 different than geologic overburden or the same
14 thing?
15    A.   I would say in this context, it
16 would be the same.
17    Q.   Would it have the same general
18 chemical properties and characteristics?
19    A.   I would say yes.  I mean, you have
20 coarse refuse and you have fine refuse.  And
21 fine refuse, you know, that is going to be what
22 goes into -- typically would go into a slurry
23 impoundment.  And there was a slurry

Page 85

1  impoundment that was at Maxine that would be
2  off of this site.
3      Q.   Right.  Is that the same thing as
4  a tailings pond?
5      A.   Yes, sir.
6      Q.   Okay.  So your testimony is that
7  coarse refuse or material in these two areas of
8  the waste pile are basically the same stuff?
9          MR. DAVIS:  Object to the form and
10 foundation.  You can answer.
11     Q.   (BY MR. BROCK:)  Is that accurate?
12         MR. DAVIS:  You can answer.
13     A.   Yes, this coarse refuse, one is
14 going to be, you know, basically with no cover
15 material and the other is going to be with some
16 cover material.  But the coarse refuse that
17 would be underneath this I would think would be
18 similar in nature to this, you know, whenever
19 it would have been placed there.
20     Q.   (BY MR. BROCK:)  Does that
21 material have the potential to generate acid
22 mine drainage?
23         MR. DAVIS:  Object to the form and

Page 86

1  foundation.
2      A.   Potentially.
3      Q.   (BY MR. BROCK:)  If it is exposed
4  to water and oxygen, can it generate acid mine
5  drainage?
6      A.   Potentially.  But, you know, that
7  all depends on the characteristics of the coal,
8  the innerburden, you know, material that is
9  placed here.  You can go all the way from it
10 could be potentially acid-forming all the way
11 up to being alkaline, so it's all site-
12 specific.
13     Q.   Specific to this site, were there
14 problems with acid mine drainage generation
15 going back to the 1970s?
16         MR. DAVIS:  Object to the form.
17 You can answer.
18     A.   Just from my reading of the
19 material, yes.  I saw signs, you know, that
20 there was -- there was potential acidity on
21 some of these old sites.
22     Q.   (BY MR. BROCK:)  And I am not
23 asking about potential acidity; I am talking

Page 87

1  about actual acid mine water drainage on the
2  site.
3      A.   Well, I see those being basically
4  the same, so --
5      Q.   Yeah.
6      A.   So you are asking does this have
7  the potential for AMD?
8      Q.   I asked earlier, but now I'm
9  asking did it actually generate AMD on the
10 Maxine site.
11     A.   Based on what I have read, yes.
12     Q.   How do you define acid mine
13 drainage?
14     A.   To be simple about it, you know,
15 if it has got a -- if it has a -- you look at
16 it on the acid base level, and if you have
17 potential acidity that is higher than the
18 potential alkalinity by more than five tons per
19 thousand tons, well, then it's going to be
20 acidic and would have the potential then of
21 forming acid mine drainage.
22         So it is going to be -- basically
23 material pH-wise would be -- have to be less

Page 88

1  than six.  And normally you are not going to
2  have any problems unless the pH is much lower
3  than six.
4      Q.   How much lower?
5      A.   Two pH units.
6      Q.   What about three?
7      A.   If it's three, well, then you
8  would have the potential for acid mine
9  drainage, yes, most places.
10     Q.   Does acid mine drainage have any
11 other chemical properties or typical
12 characteristics?
13     A.   It varies site-specifically, but,
14 yes, it could.
15     Q.   Like heavy concentrations of
16 metals, for example?
17     A.   It could, yes, sir.
18     Q.   And did the acid mine drainage on
19 the Maxine site have metal concentrations?
20     A.   Based on what I have seen in the
21 literature, yes, I've see some signs of some of
22 the test results that -- yes.
23     Q.   Why was part of the waste pile

**Dwight Hicks**                                         23 (89 - 92)

Page 89

1 capped and part of it wasn't?

2     A.   It would all have been based on

3 age of the material as to whether it would be

4 pre-law or post-law --

5     Q.   What is the dividing year about

6 when it's pre-law or post-law?

7     A.   Well, the way I look at it, the

8 law that you would be talking about is going to

9 be the Surface Mining Control and Reclamation

10 Act that would have been passed in 1977 and

11 went into effect in -- I think it was in May of

12 '78 with the interim program.  It would have

13 been administered kind of jointly here in

14 Alabama by the Office of Surface Mining and

15 what was at the time was the ASMRC.  And then

16 from surface mining, you know, when Alabama got

17 primacy, you know, of the program which would

18 have been State Act 41 -- let's see, it was

19 81-435, which for surface mining would have

20 been in -- would have been '81, and then for

21 the surface effects of underground mining I

22 think would have been in late '82, '83 when

23 underground coal mines, you know, started

Page 90

1 getting permits from the Alabama Surface Mining

2 Commission.  So it would be that law is what

3 would be the dividing line between pre-law and

4 post-law.

5     Q.   Okay.  So when we talk about

6 pre-law and post-law, we are talking about

7 SMCRA?  Are you familiar with that

8 abbreviation --

9     A.   Yes, that's the Surface Mining

10 Control and Reclamation Act that was passed on

11 the federal level.

12     Q.   S-M-C-R-A?

13     A.   Yes, uh-huh.  Yes, sir.

14     Q.   Okay.  So does that mean that the

15 material that was covered was placed after

16 1978, is that the idea?

17     A.   Yes.  In general terms, I would

18 say that would be true, yes, sir.

19     Q.   Okay.  And have you told me, as

20 best you understand it, the basis of why some

21 of the material was covered and some wasn't?

22     A.   I think that was the main reason.

23     Q.   Is there any scientific reason?

Page 91

1     A.   I am not sure that I follow you on

2 that.

3     Q.   Is there any reason that had to do

4 with something -- the topography or the water

5 chemistry as opposed to the law that dictated

6 covering part of the pile and not covering part

7 of it?

8     A.   I would think that it would be

9 more because of the regulatory program, yes.

10     Q.   Let me ask you to take a look at

11 that real quick; have you seen that?

12     A.   Just in the literature.

13     Q.   Okay.  This is a diagram that a

14 consultant hired by Riverkeeper called

15 Aquilogic put together which is their depiction

16 of the site.  And if you will see out to the

17 side they have some time frames for the

18 different areas of the GOB pile; do you see

19 those?

20     A.   Yes, sir.

21     Q.   And the area that we have been

22 referring to as the pre-law area, they indicate

23 that it was placed there between 1956 and 1974;

Page 92

1 do you know if that is accurate?

2     A.   I would think that's generally --

3         MR. DAVIS:  Do you know?

4     A.   Do I know?  Just based on the

5 literature that I have read, I would say that's

6 generally true.

7     Q.   (BY MR. BROCK:)  In other words,

8 you don't have any reason to dispute that?

9     A.   No.

10     Q.   And the other area where they show

11 that was placed between 1975 and 1977; do you

12 see that?

13     A.   Yes, sir.

14     Q.   Okay.  And I believe that would

15 correspond to the area we looked at earlier on

16 Exhibit 7, page two, that is north of the

17 capped pile, is that correct?

18     A.   Well, it looks like what you are

19 showing -- it has got two different colors

20 here, so looks like seventy-five to

21 seventy-seven is running more along this

22 eastern side that is north of the north ditch.

23     Q.   Do you know if that is accurate?

Page 93

1    A.   No, I don't know.

2    Q.   Do you have any basis to dispute

3 it?

4    A.   No.

5    Q.   And on the third area, it shows --

6 they call it the infill GOB, 1978 to '82; same

7 question, do you know if that is accurate?

8    A.   Well, that generally corresponds

9 to the shaded area and --

10   Q.   The shaded area in Exhibit 7?

11   A.   Yes, sir.  And those dates mirror

12 generally, you know, the passage of the Surface

13 Mining Act.  So I could very easily see why

14 this would be an area that would be

15 seventy-eight to eighty-two, because there was

16 cover material that -- soil material that was

17 put over that.

18   Q.   Have you reviewed any records that

19 would indicate when particular material was

20 placed there?

21   A.   No, sir.

22   Q.   How did the material get

23 transported to that area?

Page 94

1    A.   Most of the time material --

2 coarse refuse would be hauled by -- well, it

3 would be some type of conveyance equipment.

4 Could be trucks, could be scrapers, could even

5 be by belt conveyors.

6    Q.   Do you know how it was done at

7 Maxine?

8    A.   Not specifically.  I mean, you

9 know, generally from seeing some of the old

10 permit material, what's covered in the

11 information, on one of the permit maps, you

12 know, it shows conveyor.  And so there might be

13 a portion of it that could have been conveyed

14 by belt, but then to get on out on this site, I

15 would guess that it would either be by scraper

16 or by truck.

17   Q.   When you say scraper, what does

18 that mean?  Like a front-end loader?

19   A.   No, no.  It would be like a --

20 well, a scraper.  You don't know what a scraper

21 is?

22   Q.   A piece of heavy equipment?

23   A.   Yes.

Page 95

1    Q.   Can you drive one?

2    A.   Yes.  The difference between -- it

3 would operate the same way as far as hauling

4 refuse material like what a truck would.  The

5 big difference is that it is going to dump out

6 of the bottom instead of it being dumped off

7 the top and it has the capacity where you could

8 actually self-load, you know, with a scraper,

9 pull material up.  Like you could take it off

10 from a stockpile, take it somewhere else, and

11 then dump it from the bottom, you know, like

12 fill-in on a refuse pile.

13   Q.   Okay.

14   A.   You see a lot of underground

15 mining companies that that is their primary

16 means of hauling coarse refuse.

17   Q.   Do you know the area where this

18 waste pile was created, the whole area, the

19 post- and the pre-law, what was it like before

20 mining started?

21   A.   I have no idea.

22   Q.   Do you know if it was de-forested?

23   A.   Normally --

Page 96

1         MR. DAVIS:  Do you know?

2    A.   No.

3    Q.   (BY MR. BROCK:)  Have you seen any

4 like old aerial photographs of the area that

5 might give you information about that?

6    A.   Yes.  In some of the literature

7 and all, yes, I have seen some old aerial

8 photography, yes.

9    Q.   Do you know if it was forested

10 then before it was converted to a mine waste

11 pile?

12   A.   That whole countryside down there

13 was forested, so, yes, I would say yes.

14   Q.   Do you know what prep work or any

15 was done on the ground before the material was

16 placed there?

17   A.   No, sir.

18   Q.   Do you know if anything was done?

19   A.   No, sir, I don't know.

20   Q.   Let me show you what we marked

21 Exhibit 2 to Mr. Muncher's deposition.  Can you

22 tell us, for the record, what that is?

23   A.   It's the area -- the general area

Page 97

1  of the Maxine Mine.

2      Q.   Is it a permit map?

3      A.   Yes, sir.  It says it is a permit

4  map.

5      Q.   Are you familiar with looking at

6  permit maps?

7      A.   Yes, sir.

8      Q.   Have you looked at this one

9  before?

10     A.   Yes, sir.

11     Q.   All right.  In Mr. Muncher's

12  testimony, we were trying to ascertain whether

13  the mine waste area is within the permit

14  boundaries on the mining permit, which I think

15  is Number 3254.  Do you know if it is or not?

16     A.   You are asking me if this general

17  area is within the permit of this (indicating)?

18     Q.   Yes.

19     A.   No, it is not.

20     Q.   So is it accurate, then, that the

21  mine dump area is not within the permit

22  boundaries under the mining permit?

23          MR. DAVIS:  Object to the form.

Page 98

1      A.   Appears that that is true.

2      Q.   (BY MR. BROCK:)  Was it ever

3  within the permit boundaries?

4      A.   I don't know.

5      Q.   Would Drummond have a

6  responsibility to reclaim property that is not

7  within the mining permit boundaries?

8      A.   Based on the date of this permit,

9  this is -- this is all -- this was from the

10  original permit that would have been lodged

11  with the Alabama Surface Mining Commission.

12     Q.   Right.

13     A.   And so what is being depicted

14  here --

15     Q.   In Exhibit 7.

16     A.   Right.  -- which is primarily

17  pre-law area is not shown on this permit map.

18     Q.   Do you know if the permit was ever

19  amended in any way to add the area shown in

20  Exhibit 7?

21     A.   Not that I am aware of, no, sir,

22  it was not.

23          MR. BROCK:  I need to take two

Page 99

1  minutes.

2          (Whereupon, a break was had from

3          11:45 a.m. until 11:52 a.m.)

4      Q.   (BY MR. BROCK:)  I have a few

5  questions for you about that diagram, the

6  figure we have been looking at.  So we talked

7  earlier about the east ditch?

8      A.   Yes, sir.

9      Q.   What area of the waste pile does

10  that ditch drain?

11     A.   Based on the way they are showing

12  the drainage areas and everything, it appears

13  that it primarily drains old refuse.

14     Q.   And would that be the area looking

15  at the photo that is to the right of the east

16  ditch?

17     A.   Yes, sir.

18     Q.   What does the east ditch

19  ultimately discharge into?

20     A.   It's -- again, based on the way

21  the drainage control is shown here, it looks

22  like that it all -- it drains ultimately down

23  toward the Locust Fork.

Page 100

1          MR. DAVIS:  The record is clear

2  that we are looking at Drummond 2817?

3          MR. BROCK:  Right.

4          MR. DAVIS:  Okay.

5      Q.   (BY MR. BROCK:)  Do you know who

6  constructed the east ditch?

7      A.   Just based on a review of all of

8  the documents that I have seen, I would say

9  that Alabama By-Products personnel and/or

10  contractors that would have been hired by ABC

11  would have constructed the east ditch.

12     Q.   Have you seen any engineering

13  design documents for it?

14     A.   No, sir, I have not.

15     Q.   Do you know what its dimensions

16  were when it was constructed?

17     A.   No, sir, I have no idea.

18     Q.   All right.  You see the north

19  ditch on that same page?

20     A.   Yes, sir.

21     Q.   What areas of the waste pile does

22  it drain?

23     A.   It would be the area north of what

Page 101

1 would be considered the soiled area or the --
2 what was -- where there was clay material
3 placed on it and where there are drainage
4 control contour ditches, you know, that
5 actually show on the photograph.
6     Q.   So the area north of the capped --
7     A.   Yes.
8     Q.   -- post-law material?
9     A.   Yes, sir.
10    Q.   And where did it channel that
11 runoff water to and ultimately discharge?
12    A.   Based on what it is showing in the
13 way of drainage control, it would take the
14 drainage that would be adjacent to the east
15 ditch line and take it west and tie it in to
16 the west ditch.
17    Q.   So the north ditch discharges into
18 the west ditch?
19    A.   That's -- that's what it appears
20 to, yes, sir.
21    Q.   Have you made any effort to
22 confirm any of that yourself visually?
23    A.   I have actually walked over these

Page 102

1 sites.  And it appears, even though a lot of
2 this is not -- it's not intact now and it is so
3 overgrown with trees and everything, it is hard
4 to see some of this, but generally I would say
5 that that was -- that was the configuration
6 that was put in place, yes.
7     Q.   If you go on the site now and walk
8 it, can you locate whatever is there now of the
9 north ditch?
10    A.   You can see some of the remnants
11 of it, yes, sir.
12    Q.   The same question with regard to
13 the west ditch?
14    A.   Yes, sir, you can still see some
15 of the -- you know, where it would have been,
16 yes, sir.
17    Q.   What did the west ditch drain into
18 -- or discharge into, rather?
19    A.   It appears that it comes down and
20 ties in to -- or it drains into this basin that
21 we talked about earlier that would be adjacent
22 to that SW-2 site.
23    Q.   What was the purpose of that

Page 103

1 basin?
2     A.   That would have -- it would have
3 been a collection basin for what would
4 primarily be post-law area, and it would have
5 also served if there was any sediment or
6 anything that was going to be in any of that
7 drainage, well, then it would be what we call a
8 sediment pond.
9     Q.   Is it still there on the site now?
10    A.   Yes, sir.  You can see there is
11 still a pond that is in that area, yes, sir.
12    Q.   This figure also shows a
13 cross-over; do you see that area?
14    A.   Yes, sir.
15    Q.   What was the purpose or function
16 of that?
17    A.   It was -- based on looking at the
18 literature and then seeing -- I have actually,
19 you know, been to that cross-over area that is
20 described, and it was to separate pre-law and
21 post-mine drainage.  You actually had it where
22 they needed to cross over but they wanted to
23 keep it separated.  You didn't want pre-law

Page 104

1 stuff mixing with post-law stuff.
2     Q.   Have you seen sampled results from
3 the pre-law versus the post-law runoff from the
4 waste pile?
5     A.   No, sir.
6     Q.   Do you know if there were
7 differences in the two water streams?
8     A.   At the time that this was done?
9     Q.   Yes.
10    A.   I don't -- I don't know that for
11 sure, but I would think that there is -- yes,
12 that would have been the reason they would have
13 designed it that way, because it was expected
14 that there would be a difference.
15    Q.   Was there a discharge permit that
16 was connected with the west ditch?
17    A.   This basin down here is on the
18 NPDES permit that is in the file.  There is a
19 basin number that's tied to that, yes, sir.
20    Q.   Was there a permitted outfall in
21 that area?
22    A.   Yes, sir, that's what I am talking
23 about.

Page 105

1    Q.   What does an outfall mean?
2    A.   It's -- it is a -- an NPDES
3  discharge outfall is -- it can be -- you know,
4  it is where a company is going to monitor water
5  that is going to come off from your mine site,
6  and it is where it is designated as the outfall
7  point.  That is where you are going to go, you
8  know, for -- if you have requirements to
9  monitor, well, then typically, you know, twice
10 a month you are going to be going -- you are
11 going to monitor at that same point.  So that
12 could be from a discharge of a pond, it could
13 be -- you know, I have seen it where it could
14 be from a discharge of a -- some kind of
15 structure.
16   Q.   Okay.  Have you looked at the
17 discharge permit that was in effect after
18 Drummond took possession of the property?
19   A.   I have seen -- there is a permit
20 map, you know, that is in -- that is in the
21 material that I have seen.
22   Q.   Mr. Davis is looking at the permit
23 now, and that was Exhibit 33 to Mr. Muncher's

Page 106

1  deposition.  Have you looked at the permit
2  yourself?
3    A.   Yes, I have -- yes, I have
4  generally looked at this, yes, sir.
5    Q.   Okay.  While you have it in front
6  of you, do you know what the number was of the
7  outfall that is in this area that we are
8  looking at on Exhibit 7, the basin?
9    A.   The map is not with this, but from
10 my recollection of it, I think that it is
11 Outfall 24.
12   Q.   All right.  And what were the
13 receiving waters for Outfall 24?
14   A.   The way it was -- the way --
15   Q.   I'm referring to the first page of
16 the permit.
17   A.   Yes, sir.  It has got receiving
18 waters of -- it has Coal Creek, Locust Fork,
19 unnamed tributary of Prescott, unnamed
20 tributary of Locust Fork of the Black Warrior
21 River.
22   Q.   It looks to me like there are four
23 outfalls and four described receiving waters

Page 107

1  and that each one corresponds to the number in
2  order; is that the way you read it?
3    A.   It doesn't say that, but, yes,
4  that's the logical -- logical thing.
5    Q.   So by that logic for Outfall 24,
6  it says the receiving water is an unnamed
7  tributary of the Locust Fork; do you see that?
8    A.   Yes, sir, that's what it shows.
9    Q.   All right.  Was there an unnamed
10 tributary that ran through the site in that
11 area?
12   A.   I have never seen a tributary that
13 runs through that site, no.
14   Q.   Why did the permit describe it,
15 then, as a tributary?
16   A.   That is a general term that is
17 used by ADEM to describe any waters that flow
18 downstream or goes down gradient, you know,
19 that comes to a outfall point.  And it is going
20 to be -- in this case, before it gets to the
21 Locust Fork, you know, any drainage coming
22 downstream which shows that, they are going to
23 call it -- that's their vernacular for -- just

Page 108

1  to designate downstream flow.
2    Q.   Have you seen a USGS map that
3  showed a tributary there, an intermittent
4  stream?
5    A.   No, sir.
6    Q.   Do you know if that is true or
7  not, that it is shown on old USGS maps as an
8  intermittent tributary?
9    A.   No, sir.
10   Q.   You didn't know one way or the
11 other?
12   A.   No.
13   Q.   Do you know if the tributary was
14 ever altered, its course, to go around sediment
15 basins on the site?
16   A.   No, sir, I don't know that.
17   Q.   Has anyone ever told you that?
18   A.   No, sir.
19   Q.   So you are not saying it wasn't,
20 you are just saying you don't know one way or
21 the other?
22   A.   Right, I do not know.
23   Q.   Do you know if the tributary was

Page 109

1 filled with mine waste?
2     A.    First, I don't see a tributary.
3 But if you are talking about this drainage
4 course here, based on some of the literature
5 that is in here, it appears that there was a
6 plan to put coarse refuse material in that
7 drainage course.
8     Q.    Is a drainage course different
9 than a tributary?
10     A.    Well, it is to me.
11     Q.    How so?
12     A.    It comes down to size.  Tributary
13 is -- you know, to me, normally is going to be
14 something that is going to be larger.  Drainage
15 course is going to be smaller.  You have got
16 permanent, intermittent, ephemeral, you know,
17 and then it goes all the way down to a drainage
18 ditch.
19     Q.    So which is larger between a
20 tributary and -- what was your term?
21     A.    A drainage course.
22     Q.    Which is larger?
23     A.    Typically a tributary would be --

Page 110

1 you know, it would be larger.  But like I said,
2 they are just using that as a general term to
3 say that you have got a drainage course that is
4 running down through -- and drainage course
5 could be all the way -- I mean, you know, the
6 Locust Fork is a drainage course.  You know,
7 this coming down through here is a drainage
8 course (indicating).
9     Q.    Was the tributary referred to in
10 the permit a Water of the United States?
11         MR. DAVIS:  Object to the form and
12 to the extent it calls for a legal conclusion.
13 You can tell him what you understand.
14     A.    No.
15     Q.    (BY MR. BROCK:)  You are saying it
16 was not?
17     A.    In my estimation, no.
18     Q.    In your opinion, it was not?  Is
19 that what you are saying?
20     A.    That's correct.
21     Q.    Are you aware of any kind of
22 jurisdictional determination that related to
23 that tributary?

Page 111

1     A.    No, sir.
2     Q.    All right.  Take a look, if you
3 would, to Exhibit 3 to Mr. Muncher's
4 deposition; and we asked him if he could draw
5 with a red pen the course of what we are
6 talking about that I refer to as a tributary
7 and you call a drainage course.
8     A.    Okay.
9     Q.    Do you agree with his depiction
10 there of the path in which it runs?
11     A.    Well, he has basically drawn the
12 red line that is going to be similar to quite a
13 bit of what would be considered the west ditch.
14 So you are asking --
15     Q.    We asked him to draw on that map
16 where the tributary was.
17     A.    Where the tributary was.  Well,
18 then, there is -- there is no way to tell where
19 the tributary was based on what is shown on
20 this map.
21     Q.    Okay.  Do you disagree with his
22 depiction then or are you saying you can't --
23     A.    No, I am not disagreeing.

Page 112

1     Q.    -- comment on that one way or the
2 other?
3         You will notice that he drew the
4 tributary running directly through the -- what
5 we have called the post-law or capped GOB area,
6 right?
7     A.    Right, it runs basically along the
8 lines of the west ditch.  And he brings it down
9 and ties it in to that discharge point, that
10 outfall point 24.
11     Q.    Right.  And the way he has drawn
12 that, it would be buried right now by mine
13 waste, correct?
14         MR. DAVIS:  Object to the form.
15 The document shows what it shows.  You can
16 answer if you --
17     A.    Yes, sir, I would say that's true.
18     Q.    (BY MR. BROCK:)  Is that true, in
19 fact?
20         MR. DAVIS:  Object to the form and
21 foundation.
22     Q.    (BY MR. BROCK:)  Whether you call
23 it a tributary or the -- what is your term

Page 113

1  again?  I'm sorry, I will get it.
2       A.   Coarse refuse.
3       Q.   No, no.  Your term for the
4  tributary.
5       A.   Oh, drainage course.
6       Q.   Okay.  Whether we call it
7  tributary or drainage course, would you agree
8  with me now that it is covered in capped mine
9  waste?
10          MR. DAVIS:  Same objection.  You
11  can answer if you know.
12       A.   Yes, sir.  This would all -- this
13  shows the area that would have -- you know,
14  would have been -- based on information that is
15  in all of that, you know, if we are -- a coarse
16  refuse disposal site would be under MSHA.
17       Q.   (BY MR. BROCK:)  Yes, sir.  Going
18  back to the document we have been looking at,
19  Drummond 2817, there is one more ditch on there
20  called the parallel ditch; do you see that?
21       A.   Yes, sir.
22       Q.   What did it drain -- or what was
23  it designed to drain?

Page 114

1       A.   Just based on what I am seeing
2  here and your question, I cannot tell what that
3  drains, what the parallel ditch drains.
4       Q.   When you have been on site walking
5  around, have you seen any evidence of the
6  existence of that ditch out there today?
7       A.   Well, you know, that ties in -- it
8  appears that it ties in with the cross-over.
9  So I am going to -- I am guessing --
10       Q.   Well, look, I don't want you to
11  guess, and neither does Richard, but if you can
12  interpret it based on your knowledge and your
13  experience and your familiarity --
14       A.   I am not going to -- I am not
15  going to interpret, then.
16       Q.   Okay.  So your testimony is you
17  can't tell and don't know --
18       A.   That's correct.
19       Q.   -- what the parallel ditch drains
20  into?
21       A.   That is correct.
22       Q.   Looking back now at Drummond 152,
23  which is the first page of Exhibit 7, you see

Page 115

1  in that exhibit it shows two dams?
2       A.   Yes, sir.
3       Q.   Are you familiar with those
4  structures?
5       A.   I have been to those areas, yes.
6       Q.   Are those dams intact?
7       A.   Yes.
8       Q.   Both of them?
9       A.   Yes.
10       Q.   Is the lower dam down near the
11  Locust Fork, which I will probably refer to as
12  Dam Number 1 because it is referred to that way
13  in some of the documents, when was it built?
14       A.   I don't know.
15       Q.   What about the one upstream of
16  there which I am going to refer to as Dam
17  Number 2 by SW-1?
18       A.   I do not know.
19       Q.   Do you have any ballpark idea when
20  these dams were built?
21       A.   Well, you want me to guess?
22       Q.   No.  Were they there the first
23  time you went on the property?

Page 116

1       A.   Yes, but the first time that I was
2  in this area was just after this lawsuit, you
3  know, was installed.  And both of them were
4  obviously in place and over here in the last
5  two years.
6       Q.   Okay.  What is the purpose of
7  those two dams?
8       A.   I would say that they were
9  sediment control structures.
10       Q.   How do they control sediment?
11       A.   Well, you -- if you build a dam
12  across a drainage area within -- if there is
13  water that is coming down through there and if
14  there is any sediment, you know, that's in it
15  within -- just with sediment hitting water, it
16  is going to slow it down and you are going to
17  have -- solids are going to precipitate, stay
18  inside of the pond itself or the dam upstream
19  from the dam.
20       Q.   Do you know if any permits were
21  ever issued for those two dams?
22       A.   I have seen nothing in all of the
23  information that has been put together that

Page 117

1  would indicate that there was any kind of --
2  no, no regulatory -- there was no regulatory
3  approvals of those dams that I can see.
4      Q.  Since the lawsuit was filed, has
5  Drummond talked to the Corps of Engineers about
6  those dams?
7      A.  No, not that I am aware of.
8      Q.  Do you know what the dams are
9  constructed of?
10     A.  Well, obviously I was never there
11 on site when construction was done on any of
12 this, and so just from -- I have seen -- I have
13 seen the dams as they are today.  So other than
14 just seeing what they look like today, as far
15 as how they were constructed or what material
16 originally, I can't tell you that.
17     Q.  Well, wouldn't the material be the
18 same today as originally?
19     A.  Well, it's covered with
20 vegetation.  You know, both of them are covered
21 with vegetation.  You know, there is going to
22 be organic matter that is on top of both of
23 them, so just from observing them, you can't

Page 118

1  readily tell.
2      Q.  Does the lower dam have what is
3  referred to as a limestone filter?
4      A.  I don't know.
5      Q.  Do you know what that is?
6      A.  Yes, sir.
7      Q.  But you don't know if that Dam
8  Number 1 includes one?
9      A.  No, sir, I don't know.
10     Q.  Does Dam Number 1 have a spillway?
11     A.  Yes, along the -- if you are
12 looking downstream, there is a spillway that
13 would be along the left-hand side, the east
14 side -- the northeast side.
15     Q.  What is the purpose of the
16 spillway?
17     A.  Well, it would be as a pond fills
18 up with water within, you know -- whenever it
19 is going to be conveyed -- when the water is
20 going to be conveyed on downstream, well, then
21 if you have a spillway, that is going to be a
22 slightly lower spot where the water is going to
23 go out, go downstream.

Page 119

1      Q.  At the spillway on this Dam Number
2  1 on the Maxine site, does it discharge surface
3  water from the mine site to the Locust Fork?
4      A.  From what I have seen out there,
5  yes.
6      Q.  Did Drummond ever have a permit to
7  discharge from that outfall?
8      A.  No, sir.
9      Q.  Has it ever requested one?
10     A.  No, sir.
11     Q.  Since this lawsuit has been filed,
12 has Drummond talked with ADEM about obtaining a
13 discharge permit for this spillway outfall?
14     A.  Not that I am aware of.
15     Q.  Were you in a meeting with ADEM
16 that Mr. Muncher described within the last
17 month or so?
18     A.  No, sir.
19     Q.  Has Drummond had anybody make an
20 assessment of the stability of these two dams?
21     A.  Not that I am aware of.
22     Q.  Have they asked you to look at
23 them and assess that?

Page 120

1      A.  No, sir.
2      Q.  Would you be qualified to do that?
3      A.  I'm not an engineer.
4      Q.  Okay.  Looking again at that
5  figure in front of you, the area that is above
6  Dam Number 2 between SW-1 and MO-3 --
7      A.  Yes, sir.
8      Q.  -- would you call that area a
9  sediment basin?
10     A.  The way that dam was put across
11 there, yes.
12     Q.  And would the area downstream of
13 that between the two dams be another sediment
14 basin?
15     A.  Wait, now.  Let me make sure.
16     Q.  Okay.
17     A.  When you said between SW-3 and
18 MO-3, you are --
19     Q.  No, I said between SW-1 which is
20 right next to the dam --
21     A.  I got you.
22     Q.  -- and MO-3.  Those are just two
23 sampling sites, but I am using them as a

Page 121

1 reference point.
2    A.   I got you.  You are talking about
3 that dam that is shown on this Exhibit 7?
4    Q.   Right.
5    A.   The upstream dam.
6    Q.   Right.
7    A.   And so what is your question about
8 that?
9    Q.   My question is would the area
10 north of that between that dam and MO-3 be a
11 sediment basin?
12    A.   It appears that it would have been
13 put there, so, yes, if there was drainage
14 coming down through there, well, then it would
15 be a stop point, you know, to slow the water
16 down and to settle out any sediment, yes.
17    Q.   Okay.  And then would the area
18 between the two dams also be a sediment basin?
19    A.   I would -- yes, I would say that
20 is correct.
21    Q.   And how would sediment go from the
22 area above the upper dam into the sediment
23 basin below the upper dam?

Page 122

1    A.   It would be -- it would be
2 conveyed -- you know, usually it is going to be
3 going through a spillway.  Is that what you
4 are --
5    Q.   Does the upper dam have a
6 spillway?
7    A.   Yes, sir.
8    Q.   Okay.  And so the same question
9 with surface water:  Does surface water move
10 through a spillway from the upper dam into the
11 lower sediment basin?
12    A.   Yes, sir.
13    Q.   So the purpose as I understand the
14 design of that system is to convey sediment and
15 surface runoff water in that direction, is that
16 correct?
17    A.   Well, this is all flowing down
18 slope.  So if there is any water that is going
19 to obviously come during rainfall events, then
20 all of that is going to be conveyed down slope.
21 And so it would have to go through the area
22 that's above the second dam and through some
23 means of going into the area below it that

Page 123

1 would be impounded by the lower dam, yes.
2    Q.   Okay.  Thanks.  Have you worked
3 with 404 permits --
4    A.   Yes, sir.
5    Q.   -- under the Clean Water Act?  Do
6 you know what those are?
7    A.   Yes, sir.
8    Q.   What is a 404 permit?
9    A.   It is a dredge and fill permit
10 that is required in -- if there is Corps of
11 Engineers jurisdiction.
12    Q.   When was that program enacted, if
13 you know?
14    A.   Jeez, I don't know.
15    Q.   Have you worked on obtaining 404
16 permits for Drummond on its mine sites?
17    A.   Yes, sir.
18    Q.   Was there any 404 permit that was
19 issued for the Maxine site?
20    A.   There is -- as far as this site,
21 no.  There was a construction -- as I remember,
22 there is something in the literature or in the
23 information, or it could be in the permit

Page 124

1 package somewhere, but there was a barge
2 loading site that would be upstream from here.
3 And so there was a Corps construction permit to
4 put in that barge loading site, but that is the
5 only thing I have ever seen that would relate
6 to the Corps in any way.
7    Q.   So Drummond did get one Corps
8 permit?
9    A.   Not Drummond.  ABC.
10    Q.   Okay.
11    A.   Yes, sir.
12    Q.   Do you know what year that was?
13    A.   I don't know specifically, but
14 based on all of the information, I would say
15 that it was probably back sometime in the '70s.
16    Q.   Would a sediment basin if it is in
17 a jurisdictional water or a Water of the U.S.
18 require a 404 permit, in your experience?
19    A.   No.
20        MR. DAVIS:  Object to --
21    Q.   (BY MR. BROCK:)  It would not?
22 Why not?
23        MR. DAVIS:  Object to the form,

Page 125

1 foundation, and to the extent it calls for a
2 legal conclusion.  You can answer.
3      A.   Typically that's not a part of
4 their control mechanism.  For coal mining
5 purposes, if you are going to have an outfall
6 point, you know, from the water quality
7 standpoint, then that is going to be either an
8 ASMC and/or an ADEM permit requirement.  You
9 know, it doesn't typically have anything to do
10 with Corps of Engineers.
11      Q.   (BY MR. BROCK:)  Let me make sure
12 you understood my question; maybe you did, but
13 I want to make sure.
14           What I was asking is if you build
15 a sediment basin in a tributary, does it
16 require a 404 permit?
17           MR. DAVIS:  Same objections.
18      A.   Typically, no.
19      Q.   (BY MR. BROCK:)  When you say
20 typically, does that mean that is your
21 experience with how that has been handled at
22 Drummond?
23           MR. DAVIS:  Object to the form and

Page 126

1 foundation.
2      A.   Yes.
3           MR. BROCK:  What time is it?
4           MR KINNEY:  12:25.
5           MR. BROCK:  Let's go five more
6 minutes.
7      Q.   (BY MR. BROCK:)  Okay.  With
8 regard to the basins that we talked about on
9 that drawing, do you know what their capacity
10 is?
11      A.   You are calling basins -- you are
12 talking about the areas that's going to be
13 above these two dams?
14      Q.   Right.
15      A.   No, sir, I have no idea.
16           (Plaintiff's Exhibit 7 was marked
17      for identification.)
18      Q.   Okay, Mr. Hicks, would you look at
19 what I am handing you that I marked Exhibit 7
20 to your deposition.  This is a photograph that
21 was taken on May 24th, 2006 by the Riverkeeper.
22      A.   Okay.
23      Q.   Do you recognize the area that is

Page 127

1 shown in that photograph?
2      A.   It -- it appears -- from my having
3 been out there recently, it appears that it is
4 going to be the area above what you described
5 as Dam Number 1.
6      Q.   Okay.  And in the case we have
7 referred to that as sediment basin number one
8 for your information.
9      A.   Okay.
10      Q.   What is that material that we see
11 on the ground there in that area?
12      A.   It's going to be a mixture of
13 soil, spoil, coarse refuse.
14      Q.   How did that material get there?
15      A.   It would have been conveyed down
16 slope from the drainage area.
17      Q.   What was the origin of that
18 material?
19      A.   Well --
20           MR. DAVIS:  Do you know?
21      A.   Sir?
22           MR. DAVIS:  Do you know?  Don't
23 guess.

Page 128

1      Q.   (BY MR. BROCK:)  I don't want you
2 to guess, but I also don't want to you act like
3 you don't have any knowledge or understanding
4 about these type things, and I think you
5 probably do.  So let me ask a direct question.
6           Did that material come from the
7 pre-law mine refuse pile?
8      A.   Based on what I am seeing here,
9 yes, there would have been some of that
10 material that would have come from the pre-law
11 area.
12      Q.   Is that area basically filled with
13 mine waste, would you agree with that or
14 disagree?
15           MR. DAVIS:  Object to the form.
16 You can answer.
17      A.   Generally I would say yes.
18      Q.   (BY MR. BROCK:)  Since Drummond
19 has owned the property, has there been any
20 excavating or removing any of that material in
21 that area, Basin 1?
22      A.   No, there has not.
23      Q.   Does Drummond believe that that

Page 129

1 material should be excavated or that anything
2 should be done with that area?
3        MR. DAVIS:  Object to the form.
4        Q.   (BY MR. BROCK:)  I am asking you
5 in your own words as Drummond's representative
6 does Drummond believe anything should be done
7 to remediate that area?
8        MR. DAVIS:  The objection is
9 because you are asking him what he believes,
10 and he is here to testify about facts.
11       Q.   (BY MR. BROCK:)  Okay.  Can you
12 answer the question?
13       A.   I do not believe that anything
14 needs to be done there.
15       Q.   Do you believe the material should
16 just be left there?
17       A.   Absolutely.
18       Q.   Mr. Hicks, with regard to that
19 area shown in Exhibit 7, have you seen any
20 aerial photos or older photos that show that a
21 slough was once in that area before it was
22 dammed?
23       A.   I don't recollect seeing anything

Page 130

1 like that, no, sir.
2        Q.   Do you refute that?
3        A.   I can't say.
4        Q.   You don't know one way or the
5 other?
6        A.   No, sir.
7        Q.   You don't know if that material we
8 see in Exhibit 7 is filling what was once a
9 slough?
10       A.   Well, it's --
11       Q.   No, I am talking about the
12 photograph.
13       A.   I understand, but I am referring
14 back to this (indicating).  This is a drainage
15 course down through here.  So whether you call
16 it a slough, a drainage course or whatever, you
17 know, this material is -- has filled in a
18 drainage course, yes.
19           (Plaintiff's Exhibit 8 was marked
20           for identification.)
21       Q.   Take a look at what I have marked
22 Exhibit 7, if you would.
23       A.   Yes, sir.

Page 131

1        Q.   Do you recognize that to be the
2 same area?
3        MR. DAVIS:  Exhibit 8.
4        Q.   (BY MR. BROCK:)  Oh, I'm sorry,
5 Exhibit 8.
6        A.   Yes.  That is going to basically
7 be just shown -- maybe this is slightly
8 upstream from what you are showing on Exhibit 7
9 or from a different angle.
10       Q.   Okay.  For the record, Exhibit 8
11 is a photo that was taken on June 12th, 2017
12 when we went out and did a site visit.  Do you
13 see evidence in that picture that surface water
14 is moving over the top of that mine waste?
15       A.   Yes, sir.
16       Q.   Do you think that it is true that
17 surface water moves over the top of that mine
18 waste through the spillway and discharges to
19 the Locust Fork?
20       A.   Yes, sir.
21       Q.   Do you know what type of permit,
22 if any, would be required to excavate or remove
23 this material?

Page 132

1        A.   No, sir.
2        Q.   Have you made any inquiry with any
3 regulators about that?
4        A.   No, sir.
5        Q.   Has anyone at Drummond, to your
6 knowledge?
7        A.   Not to my knowledge.
8        Q.   From 2006 to 2017, which is the
9 date of these two photos that we just looked
10 at --
11       A.   Yes, sir.
12       Q.   -- did Drummond do any sampling or
13 monitoring of surface water that was
14 discharging off the site through the lower dam?
15       A.   No, sir.
16       Q.   Was Drummond ever made aware of
17 any problems at the Maxine Mine site in 2006?
18       A.   Not that I am aware of.
19           (Plaintiff's Exhibit 9 was marked
20           for identification.)
21       Q.   I am handing you what I have
22 marked Exhibit 9.  This photo was taken on June
23 12th, 2017.  Is that, again, a picture of the

Page 133

1 same area?

2     A.  It appears to be, yes, sir.

3     Q.  Does that area that we see appear

4 to you to be a trench or a gully in the mine

5 waste?

6     A.  I would just -- I wouldn't call

7 that a gully or a trench, either one. It's

8 just a water conveyance area.

9     Q.  Okay. Has Drummond calculated how

10 much material is in this lower basin area?

11     A.  Not that I am aware of, no, sir.

12     Q.  Has it costed out or gotten any

13 kind of estimate of what it would cost to

14 remove it?

15     A.  Not that I am aware of.

16     (Plaintiff's Exhibit 10 was marked

17     for identification.)

18     Q.  One more photo, if you don't mind.

19 This picture was taken on August 1st, 2017.

20 Does that appear to be the same general area we

21 are looking at?

22     A.  Yes, sir.

23     Q.  Does that appear to you that there

Page 134

1 is visible water that is moving through that

2 conveyance over the mine waste --

3     MR. DAVIS: Object to the form.

4     Q.  (BY MR. BROCK) -- on the

5 left-hand side of the picture?

6     MR. DAVIS: You can answer.

7     A.  Yes, sir.

8     Q.  (BY MR. BROCK) When you have

9 been on site there, have you seen water moving

10 like that over the top of that material?

11     A.  Yes, sir.

12     Q.  Does this occur every time that it

13 rains?

14     A.  It depends on the size --

15     MR. DAVIS: Object -- object to

16 the form and foundation. Go ahead.

17     A.  Depends on the size of rainfall

18 event.

19     MR. BROCK: Okay. I think that is

20 a good stopping point for lunch.

21     (Whereupon, the lunch recess was

22     taken at 12:34 p.m. until 1:47

23     p.m.)

Page 135

1     Q.  (BY MR. BROCK:) Mr. Hicks, we are

2 back on the record after a lunch break, and I

3 have handed Mr. Davis Exhibit 5 to the Muncher

4 deposition. Can you identify that for the

5 record, please?

6     A.  Exhibit Number 5, it shows as a

7 storage tank location for NPDES permits at

8 Maxine.

9     Q.  Okay. And this looks like it was

10 prepared by Drummond Company? It has their

11 stamp on it.

12     A.  Yes. It would have been in 1988,

13 yes.

14     Q.  Do you know who prepared this map?

15     A.  Oh -- no, it doesn't -- it does

16 not note on here who prepared it, so it would

17 have been somebody that would have been in our

18 engineering section.

19     Q.  Okay. A question I want to ask

20 you about this is do you see where it says mine

21 dump?

22     A.  Mine dump --

23     Q.  (Indicating.)

Page 136

1     A.  Yes, sir.

2     Q.  And I believe that's generally the

3 area we have been talking about, the refuse

4 area; does it appear that way to you?

5     A.  Yes, sir.

6     Q.  My question just so that some of

7 the terminology in this case can be a little

8 bit more consistent, can you tell is that mine

9 dump area depicted there, does that include

10 both the pre-law and the post-law area as

11 depicted in Exhibit 7?

12     A.  It appears that it is primarily

13 pre-law.

14     Q.  Okay. That helps clarify that.

15 So you think what they are referring to in mine

16 dump is the pre-law area?

17     A.  Yes, sir.

18     Q.  Okay. And Mr. Muncher estimated

19 that that was approximately twenty-five acres

20 in size; do you know if that is accurate or

21 would you agree with that?

22     A.  There was information that was in

23 some of the -- some of that -- in some of --

Page 137

1 some of the --
2     MR. DAVIS:  Exhibits.
3     A.  -- exhibits that I saw something.
4 I had mentioned earlier about thirty, thirty
5 some odd acres.  I think that would be
6 twenty-five to thirty-five acres, something in
7 that range would be accurate.
8     Q.  Okay, fair enough.  I'm handing
9 you Exhibit 3 to the Muncher deposition.  Take
10 a look at that for me real quick.
11     A.  This is what you showed me
12 earlier, right?
13     Q.  Yes, sir.
14     A.  Okay.
15     Q.  And you see in the legend over on
16 the right --
17     A.  Yes, sir.
18     Q.  -- Area 2, it refers to as active
19 washer refuse disposal area --
20     A.  Yes, sir.
21     Q.  -- do you see that?
22     Is that the same as the, quote,
23 post-law capped area in Exhibit 7?

Page 138

1     A.  Well, let me make sure.  I see
2 number one, number one.  Number two, active
3 washer is number two.  Yes, sir, it appears
4 that it is pointing as what is being described
5 as capped area.
6     Q.  Right.  And so I thought it was,
7 but I want to make sure we are talking about
8 the same thing.  So that active washer refuse
9 area in Exhibit 3 is the same as the capped
10 area in Exhibit 7?
11     A.  Yes, sir, appears to be, yes.
12     Q.  Why does it refer to it as washer
13 refuse disposal?
14     A.  I don't understand.  Because there
15 was washer refuse that was disposed of there,
16 so that would -- that would be an accurate
17 term.
18     Q.  Okay.
19     A.  And this -- you know, the words
20 that are often put out here with stuff like
21 this, that is just going to come down to the
22 word usage that a lot of times an engineering
23 technician is going to arrive at, you know, to

Page 139

1 put down some words to go with an area.
2     Q.  I got you.  So I just wanted to
3 make sure that active washer refuse didn't mean
4 something different than a waste pile or mine
5 dump or some of the other terminology.
6     A.  No, sir, I -- no, sir, I would not
7 think so.
8     Q.  I want to show you some photos
9 that we marked previously as Exhibit 21.
10     A.  Yes, sir.
11     Q.  If you would, just turn through
12 those, there are three or four of them.
13     A.  (Reviewing photographs.)  Yes,
14 sir.
15     Q.  Have you seen any of these photos
16 before?
17     A.  No, sir, I have not.
18     Q.  It is our present belief and
19 understanding that these were taken in the
20 1980s, most likely by PELA?
21     A.  Okay.
22     Q.  We are going to nail that down.
23 On the first page of Exhibit 21, can you tell

Page 140

1 us what we are looking at in that picture?
2     A.  It appears to be a coarse refuse
3 pile.
4     Q.  That black material that we see
5 behind the tree line, is that what you would
6 call coarse refuse?
7     A.  Yes, sir, uh-huh.
8     Q.  Is that -- can you tell by looking
9 where that is on the site if that's the
10 post-law capped area or not?
11     A.  No, sir, I can't really tell that.
12     Q.  The second photo in that
13 exhibit --
14     A.  Okay.
15     Q.  -- what is that dark-colored
16 material we see?
17     A.  Again, that's going to be a coarse
18 refuse pile.  The way it is flattened out, it
19 appears it is being put in in compacted lifts.
20     Q.  Explain what you mean by that.
21     A.  It is being put in there by
22 design, you know, where this is all flattened
23 out and you have got piles that is on top of

Page 141

1  it.  Those piles that are on top, obviously
2  this is being truck dumped.  And when it is
3  flattened out like that, it means it is being
4  graded out by dozers and compacted in place.
5  That reduces infiltration into the material.
6      Q.   Can you tell what area of the site
7  that is by looking at it?
8      A.   No, sir, I can't.  Were these
9  taken on the same dates, do you know?
10      Q.   We don't know yet.
11      A.   Okay.  I am just looking at what
12  is truck dumped on top, you know.  There is
13  different number -- so on this particular date,
14  you know, that's different areas.  But I don't
15  -- I can't tell where that would be.
16      Q.   Would that be consistent with the
17  type of material that you described earlier in
18  terms of when you said you thought it would be
19  the same material that was in the post-law and
20  the pre-law area?
21      A.   Yes, sir, uh-huh.
22      Q.   Would the same material, to your
23  knowledge, also have been up in this area north

Page 142

1  of the capped post-law area?
2      A.   Yes, sir.  Since it is all mined,
3  you know, from Maxine Mine, I would -- yes, it
4  would be very -- yes, it would be the same.
5      Q.   Have you ever -- first, did you
6  witness any of the capping work that was done
7  on this post-law area?
8      A.   No, sir.
9      Q.   Have you seen any design documents
10  that indicate how it was done?
11      A.   No, sir.
12      Q.   Have you talked to anybody that
13  was involved in the process --
14      A.   No, sir.
15      Q.   -- Mr. Keeton or Mr. Musick, any
16  of them?
17      A.   No, sir.
18      Q.   Before we leave this one, I have a
19  follow-up question I don't think I asked you
20  earlier, but --
21         Based on your knowledge and
22  experience, would you need a Corps permit to
23  build a dam in a Water of the United States?

Page 143

1         MR. DAVIS:  Same objection, go
2  ahead.
3      A.   That would largely depend on where
4  are you talking about and the amount of
5  drainage area.
6      Q.   (BY MR. BROCK:)  Well, assume I am
7  talking about a Water of the United States, a
8  tributary.
9      A.   Well, are you talking specifically
10  about this area (indicating)?
11      Q.   Well, I am asking the question
12  more generally.
13      A.   Again, it would -- you are going
14  to have to tell me what Waters of the United
15  States is --
16      Q.   Okay.
17      A.   -- because there's many, many
18  definitions for that, before I would say yes or
19  no.
20      Q.   And now specifically as to Maxine,
21  I think you told me earlier that there weren't
22  any permits --
23      A.   That is correct.

Page 144

1      Q.   -- for those dams?
2      A.   That is correct.  There is no
3  regulatory responsibility.
4      Q.   How is that determined?
5      A.   Well, by -- cause of -- and this
6  -- are you asking me -- you know, that is kind
7  of a -- this is all done obviously before I
8  went to work on any of this area, so I can't
9  really -- I can't give you an answer to that.
10  I mean, I can answer it, but it is not -- it
11  wouldn't be germane to this because of the
12  timing of it.  Does that make sense?
13      Q.   Yes, sir.  Let me ask it a little
14  different, I guess:  Do you know who at
15  Drummond would have made a decision like that,
16  about whether --
17         MR. DAVIS:  Object to the form.
18      A.   It would have been ABC, wouldn't
19  have been Drummond, because this would have all
20  been prior to Drummond purchasing.
21      Q.   (BY MR. BROCK:)  Right.  But as
22  you said, the ABC people came into Drummond and
23  became part of the underground mine program.

Page 145

1        MR. DAVIS:  Object to the form and
2 foundation.  You can answer.
3    Q.    (BY MR. BROCK:)  That is what you
4 said --
5    A.    I don't know who at ABC, you know,
6 would have made that determination or if there
7 was any design that was done for any of it.  I
8 don't know who that would be.
9    Q.    Have you ever seen any memo that
10 addressed that --
11    A.    No, sir.
12    Q.    -- that said we have looked at
13 this and we don't have a responsibility to get
14 a permit to build these dams?
15    A.    No, sir.
16    Q.    I asked you earlier if you were at
17 a meeting with ADEM --
18    A.    Yes, sir.
19    Q.    -- that Mr. Muncher attended, and
20 you said no, right?
21    A.    That's correct.
22    Q.    Did you get a report from him
23 about that meeting?

Page 146

1    A.    No, sir, I did not.
2    Q.    Did you get a report from anybody
3 that attended it about that meeting and what
4 was discussed?
5    A.    No, sir.
6    Q.    I am actually going to show you
7 some things now that have your name on it.
8    A.    Oh, my.  That's dangerous.
9    Q.    It could be.
10        (Plaintiff's Exhibit 11 was marked
11        for identification.)
12    Q.    I am going to hand you what I have
13 marked as Exhibit 11; and this is a folder that
14 was produced in the documents you all pulled
15 from Jasper in a folder that looks like that.
16    A.    1079?
17    Q.    Yes, sir.  It is six pages,
18 Drummond 1079 through 1084.
19    A.    (Reviewing document.)  Yes, sir.
20    Q.    Are you familiar with these
21 documents?
22    A.    Yes, sir.
23    Q.    If you would, turn to page 1083.

Page 147

1    A.    Yes, sir.
2    Q.    Tell us, for the record, what this
3 document is.
4    A.    Under the original Maxine permit,
5 there were two increments --
6    Q.    Let me stop you there.  First, can
7 you tell me what it is so we can identify it?
8    A.    It is a revision to the Maxine
9 permit.
10    Q.    Is it the mining permit?
11    A.    Yes, sir, it would -- there was
12 one permit down there.  And so, yes, it would
13 have included the -- it would have been the
14 mining permit, yes.  Generally, yes, that is
15 true.
16    Q.    And this says that the permit was
17 divided into two separate bonding increments,
18 correct?
19    A.    Yes, sir.
20    Q.    Why was that done that way?
21    A.    It was divided into two increments
22 initially -- or there were two -- there were
23 two increments.  And this is going to lead up

Page 148

1 to the mining permit being separated out from
2 the slurry impoundment because Drummond was
3 going to keep the slurry impoundment under a
4 separate permit to in the future possibly
5 reclaim coal fines from it.  And so it would
6 allow keeping the slurry impoundment area under
7 permit while you would be able to go ahead and
8 start effecting bond release for the mining
9 portion that had been completed and reclaimed.
10    Q.    Okay.  Which of the increments was
11 the tailings pond in the coal mines?
12    A.    Increment I was the tailings pond
13 or the slurry -- slurry impoundment for fine
14 coarse refuse.
15    Q.    So that increment obviously
16 wouldn't include the mine dump area, right?
17    A.    That is correct.
18    Q.    Just so we are clear on this, was
19 the mine dump area included in Increment II or
20 not?
21    A.    The mine dump area that would have
22 been permitted would have been included in
23 Increment II.  And most of that -- or all of

Page 149

1 that mine dump area there toward the end of the
2 mine was actually this that is on Exhibit 3.
3     Q.   Right.
4     A.   You know, that would be across the
5 road over here, that is shown as Area 7 -- or
6 it is actually shown as Area 1 and it's
7 controlled by Outfall 7 -- or Outfall 23 that
8 is depicted as number seven.
9     Q.   Okay.  Let me ask my question
10 clearer.  I was asking about the mine dump area
11 that is around Outfall 24 --
12     A.   Oh, okay.
13     Q.   -- that we have been looking at
14 earlier.  Was that --
15     A.   That was not included in that
16 Increment II, no.
17     Q.   So it is not in either increment?
18     A.   No, it is not.
19     Q.   All right.  If you would --
20     A.   I apologize for not being clearer
21 on that.
22     Q.   No, that's fine, I am sure the
23 question was not clear either.  It's hard with

Page 150

1 so many questions, I understand.
2     A.   That is a lot of area to be
3 looking at.
4     Q.   If you would turn back to page
5 1080, I have one other question.
6     A.   Yes, sir.
7     Q.   So this indicates that Increment I
8 was decreased to one acre; what was going on
9 there?
10     A.   Well, that -- you are talking
11 about why there was one acre that was left?
12 That would have been for a little -- as I
13 remember, a little road section, you know, that
14 could be -- that wasn't going to be a part of
15 the new permit.  And so it was kept to where
16 you could get bond release off of it -- you get
17 a release off of it also.
18         (Plaintiff's Exhibit 12 was marked
19         for identification.)
20     Q.   Just so we are clear on the record
21 and can clean this up about the bond release,
22 let me show you what I marked as Exhibit 12.
23 This is from Drummond's production, Bates

Page 151

1 stamped 2452.  Can you tell us what that
2 document is first?
3     A.   (Reviewing document.)  This is
4 where there would have been a bond release
5 request that would have been made to the
6 Alabama Surface Mining Commission for Maxine.
7 And this is where the inspector has done his
8 review, and this is the amount of final bond
9 that was going to be released on Maxine for
10 sixty-nine acres.  And it is where it has been
11 signed by the director of the ASMC recommending
12 a full release -- or full release is approved.
13     Q.   Okay.  It looks like it says Phase
14 II and III of Increment II; is that what this
15 applies to?
16     A.   Yes, it would be Phase II -- this
17 would be for Phase II and Phase III, which
18 would be a final bond release for that permit
19 P-3252 -- excuse me, P-3254 Increment Number II
20 for sixty-nine acres.
21     Q.   And this says the date is March
22 18th, 1992?
23     A.   Yes, sir, that is correct.

Page 152

1     Q.   So is that the effective date of
2 the bond release?
3     A.   Final bond release for Maxine,
4 yes.
5     Q.   Do you know when the application
6 was made for Phase II and III release?
7     A.   I don't -- from this, let's see if
8 it actually shows -- it doesn't show exactly
9 when it was made.
10     Q.   Would you have handled that?
11     A.   Yes, sir.  But it would have been
12 a minimum of sixty-one days prior to this,
13 because that's the minimum time that it would
14 take to act on a bond release request.
15 Typically ASMC, it kind of varies a little bit
16 depending on everything that goes into it and
17 how long it takes for them to review something,
18 but it is usually going to take three to five
19 months to get a bond release or final bond
20 release on an area.
21     Q.   Would you have handled that?
22     A.   Yes, sir.
23     Q.   I don't know that I want to go

Page 153

1 into all of it, but there are some documents
2 that indicate there may have been application
3 made for the bond release like years prior to
4 that, back in the '80s, and there were some
5 delays and issues; do you recall any of that?
6     A.   No, sir, not -- no, not
7 specifically.  I just -- from reading what the
8 inspector says on the second page, you know,
9 that kind of sums everything up.
10     Q.   When he says there based on
11 complete pond removal plans, which ponds is
12 that a reference to?
13     A.   That would be referring to Pond --
14 over here on Exhibit 3, it would refer to what
15 is noted as number four, which would be Pond
16 20, you know, was eliminated.  Under number
17 seven, that would be Pond 23, it was
18 eliminated.  Those two would have been
19 eliminated.
20          What would have been shown as --
21 well, it's not actually shown on here, but Pond
22 1, you know, that would have been for the
23 slurry pond area that was -- that was kept as a

Page 154

1 part of the new permit.  And then Pond 24,
2 which is actually this one down here
3 (indicating), you know, it was left in place.
4     Q.   Right.
5     A.   So it would have been two ponds
6 that would have been eliminated.  I think it is
7 interesting it says vegetation and trees are
8 good and exceeds standards, pond removal looks
9 good and is as planned.  That is all good.
10          (Plaintiff's Exhibit 13 was marked
11          for identification.)
12     Q.   Has any maintenance been done on
13 the site since 1992?
14     A.   No, sir.
15     Q.   Okay.  Just get this in the
16 record.  I am handing you what I have marked as
17 Exhibit 13, appears to be the bond release for
18 Increment I.  Would you review it and confirm
19 that?
20     A.   (Reviewing document.)  Yes, that's
21 for the one acre that we talked about earlier.
22 That would have gone along with the same -- the
23 same thing that we just talked about for

Page 155

1 Increment II.
2     Q.   Right.
3     A.   Yes, sir.
4          (Plaintiff's Exhibit 14 was marked
5          for identification.)
6     Q.   Okay, Mr. Hicks, I am handing you
7 what has been marked as Exhibit 14.
8     A.   (Reviewing document.)
9     Q.   This is a letter from Mr. Musick
10 at Drummond to Southern Company about the
11 status of reclamation and bonding; have you
12 seen this document before?
13     A.   (Reviewing document.)  I have not
14 seen this as a part of what I have reviewed,
15 no, sir.
16     Q.   Okay.  At that time in '88, did
17 you say Mr. Musick was an engineer?
18     A.   Yes, sir, he was.
19     Q.   And a copy of this was sent to
20 Raymond Bishop?  What was his job?
21     A.   He was vice president of
22 engineering for Drummond Company.
23     Q.   If you would, turn to the last

Page 156

1 page, 3578.
2     A.   Yes, sir.
3     Q.   This deals with Maxine, right?
4     A.   Yes, sir, it does.
5     Q.   In the second paragraph that deals
6 with Increment II -- do you see that?
7     A.   Yes, sir.
8     Q.   And the last -- or the second to
9 last sentence in that paragraph he says, I
10 intend to apply for a Phase II release.
11          And that was in 1988.  Do you know
12 if that was done in '88?
13     A.   Since we wound up getting a Phase
14 II/Phase III release in '92, I would say yes.
15     Q.   Okay.  In that paragraph, it also
16 notes that the Phase II bond release had been
17 denied because of inadequate stocking of pine
18 trees; do you remember that?
19     A.   Well, it says only because the
20 trees had not been planted for at least two
21 growing seasons.  So, you know, changed the
22 land use on it and was able to get a quicker
23 bond release on it than if you had to wait

Page 157

1 additional time and put in the minimum of two
2 growing seasons on the pine seedlings.
3     Q. What was the land use changed from
4 and to?
5     A. From -- I think I saw -- I know
6 that I saw that somewhere in the information
7 that was put in here, and it was -- it was
8 something that would have tied in with the
9 grasses and legumes as being the ground cover
10 of the -- the cover material instead of it just
11 strictly being based on trees for forest use.
12 So it could have been called grazing land or
13 could have been undeveloped land, usually have
14 been one of those terms.
15     Q. So if the application was made in
16 '88 and we see that it was granted in '92, why
17 did it take four years, what is your
18 recollection?
19     A. I don't know -- I don't know
20 exactly what it would be, but it was probably
21 something -- and here I am getting probably, so
22 I don't want to deal in probablys. I can think
23 of a couple of different reasons, but --

Page 158

1     Q. Well, I just want your
2 recollection as you sit here today, because I
3 think -- I mean, you said you were involved in
4 the reclamation and the bonding --
5     A. Yes.
6     Q. -- so that's why I am asking.
7     A. See, the reclamation work, it
8 would have all been done by the underground
9 mining division. And so we -- Mr. Windham and
10 myself, you know, we would have been involved
11 from Drummond in the permitting reclamation
12 phase as far as effecting bond releases and
13 all. And so we could effect a bond release
14 just based on information that was given to us
15 by one of the mining divisions. Did that make
16 sense?
17     Q. Yeah, I understand what you mean.
18     A. Okay.
19     (Plaintiff's Exhibit 15 marked for
20     identification.)
21     Q. I have handed you Exhibit 15 to
22 the deposition. This is a Drummond memorandum
23 to Raymond Bishop from Bruce Windham. What was

Page 159

1 Mr. Windham's position at that time in 1988?
2     A. At that time he was manager of
3 permitting.
4     Q. Have you seen this document
5 before?
6     A. This is not something that was in
7 all of the review information.
8     Q. Right, it is not in those
9 exhibits. This is just something that Drummond
10 produced to us.
11     A. I would be -- I would be familiar
12 with this information, yes.
13     Q. Let me direct your attention to
14 the third paragraph. It says that Drummond
15 pays the bond premium and other costs for
16 upkeep --
17     A. Yes, sir.
18     Q. Do you see that sentence?
19     -- since Drummond has assumed this
20 site according to the negotiated settlement
21 with the Power Company. Is that Alabama Power
22 Company?
23     A. Yes, sir.

Page 160

1     Q. When it says negotiated
2 settlement, what does that refer to?
3     A. That would have all -- that would
4 have all been tied in with a contract with
5 Alabama Power as far as the sale of coal. And
6 then, you know, Alabama Power had
7 responsibility for some of the costs, and then
8 there would be some things that -- in this
9 case, Drummond would have responsibility for
10 some of the costs.
11     Q. When it says a settlement, was
12 there some dispute or lawsuit between Drummond
13 and the Power Company?
14     A. No. This was about getting toward
15 the -- this was after all mining had been
16 completed, you know, reclamation would have
17 been completed, and so this would be more about
18 just transitioning from active mine costs and
19 getting it to a post-mine, just a reclamation
20 status. So, no, it wouldn't be because of any
21 kind of disagreement.
22     Q. What was the contractual
23 relationship between Drummond and Alabama Power

Page 161

1 as to Maxine Mine?

2      A.   Well, it was like a -- it was a

3 cost plus mine. And so Alabama Power was

4 responsible for the cost of producing coal, and

5 so they were responsible for reclamation costs

6 and things like that for the most part. It was

7 just -- it was just a -- it was like a coal

8 contract, you know.

9      Q.   That was a contract that existed

10 between Alabama Power and ABC?

11      A.   Yes, sir, uh-huh.

12      Q.   And Drummond assumed it?

13      A.   That would be my understanding,

14 yes, uh-huh.

15      Q.   Have you seen the actual contract?

16      A.   No, sir, I have not.

17      Q.   Do you know how ABC was paid for

18 the mining activity that it conducted?

19      A.   No, sir, I wouldn't know, not

20 specifically.

21      Q.   How would a mining company

22 typically be paid in that kind of arrangement?

23      A.   Typically it would just be a --

Page 162

1 they would be paid so much a ton, you know, to

2 produce coal.

3      Q.   Have you ever seen any figures

4 about the gross revenue that ABC derived from

5 mining Maxine?

6      A.   No, sir, I have not.

7      Q.   Does Drummond have any records

8 that would show that?

9      A.   I do not know.

10      (Plaintiff's Exhibit 16 was marked

11      for identification.)

12      Q.   Let me hand you what I have marked

13 as Exhibit 16, appears to be a letter you wrote

14 to the Surface Mining Commission; do you

15 recognize that document?

16      A.   (Reviewing document.) Yes, sir.

17      Q.   What was the subject matter of

18 this letter?

19      A.   On areas where we have trees that

20 are going to be left as a part of the post-mine

21 land use, good forestry practices dictate that

22 you ought to have fire breaks on site. And a

23 lot of times if you have roads that are in the

Page 163

1 area, that makes a good fire break. So we

2 would be seeking, you know, to make sure that

3 roads are going to be left as part of the

4 post-mine land use.

5      Q.   Where would the roads be in

6 reference to the permit map or whatever

7 reference you want to use to tell us generally

8 on site where they -- the roads it refers to in

9 this letter were?

10      A.   I couldn't tell you specifically,

11 you know, without looking at the map.

12      Q.   Did these roads end up being left

13 in place?

14      A.   There is a -- it is just like --

15 yes. I mean, they would become fire breaks

16 more -- in the post-mine era, they would become

17 more of a fire break, just an open area that

18 would be say through the woods as opposed to it

19 typically being a road. Now, in a couple of

20 areas, you know, there is actually a road.

21 Like the main entry road that went in to Maxine

22 that went by the slurry impoundment and down

23 into the mine, you know, it is still in place.

Page 164

1 That would have been one of the roads that

2 would have been left and would have actually

3 been kept then as a part of the new permit.

4      There was a road that would --

5 there are a couple of gates out there -- since

6 you have been out there, a couple of those

7 yellow gates that would show up on the left as

8 you are going down toward the river, you know.

9 Those would have been some of the roads that

10 would become fire breaks. They would have been

11 left in place.

12      Q.   Okay.

13      (Off-the-record discussion.)

14      Q.   (BY MR. BROCK:) Mr. Hicks, if you

15 will take a look at that, we previously marked

16 that as Exhibit 14. I'm just trying to make

17 sure I am getting the chronology straight about

18 the bond release application.

19      A.   Yes, sir.

20      Q.   Is this a letter you wrote?

21      A.   Yes, sir.

22      Q.   What was the purpose of this

23 letter?

Page 165

1    A.   Under the Surface Mining Act law
2  and regulation, any time that you are seeking a
3  bond release, whether it's Phase I, Phase II or
4  Phase III, you have to -- there are different
5  entities that you have to make notification to
6  for -- as part of the public comment period.
7         And so the County government is
8  one of them that you have to notify.  And so
9  that's why Jefferson County would be notified
10  of what our intentions are.  And if they have
11  any questions, comments, well, then that gives
12  them thirty days to make comments to the
13  Surface Mining Commission.  And all of that has
14  to be taken into account as part of their bond
15  release deliberations.
16    Q.   Okay.  And what is the date of
17  this letter?
18    A.   This is February 3rd of 1992.
19    Q.   And in the first paragraph it
20  seems to indicate -- well, it says that you are
21  giving notification that Drummond has filed an
22  application for Phase II and III release.
23    A.   Yes, sir.

Page 166

1    Q.   Does that mean that that happened
2  around that time, February 3rd of '92, or are
3  you giving them notice then about something
4  that happened earlier?
5    A.   No, this is making the County
6  aware that we have filed an application for a
7  bond release.
8    Q.   Would you normally make the County
9  aware contemporaneously with when you file the
10  application?
11    A.   Yes, sir.  It would be -- yes.
12  You would make the application, you know, with
13  the ASMC and then you would be notifying
14  Jefferson County, you know, within a thirty-day
15  window.
16    Q.   So based on this letter, do you
17  think the application was made in '92?
18    A.   Yes, sir.
19    Q.   I think earlier I said 1988, and
20  that appears that that is incorrect; it was
21  1992, right?
22    A.   Yes, sir, that's -- that's when
23  the -- I will call it the final bond release

Page 167

1  would have been requested, yes.  See, it's --
2  the last paragraph down there, you will note
3  that it says such request must be received no
4  later than March 28th, 1992.  So that would
5  give the County that time frame that I was
6  talking about if they were going to -- if they
7  had any comments to make.
8    Q.   Okay.  And I presume they did not
9  in this instance?
10    A.   That is correct.
11    Q.   Okay.  You are looking at Exhibit
12  16 to the Muncher deposition?
13    A.   Yes, sir.
14    Q.   Tell us what that document is.
15    A.   We -- Drummond for the Maxine Mine
16  would be asking for termination of monitoring
17  for the four outfalls that would have been for
18  NPDES Permit AL 0001724, Maxine Mine.
19    Q.   And why were you asking ADEM for
20  permission to stop monitoring?
21    A.   That's the law and regulations
22  that we operate under for ASMC and for ADEM for
23  an NPDES permit.  The protocol is that if you

Page 168

1  have an area that's ready for a Phase III bond
2  release, well, then you seek bond release --
3  final bond release from ASMC.  And once you
4  prove to them that -- you know, that everything
5  is taken care of as far as law and regulations
6  are concerned and you go through and -- go
7  through all of the potential for hearings and
8  everything and you get through all of that and
9  they grant you a final bond release, well, then
10  you have to then turn around and seek -- it's
11  like seeking a release then from ADEM for your
12  NPDES permit.  And that always -- that's all --
13  that involves monitoring releases for ponds,
14  because that is what they are concerned with
15  totally.
16    Q.   Well, Outfall 24, though, is not a
17  pond, is it?
18    A.   It appears.
19    Q.   Well, we looked at this permit
20  earlier, you may remember.  It was the one that
21  said receding water unnamed tributary at Locust
22  Fork?
23    A.   Yes, that is correct.  The way

Page 169

1  this is -- see, this is -- ASMC and ADEM are
2  joined at the hips.  You know, one follows the
3  other.  But, see, like some of these -- like our
4  Pond 24, you know, that -- I would say it
5  predated ASMC permit at Maxine.  There would
6  have been -- because of the timing of when laws
7  and everything went into effect, there would
8  have been an ADEM -- or at that time an AWIC
9  permit that would have been in place before
10 there was an ASMC mining permit.
11         And so this Outfall 24 would have
12 been a part of that NPDES permit but not
13 necessarily something that would have been
14 covered, you know, under ASMC mining permit.
15 And so, you know, it -- I would say that that
16 would be the reason why it's showing up on
17 this.
18    Q.   Did you say there was a permit --
19 a discharge permit issued by AWIC?
20    A.   Yes, there was an NPDES permit for
21 Maxine Mine, yes.
22    Q.   Well, it is my understanding that
23 the terminology NPDES permit came into effect

Page 170

1  after the Clean Water Act in 1972; so when did
2  ADEM replace AWIC, to your recollection?
3     A.   I don't remember the exact date.
4     Q.   Or year?
5     A.   Or the -- I don't even remember
6  the exact year, but they -- they -- for all
7  practical purposes, they were one and the same.
8     Q.   How far back does this discharge
9  permit go, the NPDES permit, when was it first
10 issued?
11    A.   Well, based on what is in the
12 information, it would go back to sometime in
13 the mid-'70s, I would think.
14    Q.   When did it expire?
15    A.   The ADEM NPDES permit?
16    Q.   Yes, sir.
17    A.   It would not -- there was a --
18 these permits, both ASMC and ADEM or AWIC for
19 that matter, you know, their permits are for
20 five-year periods.
21    Q.   Right.
22    A.   And they don't run together.  So
23 there would have been -- from looking at the

Page 171

1  information and all, there was a renewal
2  request that was made to ADEM for the Maxine
3  NPDES permit asking for an extension in 1988.
4     Q.   Right.
5     A.   So --
6     Q.   Let me stop you.  This that we
7  looked at earlier, this permit which is Exhibit
8  33 --
9     A.   Yes, sir.
10    Q.   -- it was issued in 1988 and
11 expired in October of 1993.
12    A.   Yes, sir.
13    Q.   Was that the last --
14    A.   That would have been the last
15 permit.  And so that permit had expired in
16 1993, but if you seek and if you get approval
17 for monitoring releases of everything that is
18 associated with that permit, those four
19 outfalls, well, then you can ask for
20 termination of that permit before its
21 expiration date.  Does that make sense?
22    Q.   Yes.  Did Drummond ask for
23 termination of it?

Page 172

1     A.   I don't -- I don't remember if we
2  asked for termination of it or not, because
3  there was --
4     Q.   Is that what that letter means or
5  is termination something different?
6     A.   This asks for termination of
7  monitoring, and it doesn't specifically say,
8  you know, that we were asking for termination
9  of the permits.  Most of the time we just let
10 the permits expire instead of going through,
11 you know, another paperwork shuffle.  So the
12 termination of monitoring, you know, that was
13 -- that's the important part.  You know,
14 whether the permit actually extends for another
15 six months or a year or even two years after
16 that, once monitoring is released, well, then
17 the rest of it is kind of a moot issue.
18    Q.   Okay.  Look at the other letter
19 that you have there that is marked Exhibit 16.
20    A.   Yes, sir.
21         MR. DAVIS:  17.
22    A.   17.
23    Q.   (BY MR. BROCK:)  And tell us what

**Dwight Hicks**                                    **44 (173 - 176)**

Page 173

1 that is.

2    A.    This is where they are -- where

3 ADEM is granting the release of monitoring for

4 Outfalls 1, 20, 23 and 24, you know, that was

5 requested earlier in July.

6    Q.    All right.  After that point, July

7 of 1992, did Drummond do any monitoring at

8 Outfall 24?

9    A.    No, sir, we did not.

10    Q.    For the period that the permit was

11 in effect, '88 to '93, did Drummond keep

12 regular discharge monitoring reports for

13 Outfall 24?

14    A.    Would you state that again?

15    Q.    Right.  During the period when

16 this NPDES permit was in effect, Exhibit 33,

17 from '88 to '93, did Drummond keep discharge

18 monitoring reports or DMRs?

19    A.    There would have been discharge

20 monitoring reports that would have been

21 completed, yes, and kept up until the point

22 that we received the approval for monitoring

23 release.

Page 174

1    Q.    Okay.  Have you seen those

2 discharge reports?

3    A.    Jeez.  I don't know if I have seen

4 them or not.  I'm sure, yes, back when they

5 would have been done, yes, I would have seen

6 them.

7    Q.    Okay.  Did you sign off on them or

8 who would have signed them for Drummond?

9    A.    I would have, yes, sir.

10    Q.    Do you remember signing DMRs for

11 -- specifically for Outfall 24?

12    A.    I signed hundreds of these things.

13 So that would have been a routine thing that I

14 would have done.

15    Q.    Back in that time frame, '88 to

16 '93, how did you submit the DMRs to ADEM?

17    A.    They were paper copies that were

18 submitted.

19    Q.    Did you mail them?

20    A.    Yes, sir.

21         (Off-the-record discussion.)

22         (Whereupon, a break was had from

23         2:50 p.m. until 3:01 p.m.)

Page 175

1    Q.    (BY MR. BROCK:)  I am a little

2 confused about something --

3    A.    Okay.

4    Q.    -- with these documents we were

5 just looking at.

6    A.    Yes, sir.

7    Q.    So you have 17 in front of you,

8 the Muncher 17 document.  And so as you were

9 testifying before to this connection between

10 the bond release and the release of the duty to

11 monitor at discharge points, right?

12    A.    Yes, sir, uh-huh.

13    Q.    So my question is if Outfall 24 is

14 not within the bonded area and there was no

15 requirement to reclaim it, how would that have

16 anything to do with the discharge permit?

17    A.    Any of these outfall points for a

18 discharge permit, you know, they are usually

19 put in place before any disturbance is going to

20 happen.  So it's going to start out as a

21 proposed outfall and then as it becomes -- as

22 you need to disturb an area, then it is going

23 to convert from proposed, you know, to --

Page 176

1    Q.    Existing --

2    A.    -- existing.

3    Q.    -- right?

4    A.    That's right.  And so that's going

5 to be -- that's, you know, that's duly noted

6 then.  But these outfall points, I would say

7 those were set up with ADEM before there was

8 any ASMC permitting.  Does that make sense?

9    Q.    Yeah, it does.  But what I am

10 saying is I can understand a connection if an

11 outfall was within the permit boundaries for

12 the ASMC permit --

13    A.    Okay.

14    Q.    -- how there might be a connection

15 between the bond release and the duty to

16 monitor those outfalls within the permit area,

17 okay?

18    A.    Okay.

19    Q.    But we have established that 24

20 was not within --

21    A.    An ASMC permit.

22    Q.    Right.

23    A.    Correct.

Page 177

1    Q.  So how would the bond release have
2  anything to do with that outfall?
3    A.  Well, it would have more to do
4  with the other outfalls.
5    Q.  Right.
6    A.  1 -- actually, you know, it would
7  have dealt more with 20 and 23 from the ASMC
8  standpoint.
9    Q.  And I can follow that.
10    A.  Right, okay.  But including 1 and
11  24 on there at ADEM, you know, that would be
12  more of -- I will call it a housekeeping thing,
13  you know, to clear out any and all monitoring
14  that you would have with ADEM for this permit.
15    Q.  A housekeeping matter?
16    A.  Yeah, yeah.  Because, see,
17  whenever you -- if you get -- when you get your
18  final bond release from ASMC for what we are
19  calling post-mine disturbance or for
20  post-law -- pre-law/post-law, for post-law
21  disturbance, you have to have an NPDES permit
22  for any of those areas that was permitted under
23  ASMC post-law.

Page 178

1        And so any time you have an NPDES
2  monitoring permit, at some point, you know, you
3  have got to either keep it permitted or you
4  have to seek and gain approval of a monitoring
5  release.  And so those four outfalls showed up
6  on this NPDES permit and that coincided with an
7  ASMC permit.  So it was just after you get your
8  ASMC bond release, within -- you know, you are
9  going to seek a monitoring release from ADEM.
10  And that's what we sought and they granted it.
11  I'm not sure that you are --
12    Q.  No, I see they granted it.
13    A.  Yeah.
14    Q.  I am not disputing that.  Did you
15  have any conversation with them in particular
16  about why Outfall 24 was included in this
17  monitoring relief?
18    A.  Well, there was no -- see, all of
19  this ties back to ASMC requirements as far as
20  disturbance of mining.  Well, this 24 was not
21  something that was disturbed for mining under
22  ASMC, so there was no reason why something
23  would be kept under ADEM.  So they granted a

Page 179

1  monitoring release.
2    Q.  But ADEM's permits are issued
3  under the Clean Water Act and not the mining
4  laws?
5    A.  Correct.
6    Q.  You know that, right?
7    A.  Absolutely.
8    Q.  Have you got Number 15 there?  In
9  the third paragraph of that, this relates to
10  what you were just talking about, something
11  about the other ponds, can you read that
12  paragraph for me?
13    A.  Increment Number II is --
14    Q.  You don't have to read it out
15  loud.  I just mean take a look at it,
16  familiarize yourself with it.
17    A.  Okay.
18        MR. DAVIS:  Read before you
19  testify.
20    A.  You would rather me read this,
21  hadn't you?  (Reviewing document.)  Okay.
22    Q.  (BY MR. BROCK:)  This is talking
23  about Pond 20, right?

Page 180

1    A.  Yes, sir.
2    Q.  Was it ultimately removed?
3    A.  Yes, sir.
4    Q.  And was that necessary in order to
5  get the complete bond release?
6    A.  Yes, sir.  You either have to
7  remove them or you have -- you can leave them
8  in place as a permanent water impoundment.  And
9  so, you know, we opted to remove Pond 20.
10  That's the one that is there adjacent, you
11  know, to the barge lowdown.  And I will call it
12  an industrial pond.  I mean, it didn't have
13  fish and wildlife value.
14    Q.  Okay.
15    A.  So the best thing to do was to get
16  it in shape to where it could be capped,
17  removed -- capped, re-vegetated and considered
18  to be removed where there is no discharge from
19  it any longer.
20    Q.  Okay.  But the pond or basin that
21  was associated with Outfall 24 was not removed,
22  is that correct?
23    A.  That is correct.

Page 181

1　Q.　It is still there today, right?

2　A.　Yes, sir. It had good water

3 quality, so it could be left in place for fish

4 and wildlife purposes. It is growing frogs and

5 fish and turtles and everything now.

6　　　(Plaintiff's Exhibit 17 was marked

7　　　for identification.)

8　Q.　Mr. Hicks, if you would, look at

9 what I have marked as Exhibit 17.

10　A.　(Reviewing document.) Okay.

11　Q.　Can you tell us what is depicted

12 in that photo?

13　A.　No, sir.

14　Q.　This is a picture taken on May

15 24th, 2006 by the Riverkeeper from a patrol

16 boat in Locust Fork; do you recognize --

17　A.　Oh, okay.

18　Q.　Do you recognize anything in that

19 photo?

20　A.　After you said that and that this

21 is -- you are saying this is edge of the river

22 here, then, right?

23　Q.　Yes, sir.

Page 182

1　A.　Okay. That is going to be the

2 dam, part of the dam and the spillway that is

3 going to be adjacent to the Locust Fork. Would

4 be what you call Dam Number 1, or that is going

5 to be the outfall of Dam Number 1.

6　Q.　Right. On the river side, right?

7　A.　Yes, sir.

8　Q.　What are the stones or boulders

9 that we see in that area?

10　A.　It's going to be rip-rap that

11 would help stabilize that spillway from that

12 dam. We had talked about earlier looking

13 downstream, you know, that the spillway was on

14 the left-hand side. Well, looking at it from

15 the river, obviously that would be on the

16 right-hand side, so this is on my right-hand

17 side of the dam looking upstream.

18　Q.　Do you know who placed this

19 rip-rap on the dam?

20　A.　From looking at all of the

21 information and everything, I would say that

22 ABC employees or contractors under ASMC -- I'm

23 sorry, not ASMC, under ABC would have, you know

Page 183

1 -- that would be part of the construction of

2 that lower dam.

3　Q.　Has Drummond maintained this

4 spillway area in any way since it took

5 possession of the property?

6　A.　No, sir.

7　Q.　Has it replaced any of the rock on

8 the spillway?

9　A.　No, sir.

10　Q.　Have you viewed this spillway and

11 dam from that vantage point on the river

12 before?

13　A.　Have I seen it from the river,

14 from this --

15　Q.　Right.

16　A.　No, sir.

17　Q.　Have you seen this spillway when

18 it had water flowing over it?

19　A.　Yes, sir, uh-huh.

20　Q.　Is that water coming from the

21 sediment basin behind it?

22　A.　Yes, sir, uh-huh.

23　Q.　The material that you see along

Page 184

1 the shoreline below the dam, is that mine

2 waste?

3　A.　It just looks like shoreline to me

4 at low water level.

5　Q.　Does that look like a natural

6 Locust Fork shoreline to you?

7　A.　I've seen -- yes, I've seen areas

8 like that along the Locust Fork that look like

9 that, yes, sir.

10　Q.　Were all of those areas adjacent

11 to mines?

12　A.　That I wouldn't know.

13　Q.　Yeah, in the middle of the

14 spillway there, do you see visual evidence of

15 -- that the water has been coming over the

16 rocks there?

17　A.　I would say from the -- you are

18 talking about from the differential, the

19 difference in the coloration and all?

20　Q.　Right. Yes, sir.

21　A.　I would say that could possibly be

22 evidence, yeah, where water would have come

23 over that.

Page 185

1    Q.   Since this lawsuit was filed in
2  2016, has Drummond done anything to this area,
3  maintenance or any kind of work?
4    A.   No, sir.
5    Q.   Has it done any cleanup of the
6  shoreline along here?
7    A.   No, sir.
8    Q.   Do you believe anything needs to
9  be done to clean up --
10   A.   No, sir.
11   Q.   -- the shoreline?
12       (Plaintiff's Exhibit 18 was marked
13       for identification.)
14   Q.   Let me show you this next photo,
15 Exhibit 18.  This photo was taken on May 31st,
16 2006 of the Riverkeeper.  It is just a little
17 closer-up view of the same dam we were looking
18 at.
19   A.   Yes, sir, and when did you say the
20 date was on the other one, 17?
21   Q.   It was the 24th of May of 2006.
22   A.   Okay.  Basically the same time,
23 then.

Page 186

1    Q.   About a week later, yeah.
2    A.   Okay.
3    Q.   You see the sort of large stones
4  that are along the shoreline there in the
5  foreground of the picture?
6    A.   Yes, sir.
7    Q.   Were they placed there or did they
8  roll down off of a dam there, in your opinion?
9    A.   I don't know.  Looks basically
10 like this today.
11       (Plaintiff's Exhibit 19 was marked
12       for identification.)
13   Q.   All right.  I am going to show you
14 now what I marked as Exhibit 19.  This photo
15 was taken on June 15th, 2016.
16   A.   Okay.
17       MR. DAVIS:  Could you give the
18 date again, please?
19       MR. BROCK:  June 15th, 2016.
20   Q.   (BY MR. BROCK:)  Can you compare
21 Exhibit 17 and Exhibit 19?  Does the spillway
22 area look the same to you in those two photos?
23   A.   Very similar.

Page 187

1    Q.   Does it look like in photo 19 that
2  it's degraded --
3        MR. DAVIS:  Object to the form.
4    Q.   -- and lost some of the rip-rap
5  that was placed on it?
6        MR. DAVIS:  Object to the form.
7  You can answer.
8    A.   There could be possible -- you
9  know, very minor degradation on 19 compared to
10 17, but there is no -- there is no significant
11 difference.
12   Q.   (BY MR. BROCK:)  Do you see in
13 photograph 19 that there is water flowing over
14 the spillway?
15   A.   Yes, sir.
16   Q.   So Drummond is not disputing that
17 water discharges at that spillway into the
18 Locust Fork, are you?
19   A.   Any time you have a certain size
20 precipitation event that is going to be in this
21 area, well, then you would have a discharge
22 through that spillway, yes, sir.
23   Q.   And there is no permit in place

Page 188

1  for that discharge, right?
2    A.   That is correct.
3    Q.   Is the spillway designed to be --
4  for emergency flow or is it designed to allow
5  surface water to discharge there under normal
6  rain conditions?
7    A.   I couldn't answer, couldn't answer
8  that.
9    Q.   Does the fact that the basin
10 behind it is full of material contribute to the
11 discharge of water at that outfall?
12   A.   It would make very little
13 difference.  This has been in place for, what
14 -- based on all of the information and all,
15 this has been in place for thirty years or
16 more?  And looks pretty stable to me.
17   Q.   I was asking about the surface
18 water flowing over.  Are you saying it wouldn't
19 make any difference in terms of how much
20 surface water was discharged there if the
21 sediment basin was full or empty?
22   A.   If your sediment basins were
23 empty, well, then you had a rainfall event,

Page 189

1  then for some period of time you would be
2  filling up the basin possibly before you would
3  have a discharge to the spillway if the
4  sediment basin was empty.  On the other hand,
5  if the sediment basin is full of water and you
6  had a precipitation event, well, then it is not
7  going to make any difference.
8      Q.   Well, I am saying if it's full of
9  waste like it is now versus empty.  If it were
10 empty, the water would pond behind the dam,
11 right?
12     A.   And it would be full of water --
13 or largely full of water.
14     Q.   Well, not all the time.
15         MR. DAVIS:  Object to the form.
16     A.   Okay.
17     Q.   (BY MR. BROCK:)  If it -- okay, if
18 that sediment basin were excavated now, do you
19 think it would pond and fill with water as a
20 certainty?
21     A.   I don't know.
22     Q.   Do you know how long it would take
23 for that to happen?

Page 190

1      A.   No, sir, I absolutely don't know.
2      Q.   Has Drummond done anything since
3  2016 when this lawsuit was filed to try to stop
4  or limit the discharge of water at that
5  outfall?
6      A.   No, sir.
7      Q.   I think I asked you this earlier,
8  but, if you know, what kind of permit do you
9  think would be required to remove this dam and
10 spillway --
11         MR. DAVIS:  Object to the form to
12 the extent --
13     Q.   -- if any?
14         MR. DAVIS:  -- to the extent it
15 asks for a legal conclusion.  You can answer.
16 You can answer.
17     A.   I don't see that you would have to
18 have any permit to remove that.  But why would
19 you remove it?
20         MR. DAVIS:  You have to answer
21 questions --
22     A.   I'm sorry.
23         MR. DAVIS:  -- you don't get to

Page 191

1  ask them.
2      A.   I am sorry.
3      Q.   (BY MR. BROCK:)  Well, I will
4  answer.  Because it destroyed a slough and a
5  tributary that was there before mining and it's
6  polluting the Locust Fork.  Aside from that --
7         MR. DAVIS:  So they allege.
8      Q.   (BY MR. BROCK:)  If you want to
9  ask me questions, I will answer them, but I
10 don't think Richard will like that.
11     A.   I am not going to ask you any more
12 questions.
13         MR. DAVIS:  That is the plan.
14 Just answer his questions.
15         (Plaintiff's Exhibit 20 was marked
16          for identification.)
17     Q.   (BY MR. BROCK:)  Let me show you
18 what I have marked as Exhibit 20.  This is a
19 photo that was taken on June 12th, 2017.
20     A.   (Reviewing photograph.)  Okay.
21     Q.   Do you see the two large boulders
22 up here at the top by the person that is
23 standing there in the green shirt?

Page 192

1      A.   Yes, sir.
2      Q.   Do you know if those were added at
3  some time to that spillway by Drummond?
4      A.   No, sir, they would not have been
5  added by Drummond, no, sir.
6      Q.   So your testimony is there hasn't
7  been any shoring up of that spillway by
8  Drummond since it took possession of the
9  property?
10     A.   That is correct.
11     Q.   And you would be the person at
12 Drummond that would have the most knowledge
13 about that?
14     A.   If we would have done anything
15 like that, yes, I would have done it.  And I
16 didn't do it.
17         (Plaintiff's Exhibit 21 was marked
18          for identification.)
19     Q.   I will hand you what I have marked
20 as Exhibit 21.  This is a photo of the outfall
21 taken on --
22     A.   You weren't going to mark that as
23 an exhibit?

Page 193

1   Q.   It is on the back.
2   A.   I got you, okay.  I'm sorry, what
3  did you say?
4   Q.   This photo was just taken last
5  month on May 4th, 2018.
6   A.   Okay.
7   Q.   Do you see the flow --
8   A.   Yes, sir.
9   Q.   -- coming over the dam there?
10   A.   Yes, sir.
11   Q.   Is that seasonal?
12   A.   It's going to be -- it could be.
13  It is more related to precipitation events.
14  And so normally have more rain during the
15  winter, late fall and into the winter, so from
16  that standpoint it might be more seasonal, but
17  it is primarily related to rainfall events.
18   Q.   Do you see the material here at
19  the bottom right corner of the page?
20   A.   Yes, sir.
21   Q.   Is that mine waste?
22      MR. DAVIS:  Object to the form.
23  You can answer.

Page 194

1   A.   Could be.  Not necessarily,
2  though.
3   Q.   (BY MR. BROCK:)  Could be?
4   A.   Possibly.
5   Q.   Since this lawsuit was filed in
6  2016, has Drummond done any testing -- soil
7  testing of the material there along the
8  shoreline?
9   A.   Not that I am aware of.  Drummond
10  hasn't, no.
11   Q.   Has somebody done it on Drummond's
12  behalf?
13   A.   It's possible, but that's -- I
14  haven't had anything to do with any of it.
15      (Plaintiff's Exhibit 22 was marked
16       for identification.)
17   Q.   All right.  If you would, take a
18  look at Exhibit 22 to your deposition.  This is
19  an aerial photo that was taken on November
20  17th, 2006.
21   A.   Yes, sir.
22   Q.   Do you recognize that to be the
23  Maxine mine site?

Page 195

1   A.   It appears to be what you call Dam
2  Number 1 and the area above it.
3   Q.   All right.  And behind it, Dam
4  Number 1, the grayish-looking area, is that the
5  sediment basin we have been talking about?
6   A.   Yes, sir.
7   Q.   And up river of that, you see what
8  looks like a clump of trees; is that the second
9  dam?
10   A.   Based on what I've seen, I would
11  say yes.  It's in that proximity, yes, sir.
12   Q.   And behind that do you see another
13  gray area that is a sediment basin?
14   A.   Yes, sir.
15   Q.   Okay.  Looking at the picture to
16  the left of that upper sediment basin, what is
17  this area that you see in the picture there
18  that it doesn't have any trees on it?
19   A.   It appears to be abandoned coarse
20  refuse.
21   Q.   Would that be the pre-law refuse
22  pile?
23   A.   Yes, sir.

Page 196

1   Q.   Would you say that that picture
2  shows evidence of substantial erosion of that
3  pile?
4      MR. DAVIS:  Object to the form and
5  foundation.  You can answer.
6   A.   Over a long period of time, yes.
7   Q.   (BY MR. BROCK:)  And to the left
8  of the upper dam, this area --
9   A.   Yes, sir.
10   Q.   -- I am pointing directly to the
11  left of the upper dam, what is that area?
12   A.   It's tree-covered canopy.
13   Q.   Is that part of the mine dump?
14   A.   You know, I -- as I remember from
15  having seen -- walked over some of the site, in
16  the -- in the area that's -- if you are looking
17  upstream from Dam Number 2, the area that's
18  going to be immediately to the right there,
19  some of that would be coarse refuse.  But I
20  think it is just kind of a fairly narrow strip
21  there that would be coarse refuse, I believe.
22   Q.   On the area to the left of the
23  upper dam?

Page 197

1      A.   Looking upstream, it would be to
2  the right --
3      Q.   Right.
4      A.   -- of the upper dam, yes.
5      Q.   So you are saying some of that is
6  coarse refuse, but not all of it?
7      A.   Right.
8          MR. DAVIS:  Barry, what was the
9  date?
10         MR. BROCK:  That one was November
11 17th of 2006.
12         MR. DAVIS:  Thank you.
13     Q.   (BY MR. BROCK:)  Has Drummond done
14 any flyovers over the property to take
15 photographs?
16     A.   Not that I am aware of.
17     Q.   Mr. Muncher said he looked at some
18 aerial photographs; I was just wondering if
19 those were photographs Drummond had taken.
20     A.   He mentioned to me that he had
21 looked at some -- I think it was Google Earth
22 photos.  That's the only thing that I have
23 heard him talk about.  We -- you know, we have

Page 198

1  discussed, you know, doing an aerial flyover of
2  it, but I don't believe that that has been done
3  to date.
4      Q.   Okay.
5          (Plaintiff's Exhibit 23 was marked
6      for identification.)
7      Q.   Let me show you what I have marked
8  as Exhibit 23; that is another aerial photo
9  from same day, November 17th, 2006.
10     A.   Yes, sir.
11     Q.   Can you tell what is shown in that
12 photograph?
13     A.   Again, it appears to be the Dam
14 Number 1 and a portion of the pond area above
15 it.
16         (Plaintiff's Exhibit 24 was marked
17     for identification.)
18     Q.   Take a look at Exhibit Number 24,
19 please.  Can you tell us what is shown in that
20 photograph?
21     A.   I recognize this as a portion of
22 -- this is going to be the area where Dam
23 Number 2 would be upstream from Dam Number 1.

Page 199

1      Q.   Is this a part of Dam Number 2?
2      A.   I think it is.  I think looking
3  upstream, this is going to be the very
4  right-hand edge of it.  I believe that's right.
5      Q.   Would you say that this photo
6  shows a breach through the dam?
7      A.   No, sir, I wouldn't call that a
8  breach.
9      Q.   What would you call that opening
10 that we see in the picture?
11     A.   Well, first, if it was a breach,
12 you know, the whole thing would be gone.  And
13 so this is just -- you know, this is where
14 water has run over the top of it and has eroded
15 off a portion of the material.  But it's not a
16 breach.
17     Q.   So water has eroded away part of
18 the dam, that is how you would describe it?
19     A.   Eroded -- yes, I would say it has
20 eroded away a top portion of it.
21     Q.   Has Drummond done any maintenance
22 on this dam since it took possession of the
23 property?

Page 200

1      A.   No, sir.
2      Q.   Has it performed any work on it
3  since 2016 when the lawsuit was filed?
4      A.   No, sir.
5      Q.   Are these large boulders that we
6  see in the front of the picture, were those
7  added there by Drummond?
8      A.   You know, I can't tell.  I mean,
9  you get -- you get to -- this is going to be
10 along the edge of an embankment, a hillside,
11 and so it is hard to tell if that is something
12 that was placed there or if that is actually a
13 part of the natural outslope, the hillside
14 there and it just eroded down to that -- this
15 has become -- this has gotten to that point,
16 you know, and it's -- it has stabilized at this
17 point, and it's -- you can't tell from this
18 whether this was something that was placed
19 there or if that's natural.
20     Q.   In any event, since 1986, are you
21 aware of any placement of material there in
22 that area, Dam 2?
23     A.   No, sir, I am not.

Page 201

1          (Plaintiff's Exhibit 25 was marked

2          for identification.)

3     Q.   Let me show you what I have marked

4 as Exhibit 25.  This photo was also taken on

5 June 12th, 2017.  Can you tell us what is shown

6 in that photo?

7     A.   I'm not sure where this is.

8     Q.   If you compare it to Exhibit 24,

9 it might help.

10     A.   Okay.  This is just a close-up of

11 up at the top, is that --

12     Q.   Yes, sir, I believe it is.

13     A.   Okay.

14     Q.   It looks like this -- the part you

15 see in the middle of 25 is the part at the top

16 of the frame in 24?

17     A.   Yes, here is here (indicating).

18 Yes, sir, okay.

19     Q.   So still looking at that, would

20 you describe that as just an erosion of part of

21 the dam?

22     A.   Yes, sir, uh-huh.

23     Q.   Would the dam be functional in

Page 202

1 that condition?

2     A.   Absolutely could be.

3     Q.   Would it hold back sediment with

4 that --

5     A.   Oh, yes, it could.  Yes.  If the

6 rest of the dam and all is intact, you know, up

7 to whatever the low -- the low elevation is

8 going to be where this is eroded off.  Up to

9 that point, yeah, it could still be functioning

10 as it was supposed to.  The area that is down

11 below it where it flattens out here, you know,

12 this area, which is -- looks like it is all

13 part of the structure, that is all pretty

14 stable based on vegetation and everything that

15 you see growing in it.

16     Q.   Is that mine waste that you see

17 visible on the bed of that hole in the dam?

18          MR. DAVIS:  Object to the form and

19 the foundation.  Go ahead and answer.

20     A.   It doesn't appear to have a color,

21 you know, of coarse refuse, so I would say no.

22     Q.   (BY MR. BROCK:)  Was this area

23 where Dam 2 is capped?

Page 203

1     A.   I don't know.

2          (Plaintiff's Exhibit 26 was marked

3          for identification.)

4     Q.   Let me show you what I have marked

5 as Exhibit 26.  This is one more view of the

6 upper dam from the top side.

7     A.   Okay.

8     Q.   Does that appear to be what it is

9 to you?

10     A.   Yes, sir.

11     Q.   Looking at this photo, you would

12 still describe that dam as functional and not

13 breached?

14     A.   Yes, sir, that is correct.

15     Q.   You see on the left side of the

16 picture, there is some pine straw and then

17 beneath it there is some material there; does

18 that look like mine waste to you?

19          MR. DAVIS:  Object to the form,

20 foundation.

21     A.   It could be.  Yes, sir, it could

22 be.

23          (Plaintiff's Exhibit 27 was marked

Page 204

1          for identification.)

2     Q.   (BY MR. BROCK:)  All right, Mr.

3 Hicks, let me show you what I have marked as

4 Exhibit 27.  This is a photo taken on June

5 12th, 2017.

6     A.   Yes, sir.

7     Q.   Do you recognize that area of the

8 mine site?

9     A.   That looks like one of those

10 earlier pictures you showed me, you know, where

11 it had some of the old coarse refuse that had

12 that bare spot.  It appears it could be that

13 site.

14     Q.   The pre-law --

15     A.   Yes, sir.

16     Q.   -- area?

17     A.   Yes, sir.  Pre-law, yes, sir.

18     Q.   Is that material you see there

19 capped or graded?

20     A.   No, sir, it is not.

21     Q.   Does that look to you like it

22 would pose a danger to human safety and welfare

23 there?

Page 205

1          MR. DAVIS:  Object to the form and
2  foundation.
3      A.    No.
4      Q.    (BY MR. BROCK:)  Is there a danger
5  of that material collapsing, in your view?
6      A.    No.
7      Q.    Has Drummond ever pursued any AML
8  funds for cleanup based on safety?
9      A.    No, sir.
10     Q.    I mean at Maxine.
11     A.    No, sir.  I assumed you were
12  talking about Maxine.
13     Q.    Right, you were correct.
14          Since this suit was filed in 2016,
15  has Drummond done any work on this area of the
16  uncovered GOB area --
17     A.    No, sir.
18     Q.    -- of the mine site?
19     A.    Have not.
20          (Plaintiff's Exhibit 28 was marked
21           for identification.)
22     Q.    I show you this one, Exhibit 28;
23  this was also taken on June 12th, 2017.

Page 206

1      A.    Yes, sir.
2      Q.    Do you recognize where that area
3  is on the mine site?
4      A.    Couldn't tell you exactly where it
5  is, but yes, I have -- I have seen this general
6  area, yes.
7      Q.    All right.  Are those pine trees
8  that we see growing out of the mine waste?
9      A.    Yes, sir.
10     Q.    Do they appear to you to be
11  providing erosion control?
12     A.    Yes, they are providing some
13  erosion control.  You know, they have obviously
14  been in place for quite a few years and have
15  remained in place.  So that whole slope that
16  you are showing there has to be relatively
17  stable.
18     Q.    Have you walked the site and seen
19  any of these pine trees that have fallen down
20  the hill as the material has eroded away?
21     A.    Yes, sir, I have.
22     Q.    Did those trees make the site
23  stable?

Page 207

1      A.    After they had fallen down?
2      Q.    Yeah.
3      A.    Well, yeah, they help.  They still
4  help stabilize the area.  I mean, it would just
5  be like -- be similar to putting hay bales down
6  there.  Fallen trees can serve that same
7  purpose.
8          (Plaintiff's Exhibit 29 was marked
9           for identification.)
10     Q.    I show you what I have marked as
11  Exhibit 29; this photo was also taken on June
12  12th, 2017.  Have you seen this one before?
13     A.    Yes, sir.
14     Q.    Where did you see it?
15     A.    It would just be on the pre-law
16  area there at Maxine Mine.  I couldn't tell you
17  exactly where it is, but I have seen that
18  general area.
19     Q.    Does that photo to you provide
20  visual evidence of significant erosion of the
21  coarse material?
22     A.    In the past, yes.  To me, I am
23  seeing something that is largely stabilized

Page 208

1  now.
2      Q.    How do you know it is stabilized?
3      A.    Up to the edge of it, you know,
4  where all of the pine trees are growing, you
5  see pine straw that's under the trees.  So it
6  doesn't appear that there is much in the way of
7  additional slumpage.  So areas like that, you
8  know, they will -- it will usually erode in
9  place and at some point it is going to start
10  rounding off and it is going to become more and
11  more stabilized over time.  This has gone
12  through time, you know, to where I would say --
13  I would consider this to be relatively stable.
14     Q.    Is there any issue to you of the
15  fact that there is basically a big cavern or
16  hole in the ground there where the material has
17  eroded away?
18          MR. DAVIS:  Object to the form and
19  foundation, argumentative question.
20     Q.    (BY MR. BROCK:)  You can see that
21  with your own eyes, can't you?
22     A.    Absolutely, I can see that.
23     Q.    That's okay?

Page 209

1      A.  I don't have a problem with this.
2          MR. DAVIS:  There is a reason it
3  is called pre-law.
4      Q.  (BY MR. BROCK:)  Does Drummond
5  currently have any plan in place or proposal
6  about how to stop some of the erosion from the
7  pre-law area?
8      A.  In place, I would say no.  Has it
9  been --
10         MR. DAVIS:  Stop.  Answer his
11 question.
12     A.  The answer is no.
13     Q.  (BY MR. BROCK:)  Okay.  Have you
14 discussed a plan to help stop some of this
15 erosion?
16         MR. DAVIS:  Yes or no.
17     A.  Yes.
18     Q.  (BY MR. BROCK:)  Who have you
19 discussed it with?
20     A.  Just been discussed in-house,
21 something that has been discussed with David
22 Muncher.
23         MR. DAVIS:  And the lawyers.

Page 210

1      A.  Right.
2          MR. DAVIS:  So we will stop him
3  there.
4      Q.  (BY MR. BROCK:)  All right.  Could
5  this area be graded and capped?
6      A.  It could.
7      Q.  I'm talking about the pre-law
8  area.
9      A.  Yes, sir, it could be.
10     Q.  Would it be more expensive, in
11 your view, to grade and cap it or to remove it?
12         MR. DAVIS:  Object to the form and
13 foundation.
14     A.  It would be much more expensive to
15 remove all of that.
16     Q.  (BY MR. BROCK:)  What do you base
17 that on?
18     A.  Experience.
19     Q.  How would you remove it if you
20 were going to go about that?
21     A.  I wouldn't remove it.
22     Q.  How would one remove it if one
23 were, for example, ordered to do so?

Page 211

1      A.  I don't know.  That's -- that's --
2  I just don't know how that would --
3      Q.  How about with earth moving
4  equipment, like trucks?
5          MR. DAVIS:  Object to the form.
6  He is really here to testify about facts, not
7  speculate about future events in the case,
8  settlement strategies, et cetera.
9          MR. BROCK:  I am not asking about
10 settlement strategy.  I am asking about the
11 current state of the mine site.
12         MR. DAVIS:  You are asking him to
13 speculate how it can be resolved.
14     Q.  (BY MR. BROCK:)  Is it Drummond's
15 position, and I am asking you as Drummond's
16 representative testifying today, that it would
17 be not feasible technically to excavate or
18 remove the waste material in the pre-law mine
19 dump?
20         MR. DAVIS:  Object to the form.
21     A.  I would say that is an accurate
22 statement.
23     Q.  That it is not even technically

Page 212

1  feasible to do it?
2      A.  That would be correct.
3      Q.  And I'm not saying that it
4  wouldn't be expensive, I'm just talking about
5  technically -- technical feasibility.
6      A.  I would agree with that statement.
7      Q.  Okay.  Why is that?
8      A.  It would cause tremendous
9  environmental harm.
10     Q.  Explain that.
11     A.  If all of that material was -- or
12 if there was a portion of it that was moved,
13 removed, then you would be starting a whole new
14 deposition cycle.  It is largely eroded in
15 place and has become relatively stabilized.  It
16 is becoming more stabilized every year that
17 goes by.  If you come in there and disrupt
18 that, well, then that is going to cause an
19 oxidizing environment all over again.  And --
20     Q.  If you remove it all?
21     A.  Yes.  You are going to have a --
22 you are going to have a big raw area, you know,
23 that is going to be re-exposed out there.

**Dwight Hicks**

54 (213 - 216)

Page 213

1    Q.   Have you reviewed the expert
2  report by a guy named Gordon Johnson that
3  Riverkeeper submitted?
4    A.   No.
5    Q.   So I guess you haven't been asked
6  to comment on it or --
7    A.   No.
8    Q.   Okay.  Well, he is a professional
9  engineer that has worked on mining sites, and
10 he has offered an opinion in the case that you
11 could excavate it.  So you would say Drummond's
12 position is you disagree with that?
13   A.   Absolutely.
14   Q.   For the reasons you have already
15 stated?
16   A.   Yes, sir.
17       MR. DAVIS:  And for any reasons
18 that our expert witnesses will articulate.
19       MR. BROCK:  I must have missed
20 that in their opinions, but we will see.
21       (Plaintiff's Exhibit 30 was marked
22       for identification.)
23   Q.   (BY MR. BROCK:)  Let me show you

Page 214

1  what I have marked Exhibit 30.  Do you
2  recognize what is shown in that picture?
3    A.   This appears to be area that is
4  going -- I take it this is -- you're saying
5  this is the Warrior River, so this would be
6  going upstream, you know, from Dam A?
7    Q.   Correct.
8    A.   Correct.
9    Q.   Right.
10       MS. ANDREEN:  Dam 1.
11       MR. BROCK:  Well, A, you know, 1,
12 the lower dam.
13       MS. ANDREEN:  Just want to make
14 sure.
15   A.   Dam 1, excuse me.
16   Q.   (BY MR. BROCK:)  Have you ever
17 seen this teepee that is down there that we
18 passed a bunch of times on the river?
19   A.   Yes.
20   Q.   Just out of curiosity, do you know
21 who put it there or whose teepee it is?
22   A.   No, sir, I don't.
23   Q.   Well, you see the shoreline there

Page 215

1  in front of the teepee in the picture?
2    A.   Yes, sir.
3    Q.   Does that look like normal
4  shoreline to you on the Locust Fork or does
5  that look like eroded mine waste?
6        MR. DAVIS:  Object to the form and
7  foundation.
8    A.   I can't tell.
9    Q.   You can't tell if that is mine
10 waste by looking at it?
11   A.   It doesn't appear to be mine waste
12 to me.
13   Q.   All right.
14       MR. BROCK:  For the record, this
15 photo is from August 17th of 2017.
16       (Plaintiff's Exhibit 31 was marked
17       for identification.)
18   Q.   (BY MR. BROCK:)  Take a look at
19 Exhibit 31.  This is a little closer-up shot of
20 the shoreline there by the teepee.  Same
21 question:  Does that look like natural
22 shoreline to you or mine waste?
23       MR. DAVIS:  Same objection.  You

Page 216

1  can answer.
2    A.   It does not appear to be mine
3  waste to me.  It's a nice chair, recliner.
4    Q.   (BY MR. BROCK:)  Yeah, apparently
5  somebody uses it in that teepee, I don't know.
6  Is that Drummond's property?
7    A.   Yes, sir.  Somebody is
8  trespassing.
9        MR. DAVIS:  In case you are
10 wondering, there are only about five thousand
11 pictures.
12       MR. BROCK:  Let's go off the
13 record a second.
14       (Off-the-record discussion.)
15       (Plaintiff's Exhibit 32 was marked
16       for identification.)
17   Q.   (BY MR. BROCK:)  I show you what I
18 have marked as Exhibit 32.  This was taken on
19 August 18th, 2017 by Riverkeeper when we were
20 out there doing the joint sampling program.  If
21 you will notice that striking figure in the
22 photo in the yellow shirt, that is your
23 attorney Richard --

Page 217

1        MR. DAVIS:  I object to this
2  photograph, it's accurate.
3        A.   Oh, my.
4        Q.   (BY MR. BROCK:)  This was a point
5  where we did some sampling on that trip.  Are
6  you familiar with this area by looking at that
7  photograph?
8        A.   No, sir.
9        Q.   This was -- I don't know if you
10  want to call it a stream or a gully or a ditch
11  that comes off of the east side of the pre-law
12  GOB pile.
13        A.   Okay.
14        Q.   Are you aware of erosion that is
15  happening on that side off the pre-law GOB
16  pile?
17        A.   Well, based on a lot of the
18  pictures that you have shown me, yes, there is
19  erosion that comes off from that side.
20        Q.   Okay.  Since this lawsuit was
21  filed in 2016, has Drummond done anything to
22  try to control or stop that erosion of
23  sediment?

Page 218

1        A.   I'm not seeing active
2  sedimentation coming off of here.  Just because
3  there is a erosion real channel running
4  there --
5        Q.   Right.  It is in Exhibit 31, I
6  would suggest to you, but --
7        In any event, is Drummond aware
8  that surface water coming off of the pre-law
9  refuse pile is discharging to the Locust Fork
10  on the east side?
11        A.   If this is coming off the pre-law
12  area on the east side --
13        Q.   Right.
14        A.   -- any water that is going to
15  travel down through here is going to go
16  downhill and it is going to make its way to Dam
17  Number 1.  And when you have rainfall events
18  you are going to -- yes, you would have water
19  that would eventually make its ways down to Dam
20  Number 1, yes.
21        MR. DAVIS:  He is not following
22  where you are.
23        MR. BROCK:  Yeah, I know.

Page 219

1        Q.   (BY MR. BROCK:)  Let me show you
2  maybe by reference to one -- where is that
3  aerial photo?
4        Look at Exhibit 22.  When I am
5  saying the east side, I am talking about this
6  direction coming down the ridge off -- maybe
7  call it the back side of the pre-law?
8        A.   The river side.
9        Q.   Yes.
10        A.   So what is your question?
11        Q.   My question is, is Drummond aware
12  there is surface water discharges off of the
13  pre-law mine waste pile to the river side?
14        A.   No, sir.  That is -- that area is
15  all stabilized and vegetated from looking at
16  that photo there, so I see tree canopy on all
17  of that.  So I don't see that there would be
18  any significant erosion that would be coming
19  off that and going to the river.
20        Q.   So you don't believe that is
21  happening?
22        A.   It's not happening, no.
23        Q.   What is your basis for saying it

Page 220

1  is not happening?
2        A.   Well, it's because it is
3  stabilized.  It has got trees growing on all of
4  it.
5        Q.   Okay.  You keep saying it is
6  stabilized.
7        A.   Uh-huh.
8        Q.   In this case, we have
9  hydrologists, engineers go out and look at the
10  site and there has been an estimate made that
11  somewhere between fifty and ninety thousand
12  cubic yards of sediment is eroding off of that
13  site annually.  Have you seen those estimates?
14        A.   To -- you are talking about in
15  today cycles that there's that kind of -- no,
16  that's not happening.
17        Q.   And that a total of somewhere
18  between two and three million cubic yards of
19  material has eroded off of this site since it
20  was disturbed.  Do you believe that is
21  accurate?
22        A.   I don't -- I don't know.
23        Q.   Would you dispute it?

Page 221

1    A.   I don't know.

2    Q.   Do you know of any facts or
3  scientific evidence to dispute it?

4    A.   I don't know.

5    Q.   If that much material has eroded
6  off of the site, would you characterize it as
7  stabilized?

8         MR. DAVIS:  Object to the form.
9  He is being offered as a fact witness.  That is
10 expert testimony.  He is not here --

11        MR. BROCK:  I mean, you can
12 characterize the question any way you want to.
13 I don't agree with you.

14        MR. DAVIS:  I can tell you the
15 company's position is that we don't agree with
16 much of anything your experts have said.  And
17 he is not here to agree or disagree with them,
18 and that's why we have consultants.  Just like
19 I didn't take issue with Nelson when he
20 deferred.

21   Q.   (BY MR. BROCK:)  You can defer to
22 your experts if you want to, but I'm asking you
23 if you know of any factual or scientific

Page 222

1  evidence to refute the fact that significant
2  quantities in the numbers I have just quoted
3  have eroded off of that site, off the waste
4  pile?

5         MR. DAVIS:  And I will object,
6  because he is being asked to comment on
7  evidence that is not admitted.  Go ahead.

8    A.   I don't know about the amount of
9  material that you have mentioned, but just
10 about everything that I am seeing in this
11 photograph here has trees -- the vast majority
12 of it has a tree canopy that has developed over
13 time.  In decades gone by before there would
14 have been vegetation that would become
15 established the way it has on there, there
16 would have been greater erosion from it.  But
17 in today's terms, just about that whole area
18 has vegetative tree canopy over it.  And so the
19 amount of erosion has largely been arrested and
20 there is not that much in the way of active
21 sedimentation that is leaving that site.  That
22 would be my opinion.

23   Q.   Okay.  When you -- how do you

Page 223

1  define tree canopy?

2    A.   Well, you can see that on all of
3  this, you have got closed tree canopy.  So you
4  are going to have -- if you have precipitation
5  that is coming down through there, it is going
6  to largely be hitting tree canopy before it
7  gets to ground.  And, you know, it is just the
8  erosion courses of raindrops, you know, that
9  causes the biggest portion of sedimentation.
10 And so you are going to be intercepting the
11 majority of that.  And then you have got root
12 material, you have organic matter, duff
13 material, say a mulch layer that is on a big
14 portion of that that is going to arrest erosion
15 potential from the site.

16   Q.   That is what tree canopy means?

17   A.   That is what tree canopy does.

18   Q.   What kind of trees are on the site
19 other than pine trees?

20   A.   There's a lot of different
21 hardwoods in addition to two or three different
22 varieties of pine trees.

23   Q.   When were the pine trees planted?

Page 224

1    A.   I don't know the exact date, but a
2  lot of this would be natural re-vegetation.
3  There would be a lot of the pine trees -- not
4  all of them that are there would have been
5  planted.  A lot of that would come from natural
6  regeneration.

7    Q.   What reclamation was done on the
8  pre-law mine dump area?

9    A.   Reclamation?  Other than the work
10 that has -- that has been mentioned, you know,
11 in the PELA workup, you know, that's -- that's
12 the only work that I'm aware of that would
13 possibly have been done.

14   Q.   What I am getting at, was the
15 reclamation that was done on the post-law area
16 different than the pre-law area?

17   A.   Yes, sir, I would say that is
18 definitely true.

19   Q.   What was done on the post-law
20 area?

21   A.   Well, just like that area that you
22 are talking about capping, you know, that would
23 be -- that was done differently.  You know,

Page 225

1 areas where coarse refuse would have been
2 placed in that drainage area that would have
3 been post-law, you know, it would have been
4 graded out, flatted, would have been compacted,
5 you know, much more in place. It would have
6 reduced the potential of erosion off from those
7 kind of sites.
8     Q. Let me ask again about the pre-law
9 area. What reclamation in comparison was done
10 on that area?
11     A. That would have all predated me,
12 so I don't know what was done on the pre-law
13 areas. There was -- I do not know of any
14 requirement for anything to have been done, so
15 I don't know if there was or not.
16     Q. Is there anybody else at Drummond
17 that would know?
18     A. I don't think so.
19     Q. I asked Mr. Muncher this too, and
20 he, my recollection is, didn't know, but do you
21 know is there any insurance in place that is
22 potentially applicable to the claims in this
23 case?

Page 226

1     A. I don't have any idea. I wouldn't
2 know.
3     Q. Well, I am going to ask because
4 you are here as the corporate representative:
5 Has any claim been made against any kind of
6 insurance policy for any of the claims in this
7 case?
8     A. No, sir, not that I am aware of.
9     Q. Are you aware of an incident or
10 situation that happened with some wells,
11 personal water wells around the Maxine Mine I
12 think back in the '80s? Does that ring a bell
13 at all with you?
14     A. What do you mean?
15     Q. Like some contaminated wells from
16 mine pool drainage or anything like that?
17     MR. DAVIS: Object to foundation.
18     A. I don't know if -- I don't know of
19 anything that would be in the area of this
20 lawsuit that would be well complaints. No, not
21 in this -- not in this area.
22     Q. (BY MR. BROCK:) There was a fish
23 kill mentioned in some of the interrogatory

Page 227

1 responses; what do you know about that?
2     A. I don't know anything about a fish
3 kill. Never heard about a fish kill. At
4 Maxine?
5     Q. Right.
6     A. No.
7     MR. BROCK: Let's take just a
8 couple of minutes.
9     (Off-the-record discussion.)
10     MR. BROCK: We stated the wrong
11 date of one of the photographs. Exhibit Number
12 19 was actually taken on March 6th of 2016.
13     (Whereupon, a break was had from
14     4:14 p.m. until 4:30 p.m.)
15     (Plaintiff's Exhibit 33 was marked
16     for identification.)
17     Q. (BY MR. BROCK:) Mr. Hicks, this
18 is Exhibit 33 I have marked to your deposition.
19 And I know you didn't --
20     A. Wow. 1976.
21     Q. That's when it all started. So do
22 you remember seeing this document, not that you
23 would have, in the document production that

Page 228

1 Drummond made?
2     A. (Reviewing document.) No, I have
3 not seen this.
4     Q. In the first paragraph, Moyer
5 Edwards who wrote this memo said they were
6 considering, quote, the possibility of
7 reworking the refuse pile facing the river, end
8 quote.
9     A. Uh-huh.
10     Q. That didn't ever happen, did it?
11     A. I don't know. It says that -- it
12 makes it sound like that they did not, that
13 they had decided that to disturb it would cause
14 additional siltation and so they proposed
15 planting grasses and trees to minimize the
16 siltation. So based on that, I would say that
17 they did not rework.
18     Q. Okay. And this memo or letter is
19 dated May 4th, 1976; do you see that?
20     A. Yes, sir.
21     Q. In the second paragraph, he has
22 discussion there about constructing a dike,
23 says fifty to seventy-five feet from the

Page 229

1 river's edge; do you see that part?
2     A.   Yes, sir.
3     Q.   And this document, among some
4 others, has been one of the sources of our
5 understanding or belief that those dams were
6 constructed at some point after that, May 4th
7 of 1976.  Do you have any conflicting or
8 different information?
9     A.   I don't have any information that
10 would be one way or the other, no.  What dike
11 are they talking about, do you know?
12     Q.   I assume -- from my reading of it,
13 they are talking about the one we have been
14 looking at the pictures of, the Dam Number 1.
15     A.   Dam 1?  Okay.
16     Q.   And also in that paragraph, he
17 says at the toe of the refuse pile, we plan to
18 erect a small dam from which will be the
19 starting point for disposal of additional mine
20 refuse.  I read that as talking about what we
21 have been looking at as the upstream or Dam
22 Number 2.
23     A.   Okay.

Page 230

1     Q.   Do you have any different
2 information or understanding of that?
3     A.   No, sir.
4     Q.   Do you have any information that
5 the dams were built before 1972?
6     A.   This says '76.  Is that what you
7 are talking about or are you asking '72?
8         MR. DAVIS:  He said '72.
9     Q.   (BY MR. BROCK:)  I am asking about
10 '72.
11     A.   Oh.  I don't know.  I have no
12 information one way or the other.
13         (Plaintiff's Exhibit 34 was marked
14         for identification.)
15     Q.   All right.  I am handing you what
16 I have marked Exhibit 34.  This is another
17 letter from Moyer Edwards to AWIC from 1976.
18 Do you see in the middle of the page it has the
19 heading Maxine Mine?
20     A.   Yes, sir.
21     Q.   And below that it says estimated
22 October of 1976 for completion of the program
23 as outlined in our letter to Bob Smith of May

Page 231

1 4th, 1976; do you see that part?
2     A.   Yes, sir.
3     Q.   Okay.  The prior exhibit that I
4 showed you, 33, is a letter to Bob Smith.
5     A.   Yes, sir.
6     Q.   So it appears he is talking about
7 the installation of the dams is my reading of
8 it --
9     A.   Uh-huh.
10     Q.   -- do you have any different
11 information than that?
12     A.   No, sir.
13     Q.   He also notes in item one there,
14 quote, considerable siltation to the Locust
15 Fork from the western portion of the waste rock
16 pile.  Do you know if that's true or not as of
17 what was happening out there in 1976?
18     A.   Wait now, what -- say that --
19     Q.   Item number one.
20     A.   (Reviewing document.)  Okay.
21     Q.   He is talking about considerable
22 siltation to the Locust Fork from the waste
23 rock pile.

Page 232

1         MR. DAVIS:  Will you -- will you
2 read the question --
3     Q.   (BY MR. BROCK:)  Yeah, my question
4 is do you know if that is an accurate
5 description of the situation there in 1976?
6     A.   No, sir, I have no way of knowing.
7     Q.   You don't know if it was or
8 wasn't?
9     A.   Well, based on what is here and
10 what you just said, I'm not sure of what area
11 you are talking about, about where it is in the
12 western portion of the waste rock pile.
13         (Plaintiff's Exhibit 35 was marked
14         for identification.)
15     Q.   Let's go to the next one here,
16 Exhibit 35.  This is another letter from Mr.
17 Edwards to AWIC.  If you would, take a look at
18 the first paragraph.
19     A.   (Reviewing document.)  First
20 paragraph?
21     Q.   Right.  He is talking about the
22 installation of a drainpipe.
23     A.   Yes, sir.

Page 233

1    Q.   Are there still pipes on the site
2 that are used to channel runoff from the waste
3 pile?
4    A.   Sir, I don't -- I don't think so.
5 The only pipe that I have seen in any of that
6 area would have been a pipe that would have
7 been mentioned in -- as part of the PELA
8 report.  It would be a cross drain that would
9 actually route water, you know, from one area
10 across some of the refuse to actually going
11 from like a portion on the east side to the
12 west side and keep it from coming in contact
13 with refuse that would be in the middle.
14 That's the only pipe, you know, that I have
15 seen out there, and it's -- you know, it's not
16 functional.  But I don't know of any other pipe
17 anywhere, no.
18    Q.   Buried or on the surface?
19    A.   No.
20       (Plaintiff's Exhibit 36 was marked
21       for identification.)
22    Q.   All right.  I show you what I have
23 marked as Exhibit 36.  This is a memo from Jack

Page 234

1 McDuff.  Was he an engineer?
2    A.   Yes, sir.
3    Q.   If I asked you earlier, I
4 apologize.  Does he work for Drummond?
5    A.   No, sir.
6    Q.   Has he retired or --
7    A.   Yes.  He worked at ABC and -- he
8 was involved in a serious accident.  He did
9 come back to work for a while, so he was still
10 with -- he was still with the underground
11 mining division of -- after it became Drummond
12 for some period of time.  But he hasn't worked
13 at Drummond/ABC in twenty plus years.
14    Q.   Okay.  In this memo to -- Mr. Sam
15 Gilbert, do you know who that is?
16    A.   Yes, sir.
17    Q.   Who is he?
18    A.   He was -- I knew him more as -- at
19 this time, I don't know where he was or what he
20 was, but I knew him as a mine superintendent.
21    Q.   All right.  If you turn to the
22 second page of this document, Section D
23 captioned active spoil area -- do you see that?

Page 235

1    A.   Yes, sir, uh-huh.
2    Q.   That's another term we haven't
3 seen before, spoil area.  Would that be another
4 way of referring to the refuse pile?
5    A.   I would think they would be
6 referring to coarse refuse when they would say
7 that.
8    Q.   And he says there that the active
9 spoil area has, quote, no runoff control
10 whatsoever.  Do you know if that was a true
11 statement as of December 12th, 1978?
12    A.   No, sir, I would have no idea.
13    Q.   Does the pre-law spoil area have
14 any runoff control in place now?
15    A.   I'm sorry?
16    Q.   Does the pre-law spoil area or
17 waste area have any runoff control in place?
18    A.   No, sir.
19    Q.   Has it ever, to your knowledge?
20    A.   Well, it has what I was talking
21 about a while ago as an excellent tree canopy,
22 so, yes, that does suffice.  But earlier on, I
23 wouldn't have any idea other than I know there

Page 236

1 was not -- there was not always trees on this
2 area.
3    Q.   In the last paragraph on the
4 document, he says that old spoil areas are
5 severely eroded.  Do you dispute that?
6    A.   At that time I would have -- I
7 would have no way to accept or reject, you
8 know, that statement, no.  So I -- no, I
9 couldn't dispute it, no, sir.
10    Q.   Is the pre-law area severely
11 eroded now?
12       MR. DAVIS:  Object to the form.
13    A.   It was severely eroded in the
14 past, yes.
15    Q.   (BY MR. BROCK:)  Did it get better
16 at some point?
17    A.   It's much better now.  I have said
18 that repeatedly today.  The site today out
19 there, because of vegetative cover and because
20 everything has settled in place, it is totally
21 different now than what it was when they would
22 have been talking about this back in the '70s.
23    Q.   And the last sentence there, he

Page 237

1  says that the badly eroded areas should be
2  regraded and a vegetative cover established.
3  Was that ever done on the pre-law area?
4      A.   I'm sorry, but I have no idea.
5      Q.   Do you see any evidence today as
6  you look at it that it was regraded and
7  re-vegetated?  I am talking about the pre-law
8  waste area.
9      A.   Most of it has good vegetation on
10 it.  How much of that was planted versus it
11 being natural, I don't know.  But the site --
12 I'm just saying that the site as it is today is
13 totally different than it was -- it would have
14 been back in the 1970s.
15     Q.   Were you ever there in the '70s?
16     A.   No, sir.
17     Q.   What number was that last one?
18     A.   That was 36.
19         (Plaintiff's Exhibit 37 was marked
20          for identification.)
21     Q.   I show you what I have marked as
22 Exhibit 37.  This is a Notice of Violation from
23 the Surface Mining Commission.  Have you looked

Page 238

1  at the Notices of Violation in the Drummond
2  production at all?
3      A.   No, sir.
4      Q.   This one relates to a violation
5  that occurred in 1979.
6      A.   This would have been during the
7  interim program.
8      Q.   What do you mean by that?
9      A.   It would have been -- the Surface
10 Mining Control and Reclamation Act was divided
11 in -- until the states gained primacy over the
12 program, they operated as the interim program.
13 So the mining -- or the regulatory program
14 would have been under the '75 Alabama Surface
15 Mining Act plus two or three provisions that
16 would have been under Public Law 9587 which is
17 the Surface Mining Control and Reclamation Act
18 from the federal standpoint.
19     Q.   All right.  On the second page you
20 are looking at now --
21     A.   Yes, sir.
22     Q.   -- you see where it says nature of
23 the violations?

Page 239

1      A.   Yes, sir.
2      Q.   Can you read what it says?
3      A.   Yes, sir.
4      Q.   All right.  Read it for us.
5      A.   Discharge from the disturbed areas
6  not within effluent limits.
7      Q.   What were the effluent limits?
8      A.   They -- in 1979, they would have
9  largely be very little different than what they
10 are today, so it doesn't say what they -- what
11 are not within effluent limits.  So, you know,
12 it could be pH or could be iron or it could be
13 manganese.
14     Q.   Do you know if there was a
15 discharge permit in place at that time in '79?
16         MR. DAVIS:  Do you know?
17     A.   No.
18     Q.   (BY MR. BROCK:)  All right.  Yeah,
19 you mentioned iron and manganese.  If you
20 look down further on the remedial action
21 section, that is exactly what they were asking
22 them to address; do you see that part?
23     A.   Yes, sir.

Page 240

1      Q.   Okay.  Does Drummond deny that
2  they were having issues with iron and manganese
3  and pH on the site in 1979?
4          MR. DAVIS:  Object to the form and
5  foundation.
6      A.   I have no idea.
7      Q.   (BY MR. BROCK:)  I just want to
8  know if you are going to testify at some point
9  that that wasn't happening back in '79; that is
10 why I am asking you.  And I am asking you do
11 you have any basis to know that that is not
12 correct, what the document says?
13     A.   No, I have -- I don't have any
14 information that that -- that would tell me
15 that's not correct.
16         (Plaintiff's Exhibit 38 was marked
17          for identification.)
18     Q.   All right.  Take a look at Exhibit
19 38, and this relates to that Notice of
20 Violation that we were just looking at.
21     A.   (Reviewing document.)
22     Q.   And it references in the comments
23 presently treating water manually; do you know

Page 241

1 what that means in that context?

2     A.   For this specifically, no.  I

3 mean, I know what manual treatment is, but I

4 don't know -- I mean, it could be several

5 different things.  So I don't know what this

6 would mean, no, sir.

7     Q.   What does manually mean, manual

8 treatment?

9     A.   You are asking just generally what

10 that would mean?  Well, it would mean the

11 addition of some type of treatment material

12 usually to increase pH and to reduce iron and

13 manganese levels.  And you do that by the

14 addition of an alkaline material.  You know, it

15 would get the pH in compliance.  When you raise

16 the pH, then you precipitate iron and

17 manganese.

18     Q.   All right.  Also says in this

19 report that ABC has called in a consultant to

20 investigate; do you know who that would have

21 been?

22     A.   No, sir, I do not.

23     Q.   Do you know if it was PELA?

Page 242

1     A.   I don't.  I don't know.

2         (Plaintiff's Exhibit 39 was marked

3         for identification.)

4     Q.   Let me show you Exhibit 39.  This

5 is the first -- or one of the first appearances

6 in the documents of PELA, August 6, 1979, which

7 is shortly after the previous document we were

8 looking at, which would seem to indicate that

9 was the consultant that was hired.  Do you know

10 if that's accurate or not?

11     A.   I don't know.

12     Q.   Okay.  In this document, they

13 describe a mine -- a visit to the mine site; do

14 you see that part in the first paragraph?

15     A.   Yes, sir.

16     Q.   They state in here that the mine

17 was started in 1953; do you know if that's

18 accurate?

19     A.   I have seen a -- I have seen a

20 picture of -- it would be like most of the

21 time, especially for underground mines, you

22 know, whenever there is a start-up, well, then

23 they put up like a monument somewhere, you

Page 243

1 know, at the mine entrance usually, you know,

2 and they normally would put the mine name and

3 the start date on it.  So I have seen a picture

4 that says Maxine Mine 1953.  So I would say

5 that that was when it was under construction,

6 yes, sir.

7     Q.   Okay, good.  In the third

8 paragraph down -- this letter, incidentally, is

9 dated August 6 of 1979, it was written by

10 Philip LaMoreaux; do you know him or did you

11 know him?

12     A.   I met Mr. LaMoreaux on one

13 occasion and know him as the founder of P.E.

14 LaMoreaux, yes, sir.

15     Q.   Okay.  Did you work with him on

16 any projects?

17     A.   No, sir.

18     Q.   Okay.  In that third paragraph

19 after their first inspection, he makes some

20 comments about the waste pile which he calls

21 unconsolidated rubble; do you see that

22 language?

23     A.   (Reviewing document.)  Okay.

Page 244

1     Q.   And he says that the rubble or

2 waste is acting as a catchment area.  Do you

3 know what that means?

4     A.   Yes.

5     Q.   What does that mean?

6     A.   Well, the rubble that he would be

7 talking about is going to be coarse refuse.

8     Q.   Right.

9     A.   And acting as a catchment area

10 within -- that's going to mean coarse refuse

11 has been placed on a site and it's not -- it's

12 not going to have had anything done to it

13 that's going to impede water infiltration into

14 it.  So water infiltrating into it and so it

15 would catch water.  So the catchment is

16 catching of the water and storing it in that

17 pile.

18     Q.   Right.  And do you agree or

19 disagree with that observation about the waste

20 pile?

21     A.   I don't either agree or disagree.

22 I was never there so I don't know.

23     Q.   Well, is the mine pile acting as a

Page 245

1  catchment for water today?

2      MR. DAVIS:  Object to the form and

3  foundation.

4      A.   You are going to have a certain

5  amount of water that is going to still

6  infiltrate into material.  So, yes, to some

7  degree, it could still be considered as a

8  catchment area.  Anything that's not totally

9  impervious could be considered as a catchment

10  area.

11      Q.   (BY MR. BROCK:)  Okay.  And then a

12  little further down in that paragraph, Mr.

13  LaMoreaux says that water moves from the rock

14  waste disposal area both as surface water and

15  underground component of flow; do you see that

16  part?

17      A.   Yes, sir.

18      Q.   Do you agree with that or disagree

19  with that?

20      MR. DAVIS:  Object to the form and

21  foundation.  You can answer.

22      A.   I would have no reason to disagree

23  with it.

Page 246

1      Q.   (BY MR. BROCK:)  And a little bit

2  further down in that paragraph, Mr. LaMoreaux

3  says that the area in violation is a tributary

4  to the Locust Fork.  Do you agree with him

5  about that or disagree?

6      A.   I would disagree.

7      Q.   And he says it has been filled in

8  part with a disposal material; would you agree

9  or disagree with that?

10      A.   Since I wasn't there, I should say

11  that I could neither agree or disagree with

12  him.

13      (Plaintiff's Exhibit 40 was marked

14      for identification.)

15      Q.   Let me show you what I have marked

16  as Exhibit 40 to the deposition.  This is a

17  letter from Mr. D. R. Cook; is that Doug Cook?

18      A.   Yes, sir.

19      Q.   He is writing to the Surface

20  Mining Reclamation Commission in 1979, and you

21  see about midway through the first paragraph he

22  refers to the acid water problem existing at

23  the mine; do you see that language?

Page 247

1      A.   Yes, sir.

2      Q.   All right.  Does Drummond agree or

3  disagree that there was an acid mine problem at

4  that time?

5      A.   I have no idea.  I wasn't there.

6      Q.   He also says that the problem is

7  more involved than just surface water runoff;

8  he's talking about groundwater there, I

9  believe.  Does Drummond deny that groundwater

10  is discharging to the Locust Fork from the

11  Maxine Mine site that is contaminated with mine

12  waste?

13      MR. DAVIS:  Object to the form,

14  foundation.

15      A.   I see no indication that

16  groundwater is moving to the river.

17      Q.   (BY MR. BROCK:)  What do you base

18  that on?

19      A.   Everything that I see down there

20  is more related to the surface.

21      Q.   Have you looked for seeps along

22  the bank --

23      A.   No.

Page 248

1      Q.   -- groundwater seeps?

2      A.   No.

3      Q.   Do you know if they exist or not?

4      A.   No.

5      (Plaintiff's Exhibit 41 was marked

6      for identification.)

7      Q.   All right.  Take a look at Exhibit

8  41.

9      MR. BROCK:  And for purposes of

10  moving this along, on the second page, this is

11  another LaMoreaux written document that talks

12  about the accumulation of water in the pile.

13  And rather than asking you any questions, I

14  will just ask you to confirm that this is a

15  Drummond document that you all produced in the

16  case pursuant to our stipulation about these

17  documents, Richard.

18      MR. DAVIS:  Well, it is an ABC

19  document that was produced by Drummond in the

20  case.  I think we can say that.

21      A.   (Reviewing document.)

22      Q.   (BY MR. BROCK:)  Turn to the

23  second page, 832.

Page 249

1    A.   Okay.
2    Q.   Can you read the first sentence --
3  you don't have to read it out loud -- in
4  paragraph two?
5    A.   Number one is what you are talking
6  about?
7    Q.   Paragraph two, numbered two.
8    A.   Number two?
9    Q.   Yes, sir.
10   A.   Do you want me to read it out
11  loud?
12   Q.   No, just read it to yourself.
13   A.   Okay.
14   Q.   It's about storage and movement of
15  groundwater.
16   A.   (Reviewing document.)  Okay.  I
17  have read number two.
18   Q.   Okay.  Do you have any reason to
19  doubt the accuracy of that statement by
20  LaMoreaux?
21   A.   I don't agree with it, if that's
22  what you mean.
23   Q.   Okay.  On what basis?

Page 250

1    A.   What he is calling groundwater I
2  don't consider to be groundwater.
3    Q.   What would you consider it to be?
4    A.   He is -- he has described water
5  that is being stored in -- coarse refuse that
6  had been put on the surface there as being
7  groundwater.  Groundwater, to me, is only if it
8  is in the natural material.  And he is talking
9  about water that is stored in coarse refuse
10  that has been put there.  So that does not meet
11  the definition of groundwater, in my
12  estimation.
13   Q.   Do you know if PELA took
14  groundwater samples on the site in the '80s?
15   A.   No, sir, I do not know.
16   Q.   You haven't looked at any of that
17  data?
18   A.   No.
19       (Plaintiff's Exhibit 42 was marked
20        for identification.)
21   Q.   All right.  Please take a look at
22  that one, Exhibit 42.  This is from March 6,
23  1980, from the Drummond production.

Page 251

1    A.   (Reviewing document.)
2    Q.   It says in the first paragraph, it
3  relates to treatment of acid waters at the
4  mine; do you see that part?
5    A.   Yes, sir.
6    Q.   If you would, go down to the
7  fourth paragraph.
8    A.   Okay.
9    Q.   And it says that ABC is going to
10  place crushed limestone upstream on one of the
11  dikes; do you know if that ever took place?
12   A.   No, sir, I do not know.
13   Q.   And then they say as a second
14  phase that they would obtain flue dust,
15  f-l-u-e, or rock dust and spray the pond areas;
16  do you know if that was ever implemented?
17   A.   No, sir, I do not know.
18   Q.   On the second page of that
19  document, item number one, they are going
20  through a list of possible ways to try to deal
21  with what they call the acid water problem, and
22  in item number one they talk about discharging
23  into a sealed section of the mine.  Do you know

Page 252

1  if anything like that ever happened?
2    A.   I don't -- I do not know, no, sir.
3    Q.   Would you look at that list of
4  five items and tell me do you know if any of
5  those were ever implemented on the site?
6    A.   (Reviewing document.)  No, sir, I
7  do not know.
8       (Plaintiff's Exhibit 43 was marked
9        for identification.)
10   Q.   I have handed you what I have
11  marked as Exhibit 43.  This is a memo dated
12  March 25th, 1980 written by a James Brown; do
13  you know who he is?
14   A.   Yes, sir, I -- yes.  I know --
15  knew -- I don't know if James Brown is still
16  living or not, but, yes, I knew him.
17   Q.   What was his job?
18   A.   I knew him as a mine
19  superintendent.
20   Q.   All right.  In item one there, he
21  reports that Mr. Edwards said that the lime
22  rock we saw mentioned in the prior memo was
23  placed with no improvement of the pH.  Do you

Page 253

1  have any basis to dispute that?
2      A.    No, sir.
3          (Plaintiff's Exhibit 44 was marked
4          for identification.)
5      Q.    Take a look at Exhibit 44.  This
6  is a letter from Moyer Edwards dated June 9th,
7  1980 from the Drummond production.
8      A.    (Reviewing document.)
9      Q.    In the third paragraph, he talks
10  about a treatment system that would be similar
11  to one installed at -- is it Chetopa Mine?
12      A.    Chetopa, yes, sir.
13      Q.    Do you know what that treatment
14  system was?
15      A.    Yes, sir, I am familiar with the
16  treatment system that was at Chetopa.
17      Q.    What was it?
18      A.    It was a semi-automated lime
19  treatment plant.  It was initially set up to
20  use burned lime and flake it onsite, hydrate it
21  onsite, and then mix that with acidic water
22  that would flow through and increase the pH.
23  So I am familiar with that system.

Page 254

1      Q.    To your knowledge, was anything
2  like that implemented at Maxine?
3      A.    You know, that is typically a
4  cost-intensive piece of equipment custom-made
5  to sites, so usually set up for --
6      Q.    Richard wants you to say yes or
7  no.
8          MR. DAVIS:  Yes or no.  Was it at
9  Maxine or not?
10      A.    What I was going to say is I never
11  saw anything like that at Maxine.
12      Q.    (BY MR. BROCK:)  Okay.  And again
13  they mention waters from the system being
14  pumped into an abandoned portion of the mine;
15  did that ever happen?
16      A.    I have no idea.
17      Q.    I mean, you never heard of that
18  happening, anyway?
19      A.    No, sir.
20      Q.    Has that been done at any other
21  mine site that you worked at?
22      A.    Injecting material from an
23  underground mine into sealed or abandoned areas

Page 255

1  of the mines?  Yes.  Yes, that is proven
2  technology that has been used quite a bit.
3          (Plaintiff's Exhibit 45 was marked
4          for identification.)
5      Q.    Okay.  I handed another exhibit to
6  you.  This is Number 45, it is a memo dated
7  July 9th, 1980.  And on the front page it
8  indicates problem number three is low pH, iron
9  and magnesium, do you see that -- manganese?
10      A.    Yes, sir.
11      Q.    If you turn the page over, it has
12  some capital cost figures.  Have you ever seen
13  this before?
14      A.    No, sir.
15      Q.    Do you know who put this together?
16      A.    No, sir.
17      Q.    Can you tell by looking at this is
18  this a proposal that would involve -- that's
19  referred to as active treatment?
20      A.    (Reviewing document.)
21      Q.    Are you familiar with that term?
22      A.    Active treatment?
23      Q.    Right.  Like mechanized or the

Page 256

1  chemical treatment of mine waste as opposed to
2  passive?
3      A.    Well, I'm familiar with the terms.
4  I have no way of knowing if any of this was
5  done or not done.
6      Q.    To your knowledge, was there ever
7  any system installed, electricity pumps and
8  motors out there to treat mine waste?
9      A.    I'm sorry, I do not know.
10          (Plaintiff's Exhibit 46 was marked
11          for identification.)
12      Q.    All right.  I show you Exhibit 46.
13      A.    (Reviewing document.)
14      Q.    It is a report called Project
15  Synopsis from PELA.  Did you review this in
16  connection with your review of the documents
17  that were produced?
18      A.    No, sir.  I haven't seen this.
19      Q.    On the third page in, they have
20  some water quality analyses; have you looked at
21  this data before?
22      A.    No, sir.
23      Q.    Looks like this was done in 1979

Page 257

1  and 1980.  I think you said earlier you haven't
2  ever spoken to Ms. George at PELA about this
3  work, is that correct?
4       A.   Did Lois Dildine become Lois
5  George?
6       Q.   I think so.
7       A.   Okay.  You asked if I had spoken
8  to her pertaining to what they did there?
9       Q.   Uh-huh.
10      A.   No, I have not.
11      Q.   Okay.  In item eight there, she
12  says the drainage area for the system is a
13  hundred and eighty acres.  Do you know what she
14  is referring to there?
15      A.   No.  I could not say one way or
16  the other.
17      Q.   In item six they have offered
18  there some volume metric calculations of what
19  they call the valley fill material.
20      A.   Uh-huh.
21      Q.   Do you have any information about
22  whether that information is correct or not as
23  of 1980?

Page 258

1       A.   No, sir.
2       Q.   Or how it was calculated?
3       A.   No, sir.
4            (Plaintiff's Exhibit 47 was marked
5            for identification.)
6       Q.   Okay.  I handed you what has been
7  marked Exhibit 47; it is a PELA document from
8  December 30th, 1980.  If you look at the fourth
9  paragraph down where Mr. LaMoreaux who wrote
10  this says that the upper pond in the valley
11  fill is, quote, silted in up to the level of
12  the spillway of the dam; do you see that part?
13      A.   Yes, sir.
14      Q.   Have you ever seen that pond where
15  it's that full of material?
16      A.   I would say that it's probably in
17  that range now.
18      Q.   He says that the fact that that
19  pond is full almost up to the spillway will
20  eliminate the retention time in the pond; do
21  you agree with that?
22      A.   I cannot dispute that one way or
23  the other, dispute or agree either way.

Page 259

1       Q.   Did the ponds that are out there
2  behind the dams need to be excavated out
3  periodically to function properly?
4            MR. DAVIS:  Object to the form and
5  foundation.
6       A.   Do you want me to answer that,
7  sir?
8            MR. DAVIS:  You can answer subject
9  to the objection.
10      A.   Yeah, that's all very site-
11  specific.  As I had mentioned earlier, you
12  know, that area -- if that was an actively
13  eroding site, then that would potentially still
14  be a problem.  But I do not consider that as an
15  actively eroding site today.  So you don't have
16  the problem today of what Mr. LaMoreaux would
17  have been discussing in 1979.
18           (Plaintiff's Exhibit 48 was marked
19           for identification.)
20      A.   (Reviewing document.)
21      Q.   Have you had a chance to review
22  it?
23      A.   Started.

Page 260

1       Q.   It has some drawings attached that
2  are sketches that you can look at if you need
3  to, but all of my questions are going to be
4  about the first page.
5            Item number one there, would you
6  read that to yourself?
7       A.   Yes, sir.
8       Q.   Do you know if that action was
9  ever implemented?
10      A.   No, sir, I do not.
11      Q.   Do you see any evidence about a
12  six-foot notch in any of the dams?
13      A.   No, sir.
14      Q.   In item number four, do you know
15  if that trench they are discussing was ever
16  implemented or installed?
17      A.   No, sir, I do not know.  Is that
18  it on that?
19      Q.   Yes, sir.
20           (Plaintiff's Exhibit 49 was marked
21           for identification.)
22      Q.   On Exhibit 49 now.  This is a memo
23  from Mr. Edwards in 1981.  Subject matter of

Page 261

1 this memo appears to be trying to find
2 somewhere else on the site to locate the mine
3 dumping activity. Are you familiar with this
4 subject matter?
5     A.   No, sir.
6     Q.   Were you involved in any way with
7 trying to relocate or find another area on the
8 mine site?
9     A.   No, sir.
10     Q.   Who is Mr. Napier?
11     A.   He was an inspector from ADEM,
12 AWIC at the time. I dealt with him at some of
13 our mine sites. So Alex Napier, I knew him.
14     Q.   Okay. This document in the case,
15 he was questioning if ABC should stop dumping
16 the rock in that area; do you have any
17 information about whether that is accurate or
18 not?
19     A.   No, sir, I have no idea.
20     Q.   Due to siltation, he says.
21     A.   I have no information at all.
22         (Plaintiff's Exhibit 50 was marked
23         for identification.)

Page 262

1     Q.   Do you have 50 in front of you?
2     A.   Yes, sir.
3     Q.   Okay. In this document, they
4 speak about pollution abatement work pursuant
5 to a plan approved in August of '81; do you
6 know what the plan consisted of?
7     A.   No, sir. That would have been on
8 my birthday, August 25th.
9         (Plaintiff's Exhibit 51 was marked
10         for identification.)
11     Q.   This one I mainly just want to put
12 in the record, Exhibit 51. This is a Notice of
13 Violation from 1982 from Drummond's production.
14 Did you do any work, to your knowledge, that
15 was related to this Notice of Violation?
16     A.   This is all ABC, so, no, sir.
17     Q.   But this is getting pretty close,
18 I think, to when you said you were on the site.
19 You said '84, right?
20     A.   '84 -- late '84 or into '85 would
21 have been the first time that I would have been
22 there, you know, looking at that contract work.
23     Q.   On the second page of this

Page 263

1 document, the Notice of Violation, it cites no
2 sediment control off of the active rock dump;
3 was that true in 1982?
4     A.   I'm sorry, I have no idea.
5         (Plaintiff's Exhibit 52 was marked
6         for identification.)
7     Q.   I hand you Exhibit 52; this is
8 another Notice of Violation from March of '82.
9 If you would turn to the second page, the
10 violation is failure to route drainage through
11 a sediment control device. What does a
12 sediment control device mean in that context?
13     A.   It's normally going to be a
14 sediment pond.
15     Q.   Do you know if this is accurate,
16 that there was no sediment pond or control
17 device there in '82?
18     A.   I have no idea.
19         (Plaintiff's Exhibit 53 was marked
20         for identification.)
21     A.   (Reviewing document.)
22     Q.   All right, Mr. Hicks, have you had
23 a chance to take a look at Exhibit 53?

Page 264

1     A.   Yes, sir.
2     Q.   This appears to be some sampling
3 results that were done on the site by the
4 Surface Mining Commission. Have you ever seen
5 this data on page 630?
6     A.   No, sir.
7     Q.   On the first page, it says Station
8 F; do you see that part?
9     A.   Yes, sir.
10     Q.   And it talks about an unnamed
11 stream that has been diverted around the
12 sediment basins; do you know what that is
13 referring to?
14     A.   No, sir.
15     Q.   Do you know if there was a stream
16 on the site that was diverted, has anybody ever
17 told you that or shown you something like that?
18     A.   No, sir.
19         (Plaintiff's Exhibit 54 was marked
20         for identification.)
21     Q.   Okay. I am handing you Exhibit
22 54; it is a memo from Moyer Edwards. If you
23 would take a second to look at that.

Page 265

1    A.   (Reviewing document.)
2    Q.   It is from July of 1982; have you
3 seen this document before?
4    A.   No, sir.
5    Q.   In the second paragraph there, he
6 is talking about a request from regulators to
7 try to improve water quality in an unnamed
8 tributary; do you see that part?
9    A.   Yes, sir.
10    Q.   And he says they were going to use
11 sodium hydroxide; how is sodium hydroxide used
12 in that application?
13    A.   Sodium hydroxide is a liquid
14 chemical, highly alkaline in nature, that is --
15 can be used to treat acidity -- to treat acid
16 mine drainage.  It could be used much like, you
17 know, what you would use lime material for.
18    Q.   In the middle of the first
19 paragraph, there is a sentence that says it was
20 not until later; do you see that?
21    A.   Yes, sir.
22    Q.   And he says that it was determined
23 to attempt to, quote, extract silt --

Page 266

1    A.   Uh-huh.
2    Q.   -- from the Locust Fork.  To your
3 knowledge, has anything like that ever been
4 attempted?
5    A.   No, sir, I'm not aware that
6 anything like that was done anywhere.  I don't
7 know.
8    Q.   To your knowledge, has Drummond
9 done any sampling out in the river in the
10 Locust Fork on the bottom adjacent to the mine
11 site to see if there is mine waste on the
12 bottom of the river?
13    A.   I'm not aware that anything has
14 been done.
15    Q.   Okay.  Have you seen the core
16 sampling has been done in this case by one of
17 Riverkeeper's experts?
18    A.   Core samples?  No.
19    Q.   Do you know what core sampling is?
20    A.   Core sampling?
21    Q.   Yes, just taking core samples --
22    A.   Yes.
23    Q.   -- from the bottom of the river?

Page 267

1    A.   Right, uh-huh.
2    Q.   Okay.  Do you have any personal
3 information one way or the other about whether
4 there is mine waste on the bottom of the river
5 adjacent to the site?
6    A.   No, sir, I have no idea.  No way
7 of knowing.
8         MR. DAVIS:  You want to finish
9 today, right?
10    A.   Yes, sir.
11    Q.   (BY MR. BROCK:)  We are almost
12 finished, I promise.
13    A.   Did you think you were trying to
14 get me off the hook by not finishing?
15         MR. DAVIS:  No, I was asking a
16 straight-up question and you gave the
17 straight-up answer I was looking for.
18         (Plaintiff's Exhibit 55 was marked
19         for identification.)
20    Q.   (BY MR. BROCK:)  I have handed you
21 Exhibit 55 from the Drummond production, and it
22 says it is a supplement to the permit
23 application from 1982.

Page 268

1    A.   Okay.
2    Q.   Have you ever seen this document
3 before?
4    A.   I have, yes, as a part of the ASMC
5 permit, you know, that was put together for
6 Maxine.  I have seen this.
7    Q.   All right.  If you would, turn to
8 page 219.  And if you will look at page 219
9 through 220 under the heading Area 2, there is
10 a discussion about the -- what it refers to as
11 the active coal processing waste bank --
12    A.   Uh-huh.
13    Q.   -- which I believe to be the mine
14 dump area we have been talking about.  Could
15 you just read through that and tell me if you
16 believe that that is the case?
17    A.   Well, let's see.
18         MR. DAVIS:  Tell him what you
19 know, not what you believe.
20    A.   I'm just going by what is in here.
21 This is a supplement to the permit.  It looks
22 like it is more about adding on the new coarse
23 refuse disposal area and -- that ties in adding

Page 269

1 Pond 23.
2     Q.   At the top of page 220, it talks
3 about until a new site which it calls Area 1 is
4 approved in construction for waste disposal.
5 Do you know if that Area 1 was ever approved
6 and constructed?
7     A.   I don't know, other than --
8         THE DEPONENT:  Richard, you see
9 what it says here, so --
10        MR. DAVIS:  What's the question?
11    Q.   (BY MR. BROCK:)  I will ask
12 another question.  Can you tell by reading the
13 top paragraph if that is talking about
14 reclaiming what we looked at today and talked
15 about as the post-law capped area?
16    A.   It appears that that is what they
17 would be talking about, yes, sir.
18    Q.   And it says that they were going
19 to cover it with one foot of clay.  Do you know
20 if that is actually what was done in that area?
21    A.   I don't know if that's what was
22 done, but, you know, from seeing some of the
23 pictures and some of the schematics from

Page 270

1 earlier, aerial from earlier, it appears that
2 there was soils, clay material, you know, that
3 was put on it and from what had been described
4 as yes, and then that was vegetated, treated
5 and vegetated.
6     Q.   So the answer is yes?
7     A.   I would say yes.
8     Q.   In the next paragraph down they
9 mention a diversion ditch; do you see that
10 part --
11    A.   Yes, sir.
12    Q.   -- to divert surface water runoff
13 from the old refuse pile.  It is my
14 understanding that is referring to the area we
15 looked at earlier, the pre-law area in the east
16 diversion ditch; is that your understanding of
17 this?
18    A.   It would appear to be -- that
19 would be correct.  It appears this is a takeoff
20 of the PELA report.
21        (Plaintiff's Exhibit 56 was marked
22        for identification.)
23    Q.   All right.  Showing you Exhibit 56

Page 271

1 dated October 26, 1982.  Do you see where it
2 says question number one and it is asking for
3 information about re-vegetation of the, quote,
4 old rock dump areas?
5     A.   Yes, sir.
6     Q.   And the new rock dump area, right?
7     A.   Yes, sir.
8     Q.   All right.  Do you read that to be
9 a reference to the pre- and post-mine dump
10 areas that we have been talking about today?
11    A.   It appears to be the case.
12    Q.   And then under the comment
13 section, it says as to both the old and the new
14 section that they are going to put topsoil on
15 each section; do you know if that was ever done
16 as to the old section?
17    A.   I do not know.
18    Q.   Have you ever seen any evidence of
19 topsoil being used to cover the old --
20    A.   The pre-law.
21    Q.   Yes, sir.
22    A.   No, sir, I see no evidence of
23 that.

Page 272

1     Q.   Second item, B, it says the soil
2 surface will be scarified with a disk?
3     A.   Yes, sir.
4     Q.   What does that mean?
5     A.   You know how a disk is used.  I
6 mean, to scarify, I mean, you are tilling up
7 the surface layer of the soil.
8     Q.   All right.  Was that ever done as
9 to the pre-law area?
10    A.   I don't know.  This would have --
11 some of this would be the type work that we
12 would have later contracted with them, you
13 know, would have involved, you know, the
14 application -- when we applied lime, well,
15 then, you know, they had a contractor out there
16 that was doing scarification and everything
17 according to the recommendations.
18    Q.   I'm trying the make sure that I
19 understand everything as best I can, everything
20 that was done, in terms of reclamation or
21 treating that pre-law area.  And so what I am
22 asking is, you know, for your knowledge and
23 best recollection about anything that was done.

Page 273

1    A.   Well, I have -- I have no
2 recollection whatsoever, because I never was on
3 that site during this time where these
4 questions are coming up.
5    Q.   Okay.  But from what I understand,
6 you are saying you saw it a few years later?
7    A.   Yes, some of the work that is
8 being mentioned here would be work that I saw
9 on some of the area that would have been done
10 in '84 -- late '84 or into '85.
11    Q.   Okay.  With Mr. Muncher, we had
12 Exhibit 19, some photos that we believe are
13 from the '80s.  Don't know exact date, but does
14 that look like the pre-law pile in the '80s
15 when you first saw it or not?
16    A.   I didn't see -- I didn't see these
17 areas down there when I would have been there
18 in the '80s.
19    Q.   For the record, this is Drummond
20 2933.  So you are saying you just never went to
21 that area of the mine site?
22    A.   That's correct.
23    Q.   This is another photo, 2959; you

Page 274

1 never saw the area when it looked like that?
2    A.   No, sir.
3    Q.   Does that look like it has been
4 reclaimed?
5    A.   No, sir.
6    Q.   How about that photo, 2963, did
7 you ever see the waste pile look like that?
8    A.   No.
9    Q.   When was the first time that you
10 would have gone to that area of the mine?
11    A.   It would have been -- are you
12 talking about the old area that you are showing
13 me --
14    Q.   Yes, sir.
15    A.   It would have been after y'all
16 filed this lawsuit.
17       (Plaintiff's Exhibit 57 was marked
18       for identification.)
19    Q.   I show you Exhibit 57; this is
20 another document that relates to that from
21 1983.  It says it is an estimate to reclaim the
22 old refuse and breaker rock areas.
23    A.   Uh-huh.

Page 275

1    Q.   What does the breaker rock area
2 refer to?
3    A.   I don't know where a breaker rock
4 area would have been at Maxine.  I mean, I know
5 what breaker rock is, but I don't know what
6 area they would have been talking about.
7    Q.   Okay.  This document sets forth
8 some reclamation activity that includes grading
9 and conturing in item B, covering with clay in
10 item D, removing the solids from the two
11 sediment basins in item J, for a grand total of
12 two hundred sixteen thousand dollars in 1983
13 dollars; do you know if any of that work was
14 ever done for the old refuse pile?
15    A.   I do not know.
16       (Plaintiff's Exhibit 58 was marked
17       for identification.)
18    Q.   This is another memo from 1983.
19 On the second page of the old refuse site
20 section, if you will just look at that, it has
21 got seven items.  Just look at it and tell me
22 if you know if any of those things were done to
23 the pre-law area.

Page 276

1    A.   (Reviewing document.)  I don't
2 know.
3       MR. DAVIS:  Can we take about two
4 minutes?
5       MR. BROCK:  Yes.
6       (Whereupon, a break was had from
7       5:52 p.m. until 5:57 p.m.)
8       (Plaintiff's Exhibit 59 and
9       Plaintiff's Exhibit 60 were marked
10       for identification.)
11    Q.   (BY MR. BROCK:)  Number 59 is an
12 analysis from PELA from 1983.  And on page 433
13 of that document, there is some monitoring data
14 from 1983, surface and groundwater.  Have you
15 reviewed any of that data?
16    A.   No, sir.
17    Q.   Okay.  You don't have any reason
18 to believe that data isn't accurate, do you?
19    A.   No, sir.
20    Q.   Hold up Number 60 -- go ahead,
21 were you going to say something?
22    A.   No.
23       MR. DAVIS:  No question, so he

Page 277

1  wasn't going to say a thing.
2      A.   Just pointing out something.
3  (Reviewing document.)
4      Q.   (BY MR. BROCK:)  This memo in
5  Number 60 is from Mr. Musick.  He talks about
6  an inspection in 1983 of some damage to the
7  ponds and diversion ditches from heavy
8  rainfall.  Have you seen any instances where
9  heavy rainfall has damaged those structures on
10 the site?
11     A.   No, sir.
12     Q.   In the second paragraph they talk
13 about the limestone filter and the dam being
14 clogged.  I believe you testified earlier you
15 didn't know anything about the limestone filter
16 and the dam, is that correct?
17     A.   You asked if I knew if that had
18 been installed or not, and I said I did not
19 know.
20     Q.   Have you ever seen a situation
21 where the limestone filter was clogged in the
22 manner they are describing in the memo?
23     A.   With what you had described and

Page 278

1  what they are describing here, I have never
2  seen a filter like this used.  I'm not familiar
3  with what they did here, if that's what they
4  did.
5      Q.   In the next paragraph they are
6  talking about the dam.  It says the second pond
7  in the river, which I interpret to be that
8  upper dam we looked at; would you interpret it
9  that way?
10     A.   Yes.
11     Q.   And they say at that point in time
12 that the spillway is eroded both to the point
13 where no water is impounded behind the dam?
14     A.   Yes, sir.
15     Q.   To your knowledge, has the dam
16 been repaired since then, since 1983, in a
17 manner that would remedy that situation?
18     A.   It says plans are to raise this
19 dam.  I don't know if that was done.  I assume
20 that it was.  And past that period, if there
21 was anything done, no, I have no idea.
22     Q.   In the last paragraph --
23     A.   What?  The last paragraph what?

Page 279

1      Q.   No, I am considering whether I
2  have a question about it or not.
3           MR. DAVIS:  You don't.
4      A.   Was there any questions on 60,
5  anything else?
6      Q.   No.
7           (Plaintiff's Exhibit 61 was marked
8           for identification.)
9      Q.   Have you got a 61 over there?
10     A.   Yes, sir.
11     Q.   I don't have any questions about
12 that other than just to note that is Drummond
13 2278.
14          (Plaintiff's Exhibit 62 was marked
15          for identification.)
16     Q.   Have you got a 62 over there?
17     A.   It's right here.
18     Q.   Okay.  My question about this is
19 down at the bottom it says Bill Gibson; do you
20 see that part?
21     A.   Yes, sir.
22     Q.   Who is Bill Gibson?
23     A.   He was a -- he was an inspector at

Page 280

1  ADEM.
2      Q.   Okay.  It says that he insinuated
3  -- and I don't know -- well, can you tell whose
4  handwriting that is?
5      A.   Well, it says TM, so that would be
6  Tom Musick.
7      Q.   It says he insinuated that a NPDES
8  permit may be required for the limestone filter
9  and diversion ditch in the number one dam; do
10 you see that part?
11     A.   Yes, sir.
12     Q.   Okay.  And this was in 1983.  Were
13 you ever privy to any discussions about
14 possibly having to permit that outfall or
15 discharge from the lower dam?
16     A.   No, sir.
17     Q.   Do you know how this was
18 ultimately worked out or negotiated with ADEM?
19     A.   No.  I do see that it says this
20 wasn't a part of the agreement assigned by Joe
21 Myers.  So --
22     Q.   Do you know what the agreement
23 was --

Page 281

1   A.   No.

2   Q.   -- or consisted of?

3   A.   Never seen an agreement.  Did not

4  know there was an agreement.

5        (Plaintiff's Exhibit 63 was marked

6        for identification.)

7   Q.   Okay.  Exhibit 63.

8   A.   (Reviewing document.)

9   Q.   I don't have a question about

10  that.  Just note that is Drummond 2277.

11       A.   Did you not show this same thing

12  to me here a little bit earlier?

13  Q.   Possibly.

14  A.   Okay.  I'm thinking you did.

15  Q.   I'm going to start doing that.  It

16  loops back around.  You never escape.

17       (Plaintiff's Exhibit 64 was marked

18       for identification.)

19  Q.   I handed you Exhibit --

20  A.   Was there any question about that?

21  Q.   No, sir.

22  A.   (Reviewing document.)

23  Q.   Okay.  This is a memo from ADEM to

Page 282

1  Moyer Edwards.  If you will turn to page 703 --

2   A.   Yes, sir.

3   Q.   -- and it indicates there below

4  S-2 that ADEM was looking at the pre-law area

5  and discharges to the Warrior River around it.

6  Do you know why ADEM was sampling from that

7  location?

8   A.   No, sir.

9        (Plaintiff's Exhibit 65 was marked

10       for identification.)

11  Q.   Okay.  Exhibit 65 I have handed

12  you; it is a memo from December of 1983.  If

13  you go down to the fourth paragraph there --

14  A.   Okay.

15  Q.   And this is written by Mr. Cook.

16  It talks about some external pressure, that

17  ADEM has informed ABC that they may have to get

18  a NPDES permit for the outflow through the

19  limestone filter which relates to what we were

20  looking at a little bit earlier.  Do you know

21  what that is a reference to?

22  A.   No, sir.

23       (Plaintiff's Exhibit 66 was marked

Page 283

1        for identification.)

2   Q.   All right.  I handed you what is

3  marked Exhibit 66.  This is a letter from Mr.

4  Cook to Richard Simon at Southern Company

5  Services, December 8th, 1983.

6   A.   So this is the same as what 65 is

7  only they removed "draft" from it, is that

8  correct?

9   Q.   I don't think so.

10  A.   Is it not?

11  Q.   Different format.  Yeah, it

12  doesn't have the same handwritten stuff on it.

13  But the body of it is the same, substantially

14  the same?

15  A.   That's what I meant.

16  Q.   All right.  In the fifth paragraph

17  on this page down at the bottom, it talks about

18  a meeting in 1983 with ADEM; will you read

19  that?

20  A.   Yes, sir, I see that.

21  Q.   Do you have any knowledge or

22  information about that meeting?

23  A.   No, it just says that they --

Page 284

1        MR. DAVIS:  Do you have any

2  knowledge about that meeting?

3   A.   No, I have no knowledge.

4   Q.   (BY MR. BROCK:)  And this -- the

5  subject matter of this again is about ADEM

6  saying you may have to get a permit for the

7  outflow down to the lower dam.  You told us you

8  don't have any information about that?

9   A.   No, sir.

10  Q.   You don't know how this got

11  negotiated or resolved?

12  A.   No, sir, no idea.

13       (Plaintiff's Exhibit 67 was marked

14       for identification.)

15  Q.   Okay.  I handed you what I marked

16  Exhibit 67 which is -- starts at Drummond 144

17  and goes through 197.  This is a study done by

18  PELA in 1984 which we will ask them about, but

19  if you will turn to page 161 in there, it

20  starts with the section about monitoring, some

21  work they were doing out there to sample ground

22  and surface water.  Have you seen this report

23  before?

Page 285

1    A.   This is some of the info that was
2  in Mr. Muncher's work file, I believe.
3    Q.   Yes, or it is very similar.  Looks
4  like they were periodically doing sampling and
5  the same type data, anyway.  On page 15, it has
6  some of their sampling results.  Have you
7  looked at these sampling results and data
8  before?
9    A.   Just -- I might have skimmed
10 through some of this, but as far as looking at
11 it, no.
12   Q.   Anything stand out to you about
13 it?
14   A.   No.
15   Q.   Surface water and groundwater
16 about what you would expect?
17   A.   I wouldn't know.
18   Q.   One last thing.  This is Exhibit
19 40 to Mr. Muncher's deposition, and it is a
20 reclamation related document that was written
21 by Jim Darden in 1985, which you might have
22 been working on stuff out there.  Have you seen
23 this report before?

Page 286

1    A.   I just saw it as a part of the
2  info that was in Mr. Muncher's -- it is Mr.
3  Muncher's, so, yes, I have seen this -- I have
4  skimmed through it in the last twenty-four,
5  thirty-six hours.
6    Q.   Okay.  And we asked him some
7  questions about certain parts of it and whether
8  he agreed or disagreed with it.  My question to
9  you is, having reviewed it, can you tell what
10 area of the mine site he is talking about
11 specifically in this report when he identifies
12 on page Drummond 3700 the thirty-four acre
13 pre-law spoil disposal area?
14   A.   (Reviewing document.)
15       MR. DAVIS:  Do you know?
16   A.   No, I don't know specifically.
17   Q.   (BY MR. BROCK:)  Do you know if
18 this is the area we have been looking at on
19 Exhibit 7 and referring to as the pre-law mine
20 waste or mine dump?
21   A.   I don't know that for absolute
22 certainty.  (Reviewing document.)
23   Q.   So I guess to reiterate the

Page 287

1  question, do you think this is the pre-law area
2  we are looking at, it isn't, or you don't know?
3    A.   I don't know.
4    Q.   Okay.
5    A.   I'm sorry, I could have said that
6  a lot sooner.
7    Q.   That's fine.  I wanted you to look
8  through it and take all the time you wanted.
9        MR. BROCK:  Okay, I think that's
10 all the questions I have.  Thank you for your
11 patience.  I'm sorry we ran a little long.
12
13
14       FURTHER THE DEPONENT SAITH NOT
15
16   (Deposition was concluded at 6:20 p.m.)
17
18
19
20
21
22
23

Page 288

1       DEPONENT'S CERTIFICATE
2
3    I, DWIGHT HICKS, the witness herein,
4  have read the transcript of my testimony and
5  the same is true and correct, to the best of my
6  knowledge.  Any corrections and/or additions,
7  if any, are listed separately.
8
9
10       DWIGHT HICKS
11       c/o Mr. Richard E. Davis
         Attorney at Law
         Starnes Davis Florie, LLP
12       7th Floor, 100 Brookwood Place
         Birmingham, Alabama 35209
13       205.868.6000
         rdavis@starneslaw.com
14
15
16   Sworn to and subscribed before me, this
17 the      day of        , 2018, to certify
18 which witness my hand and seal of office.
19
20
21
22
23       NOTARY PUBLIC

**Dwight Hicks**                                                    **73 (289 - 289)**

Page 289

1      C E R T I F I C A T E

2

3   STATE OF ALABAMA

4   JEFFERSON COUNTY

5

6         I hereby certify that the above

7   and foregoing deposition was taken down by me

8   in stenotypy, and the questions and answers

9   thereto were reduced to typewriting under my

10  supervision, and that the foregoing represents

11  a true and correct transcript of the deposition

12  given by said witness upon said hearing.

13        I further certify that I am

14  neither of counsel nor of kin to the parties to

15  the action, nor am I in anywise interested in

16  the result of said cause.

17

18

19

20  /s/ Gail B. Pritchett

21  COMMISSIONER-NOTARY PUBLIC

22  ACCR LICENSE NO. 116, Exp. 9/30/2018

23  Transcript Certified On 6/11/2018

## WORD INDEX

**< 0 >**
**0001724** 167:*18*

**< 1 >**
**1** 4:*8* 19:*11* 41:*10,
13* 43:22 44:*10*
45:*14* 72:*14*
115:*12* 118:*8, 10*
119:2 127:*5*
128:*21* 149:6
153:22 173:*4*
177:*6, 10* 182:*4, 5*
195:2, *4* 198:*14, 23*
214:*10, 11, 15*
218:*17, 20* 229:*14,
15* 269:*3, 5*
**1:47** 134:22
**10** 4:*3, 17* 133:*16*
**10:52** 64:*16*
**100** 2:20 288:*12*
**1079** 146:*16, 18*
**1080** 150:*5*
**1083** 146:*23*
**1084** 146:*18*
**11** 4:*18* 146:*10, 13*
289:*23*
**11:04** 64:*16*
**11:45** 99:*3*
**11:52** 99:*3*
**116** 289:22
**12** 4:*19* 150:*18, 22*
**12:25** 126:*4*
**12:34** 134:22
**126** 4:*14*
**12th** 41:*15* 42:*23*
45:*10* 131:*11*
132:*23* 191:*19*
201:*5* 204:*5*
205:*23* 207:*12*
235:*11*
**13** 4:*20* 154:*10, 17*
**130** 4:*15*
**132** 4:*16*
**133** 4:*17*
**14** 4:*21* 155:*4, 7*
164:*16*
**144** 284:*16*
**146** 4:*18*

**15** 4:22 158:*19, 21*
179:*8* 285:*5*
**150** 4:*19*
**152** 114:22
**154** 4:20
**155** 4:*21*
**158** 4:22
**15th** 186:*15, 19*
**16** 4:*23* 162:*10, 13*
167:*12* 172:*19*
**161** 284:*19*
**162** 4:*23*
**17** 5:*1* 172:*21, 22*
175:*7, 8* 181:*6, 9*
185:20 186:*21*
187:*10*
**17th** 194:20
197:*11* 198:*9*
215:*15*
**18** 5:2 185:*12, 15*
**181** 5:*1*
**185** 5:2
**186** 5:*3*
**18th** 10:*6* 151:22
216:*19*
**19** 5:*3* 186:*11, 14,
21* 187:*1, 9, 13*
227:*12* 273:*12*
**191** 5:*4*
**192** 5:*5*
**194** 5:*6*
**1953** 242:*17* 243:*4*
**1956** 91:*23*
**1967** 50:*13*
**1969** 80:*15*
**197** 284:*17*
**1970s** 86:*15* 237:*14*
**1972** 170:*1* 230:*5*
**1973** 52:*18*
**1974** 91:*23*
**1975** 92:*11*
**1976** 227:20
228:*19* 229:*7*
230:*17, 22* 231:*1,
17* 232:*5*
**1977** 89:*10* 92:*11*
**1978** 90:*16* 93:6
235:*11*
**1979** 238:5 239:*8*
240:*3* 242:6 243:*9*

246:20 256:*23*
259:*17*
**198** 5:*7, 8*
**1980** 250:*23*
252:*12* 253:*7*
255:7 257:*1, 23*
258:*8*
**1980s** 27:*3* 30:*10*
139:20
**1981** 260:*23*
**1982** 262:*13* 263:*3*
265:2 267:*23*
271:*1*
**1983** 76:*17* 274:*21*
275:*12, 18* 276:*12,
14* 277:6 278:*16*
280:*12* 282:*12*
283:*5, 18*
**1984** 22:*23* 65:20
284:*18*
**1985** 21:*19* 25:*19*
285:*21*
**1986** 44:*13* 72:*14,
21* 200:20
**1988** 135:*12*
156:*11* 159:*1*
166:*19* 171:*3, 10*
**1990** 78:2, *15*
**1992** 79:*18* 151:22
154:*13* 165:*18*
166:*21* 167:*4*
173:*7*
**1993** 171:*11, 16*
**1st** 48:*21* 133:*19*

**< 2 >**
**2** 4:*9* 45:*6, 9*
96:*21* 115:*17*
120:6 137:*18*
196:*17* 198:*23*
199:*1* 200:22
202:*23* 229:22
268:*9*
**2:16-CV-01443-AK
K** 1:*4*
**2:50** 174:*23*
**20** 5:*4* 153:*16*
173:*4* 177:*7*
179:*23* 180:*9*
191:*15, 18*

**2006** 79:*12* 126:*21*
132:*8, 17* 181:*15*
185:*16, 21* 194:20
197:*11* 198:*9*
**201** 5:*9*
**2016** 29:*15* 36:2
59:*17* 73:*14* 185:2
186:*15, 19* 190:*3*
194:*6* 200:*3*
205:*14* 217:*21*
227:*12*
**2017** 41:*15* 45:*10*
48:*21* 131:*11*
132:*8, 23* 133:*19*
191:*19* 201:*5*
204:*5* 205:*23*
207:*12* 215:*15*
216:*19*
**2018** 1:*17* 9:*12*
193:*5* 288:*17*
289:22, *23*
**203** 5:*10, 11*
**205** 5:*12*
**205.745.3060** 2:*11*
**205.868.6000** 2:22
288:*13*
**207** 5:*13*
**21** 5:*5* 139:*9, 23*
192:*17, 20*
**213** 5:*14*
**215** 5:*15*
**216** 5:*16*
**219** 268:*8, 8*
**22** 5:*6* 194:*15, 18*
219:*4*
**220** 268:*9* 269:2
**227** 5:*17*
**2277** 281:*10*
**2278** 279:*13*
**23** 5:*7* 69:*18*
149:7 153:*17*
173:*4* 177:7 198:*5,
8* 269:*1*
**230** 5:*18*
**232** 5:*19*
**233** 5:20
**237** 5:*21*
**24** 5:*8* 69:*18*
106:*11, 13* 107:*5*
112:*10* 149:*11*

**Dwight Hicks**                                                     **291**

154:*1*  168:*16*
169:*4, 11*  173:*4, 8,*
*13*  174:*11*  175:*13*
176:*19*  177:*11*
178:*16, 20*  180:2*1*
198:*16, 18*  201:*8,*
*16*
**240**  5:22
**242**  5:23
**2452**  151:*1*
**246**  6:*1*
**248**  6:2
**24th**  126:2*1*
181:*15*  185:2*1*
**25**  5:9  10:9  201:*1,*
*4, 15*
**250**  6:3
**252**  6:4
**253**  6:5
**255**  6:6
**256**  6:7
**258**  6:8
**259**  6:9
**25th**  252:*12*  262:8
**26**  5:10  203:2, 5
271:*1*
**260**  6:10
**261**  6:11
**262**  6:12
**263**  6:13, *14*
**264**  6:15
**267**  6:16
**27**  5:11  203:23
204:*4*
**270**  6:17
**274**  6:18
**275**  6:19
**276**  6:20, *21*
**279**  6:22, 23
**28**  5:12  205:20, 22
**281**  7:*1, 2*
**2817**  44:*4*  100:2
113:*19*
**282**  1:15  2:9  7:*3,*
*4*  9:*11*
**2829**  1:15  2:9
9:*10*
**284**  7:5
**28th**  167:*4*

**29**  5:13  207:8, *11*
**2933**  273:20
**2959**  273:23
**2963**  274:6
**2nd**  1:*15*  2:9  9:*10*

**< 3 >**

**3**  4:*10*  46:*12, 15*
111:*3*  137:9  138:9
149:2  153:*14*
**3.2**  37:*11, 13*
**3:01**  174:23
**30**  5:*14*  19:*12*
213:2*1*  214:*1*
289:22
**3000**  18:*1*
**30th**  258:8
**31**  5:*15*  215:*16, 19*
218:5
**31st**  185:*15*
**32**  5:*16*  216:*15, 18*
**3254**  97:*15*
**33**  5:*17*  105:23
171:8  173:*16*
227:*15, 18*  231:*4*
**34**  5:*18*  230:*13, 16*
**35**  5:*19*  232:*13, 16*
**35209**  2:2*1*  288:*12*
**35233**  1:*16*  2:10
9:*11*
**35502**  18:2
**35503**  10:7
**3578**  156:*1*
**36**  5:20  233:20, 23
237:*18*
**37**  5:2*1*  237:*19, 22*
**3700**  286:*12*
**38**  5:22  65:*15*
66:*16*  240:*16, 19*
**39**  5:23  242:2, *4*
**3rd**  165:*18*  166:2

**< 4 >**

**4**  4:*11*  48:*17, 20*
**4:14**  227:*14*
**4:30**  227:*14*
**40**  6:*1*  246:*13, 16*
285:*19*
**403**  10:6

**404**  123:*3, 8, 15, 18*
124:*18*  125:*16*
**40s**  18:*17*
**41**  4:8  6:2  89:*18*
248:5, *8*
**42**  6:*3*  250:*19, 22*
**43**  6:*4*  252:8, *11*
**433**  276:*12*
**44**  6:*5*  253:*3, 5*
**45**  4:9  6:6  255:*3,*
*6*
**46**  4:*10*  6:7
256:*10, 12*
**47**  6:8  258:4, *7*
**477**  67:*1*
**48**  4:*11*  6:9
259:*18*
**49**  6:*10*  10:9
260:20, *22*
**4th**  193:5  228:*19*
229:6  231:*1*

**< 5 >**

**5**  4:*12*  62:20  63:*1*
64:22  135:*3, 6*
**5:52**  276:7
**5:57**  276:7
**50**  6:*11*  261:22
262:*1*
**51**  6:*12*  262:9, *12*
**52**  6:*13*  263:*5, 7*
**53**  6:*14*  263:*19, 23*
**54**  6:*15*  264:*19, 22*
**55**  6:*16*  267:*18, 21*
**56**  6:*17*  270:2*1, 23*
**57**  6:*18*  274:*17, 19*
**58**  6:*19*  275:*16*
**59**  6:20  276:8, *11*
**5th**  65:20

**< 6 >**

**6**  1:*17*  4:*13*  19:*12*
64:*17, 20*  242:6
243:9  250:22
289:23
**6:20**  287:*16*
**60**  6:2*1*  276:9, 20
277:5  279:*4*
**61**  6:22  279:*7, 9*

**62**  4:*12*  6:23
279:*14, 16*
**63**  7:*1*  281:*5, 7*
**630**  264:5
**64**  4:*13*  7:2
281:*17*
**65**  7:3  282:9, *11*
283:6
**66**  7:*4*  282:23
283:*3*
**67**  7:5  284:*13, 16*
**6th**  9:*12*  227:*12*

**< 7 >**

**7**  4:*14*  43:5  49:2*1*
68:22  69:8  73:3
81:*18*  92:*16*  93:*10*
98:*15, 20*  106:8
114:23  121:*3*
126:*16, 19*  129:*19*
130:8, 22  131:8
136:*11*  137:23
138:*10*  149:5, *7*
286:*19*
**7.5**  37:*11*
**703**  282:*1*
**70s**  11:*10*  28:5
124:*15*  236:22
237:*15*
**72**  230:7, *8, 10*
**74**  58:2*1*  81:7
**75**  238:*14*
**76**  230:6
**77**  14:*4*
**78**  14:*4*  18:*1*
89:*12*
**79**  239:*15*  240:9
**7th**  2:20  288:*12*

**< 8 >**

**8**  4:*15*  10:9
130:*19*  131:*3, 5, 10*
**80s**  28:5  30:20
43:*13*  44:22  66:*19*
68:*4*  70:23  153:*4*
226:*12*  250:*14*
273:*13, 14, 18*
**81**  89:20  262:5
**81-435**  89:*19*

---

**82** 89:22 93:6 263:8, 17
**83** 89:22
**832** 248:23
**84** 22:15 23:23 24:6 76:14 262:19, 20, 20 273:10, 10
**85** 22:8, 15, 23 23:23 24:6 76:14 262:20 273:10
**86** 76:23 77:12 79:12 81:9
**88** 155:16 156:12 157:16 173:11, 17 174:15
**8th** 283:5

**< 9 >**
**9** 4:16 132:19, 22 289:22
**9:45** 9:12
**92** 156:14 157:16 166:2, 17
**93** 173:11, 17 174:16
**9587** 238:16
**9th** 253:6 255:7

**< A >**
**a.m** 9:13 64:16, 16 99:3, 3
**abandoned** 195:19 254:14, 23
**abatement** 262:4
**abbreviation** 90:8
**ABC** 22:8, 9 23:1 24:17 25:6, 20, 23 26:9 31:8, 11 44:20 45:2 74:6 76:11 77:6, 9, 11 78:22 100:10 124:9 144:18, 22 145:5 161:10, 17 162:4 182:22, 23 234:7, 13 241:19 248:18 251:9 261:15 262:16 282:17
**ability** 20:9 21:17

**able** 15:11, 17 46:19 63:15 148:7 156:22
**absolute** 286:21
**Absolutely** 129:17 179:7 190:1 202:2 208:22 213:13
**Abston** 11:20, 23 12:3
**academic** 52:8
**accept** 236:7
**acceptable** 51:21
**access** 34:19 35:4
**accessed** 73:1, 8
**accident** 234:8
**account** 165:14
**ACCR** 289:22
**accumulation** 248:12
**accuracy** 249:19
**accurate** 27:13 64:2 67:11 85:11 92:1, 23 93:7 97:20 136:20 137:7 138:16 211:21 217:2 220:21 232:4 242:10, 18 261:17 263:15 276:18
**achievements** 52:9
**acid** 85:21 86:4, 14 87:1, 12, 16, 21 88:8, 10, 18 246:22 247:3 251:3, 21 265:15
**acid-forming** 86:10
**acidic** 74:15 87:20 253:21
**acidity** 86:20, 23 87:17 265:15
**acknowledgments** 52:8
**acquisition** 45:5
**acre** 150:8, 11 154:21 286:12
**acreage** 82:10, 14, 19 83:14
**acres** 56:16 82:16 136:19 137:5, 6 151:10, 20 257:13

**Act** 17:14, 15 59:10, 11 80:15, 21 81:3, 11 89:10, 18 90:10 93:13 123:5 128:2 152:14 165:1 170:1 179:3 238:10, 15, 17
**acting** 9:5 244:2, 9, 23
**ACTION** 1:4 239:20 260:8 289:15
**actions** 11:3
**active** 38:3 77:11 78:15 137:18 138:2, 8 139:3 160:18 218:1 222:20 234:23 235:8 255:19, 22 263:2 268:11
**actively** 76:15 259:12, 15
**activities** 24:22 81:3
**activity** 161:18 261:3 275:8
**actual** 19:3 53:22 87:1 161:15
**add** 98:19
**added** 192:2, 5 200:7
**adding** 268:22, 23
**addition** 51:16 74:11 75:9 223:21 241:11, 14
**additional** 12:22, 23 52:4, 12 157:1 208:7 228:14 229:19
**additions** 288:6
**address** 10:5 17:23 32:22 64:7 239:22
**addressed** 145:10
**ADEM** 17:15 78:13 107:17 119:12, 15 125:8 145:17 167:19, 22 168:11 169:1, 8 170:2, 15, 18 171:2

173:3 174:16 176:7 177:11, 14 178:9, 23 261:11 280:1, 18 281:23 282:4, 6, 17 283:18 284:5
**ADEM's** 179:2
**adequate** 13:10
**Adger** 56:10
**adjacent** 101:14 102:21 180:10 182:3 184:10 266:10 267:5
**adjoining** 69:3
**administered** 89:13
**admitted** 222:7
**aerial** 96:4, 7 129:20 194:19 197:18 198:1, 8 219:3 270:1
**age** 10:10 84:3 89:3
**ago** 11:10 27:18, 22 55:20 235:21
**agree** 82:1 111:9 113:7 128:13 136:21 212:6 221:13, 15, 15 244:18, 21 245:18 246:4, 8, 11 247:2 249:21 258:21, 23
**AGREED** 8:2 286:8
**agreement** 15:13, 15 25:6, 10, 16 72:10 280:20, 22 281:3, 4
**agricultural** 54:3 75:12
**ahead** 60:20 66:11 80:23 134:16 143:2 148:7 202:19 222:7 276:20
**AL** 167:18
**ALABAMA** 1:2, 16 2:10, 21 9:3, 4, 11 10:7 21:18 24:9, 20 53:21 57:20 81:1, 3 89:14, 16

90:*1* 98:*11* 100:*9*
151:*6* 159:*21*
160:*5, 6, 23* 161:*3,*
*10* 238:*14* 288:*12*
289:*3*
**alarming** 63:*17*
**Alex** 261:*13*
**alive** 28:*16*
**alkaline** 23:*2* 31:*3*
74:*10* 75:*10* 86:*11*
241:*14* 265:*14*
**alkalinity** 75:*18*
87:*18*
**allege** 191:*7*
**allow** 148:*6* 188:*4*
**altered** 108:*14*
**AMD** 87:*7, 9*
**Amec** 61:*8, 11, 12*
63:*13* 64:*21*
**A-m-e-c** 61:*11*
**amended** 98:*19*
**amendment** 55:*1*
**AML** 205:*7*
**amount** 143:*4*
151:*8* 222:*8, 19*
245:*5*
**analyses** 56:*22*
69:*1* 256:*20*
**analysis** 276:*12*
**Andreen** 2:*5*
214:*10, 13*
**angle** 131:*9*
**annually** 220:*13*
**answer** 15:*22* 16:*1*
21:*17* 36:*17* 47:*21*
60:*3* 80:*5, 23*
85:*10, 12* 86:*17*
112:*16* 113:*11*
125:*2* 128:*16*
129:*12* 134:*6*
144:*9, 10* 145:*2*
187:*7* 188:*7, 7*
190:*15, 16, 20*
191:*4, 9, 14* 193:*23*
196:*5* 202:*19*
209:*10, 12* 216:*1*
245:*21* 259:*6, 8*
267:*17* 270:*6*
**answered** 19:*23*

**answers** 60:*11*
289:*8*
**anybody** 20:*23*
24:*4* 28:*7* 62:*1, 9*
80:*10* 81:*10*
119:*19* 142:*12*
146:*2* 225:*16*
264:*16*
**anyway** 13:*14*
41:*4* 42:*20* 254:*18*
285:*5*
**anywise** 289:*15*
**apologize** 149:*20*
234:*4*
**apparently** 216:*4*
**appear** 45:*20* 47:*5*
133:*3, 20, 23* 136:*4*
202:*20* 203:*8*
206:*10* 208:*6*
215:*11* 216:*2*
270:*18*
**appearances** 242:*5*
**appears** 38:*13*
41:*17* 98:*1* 99:*12*
101:*19* 102:*1, 19*
109:*5* 114:*8*
121:*12* 127:*2, 3*
133:*2* 136:*12*
138:*3, 11* 140:*2, 19*
154:*17* 162:*13*
166:*20* 168:*18*
195:*1, 19* 198:*13*
204:*12* 214:*3*
231:*6* 261:*1* 264:*2*
269:*16* 270:*1, 19*
271:*11*
**applicable** 225:*22*
**application** 152:*5*
153:*2* 157:*15*
164:*18* 165:*22*
166:*6, 10, 12, 17*
265:*12* 267:*23*
272:*14*
**applied** 31:*4* 75:*20,*
*23* 272:*14*
**applies** 151:*15*
**apply** 75:*19* 156:*10*
**applying** 31:*2*
**approval** 171:*16*
173:*22* 178:*4*

**approvals** 80:*17,*
*18* 117:*3*
**approved** 151:*12*
262:*5* 269:*4, 5*
**approximately**
136:*19*
**Aquilogic** 91:*15*
**area** 11:*7, 18* 13:*5,*
*9* 16:*17, 17* 22:*22*
23:*5, 8, 10* 32:*9*
35:*5* 37:*15, 18, 21*
39:*15* 40:*3, 4*
42:*11, 13, 18* 43:*23*
46:*17* 47:*15* 48:*2*
49:*3* 50:*3, 4* 69:*3,*
*7, 11* 70:*2, 10*
72:*23* 73:*1, 2, 5, 7,*
*8, 9, 13, 19* 74:*7, 9,*
*16, 17, 19, 20* 75:*5*
77:*1* 78:*11* 79:*14,*
*19* 80:*6* 81:*22*
82:*10, 14* 83:*5, 6, 7,*
*10, 14, 20, 21* 91:*21,*
*22* 92:*10, 15* 93:*5,*
*9, 10, 14, 23* 95:*17,*
*18* 96:*4, 23, 23*
97:*13, 17, 21* 98:*17,*
*19* 99:*9, 14* 100:*23*
101:*1, 6* 103:*4, 11,*
*13, 19* 104:*21*
106:*7* 107:*11*
112:*5* 113:*13*
116:*2, 12* 120:*5, 8,*
*12* 121:*9, 17, 22*
122:*21, 23* 126:*23*
127:*4, 11, 16*
128:*11, 12, 21*
129:*2, 7, 19, 21*
131:*2* 133:*1, 3, 8,*
*10, 20* 136:*3, 4, 9,*
*10, 16* 137:*18, 19,*
*23* 138:*5, 9, 10*
139:*1* 140:*10*
141:*6, 20, 23* 142:*1,*
*7* 143:*5, 10* 144:*8*
148:*6, 16, 19, 21*
149:*1, 5, 6, 10*
150:*2* 152:*20*
153:*23* 163:*1, 17*
168:*1* 175:*14, 22*

176:*16* 182:*9*
183:*4* 185:*2*
186:*22* 187:*21*
195:*2, 4, 13, 17*
196:*8, 11, 16, 17, 22*
198:*14, 22* 200:*22*
202:*10, 12, 22*
204:*7, 16* 205:*15,*
*16* 206:*2, 6* 207:*4,*
*16, 18* 209:*7* 210:*5,*
*8* 212:*22* 214:*3*
217:*6* 218:*12*
219:*14* 222:*17*
224:*8, 15, 16, 20, 21*
225:*2, 9, 10* 226:*19,*
*21* 232:*10* 233:*6, 9*
234:*23* 235:*3, 9, 13,*
*16, 17* 236:*2, 10*
237:*3, 8* 244:*2, 9*
245:*8, 10, 14* 246:*3*
257:*12* 259:*12*
261:*7, 16* 268:*9, 14,*
*23* 269:*3, 5, 15, 20*
270:*14, 15* 271:*6*
272:*9, 21* 273:*9, 21*
274:*1, 10, 12* 275:*1,*
*4, 6, 23* 282:*4*
286:*10, 13, 18*
287:*1*
**areas** 21:*21* 23:*20*
52:*3* 54:*22* 55:*16*
57:*14* 79:*18* 80:*17,*
*18* 82:*6* 85:*7*
91:*18* 99:*12*
100:*21* 115:*5*
126:*12* 141:*14*
162:*19* 163:*20*
177:*22* 184:*7, 10*
208:*7* 225:*1, 13*
236:*4* 237:*1* 239:*5*
251:*15* 254:*23*
271:*4, 10* 273:*17*
274:*22*
**argumentative**
208:*19*
**Arkadelphia** 56:*2*
**arrangement**
161:*22*
**arrest** 223:*14*

**arrested** 222:*19*
**arrive** 138:*23*
**articulate** 213:*18*
**ascertain** 97:*12*
**Aside** 191:*6*
**asked** 32:*10* 55:*20*
87:*8* 111:*4, 15*
119:*22* 142:*19*
145:*16* 172:*2*
190:*7* 213:*5* 222:*6*
225:*19* 234:*3*
257:*7* 277:*17*
286:*6*
**asking** 63:*22* 64:*7*
86:*23* 87:*6, 9*
97:*16* 111:*14*
125:*14* 129:*4, 9*
143:*11* 144:*6*
149:*10* 158:*6*
167:*16, 19* 171:*3*
172:*8* 188:*17*
211:*9, 10, 12, 15*
221:*22* 230:*7, 9*
239:*21* 240:*10, 10*
241:*9* 248:*13*
267:*15* 271:*2*
272:*22*
**asks** 172:*6* 190:*15*
**ASMC** 17:*15*
78:*12* 125:*8*
151:*11* 152:*15*
166:*13* 167:*22*
168:*3* 169:*1, 5, 10,
14* 170:*18* 176:*8,
12, 21* 177:*7, 18, 23*
178:*7, 8, 19, 22*
182:*22, 23* 268:*4*
**ASMRC** 89:*15*
**assess** 119:*23*
**assessing** 77:*15*
**assessment** 35:*21*
119:*20*
**assign** 8:*13*
**assigned** 77:*14*
280:*20*
**associate** 52:*22*
54:*5*
**associated** 78:*22*
171:*18* 180:*21*
**Associates** 30:*5*

**association** 26:*21*
27:*1, 2*
**assume** 16:*11*
143:*6* 229:*12*
278:*19*
**assumed** 159:*19*
161:*12* 205:*11*
**assuming** 65:*1*
79:*6*
**attached** 260:*1*
**attempt** 265:*23*
**attempted** 266:*4*
**attended** 145:*19*
146:*3*
**attention** 159:*13*
**Attorney** 2:*18*
12:*10* 21:*13*
216:*23* 288:*11*
**Attorneys** 2:*7*
10:*13* 62:*8, 10*
68:*18*
**Auburn** 52:*20*
53:*6* 58:*2, 4, 5, 5,
13, 17*
**August** 48:*21* 62:*4*
64:*3* 133:*19*
215:*15* 216:*19*
242:*6* 243:*9* 262:*5,
8*
**Austin** 50:*20*
**Avenue** 1:*15* 2:*9*
9:*10* 10:*7*
**aware** 10:*17* 12:*7*
40:*19* 45:*1* 60:*21*
62:*3, 16* 64:*11, 13*
65:*9* 67:*7* 68:*2, 9*
73:*11* 98:*21*
110:*21* 117:*7*
119:*14, 21* 132:*16,
18* 133:*11, 15*
166:*6, 9* 194:*9*
197:*16* 200:*21*
217:*14* 218:*7*
219:*11* 224:*12*
226:*8, 9* 266:*5, 13*
**AWIC** 13:*6* 169:*8,
19* 170:*2, 18*
230:*17* 232:*17*
261:*12*

**< B >**
**bachelor's** 51:*2*
**back** 11:*10* 15:*12*
23:*9* 43:*12* 50:*7*
59:*17* 86:*15*
113:*18* 114:*22*
124:*15* 130:*14*
135:*2* 150:*4* 153:*4*
170:*8, 12* 174:*4, 15*
178:*19* 193:*1*
202:*3* 219:*7*
226:*12* 234:*9*
236:*22* 237:*14*
240:*9* 281:*16*
**background** 50:*9*
54:*3*
**badly** 237:*1*
**bales** 207:*5*
**ballpark** 115:*19*
**bank** 247:*22*
268:*11*
**banker** 32:*13*
**banks** 39:*18* 48:*13,
15*
**bare** 204:*12*
**barge** 124:*1, 4*
180:*11*
**Barry** 2:*4* 10:*12*
82:*4* 197:*8*
**base** 38:*20* 48:*5*
87:*16* 210:*16*
247:*17*
**Based** 30:*8* 33:*8*
37:*22* 87:*11* 88:*20*
89:*2* 92:*4* 98:*8*
99:*11, 20* 100:*7*
101:*12* 103:*17*
109:*4* 111:*19*
113:*14* 114:*1, 12*
124:*14* 128:*8*
142:*21* 153:*10*
157:*11* 158:*14*
166:*16* 170:*11*
188:*14* 195:*10*
202:*14* 205:*8*
217:*17* 228:*16*
232:*9*
**basically** 38:*20*
39:*3, 22* 77:*6* 85:*8,*

*14* 87:*3, 22* 111:*11*
112:*7* 128:*12*
131:*6* 185:*22*
186:*9* 208:*15*
**basin** 69:*14, 18, 21*
102:*20* 103:*1, 3*
104:*17, 19* 106:*8*
120:*9, 14* 121:*11,
18, 23* 122:*11*
124:*16* 125:*15*
127:*7* 128:*21*
133:*10* 180:*20*
183:*21* 188:*9, 21*
189:*2, 4, 5, 18*
195:*5, 13, 16*
**basins** 108:*15*
126:*8, 11* 188:*22*
264:*12* 275:*11*
**basis** 90:*20* 93:*2*
219:*23* 240:*11*
249:*23* 253:*1*
**Bates** 150:*23*
**Baxley's** 12:*10*
**bbrock@selcal.org**
2:*12*
**becoming** 36:*6*
212:*16*
**bed** 39:*18* 47:*11*
202:*17*
**behalf** 10:*18*
194:*12*
**belief** 139:*18* 229:*5*
**believe** 25:*17*
43:*23* 69:*9, 11, 15*
70:*3* 83:*3* 92:*14*
128:*23* 129:*6, 13,
15* 136:*2* 185:*8*
196:*21* 198:*2*
199:*4* 201:*12*
219:*20* 220:*20*
247:*9* 268:*13, 16,
19* 273:*12* 276:*18*
277:*14* 285:*2*
**believes** 129:*9*
**bell** 226:*12*
**belt** 94:*5, 14*
**beneath** 203:*17*
**best** 21:*17* 57:*3,
14, 16, 18* 90:*20*

180:*15*  272:*19, 23*
288:*5*
**better**  34:*19*  53:2
54:*17*  58:16
236:*15, 17*
**Bibb**  56:*6, 8*
**big**  16:*17, 20, 21*
35:*11*  95:5  208:*15*
212:22  223:*13*
**biggest**  54:*14*
223:9
**Bill**  279:*19, 22*
**biologist**  51:*10*
**Birmingham**  1:*16*
2:*10, 21*  9:*3, 11*
32:5  33:*16*  288:*12*
**birth**  10:8
**birthday**  262:8
**Bishop**  155:*20*
158:*23*
**bit**  40:*17*  43:*17*
50:8  60:*10*  111:*13*
136:8  152:*15*
246:*1*  255:2
281:*12*  282:*20*
**BLACK**  1:6  10:*14*
106:*20*  140:4
**blackish-gray**  48:2
**board**  19:2
**boat**  181:*16*
**Bob**  230:*23*  231:4
**bodies**  36:*21*
**body**  283:*13*
**bond**  78:*12*  79:*17*
148:8  150:*16, 21*
151:*4, 8, 18*  152:2,
*3, 14, 19, 19*  153:3
154:*17*  156:*16, 23*
158:*12, 13*  159:*15*
164:*18*  165:*3, 14*
166:*7, 23*  168:*1, 2,
3, 9*  175:*10*  176:*15*
177:*1, 18*  178:8
180:5
**bonded**  175:*14*
**bonding**  147:*17*
155:*11*  158:4
**boost**  75:*18*
**bottom**  43:*16*
65:*19*  95:*6, 11*

193:*19*  266:*10, 12,
23*  267:4  279:*19*
283:*17*
**bought**  21:*18*
24:*17*
**boulders**  182:8
191:*21*  200:5
**boundaries**  97:*14,
22*  98:*3, 7*  176:*11*
**boxed**  32:*16*  33:6
**boxes**  32:*13, 14*
33:*13*
**boys**  18:*20, 23*
**brain**  60:*14*
**breach**  199:*6, 8, 11,
16*
**breached**  203:*13*
**break**  64:*15*  99:2
135:2  163:*1, 17*
174:22  227:*13*
276:6
**breaker**  274:22
275:*1, 3, 5*
**breaks**  162:22
163:*15*  164:*10*
**bring**  32:*13*
**brings**  112:8
**Brock**  2:4  4:3
10:*3, 12*  21:4
42:23  53:*11*  63:7,
*21*  64:*19*  65:*4, 6*
67:2  98:*23*  100:*3*
126:*3, 5*  134:*19*
186:*19*  197:*10*
211:9  213:*19*
214:*11*  215:*14*
216:*12*  218:*23*
221:*11*  227:*7, 10*
248:9  276:5  287:9
**BROCK:**  14:*18*
15:*23*  20:*3, 13*
21:6  36:*20*  38:*10*
43:2  48:*1*  53:*13*
61:*17*  64:9  65:*14*
66:*15*  67:4  81:5
82:9  85:*11, 20*
86:*3, 22*  92:7  96:*3*
98:2  99:4  100:5
110:*15*  112:*18, 22*
113:*17*  124:*21*

125:*11, 19*  126:7
128:*1, 18*  129:*4, 11*
131:4  134:*4, 8*
135:*1*  143:6
144:*21*  145:*3*
164:*14*  172:23
175:*1*  179:22
186:*20*  187:*12*
189:*17*  191:*3, 8, 17*
194:*3*  196:7
197:*13*  202:22
204:2  205:4
208:*20*  209:*4, 13,
18*  210:*4, 16*
211:*14*  213:23
214:*16*  215:*18*
216:*4, 17*  217:4
219:*1*  221:*21*
226:22  227:*17*
230:9  232:*3*
236:*15*  239:*18*
240:7  245:*11*
246:*1*  247:*17*
248:22  254:*12*
267:*11, 20*  269:*11*
276:*11*  277:4
284:*4*  286:*17*
**Brookwood**  2:*20*
11:8  288:*12*
**brought**  11:*17*
12:*10*  13:*11*
**Brown**  252:*12, 15*
**Bruce**  158:*23*
**build**  12:*23*  13:*16,
17*  116:*11*  125:*14*
142:*23*  145:*14*
**building**  18:*3*
**built**  13:8  115:*13,
20*  230:5
**bunch**  214:*18*
**Burgess**  56:7
**buried**  112:*12*
233:*18*
**burned**  75:*14*
253:*20*
**business**  11:*23*
**Butts**  29:2, *3, 13*
**buying**  21:22
**By-Products**  21:*19*

24:*9, 20*  100:9

**< C >**

**calculated**  133:9
258:2
**calculation**  83:2
**calculations**  257:*18*
**call**  55:*13*  73:*6, 7*
75:*11*  93:6  103:7
107:23  111:7
112:22  113:6
120:8  130:*15*
133:6  140:6
166:23  177:*12*
180:*11*  182:*4*
195:*1*  199:*7, 9*
217:*10*  219:7
251:*21*  257:*19*
**called**  56:2  61:*7, 8,
10*  91:*14*  112:5
113:*20*  157:*12*
209:*3*  241:*19*
256:*14*
**calling**  12:*3*
126:*11*  177:*19*
250:*1*
**calls**  110:*12*  125:*1*
243:*20*  269:*3*

candreen@selcal.org
2:*13*
**canopy**  196:*12*
219:*16*  222:*12, 18*
223:*1, 3, 6, 16, 17*
235:*21*
**cap**  210:*11*
**capacity**  95:7
126:9
**capital**  255:*12*
**capped**  74:*17, 18,
20*  89:*1*  92:*17*
101:6  112:5  113:8
137:23  138:*5, 9*
140:*10*  142:*1*
180:*16, 17*  202:23
204:*19*  210:5
269:*15*
**capping**  74:8
142:6  224:22

captioned 234:*23*
care 78:*10* 168:*5*
carried 69:*2*
carrying 68:*13*
case 10:*14* 11:*13*
12:*1, 3, 5, 9, 12, 20*
14:*6* 15:*7* 28:*21*
29:*9, 11, 15* 30:*13,
17* 31:*19* 36:*2*
59:*6, 23* 60:*22*
61:*20* 63:*11* 66:*5*
72:*14* 79:*13* 84:*10*
107:*20* 127:*6*
136:*7* 160:*9* 211:*7*
213:*10* 216:*9*
220:*8* 225:*23*
226:*7* 248:*16, 20*
261:*14* 266:*16*
268:*16* 271:*11*
cases 12:*6*
catch 13:*8* 70:*6*
244:*15*
catching 244:*16*
catchment 244:*2, 9,
15* 245:*1, 8, 9*
cause 9:*13* 144:*5*
212:*8, 18* 228:*13*
289:*16*
causes 223:*9*
cavern 208:*15*
ceased 76:*17*
Cedrum 56:*13*
Center 1:*14* 2:*8*
9:*10*
certain 16:*8*
187:*19* 245:*4*
286:*7*
certainty 189:*20*
286:*22*
certificate 52:*14*
288:*1*
certificates 52:*7, 13*
Certified 1:*21* 8:*6*
9:*1* 289:*23*
certify 9:*5* 288:*17*
289:*6, 13*
cetera 211:*8*
chair 216:*3*
chance 259:*21*
263:*23*

changed 156:*21*
157:*3*
channel 41:*18*
101:*10* 218:*3*
233:*2*
characteristics
84:*18* 86:*7* 88:*12*
characterize 221:*6,
12*
charge 17:*21*
check 37:*6*
chemical 84:*18*
88:*11* 256:*1*
265:*14*
chemistry 91:*5*
Chetopa 253:*11, 12,
16*
children 18:*19*
Christi 16:*16*
Christina 2:*5*
chronology 164:*17*
circled 83:*5*
circumspect 17:*12*
circumstances
29:*22*
cited 12:*5*
cites 263:*1*
citizen 59:*12*
city 16:*20, 22*
CIVIL 1:*4* 9:*6*
claim 226:*5*
claims 59:*9*
225:*22* 226:*6*
clarify 44:*14*
136:*14*
classes 52:*11*
clay 74:*21* 101:*2*
269:*19* 270:*2*
275:*9*
Clean 59:*10* 80:*20*
81:*2, 11* 123:*5*
150:*21* 170:*1*
179:*3* 185:*9*
cleanup 81:*12*
185:*5* 205:*8*
clear 82:*4* 100:*1*
148:*18* 149:*23*
150:*20* 177:*13*
clearer 149:*10, 20*

Clifton 71:*7, 17*
72:*6*
clip 66:*16*
clipped 62:*23*
clogged 277:*14, 21*
close 262:*17*
closed 76:*19* 78:*19*
223:*3*
closer-up 185:*17*
215:*19*
close-up 201:*10*
closing 78:*17*
clump 195:*8*
coal 11:*15, 20*
25:*2* 26:*5* 53:*1, 4,
19* 54:*8, 18* 56:*11*
57:*20* 86:*7* 89:*23*
106:*18* 125:*4*
148:*5, 11* 160:*5*
161:*4, 7* 162:*2*
268:*11*
coarse 38:*16* 39:*2*
40:*4* 42:*9* 46:*7*
47:*17* 74:*7* 80:*17*
83:*22* 84:*6, 20*
85:*7, 13, 16* 94:*2*
95:*16* 109:*6* 113:*2,
15* 127:*13* 140:*2, 6,
17* 148:*14* 195:*19*
196:*19, 21* 197:*6*
202:*21* 204:*11*
207:*21* 225:*1*
235:*6* 244:*7, 10*
250:*5, 9* 268:*22*
coastal 16:*17*
coincided 178:*6*
collapsing 205:*5*
collection 103:*3*
college 50:*16*
color 43:*16* 48:*3*
83:*11* 202:*20*
coloration 47:*13*
184:*19*
colored 48:*7*
colors 92:*19*
combined 27:*3*
come 25:*23* 31:*1*
38:*16* 53:*2* 54:*16*
57:*23* 70:*10* 72:*9*
105:*5* 122:*19*

128:*6, 10* 138:*21*
184:*22* 212:*17*
224:*5* 234:*9*
comes 13:*18* 35:*6*
38:*18, 19* 102:*19*
107:*19* 109:*12*
217:*11, 19*
coming 39:*10* 49:*7*
107:*21* 110:*7*
116:*13* 121:*14*
183:*20* 184:*15*
193:*9* 218:*2, 8, 11*
219:*6, 18* 223:*5*
233:*12* 273:*4*
commencing 9:*12*
comment 112:*1*
165:*6* 213:*6* 222:*6*
271:*12*
commentary 70:*4*
comments 165:*11,
12* 167:*7* 240:*22*
243:*20*
Commission 81:*2*
90:*2* 98:*11* 151:*6*
162:*14* 165:*13*
237:*23* 246:*20*
264:*4*
Commissioner 8:*6*
9:*5*
COMMISSIONER-
NOTARY 289:*21*
communicated
61:*19*
compacted 140:*19*
141:*4* 225:*4*
companies 11:*15,
19* 12:*21* 13:*12, 16*
53:*19* 57:*23* 95:*15*
COMPANY 1:*9*
10:*16, 19, 22* 11:*20,
22* 13:*18* 14:*8*
17:*3, 11* 18:*11, 15,
16, 18* 19:*3, 7* 26:*5*
56:*11* 58:*4* 61:*7*
67:*12* 105:*4*
135:*10* 155:*10, 22*
159:*21, 22* 160:*13*
161:*21* 283:*4*
Company's 56:*7*
221:*15*

compare  186:*20*
201:*8*
compared  187:*9*
comparison  225:*9*
Complaint  59:*22*
complaints  226:*20*
complete  153:*11*
180:*5*
completed  148:*9*
160:*16, 17*  173:*21*
completion  230:*22*
compliance  241:*15*
comply  17:*20*
component  245:*15*
concentrations
88:*15, 19*
concerned  168:*6, 14*
concluded  287:*16*
conclusion  110:*12*
125:*2*  190:*15*
condition  202:*1*
conditions  17:*20*
188:*6*
conducted  161:*18*
conductivity  37:*6*
configuration  40:*1*
102:*5*
confirm  101:*22*
154:*18*  248:*14*
conflicting  229:*7*
confused  175:*2*
conjunction  64:*5*
73:*18*
connected  104:*16*
connection  175:*9*
176:*10, 14*  256:*16*
Conservation  59:*11*
consider  80:*20*
208:*13*  250:*2, 3*
259:*14*
considerable
231:*14, 21*
considered  39:*1*
74:*3*  101:*1*  111:*13*
180:*17*  245:*7, 9*
considering  228:*6*
279:*1*
consisted  262:*6*
281:*2*

consistent  72:*14*
136:*8*  141:*16*
constructed  46:*5,*
*10*  100:*6, 11, 16*
117:*9, 15*  229:*6*
269:*6*
constructing  228:*22*
Construction  11:*23*
12:*3*  117:*11*
123:*21*  124:*3*
183:*1*  243:*5*  269:*4*
consultant  63:*13*
66:*4*  91:*14*  241:*19*
242:*9*
consultants  221:*18*
consulted  61:*16*
contact  27:*3, 17*
57:*23*  233:*12*
contacts  26:*15, 20*
contaminated
226:*15*  247:*11*
contemporaneously
166:*9*
contention  63:*18*
context  84:*15*
241:*1*  263:*12*
continue  58:*12*
continued  24:*21*
31:*10*  77:*7*
continuing  3:*1*
52:*10, 13*
contour  101:*4*
contract  22:*9*
25:*10*  73:*16*  160:*4*
161:*8, 9, 15*  262:*22*
contracted  23:*1*
24:*15*  272:*12*
contracting  22:*20*
contractor  31:*6, 7*
272:*15*
contractors  100:*10*
182:*22*
contractual  160:*22*
contrary  66:*14*
contribute  188:*10*
control  13:*11*
14:*12*  15:*10, 18*
16:*7*  17:*6*  44:*12*
59:*3*  72:*20*  89:*9*
90:*10*  99:*21*  101:*4,*

*13*  116:*9, 10*  125:*4*
206:*11, 13*  217:*22*
235:*9, 14, 17*
238:*10, 17*  263:*2,*
*11, 12, 16*
controlled  23:*7*
149:*7*
conturing  275:*9*
conversation  71:*22*
72:*2*  178:*15*
conversations  72:*8*
convert  175:*23*
converted  96:*10*
convey  38:*5*  122:*14*
conveyance  94:*3*
133:*8*  134:*2*
conveyed  94:*13*
118:*19, 20*  122:*2,*
*20*  127:*15*
conveyor  94:*12*
conveyors  94:*5*
Cook  28:*20*
246:*17, 17*  282:*15*
283:*4*
copies  174:*17*
copy  155:*19*
core  266:*15, 18, 19,*
*20, 21*
corner  193:*19*
corporate  10:*22*
14:*7*  226:*4*
Corps  11:*6*  12:*11*
117:*5*  123:*10*
124:*3, 6, 7*  125:*10*
142:*22*
Corpus  16:*16*
correct  25:*17*  44:*6*
70:*3*  92:*17*  110:*20*
112:*13*  114:*18, 21*
121:*20*  122:*16*
143:*23*  144:*2*
145:*21*  147:*18*
148:*17*  151:*23*
167:*10*  168:*23*
176:*23*  179:*5*
180:*22, 23*  188:*2*
192:*10*  203:*14*
205:*13*  212:*2*
214:*7, 8*  240:*12, 15*
257:*3, 22*  270:*19*

273:*22*  277:*16*
283:*8*  288:*5*
289:*11*
corrected  35:*12*
corrections  288:*6*
correspond  92:*15*
corresponds  69:*18*
93:*8*  107:*1*
cost  133:*13*  161:*3,*
*4*  255:*12*
costed  133:*12*
cost-intensive  254:*4*
costs  159:*15*  160:*7,*
*10, 18*  161:*5*
Council  53:*21*
54:*15*  55:*6, 7*
counsel  8:*4, 10, 12*
9:*8*  289:*14*
country  53:*8*
countryside  96:*12*
County  11:*7*  13:*21*
56:*1, 6, 8, 9, 13*
165:*7, 9*  166:*5, 8,*
*14*  167:*5*  289:*4*
couple  79:*2*
157:*23*  163:*19*
164:*5, 6*  227:*8*
course  108:*14*
109:*4, 7, 8, 15, 21*
110:*3, 4, 6, 8*  111:*5,*
*7*  113:*5, 7*  130:*15,*
*16, 18*
courses  223:*8*
coursework  52:*1*
COURT  1:*1*  9:*7,*
*21*  14:*9, 22, 23*
59:*23*  65:*13*
cover  57:*21*  63:*20*
85:*14, 16*  93:*16*
157:*9, 10*  236:*19*
237:*2*  269:*19*
271:*19*
covered  23:*16, 17*
31:*12*  90:*15, 21*
94:*10*  113:*8*
117:*19, 20*  169:*14*
covering  91:*6, 6*
275:*9*
created  95:*18*

creek 11:*18* 13:*15*
106:*18*
creeks 11:*9*
cross 103:*22* 233:*8*
cross-over 103:*13,*
*19* 114:*8*
crushed 251:*10*
cubic 220:*12, 18*
Cullman 56:*1*
curiosity 214:*20*
current 10:*10*
17:*1* 211:*11*
currently 29:*5*
209:*5*
custom-made 254:*4*
cycle 212:*14*
cycles 220:*15*

< D >
dam 35:*7* 115:*10,*
*12, 16* 116:*11, 18,*
*19* 118:*2, 7, 10*
119:*1* 120:*6, 10, 20*
121:*3, 5, 10, 22, 23*
122:*5, 10, 22* 123:*1*
127:*5* 132:*14*
142:*23* 182:*2, 2, 4,*
*5, 12, 17, 19* 183:*2,*
*11* 184:*1* 185:*17*
186:*8* 189:*10*
190:*9* 193:*9* 195:*1,*
*3, 9* 196:*8, 11, 17,*
*23* 197:*4* 198:*13,*
*22, 23* 199:*1, 6, 18,*
*22* 200:*22* 201:*21,*
*23* 202:*6, 17, 23*
203:*6, 12* 214:*6, 10,*
*12, 15* 218:*16, 19*
229:*14, 15, 18, 21*
258:*12* 277:*13, 16*
278:*6, 8, 13, 15, 19*
280:*9, 15* 284:*7*
damage 277:*6*
damaged 277:*9*
dammed 129:*22*
dams 115:*1, 6, 20*
116:*7, 21* 117:*3, 6,*
*8, 13* 119:*20*
120:*13* 121:*18*
126:*13* 144:*1*

145:*14* 229:*5*
230:*5* 231:*7* 259:*2*
260:*12*
danger 204:*22*
205:*4*
dangerous 146:*8*
Darden 285:*21*
dark 49:*11*
dark-colored
140:*15*
darker-colored 48:*9*
data 32:*9* 60:*16*
64:*22* 65:*8* 66:*19*
67:*5, 11, 23* 250:*17*
256:*21* 264:*5*
276:*13, 15, 18*
285:*5, 7*
date 9:*6* 10:*8*
42:*21* 65:*18* 98:*8*
132:*9* 141:*13*
151:*21* 152:*1*
165:*16* 170:*3*
171:*21* 185:*20*
186:*18* 197:*9*
198:*3* 224:*1*
227:*11* 243:*3*
273:*13*
dated 228:*19*
243:*9* 252:*11*
253:*6* 255:*6* 271:*1*
dates 93:*11* 141:*9*
David 209:*21*
Davis 2:*17, 19*
9:*23* 15:*21* 19:*23*
20:*10, 22* 21:*11, 16*
36:*16* 38:*7* 40:*9*
42:*21* 43:*1* 47:*20*
53:*9* 61:*12* 63:*14*
64:*4* 65:*2, 5, 9*
66:*10, 22* 80:*22*
82:*3* 85:*9, 12, 23*
86:*16* 92:*3* 96:*1*
97:*23* 100:*1, 4*
105:*22* 110:*11*
112:*14, 20* 113:*10*
124:*20, 23* 125:*17,*
*23* 127:*20, 22*
128:*15* 129:*3, 8*
131:*3* 134:*3, 6, 15*
135:*3* 137:*2* 143:*1*

144:*17* 145:*1*
172:*21* 179:*18*
186:*17* 187:*3, 6*
189:*15* 190:*11, 14,*
*20, 23* 191:*7, 13*
193:*22* 196:*4*
197:*8, 12* 202:*18*
203:*19* 205:*1*
208:*18* 209:*2, 10,*
*16, 23* 210:*2, 12*
211:*5, 12, 20*
213:*17* 215:*6, 23*
216:*9* 217:*1*
218:*21* 221:*8, 14*
222:*5* 226:*17*
230:*8* 232:*1*
236:*12* 239:*16*
240:*4* 245:*2, 20*
247:*13* 248:*18*
254:*8* 259:*4, 8*
267:*8, 15* 268:*18*
269:*10* 276:*3, 23*
279:*3* 284:*1*
286:*15* 288:*10, 11*
day 9:*12* 28:*8*
198:*9* 288:*17*
days 59:*14* 67:*8*
152:*12* 165:*12*
deal 20:*18* 157:*22*
251:*20*
dealing 14:*15*
dealings 26:*12*
deals 17:*18* 156:*3,*
*5*
dealt 53:*1* 177:*7*
261:*12*
decades 27:*18*
72:*5* 222:*13*
deceased 19:*2*
27:*12*
December 235:*11*
258:*8* 282:*12*
283:*5*
decided 228:*13*
decision 144:*15*
decreased 150:*8*
Defendant 1:*10*
2:*16*
defendants 11:*16*

defer 221:*21*
deferred 221:*20*
define 87:*12* 223:*1*
definitely 224:*18*
definition 250:*11*
definitions 143:*18*
de-forested 95:*22*
degradation 187:*9*
degraded 187:*2*
degree 50:*22* 51:*1,*
*3, 23* 245:*7*
delays 153:*5*
deliberations
165:*15*
demolition 76:*19,*
*20*
denied 156:*17*
deny 240:*1* 247:*9*
department 33:*14*
depend 143:*3*
depending 152:*16*
depends 86:*7*
134:*14, 17*
depicted 69:*7*
98:*13* 136:*9, 11*
149:*8* 181:*11*
depiction 91:*15*
111:*9, 22*
DEPONENT 269:*8*
287:*14*
DEPONENT'S
288:*1*
DEPOSITION
1:*13* 8:*4, 14* 10:*15,*
*19* 12:*13* 19:*11, 12,*
*16, 17* 31:*16* 33:*19*
34:*2* 41:*13* 43:*5,*
*10* 45:*9* 46:*15*
48:*20* 63:*1* 65:*15*
81:*18* 96:*21* 106:*1*
111:*4* 126:*20*
135:*4* 137:*9*
158:*22* 167:*12*
194:*18* 212:*14*
227:*18* 246:*16*
285:*19* 287:*16*
289:*7, 11*
depositions 64:*6*
derived 162:*4*

describe 107:*14*, *17*
199:*18* 201:*20*
203:*12* 242:*13*
**described** 23:5
24:6 37:*18* 55:*13*
103:*20* 106:*23*
119:*16* 127:*4*
138:*4* 141:*17*
250:*4* 270:*3*
277:*23*
**describing** 77:*1*
277:*22* 278:*1*
**description** 232:5
**design** 100:*13*
122:*14* 140:*22*
142:*9* 145:*7*
**designate** 108:*1*
**designated** 82:2
105:*6*
**designed** 104:*13*
113:*23* 188:*3*, *4*
**destroyed** 191:*4*
**detail** 33:2 65:*11*
**details** 50:*7*
**determination**
110:*22* 145:*6*
**determined** 15:*16*
144:*4* 265:*22*
**developed** 23:*14*
222:*12*
**device** 263:*11*, *12*,
*17*
**diagram** 91:*13*
99:*5*
**dictate** 162:*21*
**dictated** 91:*5*
**difference** 95:2, 5
104:*14* 184:*19*
187:*11* 188:*13*, *19*
189:*7*
**differences** 104:*7*
**different** 11:*15*
20:*5* 49:*4* 52:*3*
53:*19* 54:*8* 56:*22*
57:2, *18*, *22* 83:*20*
84:*13* 91:*18* 92:*19*
109:*8* 131:*9* 139:*4*
141:*13*, *14* 144:*14*
157:*23* 165:*4*
172:*5* 223:*20*, *21*

224:*16* 229:*8*
230:*1* 231:*10*
236:*21* 237:*13*
239:*9* 241:*5*
283:*11*
**differential** 184:*18*
**differently** 224:*23*
**difficult** 47:*7*
**dike** 228:*22* 229:*10*
**dikes** 251:*11*
**Dildine** 257:*4*
**dimensions** 100:*15*
**direct** 128:*5*
159:*13*
**directed** 18:*21*
**direction** 17:*16*
122:*15* 219:*6*
**directly** 112:*4*
196:*10*
**Director** 17:5 59:*4*
151:*11*
**directors** 19:*3*
**disagree** 111:*21*
128:*14* 213:*12*
221:*17* 244:*19*, *21*
245:*18*, *22* 246:*5*, *6*,
*9*, *11* 247:*3*
**disagreed** 286:*8*
**disagreeing** 111:*23*
**disagreement**
160:*21*
**discharge** 70:*1*
99:*19* 101:*11*
102:*18* 104:*15*
105:*3*, *12*, *14*, *17*
112:*9* 119:2, *7*, *13*
169:*19* 170:*8*
173:*12*, *17*, *19*
174:2 175:*11*, *16*,
*18* 180:*18* 187:*21*
188:*1*, 5, *11* 189:*3*
190:*4* 239:5, *15*
280:*15*
**discharged** 188:*20*
**discharges** 101:*17*
131:*18* 187:*17*
219:*12* 282:*5*
**discharging** 132:*14*
218:*9* 247:*10*

251:*22*
**discuss** 65:2
**discussed** 146:*4*
198:*1* 209:*14*, *19*,
*20*, *21*
**discussing** 259:*17*
260:*15*
**discussion** 14:*17*
29:*13* 81:*10*
164:*13* 174:*21*
216:*14* 227:*9*
228:*22* 268:*10*
**discussions** 280:*13*
**disk** 272:2, 5
**disposal** 113:*16*
137:*19* 138:*13*
229:*19* 245:*14*
246:*8* 268:*23*
269:*4* 286:*13*
**disposed** 138:*15*
**dispute** 14:*10*, *14*,
*20* 15:*15* 16:2
63:*11* 92:8 93:2
160:*12* 220:*23*
221:*3* 236:5, 9
253:*1* 258:22, *23*
**disputing** 178:*14*
187:*16*
**disrupt** 212:*17*
**DISTRICT** 1:*1*, 2
9:*7*
**disturb** 175:22
228:*13*
**disturbance** 175:*19*
177:*19*, 21 178:*20*
**disturbed** 21:*23*
178:*21* 220:*20*
239:*5*
**ditch** 37:*18*, *20*, *22*
38:*1*, *10*, *11*, *12*, *19*
39:*14*, *16*, *17* 40:*2*
41:*18* 42:*12*, *14*, *16*,
*19* 44:*1*, *3*, 9 45:*18*,
*21* 46:*4*, 5, *22* 47:*6*,
*11* 48:*12* 49:*1*
70:*8*, *10* 74:*3*
92:22 99:*7*, *10*, *16*,
*18* 100:*6*, *11*, *19*
101:*15*, *16*, *17*, *18*
102:*9*, *13*, *17*

104:*16* 109:*18*
111:*13* 112:*8*
113:*19*, *20* 114:*3*, *6*,
*19* 217:*10* 270:*9*,
*16* 280:*9*
**ditches** 40:*17*
49:*20* 101:*4* 277:*7*
**diversion** 46:*5*
48:*12* 270:*9*, *16*
277:*7* 280:*9*
**divert** 270:*12*
**diverted** 264:*11*, *16*
**divided** 56:*18*
147:*17*, 21 238:*10*
**dividing** 89:5 90:*3*
**DIVISION** 1:2
24:*18* 25:*21* 26:*4*,
*7*, *7*, *11* 31:*12*
44:*20* 77:5, *19*
158:*9* 234:*11*
**divisions** 158:*15*
**DMRs** 173:*18*
174:*10*, *16*
**document** 33:*9*
66:*21* 112:*15*
113:*18* 146:*19*
147:*3* 151:2, *3*
154:*20* 155:8, *12*,
*13* 159:*4* 162:*15*,
*16* 167:*14* 175:*8*
179:*21* 181:*10*
227:*22*, *23* 228:*2*
229:*3* 231:*20*
232:*19* 234:*22*
236:*4* 240:*12*, *21*
242:*7*, *12* 243:*23*
248:*11*, *15*, *19*, *21*
249:*16* 251:*1*, *19*
252:*6* 253:*8*
255:*20* 256:*13*
258:*7* 259:*20*
261:*14* 262:*3*
263:*1*, *21* 265:*1*, *3*
268:*2* 274:*20*
275:*7* 276:*1*, *13*
277:*3* 281:*8*, *22*
285:*20* 286:*14*, *22*
**documented** 25:*12*
**documents** 28:*12*
31:*18*, *21*, *23* 32:*4*

**Dwight Hicks** 300

33:*1*, *3*, *16*   34:8
37:*17*   62:*23*   63:*3*
100:8, *13*   115:*13*
142:9   146:*14*, *21*
153:*1*   173:4   242:6
248:*17*   256:*16*
**doing**   24:2*1*   34:*17*,
*18*   36:4   51:*20*
53:*3*   54:*5*, *17*, *17*
72:*3*   76:*15*   78:22
198:*1*   216:*20*
272:*16*   281:*15*
284:*21*   285:*4*
**dollars**   275:*12*, *13*
**doubt**   249:*19*
**Doug**   28:20   246:*17*
**downhill**   218:*16*
**downstream**
107:*18*, 22   108:*1*
118:*12*, *20*, *23*
120:*12*   182:*13*
**dozer**   75:*23*
**dozers**   55:*15*   141:*4*
**Dr**   23:*17*   53:6
73:*18*   74:9
**draft**   283:*7*
**drain**   99:*10*
100:22   102:*17*
113:22, *23*   233:8
**drainage**   11:*18*
13:*4*, *9*, *10*, *13*
38:*15*   39:*10*, *13*
41:*18*   45:2*1*   47:*15*
70:6, *9*   85:22   86:*5*,
*14*   87:*1*, *13*, *21*
88:*9*, *10*, *18*   99:*12*,
*21*   101:*3*, *13*, *14*
103:*7*, *21*   107:*21*
109:*3*, *7*, *8*, *14*, *17*,
*21*   110:*3*, *4*, *6*, *7*
111:*7*   113:*5*, *7*
116:*12*   121:*13*
127:*16*   130:*14*, *16*,
*18*   143:*5*   225:*2*
226:*16*   257:*12*
263:*10*   265:*16*
**drainpipe**   232:22
**drains**   99:*13*, 22
102:*20*   114:*3*, *3*, *19*

**draw**   111:*4*, *15*
**drawing**   126:*9*
**drawings**   260:*1*
**drawn**   111:*11*
112:*11*
**dredge**   123:*9*
**drew**   112:*3*
**drive**   95:*1*
**DRUMMOND**   1:*9*
10:*15*, *18*, 22   14:8,
*10*, *19*   15:*12*, *19*
17:*3*   18:*11*, *15*, *16*,
*18*   19:*1*, 7   20:20
21:*7*, *14*, *18*, 22
22:*2*, *9*, *19*   23:*1*, *21*
24:*2*, *4*, *17*, *17*   25:*7*,
*15*, *21*   26:*1*, *3*, *4*, *10*
28:*8*, 8   29:6, *10*, *14*
31:6, *9*, *10*, *14*, *19*
32:*2*   44:*4*, 8   45:*5*
54:*13*, *13*   55:*3*, 7
56:*3*   58:*3*, *16*, *18*,
*23*   59:*17*   60:2*1*
62:*10*   63:8   64:*1*
65:6   66:*3*   67:22
68:*17*   70:*15*, *17*, *18*
71:*9*, *14*   72:*12*, *18*
76:*2*, *7*, *11*, 22
77:*12*, *13*   78:*4*, *14*
79:*8*, *11*   81:8   83:*1*
98:*5*   100:2   105:*18*
113:*19*   114:22
117:*5*   119:6, *12*, *19*
123:*16*   124:*7*, *9*
125:22   128:*18*, *23*
129:6   132:*5*, *12*, *16*
133:9   135:*10*
144:*15*, *19*, *20*, 22
146:*18*   148:2
155:*10*, 22   158:*11*,
22   159:*9*, *14*, *19*
160:*9*, *12*, *23*
161:*12*   162:*7*
165:2*1*   167:*15*
171:22   173:*7*, *11*,
*17*   174:8   183:*3*
185:2   187:*16*
190:*2*   192:*3*, *5*, *8*,
*12*   194:6, *9*   197:*13*,
*19*   199:2*1*   200:*7*

205:*7*, *15*   209:*4*
217:2*1*   218:*7*
219:*11*   225:*16*
228:*1*   234:*4*, *11*, *13*
238:*1*   240:*1*   247:*2*,
*9*   248:*15*, *19*
250:*23*   253:*7*
266:8   267:2*1*
273:*19*   279:*12*
281:*10*   284:*16*
286:*12*
**Drummond's**   60:2
64:*10*   67:*10*   129:*5*
150:*23*   194:*11*
211:*14*, *15*   213:*11*
216:6   262:*13*
**Due**   261:20
**dues**   55:8, *10*
**duff**   223:*12*
**duly**   9:*18*   176:*5*
**dump**   95:*5*, *11*
97:2*1*   135:2*1*, 22
136:*9*, *16*   139:*5*
148:*16*, *19*, *21*
149:*1*, *10*   196:*13*
211:*19*   224:8
263:2   268:*14*
271:*4*, *6*, *9*   286:20
**dumped**   95:6
141:2, *12*
**dumping**   261:*3*, *15*
**dust**   251:*14*, *15*
**dusty**   33:*13*
**duties**   17:9
**duty**   175:*10*
176:*15*
**DWIGHT**   1:*13*
8:*5*   9:*13*, *17*   10:6
288:*3*, *10*

**< E >**
**earlier**   13:2   23:20
32:22   44:*19*   73:*16*
77:4   87:8   92:*15*
99:7   102:2*1*   137:*4*,
*12*   141:*17*   142:20
143:2*1*   145:*16*
149:*14*   154:2*1*
166:*4*, *19*   168:20
171:*7*   173:*5*

182:*12*   190:*7*
204:*10*   234:*3*
235:22   257:*1*
259:*11*   270:*1*, *1*, *15*
277:*14*   281:*12*
282:20
**early**   22:*15*   29:*12*
70:*23*   76:*14*
**earn**   50:22
**earth**   51:22   55:*15*
197:2*1*   211:*3*
**easier**   35:*4*   43:*17*
**easily**   93:*13*
**East**   18:*1*   37:*20*,
*21*   38:*10*, *11*, *12*, *19*
39:*14*, *15*, *17*   42:*12*,
*14*, *16*, *19*   44:*1*, *3*
45:*17*   46:*4*   99:*7*,
*15*, *18*   100:*6*, *11*
101:*14*   118:*13*
217:*11*   218:*10*, *12*
219:*5*   233:*11*
270:*15*
**eastern**   37:*18*   42:*4*,
*6*   92:22
**edge**   181:2*1*   199:*4*
200:*10*   208:*3*
229:*1*
**education**   51:*14*
52:*11*, *12*, *14*   58:*12*
**educational**   50:8
52:*5*
**Edwards**   27:*11*
228:*5*   230:*17*
232:*17*   252:2*1*
253:6   260:*23*
264:22   282:*1*
**effect**   80:*15*   89:*11*
105:*17*   158:*13*
169:*7*, *23*   173:*11*,
*16*
**effecting**   148:8
158:*12*
**effective**   152:*1*
**effects**   89:2*1*
**effluent**   239:6, *7*, *11*
**effort**   101:2*1*
**eight**   257:*11*
**eighty**   257:*13*
**eighty-two**   93:*15*

**either** 57:16 59:3 94:15 125:7 133:7 149:17, 23 178:3 180:6 244:21 258:23
**electricity** 256:7
**elevation** 202:7
**eliminate** 74:14 258:20
**eliminated** 153:16, 18, 19 154:6
**Elmaton** 16:19
**embankment** 48:16 200:10
**embarked** 76:20
**emergency** 188:4
**emphasis** 25:3
**employed** 71:9
**employee** 25:15 29:10, 14 31:14
**employees** 25:23 26:3 76:2 79:9 182:22
**employer** 17:2
**empty** 188:21, 23 189:4, 9, 10
**enacted** 123:12
**ended** 15:15, 17
**engineer** 26:14 51:4 70:18 120:3 155:17 213:9 234:1
**engineering** 66:8, 12 77:20 78:22 100:12 135:18 138:22 155:22
**Engineers** 11:6 12:11 24:11 117:5 123:11 125:10 220:9
**entail** 17:9
**enter** 64:23
**entities** 165:5
**entity** 24:23 25:20
**entrance** 243:1
**entry** 13:3 163:21
**environment** 212:19
**Environmental** 1:14 2:8 9:10 12:6 17:6, 17, 19

59:2 72:20 77:21 212:9
**environmentally** 51:21
**ephemeral** 109:16
**equipment** 54:4 55:15 94:3, 22 211:4 254:4
**era** 163:16
**erect** 229:18
**erode** 208:8
**eroded** 199:14, 17, 19, 20 200:14 202:8 206:20 208:17 212:14 215:5 220:19 221:5 222:3 236:5, 11, 13 237:1 278:12
**eroding** 220:12 259:13, 15
**erosion** 196:2 201:20 206:11, 13 207:20 209:6, 15 217:14, 19, 22 218:3 219:18 222:16, 19 223:8, 14 225:6
**escape** 281:16
**escapes** 11:22
**especially** 242:21
**essentially** 25:20
**established** 72:11 176:19 222:15 237:2
**estimate** 133:13 220:10 274:21
**estimated** 136:18 230:21
**estimates** 220:13
**estimation** 110:17 250:12
**et** 211:8
**evaluate** 61:2
**event** 39:12 62:15 134:18 187:20 188:23 189:6 200:20 218:7

**events** 28:4 39:8 122:19 193:13, 17 211:7 218:17
**eventually** 218:19
**evidence** 8:15 114:5 131:13 184:14, 22 196:2 207:20 221:3 222:1, 7 237:5 260:11 271:18, 22
**exact** 170:3, 6 224:1 273:13
**exactly** 49:6 70:20 152:8 157:20 206:4 207:17 239:21
**EXAMINATION** 4:3 9:14 10:3
**examined** 9:18 21:20
**example** 88:16 210:23
**excavate** 131:22 211:17 213:11
**excavated** 129:1 189:18 259:2
**excavating** 128:20
**exceeds** 154:8
**excellent** 235:21
**Excuse** 82:6 151:19 214:15
**Exhibit** 4:8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23 5:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23 6:1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23 7:1, 2, 3, 4, 5 19:11 41:10, 13 43:5, 7, 22 45:6, 9, 14 46:12, 15 48:17, 20 49:21 62:20 63:1 64:17, 20, 22 65:15 66:16 68:22 69:8 73:3 81:17 92:16 93:10 96:21

98:15, 20 105:23 106:8 111:3 114:23 115:1 121:3 126:16, 19 129:19 130:8, 19, 22 131:3, 5, 8, 10 132:19, 22 133:16 135:3, 6 136:11 137:9, 23 138:9, 10 139:9, 23 140:13 146:10, 13 149:2 150:18, 22 153:14 154:10, 17 155:4, 7 158:19, 21 162:10, 13 164:16 167:11 171:7 172:19 173:16 181:6, 9 185:12, 15 186:11, 14, 21, 21 191:15, 18 192:17, 20, 23 194:15, 18 198:5, 8, 16, 18 201:1, 4, 8 203:2, 5, 23 204:4 205:20, 22 207:8, 11 213:21 214:1 215:16, 19 216:15, 18 218:5 219:4 227:11, 15, 18 230:13, 16 231:3 232:13, 16 233:20, 23 237:19, 22 240:16, 18 242:2, 4 246:13, 16 248:5, 7 250:19, 22 252:8, 11 253:3, 5 255:3, 5 256:10, 12 258:4, 7 259:18 260:20, 22 261:22 262:9, 12 263:5, 7, 19, 23 264:19, 21 267:18, 21 270:21, 23 273:12 274:17, 19 275:16 276:8, 9 279:7, 14 281:5, 7, 17, 19 282:9, 11, 23 283:3 284:13, 16 285:18 286:19
**EXHIBITS** 4:6 34:1 81:19 137:2,

*3* 159:*9*
exist 248:*3*
existed 161:*9*
existence 68:*11*
114:*6*
Existing 176:*1, 2*
246:*22*
Exp 289:*22*
expect 285:*16*
expected 104:*13*
expensive 210:*10,*
*14* 212:*4*
experience 114:*13*
124:*18* 125:*21*
142:*22* 210:*18*
expert 61:*19* 64:*6*
66:*4* 213:*1, 18*
221:*10*
experts 60:*22* 61:*5*
68:*18* 221:*16, 22*
266:*17*
expiration 171:*21*
expire 170:*14*
172:*10*
expired 171:*11, 15*
Explain 140:*20*
212:*10*
exposed 86:*3*
extends 172:*14*
extension 171:*3*
extensive 74:*10*
extent 22:*6* 23:*18*
110:*12* 125:*1*
190:*12, 14*
external 282:*16*
extract 265:*23*
eyes 208:*21*

< F >
facility 32:*18*
facing 228:*7*
fact 22:*6* 112:*19*
188:*9* 208:*15*
221:*9* 222:*1*
258:*18*
facts 129:*10* 211:*6*
221:*2*
factual 221:*23*
failure 263:*10*
fair 21:*5* 137:*8*

fairly 27:*4, 16*
196:*20*
fairness 21:*13*
fall 193:*15*
fallen 206:*19*
207:*1, 6*
falling 49:*9*
familiar 36:*6*
61:*14* 62:*18* 67:*15*
90:*7* 97:*5* 115:*3*
146:*20* 159:*11*
217:*6* 253:*15, 23*
255:*21* 256:*3*
261:*3* 278:*2*
familiarity 114:*13*
familiarize 34:*6*
179:*16*
familiarized 34:*10*
family 18:*16* 19:*4*
far 15:*11* 22:*18*
23:*19* 46:*18* 52:*12*
54:*22* 55:*14* 66:*9,*
*12* 72:*23* 95:*3*
117:*14* 123:*20*
158:*12* 160:*5*
168:*5* 170:*8*
178:*19* 285:*10*
farm 16:*18* 75:*22*
farming 16:*17*
fashion 65:*12*
favor 15:*8*
feasibility 212:*5*
feasible 211:*17*
212:*1*
February 165:*18*
166:*2*
Federal 9:*6* 59:*10*
90:*11* 238:*18*
Feel 66:*19*
feet 228:*23*
fifteen 16:*21, 22*
fifth 283:*16*
fifty 220:*11* 228:*23*
figure 38:*8* 43:*8*
46:*21* 69:*22* 82:*14,*
*16* 99:*6* 103:*12*
120:*5* 216:*21*
figures 162:*3*
255:*12*

file 32:*10* 59:*13*
104:*18* 166:*9*
285:*2*
filed 21:*14* 29:*11,*
*16* 59:*23* 71:*5, 20*
72:*1* 79:*13* 81:*15*
117:*4* 119:*11*
165:*21* 166:*6*
185:*1* 190:*3* 194:*5*
200:*3* 205:*14*
217:*21* 274:*16*
filing 73:*12*
fill 123:*9* 189:*19*
257:*19* 258:*11*
filled 109:*1* 128:*12*
130:*17* 246:*7*
fill-in 95:*12*
filling 130:*8* 189:*2*
fills 118:*17*
filter 118:*3* 277:*13,*
*15, 21* 278:*2* 280:*8*
282:*19*
final 78:*5, 12*
79:*17* 151:*8, 18*
152:*3, 19* 166:*23*
168:*3, 9* 177:*18*
finally 27:*2*
find 261:*1, 7*
finding 15:*8*
fine 16:*5* 84:*20, 21*
148:*13* 149:*22*
287:*7*
fines 13:*20* 148:*5*
finish 52:*16* 267:*8*
finished 267:*12*
finishing 267:*14*
fire 162:*22* 163:*1,*
*15, 17* 164:*10*
fired 29:*20*
first 9:*18* 11:*13*
51:*17* 52:*20* 63:*4*
66:*1* 73:*9* 106:*15*
109:*2* 114:*23*
115:*22* 116:*1*
139:*23* 142:*5*
147:*6* 151:*2*
165:*19* 170:*9*
199:*11* 228:*4*
232:*18, 19* 242:*5, 5,*
*14* 243:*19* 246:*21*

249:*2* 251:*2* 260:*4*
262:*21* 264:*7*
265:*18* 273:*15*
274:*9*
fish 180:*13* 181:*3,*
*5* 226:*22* 227:*2, 3*
Five 18:*19* 87:*18*
126:*5* 152:*18*
216:*10* 252:*4*
five-year 170:*20*
flake 253:*20*
flat 23:*10*
flatted 225:*4*
flattened 140:*18,*
*22* 141:*3*
flattens 202:*11*
Floor 2:*20* 288:*12*
Florie 2:*19* 288:*11*
flow 107:*17* 108:*1*
188:*4* 193:*7*
245:*15* 253:*22*
flowing 122:*17*
183:*18* 187:*13*
188:*18*
flue 251:*14*
f-l-u-e 251:*15*
flyover 198:*1*
flyovers 197:*14*
folder 146:*13, 15*
folks 27:*6, 8* 79:*1*
follow 91:*1* 177:*9*
following 9:*14*
218:*21*
follows 9:*19* 66:*18*
169:*2*
follow-up 39:*4*
142:*19*
foot 269:*19*
forced 15:*19*
foregoing 9:*8*
289:*7, 10*
foreground 186:*5*
foremost 51:*17*
53:*8*
forest 51:*3, 19*
157:*11*
forested 96:*9, 13*
forester 51:*7, 11,*
*13, 17*

**Dwight Hicks**

**303**

**Forestry** 53:6
162:21
**Fork** 99:23 106:18,
20 107:7, 21 110:6
115:11 119:3
131:19 168:22
181:16 182:3
184:6, 8 187:18
191:6 215:4 218:9
231:15, 22 246:4
247:10 266:2, 10
**form** 8:11 15:21
20:10, 22 21:11
36:16 38:7 47:20
66:10 80:22 85:9,
23 86:16 97:23
110:11 112:14, 20
124:23 125:23
128:15 129:3
134:3, 16 144:17
145:1 187:3, 6
189:15 190:11
193:22 196:4
202:18 203:19
205:1 208:18
210:12 211:5, 20
215:6 221:8
236:12 240:4
245:2, 20 247:13
259:4
**formal** 52:4
**format** 283:11
**forming** 87:21
**forth** 275:7
**Foster** 61:12
63:13 64:21
**foundation** 36:17
38:8 47:21 80:23
85:10 86:1 112:21
125:1 126:1
134:16 145:2
196:5 202:19
203:20 205:2
208:19 210:13
215:7 226:17
240:5 245:3, 21
247:14 259:5
**founder** 243:13
**Foundry** 15:13

**four** 17:8 27:18
72:5 106:22, 23
139:12 153:15
157:17 167:17
171:18 178:5
260:14
**fourth** 251:7
258:8 282:13
**frame** 22:23 23:22
24:1, 7 167:5
174:15 201:16
**frames** 91:17
**free** 66:20
**frogs** 181:4
**front** 19:9 43:4
65:13 106:5 120:5
175:7 200:6 215:1
255:7 262:1
**front-end** 94:18
**full** 10:4 151:12,
12 188:10, 21
189:5, 8, 12, 13
258:15, 19
**fully** 44:21
**function** 103:15
259:3
**functional** 44:21
68:8 201:23
203:12 233:16
**functioning** 202:9
**fund** 55:3
**funded** 55:6, 11
**funding** 55:9
**funds** 205:8
**further** 239:20
245:12 246:2
287:14 289:13
**future** 148:4 211:7

**< G >**
**Gail** 1:20 8:5 9:1
289:20
**gain** 15:10 178:4
**gained** 81:2 238:11
**gates** 164:5, 7
**gathering** 31:22
**General** 12:10
34:13 39:15 42:13,
18 71:3 72:9
79:19 84:17 90:17

96:23 97:16
107:16 110:2
133:20 206:5
207:18
**generalities** 71:23
**generally** 51:12
75:4 92:2, 6 93:8,
12 94:9 102:4
106:4 128:17
136:2 143:12
147:14 163:7
241:9
**generate** 85:21
86:4 87:9
**generated** 63:10
**generation** 86:14
**gentleman** 27:16
61:18 70:13
**geologic** 84:8, 13
**geologist** 51:8
71:12
**geology** 66:13
**George** 29:23
257:2, 5
**germane** 144:11
**getting** 22:19
54:22 78:12, 13
90:1 156:13
157:21 160:14, 19
164:17 224:14
262:17
**Gibson** 279:19, 22
**Gilbert** 234:15
**give** 42:21 75:17
96:5 144:9 167:5
186:17
**given** 40:9 158:14
289:12
**gives** 165:11
**giving** 165:21
166:3
**go** 16:13 22:21
32:10, 12 43:17
50:16, 19 52:19
53:16 56:17 60:20
66:11 72:21 73:9
80:23 84:22 86:9
102:7 105:7
108:14 118:23, 23
121:21 122:21

126:5 134:16
139:1 143:1 148:7
152:23 168:6, 6
170:9, 12 202:19
210:20 216:12
218:15 220:9
222:7 232:15
251:6 276:20
282:13
**GOB** 91:18 93:6
112:5 205:16
217:12, 15
**goes** 15:12 52:1
84:22 107:18
109:17 152:16
212:17 284:17
**going** 19:9 21:21
22:4 23:4, 8 28:10
33:7 34:23 37:14,
17 38:14, 15, 17
39:6, 6, 7 40:17
41:12 42:8, 9 43:3,
4, 15 48:5 50:4
54:5 62:22 63:15
76:18 78:1 84:21
85:14, 15 86:15
87:19, 22 88:1
89:8 95:5 103:6
105:4, 5, 7, 10, 10,
11 107:19, 22
109:13, 14, 15
111:12 113:17
114:9, 14, 15
115:16 116:16, 16,
17 117:21 118:19,
20, 21, 22 122:2, 3,
18, 20, 23 125:5, 7
126:12 127:4, 12
131:6 138:21, 23
139:22 140:17
143:13 146:6, 12
147:23 148:3
150:8, 14 151:9
152:18 162:20
163:3 164:8 167:6
172:10 175:19, 20,
22 176:4 178:9
182:1, 3, 4, 10
186:13 187:20
189:7 191:11

**Dwight Hicks**                                                 **304**

192:22  193:*12*
196:*18*  198:*22*
199:*3*  200:*9*  202:*8*
208:9, *10*  210:*20*
212:*18, 21, 22, 23*
214:*4, 6*  218:*14, 15,
16, 18*  219:*19*
223:*4, 5, 10, 14*
226:*3*  233:*10*
240:*8*  244:*7, 10, 12,
13*  245:*4, 5*  251:*9,
19*  254:*10*  260:*3*
263:*13*  265:*10*
268:*20*  269:*18*
271:*14*  276:*21*
277:*1*  281:*15*
**good**  35:*13*  49:6
58:*7*  66:*7*  72:*2*
134:*20*  154:*8, 9, 9*
162:*21*  163:*1*
181:*2*  237:*9*  243:*7*
**Google**  197:*21*
**Gordon**  213:*2*
**gotten**  133:*12*
200:*15*
**government**  165:*7*
**grade**  55:*15*  57:*14*
210:*11*
**graded**  54:*22*
141:*4*  204:*19*
210:*5*  225:*4*
**gradient**  107:*18*
**grading**  53:*3*
55:*18*  56:*4*  57:*12*
74:*6*  275:*8*
**graduate**  50:*11*
**graduated**  16:*18*
**grand**  275:*11*
**grant**  168:*9*
**granted**  157:*16*
178:*10, 12, 23*
**granting**  173:*3*
**grasses**  57:*17*
157:*9*  228:*15*
**gray**  195:*13*
**grayish-looking**
195:*4*
**grazing**  157:*12*
**greater**  222:*16*

**green**  191:*23*
**grew**  16:*15, 17*
**gross**  162:*4*
**ground**  49:*15*
96:*15*  127:*11*
157:*9*  208:*16*
223:*7*  284:*21*
**grounds**  8:*13*
**groundwater**  67:*18,
19*  68:*3*  247:8, *9,
16*  248:*1*  249:*15*
250:*1, 2, 7, 7, 11, 14*
276:*14*  285:*15*
**groupings**  56:*19*
**grow**  16:*13*
**growing**  156:*21*
157:*2*  181:*4*
202:*15*  206:*8*
208:*4*  220:*3*
**grunt**  54:*6*
**guess**  15:*16*  52:*8*
64:*23*  83:*6*  94:*15*
114:*11*  115:*21*
127:*23*  128:*2*
144:*14*  213:*5*
286:*23*
**guessing**  114:*9*
**gully**  133:*4, 7*
217:*10*
**guy**  213:*2*

**< H >**
**halfway**  16:*15*
**hand**  41:*12*  146:*12*
162:*12*  189:*4*
192:*19*  263:*7*
288:*18*
**handed**  48:*19*
135:*3*  158:*21*
252:*10*  255:*5*
258:6  267:*20*
281:*19*  282:*11*
283:*2*  284:*15*
**hand-held**  37:*5*
**handing**  46:*14*
126:*19*  132:*21*
137:8  154:*16*
155:6  230:*15*
264:*21*

**handled**  125:*21*
152:*10, 21*
**handwriting**  81:*21*
280:*4*
**handwritten**  283:*12*
**happen**  81:6
175:*20*  189:*23*
228:*10*  254:*15*
**happened**  78:*3*
166:*1, 4*  226:*10*
252:*1*
**happening**  217:*15*
219:*21, 22*  220:*1,
16*  231:*17*  240:*9*
254:*18*
**hard**  45:*22*  48:*14*
102:*3*  149:*23*
200:*11*
**hard-pressed**  36:*18*
**hardwoods**  223:*21*
**harm**  212:*9*
**hate**  58:*11*
**Hated**  58:*4*
**hauled**  94:2
**hauling**  95:*3, 16*
**hay**  207:5
**heading**  230:*19*
268:*9*
**healed**  72:*4*
**Health**  80:*14*
**hear**  64:*8*
**heard**  66:*13*  81:*14*
197:*23*  227:*3*
254:*17*
**hearing**  289:*12*
**hearings**  168:*7*
**heavy**  88:*15*  94:*22*
277:*7, 9*
**held**  58:*22*
**help**  182:*11*  201:*9*
207:*3, 4*  209:*14*
**helpful**  55:*14*
**helps**  136:*14*
**Heman**  18:*18*
**hey**  58:*11*
**HICKS**  1:*13*  8:*5*
9:*13, 17*  10:6, *12*
19:*14*  40:*18*  43:*2*
62:*22*  64:*7*  65:*14*
126:*18*  129:*18*

135:*1*  155:6
164:*14*  181:*8*
204:*3*  227:*17*
263:*22*  288:*3, 10*
**high**  16:*14, 18*
50:*12*
**higher**  87:*17*
**highly**  265:*14*
**Highway**  18:*1*
**hill**  206:*20*
**hillside**  200:*10, 13*
**hips**  169:*2*
**hired**  52:*21, 22*
53:*1*  54:*2*  91:*14*
100:*10*  242:*9*
**hitting**  116:*15*
223:6
**hold**  202:*3*  276:*20*
**holdings**  14:*11*
**hole**  35:*11*  202:*17*
208:*16*
**hook**  267:*14*
**hours**  286:*5*
**housekeeping**
64:*19*  65:*11*
177:*12, 15*
**Houston**  16:*16*
**human**  204:*22*
**hundred**  31:*20*
41:*20*  257:*13*
275:*12*
**hundreds**  174:*12*
**hydrate**  253:*20*
**hydrated**  75:*12, 15*
**hydrologist**  51:6
**hydrologists**  220:*9*
**hydroxide**  265:*11,
11, 13*

**< I >**
**idea**  25:*8*  90:*16*
95:*21*  100:*17*
115:*19*  126:*15*
226:*1*  235:*12, 23*
237:*4*  240:*6*  247:*5*
254:*16*  261:*19*
263:*4, 18*  267:*6*
278:*21*  284:*12*
**identical**  56:*20*

**identification** 41:*11*
45:*7* 46:*13* 48:*18*
62:*21* 64:*18*
126:*17* 130:*20*
132:*20* 133:*17*
146:*11* 150:*19*
154:*11* 155:*5*
158:*20* 162:*11*
181:*7* 185:*13*
186:*12* 191:*16*
192:*18* 194:*16*
198:*6, 17* 201:*2*
203:*3* 204:*1*
205:*21* 207:*9*
213:*22* 215:*17*
216:*16* 227:*16*
230:*14* 232:*14*
233:*21* 237:*20*
240:*17* 242:*3*
246:*14* 248:*6*
250:*20* 252:*9*
253:*4* 255:*4*
256:*11* 258:*5*
259:*19* 260:*21*
261:*23* 262:*10*
263:*6, 20* 264:*20*
267:*19* 270:*22*
274:*18* 275:*17*
276:*10* 279:*8, 15*
281:*6, 18* 282:*10*
283:*1* 284:*14*
**identified** 81:*22*
**identifies** 286:*11*
**identify** 32:*11*
39:*20* 41:*18, 21*
135:*4* 147:*7*
**II** 148:*19, 23*
149:*16* 151:*14, 14,
16, 17, 19* 152:*6*
155:*1* 156:*6, 10, 14,
16* 165:*3, 22*
179:*13*
**III** 151:*14, 17*
152:*6* 156:*14*
165:*4, 22* 168:*1*
**immediately** 196:*18*
**impede** 244:*13*
**impervious** 245:*9*

**implemented** 13:*7*
251:*16* 252:*5*
254:*2* 260:*9, 16*
**implementing** 57:*10*
**important** 172:*13*
**impounded** 123:*1*
278:*13*
**impoundment**
84:*23* 85:*1* 148:*2,
3, 6, 13* 163:*22*
180:*8*
**improve** 265:*7*
**Improvement** 81:*2*
252:*23*
**inadequate** 156:*17*
**incident** 226:*9*
**incidentally** 243:*8*
**include** 136:*9*
148:*16*
**included** 147:*13*
148:*19, 22* 149:*15*
178:*16*
**includes** 118:*8*
275:*8*
**including** 177:*10*
**Incorporated** 17:*3*
**incorrect** 166:*20*
**increase** 241:*12*
253:*22*
**Increment** 148:*12,
15, 19, 23* 149:*16,
17* 150:*7* 151:*14,
19* 154:*18* 155:*1*
156:*6* 179:*13*
**increments** 147:*5,
17, 21, 23* 148:*10*
**INDEX** 4:*1, 6*
**indicate** 91:*22*
93:*19* 117:*1*
142:*10* 153:*2*
165:*20* 242:*8*
**indicates** 150:*7*
255:*8* 282:*3*
**indicating** 45:*13*
50:*4* 69:*12, 16*
73:*21* 74:*20* 75:*5*
83:*9* 97:*17* 110:*8*
130:*14* 135:*23*
143:*10* 154:*3*

201:*17*
**indication** 247:*15*
**indirectly** 55:*5*
**industrial** 180:*12*
**infill** 93:*6*
**infiltrate** 245:*6*
**infiltrating** 244:*14*
**infiltration** 141:*5*
244:*13*
**influence** 21:*3*
**info** 285:*1* 286:*2*
**inform** 20:*17*
**information** 20:*16*
34:*10* 82:*12* 94:*11*
96:*5* 113:*14*
116:*23* 123:*23*
124:*14* 127:*8*
136:*22* 157:*6*
158:*14* 159:*7, 12*
170:*12* 171:*1*
182:*21* 188:*14*
229:*8, 9* 230:*2, 4,
12* 231:*11* 240:*14*
257:*21, 22* 261:*17,
21* 267:*3* 271:*3*
283:*22* 284:*8*
**informed** 282:*17*
**in-house** 209:*20*
**initially** 147:*22*
253:*19*
**Injecting** 254:*22*
**in-kind** 55:*13, 19*
**innerburden** 86:*8*
**inquiry** 132:*2*
**inside** 116:*18*
**insinuated** 280:*2, 7*
**inspection** 243:*19*
277:*6*
**inspector** 151:*7*
153:*8* 261:*11*
279:*23*
**installation** 231:*7*
232:*22*
**installed** 68:*3*
116:*3* 253:*11*
256:*7* 260:*16*
277:*18*
**instance** 167:*9*
**instances** 277:*8*

**insurance** 225:*21*
226:*6*
**intact** 77:*22* 102:*2*
115:*6* 202:*6*
**intend** 156:*10*
**intended** 40:*18*
**intentions** 165:*10*
**interact** 30:*9, 19*
**intercepting** 223:*10*
**interest** 18:*10*
19:*7* 58:*15*
**interested** 289:*15*
**interesting** 154:*7*
**interim** 89:*12*
238:*7, 12*
**intermittent** 108:*3,
8* 109:*16*
**interpret** 114:*12,
15* 278:*7, 8*
**interpreted** 67:*23*
**interrogatories**
60:*11*
**interrogatory** 60:*5*
226:*23*
**invalid** 64:*12*
**investigate** 241:*20*
**investigation** 63:*10*
**involve** 255:*18*
**involved** 11:*15*
13:*6* 22:*16* 23:*22*
24:*11* 25:*1* 54:*19*
76:*15* 77:*3* 78:*5, 9,
20* 142:*13* 158:*3,
10* 234:*8* 247:*7*
261:*6* 272:*13*
**involvement** 22:*3, 7*
23:*19* 44:*16, 17*
**involves** 51:*20*
59:*9* 168:*13*
**iron** 239:*12, 19*
240:*2* 241:*12, 16*
255:*8*
**issue** 14:*12* 172:*17*
208:*14* 221:*19*
**issued** 36:*1* 116:*21*
123:*19* 169:*19*
170:*10* 171:*10*
179:*2*
**issues** 153:*5* 240:*2*

**item** 231:*13, 19*
251:*19, 22* 252:*20*
257:*11, 17* 260:*5,
14* 272:*1* 275:*9, 10,
11*
**items** 252:*4* 275:*21*
**its** 66:*8* 100:*15*
108:*14* 123:*16*
171:*20* 218:*16, 19*

**< J >**
**Jack** 27:*10* 28:*12*
233:*23*
**James** 252:*12, 15*
**January** 72:*14*
77:*12*
**Jasper** 10:*7* 18:*1*
32:*19* 146:*15*
**jeez** 80:*9* 123:*14*
174:*3*
**Jefferson** 56:*9*
165:*9* 166:*14*
289:*4*
**Jim** 14:*10, 18*
285:*21*
**job** 17:*4, 9* 52:*20*
58:*3* 67:*21* 155:*20*
252:*17*
**Joe** 280:*20*
**John** 3:*4* 18:*23*
**Johnson** 213:*2*
**joined** 169:*2*
**joint** 27:*5* 62:*14*
65:*7* 216:*20*
**jointly** 89:*13*
**judge** 13:*23* 15:*2*
**July** 173:*5, 6*
255:*7* 265:*2*
**June** 1:*17* 9:*12*
36:*2* 41:*14* 42:*23*
45:*10* 59:*17*
131:*11* 132:*22*
186:*15, 19* 191:*19*
201:*5* 204:*4*
205:*23* 207:*11*
253:*6*
**jurisdiction** 123:*11*
**jurisdictional**
110:*22* 124:*17*

**JWR** 15:*12*
**JWR's** 15:*8*

**< K >**
**keep** 103:*23* 148:*3*
173:*11, 17* 178:*3*
220:*5* 233:*12*
**keeping** 148:*6*
**Keeton** 70:*13*
142:*15*
**kept** 150:*15*
153:*23* 164:*3*
173:*21* 178:*23*
**kill** 226:*23* 227:*3, 3*
**kin** 289:*14*
**kind** 13:*2* 24:*22*
35:*20* 37:*9* 39:*23*
47:*15* 57:*18, 22*
89:*13* 105:*14*
110:*21* 117:*1*
133:*13* 144:*6*
152:*15* 153:*9*
160:*21* 161:*22*
172:*17* 185:*3*
190:*8* 196:*20*
220:*15* 223:*18*
225:*7* 226:*5*
**Kinney** 3:*4* 126:*4*
**knew** 33:*7* 54:*3*
80:*10* 234:*18, 20*
252:*15, 16, 18*
261:*13* 277:*17*
**know** 12:*6, 12*
13:*3, 5, 13, 15, 23*
18:*20, 21* 19:*4, 6*
21:*23* 22:*2, 3, 4, 5,
6, 7, 8, 21* 23:*4, 14,
14, 15, 18, 19* 24:*9,
15, 16, 17, 19* 26:*16,
17, 19, 20, 23* 27:*2,
5, 6, 13, 14, 15, 16,
18* 28:*7, 16, 17, 18,
23* 29:*1, 3, 12, 21,
22, 23* 30:*2, 22*
31:*3, 4, 10* 32:*2*
33:*6, 8, 11* 34:*21*
35:*4, 13* 36:*7, 10,
12, 19* 37:*22, 23, 23*
38:*2, 15, 18, 20*
39:*5, 9, 22* 40:*3, 12*

41:*23* 44:*22* 45:*13,
16, 17, 23* 46:*9, 10,
22* 47:*2, 13, 16, 23*
49:*4* 51:*17, 19*
52:*2* 53:*18* 54:*4,
16, 21* 55:*1, 10, 16*
56:*18, 18, 21, 23*
57:*13, 20* 58:*8, 11*
59:*6, 8* 62:*19*
63:*16* 65:*8* 66:*9,
12* 68:*10, 11, 12, 20*
69:*3, 4, 10* 70:*13*
71:*7, 13* 73:*5, 6, 18,
20, 20* 74:*8, 11, 23*
75:*14, 14, 16, 22*
76:*11, 12, 15, 17, 21,
21* 77:*4, 11, 12, 18,
20, 21* 78:*6, 9, 17,
23* 79:*4, 4, 6, 7, 16,
20* 80:*9, 10, 13, 15,
16* 82:*9, 13, 18, 20*
83:*4, 13, 16* 84:*4,
21* 85:*14, 18* 86:*6,
8, 19* 87:*14* 89:*16,
17, 23* 92:*1, 3, 4, 23*
93:*1, 7, 12* 94:*6, 9,
12, 20* 95:*8, 11, 17,
22* 96:*1, 9, 14, 18,
19* 97:*15* 98:*4, 18*
100:*5, 15* 101:*4*
102:*15* 103:*19*
104:*6, 10* 105:*3, 8,
9, 13, 20* 106:*6*
107:*18, 21* 108:*6,
10, 13, 16, 20, 22, 23*
109:*13, 16* 110:*1, 5,
6* 113:*11, 13, 15*
114:*7, 17* 115:*14,
18* 116:*3, 14, 20*
117:*8, 20, 21* 118:*4,
5, 7, 9, 18* 121:*15*
122:*2* 123:*6, 13, 14*
124:*12, 13* 125:*6, 9*
126:*9* 127:*20, 22*
130:*4, 7, 17* 131:*21*
135:*14* 136:*20*
138:*19, 23* 140:*22*
141:*9, 10, 12, 14*
142:*3* 144:*6, 14*
145:*5, 8* 149:*4*

150:*13* 152:*5, 23*
153:*8, 16, 22* 154:*3*
156:*11, 21* 157:*5,
19, 19* 158:*10*
160:*6, 16* 161:*8, 17,
19* 162:*1, 9* 163:*2,
11, 20, 23* 164:*8*
166:*12, 14* 168:*4*
169:*2, 4, 14, 15*
170:*19* 172:*8, 11,
12, 13* 173:*4* 174:*3*
175:*18, 23* 176:*5*
177:*6, 11, 13* 178:*2,
8* 179:*6* 180:*9, 11*
182:*13, 18, 23*
184:*12* 186:*9*
187:*9* 189:*21, 22*
190:*1, 8* 192:*2*
196:*14* 197:*23*
198:*1* 199:*12, 13*
200:*8, 16* 202:*6, 11,
21* 203:*1* 204:*10*
206:*13* 208:*2, 3, 8,
12* 211:*1, 2* 212:*22*
214:*6, 11, 20* 216:*5*
217:*9* 218:*23*
220:*22* 221:*1, 2, 4,
23* 222:*8* 223:*7, 8*
224:*1, 10, 11, 22, 23*
225:*3, 5, 12, 13, 15,
17, 20, 21* 226:*2, 18,
18* 227:*1, 2, 19*
228:*11* 229:*11*
230:*11* 231:*16*
232:*4, 7* 233:*9, 14,
15, 16* 234:*15, 19*
235:*10, 23* 236:*8*
237:*11* 239:*11, 14,
16* 240:*8, 11, 23*
241:*3, 4, 5, 14, 20,
23* 242:*1, 9, 11, 17,
22* 243:*1, 1, 10, 11,
13* 244:*3, 22* 248:*3*
250:*13, 15, 23* 252:*1,
4, 7, 13, 14, 15*
253:*13* 254:*3*
255:*15* 256:*9*
257:*13* 259:*12*
260:*8, 14, 17* 262:*6,

*22* 263:*15* 264:*12, 15* 265:*17* 266:*7, 19* 268:*5, 19* 269:*5, 7, 19, 21, 22* 270:2 271:*15, 17* 272:*5, 10, 13, 13, 15, 22* 273:*13* 275:*3, 4, 5, 13, 15, 22* 276:2 277:*15, 19* 278:*19* 280:*3, 17, 22* 281:*4* 282:6, *20* 284:*10* 285:*17* 286:*15, 16, 17, 21* 287:2, *3*
**knowing** 39:22 232:6 256:4 267:7
**knowledge** 20:*15* 31:*13* 83:2 114:*12* 128:*3* 132:6, *7* 141:*23* 142:*21* 192:*12* 235:*19* 254:*1* 256:6 262:*14* 266:*3, 8* 272:22 278:*15* 283:*21* 284:2, *3* 288:6
**knowledgeable** 20:*21* 21:*8*
**knows** 20:*23* 21:*1*

**< L >**
**lab** 62:*16* 63:9, *12*
**labeled** 82:5
**LaMoreaux** 30:*4* 243:*10, 12, 14* 245:*13* 246:2 248:*11* 249:*20* 258:9 259:*16*
**land** 14:*11* 24:*11* 156:22 157:*3, 12, 13* 162:*21* 163:*4*
**language** 243:22 246:*23*
**Large** 9:*4* 56:*3, 5, 8, 12, 14* 186:*3* 191:*21* 200:5
**largely** 73:5 82:7 143:*3* 189:*13* 207:*23* 212:*14* 222:*19* 223:6 239:9

**larger** 109:*14, 19, 22* 110:*1*
**late** 11:*10, 16* 13:*3* 18:*17* 22:*14* 44:22 76:*14* 89:22 193:*15* 262:*20* 273:*10*
**Law** 1:*14* 2:7, *8, 18* 9:*10* 89:*8* 90:2 91:*5* 165:*1* 167:*21* 168:*5* 238:*16* 288:*11*
**laws** 169:6 179:*4*
**lawsuit** 11:6 13:*3, 11* 28:2, 9, *14* 40:20 59:9, *13* 71:5, *20* 72:*1* 81:*15* 116:2 117:*4* 119:*11* 160:*12* 185:*1* 190:*3* 194:5 200:*3* 217:*20* 226:*20* 274:*16*
**lawsuits** 11:*3*
**lawyers** 63:*19* 209:*23*
**layer** 223:*13* 272:7
**lead** 78:*11* 147:*23*
**leader** 53:7 58:7
**leading** 8:*11*
**leave** 58:*4, 11* 142:*18* 180:7
**leaving** 222:*21*
**left** 29:*18* 33:*13* 38:*11* 58:*4, 17* 129:*16* 150:*11* 154:*3* 162:*20* 163:*3, 12* 164:2, *7, 11* 181:*3* 195:*16* 196:*7, 11, 22* 203:*15*
**left-hand** 118:*13* 134:*5* 182:*14*
**legal** 32:*3, 5, 17* 33:*14* 110:*12* 125:2 190:*15*
**legend** 137:*15*
**legumes** 57:*17* 157:9
**letter** 36:*1* 59:*5, 16, 18* 155:9

162:*13, 18* 163:9 164:*20, 23* 165:*17* 166:*16* 172:*4, 18* 228:*18* 230:*17, 23* 231:*4* 232:*16* 243:8 246:*17* 253:6 283:*3*
**level** 33:2 59:*3, 4* 87:*16* 90:*11* 184:*4* 258:*11*
**levels** 241:*13*
**LICENSE** 289:22
**life** 58:*8*
**lifts** 140:*19*
**lighter** 48:6
**lime** 75:*12, 12, 14, 15, 16, 23* 252:21 253:*18, 20* 265:*17* 272:*14*
**limestone** 118:*3* 251:*10* 277:*13, 15, 21* 280:*8* 282:*19*
**limit** 190:*4*
**limited** 27:*4*
**limits** 239:*6, 7, 11*
**line** 40:2 90:*3* 101:*15* 111:*12* 140:*5*
**lines** 77:6 112:8
**liquid** 265:*13*
**list** 55:22 251:*20* 252:*3*
**listed** 20:*5* 21:*12* 288:7
**literature** 88:*21* 91:*12* 92:*5* 96:6 103:*18* 109:*4* 123:22
**little** 39:9 40:*17* 43:*17* 47:*15* 50:8 60:*10* 136:7 144:*13* 150:*12, 13* 152:*15* 175:*1* 185:*16* 188:*12* 215:*19* 239:9 245:*12* 246:*1* 281:*12* 282:*20* 287:*11*
**live** 58:6

**lives** 28:*18*
**living** 19:*1* 252:*16*
**LLP** 2:*19* 288:*11*
**loader** 94:*18*
**loading** 124:2, *4*
**locate** 102:8 261:2
**location** 135:7 282:7
**Locust** 99:*23* 106:*18, 20* 107:7, *21* 110:6 115:*11* 119:*3* 131:*19* 168:*21* 181:*16* 182:*3* 184:6, *8* 187:*18* 191:6 215:*4* 218:9 231:*14, 22* 246:*4* 247:*10* 266:2, *10*
**lodged** 98:*10*
**logic** 107:*5*
**logical** 107:*4, 4*
**Lois** 29:*23* 257:*4, 4*
**long** 11:9 17:7 26:22 53:*13* 70:*19* 71:*13* 76:*12* 152:*17* 189:22 196:6 287:*11*
**longer** 38:2 180:*19*
**long-term** 15:*13*
**look** 17:*10* 40:*14* 49:*3, 5, 8, 16* 66:20 67:*1, 3* 87:*15* 89:7 91:*10* 111:2 114:*10* 117:*14* 119:22 126:*18* 130:*21* 137:*10* 164:*15* 172:*18* 179:*15* 181:8 184:*5, 8* 186:22 187:*1* 194:*18* 198:*18* 203:*18* 204:*21* 215:*3, 5, 18, 21* 219:*4* 220:9 232:*17* 237:6 239:20 240:*18* 248:7 250:*21* 252:*3* 253:5 258:8 260:2 263:*23* 264:*23* 268:8

273:*14*  274:*3, 7*
275:*20, 21*  287:*7*
**looked**  19:*21*
32:*13, 14*  34:*12*
41:*8*  43:*22*  46:*18*
67:*22*  81:*19*  92:*15*
97:*8*  105:*16*  106:*1,
4*  132:*9*  145:*12*
168:*19*  171:*7*
197:*17, 21*  237:*23*
247:*21*  250:*16*
256:*20*  269:*14*
270:*15*  274:*1*
278:*8*  285:*7*
**looking**  15:*10*
37:*15*  38:*17*  39:*21*
42:*4*  46:*2, 22*  47:*8,
23*  49:*19*  74:*8*
97:*5*  99:*6, 14*
100:*2*  103:*17*
105:*22*  106:*8*
113:*18*  114:*22*
118:*12*  120:*4*
133:*21*  140:*1, 8*
141:*7, 11*  149:*13*
150:*3*  163:*11*
167:*11*  170:*23*
175:*5*  182:*12, 14,
17, 20*  185:*17*
195:*15*  196:*16*
197:*1*  199:*2*
201:*19*  203:*11*
215:*10*  217:*6*
219:*15*  229:*14, 21*
238:*20*  240:*20*
242:*8*  255:*17*
262:*22*  267:*17*
282:*4, 20*  285:*10*
286:*18*  287:*2*
**looks**  45:*12*  50:*2*
92:*18, 20*  99:*21*
106:*22*  135:*9*
146:*15*  151:*13*
154:*8*  184:*3*  186:*9*
188:*16*  195:*8*
201:*14*  202:*12*
204:*9*  256:*23*
268:*21*  285:*3*
**loops**  281:*16*
**lost**  187:*4*

**lot**  12:*6*  22:*4*
26:*19*  34:*10, 12*
51:*21*  52:*1, 2*  54:*6,
7*  78:*20*  79:*5*
95:*14*  102:*1*
138:*22*  150:*2*
162:*23*  217:*17*
223:*20*  224:*2, 3, 5*
287:*6*
**loud**  179:*15*  249:*3,
11*
**Loved**  58:*5, 6*
**low**  184:*4*  202:*7, 7*
255:*8*
**lowdown**  180:*11*
**lower**  35:*6, 7*  88:*2,
4*  115:*10*  118:*2, 22*
122:*11*  123:*1*
132:*14*  133:*10*
183:*2*  214:*12*
280:*15*  284:*7*
**lunch**  134:*20, 21*
135:*2*
**Lyle**  53:*6, 12*
**L-y-l-e**  53:*12*
**Lynn**  61:*18*

**< M >**
**magnesium**  255:*9*
**mail**  174:*19*
**main**  13:*1*  14:*12*
15:*9*  35:*12*  52:*23*
54:*1, 12, 13*  55:*21*
90:*22*  163:*21*
**maintained**  24:*18*
26:*2*  77:*20, 22*
183:*3*
**maintenance**  44:*9*
79:*10*  81:*12*
154:*12*  185:*3*
199:*21*
**major**  58:*10*
**majority**  13:*14*
21:*20*  24:*14*  73:*6*
222:*11*  223:*11*
**making**  17:*19*
166:*5*
**manage**  51:*18*
**manager**  59:*3*
72:*19*  159:*2*

**manganese**  239:*13,
19*  240:*2*  241:*13,
17*  255:*9*
**man-made**  45:*21*
46:*2, 5, 9*  47:*6*
**manner**  277:*22*
278:*17*
**manual**  241:*3, 7*
**manually**  240:*23*
241:*7*
**map**  34:*4*  69:*10*
75:*7*  97:*2, 4*  98:*17*
105:*20*  106:*9*
108:*2*  111:*15, 20*
135:*14*  163:*6, 11*
**maps**  37:*22*  39:*21*
94:*11*  97:*6*  108:*7*
**March**  151:*21*
167:*4*  227:*12*
250:*22*  252:*12*
263:*8*
**mark**  192:*22*
**marked**  19:*10*
41:*10*  45:*6, 8*
46:*12, 15*  48:*17, 20*
62:*20*  63:*1*  64:*17,
20, 22*  96:*20*
126:*16, 19*  130:*19,
21*  132:*19, 22*
133:*16*  139:*9*
146:*10, 13*  150:*18,
22*  154:*10, 16*
155:*4, 7*  158:*19*
162:*10, 12*  164:*15*
172:*19*  181:*6, 9*
185:*12*  186:*11, 14*
191:*15, 18*  192:*17,
19*  194:*15*  198:*5, 7,
16*  201:*1, 3*  203:*2,
4, 23*  204:*3*  205:*20*
207:*8, 10*  213:*21*
214:*1*  215:*16*
216:*15, 18*  227:*15,
18*  230:*13, 16*
232:*13*  233:*20, 23*
237:*19, 21*  240:*16*
242:*2*  246:*13, 15*
248:*5*  250:*19*
252:*8, 11*  253:*3*
255:*3*  256:*10*

258:*4, 7*  259:*18*
260:*20*  261:*22*
262:*9*  263:*5, 19*
264:*19*  267:*18*
270:*21*  274:*17*
275:*16*  276:*9*
279:*7, 14*  281:*5, 17*
282:*9, 23*  283:*3*
284:*13, 15*
**marking**  41:*13*
**master's**  51:*2*  52:*5,
17*
**material**  32:*15*
46:*8*  47:*10, 14, 17,
19*  48:*7, 9*  49:*12*
74:*10, 12, 13, 23*
75:*17*  82:*21*  83:*17,
19*  85:*7, 15, 16, 21*
86:*8, 19*  87:*23*
89:*3*  90:*15, 21*
93:*16, 16, 19, 22*
94:*1, 10*  95:*4, 9*
96:*15*  101:*2, 8*
105:*21*  109:*6*
117:*15, 17*  127:*10,
14, 18*  128:*6, 10, 20*
129:*1, 15*  130:*7, 17*
131:*23*  133:*10*
134:*10*  140:*4, 16*
141:*5, 17, 19, 22*
157:*10*  183:*23*
188:*10*  193:*18*
194:*7*  199:*15*
200:*21*  203:*17*
204:*18*  205:*5*
206:*20*  207:*21*
208:*16*  211:*18*
212:*11*  220:*19*
221:*5*  222:*9*
223:*12, 13*  241:*11,
14*  245:*6*  246:*8*
250:*8*  254:*22*
257:*19*  258:*15*
265:*17*  270:*2*
**materials**  31:*3*
57:*22*
**matter**  117:*22*
162:*17*  170:*19*
177:*15*  223:*12*

260:*23*  261:*4*
284:*5*
**maximize**  51:*19*
55:*17*
**maximum**  58:*9*
**Maxine**  23:*23*
28:*5*  30:*6*  32:*4, 12*
33:*12, 12*  34:*15*
50:*1, 3*  71:*2, 16, 20*
72:*13, 23*  78:*10*
85:*1*  87:*10*  88:*19*
94:*7*  97:*1*  119:*2*
123:*19*  132:*17*
135:*8*  142:*3*
143:*20*  147:*4, 8*
151:*6, 9*  152:*3*
156:*3*  161:*1*  162:*5*
163:*21*  167:*15, 18*
169:*5, 21*  171:*2*
194:*23*  205:*10, 12*
207:*16*  226:*11*
227:*4*  230:*19*
243:*4*  247:*11*
254:*2, 9, 11*  268:*6*
275:*4*
**Maxine-related**
32:*15*  33:*5, 8*
**McDuff**  27:*10*
28:*13*  234:*1*
**mean**  12:*12*  21:*9*
39:*3*  44:*12*  52:*14*
55:*5*  56:*15*  59:*7*
60:*12*  63:*21*  84:*19*
90:*14*  94:*8, 18*
105:*1*  110:*5*
125:*20*  139:*3*
140:*20*  144:*10*
158:*3, 17*  163:*15*
166:*1*  179:*15*
180:*12*  200:*8*
205:*10*  207:*4*
221:*11*  226:*14*
238:*8*  241:*3, 4, 6, 7,
10, 10*  244:*5, 10*
249:*22*  254:*17*
263:*12*  272:*4, 6, 6*
275:*4*
**means**  55:*23*
95:*16*  122:*23*
141:*3*  172:*4*

223:*16*  241:*1*
244:*3*
**meant**  283:*15*
**mechanism**  125:*4*
**mechanized**  255:*23*
**meet**  250:*10*
**meeting**  27:*5*
119:*15*  145:*17, 23*
146:*3*  283:*18, 22*
284:*2*
**meetings**  26:*22*
**member**  55:*7*
**membership**  53:*20*
**memo**  145:*9*  228:*5,
18*  233:*23*  234:*14*
252:*11, 22*  255:*6*
260:*22*  261:*1*
264:*22*  275:*18*
277:*4, 22*  281:*23*
282:*12*
**memorandum**
158:*22*
**mention**  254:*13*
270:*9*
**mentioned**  28:*12*
30:*16*  44:*18*  51:*16*
70:*12*  73:*16*  75:*9*
77:*4*  137:*4*  197:*20*
222:*9*  224:*10*
226:*23*  233:*7*
239:*19*  252:*22*
259:*11*  273:*8*
**merger**  25:*19*
**met**  26:*16*  243:*12*
**metal**  88:*19*
**metals**  88:*16*
**meter**  37:*5*
**methods**  53:*3*
54:*17*
**metric**  257:*18*
**Michael**  29:*2, 3*
**mid**  11:*10*  44:*22*
**mid-'70s**  14:*2*
170:*13*
**middle**  184:*13*
201:*15*  230:*18*
233:*13*  265:*18*
**midway**  246:*21*
**Mike**  29:*13*

**miles**  16:*21*
**million**  220:*18*
**mind**  82:*5*  133:*18*
**mine**  15:*11*  32:*4*
34:*15*  47:*18*  48:*10*
49:*16*  53:*1, 16*
54:*20*  55:*21*  56:*2,
3, 11, 13*  72:*23*
76:*18, 19*  77:*1, 11*
84:*3*  85:*22*  86:*4,
14*  87:*1, 12, 21*
88:*8, 10, 18*  96:*10*
97:*1, 13, 21*  105:*5*
109:*1*  112:*12*
113:*8*  119:*3*
123:*16*  128:*7, 13*
131:*14, 17*  132:*17*
133:*4*  134:*2*
135:*20, 22*  136:*8,
15*  139:*4*  142:*3*
144:*23*  148:*16, 19,
21*  149:*1, 2, 10*
160:*18*  161:*1, 3*
163:*23*  167:*15, 18*
169:*21*  184:*1*
193:*21*  194:*23*
196:*13*  202:*16*
203:*18*  204:*8*
205:*18*  206:*3, 8*
207:*16*  211:*11, 18*
215:*5, 9, 11, 22*
216:*2*  219:*13*
224:*8*  226:*11, 16*
229:*19*  230:*19*
234:*20*  242:*13, 13,
16*  243:*1, 2, 4*
244:*23*  246:*23*
247:*3, 11, 11*  251:*4,
23*  252:*18*  253:*11*
254:*14, 21, 23*
256:*1, 8*  261:*2, 8,
13*  265:*16*  266:*10,
11*  267:*4*  268:*13*
273:*21*  274:*10*
286:*10, 19, 20*
**mined**  17:*11*  22:*1*
142:*2*
**miners**  25:*2*
**mines**  54:*8, 9, 18*
56:*8*  57:*6, 8*  78:*16,*

*19*  89:*23*  148:*11*
184:*11*  242:*21*
255:*1*
**minimal**  33:*4*
**minimize**  228:*15*
**minimum**  56:*20*
152:*12, 13*  157:*1*
**mining**  11:*17*  13:*4*
15:*14, 14*  16:*10*
17:*12, 13, 14*  24:*18,
21*  25:*21*  26:*4, 5,
11, 23*  27:*1*  31:*12*
44:*20*  53:*4, 19, 21*
56:*7*  72:*52*  76:*17*
77:*5, 19*  89:*9, 14,
16, 19, 21*  90:*1, 9*
93:*13*  95:*15, 20*
97:*14, 22*  98:*7, 11*
125:*4*  147:*10, 14*
148:*1, 8*  151:*6*
158:*9, 15*  160:*15*
161:*18, 21*  162:*5,
14*  165:*1, 13*
169:*10, 14*  178:*20,
21*  179:*3*  191:*5*
213:*9*  234:*11*
237:*23*  238:*10, 13,
15, 17*  246:*20*
264:*4*
**minor**  187:*9*
**minute**  79:*22*
**minutes**  99:*1*
126:*6*  227:*8*  276:*4*
**mirror**  93:*11*
**missed**  213:*19*
**Mississippi**  30:*23*
**Mitchell-Neeley**
13:*19*
**mix**  253:*21*
**mixes**  57:*16*
**mixing**  104:*1*
**mixture**  127:*12*
**MO-3**  120:*6, 18, 22*
121:*10*
**moment**  11:*22*
**Monday**  34:*16*
**monitor**  105:*4, 9,
11*  175:*11*  176:*16*
**monitoring**  17:*19*
68:*3, 14*  78:*13*

132:*13*  167:*16, 20*
168:*13*  171:*17*
172:*7, 12, 16*  173:*3,*
*7, 12, 18, 20, 22*
177:*13*  178:*2, 4, 9,*
*17*  179:*1*  276:*13*
284:*20*
**month**  105:*10*
119:*17*  193:*5*
**months**  152:*19*
172:*15*
**monument**  242:*23*
**moot**  172:*17*
**motors**  256:*8*
**move**  50:*6*  122:*9*
**moved**  212:*12*
**movement**  249:*14*
**moves**  131:*17*
245:*13*
**moving**  55:*15*
131:*14*  134:*1, 9*
211:*3*  247:*16*
248:*10*
**Moyer**  27:*11*
228:*4*  230:*17*
253:*6*  264:*22*
282:*1*
**MSHA**  80:*14, 19*
113:*16*
**mud**  35:*10, 11*
**mulch**  223:*13*
**Muncher**  18:*4*
19:*6*  70:*12*  72:*12*
83:*5*  119:*16*  135:*3*
136:*18*  137:*9*
145:*19*  167:*12*
175:*8*  197:*17*
209:*22*  225:*19*
273:*11*
**Muncher's**  19:*11,*
*16*  34:*2*  43:*5*
65:*15*  81:*18*  96:*21*
97:*11*  105:*23*
111:*3*  285:*2, 19*
286:*2, 3*
**Musick**  26:*13*
27:*20*  28:*12*
142:*15*  155:*9, 17*
277:*5*  280:*6*

**Myers**  280:*21*

**< N >**
**Nacogdoches**  50:*21*
**nail**  139:*22*
**name**  10:*4*  11:*21*
53:*10*  61:*14*  62:*19*
146:*7*  243:*2*
**named**  61:*18*
70:*13*  213:*2*
**names**  26:*9, 18*
28:*11*
**Napier**  261:*10, 13*
**narrow**  196:*20*
**natural**  47:*14, 14*
48:*1*  184:*5*  200:*13,*
*19*  215:*21*  224:*2, 5*
237:*11*  250:*8*
**nature**  85:*18*
238:*22*  265:*14*
**near**  115:*10*
**nearest**  16:*20*
**necessarily**  169:*13*
194:*1*
**necessary**  8:*9*  78:*7*
180:*4*
**need**  98:*23*  142:*22*
175:*22*  259:*2*
260:*2*
**needed**  23:*9*  35:*9*
55:*16, 17*  103:*22*
**needs**  129:*14*  185:*8*
**negotiated**  159:*20*
160:*1*  280:*18*
284:*11*
**neither**  114:*11*
246:*11*  289:*14*
**Nelson**  221:*19*
**never**  66:*13*  73:*8,*
*13*  82:*4*  107:*12*
117:*10*  227:*3*
244:*22*  254:*10, 17*
273:*2, 20*  274:*1*
278:*1*  281:*3, 16*
**new**  26:*10*  57:*9*
150:*15*  154:*1*
164:*3*  212:*13*
268:*22*  269:*3*
271:*6, 13*

**nice**  216:*3*
**ninety**  220:*11*
**non**  74:*23*
**non-refuse**  74:*23*
**normal**  49:*10*
188:*5*  215:*3*
**normally**  88:*1*
95:*23*  109:*13*
166:*8*  193:*14*
243:*2*  263:*13*
**north**  74:*2, 3, 17*
92:*16, 22, 22*
100:*18, 23*  101:*6,*
*17*  102:*9*  121:*10*
141:*23*
**northeast**  118:*14*
**NORTHERN**  1:*1*
73:*23*
**Northwest**  10:*7*
**Notary**  1:*23*  8:*8*
9:*3*  288:*23*
**notch**  260:*12*
**note**  135:*16*  167:*2*
279:*12*  281:*10*
**noted**  153:*15*  176:*5*
**notes**  156:*16*
231:*13*
**Notice**  19:*12, 20*
20:*4, 6*  31:*17*  36:*1*
59:*5, 13*  112:*3*
166:*3*  216:*21*
237:*22*  240:*19*
262:*12, 15*  263:*1, 8*
**Notices**  238:*1*
**notification**  165:*5,*
*21*
**notified**  165:*9*
**notify**  165:*8*
**notifying**  166:*13*
**November**  194:*19*
197:*10*  198:*9*
**NPDES**  69:*4, 6, 10*
70:*1*  104:*18*  105:*2*
135:*7*  167:*18, 23*
168:*12*  169:*12, 20,*
*23*  170:*9, 15*  171:*3*
173:*16*  177:*21*
178:*1, 6*  280:*7*
282:*18*

**number**  66:*22*
97:*15*  104:*19*
106:*6*  107:*1*
115:*12, 17*  118:*8,*
*10*  119:*1*  120:*6*
127:*5, 7*  135:*6*
138:*2, 2, 2, 3*
141:*13*  149:*8*
151:*19*  153:*15, 16*
179:*8, 13*  182:*4, 5*
195:*2, 4*  196:*17*
198:*14, 18, 23, 23*
199:*1*  218:*17, 20*
227:*11*  229:*14, 22*
231:*19*  237:*17*
249:*5, 8, 17*  251:*19,*
*22*  255:*6, 8*  260:*5,*
*14*  271:*2*  276:*11,*
*20*  277:*5*  280:*9*
**numbered**  249:*7*
**numbers**  222:*2*

**< O >**
**Object**  15:*21*
20:*10, 22*  21:*11, 16*
36:*16*  38:*7*  47:*20*
66:*10*  80:*22*  85:*9,*
*23*  86:*16*  97:*23*
110:*11*  112:*14, 20*
124:*20, 23*  125:*23*
128:*15*  129:*3*
134:*3, 15, 15*
144:*17*  145:*1*
187:*3, 6*  189:*15*
190:*11*  193:*22*
196:*4*  202:*18*
203:*19*  205:*1*
208:*18*  210:*12*
211:*5, 20*  215:*6*
217:*1*  221:*8*  222:*5*
226:*17*  236:*12*
240:*4*  245:*2, 20*
247:*13*  259:*4*
**objecting**  65:*7*
**objection**  65:*10*
113:*10*  129:*8*
143:*1*  215:*23*
259:*9*
**objections**  8:*10, 13*

21:14  125:17
**observation**  244:19
**observing**  117:23
**obtain**  60:11
251:14
**obtaining**  119:12
123:15
**obviously**  116:4
117:10  122:19
141:1  144:7
148:15  182:15
206:13
**occasion**  26:17
31:2  243:13
**Occasionally**  27:10
**occasions**  11:1
**occur**  134:12
**occurred**  238:5
**October**  65:20
171:11  230:22
271:1
**odd**  137:5
**offer**  58:15
**offered**  8:15  10:18
58:3  213:10  221:9
257:17
**office**  12:10  18:7
32:2, 21  89:14
288:18
**offices**  9:9
**Off-the-record**
14:17  164:13
174:21  216:14
227:9
**oh**  11:21  27:21
32:7  37:11  57:12
61:14  70:20  71:23
113:5  131:4
135:15  146:8
149:12  181:17
202:5  217:3
230:11
**Okay**  12:13  14:6
16:5  17:1  19:19
20:19  26:8  28:20
33:15  35:13  41:12
43:1, 6, 15, 21  44:5
49:11  58:1  60:9,
15  63:21  64:9
66:15  70:12  72:11

76:9  79:10, 23
81:8, 21  85:6  90:5,
14, 19  91:13  92:14
95:13  100:4
105:16  106:5
111:8, 21  113:6
114:16  116:6
120:4, 16  121:17
122:8  123:2
124:10  126:7, 18,
22  127:6, 9  129:11
131:10  133:9
134:19  135:9, 19
136:14, 18  137:8,
14  138:18  139:21
140:14  141:11
143:16  148:10
149:9, 12  151:13
154:15  155:6, 16
156:15  158:18
164:12  165:16
167:8, 11  172:18
174:1, 7  175:3
176:13, 17, 18
177:10  179:17, 21
180:14, 20  181:10,
17  182:1  185:22
186:2, 16  189:16,
17  191:20  193:2, 6
195:15  198:4
201:10, 13, 18
203:7  208:23
209:13  212:7
213:8  217:13, 20
220:5  222:23
228:18  229:15, 23
231:3, 20  234:14
240:1  242:12
243:7, 15, 18, 23
245:11  249:1, 13,
16, 18, 23  251:8
254:12  255:5
257:7, 11  258:6
261:14  262:3
264:21  266:15
267:2  268:1  273:5,
11  275:7  276:17
279:18  280:2, 12
281:7, 14, 23

282:11, 14  284:15
286:6  287:4, 9
**Old**  10:11  27:16
38:16  39:2  40:4
42:9  73:1, 2  86:21
94:9  96:4, 7  99:13
108:7  204:11
236:4  270:13
271:4, 13, 16, 19
274:12, 22  275:14,
19
**older**  79:1  129:20
**once**  24:16  27:4
129:21  130:8
168:3  172:16
**ones**  11:16
**ongoing**  22:2
**onsite**  253:20, 21
**open**  163:17
**opening**  199:9
**operable**  38:12
**operate**  38:14
54:3  95:3  167:22
**operated**  19:5
26:3  238:12
**opinion**  110:18
186:8  213:10
222:22
**opinions**  213:20
**opposed**  91:5
163:18  256:1
**opted**  180:9
**oral**  9:14
**order**  40:18  107:2
180:4
**ordered**  210:23
**organic**  117:22
223:12
**origin**  127:17
**original**  33:13
39:4  98:10  147:4
**originally**  29:11
38:13  79:8  117:16,
18
**originator**  18:19
**ought**  162:22
**outcome**  12:19
15:6
**outfall**  70:1
104:20  105:1, 3, 6

106:7, 11, 13  107:5,
19  112:10  119:7,
13  125:5  149:7, 7,
11  168:16  169:11
173:8, 13  174:11
175:13, 17, 21
176:6, 11  177:2
178:16  180:21
182:5  188:11
190:5  192:20
280:14
**outfalls**  106:23
167:17  171:19
173:4  176:16
177:4  178:5
**outflow**  282:18
284:7
**outlined**  230:23
**outside**  21:2  28:7,
7  55:10
**outslope**  200:13
**outslopes**  23:10
**overburden**  84:9,
13
**overgrown**  102:3
**owned**  19:4  128:19
**owners**  19:3
**ownership**  18:10
19:7  72:12  76:7
**owns**  18:15
**oxidizing**  212:19
**oxygen**  86:4

**< P >**
**P.E**  243:13
**p.m**  134:22, 23
174:23, 23  227:14,
14  276:7, 7  287:16
**P-3252**  151:19
**P-3254**  151:19
**package**  124:1
**Page**  4:2, 7  43:16,
19  44:4  69:8
81:18  83:10  92:16
100:19  106:15
114:23  139:23
146:23  150:4
153:8  156:1
193:19  230:18
234:22  238:19

248:*10, 23* 251:*18*
255:*7, 11* 256:*19*
260:*4* 262:*23*
263:*9* 264:*5, 7*
268:*8, 8* 269:*2*
275:*19* 276:*12*
282:*1* 283:*17*
284:*19* 285:*5*
286:*12*
**pages** 43:*9* 66:*17*
146:*17*
**paid** 55:*8* 161:*17,*
22 162:*1*
**paper** 66:*16*
174:*17*
**paperwork** 172:*11*
**paragraph** 156:*5, 9,*
15 159:*14* 165:*19*
167:2 179:*9, 12*
228:*4, 21* 229:*16*
232:*18, 20* 236:*3*
242:*14* 243:*8, 18*
245:*12* 246:*2, 21*
249:*4, 7* 251:*2, 7*
253:*9* 258:*9* 265:*5,*
19 269:*13* 270:*8*
277:*12* 278:*5, 22,*
23 282:*13* 283:*16*
**parallel** 113:*20*
114:*3, 19*
**part** 22:*15, 15, 22*
23:*11, 13* 26:*10*
34:*19* 42:*15* 46:*7*
53:*17* 57:*11* 58:*8,*
21 65:*23* 67:*21*
79:*4* 83:*7* 88:*23*
89:*1* 91:*6, 6* 125:*3*
144:*23* 150:*14*
154:*1* 155:*14*
161:*6* 162:*20*
163:*3* 164:*3* 165:*6,*
14 169:*12* 172:*13*
182:2 183:*1*
196:*13* 199:*1, 17*
200:*13* 201:*14, 15,*
20 202:*13* 229:*1*
231:*1* 233:*7*
239:*22* 242:*14*
245:*16* 246:*8*
251:*4* 258:*12*

264:*8* 265:*8* 268:*4*
270:*10* 279:*20*
280:*10, 20* 286:*1*
**particular** 33:*21*
67:*3* 93:*19* 141:*13*
178:*15*
**parties** 8:*3, 12*
11:*13* 14:*20* 40:*19*
62:*4* 289:*14*
**parts** 286:*7*
**passage** 93:*12*
**passed** 89:*10*
90:*10* 214:*18*
**passive** 256:*2*
**path** 111:*10*
**patience** 287:*11*
**patrol** 181:*15*
**pay** 13:*20*
**pays** 159:*15*
**PELA** 23:*16* 30:*10*
43:*13* 62:*1* 65:*16*
66:*4, 7* 139:*20*
224:*11* 233:*7*
241:*23* 242:*6*
250:*13* 256:*15*
257:2 258:*7*
270:*20* 276:*12*
284:*18*
**pen** 111:*5*
**people** 18:*20*
24:*11, 12, 21* 26:*9*
28:*11* 32:*1, 3, 5, 8,*
17 34:*20* 45:*3*
76:*5* 78:*21* 79:*8*
144:*22*
**percent** 41:*20, 21,*
22
**perform** 53:*22*
**performed** 44:*8*
79:*11* 200:*2*
**period** 79:*13*
165:*6* 173:*10, 15*
189:*1* 196:*6*
234:*12* 278:*20*
**periodically** 259:*3*
285:*4*
**periods** 170:*20*
**permanent** 109:*16*
180:*8*
**permission** 167:*20*

**permit** 17:*20* 34:*4*
69:*10* 94:*10, 11*
97:*2, 3, 6, 13, 14, 17,*
21, 22 98:*3, 7, 8, 10,*
17, 18 104:*15, 18*
105:*17, 19, 22*
106:*1, 16* 107:*14*
110:*10* 119:*6, 13*
123:*8, 9, 18, 23*
124:*3, 8, 18* 125:*8,*
16 131:*21* 142:*22*
145:*14* 147:*4, 9, 10,*
12, 14, 16 148:*1, 4,*
7 150:*15* 151:*18*
154:*1* 163:*6* 164:*3*
167:*18, 23* 168:*12,*
19 169:*5, 9, 10, 12,*
14, 18, 19, 20, 23
170:*9, 9, 15* 171:*3,*
7, 15, 15, 18, 20
172:*14* 173:*10, 16*
175:*16, 18* 176:*11,*
12, 16, 21 177:*14,*
21 178:*2, 6, 7*
187:*23* 190:*8, 18*
239:*15* 267:*22*
268:*5, 21* 280:*8, 14*
282:*18* 284:*6*
**permits** 16:*11*
80:*11* 90:*1* 116:*20*
123:*3, 16* 135:*7*
143:*22* 170:*18, 19*
172:*9, 10* 179:*2*
**permitted** 104:*20*
148:*22* 177:*22*
178:*3*
**permitting** 158:*11*
159:*3* 176:*8*
**person** 20:*20* 21:*7*
191:*22* 192:*11*
**personal** 226:*11*
267:2
**personally** 22:*16*
68:*13*
**personnel** 28:*8*
77:*9* 100:*9*
**pertaining** 28:*9*
257:8
**Pettry** 23:*17* 30:*15*
73:*18* 74:*9*

**pH** 36:*11, 14* 37:*5,*
9 88:*2, 5* 239:*12,*
19 240:*3* 241:*12,*
15, 16 252:*23*
253:22 255:*8*
**Ph.D** 58:*13*
**Phase** 151:*13, 16,*
17, 17 152:*6*
156:*10, 13, 14, 16*
158:*12* 165:*3, 3, 4,*
22 168:*1* 251:*14*
**phased** 79:*5*
**Philip** 243:*10*
**phone** 40:*8*
**photo** 44:*10* 45:*10,*
11 46:*2* 47:*11*
48:*13, 21* 99:*15*
131:*11* 132:*22*
133:*18* 140:*12*
181:*12, 19* 185:*14,*
15 186:*14* 187:*1*
191:*19* 192:*20*
193:4 194:*19*
198:*8* 199:*5* 201:*4,*
6 203:*11* 204:*4*
207:*11, 19* 215:*15*
216:*22* 219:*3, 16*
273:*23* 274:*6*
**photograph** 41:*14,*
19 49:*13* 101:*5*
126:*20* 127:*1*
130:*12* 187:*13*
191:*20* 198:*12, 20*
217:*2, 7* 222:*11*
**photographs** 40:*5*
41:*6, 8* 96:*4*
139:*13* 197:*15, 18,*
19 227:*11*
**photography** 96:*8*
**photos** 40:*8* 43:*18*
129:*20, 20* 132:*9*
139:*8, 15* 186:*22*
197:*22* 273:*12*
**pHs** 36:*11*
**pH-wise** 87:*23*
**picture** 46:*16*
131:*13* 132:*23*
133:*19* 134:*5*
140:*1* 181:*14*
186:*5* 195:*15, 17*

196:*1*  199:*10*
200:6  203:*16*
214:2  215:*1*
242:20  243:*3*
**pictures**  204:*10*
216:*11*  217:*18*
229:*14*  269:*23*
**piece**  94:22  254:*4*
**pile**  73:*10*  74:*1*, 5
77:2  82:22  85:*8*
88:*23*  91:6, *18*
92:*17*  95:*12*, *18*
96:*11*  99:*9*  100:*21*
104:*4*  128:7  139:*4*
140:*3*, *18*  195:22
196:*3*  217:*12*, *16*
218:9  219:*13*
222:*4*  228:7
229:*17*  231:*16*, *23*
232:*12*  233:*3*
235:*4*  243:20
244:*17*, 20, *23*
248:*12*  270:*13*
273:*14*  274:7
275:*14*
**piles**  140:*23*  141:*1*
**pine**  156:*17*  157:2
203:*16*  206:7, *19*
208:*4*, 5  223:*19*, 22,
23  224:*3*
**pinkish**  83:*11*
**pinpoint**  46:*19*
**Pipe**  15:*13*  233:5,
*6*, *14*, *16*
**pipes**  233:*1*
**Place**  2:20  17:*11*
23:6  28:5  58:5, *6*
67:*3*  102:6  116:4
141:*4*  154:*3*
163:*13*, *23*  164:*11*
169:9  175:*19*
180:8  181:*3*
187:*23*  188:*13*, 15
206:*14*, 15  208:9
209:5, 8  212:*15*
225:5, *21*  235:*14*,
*17*  236:20  239:*15*
251:*10*, *11*  288:*12*
**placed**  82:*21*
85:*19*  86:9  90:*15*

91:*23*  92:*11*  93:*20*
96:*16*  101:*3*
182:*18*  186:7
187:5  200:*12*, *18*
225:2  244:*11*
252:*23*
**placement**  200:*21*
**places**  49:*4*  88:*9*
**Plaintiff**  1:7  2:*3*
10:*13*  59:*12*
**Plaintiff's**  4:*8*, 9, *10*,
*11*, *12*, *13*, *14*, *15*, *16*,
*17*, *18*, *19*, 20, *21*, 22,
*23*  5:*1*, 2, *3*, 4, 5, 6,
7, 8, 9, *10*, *11*, *12*, *13*,
*14*, *15*, *16*, *17*, *18*, *19*,
20, *21*, 22, *23*  6:*1*, 2,
3, 4, 5, 6, 7, 8, 9, *10*,
*11*, *12*, *13*, *14*, *15*, *16*,
*17*, *18*, *19*, 20, *21*, 22,
*23*  7:*1*, 2, *3*, 4, 5
19:*10*  41:*10*  45:6
46:*12*  48:*17*  62:20
64:*17*  81:*17*
126:*16*  130:*19*
132:*19*  133:*16*
146:*10*  150:*18*
154:*10*  155:*4*
158:*19*  162:*10*
181:6  185:*12*
186:*11*  191:*15*
192:*17*  194:*15*
198:5, *16*  201:*1*
203:2, *23*  205:20
207:8  213:*21*
215:*16*  216:*15*
227:*15*  230:*13*
232:*13*  233:*20*
237:*19*  240:*16*
242:2  246:*13*
248:5  250:*19*
252:8  253:*3*  255:*3*
256:*10*  258:*4*
259:*18*  260:20
261:22  262:9
263:5, *19*  264:*19*
267:*18*  270:*21*
274:*17*  275:*16*
276:8, 9  279:7, *14*

281:5, *17*  282:9, *23*
284:*13*
**plan**  46:7  109:6
191:*13*  209:5, *14*
229:*17*  262:5, 6
**planned**  154:9
**plans**  153:*11*
278:*18*
**plant**  253:*19*
**planted**  156:*20*
223:*23*  224:5
237:*10*
**planting**  228:*15*
**play**  31:22
**please**  10:5  135:5
186:*18*  198:*19*
250:*21*
**plots**  54:7, *12*, *13*
56:*4*, 5, *17*, *19*
**plus**  161:*3*  234:*13*
238:*15*
**point**  26:6  43:*4*
63:*18*  69:9  72:*17*
105:7, *11*  107:*19*
112:9, *10*  121:*1*, *15*
125:6  134:20
173:6, *21*  178:2
183:*11*  200:*15*, *17*
202:9  208:9  217:*4*
229:6, *19*  236:*16*
240:8  278:*11*, *12*
**pointed**  69:*13*
**Pointer**  14:*1*
**pointing**  73:*23*
138:*4*  196:*10*
277:2
**points**  69:5, 7
175:*11*, *17*  176:6
**policy**  226:6
**polluting**  191:6
**pollution**  262:*4*
**pond**  70:*11*  80:*17*
85:*4*  103:8, *11*
105:*12*  116:*18*
118:*17*  148:*11*, *12*
153:*11*, *13*, *15*, *17*,
*21*, *23*  154:*1*, 8
168:*17*  169:*4*
179:*23*  180:9, *12*,
20  189:*10*, *19*

198:*14*  251:*15*
258:*10*, *14*, *19*, 20
263:*14*, *16*  269:*1*
278:6
**ponds**  13:*1*, 7, 8, *16*,
*17*  153:*11*  154:5
168:*13*  179:*11*
259:*1*  277:7
**pool**  226:*16*
**poor**  38:*14*
**porous**  23:*3*
**portion**  22:*21*
73:*23*  94:*13*  148:9
198:*14*, *21*  199:*15*,
20  212:*12*  223:9,
*14*  231:*15*  232:*12*
233:*11*  254:*14*
**pose**  204:22
**position**  63:*23*
71:*11*  72:*18*  159:*1*
211:*15*  213:*12*
221:*15*
**positions**  58:22
**possession**  76:22
77:*15*  79:*12*  81:9
105:*18*  183:5
192:8  199:22
**possibility**  228:6
**possible**  44:*23*
187:8  194:*13*
251:20
**possibly**  49:*18*
148:*4*  184:*21*
189:2  194:*4*
224:*13*  280:*14*
281:*13*
**post**  95:*19*
**post-law**  23:7
79:*16*, *18*  83:7, *14*,
*19*  89:*4*, 6  90:*4*, 6
101:8  103:*4*  104:*1*,
3  112:5  136:*10*
137:*23*  140:*10*
141:*19*  142:*1*, 7
177:20, 20, 20, *23*
224:*15*, *19*  225:*3*
269:*15*
**post-mine**  76:*16*
78:*11*  103:*21*
160:*19*  162:20

163:*4*, *16*  177:*19*
271:*9*
**potential**  74:*14*
85:*21*  86:*20*, *23*
87:*7*, *17*, *18*, *20*
88:*8*  168:*7*  223:*15*
225:*6*
**Potentially**  86:*2*, *6*,
*10*  225:*22*  259:*13*
**Power**  159:*21*, *21*
160:*5*, *6*, *13*, *23*
161:*3*, *10*
**practical**  170:*7*
**practices**  162:*21*
**pre**  271:*9*
**precipitate**  116:*17*
241:*16*
**precipitation**
187:*20*  189:*6*
193:*13*  223:*4*
**precisely**  75:*10*
**predated**  169:*5*
225:*11*
**pre-law**  13:*13*
38:*16*  73:*7*, *10*
79:*14*  80:*6*  81:*22*
82:*2*, *10*, *14*, *21*
83:*20*  89:*4*, *6*  90:*3*,
*6*  91:*22*  95:*19*
98:*17*  103:*20*, *23*
104:*3*  128:*7*, *10*
136:*10*, *13*, *16*
141:*20*  177:*20*
195:*21*  204:*14*, *17*
207:*15*  209:*3*, *7*
210:*7*  211:*18*
217:*11*, *15*  218:*8*,
*11*  219:*7*, *13*  224:*8*,
*16*  225:*8*, *12*
235:*13*, *16*  236:*10*
237:*3*, *7*  270:*15*
271:*20*  272:*9*, *21*
273:*14*  275:*23*
282:*4*  286:*13*, *19*
287:*1*
**premium**  159:*15*
**prep**  96:*14*
**preparation**  33:*19*
66:*1*

**prepared**  63:*16*
64:*21*  135:*10*, *14*,
*16*
**Prescott**  106:*19*
**PRESENT**  3:*3*
28:*8*  40:*23*  139:*18*
**presently**  240:*23*
**president**  155:*21*
**pressure**  282:*16*
**presume**  167:*8*
**pretty**  34:*13*
188:*16*  202:*13*
262:*17*
**previous**  242:*7*
**previously**  19:*10*
24:*20*  139:*9*
164:*15*
**primacy**  81:*2*
89:*17*  238:*11*
**primarily**  24:*23*
25:*2*  33:*4*  72:*7*
98:*16*  99:*13*  103:*4*
136:*12*  193:*17*
**primary**  16:*9*
18:*20*  26:*14*, *20*
27:*17*  95:*15*
**prior**  8:*15*  21:*21*
22:*7*  31:*9*  76:*10*
144:*20*  152:*12*
153:*3*  231:*3*
252:*22*
**Pritchett**  1:*20*  8:*6*
9:*1*  289:*20*
**privy**  280:*13*
**probably**  22:*14*
26:*14*  27:*15*, *21*
36:*3*  40:*7*  42:*4*
54:*14*  58:*16*  59:*19*
70:*10*, *22*  76:*13*
78:*2*  79:*3*  115:*11*
124:*15*  128:*5*
157:*20*, *21*  258:*16*
**probablys**  157:*22*
**problem**  209:*1*
246:*22*  247:*3*, *6*
251:*21*  255:*8*
259:*14*, *16*
**problems**  86:*14*
88:*2*  132:*17*

**Procedure**  9:*7*
**proceedings**  9:*15*
**process**  23:*12*
142:*13*
**processing**  268:*11*
**produce**  31:*17*
162:*2*
**produced**  31:*19*
146:*14*  159:*10*
248:*15*, *19*  256:*17*
**producing**  161:*4*
**production**  150:*23*
227:*23*  238:*2*
250:*23*  253:*7*
262:*13*  267:*21*
**productivity**  51:*20*
**products**  51:*19*
75:*10*
**Professional**  1:*22*
8:*7*  9:*2*  213:*8*
**professor**  30:*23*
58:*10*, *13*
**program**  23:*13*
24:*10*  57:*11*  62:*5*
89:*12*, *17*  91:*9*
123:*12*  144:*23*
216:*20*  230:*22*
238:*7*, *12*, *12*, *13*
**programmatic**
65:*12*
**project**  23:*23*  24:*5*
52:*23*  53:*5*, *7*, *14*
55:*9*  58:*6*, *9*
256:*14*
**projects**  243:*16*
**prominent**  28:*11*
**promise**  267:*12*
**properly**  259:*3*
**properties**  15:*11*,
*18*  17:*17*  84:*18*
88:*11*
**property**  15:*20*
16:*3*, *10*, *11*  23:*23*
24:*6*  44:*13*  47:*3*
50:*1*, *3*  54:*13*  68:*4*
72:*13*  76:*7*  81:*9*
98:*6*  105:*18*
115:*23*  128:*19*
183:*5*  192:*9*

197:*14*  199:*23*
216:*6*
**proposal**  209:*5*
255:*18*
**proposed**  175:*21*,
*23*  228:*14*
**protocol**  167:*23*
**prove**  168:*4*
**proven**  255:*1*
**provide**  54:*20*, *20*,
*21*  59:*13*  207:*19*
**provided**  9:*6*
55:*19*  63:*12*
**providing**  55:*14*
206:*11*, *12*
**provisions**  238:*15*
**proximity**  195:*11*
**Public**  1:*23*  8:*8*
9:*4*  165:*6*  238:*16*
288:*23*  289:*21*
**pull**  32:*3*, *12*  95:*9*
**pulled**  146:*14*
**pumped**  254:*14*
**pumps**  256:*7*
**purchased**  31:*11*
76:*11*, *13*
**purchasing**  22:*8*
31:*9*  144:*20*
**purpose**  102:*23*
103:*15*  116:*6*
118:*15*  122:*13*
164:*22*  207:*7*
**purposes**  64:*20*
125:*5*  170:*7*  181:*4*
248:*9*
**pursuant**  25:*16*
248:*16*  262:*4*
**pursued**  205:*7*
**put**  19:*9*  23:*8*
43:*4*, *15*  56:*6*, *9*, *12*,
*23*  65:*13*  66:*16*
74:*12*  75:*15*  91:*15*
93:*17*  102:*6*  109:*6*
116:*23*  120:*10*
121:*13*  124:*4*
138:*20*  139:*1*
140:*19*, *21*  157:*1*, *7*
175:*19*  214:*21*
242:*23*  243:*2*
250:*6*, *10*  255:*15*

262:*11*  268:*5*
270:*3*  271:*14*
**putting**  54:*6*  207:*5*

< Q >
**qualified**  120:*2*
**quality**  38:*15*
66:*17*  125:*6*  181:*3*
256:*20*  265:*7*
**quantities**  222:*2*
**question**  19:*19*
20:*1, 14*  21:*5, 17*
39:*4*  66:*18*  67:*4*
93:*7*  102:*12*  114:*2*
121:*7, 9*  122:*8*
125:*12*  128:*5*
129:*12*  135:*19*
136:*6*  142:*19*
143:*11*  149:*9, 23*
150:*5*  175:*13*
208:*19*  209:*11*
215:*21*  219:*10, 11*
221:*12*  232:*2, 3*
267:*16*  269:*10, 12*
271:*2*  276:*23*
279:*2, 18*  281:*9, 20*
286:*8*  287:*1*
**questioning**  261:*15*
**questions**  8:*11, 12*
25:*5*  44:*19*  99:*5*
150:*1*  165:*11*
190:*21*  191:*9, 12,
14*  248:*13*  260:*3*
273:*4*  279:*4, 11*
286:*7*  287:*10*
289:*8*
**quick**  75:*18*  91:*11*
137:*10*
**quicker**  156:*22*
**quicklime**  75:*13, 15*
**quite**  33:*23*  111:*12*
206:*14*  255:*2*
**quote**  137:*22*
228:*6, 8*  231:*14*
235:*9*  258:*11*
265:*23*  271:*3*
**quoted**  222:*2*

**rain**  39:*12*  188:*6*
193:*14*
**raindrops**  223:*8*
**rainfall**  39:*8*
122:*19*  134:*17*
188:*23*  193:*17*
218:*17*  277:*8, 9*
**rains**  134:*13*
**raise**  241:*15*
278:*18*
**ran**  107:*10*  287:*11*
**range**  14:*5*  36:*3*
37:*12*  71:*15*  76:*14*
78:*8*  137:*7*  258:*17*
**ranged**  37:*11*
**raw**  212:*22*
**Raymond**  155:*20*
158:*23*
**rdavis@starneslaw.c
om**  2:*23*  288:*13*
**reaches**  70:*7*
**reactive**  75:*17*
**read**  23:*4*  30:*8*
33:*1, 2*  59:*5*  87:*11*
92:*5*  107:*2*  179:*11,
14, 18, 20*  229:*20*
232:*2*  239:*2, 4*
249:*2, 3, 10, 12, 17*
260:*6*  268:*15*
271:*8*  283:*18*
288:*4*
**readily**  118:*1*
**reading**  9:*23*  68:*5*
70:*4*  82:*12*  86:*18*
153:*7*  229:*12*
231:*7*  269:*12*
**readings**  36:*14*
37:*3, 9, 13*
**ready**  168:*1*
**real**  91:*11*  137:*10*
218:*3*
**really**  45:*22*
140:*11*  144:*9*
211:*6*
**Realtime**  1:*21*  8:*6*
9:*2*
**reason**  24:*8*  64:*11,
14*  67:*9, 13*  90:*22,
23*  91:*3*  92:*8*
104:*12*  169:*16*

178:*22*  209:*2*
245:*22*  249:*18*
276:*17*
**reasons**  54:*1*
157:*23*  213:*14, 17*
**recall**  65:*21*  153:*5*
**receding**  168:*21*
**received**  167:*3*
173:*22*
**receiving**  106:*13,
17, 23*  107:*6*
**recess**  134:*21*
**reclaim**  15:*19*
16:*3*  98:*6*  148:*5*
175:*15*  274:*21*
**reclaimed**  78:*20*
148:*9*  274:*4*
**reclaiming**  17:*16*
269:*14*
**reclamation**  14:*15*
17:*5, 10, 14, 21*
22:*1*  23:*11*  24:*11,
21*  53:*2, 3, 21, 23*
54:*7, 15, 17*  55:*6,
18*  57:*9*  59:*2*
72:*19*  76:*16, 20*
77:*8*  78:*5, 6, 23*
79:*7*  80:*2*  89:*9*
90:*10*  155:*11*
158:*4, 7, 11*  160:*16,
19*  161:*5*  224:*7, 9,
15*  225:*9*  238:*10,
17*  246:*20*  272:*20*
275:*8*  285:*20*
**reclamationists**
53:*8*
**recliner**  216:*3*
**recognize**  45:*11*
46:*16*  49:*23*
126:*23*  131:*1*
162:*15*  181:*16, 18*
194:*22*  198:*21*
204:*7*  206:*2*  214:*2*
**recollect**  129:*23*
**recollection**  106:*10*
157:*18*  158:*2*
170:*2*  225:*20*
272:*23*  273:*2*
**recommendations**

57:*13, 15*  272:*17*
**recommended**  74:*9*
**recommending**
151:*11*
**record**  10:*5*  21:*13*
37:*1*  69:*20*  82:*4*
96:*22*  100:*1*
131:*10*  135:*2, 5*
147:*2*  150:*20*
154:*16*  215:*14*
216:*13*  262:*12*
273:*19*
**records**  93:*18*
162:*7*
**Recovery**  59:*11*
**red**  81:*22*  82:*6*
111:*5, 12*
**reduce**  74:*14*
241:*12*
**reduced**  25:*7*
225:*6*  289:*9*
**reduces**  141:*5*
**re-exposed**  212:*23*
**refer**  59:*7*  111:*6*
115:*11, 16*  138:*12*
153:*14*  160:*2*
275:*2*
**reference**  43:*4, 19*
46:*21*  121:*1*
153:*12*  163:*6, 7*
219:*2*  271:*9*
282:*21*
**references**  240:*22*
**referred**  38:*22*
83:*6*  110:*9*  115:*12*
118:*3*  127:*7*
255:*19*
**referring**  73:*2*
91:*22*  106:*15*
130:*13*  136:*15*
153:*13*  235:*4, 6*
257:*14*  264:*13*
270:*14*  286:*19*
**refers**  137:*18*
163:*8*  246:*22*
268:*10*
**refuse**  23:*3*  38:*16*
39:*2*  40:*4*  42:*9*
47:*17*  74:*7*  80:*18*
83:*23*  84:*6, 20, 20,*

*21* 85:7, *13*, *16*
94:2  95:*4*, *12*, *16*
99:*13*  109:6  113:2,
*16*  127:*13*  128:7
136:*3*  137:*19*
138:8, *13*, *15*  139:*3*
140:2, 6, *18*  148:*14*
195:20, 21  196:*19*,
*21*  197:6  202:*21*
204:*11*  218:9
225:*1*  228:7
229:*17*, 20  233:*10*,
*13*  235:4, 6  244:7,
*10*  250:5, 9  268:*23*
270:*13*  274:22
275:*14*, *19*
**refuse-related** 46:8
**refute** 130:2  222:*1*
**regain** 15:*17*
**regard** 102:*12*
126:8  129:*18*
**regeneration** 224:6
**region** 57:20
**Registered** 1:*22*
8:7  9:2
**regraded** 237:2, 6
**regular** 173:*12*
**regulation** 165:2
**regulations** 167:*21*
168:5
**regulatorally** 79:*16*
**regulators** 132:*3*
265:6
**regulatory** 23:7
80:2, 7, *12*, *21*  81:4
91:9  117:2, 2
144:*3*  238:*13*
**reiterate** 286:*23*
**reject** 236:7
**relate** 78:*10*  124:5
**related** 32:4  59:2
60:*16*  110:22
193:*13*, *17*  247:20
262:*15*  285:20
**relates** 20:*14*
79:*18*  179:9  238:*4*
240:*19*  251:*3*
274:20  282:*19*
**relationship** 160:*23*

**relatively** 206:*16*
208:*13*  212:*15*
**release** 148:8
150:*16*, *17*, *21*
151:*4*, *12*, *12*, *18*
152:2, *3*, 6, *14*, *19*,
20  153:*3*  154:*17*
156:*10*, *14*, *16*, *23*
158:*13*  164:*18*
165:*3*, *15*, *22*  166:7,
*23*  168:2, *2*, *3*, 9, *11*
173:*3*, *23*  175:*10*,
*10*  176:*15*  177:*1*,
*18*  178:5, 8, 9
179:*1*  180:5
**released** 151:9
172:*16*
**releases** 78:*12*, *13*
79:*17*  158:*12*
168:*13*  171:*17*
**relevant** 31:*18*
**relief** 178:*17*
**relocate** 261:7
**remained** 206:*15*
**remaining** 77:9
78:6
**remains** 39:*14*
42:*15*
**remedial** 34:*21*, *23*
239:20
**remediate** 129:7
**remedy** 278:*17*
**remember** 15:2
26:9, *18*  27:9  31:*1*
33:*21*  41:*3*  54:9
55:*21*  60:6  75:*3*
82:*13*, *16*  123:*21*
150:*13*  156:*18*
168:20  170:*3*, 5
172:*1*  174:*10*
196:*14*  227:22
**remnants** 38:*1*
102:*10*
**removal** 153:*11*
154:8
**remove** 131:22
133:*14*  180:7, 9
190:9, *18*, *19*
210:*11*, *15*, *19*, *21*,
*22*  211:*18*  212:20

**removed** 180:2, *17*,
*18*, *21*  212:*13*
283:7
**removing** 128:20
275:*10*
**renewal** 171:*1*
**repair** 35:*3*
**repaired** 278:*16*
**repeatedly** 236:*18*
**replace** 170:2
**replaced** 74:*13*
183:7
**report** 23:*16*
61:*19*  65:*16*, *21*
145:22  146:2
213:2  233:8
241:*19*  256:*14*
270:20  284:22
285:*23*  286:*11*
**REPORTED** 1:*19*
**Reporter** 1:*21*, *23*
8:7, 7  9:2, *3*, *21*
**reports** 68:6
173:*12*, *18*, 20
174:2  252:*21*
**representative** 14:8
64:*10*  67:*10*  129:5
211:*16*  226:*4*
**represents** 289:*10*
**reputable** 67:*12*
**reputation** 66:8
**request** 31:*17*  32:2
151:5  152:*14*
167:*3*  171:2  265:6
**requested** 119:9
167:*1*  173:5
**require** 59:*12*
124:*18*  125:*16*
**required** 55:2
79:*15*, 20  81:*11*
123:*10*  131:22
190:9  280:8
**requirement** 80:2,
*7*, *21*  81:4  125:8
175:*15*  225:*14*
**requirements** 17:*13*
80:*12*  105:8
178:*19*

**research** 20:*16*
52:*21*, 22  54:*4*, 7
55:4  60:*13*, *14*
**reserves** 78:*18*
**resolved** 211:*13*
284:*11*
**Resource** 59:*11*
**Resources** 14:*11*
32:9
**respective** 8:*4*
**responses** 60:6
227:*1*
**responsibility** 98:6
144:*3*  145:*13*
160:7, 9
**responsible** 161:*4*, 5
**rest** 39:8  72:*1*
172:*17*  202:6
**result** 289:*16*
**results** 39:7  63:9,
*12*  64:*1*, *12*  88:22
104:2  264:*3*  285:6,
7
**retained** 60:22
66:*4*
**retention** 258:20
**retire** 29:20  79:*1*
**retired** 234:6
**retiring** 79:2
**re-vegetated**
180:*17*  237:7
**re-vegetation** 53:*4*
54:*18*, *23*  56:*4*, 5
224:2  271:*3*
**revenue** 162:*4*
**review** 34:*1*, *4*, 7
100:7  151:8
152:*17*  154:*18*
159:7  256:*15*, *16*
259:*21*
**reviewed** 19:*13*, 20
33:*16*, 22  59:*18*, 20,
22  60:2, *15*  67:5
81:*19*  93:*18*
155:*14*  213:*1*
276:*15*  286:9
**Reviewing** 63:*3*
66:*21*  139:*13*
146:*19*  151:*3*
154:20  155:8, *13*

162:*16*  179:*21*
181:*10*  191:*20*
228:2  231:*20*
232:*19*  240:*21*
243:*23*  248:*21*
249:*16*  251:*1*
252:6  253:8
255:*20*  256:*13*
259:*20*  263:*21*
265:*1*  276:*1*  277:*3*
281:*8, 22*  286:*14, 22*
**revision**  147:*8*
**rework**  228:*17*
**reworking**  228:*7*
**rice**  16:*18*
**Richard**  2:*17*
114:*11*  191:*10*
216:*23*  248:*17*
254:6  269:*8*  283:*4*
288:*10*
**ridge**  219:6
**right**  11:22  20:*3, 8,*
*13*  25:4  28:6  30:*3*
31:*16*  34:*13*  42:8
46:*14*  49:*12*  50:6
51:*12*  52:*16*  68:*23*
69:6, *16, 21*  81:*17*
83:*10, 11*  85:3
97:*11*  98:*12, 16*
99:*15*  100:*3, 18*
106:*12*  107:9
108:22  111:2
112:6, *7, 11, 12*
120:20  121:*4, 6*
126:*14*  137:*12, 16*
138:6  144:*21*
145:20  148:*16*
149:*3, 19*  154:*4*
155:2  156:*3*  159:*8*
166:*21*  170:*21*
171:4  173:6, *15*
175:*11*  176:*3, 4, 22*
177:5, *10*  179:6, *23*
181:*1, 22*  182:6, *6*
183:*15*  184:*20*
186:*13*  188:*1*
189:*11*  193:*19*
194:*17*  195:*3*
196:*18*  197:*2, 3, 7*

199:*4*  204:2
205:*13*  206:7
210:*1, 4*  214:*9*
215:*13*  218:5, *13*
227:5  230:*15*
232:*21*  233:22
234:*21*  238:*19*
239:*4, 18*  240:*18*
241:*18*  244:8, *18*
247:2  248:7
250:*21*  252:*20*
255:*23*  256:*12*
262:*19*  263:22
267:*1, 9*  268:7
270:*23*  271:6, *8*
272:8  279:*17*
283:*2, 16*
**right-hand**  37:*16*
38:*17*  182:*16, 16*
199:*4*
**ring**  226:*12*
**rip-rap**  182:*10, 19*
187:*4*
**river**  35:7  37:*15*
106:*21*  164:*8*
181:*21*  182:6, *15*
183:*11, 13*  195:7
214:5, *18*  219:8, *13,*
*19*  228:7  247:*16*
266:9, *12, 23*  267:*4*
278:7  282:5
**RIVERKEEPER**
1:6  10:*14*  91:*14*
126:*21*  181:*15*
185:*16*  213:*3*
216:*19*
**Riverkeeper's**
266:*17*
**river's**  229:*1*
**road**  34:*18*  35:*3, 6*
149:5  150:*13*
163:*19, 20, 21*
164:*4*
**roads**  162:*23*
163:*3, 5, 8, 12*
164:*1, 9*
**Robert**  71:7
**rock**  47:*12, 14*
48:2, 5  183:7
231:*15, 23*  232:*12*

245:*13*  251:*15*
252:22  261:*16*
263:2  271:*4, 6*
274:22  275:*1, 3, 5*
**rocks**  184:*16*
**role**  31:22
**roll**  186:8
**root**  223:*11*
**rough**  40:*1*  78:*1*
**roughly**  71:*14*  78:*1*
**rounding**  208:*10*
**route**  233:9  263:*10*
**routine**  174:*13*
**rubble**  243:*21*
244:*1, 6*
**Rules**  9:6
**run**  40:2  170:22
199:*14*
**running**  18:22
78:*18*  92:*21*  110:4
112:4  218:3
**runoff**  38:5  74:*15*
101:*11*  104:*3*
122:*15*  233:2
235:9, *14, 17*  247:7
270:*12*
**runs**  107:*13*
111:*10*  112:7
**Russell**  10:6

**< S >**
**S-2**  282:*4*
**Safety**  80:*15*
204:22  205:8
**SAITH**  287:*14*
**sale**  160:*5*
**Sam**  14:*1*  53:6
234:*14*
**sample**  284:*21*
**sampled**  104:2
**samples**  37:*19*
62:*14, 15*  250:*14*
266:*18, 21*
**sampling**  35:*17*
36:8  60:*16*  62:5,
*14, 14*  65:7  66:*19*
67:5, *16, 18*  68:*17*
69:*1, 2*  120:23
132:*12*  216:*20*
217:5  264:2  266:9,

*16, 19, 20*  282:6
285:*4, 6, 7*
**sandstone**  48:5, *8*
**Sarah**  2:6
**saw**  30:21  86:*19*
137:*3*  157:5, *6*
252:22  254:*11*
273:6, *8, 15*  274:*1*
286:*1*
**saying**  75:7
108:*19, 20*  110:*15,*
*19*  111:22  176:*10*
181:*21*  188:*18*
189:*8*  197:5  212:*3*
214:*4*  219:5, *23*
220:5  237:*12*
273:6, *20*  284:6
**says**  69:*21*  97:*3*
107:6  135:*20*
147:*16*  151:*13, 21*
153:8, *10*  154:7
156:9, *19*  159:*14*
160:*1, 11*  165:*20*
167:*3*  228:*11, 23*
229:*17*  230:6, *21*
235:8  236:*4*  237:*1*
238:22  239:2
240:*12*  241:*18*
243:*4*  244:*1*
245:*13*  246:*3, 7*
247:6  251:*2, 9*
257:*12*  258:*10, 18*
261:20  264:7
265:*10, 19, 22*
267:22  269:9, *18*
271:2, *13*  272:*1*
274:*21*  278:6, *18*
279:*19*  280:2, *5, 7,*
*19*  283:*23*
**scan**  19:*15*
**scarification**  272:*16*
**scarified**  272:2
**scarify**  272:6
**schematics**  269:*23*
**school**  16:*14, 19*
50:*12, 19*  53:6
**science**  51:*3*
**sciences**  51:22
**scientific**  57:*1*
90:*23*  221:*3, 23*

**scientists** 60:*23*
61:*9*
**scraper** 94:*15, 17,
20, 20* 95:*8*
**scrapers** 94:*4*
**seal** 288:*18*
**sealed** 251:*23*
254:*23*
**seasonal** 193:*11, 16*
**seasons** 156:*21*
157:*2*
**second** 11:*11, 20*
14:*6* 55:*20* 122:*22*
140:*12* 153:*8*
156:*5, 8* 195:*8*
216:*13* 228:*21*
234:*22* 238:*19*
248:*10, 23* 251:*13,
18* 262:*23* 263:*9*
264:*23* 265:*5*
272:*1* 275:*19*
277:*12* 278:*6*
**section** 74:*5*
135:*18* 150:*13*
234:*22* 239:*21*
251:*23* 271:*13, 14,
15, 16* 275:*20*
284:*20*
**sediment** 12:*23*
13:*7, 8* 103:*5, 8*
108:*14* 116:*9, 10,
14, 15* 120:*9, 13*
121:*11, 16, 18, 21,
22* 122:*11, 14*
124:*16* 125:*15*
127:*7* 183:*21*
188:*21, 22* 189:*4, 5,
18* 195:*5, 13, 16*
202:*3* 217:*23*
220:*12* 263:*2, 11,
12, 14, 16* 264:*12*
275:*11*
**sedimentation** 11:*8*
13:*1, 15* 218:*2*
222:*21* 223:*9*
**see** 13:*17* 19:*6*
20:*6* 22:*22* 27:*6,
10* 37:*10* 38:*3*
39:*23* 40:*14* 43:*12,
17* 47:*19* 48:*7*

49:*11* 63:*17* 67:*13*
69:*17* 70:*7* 75:*6*
82:*5, 6* 83:*7* 87:*3*
88:*21* 89:*18* 91:*16,
18* 92:*12* 93:*13*
95:*14* 100:*18*
102:*4, 10, 14*
103:*10, 13* 107:*7*
109:*2* 113:*20*
114:*23* 117:*3*
127:*10* 130:*8*
131:*13* 133:*3*
135:*20* 137:*15, 21*
138:*1* 140:*4, 16*
152:*7* 156:*6*
157:*16* 158:*7*
159:*18* 167:*1*
169:*1, 3* 177:*16*
178:*12, 18* 182:*9*
183:*23* 184:*14*
186:*3* 187:*12*
190:*17* 191:*21*
193:*7, 18* 195:*7, 12,
17* 199:*10* 200:*6*
201:*15* 202:*15, 16*
203:*15* 204:*18*
206:*8* 207:*14*
208:*5, 20, 22*
213:*20* 214:*23*
219:*16, 17* 223:*2*
228:*19* 229:*1*
230:*18* 231:*1*
234:*23* 237:*5*
238:*22* 239:*22*
242:*14* 243:*21*
245:*15* 246:*21, 23*
247:*15, 19* 251:*4*
255:*9* 258:*12*
260:*11* 264:*8*
265:*8, 20* 266:*11*
268:*17* 269:*8*
270:*9* 271:*1, 22*
273:*16, 16* 274:*7*
279:*20* 280:*10, 19*
283:*20*
**seedlings** 157:*2*
**seeing** 41:*3* 65:*21*
75:*3* 94:*9* 103:*18*
114:*1* 117:*14*
128:*8* 129:*23*

207:*23* 218:*1*
222:*10* 227:*22*
269:*22*
**seek** 168:*2, 10*
171:*16* 178:*4, 9*
**seeking** 163:*2*
165:*2* 168:*11*
**seen** 25:*9* 39:*9*
41:*23* 42:*1* 43:*8*
46:*17* 49:*2* 63:*2, 4,
5* 66:*1* 68:*10*
82:*18* 88:*20* 91:*11*
96:*3, 7* 100:*8, 12*
104:*2* 105:*13, 19,
21* 107:*12* 108:*2*
114:*5* 116:*22*
117:*12, 13* 119:*4*
124:*5* 129:*19*
134:*9* 139:*15*
142:*9* 145:*9*
155:*12, 14* 159:*4*
161:*15* 162:*3*
174:*1, 3, 5* 183:*13,
17* 184:*7, 7* 195:*10*
196:*15* 206:*5, 18*
207:*12, 17* 214:*17*
220:*13* 228:*3*
233:*5, 15* 235:*3*
242:*19, 19* 243:*3*
255:*12* 256:*18*
258:*14* 264:*4*
265:*3* 266:*15*
268:*2, 6* 271:*18*
277:*8, 20* 278:*2*
281:*3* 284:*22*
285:*22* 286:*3*
**seeps** 247:*21* 248:*1*
**segments** 38:*3*
**self-load** 95:*8*
**semi-automated**
253:*18*
**send** 32:*4*
**sense** 43:*20*
144:*12* 158:*16*
171:*21* 176:*8*
**sent** 32:*16* 33:*13,
15* 62:*15* 155:*19*
**sentence** 156:*9*
159:*18* 236:*23*
249:*2* 265:*19*

**separate** 24:*22*
103:*20* 147:*17*
148:*4*
**separated** 103:*23*
148:*1*
**separately** 288:*7*
**September** 29:*15*
**serious** 234:*8*
**serve** 207:*6*
**served** 59:*6* 103:*5*
**services** 55:*19*
283:*5*
**set** 17:*16* 22:*19*
38:*13* 51:*13* 53:*5*
56:*3, 6, 9, 12, 14, 17*
58:*9* 63:*4, 19*
176:*7* 253:*19*
254:*5*
**sets** 56:*20, 20*
275:*7*
**settle** 121:*16*
**settled** 236:*20*
**settlement** 159:*20*
160:*2, 11* 211:*8, 10*
**seven** 18:*19* 31:*20*
149:*8* 153:*17*
275:*21*
**seventy-eight** 93:*15*
**seventy-five** 92:*20*
228:*23*
**seventy-seven** 92:*21*
**severely** 236:*5, 10,
13*
**shaded** 73:*5* 93:*9,
10*
**shape** 180:*16*
**sheet** 33:*9, 11*
**shirt** 191:*23*
216:*22*
**shoreline** 184:*1, 3,
6* 185:*6, 11* 186:*4*
194:*8* 214:*23*
215:*4, 20, 22*
**shoring** 192:*7*
**shortly** 242:*7*
**shot** 215:*19*
**show** 45:*8* 62:*22*
70:*8* 92:*10* 96:*20*
101:*5* 129:*20*
139:*8* 146:*6*

150:22  152:8
162:8  164:7
185:14  186:13
191:17  198:7
201:3  203:4  204:3
205:22  207:10
213:23  216:17
219:1  233:22
237:21  242:4
246:15  256:12
274:19  281:11
**showed**  39:22
108:3  137:11
178:5  204:10
231:4
**showing**  92:19
99:11  101:12
131:8  169:16
206:16  270:23
274:12
**shown**  41:19  44:4,
9  45:11  47:11
49:20  68:21  73:4
75:4  98:17, 19
99:21  108:7
111:19  121:3
127:1  129:19
131:7  149:5, 6
153:20, 21  198:11,
19  201:5  214:2
217:18  264:17
**shows**  69:14  83:10
93:5  94:12  103:12
107:8, 22  112:15,
15  113:13  115:1
135:6  152:8  196:2
199:6
**shuffle**  172:11
**side**  37:16  38:17
42:4, 6  49:12
91:17  92:22
118:13, 14, 14
134:5  182:6, 14, 16,
17  203:6, 15
217:11, 15, 19
218:10, 12  219:5, 7,
8, 13  233:11, 12
**sign**  174:7
**signed**  60:6
151:11  174:8, 12

**significant**  187:10
207:20  219:18
222:1
**signing**  10:1  60:7
174:10
**signs**  68:10  86:19
88:21
**silt**  265:23
**siltation**  228:14, 16
231:14, 22  261:20
**silted**  258:11
**similar**  45:12
46:18  49:3, 5  84:5
85:18  111:12
186:23  207:5
253:10  285:3
**Simon**  283:4
**simple**  87:14
**Simpson**  61:22
**sir**  10:20, 23  18:5,
12, 14  19:8, 18, 21
25:11, 13, 22  28:15,
19  29:4, 7  30:11,
14, 18  31:15, 15
32:20, 23  33:20
34:3  35:8, 16, 19,
22  36:10  37:2, 8
39:16, 19  40:10, 22
41:2, 5, 9, 20  43:11,
14  44:2, 7, 11, 14
45:19  46:3, 11
47:1, 4, 9  48:11
49:2, 14, 18, 22
50:5, 10, 15, 18, 23
51:5, 7, 9, 11  52:6,
20  53:18  60:1, 4, 8,
17, 19  61:1, 3, 6, 21,
23  62:2, 6, 12, 17
63:3, 6  64:13
65:17, 23  67:7, 17,
20  68:1, 6  69:17,
23  70:14, 16  71:8,
10  72:16, 22  73:4
75:8  76:4, 5, 8
81:20, 23  82:7, 23
83:3, 8, 12, 15, 18
84:10  85:5  88:17
90:13, 18  91:20
92:13  93:11, 21
96:17, 19  97:3, 7,

10  98:21  99:8, 17
100:14, 17, 20
101:9, 20  102:11,
14, 16  103:10, 11,
14  104:5, 19, 22
106:4, 17  107:8
108:5, 9, 16, 18
111:1  112:17
113:12, 17, 21
115:2  118:6, 9
119:8, 10, 18  120:1,
7  122:7, 12  123:4,
7, 17  124:11
126:15  127:21
130:1, 6, 23  131:15,
20  132:1, 4, 11, 15
133:2, 11, 22  134:7,
11  136:1, 5, 17
137:13, 17, 20
138:3, 11  139:6, 6,
10, 14, 17  140:7, 11
141:8, 21  142:2, 8,
11, 14, 17  144:13
145:11, 15, 18
146:1, 5, 17, 19, 22
147:1, 11, 19  150:6
151:23  152:11, 22
153:6  154:14
155:3, 15, 18  156:2,
4, 7  159:17, 23
161:11, 16, 19
162:6, 16  164:19,
21  165:23  166:11,
18, 22  167:13
170:16  171:9, 12
172:20  173:9
174:9, 20  175:6, 12
180:1, 3, 6  181:2,
13, 23  182:7  183:6,
9, 16, 19, 22  184:9,
20  185:4, 7, 10, 19
186:6  187:15, 22
190:1, 6  192:1, 4, 5
193:8, 10, 20
194:21  195:6, 11,
14, 23  196:9
198:10  199:7
200:1, 4, 23  201:12,
18, 22  203:10, 14,
21  204:6, 15, 17, 17,

20  205:9, 11, 17
206:1, 9, 21  207:13
210:9  213:16
214:22  215:2
216:7  217:8
219:14  224:17
226:8  228:20
229:2  230:3, 20
231:2, 5, 12  232:6,
23  233:4  234:2, 5,
16  235:1, 12, 18
236:9  237:16
238:3, 21  239:1, 3,
23  241:6, 22
242:15  243:6, 14,
17  245:17  246:18
247:1  249:9
250:15  251:5, 12,
17  252:2, 6, 14
253:2, 12, 15
254:19  255:10, 14,
16  256:18, 22
258:1, 3, 13  259:7
260:7, 10, 13, 17, 19
261:5, 9, 19  262:2,
7, 16  264:1, 6, 9, 14,
18  265:4, 9, 21
266:5  267:6, 10
269:17  270:11
271:5, 7, 21, 22
272:3  274:2, 5, 14
276:16, 19  277:11
278:14  279:10, 21
280:11, 16  281:21
282:2, 8, 22  283:20
284:9, 12
**Sisk**  61:18
**sit**  158:2
**site**  12:22  28:5
30:7, 10, 20, 21
31:5  34:7, 15  35:1,
15, 20  36:1, 7, 9, 13,
15, 19, 23  38:6
40:20  41:15  43:8,
13  50:7  56:11
60:16  61:2  62:4
64:2  68:12, 19, 20
71:2, 16, 20  72:3,
21  73:14  74:11, 15
76:16, 21  77:15

79:*11* 80:*11* 81:*12*
85:2 86:*11, 13*
87:2, *10* 88:*19*
91:*16* 94:*14* 102:7,
*22* 103:*9* 105:5
107:*10, 13* 108:*15*
113:*16* 114:*4*
117:*11* 119:2, *3*
123:*19, 20* 124:2, *4*
131:*12* 132:*14, 17*
134:*9* 140:*9* 141:6
154:*13* 159:*20*
162:22 163:*8*
194:*23* 196:*15*
204:8, *13* 205:*18*
206:*3, 18, 22*
211:*11* 220:*10, 13,
19* 221:6 222:*5, 21*
223:*15, 18* 233:*1*
236:*18* 237:*11, 12*
240:*3* 242:*13*
244:*11* 247:*11*
250:*14* 252:5
254:*21* 259:*10, 13,
15* 261:2, *8* 262:*18*
264:*3, 16* 266:*11*
267:5 269:*3* 273:*3,
21* 275:*19* 277:*10*
286:*10*
**sites** 14:*16* 22:*11*
53:*4, 16* 54:*20, 21*
55:*21* 57:*18* 68:*14*
76:*18* 77:*11* 78:7
86:*21* 102:*1*
120:*23* 123:*16*
213:9 225:7 254:5
261:*13*
**site-specifically**
88:*13*
**situation** 226:*10*
232:5 277:*20*
278:*17*
**six** 88:*1, 3* 146:*17*
172:*15* 257:*17*
**six-foot** 260:*12*
**sixteen** 275:*12*
**sixty** 41:22 59:*14*
**Sixty-eight** 10:*11*
**sixty-nine** 151:*10,*

*20*
**sixty-one** 152:*12*
**size** 83:*13* 109:*12*
134:*14, 17* 136:*20*
187:*19*
**sketches** 260:2
**skill** 51:*13*
**skimmed** 285:*9*
286:*4*
**slightly** 118:22
131:7
**slope** 42:*10* 122:*18,
20* 127:*16* 206:*15*
**slopes** 42:*8*
**slough** 129:*21*
130:*9, 16* 191:*4*
**slow** 116:*16* 121:*15*
**slumpage** 208:7
**slurry** 80:*17* 84:22,
*23* 148:2, *3, 6, 13,
13* 153:*23* 163:22
**small** 11:*21* 18:*18*
22:*20, 22* 229:*18*
**smaller** 109:*15*
**SMCRA** 90:7
**S-M-C-R-A** 90:*12*
**Smith** 230:*23*
231:*4*
**sodium** 265:*11, 11,
13*
**soil** 23:8 74:*12, 13,
22* 93:*16* 127:*13*
194:6 272:*1, 7*
**soiled** 101:*1*
**soiling** 23:6
**soils** 270:2
**solids** 116:*17*
275:*10*
**somebody** 77:*13*
135:*17* 194:*11*
216:*5, 7*
**sooner** 287:6
**sorry** 113:*1* 131:*4*
182:23 190:22
191:2 193:2
235:*15* 237:*4*
256:9 263:*4* 287:*5,
11*
**sort** 41:*17* 64:*23*

81:*11* 83:*11* 186:*3*
**sought** 178:*10*
**sound** 228:*12*
**Sounds** 59:*19*
**sources** 229:*4*
**South** 1:*15* 2:*9*
9:*11* 16:*15*
**SOUTHERN** 1:2,
*14* 2:8 9:9 155:*10*
283:*4*
**speak** 262:*4*
**spearheaded** 54:*16*
**specific** 14:*3* 51:*23*
80:*3* 86:*12, 13*
259:*11*
**specifically** 45:*16*
47:22 94:8 124:*13*
143:*9, 20* 153:7
161:*20* 163:*10*
172:7 174:*11*
241:2 286:*11, 16*
**speculate** 211:7, *13*
**spell** 53:*10*
**spillway** 118:*10, 12,
16, 21* 119:*1, 13*
122:*3, 6, 10* 131:*18*
182:2, *11, 13* 183:*4,
8, 10, 17* 184:*14*
186:*21* 187:*14, 17,
22* 188:*3* 189:*3*
190:*10* 192:*3, 7*
258:*12, 19* 278:*12*
**spoil** 127:*13*
234:*23* 235:*3, 9, 13,
16* 236:*4* 286:*13*
**spoke** 27:*20*
**spoken** 28:2, *6, 13,
20* 71:*19* 257:2, 7
**spot** 118:22 204:*12*
**spray** 251:*15*
**spread** 57:*19*
**spreader** 75:*21, 21*
**sstokes@selcal.org**
2:*14*
**stability** 119:*20*
**stabilize** 182:*11*
207:*4*
**stabilized** 200:*16*
207:*23* 208:2, *11*

212:*15, 16* 219:*15*
220:*3, 6* 221:7
**stable** 188:*16*
202:*14* 206:*17, 23*
208:*13*
**stack** 82:*13*
**staff** 77:*21, 21*
**stamp** 135:*11*
**stamped** 151:*1*
**stand** 285:*11*
**standards** 154:*8*
**standing** 191:*23*
**standpoint** 17:*18*
125:7 177:*8*
193:*16* 238:*18*
**Starnes** 2:*19*
288:*11*
**start** 54:5 148:*8*
175:*20* 208:*9*
243:*3* 281:*15*
**started** 11:*17* 13:*4*
18:*17* 79:2, *6*
89:*23* 95:*20*
227:*21* 242:*17*
259:*23*
**starting** 78:*23*
212:*13* 229:*19*
**starts** 284:*16, 20*
**start-up** 242:*22*
**State** 9:*4* 10:*4*
14:*9, 23* 17:*15*
30:*23* 50:*20* 53:*17*
89:*18* 173:*14*
211:*11* 242:*16*
289:*3*
**stated** 213:*15*
227:*10*
**statement** 72:*10*
211:22 212:*6*
235:*11* 236:*8*
249:*19*
**STATES** 1:*1* 9:7
110:*10* 142:*23*
143:7, *15* 238:*11*
**Station** 264:7
**statistical** 56:*21*
**statistically** 57:2
**status** 155:*11*
160:*20*

**statutes** 59:*10*
**stay** 116:*17*
**stayed** 77:*23*
**stenotypy** 289:*8*
**Stephen** 50:*20*
**STIPULATED** 8:2
**stipulating** 63:9
**stipulation** 9:8
65:*1, 2* 248:*16*
**stipulations** 9:22
63:*20* 65:3
**stocking** 156:*17*
**stockpile** 95:*10*
**Stokes** 2:6
**stones** 182:*8* 186:3
**stop** 11:*12* 22:*12*
73:22 121:*15*
147:6 167:*20*
171:6 190:*3* 209:*6,*
*10, 14* 210:2
217:22 261:*15*
**stopping** 134:*20*
**storage** 32:9, *18*
135:7 249:*14*
**stored** 250:5, 9
**storing** 244:*16*
**stormwater** 39:7
**straight** 164:*17*
**straight-up** 267:*16,*
*17*
**strategies** 211:*8*
**strategy** 211:*10*
**straw** 203:*16* 208:5
**stream** 108:*4*
217:*10* 264:*11, 15*
**streams** 36:*15, 19*
104:7
**strictly** 35:2
157:*11*
**striking** 216:2*1*
**strip** 196:*20*
**structure** 46:*16*
105:*15* 202:*13*
**structures** 115:*4*
116:9 277:9
**stuck** 35:*10*
**study** 284:*17*
**stuff** 57:*1* 58:7
85:*8* 104:*1, 1*

138:*20* 283:*12*
285:22
**subject** 40:*16*
72:*13* 162:*17*
259:*8* 260:*23*
261:*4* 284:5
**subjects** 14:*13*
20:5, *9, 15, 21* 21:*8,*
*9, 12*
**submit** 174:*16*
**submitted** 59:*16*
174:*18* 213:3
**subscribed** 288:*16*
**substantial** 196:2
**substantially** 283:*13*
**suffice** 235:22
**suggest** 218:6
**suggested** 31:*4*
**suit** 205:*14*
**Suite** 1:*15* 2:9
9:*11*
**summer** 40:2*1*
62:*3* 68:*18*
**sums** 153:9
**superintendent**
234:*20* 252:*19*
**superior** 18:6
**supervision** 289:*10*
**supervisor** 18:8
**supplement** 267:22
268:2*1*
**supporters** 54:*15*
**supposed** 202:*10*
**sure** 12:2 16:*1*
17:*19* 20:*19, 23*
24:*13* 32:*15* 33:5,
*10* 34:*11, 20* 40:*15*
41:*23* 42:*17* 44:*15*
53:*11* 57:2*1* 60:*1*
63:*8, 23* 70:*20*
91:*1* 104:*11*
120:*15* 125:*11, 13*
138:*1, 7* 139:3
149:22 163:2
164:*17* 174:*4*
178:*11* 201:7
214:*14* 232:*10*
272:*18*
**surface** 15:*14*
17:*12, 14* 25:2

26:5, *6, 23* 39:*13*
53:*4, 21* 57:8
67:*15* 89:9, *14, 16,*
*19, 21* 90:*1, 9*
93:*12* 98:*11* 119:2
122:9, *9, 15* 131:*13,*
*17* 132:*13* 151:6
162:*14* 165:*1, 13*
188:5, *17, 20* 218:*8*
219:*12* 233:*18*
237:23 238:9, *14,*
*17* 245:*14* 246:*19*
247:7, *20* 250:6
264:*4* 270:*12*
272:2, *7* 276:*14*
284:22 285:*15*
**surveying** 77:*14*
**sustain** 51:*18*
**SW-1** 115:*17*
120:6, *19*
**SW-2** 69:22 102:22
**SW-3** 120:*17*
**sworn** 9:*18* 288:*16*
**Synopsis** 256:*15*
**system** 32:*10*
122:*14* 253:*10, 14,*
*16, 23* 254:*13*
256:7 257:*12*

**< T >**
**tables** 64:2*1* 66:*19*
**tag-along** 75:2*1*
**tailings** 85:*4*
148:*11, 12*
**take** 10:*15* 36:*14*
37:*3, 19* 65:*12*
91:*10* 95:9, *10*
98:23 101:*13, 15*
111:2 130:2*1*
137:9 152:*14, 18*
157:*17* 164:*15*
179:*15* 189:22
194:*17* 197:*14*
198:*18* 214:*4*
215:*18* 221:*19*
227:7 232:*17*
240:*18* 248:7
250:2*1* 253:5
263:23 264:*23*
276:3 287:8

**taken** 8:5 40:5
41:*14* 45:*10* 49:2
64:2 76:7 126:2*1*
131:*11* 132:22
133:*19* 134:22
139:*19* 141:9
165:*14* 168:5
181:*14* 185:*15*
186:*15* 191:*19*
192:2*1* 193:*4*
194:*19* 197:*19*
201:*4* 204:*4*
205:23 207:*11*
216:*18* 227:*12*
289:7
**takeoff** 270:*19*
**takes** 152:*17*
**talk** 22:*18* 62:*10*
90:5 197:23
251:22 277:*12*
**talked** 26:*16* 29:8
30:*12, 16* 71:*1, 4*
99:6 102:2*1* 117:5
119:*12* 126:8
142:*12* 154:2*1, 23*
182:*12* 269:*14*
**talking** 58:*10*
69:2*1* 74:*16* 83:22
86:23 89:8 90:6
104:22 109:*3*
111:6 121:2
126:*12* 130:*11*
136:*3* 138:7 143:*4,*
*7, 9* 150:*10* 167:6
179:*10, 22* 184:*18*
195:5 205:*12*
210:7 212:*4* 219:5
220:*14* 224:22
229:*11, 13, 20*
230:7 231:6, 2*1*
232:*11, 21* 235:*20*
236:22 237:7
244:7 247:*8* 249:5
250:*8* 265:6
268:*14* 269:*13, 17*
271:*10* 274:*12*
275:6 278:6
286:*10*
**talks** 248:*11* 253:9
264:*10* 269:2

277:*5* 282:*16*
283:*17*
**tank** 135:*7*
**task** 32:*6* 77:*14*
**Taylor** 56:*1*
**technical** 212:*5*
**technically** 211:*17*,
*23* 212:*5*
**technician** 138:*23*
**techniques** 57:*10*,
*13*
**technology** 255:*2*
**teepee** 214:*17*, *21*
215:*1*, *20* 216:*5*
**tell** 20:*17* 39:*19*
43:*18* 45:*15*, *22*
46:*1*, *20* 47:*7*, *8*, *22*
48:*14* 49:*1*, *5*, *19*
96:*22* 110:*13*
111:*18* 114:*2*, *17*
117:*16* 118:*1*
136:*8* 139:*23*
140:*8*, *11* 141:*6*, *15*
143:*14* 147:*2*, *7*
151:*1* 163:*7*, *10*
167:*14* 172:*23*
181:*11* 198:*11*, *19*
200:*8*, *11*, *17* 201:*5*
206:*4* 207:*16*
215:*8*, *9* 221:*14*
240:*14* 252:*4*
255:*17* 268:*15*, *18*
269:*12* 275:*21*
280:*3* 286:*9*
**ten** 27:*22* 36:*3*, *9*
58:*9* 71:*15*
**tendered** 21:*1*
**ten-year** 53:*5*
**term** 84:*6* 107:*16*
109:*20* 110:*2*
112:*23* 113:*3*
138:*17* 235:*2*
255:*21*
**termination** 167:*16*
171:*20*, *23* 172:*2*, *5*,
*6*, *8*, *12*
**terminology** 136:*7*
139:*5* 169:*23*
**terms** 71:*3* 78:*2*
90:*17* 141:*18*

157:*14* 188:*19*
222:*17* 256:*3*
272:*20*
**terraced** 75:*2*
**terraces** 75:*4*
**terracing** 75:*7*
**test** 88:*22*
**TestAmerica** 62:*18*
63:*4*, *5*
**testified** 9:*19*
10:*21* 14:*7* 277:*14*
**testify** 10:*18* 12:*17*
14:*13* 15:*4* 20:*9*
35:*9* 129:*10*
179:*19* 211:*6*
240:*8*
**testifying** 175:*9*
211:*16*
**testimony** 20:*5*
25:*15* 85:*6* 97:*12*
114:*16* 192:*6*
221:*10* 288:*4*
**testing** 194:*6*, *7*
**Texas** 16:*15*, *19*
50:*14*, *21*
**Thank** 43:*1*
197:*12* 287:*10*
**Thanks** 123:*2*
**thereto** 8:*15* 289:*9*
**thing** 13:*1* 15:*9*
16:*9* 35:*12* 57:*4*
80:*12*, *13* 82:*11*, *17*
84:*14* 85:*3* 107:*4*
124:*5* 138:*8*
154:*23* 174:*13*
177:*12* 180:*15*
197:*22* 199:*12*
277:*1* 281:*11*
285:*18*
**things** 19:*22* 22:*19*
51:*15*, *20* 52:*11*
55:*17* 56:*22* 57:*3*
63:*20* 72:*3* 128:*4*
146:*7* 160:*8* 161:*6*
174:*12* 241:*5*
275:*22*
**think** 13:*19* 14:*21*
21:*4*, *6* 27:*14* 39:*3*
42:*2*, *7*, *14* 43:*19*
45:*1* 59:*8* 63:*18*

64:*4* 67:*10*, *14*
69:*17* 70:*22* 74:*22*
75:*13* 79:*2*, *17*
80:*4* 81:*7* 82:*7*, *15*
84:*4* 85:*17* 89:*11*,
*22* 90:*22* 91:*8*
92:*2* 97:*14* 104:*11*
106:*10* 128:*4*
131:*16* 134:*19*
136:*15* 137:*5*
139:*7* 142:*19*
143:*21* 154:*6*
157:*5*, *22* 158:*3*
166:*17*, *19* 170:*13*
189:*19* 190:*7*, *9*
191:*10* 196:*20*
197:*21* 199:*2*, *2*
225:*18* 226:*12*
233:*4* 235:*5*
248:*20* 257:*1*, *6*
262:*18* 267:*13*
283:*9* 287:*1*, *9*
**thinking** 42:*3*, *20*
281:*14*
**third** 13:*18* 93:*5*
159:*14* 179:*9*
243:*7*, *18* 253:*9*
256:*19*
**thirty** 137:*4*, *4*
165:*12* 188:*15*
**thirty-day** 166:*14*
**thirty-eight** 20:*4*
21:*10*
**thirty-five** 31:*20*
137:*6*
**thirty-four** 286:*12*
**Thirty-nine** 82:*15*
**thirty-six** 286:*5*
**thirty-year** 79:*13*
**thought** 55:*17*
65:*10* 138:*6*
141:*18*
**thousand** 16:*23*
31:*20* 87:*19*
216:*10* 220:*11*
275:*12*
**three** 11:*14* 12:*21*
13:*16* 17:*8* 31:*20*
56:*20*, *20* 62:*23*
72:*5* 88:*6*, *7*

139:*12* 152:*18*
220:*18* 223:*21*
238:*15* 255:*8*
**thrown** 82:*15*
**Tidehaven** 16:*18*
**tie** 82:*18* 101:*15*
**tied** 32:*11* 104:*19*
157:*8* 160:*4*
**ties** 83:*8* 102:*20*
112:*9* 114:*7*, *8*
178:*19* 268:*23*
**tilling** 272:*6*
**time** 8:*13*, *14*
11:*10*, *11* 13:*6*
22:*7*, *23* 23:*22*
24:*1*, *7* 25:*1* 26:*1*,
*22* 27:*19* 30:*21*
34:*14* 39:*5*, *8*
53:*20* 66:*1* 68:*16*
72:*17* 73:*1* 75:*20*
78:*8* 89:*15* 91:*17*
94:*1* 104:*8* 115:*23*
116:*1* 126:*3*
134:*12* 152:*13*
155:*16* 157:*1*
159:*1*, *2* 165:*2*
166:*2* 167:*5* 169:*8*
172:*9* 174:*15*
178:*1* 185:*22*
187:*19* 189:*1*, *14*
192:*3* 196:*6*
208:*11*, *12* 222:*13*
234:*12*, *19* 236:*6*
239:*15* 242:*21*
247:*4* 258:*20*
261:*12* 262:*21*
273:*3* 274:*9*
278:*11* 287:*8*
**times** 26:*20* 35:*23*
36:*3* 138:*22*
162:*23* 214:*18*
**time-wise** 80:*13*
**timing** 144:*12*
169:*6*
**title** 17:*4*, *7*
**TM** 280:*5*
**today** 10:*15*, *19*
19:*14*, *20* 21:*20*
64:*10* 67:*10* 114:*6*
117:*13*, *14*, *18*

158:2  181:*1*
186:*10*  211:*16*
220:*15*  236:*18, 18*
237:*5, 12*  239:*10*
245:*1*  259:*15, 16*
267:*9*  269:*14*
271:*10*
**today's**  222:*17*
**toe**  38:*23*  39:2
40:*3*  48:*15*  229:*17*
**told**  62:7  80:*1, 7,*
*10*  90:*19*  108:*17*
143:*21*  264:*17*
284:7
**Tom**  26:*13*  61:22
280:6
**ton**  162:*1*
**tons**  87:*18, 19*
**top**  43:*16*  95:7
117:22  131:*14, 17*
134:*10*  140:*23*
141:*1, 12*  191:22
199:*14, 20*  201:*11,*
*15*  203:6  269:2, *13*
**topics**  31:*18*
**topography**  91:*4*
**topsoil**  271:*14, 19*
**total**  24:*10*  220:17
275:11
**totally**  26:*5*
168:*15*  236:*20*
237:*13*  245:8
**touches**  52:2
**town**  16:22
**tractor**  75:22
**training**  52:5
**transcript**  19:*17*
288:*4*  289:*11, 23*
**transitioning**
160:*18*
**transported**  93:*23*
**travel**  218:*15*
**treat**  256:8  265:*15,*
*15*
**treated**  23:9  270:*4*
**treating**  240:*23*
272:21
**treatment**  22:*10*
23:*3*  73:*17, 21*
241:*3, 8, 11*  251:*3*

253:*10, 13, 16, 19*
255:*19, 22*  256:*1*
**tree**  140:5  219:*16*
222:*12, 18*  223:*1, 3,*
*6, 16, 17*  235:*21*
**tree-covered**  196:*12*
**trees**  49:*8*  57:*17*
102:*3*  154:7
156:*18, 20*  157:*11*
162:*19*  195:*8, 18*
206:*7, 19, 22*  207:6
208:*4, 5*  220:*3*
222:*11*  223:*18, 19,*
*22, 23*  224:*3*
228:*15*  236:*1*
**tremendous**  212:*8*
**trench**  133:*4, 7*
260:*15*
**trespassing**  216:*8*
**trial**  8:*14*  12:*15,*
*17*  15:*4*
**tributary**  106:*19,*
*20*  107:7, *10, 12, 15*
108:*3, 8, 13, 23*
109:*2, 9, 12, 20, 23*
110:*9, 23*  111:*6, 16,*
*17, 19*  112:*4, 23*
113:*4, 7*  125:*15*
143:*8*  168:*21*
191:*5*  246:*3*  265:*8*
**trip**  217:*5*
**truck**  75:*21*  76:*1*
94:*16*  95:*4*  141:*2,*
*12*
**trucks**  94:*4*  211:*4*
**true**  27:*15*  82:*8*
90:*18*  92:6  98:*1*
108:6  112:*17, 18*
131:*16*  147:*15*
224:*18*  231:*16*
235:*10*  263:*3*
288:*5*  289:*11*
**try**  190:*3*  217:22
251:*20*  265:*7*
**trying**  15:*23*  21:*3*
38:*8*  51:*18*  54:*16*
63:*7*  97:*12*  164:*16*
261:*1, 7*  267:*13*
272:*18*

**turn**  139:*11*
146:*23*  150:*4*
155:*23*  168:*10*
234:*21*  248:22
255:*11*  263:*9*
268:*7*  282:*1*
284:*19*
**turns**  13:9
**turtles**  181:*5*
**Tuscaloosa**  11:7
13:*21*  15:*1*
**twenty**  234:*13*
**twenty-five**  136:*19*
137:*6*
**twenty-four**  286:*4*
**Twice**  11:2  105:*9*
**two**  11:*19*  12:*23*
27:*4*  43:*8*  53:*15*
58:*2*  59:*10*  69:*8*
82:*5*  83:*10*  85:*7*
88:*5*  92:*16, 19*
98:*23*  104:*7*  115:*1*
116:*5, 7, 21*  119:*20*
120:*13, 22*  121:*18*
126:*13*  132:*9*
138:*2, 3*  147:*5, 17,*
*21, 22, 23*  153:*18*
154:*5*  156:*20*
157:*1*  172:*15*
186:22  191:*21*
220:*18*  223:*21*
238:*15*  249:*4, 7, 7,*
*8, 17*  275:*10, 12*
276:*3*
**two-page**  43:*7*
**type**  57:*4*  72:*10*
76:*23*  94:*3*  128:*4*
131:*21*  141:*17*
241:*11*  272:*11*
285:*5*
**typewriting**  289:*9*
**typical**  88:*11*
**typically**  36:*4*
37:*10*  48:*6*  84:22
105:*9*  109:*23*
125:*3, 9, 18, 20*
152:*15*  161:*22, 23*
163:*19*  254:*3*

**< U >**
**U.S**  15:*12*  124:*17*
**uh-huh**  13:22
25:22  32:*23*  40:*15*
41:*16*  48:*23*  54:*11*
59:*15*  65:*4*  90:*13*
140:*7*  141:*21*
161:*11, 14*  175:*12*
183:*19, 22*  201:22
220:*7*  228:*9*  231:*9*
235:*1*  257:*9, 20*
266:*1*  267:*1*
268:*12*  274:*23*
**ultimately**  99:*19,*
*22*  101:*11*  180:2
280:*18*
**unconsolidated**
243:*21*
**uncovered**  205:*16*
**underground**  17:*13*
24:*18*  25:*21*  26:*4,*
*7, 11*  27:*1*  31:*12*
44:*19*  57:*5*  77:*5,*
*19*  78:*16, 19*  79:*4*
89:*21, 23*  95:*14*
144:*23*  158:*8*
234:*10*  242:*21*
245:*15*  254:*23*
**underneath**  85:*17*
**understand**  25:*18*
27:*12*  63:*8, 22*
66:*3*  90:*20*  110:*13*
122:*13*  130:*13*
138:*14*  150:*1*
158:*17*  176:*10*
272:*19*  273:*5*
**understanding**
25:*14*  66:*6*  72:*15*
128:*3*  139:*19*
161:*13*  169:22
229:*5*  230:*2*
270:*14, 16*
**understood**  16:*1*
125:*12*
**undeveloped**  157:*13*
**UNITED**  1:*1*  9:*7*
110:*10*  142:*23*
143:*7, 14*
**units**  56:*23*  88:*5*

**University** 50:*21*
52:*21*
**unnamed** 106:*19,*
*19* 107:*6, 9* 168:*21*
264:*10* 265:*7*
**upkeep** 159:*16*
**upper** 70:7 121:*22,*
*23* 122:*5, 10*
195:*16* 196:*8, 11,*
*23* 197:*4* 203:*6*
258:*10* 278:*8*
**upstream** 37:*15*
38:*18* 42:5 115:*15*
116:*18* 121:*5*
124:2 131:*8*
182:*17* 196:*17*
197:*1* 198:*23*
199:*3* 214:*6*
229:*21* 251:*10*
**usable** 68:*8*
**usage** 138:*22*
**use** 51:*13* 84:*6*
156:*22* 157:*3, 11*
162:*21* 163:*4, 7*
253:*20* 265:*10, 17*
**uses** 216:*5*
**USGS** 108:*2, 7*
**Usual** 9:*21*
**usually** 122:*2*
152:*18* 157:*13*
175:*18* 208:*8*
241:*12* 243:*1*
254:*5*

**< V >**
**valid** 67:*14*
**valley** 257:*19*
258:*10*
**value** 180:*13*
**vantage** 183:*11*
**varies** 88:*13*
152:*15*
**varieties** 223:*22*
**vast** 21:*19* 222:*11*
**vegetated** 219:*15*
270:*4, 5*
**vegetation** 49:7
57:*16* 72:*3* 117:*20,*
*21* 154:7 202:*14*
222:*14* 237:*9*

**vegetative** 222:*18*
236:*19* 237:*2*
**vehicle** 35:5
**vernacular** 107:*23*
**versus** 104:*3*
189:*9* 237:*10*
**vice** 155:*21*
**view** 185:*17* 203:5
205:*5* 210:*11*
**viewed** 183:*10*
**Violation** 237:*22*
238:*1, 4* 240:*20*
246:*3* 262:*13, 15*
263:*1, 8, 10*
**violations** 238:*23*
**visible** 134:*1*
202:*17*
**visit** 41:7 48:*22*
131:*12* 242:*13*
**visits** 36:*5, 9* 40:*20*
41:*1*
**visual** 184:*14*
207:*20*
**visually** 101:*22*
**volume** 82:*20*
83:*16* 257:*18*
**vs** 1:*8*

**< W >**
**Wade** 70:*13, 20*
**wait** 59:*14* 120:*15*
156:*23* 231:*18*
**walk** 102:7
**walked** 101:*23*
196:*15* 206:*18*
**Walker** 56:*12*
**walking** 114:*4*
**Walter** 14:*11, 19*
**want** 21:2 58:*12*
63:*8, 23* 67:*1, 3*
70:*8* 103:*23*
114:*10* 115:*21*
125:*13* 128:*1, 2*
135:*19* 138:7
139:*8* 152:*23*
157:*22* 158:*1*
163:7 191:*8*
214:*13* 217:*10*
221:*12, 22* 240:7

249:*10* 259:*6*
262:*11* 267:*8*
**wanted** 34:*22*
54:*23* 103:*22*
139:2 287:*7, 8*
**wants** 254:*6*
**WARRIOR** 1:*6*
10:*14* 106:*20*
214:*5* 282:*5*
**washer** 84:*12*
137:*19* 138:*3, 8, 12,*
*15* 139:*3*
**waste** 47:*18* 48:*10*
49:*16* 73:*10, 23*
74:5 77:2 82:*22*
84:*12* 85:*8* 88:*23*
95:*18* 96:*10* 97:*13*
99:*9* 100:*21* 104:*4*
109:*1* 112:*13*
113:*9* 128:*13*
131:*14, 18* 133:*5*
134:*2* 139:*4* 184:*2*
189:*9* 193:*21*
202:*16* 203:*18*
206:*8* 211:*18*
215:*5, 10, 11, 22*
216:*3* 219:*13*
222:*3* 231:*15, 22*
232:*12* 233:*2*
235:*17* 237:*8*
243:*20* 244:*2, 19*
245:*14* 247:*12*
256:*1, 8* 266:*11*
267:*4* 268:*11*
269:*4* 274:*7*
286:*20*
**water** 17:*21* 36:*12,*
*20, 22* 39:*6, 13*
59:*10* 66:*17* 67:*16*
80:*20* 81:*1, 3, 11*
86:*4* 87:*1* 91:*4*
101:*11* 104:*7*
105:*4* 107:*6*
110:*10* 116:*13, 15*
118:*18, 19, 22*
119:*3* 121:*15*
122:*9, 9, 15, 18*
123:*5* 124:*17, 17*
125:*6* 131:*13, 17*
132:*13* 133:*8*

134:*1, 9* 142:*23*
143:7 168:*21*
170:*1* 179:*3* 180:*8*
181:2 183:*18, 20*
184:*4, 15, 22*
187:*13, 17* 188:*5,*
*11, 18, 20* 189:*5, 10,*
*12, 13, 19* 190:*4*
199:*14, 17* 218:*8,*
*14, 18* 219:*12*
226:*11* 233:*9*
240:*23* 244:*13, 14,*
*15, 16* 245:*1, 5, 13,*
*14* 246:*22* 247:7
248:*12* 250:*4, 9*
251:*21* 253:*21*
256:*20* 265:*7*
270:*12* 278:*13*
284:*22* 285:*15*
**waters** 106:*13, 18,*
*23* 107:*17* 143:*14*
251:*3* 254:*13*
**way** 34:*13* 38:*13*
46:*1* 54:*23* 55:*11,*
*12, 16, 16* 57:*14*
60:*21* 75:*12* 82:*19*
86:*9, 10* 89:7 95:*3*
98:*19* 99:*11, 20*
101:*13* 104:*13*
106:*14, 14* 107:*2*
108:*10, 20* 109:*17*
110:*5* 111:*18*
112:*1, 11* 115:*12*
120:*10* 124:*6*
130:*4* 136:*4*
140:*18* 147:*20*
168:*23* 183:*4*
208:*6* 218:*16*
221:*12* 222:*15, 20*
229:*10* 230:*12*
232:*6* 235:*4* 236:*7*
256:*4* 257:*15*
258:*22, 23* 261:*6*
267:*3, 6* 278:*9*
**ways** 51:*21* 218:*19*
251:*20*
**week** 186:*1*
**welfare** 204:*22*
**Well** 21:*4* 27:*9*
35:*13* 37:7 38:*18*

42:7  45:12  46:6
48:14  49:9, 10
51:15  55:5  56:1
58:15  60:14  61:7
67:4  70:7  72:4, 22
74:22  79:14  80:4
84:2  87:3, 19  88:7
89:7  92:18  93:8
94:2, 20  103:7
105:9  109:10
111:11, 17  114:7,
10  115:21  116:11
117:10, 17, 19
118:17, 20  121:14
122:17  127:19
130:10  138:1
143:6, 9, 11  144:5
150:10  153:21
156:19  158:1
161:2  165:11, 20
168:2, 9, 16, 19
169:22  170:11
171:19  172:16
177:3  178:18, 20
182:14  187:21
188:23  189:6, 8, 14
191:3  199:11
207:3  212:18
213:8  214:11, 23
217:17  220:2
223:2  224:17
226:3, 20  232:9
235:20  241:10
242:22  244:6, 23
248:18  256:3
268:17  272:14
273:1  280:3, 5
**wells**  67:19  68:3, 7
226:10, 11, 15
**went**  34:20  35:3
50:20  55:8  58:17
62:4, 13  72:22
73:13  79:3  80:15
89:11  115:23
131:12  144:8
163:21, 22  169:7
273:20
**west**  70:8, 9
101:15, 16, 18
102:13, 17  104:16

111:13  112:8
233:12
**western**  231:15
232:12
**whatsoever**  22:3
235:10  273:2
**Wheeler**  61:12
63:13  64:21
**wildlife**  180:13
181:4
**willing**  54:19
**Windham**  158:9, 23
**Windham's**  159:1
**window**  166:15
**winter**  193:15, 15
**witness**  9:13  10:22
21:3  63:15  142:6
221:9  288:3, 18
289:12
**witnesses**  21:1
213:18
**Wonderful**  58:5, 6,
8
**wondering**  197:18
216:10
**Wood**  61:13
**woods**  163:18
**word**  138:22
**words**  28:1  92:7
129:5  138:19
139:1
**work**  12:22  22:10,
17  24:15, 16  25:16
29:5  30:3, 6, 20
32:1  34:18, 21, 21,
23  35:3, 10, 14
44:17, 23  45:2
52:19, 22, 23  53:1,
2, 14, 23  54:6, 22
55:1, 13  57:19
58:6, 17  60:10, 12
61:8, 15  63:19
64:5  66:8  70:15,
21  73:16, 17, 21
74:4  76:3, 5, 23
77:8, 9  78:11, 21,
23  79:3, 7, 10
81:12  96:14  142:6
144:8  158:7  185:3
200:2  205:15

224:9, 12  234:4, 9
243:15  257:3
262:4, 14, 22
272:11  273:7, 8
275:13  284:21
285:2
**worked**  23:17, 21
24:4, 5  32:6  54:10
55:22  61:4  62:10
123:2, 15  213:9
234:7, 12  254:21
280:18
**working**  30:10
43:13  285:22
**works**  18:4  30:4
**workup**  23:15
224:11
**worse**  57:3
**wound**  156:13
**Wow**  227:20
**writing**  25:7
246:19
**written**  25:9  243:9
248:11  252:12
282:15  285:20
**wrong**  227:10
**wrote**  162:13
164:20  228:5
258:9

**< Y >**
**y'all**  73:12  274:15
**yards**  220:12, 18
**yeah**  40:7  57:12
64:7  65:5, 9  87:5
158:17  176:9
177:16, 16  178:13
184:13, 22  186:1
202:9  207:2, 3
216:4  218:23
232:3  239:18
259:10  283:11
**year**  18:9  22:12
27:5  45:4  50:11
52:16  58:19  89:5
124:12  170:4, 6
172:15  212:16
**years**  17:8, 8
18:22  27:22  53:15
58:2, 9, 23  67:22

68:15  71:15  116:5
153:3  157:17
172:15  188:15
206:14  234:13
273:6
**yellow**  164:7
216:22
**younger**  70:21

# FREEDOM
# COURT REPORTING, INC.

2031 Shady Crest Drive
Hoover, AL 35216
205.397.2397   877.373.3660
readandsign@freedomreporting.com

Date: **June 12, 2018**

### READ AND SIGN TRANSCRIPT

### INSTRUCTIONS TO THE WITNESS

### Deposition of: **Dwight Hicks**

### Taken: ~~April 13, 2018~~ *June 6, 2018* DH

## In the Matter of: **Black Warrior River-Keeper, Inc. vs. Drummond Company**

Enclosed is a transcript of your deposition along with the errata sheet and certificate page.

*Use of this transcript other than to Read and Sign is not authorized unless purchased from Freedom Court Reporting, Inc.*

Once you have read through your deposition, you may make changes as necessary to your responses on the errata sheet. Simply list the page and line number to identify the text and then list the correction and reason for changing your response. Once all changes have been listed on the errata sheet, please sign the certificate page before a notary public to certify your signature.

In order to properly complete the transcript with your corrections, the errata sheet and certificate page must be received within 30 days from the date you receive this transcript. If you do not return the corrections, you will *waive* your right to make any changes to your deposition.

*Please forward completed errata sheets to the address above or via email to:*
readandsign@freedomreporting.com

If you have any questions regarding this procedure, please feel free to call our office at the number listed above.

My Commission expires:_____

Deposition of:      **Dwight Hicks-234447**
Taken:              **6/6/2018**
Court Reporter:     **Gail B Pritchett**

## TRANSCRIPT ERRATA SHEET
Deposition of:      **Dwight Hicks-234447**
Taken:              **6/62018**
Court Reporter:     **Gail B Pritchett**

| Page #: | Line #: | Correction/Reason for change: |
|---------|---------|-------------------------------|
| 17      | 12      | "surface effects", not circumspect |
| 23      | 3       | "coarse" not porous |
| 79      | 12      | should be "2016" |
| 168     | 21      | should be "receiving" |
| 180     | 11      | should be "load out" |
| 218     | 3       | should be "rill" |
| 223     | 8       | should be "forces" |
| 253     | 20      | should be "slake" |