FILED

2018 Aug-15  PM 10:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit F

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BLACK WARRIOR RIVER** | ) | |
| **RIVERKEEPER, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Case No. 2:16-cv-01443-AKK** |
| v. | ) | |
| | ) | |
| **DRUMMOND COMPANY, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## <u>DECLARATION OF RODNEY TUGGLE</u>

I, Rodney Tuggle, under penalty of perjury, declare as follows:

1. My name is Rodney Tuggle. I am a resident of Jefferson County, Alabama, am over the age of 19, and am competent to give this declaration. I have personal knowledge of the facts below.

2. I am a member of Black Warrior Riverkeeper, Inc. ("Riverkeeper"), a nonprofit membership corporation founded in 2001 with a mission to protect and restore the Black Warrior River and its tributaries. Riverkeeper has over 4000 members.

3. Riverkeeper is dedicated to the preservation, protection and defense of the environment and actively supports effective implementation of environmental

laws, including the Clean Water Act, the Resource Conservation and Recovery Act, the Surface Mining Reclamation and Control Act of 1977 and the Endangered Species Act, as well as their regulations, particularly as they relate to the Black Warrior watershed.

4.      I currently own a home at 9501 River Ridge Lane just above Buddy Vines Camp on a peninsula between two sloughs.  My house is about 1.9 miles from Maxine Mine by river and about 1.3 miles as the crow flies.

5.      I have lived on the Locust Fork of the Black Warrior River in Jefferson County, Alabama since 1972 or 1973 when my wife and I built our house on the river.  Even before then, I boated and fly fished all over the Black Warrior, including on the Locust Fork and its tributaries near the Maxine Mine.

6.      I especially like to fly fish along the Locust Fork and its tributaries.  In the spring and fall, I try to get out about twice a week.  Now that I am retired, I hope to get out even more; I would love to get out there 3 or 4 times a week during the spring and fall.

7.      My dad taught me to fly fish when I was 7 or 8 years old.  I still have and use that fly rod.  My dad built the boat we used.  He built it from a Chris-Craft kit; it was a 14-foot mahogany and plywood, fiberglass-bottomed boat with an old 52-model Johnson 25-horsepower engine.  There was a slough off the Locust Fork right next to the Maxine Mine; my dad and I used to like to fish there.  As I recall,

the slough went back about 200-300 yards from the Locust Fork. We would take the boat back there to fish. It was a good place to fly fish because it was relatively shallow and protected from the wind. We caught fish there. To get there, we would put in at Buddy Vines Camp and motor to the slough, then raise the motor and paddle in to fish. We didn't have a trolling motor. With the engine raised, I estimate the boat still needed 18-24 inches draw to get into the slough.

8.    Once the mining started at Maxine, the slough began to fill with sediment and it closed completely in. We could not fish there anymore. Nobody would do anything about it. The attitude was "we need these jobs" and "the environment will heal." From an early age, when I made a mess, I was taught I had the responsibility to clean it up. Drummond made a mess of the Maxine Mine site and should be responsible for cleaning up the mess they made. If they did, I would like to fish that slough next to the mine again.

9.    My wife and I have lot invested in the Locust Fork below Maxine Mine. We own about 20 acres of land next to the river, including our home. That investment is not helped at all by pollution from places like Maxine Mine. Pollution in the river will kill the value of a home. I worry about pollution that Birmingham is putting into the Locust Fork. I worry about the sediment and pollution that coal mining operations like Maxine are putting into the Locust Fork. I don't want that pollution to hurt my property values.

10.      I am especially concerned about all the sediment that sites like the Maxine Mine put into the Locust Fork.  We are fortunate in that our property is on the inside curve of the Locust Fork; the sediment washing down the river tends to silt in the outside curve of the Locust Fork more.  However, the two sloughs on either side of my house get some of this sediment from upstream, including the Maxine Mine.  I don't want to see my sloughs get filled in and choked with sediment.

11.      Because I enjoy the wildlife of the Locust Fork, I worry about the effects of polluted water on them.  There is a decent-sized branch that feeds into our upriver slough.  The deer come here to drink and play around.  I enjoy watching them.  I want these deer and the other wildlife along the Locust Fork to have clean water to drink.  I worry about the cumulative effects of all this pollution on the wildlife that frequent my property and the Locust Fork.

12.      I love living on the Locust Fork.  However, my enjoyment of my home and the Locust Fork is negatively affected by worries about how pollution from the Maxine Mine and other sources is affecting the river.  I love to fly fish and also derive great aesthetic enjoyment from observing the wildlife around the Locust Fork.  However, my ability to engage in these pastimes is directly and tangibly affected by the pollution from the Maxine Mine.

13.      The recreational, aesthetic, economic and environmental interests of Riverkeeper members like me are directly threatened and are adversely affected by

4

the discharge of pollution from the Maxine Mine into the Locust Fork and its tributaries.

14. I plan to continue to own my property in this area and to enjoy the Locust Fork area in the future. I plan to continue to fly fish. I plan to continue enjoying the wildlife on the Locust Fork and its tributaries. If the Maxine Mine is cleaned up to protect the Locust Fork and its tributaries from the harmful effects of mine drainage, I would enjoy these waters and these activities more.

15. Riverkeeper represents my interests in challenging the Maxine Mine's failure to comply with the Clean Water Act and the Resource Conservation and Recovery Act. The resolution of this case in favor of Riverkeeper will serve to protect my interests and redress my injuries.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

**Rodney Tuggle**

This 26 day of June, 2018.