FILED
2018 Aug-15  PM 10:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit G

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BLACK WARRIOR RIVER            )

RIVERKEEPER, INC.,             )

                               )

    Plaintiff,              )

                               )   Case No. 2:16-cv-01443-AKK

v.                             )

                               )

DRUMMOND COMPANY, INC.,        )

                               )

    Defendant.              )

                               )

## DECLARATION OF BUDDY VINES

I, Buddy Vines, under penalty of perjury, declare as follows:

1. My name is Buddy Vines. I am a resident of Jefferson County, Alabama, am over the age of 19, and am competent to give this declaration. I have personal knowledge of the facts below.

2. I am a member of Black Warrior Riverkeeper, Inc. ("Riverkeeper"), a nonprofit membership corporation founded in 2001 with a mission to protect and restore the Black Warrior River and its tributaries. Riverkeeper has over 4000 members.

3. Riverkeeper is dedicated to the preservation, protection and defense of the environment and actively supports effective implementation of environmental laws, including the Clean Water Act, the Resource Conservation and Recovery Act, the Surface Mining Reclamation and Control Act of 1977 and the Endangered Species Act, as well as their regulations, particularly as they relate to the Black Warrior watershed.

4. I have lived on the Locust Fork of the Black Warrior River in Jefferson County, Alabama all my life. I currently own a home at 1509 Buddy Vines Camp Road. My grandfather founded Buddy Vines Camp on the Locust Fork in 1915. I grew up there and am the sixth generation of my family to live on the Locust Fork. Buddy Vines Camp is a community of like-minded individuals who love the river. There are privately-owned homes and rentals, which offer river access and the river lifestyle. It is one of the oldest family-owned businesses in Alabama. My wife Maria and I have operated Buddy Vines Camp since 2014 when my mother passed away. Buddy Vines Camp and my house are downstream from Maxine Mine on the Locust Fork.

5. We derive our livelihood from Buddy Vines Camp. We have 12 rental cottages and 18 camper/trailer sites that generally stay rented. The pollution from Maxine mine makes the river less desirable, thereby affecting our income.

6. The Locust Fork is more than a river to me. It flows through my veins and my

my life is centered on the river.

7.    I remember the slough next to the Maxine Mine site before mining filled it in.  My dad was a big fisherman and the largest bass he ever caught was on that slough.  He called the slough White's Branch.  It was a great place to fish, especially in the summer.  Large hardwoods arced out over the slough, providing shade and shelter during the hot summer months.  It was a pretty place.

8.    I don't remember exactly when the slough was filled, but I remember that the mine waste and runoff turned it orange then completely filled it in.  It breaks my heart to see that stream destroyed and to witness the pollution the old mine site is putting into the Locust Fork.

9.    The Maxine Mine site degrades the Locust Fork in a myriad of ways.  In the pollution and sediment seeping and washing off the site, there is excess iron which ends up in the Locust Fork.  We have had problems on this segment of the Locust Fork with algae blooms.  This particular strain of algae feeds off iron; it causes both respiratory and dermatological problems for those who come into contact with it.  I know the iron washing off the Maxine site is contributing to the algae problem.

10.    To me, it is a travesty that those responsible for this pollution are not made to clean it up.  It is a travesty that mining is allowed that close to major recreation areas like the Locust Fork and Bankhead Lake.  Every time I pass the slough next to the Maxine Mine site, I see the orange polluted water flowing or seeping into the river.

11.    The slough and this part of the Locust Fork belong to the public.  We can no longer fish in the slough and we have been deprived of its shade and quiet beauty.  The mine site continues to pollute the Locust Fork.  To me, it is a no brainer that those responsible for depriving the public of their enjoyment of these waters should have to clean it up.

12.    It is also a no brainer to me that mine waste should not be put into the Locust Fork where it can affect drinking water.  The river is the source of my drinking water and supplies drinking water for many others.  There is a drinking water intake not very far downstream from me on the main stem of the Black Warrior River that provides drinking water to Bessemer (where I live) and part of Birmingham.  The water of the Locust Fork below the Maxine Mine flowing into the main stem of the Black Warrior River directly influences and affects this drinking water intake.

13.    I am alarmed and continue to be alarmed about the pollution going into the Locust Fork, like the pollution from the Maxine Mine site.  I don't want to see my drinking water contaminated or my water bill go up because they have to invest in more treatment to scrub out the pollution.

14.    Because I enjoy the wildlife of the Locust Fork, I worry about the effects of polluted water on them.  The deer, squirrels, rabbits and other wildlife have no choice but to drink it.  I worry about whether the pollution can be shortening or affecting their lives.

15.    Together with my family, I am on the Locust Fork every weekend.  I use my Bass boat, ski boat, canoe and Wave Runner to fish, swim, ski and just enjoy nature.  Then I ride past the Maxine Mine site, where the slough is filled in and there is always orange water seeping or washing over some part of the site.  It needs to be cleaned up.

16.    For years, I have seen the pollution from the Maxine Mine site harm the water quality of the Locust Fork.  This pollution makes using and recreating in the Locust Fork less desirable for me, my family, my neighbors and my friends.

17.    I know that the polluted mine drainage is harmful to the wildlife I care about

who rely upon the Locust Fork. I would enjoy the Locust Fork more if I knew this special river were protected so that the wildlife I enjoy would have the clean water they need.

18. I love living on the Locust Fork. However, my enjoyment of my home and the Locust Fork is negatively affected by worries about how pollution from the Maxine Mine and other sources is affecting the river. I also derive great aesthetic enjoyment from observing and studying the wildlife around the Locust Fork. However, my ability to engage in this pastime is directly and tangibly affected by the pollution from the Maxine Mine.

19. The recreational, aesthetic, economic and environmental interests of Riverkeeper members like me are directly threatened and are adversely affected by the discharge of pollution from the Maxine Mine into the Locust Fork and its tributaries.

20. I plan to continue to own my property in this area, run Buddy Vines Camp and to enjoy the Locust Fork area in the future. I plan to continue to swim, ski boat and fish. I plan to continue enjoying the wildlife on the Locust Fork and its tributaries. If the Maxine Mine is cleaned up to protect the Locust Fork and its tributaries from the harmful effects of mine drainage, I would enjoy these waters and these activities more.

21. Riverkeeper represents my interests in challenging the Maxine Mine's failure to comply with the Clean Water Act and the Resource Conservation and Recovery Act. The resolution of this case in favor of Riverkeeper will serve to protect my interests and redress my injuries.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

**Buddy Vines**
This __11__ day of July, 2018.
2