FILED
2018 Aug-15  PM 10:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit H

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **BLACK WARRIOR RIVER** )<br>**RIVERKEEPER, INC.,** )<br> )<br>  Plaintiff, )<br> )<br>v. )<br> )<br>**DRUMMOND COMPANY, INC.,** )<br> )<br>  Defendant. )<br>_____ ) | **Case No. 2:16-cv-01443-AKK** |

## <u>DECLARATION OF JO ELLEN TUGGLE</u>

I, Jo Ellen Tuggle, under penalty of perjury, declare as follows:

1. My name is Jo Ellen Tuggle.  I am a resident of Jefferson County, Alabama, am over the age of 19, and am competent to give this declaration.  I have personal knowledge of the facts below.

2. I am a member of Black Warrior Riverkeeper, Inc. ("Riverkeeper"), a nonprofit membership corporation founded in 2001 with a mission to protect and restore the Black Warrior River and its tributaries.  Riverkeeper has over 4000 members.

3. Riverkeeper is dedicated to the preservation, protection and defense of the environment and actively supports effective implementation of environmental

laws, including the Clean Water Act, the Resource Conservation and Recovery Act, the Surface Mining Reclamation and Control Act of 1977 and the Endangered Species Act, as well as their regulations, particularly as they relate to the Black Warrior watershed.

4.    I have lived on the Locust Fork of the Black Warrior River in Jefferson County, Alabama for the past seventy-one years, virtually all my life.  My grandfather founded Buddy Vines Camp on the Locust Fork in 1915 and I am the sixth generation of my family to live on the Locust Fork.  I currently own a home at 9501 River Ridge Lane just above Buddy Vines Camp on a peninsula between two sloughs.  My house is about 1.9 miles from Maxine Mine by river and about 1.3 miles as the crow flies.

5.    I remember going fishing with my daddy and having him point out the slough next to the Maxine Mine site.  He used to like to fish there, but operations at the Maxine Mine began to fill the slough with sediment and mine waste.  I saw that orange water and sediment discolor the slough and finally fill it in completely. After that happened, no one could fish in the slough anymore.

6.    I have always enjoyed fishing, swimming, water skiing and watching and feeding the birds, aquatic life and adorable mammals on the Locust Fork.  Now that my husband is retired, he loves to fly fish. We regularly feed and watch deer, turtles, raccoons, chipmunks, groundhogs, squirrels, beaver, a wide variety of

songbirds, birds of prey and, most recently, eagles.  The Locust Fork is my soul, as it was for my parents before me and our daughter after.  I want the Locust Fork and its tributaries protected and preserved for future generations.

7.      Our daughter grew up on the Locust Fork.  She learned to water ski here and later became a member of the University of Alabama's water skiing team.

8.      The river is the source of my drinking water and supplies drinking water for many others.  There is a drinking water intake not very far downstream from me on the main stem of the Black Warrior River that provides drinking water to Bessemer (where I live) and part of Birmingham.  The water of the Locust Fork below the Maxine Mine flowing into the main stem of the Black Warrior River directly influences and affects this drinking water intake.

9.      I am alarmed and continue to be alarmed about the pollution going into the Locust Fork, like the pollution from the Maxine Mine site.  I don't want to see another Flint, Michigan where drinking water is contaminated.  In my lifetime, I have seen horrible abuses of the land and water here and I never want to go back to that.  With the current rollback of environmental regulations, I worry about the condition of the Locust Fork and its continued health.

10.     When we have a heavy rain, the Locust Fork becomes discolored by the sediment washing into the river from mining activities, agriculture and clear cutting.  I nor my family will swim in the Locust Fork when it is in this condition.

I can see the effects of sediment in the water, but I worry about the poisons I can't readily see that are also washed into the water.

11.   I see sloughs up and down the Locust Fork being filled in with sediment. Many are filling from the mouth of the slough back, which means the sediment is coming from the main stem of the Locust Fork.  I worry that minewash from the Maxine Mine site is contributing to the sedimentation of downstream sloughs, like mine.

12.   The slough to the east of my property turns over fairly frequently, because there is an active stream that feeds and clears it.  However, I worry about the slough to my west because it doesn't turn over as rapidly.  I worry that the pollution from the Maxine Mine is washing into my slough.  Because the slough to my west does not turn over rapidly, I worry that Maxine Mine is putting pollution in my slough that hangs around and doesn't get washed out.

13.   Because I love the wildlife of the Locust Fork, I worry about the effects of polluted water on them.  They have no choice but to drink it.  I worry not only about whether the pollution can be shortening or affecting their lives, I wonder whether it can harm their DNA or affect their ability to produce healthy offspring.

14.   I ride in my boat past the Maxine Mine site.  How can people get away with leaving such a mess?  The slough is filled in and I sometimes see orange water washing over the dam at the mouth of the slough.  In my opinion, the Maxine Mine

site is poisoned as hell.  I have seen the Maxine Mine site putting sediment and polluted orange water into the Locust Fork for years.  No living thing should have this dumped into their drinking water.  This is unconscionable.  We cannot allow companies to return to the abuses of the past and expect it to be a place where people want to live.  It should be cleaned up, now.

15.    I believe the Locust Fork is a treasure for recreation and a unique river lifestyle.  I believe that the completion of I-22 will bring more development to my area.  If we don't take care of what we have, clean up problems like the Maxine Mine site and develop responsibly, we will be killing the goose at the time she is ready to lay the golden egg.

16.    For years, I have seen the pollution from the Maxine Mine site harm the water quality of the Locust Fork.  This pollution makes using and recreating in the Locust Fork less desirable for me, my family, my neighbors and my friends.

17.    I know that the polluted mine drainage is harmful to the wildlife I care about who rely upon the Locust Fork.  I would enjoy the Locust Fork more if I knew this special river were protected so that the wildlife I enjoy would have the clean water they need.

18.    I love living on the Locust Fork.  However, my enjoyment of my home and the Locust Fork is negatively affected by worries about how pollution from the Maxine Mine and other sources is affecting the river.  I also derive great aesthetic

enjoyment from observing and studying the wildlife around the Locust Fork. However, my ability to engage in this pastime is directly and tangibly affected by the pollution from the Maxine Mine.

19. The recreational, aesthetic, economic and environmental interests of Riverkeeper members like me are directly threatened and are adversely affected by the discharge of pollution from the Maxine Mine into the Locust Fork and its tributaries.

20. I plan to continue to own my property in this area and to enjoy the Locust Fork area in the future. I plan to continue to swim, ski and fish. I plan to continue enjoying the wildlife on the Locust Fork and its tributaries. If the Maxine Mine is cleaned up to protect the Locust Fork and its tributaries from the harmful effects of mine drainage, I would enjoy these waters and these activities more.

21. Riverkeeper represents my interests in challenging the Maxine Mine's failure to comply with the Clean Water Act and the Resource Conservation and Recovery Act. The resolution of this case in favor of Riverkeeper will serve to protect my interests and redress my injuries.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

6

Jo Ellen Tuggle

This 18th day of April, 2018.