FILED
2018 Aug-15  PM 10:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BLACK WARRIOR RIVER-KEEPER, INC.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DRUMMOND COMPANY, INC.,** )<br>)<br>Defendant. )<br>) | **Case No. 2:16-cv-01443-AKK** |

## INDEX OF EXHIBITS
## IN SUPPORT OF BLACK WARRIOR RIVERKEEPER'S
## MOTION FOR PARTIAL SUMMARY JUDGMENT

### VOLUME 1 OF 4

| **EXHIBIT** | **TITLE/DESCRIPTION** |
|---|---|
| **Exhibit A** | Deposition of Dwight Hicks (June 6, 2018) |
| **Exhibit B** | Declaration of Nelson Brooke<br>**Exhibit 1** to Declaration of Nelson Brooke, October 2011 Analytical Results<br>**Exhibit 2** to Declaration of Nelson Brooke, June 2015 Analytical Results |
| **Exhibit C** | Declaration of Anthony Brown<br>**Attachment 1** to Declaration of Anthony Brown, Expert Report of Anthony Brown, Drummond Company Former Maxine Mine Site (Oct. 17, 2017)<br>**Attachment 2** to Declaration of Anthony Brown, Rebuttals to Criticisms of Expert Report of Anthony Brown, Drummond Company Former Maxine Mine Site (Apr. 27, 2018) |

|  | VOLUME 2 OF 4 |
|---|---|

**Exhibit D**     Historical Aerial Photographs (Exhibit 2 to Lois George Deposition)

**Exhibit E**     Declaration of Gordon Johnson
**Attachment 1** to Declaration of Gordon Johnson, Expert Report of Gordon Johnson: Restoration Plan – Maxine Mine Geologic Overburden Pile (Oct. 2017)
**Attachment 2** to Declaration of Gordon Johnson, Supplement to Expert Report Concerning Acid Base Accounting Test Results (Nov. 8, 2017)
**Attachment 3** to Declaration of Gordon Johnson, Rebuttal Report of Gordon Johnson: Restoration Plan – Maxine Mine Geologic Overburden Pile (Apr. 2018)
**Attachment 4** to Declaration of Gordon Johnson, Curriculum Vitae of Gordon Johnson

**Exhibit F**     Declaration of Rodney Tuggle

**Exhibit G**     Declaration of Buddy Vines

**Exhibit H**     Declaration of Jo Ellen Tuggle

**Exhibit I**     Letter from P. LaMoreaux, President, PELA to D. Cook, Vice President, ABC (Aug. 6, 1979) (Exhibit 39 to Hicks Deposition)

**Exhibit J**     Deposition of Lois George (June 25, 2018)

**Exhibit K**     Letter from P. LaMoreaux, President, PELA, to D. Cook, Vice President, ABC (Nov. 16, 1979) (Exhibit 15 to George Deposition)

**Exhibit L**     Maxine Rock Disposal Area Hydrologic and Water Quality Investigations (Oct. 5, 1984) (Exhibit 36 to George Deposition)

| VOLUME 3 OF 4 |
|---|

**Exhibit M**     Deposition of David Muncher (May 9, 2018)

**Exhibit N**     Deposition of Gordon Johnson (June 21, 2018)

**Exhibit O**     Letter from D. Cook, VP, ABC to H. Robins, Alabama Surface Mining Reclamation Commission (Aug. 13, 1979) (Exhibit 40 to Hicks Deposition)

**Exhibit P**     Letter from M. Edwards, Director Envtl. Control, ABC, to J. Meyers, Alabama Water Improvement Commission (Mar. 6, 1980) (Exhibit 42 to Hicks Deposition)

**Exhibit Q**     Letter from M. Edwards, Director Envtl. Control, ABC, to J. Meyers, Alabama Water Improvement Commission (June 9, 1980) (Exhibit 44 to Hicks Deposition)

**Exhibit R**     Memo from M. Edwards, Brief Summary – Maxine Mine Pollution Problems (Exhibit 54 to Hicks Deposition)

**Exhibit S**     Alabama Surface Mining Reclamation Commission, Notice of Violation, 79-HVR-073 (July 5, 1979) (Exhibit 37 to Hicks Deposition)

**Exhibit T**     Letter from P. LaMoreaux, PELA, to D. Cook, VP (Aug. 21, 1979) (Exhibit 12 to George Deposition)

**Exhibit U**     Alabama Surface Mining Reclamation Commission, Notice of Violation No. 79-HVR-073 (Feb. 4, 1980) (Exhibit 19 to George Deposition)

**Exhibit V**     Letter from P. LaMoreaux, PELA, to B. Smith, Alabama Surface Mining Reclamation Commission (Jan. 28, 1980) (Exhibit 41 to Hicks Deposition)

**Exhibit W**     Figure 1, Location of Monitoring Sites (Exhibit 6 to George Deposition)

**Exhibit X**     Site Figure (Exhibit 7 to George Deposition)

| | |
|---|---|
| **Exhibit Y** | Aerial photos of the site taken by Nelson Brooke (Exhibits 22 and 23 to Hicks Deposition) |
| **Exhibit Z** | Site Visit Photos taken by Lois George (Exhibit 3 to Lois George Deposition) |
| **Exhibit AA** | Revisions to Maxine Mine Permit App. Supp. – Ex. III (Exhibit 6 to Muncher Deposition) |
| **Exhibit BB** | Supplement to Permit Application for Coal Processing Waste Disposal (Exhibit 55 to Hicks Deposition) |
| **Exhibit CC** | Supplement to Permit Application, Map 405 (Exhibit 3 to Muncher Deposition) |
| **Exhibit DD** | Memo from L. George (July 30, 1980) (Exhibit 21 to George Deposition) |
| **Exhibit EE** | Photos of the spillway taken by Nelson Brooke (Exhibits 17–18 of Hicks Deposition) |
| **Exhibit FF** | Photographs of flow over the spillway taken by Nelson Brooke (Exhibits 19–21 of Hicks Deposition) |
| **Exhibit GG** | Reclamation Plan for Pre-Law Refuse Disposal Area (June 3, 1985) (Exhibit 40 to Muncher Deposition) |
| **Exhibit HH** | National Pollutant Discharge Elimination System (NPDES) Permit AL0001724 (Exhibit 33 to Muncher Dep.) |
| **Exhibit II** | NPDES Permit Outfall Locations (Exhibit 30 to Muncher Deposition) |
| **Exhibit JJ** | 1988 NPDES Permit Application (Exhibit 29 to Muncher Deposition) |
| **Exhibit KK** | Letter from D. Hicks, Drummond, to S. Foster, Alabama Department of Environmental Management (June 19, 1989) |

| VOLUME 4 OF 4 |
|---|

| | |
|---|---|
| **Exhibit LL** | Declaration of Barry Sulkin<br>**Attachment 1** to Declaration of Barry Sulkin, Maxine Mine, Alabama, Sampling and Investigation Report (Oct. 17, 2017) |
| **Exhibit MM** | Photograph of SW13 drainage gully taken by Nelson Brooke (Exhibit 32 to Hicks Deposition) |
| **Exhibit NN** | Deposition of Wade Keeton (July 12, 2018) |
| **Exhibit OO** | Declaration and Expert Report of Carys Mitchelmore |
| **Exhibit PP** | Deposition of Tom Simpson (June 29, 2018) |
| **Exhibit QQ** | Photographs of the GOB pile taken by Nelson Brooke (Exhibits 27–29 to Hicks Deposition) |
| **Exhibit RR** | Deposition of Lynn Sisk (June 27, 2018) |
| **Exhibit SS** | Declaration of Julie Burchfield |
| **Exhibit TT** | Declaration of Edwina Greenwood |
| **Exhibit UU** | Declaration of Jane Johnson |
| **Exhibit VV** | Letter from M. Dodson, Director, Water Management Division, Region VIII, U.S. EPA to D. Fraser, Chief, Water Quality Bureau, Montana Department of Health & Environmental Sciences (Dec. 22, 1993) |