FILED
2018 Aug-15  PM 10:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

Exhibit N

**Page 1**

1   IN THE UNITED STATES DISTRICT COURT
2   FOR THE NORTHERN DISTRICT OF ALABAMA
3           SOUTHERN DIVISION
4
5
6
7   CIVIL ACTION NO.:  2:16-cv01443-AKK
8
9   BLACK WARRIOR RIVERKEEPER, INC.,
10        Plaintiff,
11
12  v.
13
14  DRUMMOND COMPANY,
15        Defendant.
16
17
18      DEPOSITION TESTIMONY OF:
19      GORDON JOHNSON, M.Sc., P.Eng.
20          June 21, 2018
21
22
23

**Page 2**

1       S T I P U L A T I O N S
2           IT IS STIPULATED AND AGREED
3   by and between the parties through their
4   respective counsel that the deposition of
5   GORDON JOHNSON may be taken before Lane
6   C. Butler, a Court Reporter and Notary
7   Public for the State at Large, at the law
8   offices of Starnes Davis Florie, 100
9   Brookwood Place, Seventh Floor,
10  Birmingham, Alabama, on the 21st day of
11  June, 2018, commencing at approximately
12  9:00 a.m.
13          IT IS FURTHER STIPULATED
14  AND AGREED that the signature to and the
15  reading of the deposition by the witness
16  is waived, the deposition to have the
17  same force and effect as if full
18  compliance had been had with all laws and
19  rules of Court relating to the taking of
20  the depositions.
21          IT IS FURTHER STIPULATED
22  AND AGREED that it shall not be necessary
23  for any objections to be made by counsel

**Page 3**

1   to any questions except as to form or
2   leading questions and that counsel for
3   the parties may make objections and
4   assign grounds at the time of trial or at
5   the time said deposition is offered in
6   evidence, or prior thereto.
7           In accordance with the Federal
8   Rules of Civil Procedure, I, Lane C.
9   Butler, am hereby delivering to Richard
10  E. Davis, Esq., the original transcript
11  of the oral testimony taken the 21st day
12  of June, 2018.
13          Please be advised that this is
14  the same and not retained by the Court
15  Reporter, nor filed with the Court.
16
17
18
19
20
21
22
23

**Page 4**

1       A P P E A R A N C E S
2
3   FOR THE PLAINTIFF:
4
5   Barry A. Brock, Esq.
6   Christina Andreen, Esq.
7   SOUTHERN ENVIRONMENTAL LAW CENTER
8   2829 Second Avenue South, Suite 282
9   Birmingham, Alabama  35233
10  bbrock@selcal.org
11  candreen@selcal.org
12
13  Eva L. Dillard, Esq.
14  BLACK WARRIOR RIVERKEEPER, INC.
15  710 37th Street South
16  Birmingham, Alabama  35222
17  edillard@blackwarriorriver.org
18
19
20
21
22
23

Page 5

1  FOR THE DEFENDANT:
2
3  Richard E. Davis, Esq.
4  STARNES DAVIS FLORIE
5  100 Brookwood Place, Seventh Floor
6  Birmingham, Alabama  35209
7  red@starneslaw.com
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 6

1        I N D E X
2
3  EXAMINATION BY:            PAGE NO.
4  Mr. Davis                    8
5
6
7
8
9        E X H I B I T S
10
11  FOR THE DEFENDANT:
12  1 - Deposition notice          12
13  2 - Curriculum vitae           15
14  3 - Expert report, October 2017      53
15  4 - Memorandum, 11/8/17          181
16  5 - Rebuttal report, April 2018      191
17
18
19
20
21
22
23

Page 7

1        I, Lane C. Butler, a Court
2  Reporter and Notary Public, State of
3  Alabama at Large, acting as Notary,
4  certify that on this date, pursuant to
5  the Federal Rules of Civil Procedure and
6  the foregoing stipulation of counsel,
7  there came before me at the law offices
8  of Starnes Davis Florie, 100 Brookwood
9  Place, Seventh Floor, Birmingham,
10  Alabama, commencing at approximately 9:00
11  a.m., on the 21st day of June, 2018,
12  GORDON JOHNSON, M.Sc., P.Eng., witness in
13  the above cause, for oral examination,
14  whereupon the following proceedings were
15  had:
16
17     GORDON JOHNSON, M.Sc., P.Eng.,
18        being first duly sworn,
19   was examined and testified as follows:
20
21     THE COURT REPORTER:  Thank you.
22     Usual stipulations?
23     MR. BROCK:  Sure.  Yeah, we'll

Page 8

1  read and sign.
2
3  EXAMINATION BY MR. DAVIS:
4     Q.  Okay.  Good morning, Mr.
5  Johnson.
6     A.  Good morning.
7     Q.  We've previously met.  I'm
8  Richard Davis, and as you know, I
9  represent the Drummond Company in the
10  case here that's brought by Black Warrior
11  Riverkeeper.
12        Have you previously given any
13  depositions?
14     A.  No.
15     Q.  Never?
16     A.  No.
17     Q.  Okay.
18     A.  I've been involved in
19  administrative hearings and in court
20  cases.
21     Q.  Okay.
22     A.  But those never included
23  depositions.  Simply testifying and

Page 9

1 examination.
2   Q.   All right.  So you've given
3 testimony at trial?
4   A.   Correct.
5   Q.   And you have given testimony at
6 administrative hearings?
7   A.   Correct.
8   Q.   All right.  Did any of those
9 trials or hearings have anything to do
10 with coal mining?
11   A.   Yes.
12   Q.   All right.  And can you identify
13 which one or more did?
14   A.   One of the hearings I was
15 involved with was for an operation called
16 Keephills.
17   Q.   Okay.
18   A.   And so it was an expansion of a
19 power-generating facility.  I was
20 retained by a group of homeowners through
21 a lawyer who were affected by the
22 expansion of the mine.
23   Q.   Okay.

Page 10

1   A.   And they had concerns about the
2 manner with which bottom ash and fly ash
3 was being managed.
4   Q.   Okay.
5   A.   So that was the -- that was the
6 focus of my involvement.
7   Q.   All right.  And were you
8 retained as an expert witness in that
9 case?
10   A.   Correct, yes.
11   Q.   Okay.  Was it a trial or an
12 administrative hearing?
13   A.   It was a hearing.  It's a
14 regulatory process for large projects
15 that go to public hearing under the
16 environmental acts in Alberta.  So that
17 was the grounding of the involvement.
18   Q.   All right.  You anticipated my
19 next question, which was, was that in
20 Canada or the USA, and it was in Canada?
21   A.   Canada.
22   Q.   Okay.  Have you testified in any
23 administrative proceedings in the United

Page 11

1 States?
2   A.   I have not.
3   Q.   Have you testified in any
4 trials, and by that I mean a litigated
5 matter such as you're testifying in
6 today, in the United States?
7   A.   I have not.
8   Q.   Okay.  Since you haven't been
9 deposed before, this is not really any
10 different than any other sworn testimony
11 you have given.  I will be asking you
12 some questions, you will be giving
13 answers, the court reporter will be
14 taking those answers down.  We both need
15 to make an effort to speak audibly and
16 clearly so she can type down what we're
17 saying.  And as you may be aware, what
18 the result of this will be will be a
19 typed transcript where the questions will
20 be preceded by the letter "Q," the
21 answers will be preceded by the letter
22 "A," and as we mark exhibits like we've
23 just done, those will be appended to the

Page 12

1 deposition.  Okay.
2      If at any point you want to take
3 a break for any reason, just let me know,
4 and I'll be happy to accommodate you.
5 It's supposed to be an
6 information-gathering endeavor.  It is
7 not intended to be punitive or anything
8 else like that, so I want you to be
9 comfortable throughout the process.
10 Okay?
11      All right.  What you have in
12 front of you has been marked Exhibit 1 to
13 your deposition.  Have you seen that
14 document before?
15 (Defendant's Exhibit 1 was marked for
16 identification and is attached.)
17   A.   Yes.  I believe it was -- I got
18 an e-mail, a PDF of this.
19   Q.   Okay.  And this is simply the
20 document, a type of document the parties
21 exchange to set depositions.  And they're
22 also allowed by the rules, as we did
23 here, to append a document request to it,

Page 13

1 have thoroughness to make sure all
2 documents that are pertinent have been
3 produced.
4         Will you take a look at Exhibit
5 A and let me know if you've seen that
6 before.
7      (Witness reviews document.)
8   A.  Yes, I have.
9   Q.  Okay.  And was that something
10 you discussed with counsel for
11 Riverkeeper as well?
12   A.  Yes.
13   Q.  You see the categories of
14 documents that are requested.  We
15 requested at number 2 books, treatises,
16 and that kind of thing, but by discussion
17 between the lawyers, you know, between me
18 and Mr. Brock, we're not asking people
19 unless it's convenient for them to
20 produce the actual document or book so
21 long as it's been identified as a
22 reference somewhere in the report.
23       So with that caveat, are there

Page 14

1 any documents that you have used or
2 referenced in any of your reports that
3 have not been provided to the lawyers and
4 that are not identified in your report?
5   A.  I think I understood the
6 question.
7   Q.  It was a complicated question,
8 so.
9   A.  There's no documents that I've
10 relied upon that aren't otherwise
11 referenced in my report.
12   Q.  Okay.  All right.  And that
13 would include the expert -- the reports
14 of Mr. Brown and others and the
15 references that you've listed at the end
16 of your reports?
17   A.  Correct.
18   Q.  Okay.  All right.  Do you have
19 any documents within the scope of Exhibit
20 A that you have not provided to the
21 lawyers?
22   A.  The references that I've made
23 are all publicly available, so

Page 15

1   Q.  Okay.
2   A.  You know, through the Web.
3   Q.  Sure.
4   A.  If they weren't otherwise
5 provided to the lawyers.  So there are
6 one or two documents that are simply
7 available electronically on the Web.
8   Q.  Right.  And you have references
9 where those can be obtained?
10   A.  That's right.
11   Q.  Okay.  Thank you.
12       All right.  Will you identify
13 what we've marked as Exhibit 2?
14 (Defendant's Exhibit 2 was marked for
15 identification and is attached.)
16   A.  Yes.  My resumé.
17   Q.  Okay.  Now, this one is dated
18 2017.  And I -- we received this from
19 counsel for Riverkeeper.  Have there been
20 any substantive changes in your vitae
21 since 2017?  And by that, by
22 "substantive," I mean have you obtained
23 any new degrees, any new licenses, have

Page 16

1 you done any testimony, any of these
2 major categories at all?
3   A.  There's been no substantive
4 change.
5   Q.  Okay.  All right.  And I'm
6 looking at the paragraph that begins your
7 CV.  The second sentence where you're
8 relating your mining-related experience:
9 investigations, designs, construction
10 planning, supervision, performance
11 monitoring for tailing impoundments,
12 waste dump, and management of off-spec
13 materials; right?
14   A.  Correct.
15   Q.  Okay.  How many different
16 facilities have you, or mines have you
17 provided those services for?
18   A.  Well, I can't give you a precise
19 number, but it would be more than twenty.
20 But on that order.
21   Q.  Okay.  How many of those are in
22 the United States?
23   A.  Less than five

Page 17

1   Q.   How many were in Alabama?
2   A.   I worked with a company,
3 Lafarge, that had two former cement
4 manufacturing operations.  So that's
5 mining of sorts.  But not coal mining.
6 There was two facilities in Alabama.
7   Q.   Okay.  All right.  Now, with
8 regard to the part of your answer where
9 the answer was more than twenty, you've
10 made a good point.  Let me rephrase the
11 question to be limited to coal mining.
12 So, how many coal mining facilities or
13 mines have you provided the services
14 listed for, total?
15   A.   I would say approximately ten.
16   Q.   Okay.
17   A.   Maybe about half the jobs that
18 I've worked on have been coal mines.
19   Q.   Okay.  And how many of those are
20 in the USA?
21   A.   Just one.
22   Q.   Okay.  What one was that?
23   A.   In Wyoming.

Page 18

1   Q.   Okay.  What's the name of the
2 mine?
3   A.   I'm going to say something like
4 Caballo, but it was a while ago, so it
5 was more than ten years ago, so I don't
6 -- Caballo Mine maybe.
7   Q.   Is that --
8   A.   The answer to your question is I
9 can't remember.
10   Q.   Okay.  Is that project listed
11 anywhere on your CV?
12   A.   It's not.
13   Q.   All right.  And how many coal
14 mines in Alabama?
15   A.   None.  Prior to Maxine.
16   Q.   Okay.  On how many days have you
17 actually had boots on the ground, your
18 boots on the ground at the Maxine Mine
19 site?
20   A.   Two.
21   Q.   All right.  Your present
22 position occupationally is that you're
23 the president of Burgess Environmental;

Page 19

1 right?
2   A.   Correct.
3   Q.   And as I understand from your
4 CV, that's a sole proprietorship?
5   A.   Yes.
6   Q.   Meaning Gordon Johnson is the
7 sole proprietor; right?
8   A.   Yes.
9   Q.   Okay.  Why do you call it
10 Burgess Environmental?
11   A.   Because 1495138 Alberta,
12 Limited, didn't sound personal enough,
13 which was the incorporated name I was
14 given.
15   Q.   Okay.
16   A.   So you have -- you can elect to
17 give it a name.
18   Q.   I see.
19   A.   Burgess is a rock formation in
20 Yoho Valley in Banff, and Yoho National
21 Park is outside of Calgary, a place I
22 like.
23   Q.   Okay.  I understand.  All right.

Page 20

1 And under the Canadian system, you are
2 assigned a number?
3   A.   If you don't otherwise provide a
4 name.
5   Q.   If you don't otherwise provide a
6 name.  Okay.  All right.  Now, I
7 understand that you have some work
8 history in common with Anthony Brown?
9   A.   Correct.
10   Q.   Right?  All right.  And were
11 there others, such as Wade Major or any
12 of the other individuals that you worked
13 with such as the geophysical team that
14 also share some work history with you?
15   A.   Yes.
16   Q.   All right.  Can you identify
17 those individuals?
18   A.   Wade.
19   Q.   Okay.
20   A.   And Chris Slater, who was on the
21 geophysical team.
22   Q.   Okay.
23   A.   Those two

Page 21

1    Q.   All right.  And will you
2  elaborate for us what your common work
3  history is?
4    A.   So Anthony and I worked together
5  in a company called Komex that was a
6  private organization, and we were
7  partners in the organization.  So Anthony
8  looked after the American part of the
9  business, and I was one of the people who
10  looked after the Canadian part of the
11  business.
12    Q.   Okay.
13    A.   Whilst I was doing that, Wade
14  was part of the Canadian operation, and
15  so was Chris.
16    Q.   Okay.  All right.
17    A.   And it was an environmental
18  firm.
19    Q.   Sure.
20    A.   With maybe a focus on
21  groundwater.
22    Q.   Okay.  How long did you work in
23  the same company with each of those

Page 22

1  individuals?
2    A.   This is an estimate.
3    Q.   Certainly.
4    A.   But I would have left the
5  organization in 2009 and joined in 1995,
6  so that's the period of time where I
7  would have overlapped with Anthony.
8    Q.   Okay.
9    A.   With the others, maybe half that
10  duration.  Wade came later.  Chris came
11  later.
12    Q.   Okay.  And during the course of
13  your career with the company during those
14  overlap periods, did you work on one or
15  more projects with those individuals?
16    A.   I may have worked with Wade.  I
17  certainly didn't work with Anthony, and I
18  didn't work with Chris.
19    Q.   Okay.  How were you contacted
20  about being involved in the Maxine Mine
21  case?
22    A.   Anthony called.
23    Q.   Okay.  And what did he tell you?

Page 23

1    A.   Well, he was asking me about
2  the -- he was asking me about somebody
3  else and whether I thought they would be
4  suitable to do the work.
5    Q.   Okay.
6    A.   So.  One thing led to another.
7    Q.   Okay.  Who was he asking you
8  about?
9    A.   A former employee of Komex named
10  Mike Thompson.
11    Q.   Okay.  And how did it come to be
12  that you are the person who I'm deposing
13  today?
14    A.   I think, you know, as I recall
15  the conversation, Anthony was interested
16  in the reclamation aspects of mine waste
17  facilities and was asking about Mike.  Of
18  course, Mike worked in Canada, Anthony
19  worked in the U.S., so they didn't know
20  each other intimately about what their
21  skills were.  And Mike was a hydrologist,
22  so.  I think they call it a
23  hydrotechnical engineer now.  Calculates

Page 24

1  water velocities and speeds and volumes
2  and things like that.
3    Q.   Okay.
4    A.   So I didn't think it was a
5  match.
6    Q.   Okay.  And you so advised Mr.
7  Brown, I take it?
8    A.   Yes.
9    Q.   Okay.  And did you volunteer
10  your services, or did he inquire whether
11  you would be interested?
12    A.   One or the other.  Probably both
13  at the same time.
14    Q.   Okay.  Are you currently working
15  on projects both in the United States and
16  Canada?
17    A.   Am I currently working on
18  projects?  Yes.
19    Q.   Okay.  Can you give me an
20  estimate, or if you happen to know it, a
21  precise number, as to what percentage of
22  the projects on which you are currently
23  working are in Canada versus being in the

Page 25

1  United States?
2     A.  I would say about 50 percent of
3  my work right now is in Canada, 25
4  percent in the United States, and 25
5  percent elsewhere.
6     Q.  Okay.  And if you would just
7  give me some examples generally of what
8  "elsewhere" would be currently.
9     A.  Currently, I'm working with SNC
10  in Saudi Arabia with -- doing a
11  groundwater management project for the
12  Jeddah airport.
13     Q.  Okay.
14     A.  Which is winding down.
15     Q.  All right.  If you will, please,
16  Mr. Johnson, look at page 2 of your CV.
17     A.  Yes.
18     Q.  Under "Mining and Mine-Related"
19  experience.  First item you've listed is
20  "Environmental assessment and restoration
21  plan for the Maxine Mine waste rock
22  disposal area," as you have it listed.
23  That would be this case; right?

Page 26

1     A.  Correct.
2     Q.  Okay.  And is your assessment
3  and restoration plan what you have set
4  forth in your October 2017 expert report?
5     A.  Yes, it is.
6     Q.  Okay.  And I understand there
7  are two additional documents that we'll
8  talk about.  There was a supplement from
9  November 8, 2017, and then a rebuttal
10  report from the end of April 2018.
11  Right?
12     A.  Yes.
13     Q.  Okay.  All right.  You also have
14  immediately below the Maxine Mine
15  reference a listing for "Environmental
16  and stability assessment for the bottom
17  and fly ash containment pond for the
18  Barry electric generating facility in
19  Mobile, Alabama."  Right?
20     A.  Correct.
21     Q.  So this Maxine Mine assessment
22  that you have prepared and the assessment
23  that you've listed for fly ash pond in

Page 27

1  Mobile are the two projects that you've
2  done in Alabama?
3     A.  They are two projects I've done
4  in Alabama, yes.
5     Q.  Okay.  Have you done any other
6  projects in Alabama?
7     A.  The two I mentioned before when
8  you asked about mining projects in
9  Alabama and I mentioned the cement
10  plants.
11     Q.  Oh, okay.  Yeah.  Let me clarify
12  my question, then.
13     A.  As Burgess, though, those are
14  the only two.
15     Q.  Okay.  Have you done any project
16  in Alabama involving coal mining other
17  than Maxine?
18     A.  No.
19     Q.  Okay.  Now, if you'll look with
20  me at the next three points listed on
21  your experience, the references to the
22  Kearl -- am I pronouncing that correctly,
23  Kearl?

Page 28

1     A.  Correct.
2     Q.  -- Oil Sands project, Kearl
3  Initial Development, and Kearl Expansion.
4  And then the next reference is to again
5  Kearl Oil Sands and Kearl Expansion.  And
6  then there is a third bullet that
7  references Kearl Mine development and
8  operations.  Are all three of those
9  related?
10     A.  Yes, they are.
11     Q.  Okay.  Same site?
12     A.  Yes, they are.
13     Q.  All right.  And where is Kearl?
14     A.  Kearl is an oil sands mine north
15  of Fort McMurray, Alberta.
16     Q.  Okay.  All right.  If you will,
17  look a few entries down.  I'm looking now
18  at the entry for "Project manager for the
19  maintenance phase of the remedial
20  response to the release of the coal
21  tailings impoundment associated with the
22  Obed Mountain Mine."  What kind of mine
23  was that?

Page 29

1    A.  It was a thermal coal mine.
2    Q.  And what, as you described it
3 here, does the phrase "release of the
4 coal tailings impoundment associated with
5 the Obed Mountain Mine" mean?
6    A.  So most mines have a tailings
7 impoundment, and tailings are generated
8 by processing of ore using water, so the
9 tailings are a semifluid material.
10 There's a tailings pond, as I understand
11 it, at Maxine.  Because they're
12 semifluid, they need to be contained
13 within a dam.  In the case of Obed
14 Mountain dam, that dam failed, and the
15 water and coal tailings impounded by that
16 dam flowed down to the Athabasca River.
17    Q.  Okay.  All right.  Is that an
18 ongoing project?
19    A.  My involvement was not with the
20 assessment and repairs.  It was with the
21 managing the maintenance phase for a
22 period of time when I was at Norwest
23 Consultants.

Page 30

1    Q.  Okay.
2    A.  And so it is likely ongoing, but
3 my involvement with the project ceased
4 when I moved away from Norwest.
5    Q.  Okay.  What was the length of
6 your personal involvement on that
7 project?
8    A.  Months.
9    Q.  Do you have an estimate as to
10 how many months?
11    A.  Three to six.
12    Q.  Okay.  Do you have a judgment as
13 to on how many occasions you were
14 personally boots on the ground at that
15 location?
16    A.  Once.
17    Q.  Again, you were working on the
18 maintenance phase of the remedial
19 response?
20    A.  Correct.
21    Q.  Okay.
22    A.  So we were assigned that
23 project, and then I took a job with

Page 31

1 SNC-Lavalin, so it stayed with Norwest.
2    Q.  All right.  You also list
3 "Preliminary engineering and permitting
4 support for proposed metallurgical coal
5 mines located in the Coal Valley and
6 north of Fernie, British Columbia."
7 Right?
8    A.  Correct.
9    Q.  All right.  What can you tell us
10 about that project?
11    A.  So, my involvement was when I
12 was with Norwest.  And so there are
13 basically two types of coal, coal that
14 are -- is used for thermal power
15 generation and coal that is used in steel
16 making, which is called metallurgical
17 coal.
18    Q.  All right.
19    A.  In that portion of British
20 Columbia, it's primarily metallurgical
21 coal.  And there are probably six or
22 eight operating mines.  One of Norwest's
23 areas of expertise was doing assessments

Page 32

1 of mines pursuant to them being
2 developed, you know, economic
3 feasibility, that sort of thing.  So my
4 involvement would have been on the water
5 and geotechnical aspects of two mines
6 that were in the concept stage at that
7 time.
8    Q.  Okay.  Were those projects that
9 you were able to complete before you left
10 Norwest, or did they remain ongoing when
11 you departed?
12    A.  To my knowledge, neither of the
13 mines was constructed.
14    Q.  Okay.  Do you know why?
15    A.  I think that, to answer your
16 question, the portion of work that
17 Norwest was doing was completed in both
18 occasions.
19    Q.  Okay.  Do you know why the mines
20 were not implemented or put in place?
21    A.  Well, in 2013-2014, the price of
22 metallurgical coal basically crashed.
23 And so I think the funding for new

Page 33

1 projects was probably delayed or removed
2 at that time by the proponents.
3    Q.  Okay.  All right.  You also have
4 a project involved "Hydrologic assessment
5 and reclamation planning for the former
6 mine pit associated with Barkerville
7 Golds's," is that Quesnel River?  Is that
8 how you pronounce it?
9    A.  Yes.
10    Q.  Okay.  Quesnel River Mine.  Was
11 it a gold mine?
12    A.  It was an old gold mine, yes.
13    Q.  Okay.  How long had it been
14 closed at that point?
15    A.  The gold line had been
16 suspended, reactivated, suspended,
17 reactivated.
18    Q.  Okay.
19    A.  And so at the time I was working
20 on it, there was a portion of the mine
21 that was going to continue to be mined
22 and had a portion that was going to be
23 permanently closed.  So my involvement

Page 34

1 was on the portion that was going to be
2 permanently closed.  My understanding is
3 it's still operating.
4    Q.  Okay.
5    A.  I don't know that for sure, but
6 I believe that's the case.
7    Q.  Okay.  All right.  And then the
8 final project that I wanted to ask you
9 about regarding mining and mine-related
10 experience that you have listed is of the
11 "Investigation and design of waste rock
12 dumps and mine infrastructure for the
13 Line Creek coal mine located near
14 Sparwood, British Columbia."
15       Okay.  Can you tell us what you
16 did with regard to the Line Creek coal
17 mine?
18    A.  So I had -- first of all, this
19 was early in my career.  And as part of
20 the mine development, especially in
21 mountainous regions, the mine waste
22 dump -- this is an open pit mine, so
23 relative to Maxine Mine, there's a much

Page 35

1 higher volume of waste rock generated.
2 And so we were tasked with analyzing the
3 stability of the foundation and the
4 slopes associated with those large rock
5 dumps.  We were also retained to do some
6 design of water management systems
7 leaving the mine.
8    Q.  Okay.
9    A.  Sedimentation ponds, diversions,
10 that sort of thing.
11    Q.  All right.  What company were
12 you employed by at the time you worked on
13 that project?
14    A.  That was a Komex project.
15    Q.  Okay.  How long did you work on
16 that project?
17    A.  Well, our involvement in Line
18 Creek essentially continued the entire
19 time I was at Komex.  It was a
20 long-standing customer, and projects were
21 initiated and completed.
22    Q.  Okay.
23    A.  Throughout the time, as I

Page 36

1 recall.
2    Q.  All right.  And according to
3 your CV, you were at Komex from 1987 to
4 2006; right?
5    A.  Correct.  There was a two-year
6 period of time when I wasn't there, but.
7    Q.  Okay.
8    A.  Through that period.
9    Q.  All right.  What was the
10 two-year period in which you were not at
11 Komex?
12    A.  I moved for a brief period of
13 time for personal reasons to Ontario, so.
14    Q.  Okay.  What did you do while you
15 were in Ontario for employment?
16    A.  I was environmental engineer for
17 Conestoga-Rovers & Associates.
18    Q.  Okay.  Is there any particular
19 reason that's not listed on your CV?
20    A.  No particular reason.
21    Q.  Okay.  When were you working in
22 Ontario for Conestoga-Rovers?
23    A.  1992 and 1993.  Sorry, 1993 and

Page 37

1  1994.
2    Q.  Why, then, does your CV show
3  continuous employment from 1987 to 2006
4  at Komex?
5    A.  There's no -- there's no reason
6  per se.  I try to keep my CV reasonably
7  short.  Other than that.  There was
8  nothing unique about my employment at
9  CRA.
10   Q.  Do you think it's important when
11 someone has a CV that the CV be accurate?
12   A.  Yes.  I believe that my CV
13 accurately depicts the experience I've
14 had through my career.
15   Q.  Okay.  Notwithstanding that it
16 leaves off two years of employment at a
17 different company; right?
18   A.  My CV does not include the
19 employment with CRA, but it does include
20 some of the projects I worked.
21   Q.  Okay.
22   A.  There was no intent to mislead
23 in that.  It's simply a matter of trying

Page 38

1  to make my CV brief enough so that
2  potential clients can look at it without
3  spending too much time seeing what I've
4  done.
5    Q.  Okay.  And understand I'm not
6  implying anything.  I'm just trying to
7  understand the difference between what
8  you're telling me and what I see on the
9  document, so.
10   A.  Correct.
11   Q.  Please understand that.
12   A.  Yes.
13   Q.  Okay.  And you don't see any
14 issue with showing a continuous nine-year
15 span of employment with Komex
16 notwithstanding that that's not factually
17 accurate?
18       MR. BROCK:  I object to the
19 question.  He has answered the question
20 now twice.
21       MR. DAVIS:  Are you instructing
22 him not to answer?
23       MR. BROCK:  No.  I'm objecting

Page 39

1  to you asking him three times.
2        MR. DAVIS:  I'm just trying to
3  understand why he's got inaccurate
4  information on his CV.
5        MR. BROCK:  And he has answered
6  that twice.
7    Q.  (By Mr. Davis) There's an
8  objection on the record, but you're
9  welcome to answer the question.
10   A.  Well, I -- we can read back my
11 previous answer.
12   Q.  Okay.  So you don't care to say
13 anything further?
14   A.  I can tell you that, in my
15 opinion, the positions I've held that are
16 written in my CV accurately depict the
17 types of experience that I've had that
18 are relevant to what I'm doing today.  So
19 I don't see any problem with the omitting
20 the Conestoga-Rovers period of time.  And
21 prior to joining -- it's not nine years,
22 by the way, with Komex, it was quite a
23 bit longer than that.  Prior to --

Page 40

1    Q.  You're exactly right.  Excuse
2  me.  It's nineteen years, isn't it?
3    A.  That's right.  So, you know,
4  before that period of time, I had a brief
5  job with an oil company, a brief job with
6  another consulting company.  But I don't
7  think that's material to what I'm doing
8  now, so that's why it's not on the
9  resumé.
10   Q.  Okay.  What oil company did you
11 work for?
12   A.  Dome Petroleum.
13   Q.  When?
14   A.  1981.
15   Q.  What's the other company that
16 you worked for?
17   A.  I worked as a -- it was not
18 incorporated, but I worked as a
19 contractor, a technical contractor after
20 I graduated from the University of
21 California.  And I worked for a number of
22 companies.  I worked for Gulf, I worked
23 for Arctic Offshore Exploration, I worked

Page 41

1 for a company called Hardy Moss out of
2 California. But these were all brief
3 assignments that aren't material to what
4 I'm doing now, so that's why they're not
5 in there.
6    Q.   Okay. What span of time does
7 that contracting work cover?
8    A.   Pre-Komex.
9    Q.   Okay. So from the time of your
10 graduation from the University of
11 California with your master's degree
12 until you became employed by Komex in
13 1987?
14    A.   Correct.
15    Q.   Okay. And when you say that
16 experience is not material to what you
17 are doing now, what do you mean?
18    A.   I mean it is not -- the type of
19 work I did at that time is not consistent
20 with the type of work I'm doing now.
21    Q.   Did you finish your answer?
22    A.   I did.
23    Q.   Okay. All right. Now if you

Page 42

1 will, look for me on page 3 of your CV.
2 You have a heading that reads
3 "Environmental Impact Assessment and
4 Permitting." Were any of the projects
5 you have listed there in the United
6 States?
7    (Witness reviews document.)
8    A.   Yes.
9    Q.   Okay. Which one or ones?
10    A.   So if you look at the second to
11 the final bullet.
12    Q.   Okay. I see it.
13    A.   That summarizes my experience
14 primarily with Lafarge and of the
15 facilities I worked at, assessed and
16 helped them with permitting. About half
17 were in the United States.
18    Q.   Okay. What do you -- I want to
19 make sure I understand what you have got
20 here. It says environmental assessment
21 and permitting. Was there a formal
22 program of environmental assessment that
23 was prescribed by regulations, or is it

Page 43

1 an environmental assessment where you are
2 going in and looking at specific things
3 based on some program of professional
4 standards or both?
5    A.   It was a program of assessment
6 that was prescribed internally by Lafarge
7 to -- there's an off-spec product that
8 they refer to as cement kiln dust that is
9 disposed or stored at their -- at many of
10 their cement plants, not all.
11    Q.   Okay.
12    A.   And they were doing an internal
13 assessment to evaluate whether there was
14 any environmental implications associated
15 with that kiln dust, and if so, what they
16 should do about it.
17    Q.   Okay. Have you ever worked on
18 an environmental impact study such as is
19 prescribed under certain circumstances
20 under the United States federal neatness
21 statute, NEPA?
22    A.   No, I have not in the United
23 States.

Page 44

1    Q.   Okay. Are you familiar with the
2 environmental impact statement process
3 generally speaking?
4    A.   Yes. There's a similar process
5 in the areas that I have worked with.
6    Q.   Okay.
7    A.   And there's a similar process
8 internationally.
9    Q.   Okay. Good.
10    A.   They're all similar, but not
11 identical.
12    Q.   I understand. You're familiar
13 with the process, then, in Canada; right?
14    A.   Yes.
15    Q.   Okay. And what is that process
16 called in Canada? Is it called
17 environmental impact assessment?
18    A.   In most provinces it is, yes.
19    Q.   Okay.
20    A.   It's a provincially regulated
21 activity, primarily. There is a federal
22 impact assessment process as well.
23    Q.   Okay

**Gordon Johnson**                                    **12 (45 - 48)**

Page 45

1  A.  But it's either referred to as
2  an environmental impact assessment or an
3  environmental assessment.
4  Q.  Okay.  What are the elements of
5  an environmental impact assessment?
6  A.  The formally --
7  Q.  The form that you're familiar
8  with.
9  A.  Yes.  Well, there are a lot of
10 components to it.
11 Q.  Right.  So generally, as best
12 you can as you sit here today.
13 A.  So they break down into what I
14 would refer to as terrestrial issues.
15 Q.  Okay.
16 A.  Water resources and aquatic
17 issues.  And social and economic issues.
18 Air emissions-related issues.
19 Q.  Okay.
20 A.  And they're bundled in that
21 manner.  And they're likely twenty
22 some-odd components.  I'm sure if I tried
23 to list them, I would inadvertently leave

Page 46

1  one or two out.
2  Q.  Certainly.  Okay.  I understand
3  those, those categories as you've
4  described them.  Can you give us some
5  examples of the things that would be part
6  of the terrestrial assessment?
7  A.  An assessment of soils, an
8  assessment of vegetation, an assessment
9  of wildlife, and an assessment of the
10 reclamation requirements, or conservation
11 and reclamation, would be the four main
12 ones that I'm familiar with.
13 Q.  Okay.  All right.  And can you
14 give us some examples of elements that
15 would be under the heading of water and
16 aquatic?
17 A.  Yes.  Surface water,
18 groundwater.  And then bundled, aquatic
19 life, it might be fish, it might be
20 benthic organisms, might be other things.
21 Q.  Okay.
22 A.  And then the groundwater and
23 surface water components are typically

Page 47

1  divided into quantity issues and quality
2  issues.
3  Q.  Okay.  All right.  Can you give
4  me some examples of what would be
5  assessed under the social and economic
6  category?
7  A.  The economic impact of a
8  project, typically employment and money
9  generated by the economic activity.
10 Other aspects would be potential adverse
11 effects to neighboring land users or
12 stakeholders.
13 Q.  Okay.  And then finally, the
14 air-related category, can you give me
15 some examples there?
16 A.  Air would be air emissions
17 modeling and then impact assessment on
18 air quality.
19 Q.  Okay.
20 A.  To be clear, I'm not an air
21 expert, but.
22 Q.  Right.
23 A.  But it's a process of looking at

Page 48

1  the emissions, either point source
2  emissions or fugitive emissions, and what
3  effects that might have on whether it's
4  people or aesthetic issues or animals,
5  wildlife.
6  Q.  Okay.  And so I understand your
7  testimony, these are provincially
8  regulated assessments?
9  A.  Primarily.
10 Q.  Okay.
11 A.  And there are federal
12 overlapping rules as well.
13 Q.  Okay.
14 A.  I think a similar situation
15 exists in the United States.
16 Q.  Okay.  All right.  But in any
17 particular instance, if an environmental
18 impact assessment is required, there is a
19 body of regulations to which one could
20 refer that would set out all of the
21 requirements?
22 A.  Correct.  Sometimes two
23 overlapping

**Gordon Johnson**

13 (49 - 52)

Page 49

1   Q.   Okay.  In the environmental
2  impact assessment scenario that exists in
3  Canada with which you're familiar, to
4  what kind of entities does that apply?
5  And let me try and give you a little
6  predicate that may make that question
7  make more sense.
8       In the United States, for
9  example, without getting into the
10 technicalities, there has to be some
11 level of nexus with a governmental action
12 to trigger the process.  Is there a
13 similar linkage or trigger under Canadian
14 law, or does it have some other thing
15 that --
16   A.   No, there are triggers.
17   Q.   Okay.
18   A.   Some of which are objective and
19 some of which are subjective.
20   Q.   Okay.
21   A.   Meaning the regulator will use
22 their discretion in the subjective cases.
23   Q.   All right.  Can you give me a

Page 50

1  few examples for purposes of our
2  understanding?
3   A.   A mine of a certain size, a
4  petrochemical facility of a certain size.
5   Q.   Okay.  Do you happen to know
6  what size of mine would require that kind
7  of oversight or engagement?
8   A.   I couldn't quote you the number,
9  but a mine site such as Maxine would be
10 large enough to trigger.
11   Q.   Okay.
12   A.   And it also varies from place to
13 place.  There are not identical triggers
14 in each province.
15   Q.   Okay.  If you will please turn
16 to page 4 of 4, and I'm now looking under
17 the heading of "Legal and Regulatory
18 Representation."  The first heading I
19 read to be a reference to both your work
20 at Maxine, which you're here to talk
21 about today, and then to your work
22 related to the ash containment pond at
23 the Barry electric generating facility in

Page 51

1  Mobile.  Would that be correct?
2   A.   That's correct.
3   Q.   Okay.  All right.  And it says
4  you are giving support to Riverkeeper and
5  the Southern Environmental Law Center
6  relating to those facilities.  What do
7  you mean by the word "support" as used
8  there?
9   A.   What I mean is technical
10 assessment in my area of expertise.
11   Q.   Okay.  Do you perceive your role
12 in the Maxine case to be an advocate for
13 Riverkeeper?
14   A.   No.
15   Q.   What do you perceive your role
16 to be?
17   A.   To be -- to evaluate restoration
18 options for the GOB pile.
19   Q.   Okay.
20   A.   And then to recommend at a
21 conceptual level what I believe is a
22 responsible restoration plan.
23   Q.   All right.  In this -- under

Page 52

1  this same category of "Legal and
2  Regulatory Representation," you have
3  several -- a number of entries that begin
4  with the word "Represented," and then it
5  has the name of your client, and then it
6  continues the description.  And my
7  question here is, what do you mean by
8  "represented"?
9   A.   I suppose, you know,
10 representing the technical assessments
11 that I've done in support of whatever the
12 issue was that was being regulated or
13 debated at a legal level.
14   Q.   Okay.
15   A.   I don't know if it's meant to
16 have any kind of deep meaning other than
17 to introduce the sentence.
18   Q.   Okay.  The reason I ask,
19 actually, has an analogy in U.S. law, and
20 the analogy that I was trying to get
21 clarification on was, in certain kinds of
22 tax cases, accountants, as opposed to the
23 usual case where you would require a

**Gordon Johnson**                                    **14 (53 - 56)**

Page 53

1 lawyer, can represent people in certain
2 kinds of proceedings with the IRS.  So I
3 was really seeking clarification about
4 whether there was some analogous
5 situation where you would engage in
6 actual advocacy and representation under
7 Canadian law.  But I understand your
8 answer.
9       Okay.  All right.  We've been
10 going almost an hour, and I'm about to
11 move into your expert report.  Would you
12 like to take a break?
13    A.  Sure.
14       (Break taken.)
15    Q.  (By Mr. Davis) All right, Mr.
16 Johnson.  You now have in front of you
17 what we've marked as Exhibit 3 to your
18 deposition.  Will you take a moment, look
19 at the document, and identify it for us
20 for the record.
21 (Defendant's Exhibit 3 was marked for
22 identification and is attached.)
23    A.  Yes.  This is the report that I

Page 54

1 wrote and submitted in October of last
2 year.
3    Q.  All right.  Will you confirm for
4 us that the document is complete, or
5 appears to be complete?
6    A.  It does appear to be complete,
7 correct.
8    Q.  Okay.  Very good.  All right.
9 If you will, let's look at the page
10 you've designated as ES-1 this is in your
11 "Executive Summary" section.  The last
12 sentence of the first paragraph reads, "I
13 was retained by SELC to provide analysis
14 and expert opinion regarding the
15 restoration of the Geologic Overburden
16 (GOB) that has been placed at the Site,"
17 Maxine site.
18       Did I read that correctly?
19    A.  Yes.
20    Q.  All right.  What do you mean by
21 "restoration of the Geologic Overburden"?
22    A.  By restoration, I would mean
23 reclaiming -- so words that get used in a

Page 55

1 similar manner, reclaiming and
2 remediating sites.  These are words that
3 are in common practice.  Restoration, by
4 that I mean restoring the Tributary 1 and
5 the lands associated with the GOB pile to
6 something approximately equivalent to
7 what existed prior to that GOB pile being
8 placed and in a manner that deals
9 responsibly with the pollutants that are
10 migrating out of that pile and into the
11 either Tributary 1 or the Locust Fork.
12    Q.  Okay.  Had you heard the acronym
13 GOB before your involvement in the Maxine
14 case?
15    A.  No.
16    Q.  All right.  Had you heard the
17 term "geologic overburden"?
18    A.  Yes.
19    Q.  Okay.  And what is geologic
20 overburden, as you understand it to be?
21    A.  I would say that it's the waste
22 rock that separated from the ore in
23 mining, but in this case coal, either as

Page 56

1 overburden, rock that exists above the
2 coal, or interburden, rock that exists
3 within the coal.
4    Q.  Okay.  All right.
5    A.  I've made a point in my report
6 of referring to the material as mine
7 waste.
8    Q.  Okay.
9    A.  Which is a term that I see as --
10 or I've been more accustomed to using.
11    Q.  Okay.  All right.  And just so
12 we're perfectly clear about your use of
13 the term "mine waste" and what it means,
14 what is the definition of mine waste as
15 you have used it?
16    A.  Well, mine waste would refer to
17 the actual material.  So it would be the
18 same materials, but it's a, you know, a
19 waste product generated -- natural waste
20 product generated by the mining activity.
21    Q.  Okay.
22    A.  As opposed to rags and barrels
23 and things like that that are not

Page 57

1   natural.
2      Q.  I understand.  So, am I correct,
3   then, that what we're talking about is
4   rock and dirt and minerals?
5      A.  Yes.  And water.
6      Q.  Okay.  Do you consider the water
7   to be part of the mine waste?
8      A.  Well, I believe documents showed
9   that there was what they referred to as
10  washer rock deposited in the GOB pile.
11  And washer rock, obviously, is a mixture
12  of water and the mine waste.  So yes,
13  that would be part of the waste that was
14  placed in that.
15     Q.  Okay.  So --
16     A.  Most mines have a water cleaning
17  process in them.  And so, yes, there is
18  waste water generated.
19     Q.  Okay.  Do you understand washer
20  rock to be both rock in water as opposed
21  to rock that has been washed?
22     A.  Both, I suppose.  There's water
23  entrained in the washer rock and there's

Page 58

1   the rock, obviously.
2        You know, I'm just thinking back
3   to the original question of what you
4   asked my understanding of the waste to
5   be.  And there would be coal in the -- in
6   that mixture, too.
7      Q.  Okay.
8      A.  And I can't remember whether you
9   said that.
10     Q.  I didn't.  I said mineral, but.
11     A.  Yeah.  And so coal would not be
12  a mineral, it would be an organic
13  compound, so.
14     Q.  Okay.  And this would be the
15  coal that could not be economically
16  extracted from the rock or dirt?
17     A.  Yeah.  Or mixed in, yeah.
18     Q.  So there would be a residue?
19     A.  Yes.
20     Q.  Okay.  All right.  The second
21  paragraph in your executive summary lists
22  some things that your assessment and
23  opinion is based on  And I'm going to

Page 59

1   summarize them because the document
2   speaks for itself, but.  As I read this,
3   your assessment and opinion is based on
4   observations you made at a site visit and
5   inspection.  That's the two days you
6   spent on site; right?
7      A.  Correct.
8      Q.  Data collected through sampling
9   and analysis.  Work completed by other
10  consultants, information obtained by
11  Riverkeeper and SELC, discovery documents
12  provided by Drummond, publicly available
13  information, and your judgment and
14  experience.  Right?
15     A.  Correct.
16     Q.  All right.  So that's the
17  complete list of what your assessment and
18  your opinion is based on?
19     A.  Correct.
20     Q.  Okay.  All right.  With regard
21  to the data collected, is all the data
22  that you relied on referenced in your
23  reports?  And I mean that plural, both

Page 60

1   original, rebuttal, and your interim
2   memorandum.
3      A.  All the data that I reviewed and
4   considered in my assessment is not
5   included in the report.  What I tried to
6   do in my report was highlight the data
7   that is material to planning the
8   restoration.  So as you're probably
9   aware, there was data generated when the
10  mine was in operation, various water
11  quality tests.  That, for example, is not
12  included in my report.  There were more
13  analytes in the suite of tests that were
14  done by aquilogic.  That's not in my
15  report.
16     Q.  Okay.
17     A.  So there is a body of data that
18  is not specifically in my report that I
19  did review.
20     Q.  Okay.
21     A.  But it would be included in
22  those documents that I stated I relied
23  upon

**Gordon Johnson**                                              **16 (61 - 64)**

Page 61

1    Q.   Okay.  All right.  And that's
2  what I'm trying to get my arms around,
3  because one of my jobs is to understand
4  everything that you looked at that
5  provides a basis for your opinions.  So
6  let me see.
7       Is there any data that you
8  reviewed that is not referenced in your
9  reports that influenced your assessment
10  and conclusions?
11    A.   Is there anything -- can you
12  repeat that so that I --
13    Q.   Yeah.
14       MR. DAVIS:  Can you read it
15  back?
16    Q.   It's difficult to try and ask
17  these questions, so if you'll bear with
18  me.
19       (Requested portion read.)
20    A.   No.  I would repeat, though,
21  that my judgment and experience has
22  influenced my recommendations.
23    Q.   I understand.  And we'll discuss

Page 62

1  that as well.  I understand that you
2  looked at a broader universe of
3  information and material than may be
4  referenced in your report.  And I also
5  understand and I think any reader would
6  assume that if you referenced specific
7  things in your report, that those would
8  be part of the basis for your assessment.
9  In other words, those are things that
10  influenced your assessment.
11    A.   Correct.
12    Q.   Okay.  So what I am trying to
13  understand and ask you an intelligible
14  question about is, is there anything
15  that -- any body of data, however you
16  would describe it, in whatever form it
17  was in, that led you to a certain
18  conclusion or assessment that's reflected
19  in your report that is otherwise not
20  cited in your report?  Does that make
21  sense?
22    A.   That makes sense to me.  And the
23  answer is no

Page 63

1    Q.   Okay.  Okay.  You reference in
2  this paragraph information obtained by
3  Riverkeeper and SELC.  What information
4  are you referring to there?
5    A.   What I'm referring to primarily
6  is there's a number of documents that are
7  listed in my references that reflect, or
8  the subject matter, they were prepared by
9  ABC or PELA, for example, during the
10  operating period of the mine.  And they
11  were provided to me by SELC and
12  Riverkeeper.
13    Q.   Okay.  And --
14    A.   And I'm not sure in each and
15  every instance how they were obtained.
16    Q.   I understand.  And some of
17  those, then, could also be in the
18  category of discovery documents provided
19  by Drummond; right?
20    A.   That's a possibility, for sure.
21    Q.   Okay.  And as I understand your
22  answer previously, any publicly available
23  information that you deemed important for

Page 64

1  your assessment, you've referenced in
2  your reports.
3    A.   Correct.
4    Q.   Okay.  All right.  Now, let's
5  talk about your judgment and experience.
6  Your assessment and opinion is based in
7  part, in addition to the other things
8  you've listed, on your judgment and
9  experience.  So, what do you mean by
10  judgment and experience here?
11    A.   First and foremost, it would be
12  my judgment and experience on --
13  regarding developing up restoration plans
14  that can be relied upon.
15    Q.   Okay.
16    A.   To work.  So, you know, you
17  would bundle my experience in designing
18  and implementing remediation, restoration
19  plans over my career that are relevant to
20  the -- to Maxine.
21    Q.   Okay.
22    A.   And then the other part of
23  judgment and experience would be the

**Gordon Johnson**                                                17 (65 - 68)

Page 65

1 circumstances. Parking the whole issue
2 of regulatory compliance in terms of does
3 this number exceed that number, parking
4 that for a minute, the types of controls
5 that need to be put in place to safely
6 restore mine waste in this case in a
7 manner that's protective of the
8 surrounding watershed.
9    Q.  Okay.  And does the application
10 of your judgment and experience to the
11 other things that you have listed, your
12 observations, documents that you've
13 reviewed, sampling and analysis, does
14 that involve interpretation of the data,
15 you know, from sampling, the documents,
16 and other information?
17    A.  Correct.  I think, you know, a
18 complete answer to your question, because
19 I think you brought up the site
20 inspection as well, it would be my
21 judgment and experience in making sense
22 out of what it is that I observed during
23 my field visit.

Page 66

1    Q.  Okay.
2    A.  So, you know, number one on that
3 list would be the severe erosion that's
4 evident in the GOB pile.  That's not
5 interpretation of data.  That's
6 interpretation of the land forms of what
7 I've seen and making sense out of how
8 they were developed and how they
9 continued to erode and transport
10 materials down into the Locust Fork and
11 into Tributary 1.  So that, that's
12 judgment and experience that applies to
13 the observational approach of what I did.
14 And then there's judgment and experience
15 that applies to the analytical data.
16    Q.  Okay.  All right.  In the next
17 paragraph, you say you developed your
18 opinion in cooperation with aquilogic;
19 right?
20    A.  Yes.
21    Q.  And aquilogic is Anthony Brown.
22    A.  Yes.
23    Q.  In this instance; right?  All

Page 67

1 right.  How did you complete your
2 assessment and develop your opinion in
3 cooperation with Mr. Brown?
4    A.  So on the -- on the cooperation
5 front, when we were on the site doing
6 tasks, there was a limited period of time
7 available to us to sample water, sample
8 groundwater, sample mine waste, all the
9 things that were done, geophysics.  So we
10 divided tasks so they could be done
11 efficiently in the period of time.
12       And then on the analytical and
13 assessment front, the two main areas
14 where I relied upon the aquilogic report
15 would be in the development and
16 interpretation of, say, criteria for
17 water quality and also in the I would say
18 calculation or estimation of the amount
19 of erosion that we observed, trying to
20 quantify and corroborate what we had
21 observed on the site with regard to
22 erosion.
23    Q.  Okay.  All right.  With regard

Page 68

1 to your reliance on the aquilogic report,
2 would you agree with me, then, that
3 aquilogic is wrong to any extent that
4 report is wrong and you relied upon it,
5 that what you derived from that for your
6 assessment would be incorrect?
7    A.  The answer is partly yes, and
8 I'll explain my answer.
9    Q.  Certainly.
10    A.  The -- so for example, one of
11 the areas where I would have relied upon
12 aquilogic would be the criteria that were
13 established for water quality.  So
14 clearly, if the criteria for one of those
15 elements was incorrect and the box was
16 colored incorrectly, then that would be
17 wrong.
18    Q.  Okay.
19    A.  Sorry, I've got a tickle in my
20 throat, so.
21    Q.  That's okay.  Take your time.
22    A.  The second part is, where I
23 don't think that would be the case --

Page 69

1   Q.  Okay.
2   A.  -- is designing or
3 conceptualizing the restoration plan.
4   Q.  Okay.
5   A.  Excuse me.
6   (Discussion held off the record.)
7   Q.  (By Mr. Davis) All right.  If
8 you'll look at the next paragraph, which
9 is some introductory language and then
10 three bullet points, is that your
11 analysis or is that analysis from
12 aquilogic?
13   A.  This is my analysis.
14   Q.  Okay. All right. For each of
15 your three bullet points, will you tell
16 us what the basis for that conclusion is.
17   A.  So the first one, what was
18 immediately striking to me when I -- so
19 to put this into context, I was -- the
20 first thing we did when we arrived on the
21 site is I traversed the traversable parts
22 of the GOB pile. And what was striking
23 was the large quantity of erosion that I

Page 70

1 observed, or evidence of erosion. And
2 that was basically three types of
3 erosion, I would say. One is the erosion
4 of what I refer to as -- I want to make
5 sure I get this right, but basically flow
6 channels through the GOB pile, so when it
7 rains, water accumulates in low places,
8 and then there are drainage patterns,
9 drainage features in the actual GOB pile.
10 And so the erosion that occurred in those
11 drainage features was not feet deep, it
12 was tens of feet deep. It was far higher
13 than my height. And this wasn't in
14 Tributary 1. This was just in places
15 where small drainage patterns had
16 established.
17   And there were large escarpments
18 where trees were falling down. Clearly,
19 there was evidence of recent exposure of
20 those materials, so there was kind of a
21 slope erosion in addition to this
22 drainage pattern erosion. And then there
23 was large volumes of mine waste that had

Page 71

1 migrated outside of the GOB pile and were
2 traveling down and then training either
3 in the former basins or had carried on
4 into Locust Fork.
5   So when I was there, I concluded
6 that based on the geometry of the erosion
7 features that I saw, that the amount of
8 materials that would be transported in a
9 significant rainfall event -- and Alabama
10 gets significant rainfall events -- would
11 be on the order of tens of thousands of
12 cubic yards and maybe even as high as a
13 hundred thousand cubic yards in one of
14 your major storms. This is an assessment
15 that I made on the site using estimates
16 of the geometries of the things that I
17 saw.
18   I also -- it was clear -- so
19 I've worked on a number of sites that
20 have acid mine drainage. And it was
21 clear from looking at the surface water,
22 some of which were sampled by the people
23 on site, not by me, but the people on the

Page 72

1 site at the same time, that that surface
2 water was heavily impacted by acid mine
3 drainage. It's a -- it has an appearance
4 that is consistent from place to place.
5 And that same appearance was evident in
6 places where the groundwater was seeping
7 out and discharging, for example, into
8 the Locust Fork. So, you know, those
9 were observations that I made when I was
10 on the site. And those were supported by
11 the subsequent analyses.
12   Q.  Okay. Can you explain for me
13 how you made -- and I may not get the
14 words in the right order, so bear with
15 me -- how you made an estimate of erosion
16 by visually looking at the geometries of
17 the site.
18   A.  So for example, on the discharge
19 end of things where the materials
20 accumulate outside of the area that
21 the -- that is being eroded. So you look
22 at it from two perspectives, where the
23 material came from and where it's going

**Gordon Johnson**

**19 (73 - 76)**

Page 73

1    So based on the geometry of what
2  those basins would have looked like when
3  they were constructed, it was evident
4  that tens of thousands, many tens of
5  thousands of cubic yards of mine waste
6  had filled those basins and then carried
7  on into the river.  So by that
8  estimation, you can tell the volume is
9  bigger than that.
10    Going to the source, there were
11  drainage features that were hundreds of
12  yards long, tens of yards wide, and three
13  to five yards deep.  So by estimating
14  those geometries, you can come up with a
15  value that approximates the amount of
16  erosion that has occurred in that place.
17    And then on the escarpment you
18  have a different sort of geometry.  You
19  have extremely steep slopes, you have
20  recent exposure, and then you have an
21  area.
22    So those are the three areas of
23  erosion where at a conceptual level and

Page 74

1  at a high level as I was walking through
2  the area, I was making estimations in my
3  head as to what the volumes would have
4  been.
5    Q.  Okay.  Correct me if I'm wrong
6  about this, but do I understand you to be
7  saying that, for example, on your point
8  about the tens of thousands of -- was it
9  tons?
10    A.  Cubic yards.
11    Q.  -- cubic yards of soil and the
12  ponds, that you could look at this, at
13  what you're seeing, eyeball it --
14    A.  Correct.
15    Q.  -- and --
16    A.  And that's why I use the term
17  tens of -- it's not intended to be
18  dramatic.  It's intended to communicate
19  an order of magnitude as opposed to a
20  precise number.
21    Q.  Okay.  So you eyeball it, you
22  calculate it in your head, and that's
23  what you believe to be the case?

Page 75

1    A.  Correct.  In some cases, paced
2  it out.  In some cases, referenced things
3  like trees and heights to get maybe a
4  more precise -- or "precise" is probably
5  not the right word, but a more reliable
6  estimation than simply eyeballing.
7    Q.  Okay.  Did you make any field
8  notes where you recorded these
9  calculations or visual estimates?
10    A.  To my recollection, no.  The
11  field notes that we took had to do with
12  the sample locations and why we selected
13  them.
14    Q.  Okay.  Did you take any field
15  notes?
16    A.  I didn't take them.  Chris
17  Slater was the one who wrote them down,
18  but he was, in many cases, writing down
19  what I dictated to him.
20    Q.  Have you provided Chris Slater's
21  field notes to the Black Warrior
22  Riverkeeper's lawyers?
23    A.  I believe they're included in

Page 76

1  the aquilogic report.  They're not in my
2  report.
3    Q.  Is it your understanding that
4  Mr. Slater would have been recording
5  specific instances where you made a
6  visual assessment of erosion based on --
7  similar to what you've described?
8    A.  I think you might have answered
9  -- asked me that just a minute ago.  I
10  didn't, to my recollection, dictate to
11  him what any quantification or estimation
12  of the volumes.
13    Q.  Okay.
14    A.  You know, when we got back, I
15  did review the field notes.  And to the
16  best of my recollection, they had to do
17  with the sampling locations and why they
18  were selected.
19    Q.  Okay.  Thank you for clarifying
20  that.
21    All right.  You mentioned that
22  you had worked on previous sites where
23  acid mine drainage, AMD, was an issue

**Gordon Johnson**                                    20 (77 - 80)

Page 77

1  Right?
2    A.  Correct.
3    Q.  How many sites have you worked
4  on where there were acid mine drainage
5  issues?
6    A.  Many.  At least ten.  Both in
7  the mining area and in the petrochemical
8  area.  Because acidification is an issue
9  too in petrochemical processing.
10   Q.  Okay.
11   A.  So more than ten.
12   Q.  Okay.  How many coal mining
13  sites?
14   A.  There would be -- we don't have
15  acid mine drainage issues with coal
16  mining sites in western Canada.  So my
17  experience would be in similar sites with
18  similar excavation and placement of waste
19  rock, but not coal mine.  Hard rock
20  mining, for example.
21   Q.  Okay.  All right.
22   A.  Hard rock mining means like
23  metals mining.

Page 78

1    Q.  I understand.  All right.  Any
2  instances other than Maxine Mine where
3  there was an acid mine drainage as you've
4  described it?
5    A.  Yes.
6    Q.  Okay.  Which one?  Which one or
7  ones?  And I'm speaking again of coal
8  mines, acid mine drainage other than
9  Maxine Mine.
10   A.  Yeah.  So acid rock drainage
11  with a large -- it was a large earthworks
12  project in support of developing oil and
13  gas activities, but it involved the
14  management of the same sorts of shales
15  that included pyrites that generated acid
16  rock in northern B.C.  There is two hard
17  rock mines in northern B.C. and in the
18  Yukon that generated acid mine drainage.
19  So I'd used the acid rock drainage and
20  acid mine drainage.  And then a large
21  number of sites that are related to
22  sulfur, as opposed to sulfide, in the oil
23  and gas business where that sulfur led to

Page 79

1  acid rock drainage, that similar
2  symptomology.
3    Q.  Any other coal mines besides the
4  Maxine Mine?
5    A.  Where I've observed or evaluated
6  that?
7    Q.  Acid mine drainage, right.
8    A.  So for those coal mines that we
9  talked about in my CV.
10   Q.  Okay.
11   A.  In B.C. we do an evaluation of
12  potential acid mine drainage.  In those
13  cases it was determined that there wasn't
14  any.
15   Q.  Okay.  We're still not
16  communicating, so let me try and --
17   A.  So situations like Maxine where
18  it's a coal mine and its coal refuse
19  pile, the answer is no, other than
20  Maxine.
21   Q.  Okay.  All right.  Let's look at
22  your second bullet point.  And the
23  question is the same as the first, what

Page 80

1  is the basis for your opinion there?
2    A.  You're talking about the
3  statement "pollutants are being dissolved
4  in surface water"?
5    Q.  Yes.
6    A.  So the basis of the opinion in
7  this case is twofold.
8    Q.  Okay.
9    A.  The observations that I made on
10  the site that -- where I concluded that
11  this is acid rock drainage.  The nature
12  of the water, the appearance of the
13  water, the oxidation and precipitation of
14  iron, for example, it had all of the
15  observational traits of acid rock
16  drainage.
17       And then the second part of that
18  is the follow-up analytical work that was
19  done to confirm it.
20   Q.  Anything else?
21   A.  Well, there was information in
22  the record that was generated during the
23  operational stage of the mine that there

**Gordon Johnson**                                          21 (81 - 84)

Page 81

1 was also data that suggested that this
2 Maxine Mine, the waste rock was
3 susceptible.
4    Q.  Okay.  Anything else?
5    A.  No.
6    Q.  Okay.  Now let's look at your
7 third bullet point, the one that begins
8 "pollutants are being dissolved in
9 groundwater."  And same question, what is
10 the basis for that statement?
11    A.  The basis is the same as the
12 basis for the surface water.  So there
13 were locations, two or three as I recall.
14 The main one, groundwater seeping out
15 beneath the lower dam where you -- or I
16 was able to observe all of the telltale
17 effects.  And there were one or two
18 places further up the Tributary 1 that we
19 refer to it as where groundwater was
20 seeping out of the waste rock and had the
21 telltale signs.  And then just like
22 surface water, the follow-up analytical
23 work and the analytical work that was

Page 82

1 done in the past at PELA, I believe.
2    Q.  Okay.  All right.  Let's look at
3 the next paragraph.  It's your opinion,
4 as I understand your first sentence, that
5 the oxidation of sulfide mineral in the
6 mine waste is the root cause of
7 contamination that you reference.  What
8 is the basis for that statement?
9    A.  The basis of the statement would
10 be both my experience that sulfide is the
11 root cause of acidification.  And the, I
12 guess over the years of practice, I was
13 generally aware that the rocks associated
14 with the coal deposits in the formations
15 in the eastern U.S. were susceptible.
16    Q.  Okay.
17    A.  Because they had the sulfides in
18 the rock and because the carbonate
19 concentrations in the rock were
20 relatively low, it's net acidic.
21    Q.  Okay.
22    A.  So the culprit is almost
23 certainly sulfide minerals

Page 83

1    Q.  Okay.  Anything else?
2    A.  No.
3    Q.  Okay.  And I keep saying
4 "anything else" because I'm trying to
5 give you the opportunity to tell us every
6 basis you can think of.
7    A.  I understand, yeah.
8    Q.  All right.  Now, in the next
9 paragraph, as I understand it, you are
10 talking about measures that -- you're
11 saying Drummond, but do you understand
12 that Drummond did not have any ownership
13 interest in the Maxine Mine until the
14 last day of 1985 or the first day of
15 1986, that prior to that the mine was
16 ABC?
17    A.  I did understand that the mine
18 was -- the documents that I reviewed from
19 back in the day were generated either for
20 or by ABC.
21    Q.  Okay.
22    A.  But I don't have any knowledge
23 of the ownership history of the mine.

Page 84

1    Q.  Okay.  So for your purposes, ABC
2 and Drummond are the same?  Is that
3 correct?  Essentially, it's the mine --
4 whoever is doing the mining?
5    A.  As those names might come up in
6 my report, correct.
7    Q.  Okay.  So with that
8 clarification, certain measures were
9 implemented.  The first one you list is
10 "grading and capping a small portion of
11 the surface of the GOB pile."
12       What do you mean by "small
13 portion"?  Do you have an estimate as to
14 how much or what you're referring to
15 there?
16    A.  Well, there's diagrams of it
17 certainly in the aquilogic report.
18    Q.  Okay.
19    A.  But the operating company
20 referred to it as the post-law area.
21    Q.  Okay.
22    A.  So that's the area I'm talking
23 about

**Gordon Johnson**                                              **22 (85 - 88)**

1  Q.  I understand.  What is your
2  understanding of the distinction between
3  pre-law and post-law?
4      A.  My understanding is that prior
5  to a date, that the materials that ABC
6  had placed in the GOB pile occurred prior
7  to a law that was promulgated federally
8  and then maybe adopted --
9      Q.  Okay.
10     A.  -- statewide.
11     Q.  All right.
12     A.  That in their view somehow
13  changed the obligations that they may
14  have had.  And so they treated those two
15  areas separately.  And the area they
16  capped would have been a reflection of
17  the area where mine waste had been placed
18  after that date.
19     Q.  Okay.
20     A.  And I didn't see any information
21  that led me to understand how they
22  determined where they placed stuff and
23  when.  That wasn't in the record, how

1  they determined that boundary.
2      Q.  Okay.  Did you not see
3  documents, including communications
4  between ABC and various regulatory
5  entities, indicating changes that needed
6  to be made to comply with a change in the
7  law?
8      A.  Yeah.  There were documents in
9  the record that I reviewed that were
10  regulatory correspondences back and forth
11  on issues like this, yes.
12     Q.  Okay.
13     A.  I couldn't tell whether they
14  were a complete selection or the ones
15  that we continue to have.
16     Q.  I understand.
17     A.  It would appear to me as if they
18  were, at least the ones that I had an
19  opportunity to review, were the complete
20  record, because there would carry on
21  discussions from things that had happened
22  previously.
23     Q.  Okay.  All right.  Did the

1  difference between pre-law and post-law
2  areas influence your plan for the site in
3  any way?
4      A.  In terms of the law, no.  In
5  terms of what they did, yes.
6      Q.  Okay.  Can you explain to me
7  what you mean there?
8      A.  So I'll explain the "yes" part.
9  So it was -- it was clear to me that by
10  grading and capping the slopes of the
11  mine waste, they stabilized that waste.
12  It was also clear that the same couldn't
13  be said for the drainage courses in that
14  -- the area that was capped and graded.
15  There's places where the Tributary 1
16  either flows adjacent to it or there's a
17  drainage course that flows through it or
18  adjacent to it.  And there were areas, as
19  I stated in my report, where the flowing
20  water had eroded through the cap.  But
21  outside of those areas, the cap was
22  effective.
23     Q.  Okay.

1      MR. BROCK:  The cap was what?
2      THE WITNESS:  Effective.
3      Q.  Am I correct that you do not
4  intend to offer an opinion regarding
5  whether the different means of handling
6  material, GOB, at the site, by capping or
7  not capping it, by pre-law area versus
8  post-law area, was done compliant with
9  the particular law in effect at the time?
10     A.  You're correct.
11     Q.  Okay.  All right.  If you will
12  please turn on to page ES-2.  We're
13  continuing the list of bullets about
14  mitigation efforts.  Do you know whether
15  the activity of constructing dams and
16  sedimentation basins within the stream
17  course of Tributary 1 was in compliance
18  with the law at the time it was done?
19     A.  I don't.
20     Q.  Okay.  Yeah, that's not
21  something within the scope of your
22  opinion; right?
23     A.  Correct.

**Gordon Johnson**

Page 89

1   Q.   All right.  And similarly, you
2   don't know whether that action was taken
3   at the direction of regulatory
4   authorities, do you?
5   A.   I don't know.
6   Q.   Okay.
7   A.   I would -- so there's inferences
8   in the documents that I reviewed that the
9   idea or the concept was one that was
10   developed at ABC and by ABC's consultants
11   and presented to the regulators as
12   opposed to the regulators saying thou
13   shalt do that.  So it's something that I
14   inferred.
15   Q.   Okay.
16   A.   And I don't think the record
17   is -- you know, I think the record, if
18   you were to interpret it, would say that
19   the idea for the sedimentation ponds and
20   dams came from the operator, not the
21   government.
22   Q.   Right.  You don't know whether
23   you've seen the entire record, do you?

Page 90

1   A.   No.  No.
2   Q.   Okay.
3   A.   And it's possible that that
4   wasn't the case.
5   Q.   Okay.
6   A.   One of the things that --
7        MR. BROCK:  Wait a minute.  Just
8   let him ask a question.
9        THE WITNESS:  Okay.  It was a.
10   Q.   Here's my question.  What were
11   you about to tell us?
12   A.   I was just going to clarify why
13   I bring up the basins and the dams in my
14   report.
15   Q.   Okay.
16   A.   Is that regardless of what we do
17   to restore this site, replicating
18   something like that is necessary to
19   complete the works to associate with
20   effective restoration.
21   Q.   Okay.
22   A.   That's why I'm discussing those
23   things in my report

Page 91

1   Q.   Okay.
2   A.   They're a necessary part of
3   restoration.
4   Q.   All right.  And would you agree
5   that vegetative cover is a necessary part
6   of restoration of the site?
7   A.   Vegetative cover that
8   effectively reduces erosion, yes.
9   Q.   Okay.
10   A.   And enhances evapotranspiration,
11   yes.
12   Q.   Okay.  All right.  I understand
13   from your report, and I'm looking at the
14   next section of your executive summary,
15   that it's your opinion that those
16   measures that were taken are no longer
17   effective in mitigating what you defined
18   as contamination.  Right?  That's your
19   opinion.
20   A.   My opinion is -- state that
21   again, please?  Sorry.
22   Q.   "These measures are no longer
23   effective in mitigating the above-noted

Page 92

1   contamination."
2   A.   Correct.
3   Q.   All right.  Your opinion
4   continues to say, they were "likely never
5   effective," and then you give some
6   reasons.  Okay.  So, let's look at those.
7        Would you agree with me that
8   "likely" is a word that reflects
9   speculation as opposed to knowledge?
10   A.   I would say in this case it's a
11   reasonable deduction.
12   Q.   Okay.
13   A.   I would not use the word
14   "speculation."
15   Q.   All right.  And is the basis for
16   your deduction the four bullet points
17   that you set out below?
18   A.   Yes, it is.
19   Q.   All right.  Your plan for the
20   site would involve deforestation;
21   correct?
22   A.   Correct.
23   Q   And it would involve excavation

**Gordon Johnson**                                      24 (93 - 96)

Page 93

1 of about two and a half million cubic
2 yards of material; right?
3    A. I believe that aquilogic updated
4 that estimate. And it's, as per the
5 rebuttal report --
6    Q. Okay.
7    A. -- it's more like two million.
8    Q. All right. Two million cubic
9 yards, whatever their --
10    A. Yes.
11    Q. -- number is. You also indicate
12 that this deforestation and excavation
13 plan would require design and
14 implementation of components that
15 minimize erosion and pollution transport
16 during excavation. Correct?
17    A. Correct.
18    Q. All right. What measures do you
19 think would be implemented that would
20 have the effect that you believe needs to
21 be put in place?
22    A. For example, reconstructing the
23 sedimentation basin. That's a very

Page 94

1 common approach to controlling sediment
2 runoff from a large mining area.
3    Q. Okay.
4    A. The -- also control and
5 treatment of contaminated groundwater and
6 surface water during the period of time
7 where it remains contaminated up until
8 the time when the materials are removed.
9    Q. All right.
10    A. Those are two examples. There's
11 also implementing practices at the
12 excavation that minimize the tendency for
13 soils to be eroded and be transported by
14 water.
15    Q. Okay.
16    A. Minimizing the work area, not
17 working during super rainy conditions,
18 things like that.
19    Q. Okay. Anything else?
20    A. Those would be the main
21 examples.
22    Q. Okay.
23    A. There might be other minor

Page 95

1 things.
2    Q. Your next bullet point is
3 "control of sediment during excavation
4 and surface reclamation." That sounds
5 like you've kind of already started
6 explaining that.
7    A. Yeah. They're kind of
8 different, different ways of looking at.
9 One is controlling the source, one is
10 controlling the release.
11    Q. Okay. So, what would be some
12 examples of bullet point two?
13    A. Same, same examples.
14    Q. All right. Let's look at the
15 third bullet point, "reclamation of the
16 exposed original ground surface in a
17 manner that conforms to the surrounding
18 landscape"?
19    A. Yes.
20    Q. Can you elaborate on what you
21 mean by that, please.
22    A. That's a reclamation objective,
23 to re-create a landscape that's similar

Page 96

1 to and conforms with the pre-disturbance
2 landscape. If one were excavating
3 material, that is the outcome you want to
4 look for.
5    Q. Okay.
6    A. You wouldn't just leave the bare
7 ground behind.
8    Q. All right. Your next point is
9 "treatment and monitoring of contaminated
10 surface and ground water." So, what
11 would be components of that practice?
12    A. Up until the time that the waste
13 is removed, any water that comes in
14 contact with that waste, be it surface
15 water, groundwater, will be susceptible
16 to the drainage and the issues that are
17 discussed there in terms of water
18 quality. So it would be necessary to
19 collect that water as best as one could.
20 You likely couldn't get every drop, but
21 could get by far most of it, and somehow
22 neutralize it or treat it so it didn't
23 have those polluting characteristics when

Page 97

1 it was released to the Locust Fork.

2   Q.   Okay.  And your final point is

3 "safe containment of the mine waste in

4 its ultimate point of disposal."  So

5 again, we're talking about mine waste

6 being rock, soil, coal residue?

7   A.   Yeah.  Entrained water.

8   Q.   Entrained water.  And what do

9 you think would constitute safe

10 containment of the mine waste?

11   A.   There would be two potentially

12 viable approaches.

13   Q.   Okay.

14   A.   One would be to mix in crushed

15 limestone, for example, that could

16 neutralize the acid rock drainage

17 immediately upon it occurring so, in

18 essence, it doesn't occur.  So containing

19 it as you might contain a conventional

20 landfill with a liner and leaching,

21 collection, and water treatment.

22   Q.   Okay.

23   A.   So those are two

Page 98

1 conceptual-level philosophies that could

2 be applied, and both are applied in

3 mining.

4   Q.   Okay.  I understand your opinion

5 as reflected throughout your reports to

6 be that while the deforestation and

7 excavation and eventual reclamation

8 approach is not the only approach, that

9 any manage-in-place option would not be

10 sufficient?

11   A.   No, that's not true.

12   Q.   Okay.  Please explain to me what

13 it is, what your opinion is.

14   A.   First of all, because we need to

15 stabilize the ground surface to prevent

16 erosion, which I see as the most

17 significant challenge at Maxine, clearing

18 would be required.  So clearing the trees

19 to prepare the ground surface, just like

20 it was required when the pile was put

21 there in the first place.

22       There is a possibility -- or as

23 I said in my rebuttal report, the

Page 99

1 manage-in-place option can be effective.

2 It just needs to include the components

3 that I have stated in my rebuttal report.

4 It needs to have stabilization of the

5 ground surface, it needs to make sure

6 that the tributary is no longer running

7 through and within mine waste and running

8 through in mine waste.  It needs to

9 account for the mine waste that's on the

10 east side on that very steep slope going

11 down into the Locust Fork, where it

12 ravels down into the river.  So it

13 describes what I see as a complete

14 program for restoration in place using a

15 capping and draining philosophy, similar

16 to the one that was employed at the --

17 for the post-law area, as it's referred

18 to.

19   Q.   Thank you for clarifying that.

20       Do you believe there is any

21 impact to the Locust Fork by any

22 drainage, storm water, any groundwater

23 migration or seepage, at all?

Page 100

1   A.   Absolutely.

2   Q.   All right.  What impact do you

3 believe exists?

4   A.   There's three forms of impact

5 that occur in a number of areas.

6   Q.   Okay.

7   A.   The first is that the mine waste

8 is eroded, is being eroded and is being

9 transported I think I used the word

10 unabated, meaning there's no controls in

11 place to prevent it from happening.  It

12 continues to happen.  And that mine waste

13 is being deposited in the Locust Fork,

14 and you can see it with ERT, and you can

15 see it with the sampling that's been

16 done.

17       And the Tributary 1, when it

18 flows, contains dissolved contamination,

19 pollution as well, primarily in the form

20 of heavy metals dissolved into the water

21 and low pH, high acidity.  And similar to

22 the surface water, the groundwater seeps

23 into the Locust Fork on a continuous

**Gordon Johnson**                                                    26 (101 - 104)

Page 101

1  basis.  And it contains high acidity and
2  high concentrations of dissolved heavy
3  metals.
4          So those three ways.
5      Q.  Okay.  All right.  Let me ask
6  you about each of those in turn.  Is the
7  ERT that you are indicating shows the
8  erosion continuing unabated, the
9  river-based ERT work that was done on
10  August 19, 2017, by the Advisian folks
11  and on behalf of Mr. Brown?
12     A.  Correct.  It shows the
13  accumulation.  You interpret geophysics.
14     Q.  Okay.
15     A.  So the interpretation is that
16  the surface adjacent to the outlet or the
17  confluence of Tributary 1 and Locust
18  Fork, the bottom surface is covered with
19  mine waste.
20     Q.  Okay.
21     A.  And that's a reasonable
22  deduction based on the flow direction and
23  the erosion and sediment transport that's

Page 102

1  clearly evident in the lower portions of
2  that tributary.
3      Q.  Okay.
4      A.  The additional work was done by
5  Dimova that essentially replicates the
6  ERT signature.  But it also included
7  sampling that, you know, all of the
8  parameters that she sampled for are
9  consistent with the ones that are in the
10  mine waste:  concentrations of arsenic,
11  concentrations of iron, size
12  distributions, those sorts of things.
13     Q.  Are you aware that Dr. Dimova
14  testified that she could not state the
15  source of what she called gravel but was
16  told was GOB in the river?
17         MR. BROCK:  I'll object to the
18  form of the question, to the
19  characterization of her testimony.
20         MR. DAVIS:  I agree the
21  testimony speaks for itself.
22     Q.  But are you aware of what Dr.
23  Dimova testified on the issue?

Page 103

1      A.  I've read the transcript, draft
2  transcript from Dr. Dimova.
3      Q.  Okay.  Have you read any other
4  depositions?
5      A.  No.
6      Q.  Okay.  Why did you read Dr.
7  Dimova's deposition?
8      A.  Because it was provided to me.
9      Q.  Okay.  Do you recall Dr. Dimova
10  testifying about the source of what she
11  described as gravel or GOB?
12     A.  It was clear to me that she used
13  the term "not natural."  The -- we've
14  never met, so.
15     Q.  That's not part of the question.
16     A.  No, I know.  But it's part of my
17  answer.  So I don't know if the way she
18  would be using terms would be consistent
19  with the way I would use terms.  And
20  because, clearly, all materials in the
21  world are natural, there's not -- well, I
22  guess all rock materials.  We make
23  chemicals from that.  But all of the

Page 104

1  substances we're talking about are
2  natural.  I would interpret from what she
3  said is that the materials that she
4  sampled didn't conform with what she
5  would have expected to be a natural river
6  bottom in the Locust Fork.
7      Q.  Okay.
8      A.  That's what I gleaned from her
9  testimony.
10     Q.  I understand.  Thank you for
11  your answer.  We would agree that Dr.
12  Dimova's words speak for themselves,
13  though; right?
14     A.  Fine.
15         MR. BROCK:  We agree she was not
16  asked to make an assessment or to make
17  that connection.  As she testified.
18         MR. DAVIS:  Okay.  I think we
19  agree that her testimony is her
20  testimony.
21     Q.  You don't have to answer.  It's
22  not really a question.
23         Okay.  Let's talk now about the

Page 105

1 sampling. I'm just trying to make sure I
2 understand what underlies each of your
3 answers. You've explained the ERT aspect
4 of your statement that the erosion
5 continues unabated. You also included
6 sampling as part of your basis for the
7 erosion unabated opinion.
8     So my question here is, what
9 sampling specifically do you have
10 reference to?
11    A. So I won't -- the basis of your
12 question wasn't quite right.
13    Q. Okay.
14    A. So.
15    Q. Tell me what --
16    A. I'll try to clarify what I
17 earlier said.
18    Q. Okay.
19    A. Because I don't think I came
20 across correctly.
21    Q. All right.
22    A. My opinion of the erosion
23 continuing unabated is not the result of

Page 106

1 the sampling or the ERT.
2    Q. Okay.
3    A. It is from observing the erosion
4 in the GOB pile, the evidence of erosion,
5 observing that sediment has completely
6 filled and overwhelmed the former basins
7 and dams and, therefore, those, those
8 structures are no longer functional, and
9 there is nothing to stop erosion
10 tomorrow, for example, from occurring and
11 transporting the mine waste into the
12 Locust Fork.
13     So that's the basis of my
14 conclusion that erosion is continuing
15 unabated.
16     Now, I've looked at the ERT data
17 in the river, both the Dimova report,
18 that included in the Dr. Dimova report
19 and that completed at the time I was at
20 the site, as providing evidence that the
21 mine waste is accumulating and has
22 accumulated in the Locust Fork. And that
23 ERT interpretation was subsequently

Page 107

1 supported by the sampling that was done
2 by Dimova that verified that it has the
3 same chemical characteristics, the same
4 composition as the mine waste.
5    Q. Okay. Thank you.
6    A. So -- so.
7    Q. Please continue.
8    A. No. That answers. That's the
9 premise. So perhaps you could ask the
10 question again. Because the premise of
11 your question was.
12    Q. Well, I think you've clarified
13 your statement, and I don't have any
14 further question.
15    A. Okay.
16    Q. Thank you for the clarification.
17     All right. And you had -- that
18 helps me with the follow-up. You had an
19 opinion about the surface water. Can you
20 tell me once again so we're clear what
21 that is and explain the basis for it.
22    A. The surface water where? Sorry.
23 To clarify.

Page 108

1    Q. Well, I'm just trying to get the
2 answer. You said that you had, I
3 believe, there was evidence of impact to
4 the Locust Fork and the Black Warrior
5 River from water and/or GOB from the
6 Maxine Mine site. You've now told us --
7    A. -- about the GOB.
8    Q. -- about the GOB, about the
9 erosion. So now I'm trying to get to the
10 surface water and groundwater components
11 of that opinion and what the basis for
12 each is. Does that help?
13    A. Yes.
14    Q. Okay.
15    A. So the basis of the opinion on
16 surface water is observations that I've
17 made during my site inspection where I
18 could see the surface water in Tributary
19 1 was acidic. The flows that were
20 occurring in Tributary 1 were acidic. I
21 realize you're asking me about the Locust
22 Fork. But the Tributary 1 drains into
23 the Locust Fork, so at the point where

**Gordon Johnson**

Page 109

1 that water drained into the Locust Fork,
2 you could see the acidic water from
3 Tributary 1.
4       There were also places along the
5 west bank of the Locust Fork upstream of
6 that Tributary 1 confluence but where
7 mine waste had ravelled down the hill, so
8 to speak, accumulated on the banks of the
9 Locust Fork, and there was also surface
10 water percolating through that material.
11 It was clearly acidic, and it was
12 draining into the Locust Fork.
13   Q.  Okay.  Now, I want to make sure
14 that I understand what you're saying.
15 You're saying that you could see that the
16 water was acidic.  Is the visual evidence
17 of that the characteristics that you've
18 previously described?
19   A.  Correct.
20   Q.  Okay.
21   A.  And -- and then subsequent
22 sampling corroborated that.
23   Q.  Okay.

Page 110

1   A.  Visual impression.
2   Q.  All right.  Anything else on the
3 surface water portion of that?
4   A.  No.
5   Q.  Now, how about groundwater?
6   A.  Groundwater, specifically with
7 regard to releases to the Locust Fork,
8 was evident to me at the -- downstream of
9 that lower dam, where a fairly high
10 proportion of the water that's seeping
11 into the Locust Fork is groundwater
12 seepage.
13   Q.  All right.
14   A.  So it commingles with the --
15 with the surface water.  But because the
16 materials are granular and permeable
17 throughout the full depth, you can
18 reasonably conclude that that seepage of
19 groundwater is occurring beneath the
20 water level of the Locust Fork.
21   Q.  Okay.  What evidence of
22 groundwater seepage did you see?
23   A.  What I just said is the -- the

Page 111

1 seepage that's occurring downgradient of
2 the lower dam.  In addition to that,
3 there's places along Tributary 1 where
4 groundwater is seeping out of the GOB
5 pile into Tributary 1 groundwater and
6 becoming surface water.  And there's also
7 evidence of groundwater seepage, smaller
8 areas along the west bank upstream of the
9 Tributary 1 confluence.
10   Q.  Okay.  Now, with regard to the
11 seepage below the dam, I understand that
12 you're saying that it exists.  What I'm
13 trying to understand is -- and maybe
14 we're talking about two different places.
15 I'm understanding you to be talking about
16 groundwater coming out below the dam
17 right at the river, what sometimes has
18 been referred to as Dam 1, as the dam at
19 the river, and various --
20   A.  Yeah, lower dam is what I would
21 say.
22   Q.  Lower dam, okay.  Is there
23 evidence of groundwater seepage there?

Page 112

1   A.  Yes.  And so --
2   Q.  Okay.  How do we know -- I just
3 want to know what you're talking about,
4 what the --
5   A.  Yeah.  So the observational
6 evidence is below the dam you could see
7 water seeping out of the ground above the
8 level of the Locust Fork.  The materials
9 continue to be permeable beneath that
10 level, which you can't see because it's
11 below the water level.  But one can
12 reasonably deduce that that seepage is
13 occurring.  And it's also supported by
14 the ERT data that shows that that zone of
15 impact continues two or three meters
16 below ground surface at a level lower
17 than the Locust Fork.  So that's an
18 interpretive element to yes, this is the
19 evidence that the groundwater is seeping
20 into the Locust Fork.
21   Q.  Okay.  Now, with regard to the
22 upstream of the lower dam, back up
23 Tributary 1, as Riverkeeper calls it, you

Page 113

1 referenced seepage out of the GOB. Did
2 you also see any seepage out of bedrock?
3    A. Not that I recall.
4    Q. Do you know whether what you saw
5 that you attribute to be seepage out of
6 the GOB pile is actually out of bedrock?
7    A. I would think that it isn't.
8 The ground surface and the bedrock are
9 relatively impermeable. The mine waste
10 is relatively permeable. So the location
11 where groundwater tends to accumulate is
12 immediately above that permeability
13 contrast above the lower permeable -- the
14 lower layer, lower impermeable layer,
15 which is the bedrock and natural soils,
16 and above within the mine waste.
17        And this is the same conclusion
18 that the folks -- that PELA made when
19 they were doing their initial groundwater
20 investigations in the post-law and
21 pre-law areas, as they referred to it.
22    Q. Okay. All right. If you will,
23 please, look on page 1.1 of your October

Page 114

1 2017 report. This is -- it continues to
2 be Exhibit 3. All right. You obviously
3 understand, based on your introduction,
4 that Riverkeeper is bringing claims under
5 the Clean Water Act and the Resource
6 Conservation and Recovery Act; right?
7    A. That's what I understand.
8    Q. Okay. What is your
9 understanding -- and I'm not asking you
10 for a legal opinion, just your personal
11 understanding -- of what the Clean Water
12 Act claim or claims are?
13    A. My understanding is that the
14 claim is that pollutants are being
15 discharged into the waters of the United
16 States. I think there's an acronym to
17 that effect.
18    Q. Okay. All right. And what do
19 you understand to be the claim under the
20 Resource Conservation and Recovery Act?
21    A. Similar. "I don't know" is the
22 answer to your question.
23    Q. Okay. Fair enough. All right

Page 115

1 In the course of reviewing materials and
2 making your site observations during your
3 site visit and reviewing the data
4 collected through the sampling and
5 analysis, be it soil, water in the river,
6 surface water at the site, did you reach
7 any opinions that were not supportive of
8 claims you understand to be being made by
9 the plaintiff, Riverkeeper, in the case?
10    A. I think the answer to that
11 question is no. It's a long question. I
12 think I understand.
13    Q. I understand.
14    A. The --
15        MR. BROCK: You answered the
16 question. Let him ask another one.
17        THE WITNESS: Okay.
18    Q. He wants me to work for my --
19        MR. BROCK: When you say, "The
20 answer is no," that's the end of the
21 answer.
22    Q. Yeah. And if it makes you feel
23 better, we go through this with every

Page 116

1 witness on both sides of the aisle.
2    A. My only hesitance was I was
3 going ask for it to be repeated. I
4 wasn't going to --
5        MR. DAVIS: Will you repeat the
6 question for the witness?
7    A. Because I want to make sure I
8 fully understood it.
9        (Requested portion read.)
10    A. Yeah. I'm staying with my
11 answer. Thanks.
12    Q. Okay. Yeah.
13        MR. BROCK: Off the record.
14        (Break taken.)
15    Q. (By Mr. Davis) All right. I
16 understand from your report, Mr. Johnson,
17 that your rate for your report
18 preparation is $200 an hour; right?
19    A. Yes.
20    Q. $400 an hour for depositions and
21 trials; correct?
22    A. Correct.
23    Q. All right. Do you charge the

Page 117

1  same hourly rate of $200 an hour for
2  field work, like the site visit, or was
3  that another?
4      A.  For the work that I've done on
5  this project.
6      Q.  Okay.
7      A.  Yes.
8      Q.  All right.  You haven't
9  testified in trial or in an
10  administrative hearing or a deposition in
11  the past four years?
12     A.  Correct.
13     Q.  Okay.  All right.  Do you have
14  an estimate of how many hours you have
15  spent working on this case?  And by that
16  I mean total.  You know, site visit,
17  anything that you've billed Riverkeeper
18  for.
19     A.  My estimate would be less than
20  200 hours but close to 200 hours.
21     Q.  Okay.  All right.  If you will,
22  please, look at page 3.1 under "Project
23  Introduction" and the heading, "3.1

Page 118

1  Background."  And looking at the second
2  sentence in the second paragraph and
3  specifically at the word "flowing,"
4  "Surface and ground water contaminated by
5  the GOB Pile is flowing into the Locust
6  Fork."  Now, I interpret the word
7  "flowing" to mean a constant flow.  Is
8  that how you intend it to be used?
9      A.  It was flowing the day I was at
10  the site.  And I believe in my report I
11  referred to it as an intermittent stream.
12  So the implication there is that it
13  doesn't flow on a continuous basis.
14     Q.  All right.  And with regard to
15  the phrase "contaminated by the GOB
16  Pile," what is the contamination?
17     A.  The contamination is the
18  suspended sediments that consist of the
19  mine waste, the acidity, and then the
20  high concentrations of some of the heavy
21  metals.
22     Q.  Okay.  I see that's how you
23  conclude the paragraph, so that would be

Page 119

1  the list; right?  The list of what the
2  contamination includes?
3      A.  Is that a question?  Sorry, yes.
4      Q.  It was intended to be, but.  Let
5  me make sure it's a specific question.
6          The contamination that you are
7  speaking of includes, as your last
8  sentence indicates, acidic water, TDS,
9  high metals concentration, "relative to
10  relevant water quality standards and
11  background concentrations."  Right?
12     A.  Correct.
13     Q.  What are the relevant water
14  quality standards?
15     A.  I relied on aquilogic to
16  evaluate -- to determine those.
17     Q.  All right.  If aquilogic is
18  incorrect about the relevant water
19  quality standards, then would any
20  conclusion that you have that's based on
21  those aquilogic decisions --
22     A.  Specific -- oh, sorry.
23     Q.  -- also be incorrect?

Page 120

1      A.  Specific conclusions regarding
2  the specific errors would change.  But
3  the restoration strategy and
4  recommendations wouldn't.
5      Q.  Would not?  Okay.  All right.
6  And there's also a reference to, at the
7  end of your sentence to background
8  concentrations.  What are the background
9  concentrations that you have reference
10  to?
11     A.  The background concentrations
12  refer to perhaps water in the Locust Fork
13  upstream of the points -- specifically in
14  my report, more specifically, we
15  evaluated the concentrations of some of
16  the metals relative to background
17  concentrations published for this area of
18  Alabama.
19     Q.  Okay.  And those background
20  concentrations are referenced
21  specifically in your report; right?
22     A.  Correct.
23     Q.  Okay.  All right.  If you will

Page 121

1  --
2  A.  Just to clarify that last
3  answer.
4  Q.  Certainly.
5  A.  They're also referenced in other
6  experts' reports.
7  Q.  Okay.
8  A.  So for example, the background
9  water quality in the Locust Fork is not
10  referenced in my report, but it is
11  referenced in other experts' reports.
12  Q.  And you in turn cite those
13  reports --
14  A.  Yes.
15  Q.  -- as part of yours?  Okay.  I
16  understand you.
17  All right.  The third paragraph,
18  I understand the first sentence to mean
19  that the mine waste that comprises the
20  GOB pile is the source of the
21  contamination that you've described
22  above; right?
23  A.  Yes.

Page 122

1  Q.  All right.  And once again, just
2  so the record is clear, the mine waste is
3  the geologic overburden, the rock,
4  minerals, the coal fragments to the
5  extent they were not removed, water,
6  perhaps some vegetative material of some
7  kind?
8  A.  Yes.  I didn't see vegetative
9  material --
10  Q.  Okay.
11  A.  -- in the mine waste, but that's
12  possible.
13  Q.  Okay.  But that's what it
14  consists of.
15  All right.  Your next sentence
16  in that paragraph speaks of a failure to
17  properly manage the GOB pile.  Is it your
18  belief that there was a legal duty on the
19  part of ABC or Drummond to manage the GOB
20  pile?
21  A.  That would be my belief, yes.
22  Q.  All right.  What is that based
23  on?

Page 123

1  A.  My experience, my understanding
2  of mine rules and mine waste management
3  rules in a general sense.
4  Q.  Okay.  What of your experience
5  informs your judgment there?
6  A.  Every mine site that I've ever
7  worked on had a requirement to manage the
8  mine waste such that it didn't have an
9  adverse effect on the waters that were
10  released from it.
11  Q.  Okay.  But you've told us that
12  the only site in Alabama you've worked on
13  is the Maxine site; correct?
14  A.  Correct.
15  Q.  All right.  What mine rules do
16  you have reference to?
17  A.  Mine rules in general?  Sorry.
18  I want to understand your question.
19  Q.  Yeah.  I thought that was part
20  of your answer.  You mentioned experience
21  and mine rules.
22  A.  So in the context of my answer.
23  Q.  Yes.

Page 124

1  A.  Yes.
2  Q.  That's what I'm asking about.
3  A.  The mine rules that I'm most
4  familiar with are in western Canada,
5  where I've done most of my work.
6  Q.  Okay.  Look for me under section
7  3.2 in the second paragraph.  And I'm
8  looking at the second sentence, which
9  references "the results of a sampling and
10  analytical program that was completed by
11  Burgess Environmental as part of a more
12  detailed investigation" by aquilogic.
13  What exactly is the program that
14  was completed by Burgess Environmental?
15  A.  The sampling of the mine waste
16  at various locations throughout the GOB
17  pile.
18  Q.  Soil sampling?
19  A.  Mine waste sampling.
20  Q.  Okay.  Where is that sampling
21  reflected?
22  A.  There's ten sample locations
23  that are shown on a figure  I'll find it

Page 125

1  for you if you like.
2     Q.  Okay.
3     A.  5.1, I think, but.
4     Q.  Is it perhaps 5.4?
5     A.  5.4, yes.
6     Q.  All right.  All right.  And
7  these -- 5.4 is labeled, or is titled
8  "Mine Waste, Groundwater and Surface
9  Water Sampling Locations."  Are the mine
10 waste sampling locations indicated on
11 your Figure 5.4 the same soil boring
12 samples that are reflected in a similar
13 figure in the aquilogic report?
14    A.  I believe so.
15    Q.  Here's what I'm trying to make
16 sure I understand.  I want to make sure
17 that we know what soil samplings and mine
18 waste samplings were taken.  And if there
19 are more than are reflected on 5.4 --
20 that's my question.  Are there any other
21 soil or mine waste samples that were
22 taken other than what are reflected on
23 Figure 5.4?

Page 126

1     A.  To my knowledge, no, and not by
2  me.
3     Q.  Okay.  And would the ones that
4  are reflected on Figure 5.4 to your
5  October 2017 report be the ones that were
6  taken during joint sampling events in
7  August 2018?
8     A.  Yes.
9     Q.  Okay.
10    MR. BROCK:  I think it's 2017.
11    THE WITNESS:  Sorry.  Yes.
12    MR. DAVIS:  What did I say?
13    MR. BROCK:  You said '18?
14    MR. DAVIS:  I'm sorry.  Yeah.
15 Thank you for correcting me.  We've got
16 to have a good record or it will be very
17 confusing, so thank you very much.
18    Q.  (By Mr. Davis)  Okay.  Any other
19 component to the sampling and analytical
20 program that was completed by Burgess
21 Environmental?
22    A.  No.
23    Q.  Okay.  All right look for me if

Page 127

1  you will on page 3-2, still on section
2  3.2.  All right.  The last full paragraph
3  of section 3., 2 second sentence.  "The
4  program for removal is developed in
5  sufficient detail below to validate
6  methodology and the viability of this
7  restoration option."
8     Did I read that correctly?
9     A.  Yes.
10    Q.  All right.  I understand that
11 the elaboration follows.  What I want to
12 focus on here and make sure I understand
13 is the word "validate."  How does the --
14 how is your program for removal validated
15 by what follows in your report?  Or let
16 me strike that question and start again.
17    What do you mean by the word
18 "validate" in that statement?
19    A.  What I mean by that is that I'm
20 proposing a restoration option that is
21 viable to implement.
22    Q.  And what makes it viable to
23 implement?

Page 128

1     A.  Well, complete removal is one
2  that is I would say fairly
3  straightforward and easy to conceive and
4  can be achieved.  So in that sense, in my
5  opinion, it is viable.
6     Q.  Have you done any analysis with
7  regard to whether it is legally
8  permissible to implement the option that
9  you proposed, or are you leaving that to
10 the lawyers for Black Warrior
11 Riverkeeper?
12    A.  I wouldn't leave it to the
13 lawyers of Black -- the Riverkeeper and
14 SCLC.  But in the places that I've
15 worked, it's -- and there's been many of
16 them, the removal option is typically
17 preferred by the regulators.  And it's
18 been approvable.  So it's not a
19 restoration strategy that in my mind
20 would be prevented.  Or in my experience,
21 probably is a better way of putting it.
22    Q.  On any site that you've worked
23 on in the United States, has any

Page 129

1 regulatory entity approved the
2 deforestation of 175 acres and authorized
3 the removal of two million cubic yards of
4 material?
5    A.  I have not worked on a job with
6 exactly this -- those criteria that you
7 just established, or you just stated.
8 I've never seen clearing be an impediment
9 to any of the restoration strategies that
10 I've proposed.
11    Q.  It's your understanding that
12 Black Warrior Riverkeeper is an
13 organization that advocates
14 deforestation?
15         MR. BROCK:  I object to the
16 form.
17    Q.  Do you have an understanding?
18    A.  No.
19    Q.  Okay.  What is your
20 understanding of what the objectives as
21 an organization of Black Warrior
22 Riverkeeper are, if you have any?
23    A.  On this particular project,

Page 130

1 they've asked me to evaluate restoration
2 options that would prevent the ongoing
3 pollution of the Locust Fork.  That seems
4 to be -- or that, in my experience
5 working with SELC and Riverkeeper, is
6 their sole objective.
7    Q.  Okay.  Do you know whether Black
8 Warrior Riverkeeper advocates in favor of
9 mining?
10    A.  I don't know.
11    Q.  Do you know whether Black
12 Warrior Riverkeeper advocates
13 clear-cutting of forest?
14    A.  The -- Riverkeeper had nothing
15 to do with the restoration strategy that
16 I'm proposing.  The responsible
17 management of this particular mine waste
18 pile, the GOB pile, if it's going to be
19 managed properly, as I've said in my
20 report, will require the surface to be
21 stabilized.  And there's no way to
22 stabilize it without clearing it.  And
23 clearing it is a relatively minor

Page 131

1 activity.  It occurs with forestry in
2 Alabama, for example, on a fairly large
3 scale.
4    Q.  Okay.  Your testimony is that
5 clear-cutting 175 acres is a minor
6 detail.  Is that correct?
7         MR. BROCK:  Object to the form.
8         You can answer.
9         THE WITNESS:  Okay.  I'm not
10 sure what protocol is to whether I'm
11 meant to answer when you --
12         MR. BROCK:  Yeah.  I'm objecting
13 to just some aspect of the question that
14 I thought was improper.  But you can go
15 ahead and answer to the extent you
16 understand it.
17    A.  You know, my experience -- or in
18 my view, the clearing of this area is not
19 a significant step that would result in
20 adverse environmental impact.  It's done
21 by mining companies all the time when
22 they're opening up areas.  It's done by
23 forest companies all the time.  It's done

Page 132

1 by agricultural activities all of the
2 time.  And there's every reason to
3 believe that after this is excavated and
4 restored -- excavated and restored or
5 capped in place and restored, that
6 appropriate vegetation would reestablish.
7 I mean, Alabama's an excellent place for
8 reestablishing vegetation.
9    Q.  Okay.  All right.  What analysis
10 have you done as to how long it would
11 take to develop what you were describing
12 as appropriate revegetation?
13    A.  In my experience -- this is not
14 an analytical process but an
15 experience-based process -- that it
16 typically takes between one and three
17 years to reestablish surface vegetation
18 that's resistant to the erosion, which
19 would be the objective here, and also to
20 have natural vegetation.  The local folks
21 typically determine what the appropriate
22 natural vegetation is.  You don't want to
23 reintroduce invasive species, that sort

Page 133

1 of thing.
2   Q.  Okay.  By "local folks," you
3 would mean the regulatory entities having
4 jurisdiction over the property and --
5   A.  Or an expert that would be
6 retained by whomever is doing the work,
7 yes.
8   Q.  Do you think any of the work
9 that you are proposing could be done
10 without the oversight and permission of
11 whatever bodies of regulators have
12 jurisdiction over the Maxine Mine
13 property.
14   A.  Well, as I stated in my report,
15 I recognize there's a regulatory step of
16 presenting the plan to the regulators and
17 then getting that plan accepted.  And
18 there would be a regulatory body, in my
19 view, that would look after the mining
20 aspects, the environmental aspects, and
21 then the water aspects.
22   Q.  Okay.  Do you acknowledge, then,
23 that your deforestation and excavation

Page 134

1 plan as described in your reports of
2 October 2017 and April 2018 would have to
3 be approved by regulators?
4   A.  I'm not sure if clearing is
5 something that gets approved by
6 regulators.  I've never used the term
7 "deforestation."  And I'm not sure why
8 you're using it.  But clearing the area
9 would be a requirement of the work.
10 Whether or not that is a regulated
11 activity on its own right, I don't know.
12   Q.  What is the difference between
13 clearing of a forest and deforestation?
14 Is there some distinction?
15   A.  Well, there's certainly negative
16 connotations and potentially permanent
17 connotations behind deforestation.  I
18 just don't think they apply here.
19   Q.  Okay.
20   A.  You know.  So I suspect, if you
21 had a forestry client sitting next to
22 you, they wouldn't appreciate the use of
23 that term  Because the forest can be

Page 135

1 reestablished.
2   Q.  I'll circle back to my original
3 question, which is, does Black Warrior
4 Riverkeeper support mining?  Does it
5 advocate in favor of surface mining?
6   A.  Well, refer back to my previous
7 answer.  I don't know.
8     MR. BROCK:  You still don't
9 know?
10    THE WITNESS:  No, I still don't
11 know.
12    MR. BROCK:  Okay.
13   Q.  You should look at the website
14 one time.
15    MR. BROCK:  Is there mining
16 involved in the case?  Anyway, go ahead.
17    MR. DAVIS:  I'm just trying to
18 understand --
19   A.  I'm a bit of a dinosaur.  I
20 don't spend a lot of time surfing
21 people's websites.
22   Q.  That's fine.  And you're not
23 required to, by any means.  I'm just

Page 136

1 trying to understand your report.  And
2 the distinction between clearing a site
3 or removing the forest, which is what
4 deforestation is, or trees seems to me to
5 be something that's important to
6 understand if you see a distinction.  So
7 that's what my questions are.  I'm trying
8 to understand what you mean by your
9 proposal.
10    Can we submit -- and by "we," I
11 mean the parties to this case, can we
12 submit your expert report, as it's
13 titled, of October 2017 and your rebuttal
14 report of April 2018 to whatever
15 regulatory body has jurisdiction and get
16 permission to undertake the work that you
17 have prescribed?
18   A.  Well, my report was not intended
19 for regulatory submission.  So I would
20 think that any plan, presumably the
21 obligation of the proponent, would need
22 to be more detailed and design-oriented
23 --

Page 137

1   Q.  Okay.
2   A.  -- to achieve or obtain the
3 regulatory acceptance.  That would be my
4 experience, and that would be my
5 expectation.
6   Q.  Okay.  I didn't quite hear part
7 of the answer.
8      MR. DAVIS:  Can you read it back
9 to me?
10     (Requested portion read.)
11     MR. DAVIS:  Thank you.
12  A.  She's far more eloquent than the
13 two of us.
14  Q.  I just do the best I can.
15     You agree that substantiating
16 your proposal would be the obligation of
17 the proponent; right?
18  A.  Yes.  Once a restoration
19 strategy is finalized, it would need to
20 be detailed and would be subject to
21 regulatory acceptance.  That would be my
22 expectation.
23     MR. DAVIS:  All right.  It's

Page 138

1 noon.  Would you like to take a lunch
2 break?
3      MR. BROCK:  Yes.
4      (Break taken.)
5   Q.  (By Mr. Davis) Okay, Mr.
6 Johnson.  We'll continue on with your
7 deposition.  Will you continue to look
8 with me at Exhibit 3, which is your
9 October 2017 report, and I am moving into
10 the figures now, and I have some
11 questions on those.
12     And I don't have a page number
13 for you.  The last page number I have is
14 4-5.  Okay.  It appears that we're on the
15 same page.  I'm looking at Figure 4-1.
16  A.  Correct.
17  Q.  Okay.  Is your Figure 4-1 a
18 reproduction of a figure in the Anthony
19 Brown report?
20  A.  Yes.
21  Q.  Okay.  And let's look at Figure
22 4-2.  What does Figure 4-2 show us?
23  A.  It's a historical aerial

Page 139

1 photograph of the area, and the dashed
2 red line is meant to portray the limits,
3 as I understand them, of the area that
4 was capped in the '80.
5   Q.  Okay.  Is this a figure that you
6 prepared?  Or is this in the Brown
7 report?
8   A.  I think that Brown gave me the
9 limits.
10  Q.  Okay.
11  A.  It was -- there are also
12 documents in the record that were
13 produced by ABC that showed it.  But I
14 believe that particular depiction is from
15 Brown.
16  Q.  Okay.  Your Figure 4-2 is in Mr.
17 Brown's report, or he made the image for
18 you?  And I'm just trying to figure out
19 how you got this and whether you did
20 anything to it yourself.
21  A.  I didn't do anything to it.  The
22 boundary was one that I got from
23 aquilogic.

Page 140

1   Q.  All right.  Now Figure 4-3.
2 What are we looking at here?
3   A.  4-3, I think this is an image
4 that was in one of the topographic maps
5 that we had in the record that showed the
6 dump outline schematically.
7   Q.  Okay.  And when you -- what do
8 you understand to be the source of the
9 USGS map?
10  A.  Just that USGS map, '75.
11  Q.  Okay.  That was not a very good
12 question.  Let me try again.
13  A.  Okay.
14  Q.  You made a reference to this was
15 a map in the record or something to that
16 effect.  So I understand that it's a USGS
17 map, vintage 1975.  Where did you get
18 this figure?
19  A.  I don't recall exactly, but I
20 believe it was the -- in the records that
21 were shared with me by Riverkeeper and
22 SELC.
23  Q.  Okay.  Did you make Figure 4-3

**Gordon Johnson**                                               36 (141 - 144)

Page 141

1 or did Mr. Brown?

2    A.   The red dashed lines there, I

3 would have added to the document.

4    Q.   Okay.  So Figure 4-3 is --

5    A.   The only thing new on that, the

6 only thing created for this report on

7 that is the dashed red line.

8    Q.   Dashed line?

9    A.   Otherwise, it's an exact

10 duplicate of the USGS.

11    Q.   Okay.  Thank you.  All right.

12 Figure 4-4 says "(Drummond, 1982)," but

13 I'm guessing that perhaps this is an ABC

14 document?

15    A.   Correct, yes.

16    Q.   Okay.  What is the significance

17 of Figure 4-4 to you?

18    A.   It's simply intended to provide

19 background information on the geologic

20 profile in the area.

21    Q.   Okay.

22    A.   And it was taken from one of

23 those ABC reports.  It might have been in

Page 142

1 the section that was generated by PELA.

2    Q.   Okay.

3    A.   But in this case, we needed to

4 redraft it because the clarity didn't

5 come across.  But it's intended to be an

6 exact duplication of what's in their

7 document.

8    Q.   Okay.  And when you say

9 redrafted, what do you mean?

10    A.   I mean we had -- we had to redo

11 the labels and redo the image in AutoCAD

12 to make it legible.

13    Q.   Okay.  It was not a very good

14 copy?  Is that --

15    A.   Yeah, correct.  Couldn't be

16 photocopied and continue to be legible.

17    Q.   All right.  All right.  If

18 you'll look at Figure 4-5, please, and

19 tell us what we are looking at here and

20 what the significance of it is to you.

21    A.   There was a section in my

22 report -- first of all, what you're

23 looking at is a lithologic profile that

Page 143

1 was generated in the same way as the

2 previous one.  And it's intended to

3 support my overview of the background

4 hydrogeology within the bedrock unit

5 that's reported -- or included in my

6 report.

7    Q.   Okay.  On each of 4-4 and 4-5,

8 at the bottom of the page, there is the

9 apparent abbreviation "DRN. BY," and then

10 what I presume to be initials, "CEK."

11 Does that mean "Drawn by"?

12    A.   Yes.  Individual by the name of

13 Charles Kreutzweiser.

14    Q.   Okay.  Is he an employee of

15 Burgess Environmental?

16    A.   No.  He's a contract draftsman

17 that I use.

18    Q.   Okay.  The next block, the

19 adjacent block, "APP'D BY: GJ," does that

20 indicate approved by you?

21    A.   Yes.

22    Q.   Okay.  And that's true on both

23 documents; right?

Page 144

1    A.   Yes.

2    Q.   All right.

3        Okay.  With regard to the

4 section on site inspection, which is 5.1.

5 And it begins on and ends on page 5-1,

6 and it's titled "Site Inspection."  You

7 with me there?

8    A.   Yes.

9    Q.   Does that section describe the

10 entire extent of the site inspection on

11 which your opinions in your report are

12 based?

13    A.   It summarizes the primary

14 elements.  It's not intended to be an

15 exhaustive discussion of all of the

16 things I saw and did on that day.

17    Q.   Okay.  Are there --

18    A.   It would be the primary elements

19 from which I have relied upon.

20    Q.   Okay.  What is missing?

21    A.   Of all the activities that

22 occurred that day or my observations.

23    Q   Anything pertinent to the site

**Gordon Johnson**                                    37 (145 - 148)

Page 145

1  inspection?
2     A.  I don't think there's anything
3  missing that's consequential to my
4  recommendation for restoration.
5     Q.  Okay.
6     A.  But having said that, you know,
7  I would have made observations around the
8  entire GOB pile, and not all of them are
9  documented here.
10    Q.  Okay.
11    A.  An example might be the seepages
12 that I saw around the site.  I don't see
13 them described in any detail here.  That
14 would be an example of something that's
15 discussed in other places in my report
16 but not here.
17    Q.  Okay.  And why would it not be
18 discussed in this section of your report?
19    A.  I tried to keep this section of
20 the report focused on the primary
21 elements that led me to my recommendation
22 for restoration.
23    Q.  Okay.  Would it be fair to

Page 146

1  say -- and if it's not, please let me
2  know.  Would it be fair to say that the
3  elements that are reflected in this
4  section are the ones that are most
5  significant for the conclusions and
6  opinions that you've put forth in your
7  report and that any that are not included
8  are inconsequential?
9     A.  I don't think I would use the
10 word "inconsequential."
11    Q.  Okay.  What word would you use?
12    A.  But I would agree with the first
13 half of your question, that they are the
14 ones that are most consequential.
15    Q.  Okay.  How would you modify the
16 second part so that it would be accurate
17 in representing what you're communicating
18 here, or what the significance of it is?
19    A.  I would say that it highlights
20 the observational evidence that supported
21 my conclusions and opinions.
22    Q.  Okay.
23    A.  That it does not include some of

Page 147

1  the more -- some of the analytical-based
2  information that supported my
3  conclusions.  So it's meant to focus on
4  the primary elements that are
5  observational.
6     Q.  Okay.  All right.  Was there
7  anything else you wanted to say?
8     A.  No.
9     Q.  Okay.  Let's move on to the next
10 page, to section 5.2, "Geophysical
11 Investigation."  All right.  And I will
12 have a similar series of questions for
13 each of the next sections, just so you
14 know kind of what the progression will
15 be.  But as to the geophysical
16 investigation, you've related information
17 here, and the question is, is this the
18 entire extent of the geophysical
19 investigation on which your opinions and
20 conclusions are based?
21    A.  From the perspective at the time
22 I wrote this report, the answer to your
23 question is yes.

Page 148

1     Q.  Okay.
2     A.  Subsequent to writing this
3  report but prior to writing the rebuttal
4  and prior, obviously, to this session, I
5  had a chance to look at the results of
6  the geophysics that was completed on
7  behalf of Dr. Dimova.
8     Q.  Okay.
9     A.  And there is nothing different
10 about those results, but they're also
11 geophysical results that I considered, or
12 I'm currently considering.
13    Q.  Okay.  Thank you for the
14 qualification, and I think you've made a
15 good point.  Any question that I'm asking
16 you about this report would be as of the
17 date of the report.
18    A.  Okay.
19    Q.  All right.  Anything else that
20 you need to tell us about 5.2?
21    A.  No.
22    Q.  Okay.  Let's look on to section
23 5.3, the "Mine Waste Sampling and

Page 149

1 Characterization" section. Is this the
2 entire extent of the mine waste sampling
3 on which your opinions are based?
4     A.  Yes.  Up until, as you were
5 saying, before the time of writing this
6 report.
7     Q.  Okay.
8     A.  There is an addendum to the
9 report.
10    Q.  Right.
11    A.  That is a different but similar
12 suite of analyses that were run on the
13 same samples.
14    Q.  Okay.  All right.  If you'll
15 turn ahead to page 5-5 and look at the
16 section 5.4, "Groundwater Investigation."
17 Is what's set out in section 5.4 on 5-5
18 and 5-6 the entire extent of the
19 groundwater investigation information on
20 which your opinions are based as of
21 October 2017?  Whatever the date of your
22 report specifically is.
23    A.  Yes.  I'll bring your attention

Page 150

1 to this statement that I was also
2 informed by the Brown report.
3     Q.  Okay.  Certainly.  Okay.  All
4 right.  Anything else?
5     A.  No.
6     Q.  Okay.  All right.  And now
7 section 5.5, which covers part of page
8 5-6 through page 5-8, we have a section
9 on surface water investigation.  And
10 similar to the prior questions, does this
11 relate the entire extent of the surface
12 water investigation on which your
13 opinions are based as of the date you
14 wrote this report in October of 2017?
15    A.  Yes.  With that same
16 qualification regarding the Brown report.
17    Q.  Brown report, okay.  And in both
18 of the instances, in the preceding
19 section on groundwater investigation and
20 in the section on surface water
21 investigation, as I understand the
22 statements where you're referencing the
23 Brown report, you were adopting his

Page 151

1 report for purposes of your analysis and
2 opinions because you're in agreement with
3 it.
4     A.  Correct.
5     Q.  Okay.  All right.  If you'll
6 look at Figure 5-1, please.
7     A.  Yes.
8     Q.  All right.  This is titled "Plan
9 View of Geophysical Investigation and E-M
10 Survey Results."  This looks similar to
11 me to images that we've seen in both the
12 Advisian geophysical report and in
13 Brown's report.  Is that accurate?
14    A.  That's accurate.
15    Q.  Okay.  And let's look on to
16 Figure 5-2.  This is "Results of
17 Land-Based ERT Geophysical Survey."  And
18 again, is this the same images that we
19 see in both the Advisian report and
20 Anthony Brown's report?
21    A.  Yes.
22    Q.  Okay.
23    A.  And by images, I mean the images

Page 152

1 of the actual ERT results.
2     Q.  Certainly the figures.  What I'm
3 suggesting and I understand you to be
4 agreeing with is that the images in the
5 figures are the same.
6         And the same with Figure 5-3,
7 would that be true, the results of the
8 river-based ERT physical survey?
9     A.  That's correct.
10    Q.  Okay.  We've already talked
11 about Figure 5-4.
12        Look for me, if you will, at
13 page 6.2.  This is within your section of
14 6.1 on "Mine Waste Characteristics."  And
15 I'm looking at the top of page 6-2, and
16 I'm specifically looking at the first
17 sentence that reads in its beginning,
18 "These results are consistent with the
19 assessment of the GOB Pile that was
20 completed by ABC."  And you have a
21 citation to a document produced by
22 Drummond, it's dated in 1985.  Right?
23    A.  Correct.

Page 153

1   Q.  Do you know whether the results
2   are also consistent with the conditions
3   that existed with regard to the GOB pile
4   at the time of the bond release in 1993?
5   A.  No.  I'm not aware of any
6   testing of the GOB pile that was done in
7   1993.
8   Q.  Okay.  All right.  If you'll
9   look with me on page 6-3, which is at the
10  end of your section on "Groundwater
11  Conditions," 6.2, you make reference to a
12  "mass of contamination released to the
13  Locust Fork" in the last paragraph.  Do
14  you see that?
15  A.  I think you might have to direct
16  me there again.
17  Q.  Sure.
18  A.  Because I don't see the words.
19  Q.  Yeah.  It's about midpage, the
20  paragraph immediately preceding --
21  A.  Okay.
22  Q.  -- 6.3.
23  A.  I got you now.  "When combined

Page 154

1   with the contamination data"?
2   Q.  Right.  "Provides guidance as to
3   the mass of contamination released to the
4   Locust Fork."  You see that?
5   A.  Yes.
6   Q.  What is the "mass of
7   contamination" that is released to the
8   Locust Fork?
9   A.  The "mass of contamination"
10  would be the outcome of multiplying the
11  volume of water times the concentration
12  of contamination in that water.
13  Q.  Okay.
14  A.  So that's -- the mass is a unit
15  of mass measure, grams, milligrams,
16  kilograms, that sort of thing.
17  Q.  Okay.  And is that the result of
18  the application of Darcy's Law and the
19  elements that precede the paragraph we're
20  looking at and the calculation that is
21  reflected in section 6.2 of your report?
22  That wasn't a very artful question, but
23  you may understand the question

Page 155

1   A.  Yeah, I think I understand the
2   question.  I think the answer is yes.
3   Putting it in a different way --
4   Q.  Okay.
5   A.  -- it's the product of the
6   volume of water that's being transmitted.
7   Q.  Okay.
8   A.  And the concentration of the
9   contamination in that water.
10  Q.  Okay.
11  A.  By multiplying those two
12  together, you would determine the mass of
13  a contamination.
14  Q.  Okay.  Good.  Thank you.  Now,
15  if you will, walk me through that
16  calculation.
17  A.  The "calculation" being Darcy's
18  law?
19  Q.  Being the calculation that
20  results in the mass of contamination.
21  A.  So it's a simple calculation.
22  Q.  Okay.
23  A.  I calculated the groundwater

Page 156

1   flow rate to be estimated.
2   Q.  Okay.
3   A.  "Estimate" is probably better
4   than "calculated."
5   Q.  Okay.  And that's --
6   A.  At 50,000 gallons per day.
7   Q.  I'm sorry.  And the flow rate
8   would be the Q?  Flow rate is indicated
9   by Q?
10  A.  Correct.
11  Q.  Okay.  All right.
12  A.  And estimated that to be 50,000
13  gallons per day.
14  Q.  Okay.
15  A.  If one were to look at the
16  concentrations in the previous section of
17  the report that apply to the groundwater
18  to, say, arsenic, you would multiply that
19  concentration of arsenic times 50,000
20  gallons per day, and you would be able to
21  calculate the number of grams of arsenic
22  that moved to the river.
23  Q.  Okay

Page 157

1   A.  The point that I'm making here,
2  though, is not a mathematical exercise.
3  It is a point that these volumes and
4  concentrations in masses are high enough
5  that in my opinion the restoration plan
6  needs to account for the groundwater and
7  the contamination in that groundwater.
8   Q.  Okay.  All right.  What evidence
9  do you have that the mass of
10 contamination that you're discussing is
11 actually being released to the Locust
12 Fork?
13   A.  Well, there's no other place for
14 that groundwater to go.  It's going to
15 flow with the gradient and with the
16 topography in the same manner the surface
17 water does into the Locust Fork.
18   Q.  Okay.  Let me back up.  All
19 right.  Let me start at the top of 6.2,
20 and that might have been a better way to
21 do it than beginning at the end.
22    All right.  You say, "The
23 results for the groundwater investigation

Page 158

1  indicate that the groundwater" is
2  contaminated underlying the sediment
3  basins and that that's evidenced by low
4  pH -- right? -- TDS that's elevated, and
5  elevated metals; correct?
6   A.  Correct.
7   Q.  Okay.  Then based on the
8  geophysical surveys, which is the ERT
9  information that you had available in
10 October of 2017, you concluded that "most
11 of the contaminated groundwater is
12 flowing through the eroded mine waste
13 that settled in the sedimentation
14 basins."  Right?
15   A.  Correct.
16   Q.  All right.  Then you set out how
17 to estimate the volume of groundwater
18 through the zone by application of
19 Darcy's Law, and you break that down to
20 its elements, flow rate, hydraulic,
21 conductivity, the groundwater gradient,
22 and then A being the cross-sectional area
23 of the settled mine waste; right?

Page 159

1   A.  Correct.
2   Q.  All right.  And from that point,
3  what is the "observed particle
4  distribution of the mine waste"?  What
5  does that have reference to?
6   A.  So when I sampled the mine waste
7  that's been eroded from the GOB pile and
8  deposited where the, you know, Tributary
9  1, just about where the Tributary 1 flows
10 into the Locust Fork, where the
11 sedimentation basins used to be, I
12 observed that they're sandy, gravelly,
13 grain-sized distribution.  Which is going
14 to be permeable.  Gravelly, sandy
15 materials are permeable.  And the
16 estimate of hydraulic conductivity was
17 provided by aquilogic.
18   Q.  Okay.  So in this particular
19 introductory clause, the word "observed"
20 means you saw it with your eyes.
21   A.  Correct.
22   Q.  And you observed that it was
23 sandy, gravelly material.  And it is

Page 160

1  sandy, gravelly material what constitutes
2  or is the particle distribution?
3   A.  Yes.
4   Q.  Okay.  All right.
5    All right.  The hydraulic
6  conductivity is estimated to be about 500
7  gallons per day per square foot.  How did
8  you figure that?
9   A.  That was obtained from aquilogic
10 because they did the hydrogeological
11 assessment in detail.
12   Q.  Okay.  All right.  The hydraulic
13 gradient is expected to mirror the ground
14 surface, and it averages approximately
15 3.3 percent over the area of the filled
16 lower sedimentation basin.
17    Where did that information come
18 from?
19   A.  Topographic maps of the area.
20   Q.  Okay.  Is that a number that you
21 figured or calculated or measured?
22   A.  "Figured" is probably the --
23   Q  Figured?  All right  How would

**Gordon Johnson**                                    **41 (161 - 164)**

Page 161

1  you figure that hydraulic gradient from
2  topographic maps?
3     A.  It's basically comparing the
4  differences in elevation and distance
5  between the two points along that flow
6  path.
7     Q.  Okay.
8     A.  And with the basic assumption
9  that the groundwater surface was
10  consistent with the ground surface, which
11  I think over a long distance in that area
12  is a reasonable assumption.
13     Q.  Okay.  And recognize you're
14  talking to a layman and trying to
15  understand your area of experience.
16        In making that calculation from
17  a topographic map, and I understand the
18  assumption you've articulated, would this
19  be done by looking at the topo from the
20  point at which you wanted to be the high
21  point of your gradient, and it would have
22  a representation that that was a certain
23  number of feet; right?  Based on the

Page 162

1  topo.  All right.  And then you would go
2  to another area, whatever you discern the
3  point to be, and you would read the topo
4  there, and it would be a low point.
5  Right?
6     A.  Correct.  And in this case, the
7  length, the segment that I considered,
8  was coincident with the place where we
9  had the ERT cross section from which I
10  get the area.
11     Q.  Okay.
12     A.  So we're looking at the gradient
13  at the same place that we have that
14  estimate of the area.
15     Q.  Okay.  And in terms of the
16  distance between the points, and I
17  recognize you may have answered the
18  question, but would it also be possible
19  to -- would you measure based on the
20  scale of the map the distance between the
21  two points and come up with the number?
22  Or is the distance between the two points
23  already a known quantity because of the

Page 163

1  ERT and you know what length of cable you
2  put down or something of that sort?
3     A.  No.  It would be something -- it
4  would be a distance that I would select
5  on the map.
6     Q.  Okay.
7     A.  If you've selected one hundred
8  feet, for example, it makes the math
9  easier because you're dividing by a
10  hundred instead of some other number.
11     Q.  Right.
12     A.  And then comparing the
13  elevations of those two points on either
14  extreme.  And if, for example, the
15  segment was a hundred feet in length,
16  then the difference in elevation would be
17  3.3 feet.
18     Q.  Okay.
19     A.  To have a 3.3 percent gradient.
20     Q.  Sure.  And on the topo,
21  obviously, you're not measure often
22  actual hundred feet, you're using the
23  scale of the map itself; right?

Page 164

1     A.  Correct.
2     Q.  To represent the hundred feet.
3  So if one inch equalled a hundred feet,
4  you're using one inch?
5     A.  Correct.  You're using the scale
6  of the map --
7     Q.  Right.
8     A.  -- that you're working from, for
9  sure.
10     Q.  Okay.  All right.  Then the area
11  of impact, as you said, is interpreted
12  from the ERT survey line.
13     A.  Correct.
14     Q.  And you come up with an
15  estimated figure there, which in this
16  instance you have 3,600 cubic feet, 300
17  feet wide by 10 feet deep?
18     A.  Square feet.  Correct.
19     Q.  Square feet, I'm sorry.  Thank
20  you.  And I take it that you took the
21  groundwater flow rate of 50,000 gallons a
22  day from Brown's report at page 45.
23     A.  Yes.  Hydraulic conductivity,

Page 165

1 not a groundwater flow rate. I think
2 you're pointing to 500 gallons per day
3 per square foot?
4    Q.  Actually, I'm looking at the
5 last sentence of the first paragraph.
6    A.  Oh, I'm sorry, I misunderstood.
7    Q.  Yeah, 50,000. Do you see that
8 last sentence, "The corresponding
9 groundwater flow"?
10   A.  Yes.
11   Q.  Okay.
12   A.  So that's the product of that
13 mathematical exercise we just went
14 through.
15   Q.  Okay.
16   A.  So that number is the result of
17 that mathematical exercise.
18   Q.  Okay. And the mass -- is the
19 mass of contamination, is that a daily
20 release, according to your analysis here?
21   A.  If you were to use the daily
22 flow rate, you would calculate a daily
23 mass.

Page 166

1    Q.  Okay. All right. And as I
2 understand it, section 6.3 walks through
3 a similar but not identical analysis
4 pertaining to surface water as compared
5 to the one we just looked at for
6 groundwater.
7    A.  A similar analysis. The
8 difference with the surface water is that
9 one needs to make an assumption about
10 what proportion of the rainfall seeps
11 into the ground and what proportion
12 evaporates, what proportion gets absorbed
13 by plants. All I did is use the
14 published factor for that.
15        And then the other difference is
16 that with the surface water flow
17 estimations, I did look at storms and
18 single events as well. Whereas with
19 groundwater, the flow was more
20 consistent, so you look at average flows.
21   Q.  Okay. If you will, I'm looking
22 now at 6.5, your "Assessment" section.
23 Do you not think that the pine trees on

Page 167

1 site are having any effect as far as
2 reducing erosion?
3    A.  In my view, if they're having an
4 effect, it's relatively minor.
5    Q.  Okay. And how do you come to
6 that conclusion?
7    A.  Well, I come to the conclusion
8 by observing that wherever there are pine
9 trees and erosion in the same place, the
10 pine trees don't appear to be retarding
11 that erosion at all. So, I think there's
12 a number of photos in the report shows,
13 for example, pine trees hanging over the
14 edge of an escarpment very close to the
15 point where they'll tumble down into the
16 escarpment. The edge of that escarpment
17 hasn't been influenced by the presence of
18 that pine tree at all.
19        There's other images of the
20 eroded gullies throughout the uncapped
21 GOB area, where the nature of that eroded
22 gully isn't affected at all adjacent to
23 the pine trees and pine trees have fallen

Page 168

1 into the gully as the gully has grown in
2 size and eroded the sides.
3        Also, in the area that is not
4 capped, there's no ground cover, grasses,
5 shrubs, shallow-rooted vegetation that is
6 otherwise impeding erosion. So if we
7 were to look at guidance provided by,
8 say, the U.S. EPA on landfills and caps
9 for coal ash and things like that, they
10 look for that shallow-rooted surface
11 vegetation because it is resistance to
12 erosion, and specifically exclude things
13 like trees because they permeate the cap
14 and they're not particularly useful at
15 preventing erosion on their own.
16        So those are the factors that
17 led me to conclude that the pine trees
18 aren't having a significant effect. And
19 because their needles are acidic, it's
20 one of their natural attributes, that
21 acid only compounds the problem of the
22 surface of the GOB pile in terms of other
23 vegetation becoming established

**Gordon Johnson**                                         **43 (169 - 172)**

Page 169

1   Q.   Okay.  Do you know whether the
2  areas that you are describing and what
3  you just said are predominantly or
4  exclusively in what's known as the
5  pre-law area?
6   A.   They're primarily in the pre-law
7  area.
8   Q.   Okay.
9   A.   But not exclusively.  So the
10  places where I was able to observe a
11  similar situation in the post-law area or
12  where the GOB pile was originally capped
13  was limited to where the drainage courses
14  had actually eroded through the cap.
15   Q.   Okay.  All right.  In other
16  areas of the site, do you recognize that
17  the tree cover, whether it was pine or
18  other species, and the undergrowth,
19  whether it's simply pine needles or other
20  brush, is having an effect that limits or
21  precludes erosion?
22   A.   In the -- in the area that
23  wasn't capped, I didn't see a robust

Page 170

1  enough level of ground -- ground
2  vegetation that would have a significant
3  effect on reducing erosion.
4   Q.   Okay.  All right.  If you will,
5  let's look at your section 7.  And that
6  is titled "Restoration Options."  Is it
7  not the case that you are really only
8  presenting one option?
9   A.   It is not the case.
10   Q.   Okay.
11   A.   That I am only presenting one
12  option.
13   Q.   Okay.  Will you explain to me
14  how you are presenting more than one
15  option and what those options are?  And I
16  recognize we've touched on this before,
17  but I want to make sure I understand it
18  in the context of this part of your
19  report.
20   A.   So there are two options that
21  are described in my first report and in
22  the subsequent rebuttal.
23   Q.   Okay

Page 171

1   A.   The rebuttal differs from the
2  first report only in the sense that I
3  elaborated more on the manage in place.
4   Q.   Right.
5   A.   I compared those two options in
6  my report, in my assessment that
7  supported my report.  When I did so, I
8  concluded that the amount of work
9  associated with managing the materials in
10  place, restoring the GOB pile in place,
11  grading and capping and doing all of the
12  things that I talk about in terms of
13  mitigating the contamination involved
14  approximately the same level of work and
15  therefore approximately the same cost,
16  one could reasonably conclude, as
17  removing the materials.  The material
18  volumes are very, very similar.
19       The fundamental difference
20  between those two options, then, is, how
21  well can we expect them to work and what
22  is the time frame associated with those
23  options.  And so the reason why I

Page 172

1  recommended removal as the best option
2  and the preferred option, whatever type
3  of wording you choose to use, is because
4  of its permits and the level of effort
5  associated with that is not that much
6  higher than managing the materials in
7  place.  Because to manage the materials
8  in place, we need to do a number of
9  things that were not included, say, in
10  the capping of the post-law area, as it's
11  referred to.  So there are significant
12  quantities of mine waste that are on the
13  east side of the ridge that forms the
14  west bank of the Locust Fork.  It's very
15  steep.  In my view, there's no practical
16  way that we could manage those materials
17  in place, they will continue to ravel
18  down the slope and erode down into the
19  river.  So we need to pull all those
20  materials back into the place that we
21  were ultimately going to restore the
22  materials if we did it in place.
23       We know the mine waste is very

Page 173

1 erosive, so we need to remove that
2 material out of Tributary 1 if we're
3 going to be able to prevent the mine
4 waste from eroding and being transported
5 down the Locust Fork in the future.
6      So once you do those two tasks,
7 as well as regrading the slope so that it
8 has -- just like they did back in the day
9 for the post-law area, you're managing
10 and handling a volume of material that's
11 approximately the same.  Now you have to
12 bring in clay and you have to bring in
13 topsoil because you don't have those two
14 things inside the GOB pile, which adds to
15 the volumes again.  And through that
16 whole process, we need to control the
17 surface water, have sedimentation ponds,
18 intercept the groundwater, treat the
19 groundwater, because it will not be
20 affected by the surface work.
21      Once we add all of those things
22 up, the overall projects, alternatives
23 end up looking very much the same in

Page 174

1 terms of the level of work.  The
2 fundamental difference is that
3 restoration by removal is -- happens more
4 rapidly and it's permanent and you don't
5 have an obligation to manage, monitor,
6 and maintain into the future.
7      Q.  Okay.  Let me get you to look at
8 Section 8 on the references.
9      A.  I'm on Section 8.
10      Q.  Okay.  The third reference is to
11 the ADEM Solid Waste Program.  Is that
12 reference to the regulations?
13      A.  Correct.
14      Q.  Okay.  All right.  The next
15 reference I want to ask you about is
16 Cuthbertson, William C., 1964.  Is
17 Cuthbertson the correct name, or is
18 Culbertson?  It appears both ways in your
19 report on one occasion.  And I just want
20 to make sure I have it correct.
21      A.  I'd have to take that as an
22 undertaking.
23      Q.  Okay.  It's either Cuthbertson

Page 175

1 or Culbertson; right?
2      A.  Well, I would hope I didn't get
3 it wrong both times.
4      Q.  And I'm not suggesting that you
5 did.
6      A.  Well, it's clearly once.
7      Q.  On page 4.4 it appears as -- I
8 think I've got that page right --
9 Culbertson and Cuthbertson.  I just want
10 to make sure we've got the name.
11      A.  I'll have to look that name up
12 and get you the correct one.
13      Q.  But it would be --
14      A.  One or the other one, I would
15 presume.
16      Q.  Okay.  In any event, it's an
17 Alabama Geological Survey bulletin that
18 you've designated; right?  So it would be
19 essentially publicly funded.
20      A.  Correct.
21      Q.  Okay.  Now, the immediately
22 following reference, Johnson and Halberg,
23 "Acid Mine Drainage Remediation Options,

Page 176

1 A Review," is cited to the University of
2 Wales School of Business.  Is that a
3 document that's available on the
4 Internet?
5      A.  I believe it is.  I can provide
6 it through Barry.
7      Q.  Okay.  Thank you.  I would
8 appreciate it.  Then if you'll look down
9 at reference to William A. Price, 1997,
10 "Reclamation Section, Energy and Minerals
11 Ministry of Employment and Investment,"
12 is that accessible on the Internet?
13      A.  Yes, it is.  And I can also
14 provide it through.
15      Q.  Okay.  All right.  I'm looking
16 now in section 9.  The P. Eng.
17 designation that accompanies your
18 signature, is that for professional
19 engineer?
20      A.  Yes, it is.
21      Q.  Okay.  Are you registered in
22 Canada?
23      A.  Yes.  In Alberta and in British

**Gordon Johnson**                                45 (177 - 180)

Page 177

1 Columbia.
2   Q.  Okay.  Are you registered in the
3 United States?
4   A.  No, I'm not.
5   Q.  Okay.
6   A.  As a point of clarification, one
7 of the obligations I have as being a
8 member of APEGA, which is the Alberta
9 branch, is whenever I write a report
10 that's destined to be received outside
11 Alberta, I am still required to do -- to
12 make that designation.
13   Q.  I understand.  And I think
14 that's true of most professional
15 engineers in the U.S.  Do you know if
16 there is -- let me start my question
17 over.
18       To your understanding, is the
19 Canadian professional designation and
20 what is required to attain that similar
21 to what is required to get the P.E.
22 designation in the United States?  Or do
23 you know?  You may not have compared.

Page 178

1   A.  I understand it to be similar in
2 most jurisdictions in Canada and the
3 United States, and they all have their
4 different little spins on the same ball
5 --
6   Q.  Okay.
7   A.  -- but they're all very similar.
8   Q.  All right.  Are you required to
9 maintain continuing education for your
10 designation?
11   A.  Yes.
12   Q.  Okay.  And what is the
13 continuing education requirement that
14 you're required to meet?
15   A.  The continuing education -- for
16 clarification, I don't think they call it
17 that.
18   Q.  Okay.
19   A.  But I think they call it
20 professional development.
21   Q.  All right.
22   A.  Or something, words to that
23 effect.  But we need to log and report on

Page 179

1 an annual basis the number of hours we
2 spend doing things outside of the daily
3 ritual that would advance or maintain our
4 technical credibility and knowledge and
5 current understanding of the current
6 state of practice.
7   Q.  Okay.  And most professionals in
8 the U.S., including lawyers and doctors
9 and engineers and, as I understand it,
10 geologists and numerous others, have to
11 get, whether it's called continuing
12 education or professional education
13 units.  There are certain organizations
14 that obtain ratification to provide these
15 credits and charge money and put on
16 programs.  Is there something similar
17 like that in Canada that you're required
18 to attend, or is there some other
19 mechanism by which you maintain your
20 currency of your practice?
21   A.  The currency from the
22 perspective of maintaining your practice
23 is one of self-reporting.

Page 180

1   Q.  Okay.
2   A.  Of time and effort doing the
3 things that I mentioned before.
4   Q.  Okay.
5   A.  And at the organization level --
6 so that's at the personal level.  And at
7 the organization level, there is annual
8 check and balance referred to as a
9 professional practices management plan
10 that Burgess keeps current and updates
11 and submits as requested.
12   Q.  Okay.
13   A.  Those are the two fundamental
14 pillars.
15   Q.  So, do you have organizations
16 that charge you enormous amounts of money
17 to educate you so you can maintain your
18 license, as we do?
19   A.  No.  No.
20   Q.  You're quite lucky.
21       All right.  Let me get you to
22 look at the next exhibit, which I believe
23 is Exhibit 4  Okay  If you'll take a

**Gordon Johnson**                                    **46 (181 - 184)**

Page 181

1 minute to look at Exhibit 4 and satisfy
2 yourself that it's a complete copy of the
3 document and then please tell us what it
4 is.
5 (Defendant's Exhibit 4 was marked for
6 identification and is attached.)
7    (Witness reviews document.)
8    A.  So it appears to be complete.
9    Q.  Okay.
10    A.  We did a number of analyses on
11 the mine waste samples that we collected
12 on that August 2017 program.  And we had
13 those samples analyzed here in Alabama.
14 What those labs weren't able to do for us
15 was called acid base accounting.  Now,
16 it's fair to say that the analyses that
17 they did in Alabama that are included in
18 the report we just talked about got I
19 would say 95 percent of the way there, a
20 great deal of the way there in terms of
21 quantifying the acid-generating
22 substances, the acidity, and the alkaline
23 substances in the samples.  But the

Page 182

1 testing method that was used didn't
2 compare apples to apples, so to speak, in
3 terms of the alkaline substances and the
4 acid-generating substances.
5    Q.  Okay.
6    A.  So I decided to take subsamples
7 of these samples and get the labs to send
8 them to a lab that I was familiar with
9 that did just that, acid-base accounting
10 it's called.  And essentially, it looks
11 at all of the acid generating substances,
12 all of the acidity, and all of the
13 alkaline substances in the sample, looks
14 at them in the same way, totals them, and
15 then quantifies how neutralizing or
16 acid-generating a certain substance is.
17    Q.  Okay.  And what is the lab that
18 you had those sent to?
19    A.  Maxxam.
20    Q.  Okay.  And what did you discern
21 from this acid-base accounting that you
22 got?
23    A.  Three fundamental conclusions, I

Page 183

1 would say.
2    Q.  Okay.
3    A.  That the samples in question
4 were acid-generating.  So they were --
5 they were susceptible to acid rock
6 drainage.  That wasn't a new conclusion.
7 That was a conclusion that was arrived at
8 with the previous samples.
9       That the oxidation of the pyrite
10 and sulfide materials in the samples that
11 is the root cause of the acid-generating
12 had primarily been completed.  So that
13 process had essentially completed itself.
14 Not entirely, but more than 90 percent.
15 And that the neutralizing capacity of the
16 waste rock had been entirely consumed.
17    Q.  Okay.
18    A.  So what that means is the
19 alkaline materials had -- that were
20 present had been consumed by the acid and
21 that the only thing that remained is the
22 acidity.
23    Q.  All right.  This reference on

Page 184

1 page 3, Lawrence and Marchant, "Acid Rock
2 Drainage Prediction Manual," is that
3 available on the Internet?
4    A.  Yes, it is.  And I believe it's
5 somewhat of an extension to that document
6 you were talking about by Price.
7    Q.  Okay.
8    A.  Not the same document, but
9 they're meant to be looked at together.
10 And again, I can provide that through
11 Barry if you wish.
12    Q.  Okay.  We would appreciate it.
13 Figure 1 on your memorandum, the "Mine
14 Waste Sample Locations," do those
15 correspond to the mine waste sample
16 locations that we saw in your original
17 report?
18    A.  Yes, they should.
19    Q.  Okay.
20       MR. DAVIS:  Okay.  Want to take
21 a short break?
22       MR. BROCK:  All right.
23       (Break taken.)

**Gordon Johnson**                                           47 (185 - 188)

Page 185

1   Q.  (By Mr. Davis) Okay.  In your
2 initial report, Mr. Johnson, one of the
3 things that was identified as a
4 contaminant was arsenic; right?
5   A.  Correct.
6   Q.  Okay.  And some background
7 concentrations were sampled at a site
8 sixteen miles away.  Do you consider that
9 to be a reasonable background sample for
10 soil conditions at the Maxine Mine site?
11   A.  I'd say that the -- for example,
12 you've raised arsenic.  That background
13 concentration, which I believe is in the
14 neighborhood of three milligrams per
15 kilogram, that would be consistent with
16 what I would have seen in my career with
17 background soils.  And it's also
18 consistent with the concentration of
19 arsenic in the sediment sample upstream
20 that was collected by Dimova.  So it's
21 consistent with my experience in
22 background samples.
23        So sixteen miles, I'll grant

Page 186

1 you, is a significant difference, and
2 there could be differences at Maxine.
3        The concentrations of arsenic
4 that we measured in our mine waste
5 samples are, you know, anywhere from one
6 to two orders of magnitude higher than
7 those numbers, and they're much higher
8 than I would expect background samples to
9 be at Maxine, and they're much higher
10 than were reported in that background
11 sample.  They're much higher than were
12 reported in the background sample in the
13 river, and in my opinion, would be higher
14 than in naturally occurring soils in the
15 Maxine area.
16   Q.  Okay.  Are you familiar with
17 maximum contaminant levels, or MCLs?
18   A.  Yes.
19   Q.  Okay.  And I'm speaking
20 specifically of the EPA standard for
21 drinking water.
22   A.  Yes.  I'm familiar with drinking
23 water standards

Page 187

1   Q.  What is your understanding of
2 what an MCL is?
3   A.  In the context of -- in the
4 context of drinking water, it would be
5 the threshold above which water would be
6 considered inappropriate for drinking,
7 sometimes for aesthetic reasons,
8 sometimes for health reasons.
9   Q.  Okay.  And that's an end-of-tap
10 treated water standard; right?
11   A.  Well, it would be a drinking
12 water standard.
13   Q.  It's not a standard that applies
14 in stream, is it?
15   A.  It's a drinking water standard.
16 Whether it's applicable to water in a
17 certain situation, it may or may not.
18   Q.  Are MCLs applicable to judging
19 the quality of the water in the Locust
20 Fork?
21   A.  So as I said in my report, the
22 application of the rules from the
23 perspective of determining acceptable

Page 188

1 concentrations or not was done by
2 aquilogic.  I didn't do that work.
3   Q.  You don't have an opinion on
4 whether they're appropriate or not?
5   A.  It would appear to me that
6 aquilogic did its job properly, but I
7 didn't repeat it.  And I didn't do my own
8 assessment.  I was looking at it from the
9 perspective of restoration of the pile
10 and the, you know, pollution that I was
11 meaning to mitigate through that
12 restoration plan.
13        So what exists in the Locust
14 Fork is not really relevant to the
15 strategy for restoration.  You're trying
16 to stop the contamination at the source.
17   Q.  Okay.  Do you understand maximum
18 contaminant levels to be applicable only
19 at the tap for customers of a publicly
20 owned treatment source?
21   A.  I don't know.
22   Q.  Okay.
23   A  How that is applied in this

Page 189

1 location.

2    Q.   Okay.

3    A.   I would elaborate on that answer
4 and say that in my experience in many
5 other jurisdictions, drinking water
6 standards are applied in situations where
7 the water isn't specifically being
8 consumed.

9    Q.   Much like your analysis of the
10 acid-base accounting, would you not agree
11 that in making valid scientific
12 comparisons, one should, figuratively
13 speaking, be comparing apples to apples
14 and oranges to oranges?

15    A.   I think I have to agree with
16 that.

17    Q.   That's kind of the point.  That
18 was kind of the point.  Got to start on
19 some common ground to be able to move
20 anywhere.

21        Okay.  Do you see -- well, I'll
22 leave that alone.  I think you've
23 answered it.

Page 190

1        With regard to your memorandum
2 that we have marked Exhibit 4, does that
3 provide evidence, in your view, that the
4 Maxine Mine site is causing any water
5 quality violation in the Locust Fork?

6    A.   This addendum, this memo, if I
7 get your question --

8    Q.   Yeah.

9    A.   -- is solely a report on the
10 analysis of the acid-base accounting of
11 the --

12    Q.   Okay.

13    A.   -- mine waste samples.

14    Q.   Okay.  All right.  Did you draw
15 any conclusions from that analysis?

16    A.   The conclusions that I've stated
17 before, that the mine waste is
18 acid-generating.

19    Q.   Okay.

20    A.   The oxidation process is mostly
21 but not completely complete.  And that
22 the buffering capacity of the alkalinity
23 of the samples has been entirely

Page 191

8

1 consumed.

2    Q.   So you haven't made any use of
3 the acid-base accounting other than
4 what's reflected in the memo?  In terms
5 of conclusions you've drawn from it, you
6 have stated those in the memo?

7    A.   Yes.

8    Q.   Okay.  Okay.  I'm going to mark
9 as Exhibit 5 your rebuttal report.  First
10 question is, will you look at Exhibit 5,
11 determine whether it appears to be
12 complete, and then identify the document
13 for the record, please.

14 (Defendant's Exhibit 5 was marked for
15 identification and is attached.)

16    A.   So the document is my rebuttal
17 to comments made on my original report by
18 I believe three different parties.

19    Q.   Okay.

20    A.   And just flipping through.

21      (Witness reviews document.)

22    A.   I believe it's complete.  I'm
23 wondering if this belongs in there.

Page 192

8

1        MR. BROCK:  Let's see.

2        MR. DAVIS:  If it doesn't, we
3 need to pull it out, and I'm not sure how
4 it got there.

5        MR. BROCK:  Go off the record
6 for a second?

7        MR. DAVIS:  Sure.

8   (Discussion held off the record.)

9    Q.   (By Mr. Davis) Okay.  After that
10 off-the-record discussion, Mr. Johnson,
11 do we now have a complete and correct
12 copy of your rebuttal report marked as
13 Exhibit 5?

14    A.   Yes, we do.

15    Q.   Okay.  Very good.  If you'll
16 look for me on page 2-2, I'm looking at
17 Photo 1.  All right.  Do you see that?
18 It's described as "Discharge of Polluted
19 Water Into the Locust Fork."

20    A.   Yes.

21    Q.   All right.  How are we to know
22 from this photo that that water is
23 polluted?

Page 193

8

1   A.  It has the characteristics of
2  acid mine drainage.  It has low pH.
3  There were field measurements taken at
4  the time of the site visit.  And what
5  you're seeing is that brown color is
6  metals, when they're in solution, as they
7  are in the groundwater and the surface
8  water, at higher concentrations, once
9  they're exposed to oxygen, they begin to
10 oxidize and come out as solution, forming
11 a kind of rusty color, in the case of
12 iron.  So you're seeing that iron
13 oxidation in there, which is an indicator
14 of the metals contamination in the water.
15     That -- that water was sampled,
16 so that's another way that that was
17 confirmed.  But the last way that I can
18 tell that that water is contaminated is
19 that the vegetation in the ecology is
20 very robust in Alabama wherever there's
21 water.  For some reason, where there was
22 this water, there was a complete absence
23 of any vegetation, which means that the

Page 194

8

1  water is having an adverse effect and
2  killing any plants that try to grow.
3     Q.  Okay.  When was the photo taken?
4     A.  During the site visit on the
5  first day.
6     Q.  Okay.  Do you have a record of a
7  water sample or field reading that was
8  taken at this point?
9     A.  I'd have to go back through the
10 record and my previous document.  It
11 would be reported by the Brown report and
12 by Barry Sulkin's report.
13    Q.  Okay.
14    A.  So, do we want to go through the
15 process of?
16    Q.  No.  I just want to make sure I
17 understand where the data that you're
18 relying on in making your assessment is.
19    A.  So this is just downgradient of
20 the lower dam.  That's where that photo
21 was taken.
22    Q.  Okay.  All right.  Let's look at
23 Photos 4 and 5.  And these are on page

Page 195

8

1  2-8.
2     A.  I'm there.
3     Q.  Okay.  I see how you have
4  labeled the photographs, obviously.  What
5  evidence is there of the amount of daily
6  erosion that you can see?
7     A.  There's not evidence of daily
8  erosion.  The erosion occurs primarily
9  during major runoff events.  That would
10 be my reasonable conclusion.
11    Q.  Okay.
12    A.  So that on days when it was
13 light flows or no flows or no rain, we
14 wouldn't expect to see significant
15 erosion at all, maybe some minor
16 ravelling of waste rock down the steep
17 slopes of the gully in the top picture,
18 4, and the large ravine, I guess, in
19 Photo 5.  Could be minor ravelling of
20 materials on those sorts of days, but
21 when you get the heavy rains, then you're
22 susceptible to getting, I think this is
23 when the vast majority of the erosion

Page 196

8

1  takes place.
2     Q.  Okay.  And just so the record is
3  perfectly clear, have you been on the
4  site when there was such rain?
5     A.  No.
6     Q.  In making your assessment of the
7  amount of erosion, did you take into
8  consideration natural settling or any
9  kind of basic impaction that would have
10 resulted from gravity?
11    A.  From my assessment, the
12 observational assessment that I was
13 speaking to in the morning's discussions,
14 I was looking at the geometry of the
15 ravine that you see in Photo 5, the
16 geometry of the gully that you see one
17 bank of in Photo 4, and a number of other
18 similar feature throughout the GOB pile.
19 So I was looking at the geometry of those
20 spaces that had been eroded, so natural
21 settlement doesn't enter into that.
22    Q.  Okay.  Given that point and the
23 geometric approach to it, would you agree

Page 197

8

1 with me that what you are talking about
2 is the possibility of erosion as opposed
3 to an analysis of the actuality of
4 erosion?
5    A.  I would not agree with that.
6 The --
7    Q.  Okay.  How do you disagree with
8 the statement then?
9    A.  What I would call the
10 observational approach I think is a sound
11 analytical method when you're looking at
12 land forms and erosion such as what we
13 see at the GOB pile.  So there is large
14 eroded gullies where the water clearly
15 flows.  There's trees tumbling into those
16 gullies, which is clear evidence that
17 that erosion is occurring on an ongoing
18 basis and has occurred in the near term.
19 There is complete accumulation and
20 filling of all of the low points along
21 the -- where the basins used to be.
22 There is evidence of that same mine waste
23 being transported and deposited on the

Page 198

8

1 bottom of the river.
2        So, you know, that process of
3 looking at all of the evidence is as
4 conclusive as it would be if I was there
5 that day watching the actual event.  I
6 can look at a volcano and tell you that
7 it erupted at one point in time.  That I
8 didn't actually see it erupt doesn't
9 undermine that conclusion at all, to make
10 an analogy.
11    Q.  I understand.  All right.  You
12 could tell that the volcano erupted, but
13 could you necessarily tell by visual
14 observation or analysis such as you've
15 described when the volcano erupted,
16 assuming that the lava was not still
17 glowing --
18    A.  Yeah.
19    Q.  -- and moving or something?
20    A.  Using far different methods,
21 yes, you can.  There are dating methods
22 that are sound.  But if you look at Photo
23 No. 7

Page 199

8

1    Q.  Okay.
2    A.  You know, you can see trees that
3 are where roots are protruding out
4 through the bank that's been eroded.
5 Roots don't grow like that.  They are
6 exposed through erosion.  So that would
7 have happened in the relatively recent
8 past.  You know, there's full-grown trees
9 that still had leaves on them that have
10 tumbled to the bottom.  You can conclude
11 that that happened recently.  You can't
12 pick it down to a day, but it's certainly
13 very compelling evidence that that
14 erosion continues.
15    Q.  Okay.  Would you agree that a
16 photograph is a depiction of whatever
17 scene is in the photograph that is
18 specific to the time and place under
19 which it's taken -- that which it's
20 taken?
21    A.  I would agree with that.  And I
22 would also add to that that in this case
23 it's likely worth a thousand words

Page 200

8

1 because it would be more time-consuming
2 to try to describe what I'd seen than
3 simply depict it in a photo.  So I tried
4 to do both in the report.
5    Q.  All right.  Now, I'm trying to
6 understand your description of your
7 visual method.  I understand, all other
8 things being equal and no differences in
9 surface, that one could logically deduce
10 that a steep, smooth surface with water
11 running down it would move that water --
12 the water would move at a higher velocity
13 than a smooth surface of the same nature
14 with a less steep incline.  Right?
15    A.  Correct.
16    Q.  Okay.  What I'm not getting
17 about your method is how it takes into
18 account any variability in conditions
19 such as compaction over time and other
20 variable factors in the landscape as it
21 may change.  Does the question make sense
22 to you?
23    A.  I think that it does

**Gordon Johnson**                                                          **51 (201 - 204)**

8

1   Q.   Okay.
2   A.   So I tried to answer it before.
3   Q.   And I tried to understand it
4   before.
5   A.   So the observational approach,
6   looking and taking approximate
7   measurements of these eroded features, so
8   let's use, case in point, the gully
9   that's in Photo No. 4.
10   Q.   Okay.
11   A.   That gully is approximately this
12   long.  It's approximately this wide.  I
13   mean, I'm going from recollection, but I
14   think you know what I'm getting at
15   (indicating).  It's got a certain length,
16   it's got a certain width, it's got a
17   certain depth.  It's clear that from
18   looking at the banks on either side, that
19   at one point in time the mine waste was
20   placed to a relatively even elevation in
21   that area and that water has eroded that
22   gully.
23        So whether or not --

8

1   Q.   Hang on just a second for me.
2   (Discussion held off the record.)
3   Q.   (By Mr. Davis) Okay.  Did you
4   finish your answer?  I'm not sure that
5   you did.
6   A.   I didn't finish the answer.
7   Q.   Okay.
8   A.   What I was about to say was that
9   the estimate that I would have made
10   observationally on the site that day
11   wouldn't be affected by subsidence of the
12   ground surface.  It would simply be a
13   function of the geometry of that eroded
14   feature that I observed.
15        Now, if one was to do -- you
16   know, that's a factor that would affect
17   ultimately the elevation of the ground
18   surface.  Subsidence clearly does that.
19   Q.   All right.  If you will, look at
20   Photo 6.  All right.  Your box said that
21   -- says that "Eroded mine waste has
22   accumulated on the right bank of the
23   Locust Fork meander adjacent to the north

8

1   end of the GOB pile."
2        What evidence is there that what
3   your arrow is pointing to is mine waste
4   as opposed to natural geologic
5   conditions?
6   A.   Well, it has the same appearance
7   as the mine waste in the GOB pile and
8   where it's accumulated in the former
9   sedimentation ponds.  And you could
10   follow visually the path of that material
11   going up the hill and originating up in
12   the GOB pile in the uplands at the north
13   end of the GOB pile.  You could see the
14   trace, or the pathway that this material
15   had taken tumbling down from the GOB pile
16   down into the Locust Fork.
17   Q.   Okay.  Are you saying that the
18   material in Photo 6, which is, according
19   to you, mine waste, is the same as the
20   dark material in Photo 7, which is a
21   photograph of material in the GOB pile?
22   A.   I'm saying that it originated
23   from the GOB pile.

8

1   Q.   Okay.
2   A.   So on balance, it would be
3   similar, if not the same.
4   Q.   Okay.  So in Photo 6, what
5   everyone calls the tepee is sitting on
6   GOB?  See the little wooden tepee there?
7   A.   Yeah, that's right.
8   Q.   It's sitting on GOB?
9   A.   It's sitting on eroded and
10   deposited GOB.
11   Q.   Okay.  All right.  If you will,
12   please look at page 2-11.  All right.  On
13   this page, middle of the page, you
14   reference a corrected version of Table
15   5.3.  What needed to be corrected in
16   Table 5.3?
17   A.   That I had mistakenly identified
18   selenium as dissolved selenium in the
19   analytical parameter.
20   Q.   Okay.
21   A.   And reported dissolved
22   concentrations.  Through the reply
23   process, it was identified by one of the

Page 205

8

1 parties that replied to my report that
2 this should be a total concentration.
3 That was true.  I corrected the heading,
4 and I corrected the values to reflect
5 total values.  The outcome did not
6 change.  In fact, the concentrations are
7 higher for total selenium than dissolved
8 selenium, and the locations of the
9 exceedances were the same.
10    Q.   All right.  On page 2-13, you
11 note another correction with regard to
12 Table 6.2.  Will you tell us about that.
13    A.   Correct.  I had mistakenly
14 inverted the value for the 10 percent
15 exceedance and the 1 percent exceedance
16 that were calculated by Amec Foster
17 Wheeler, I believe, using the model, and
18 I presented the corrected values in the
19 rebuttal report.
20       So the purpose of including
21 these in my original report was -- the
22 purpose was to include the flow
23 velocities, which are extremely high,

Page 206

8

1 that whatever we did in the -- for
2 restoration would have to account for
3 these flow velocities, flow rates.  So
4 there's a 20 percent chance of exceedance
5 of 344 cubic feet per second in a given
6 year.  And that's an extremely high flow
7 rate.  And it explains why we're seeing
8 extremely high rates of erosion.
9    Q.   Okay.
10    A.   And whatever plan that we might
11 devise to restore the GOB pile in place
12 would need to be able to protect it
13 against those very extreme flows.
14    Q.   Okay.  Look for me if you will
15 at Photo 8.
16    A.   Page?
17    Q.   2-16.  It's labeled as "Mine
18 Waste from East Ridge in Locust Fork."
19 Can you -- everybody knows where the
20 tepee is, so that one is easy.  Can you
21 tell us what location this is?
22    A.   It is approximately halfway
23 between where the tepee was -- is and

Page 207

8

1 where the Tributary 1 confluences with
2 Locust Fork.
3    Q.   Okay.  And you've designated
4 this photograph as depicting mine waste.
5 Where is the mine waste in the picture?
6    A.   You can see the gravelly
7 material with the evidence of rust color,
8 which is that iron oxidizing that's in
9 solution and oxidizing and precipitating
10 out.  So I deduced that that's mine waste
11 based on the visual observation,
12 similarity from what I've seen in the GOB
13 pile.
14    Q.   How do you know that what we're
15 looking at in Photo 8 is not native soil?
16    A.   Native soil did not exhibit the
17 same things.  The rust precipitate, the
18 granular, rocky, angular texture of the
19 material, and the vegetation stress or
20 the absence of vegetation where it is.
21 The banks of that river are muddy and
22 covered with vegetation.  Where you have
23 significant accumulations of mine waste,

Page 208

8

1 vegetation is absent, it's granular, and
2 it has that rust color.
3    Q.   Okay.  Now, you've previously
4 defined mine waste as geologic
5 overburden; right?
6    A.   Yes.
7    Q.   Okay.  And that overburden, by
8 definition, is rock, soil, in some
9 instances coal, that's dug up from the
10 site, a specific piece of property;
11 right?
12    A.   Correct.
13    Q.   So what's dug up on the Maxine
14 site and appears as GOB, although it
15 didn't come from -- it came from an
16 underground mine immediately adjacent to
17 the site that we're -- that's involved in
18 this case is what underlies the Maxine
19 Mine property, isn't it?
20    A.   That geologic strata?
21    Q.   Yeah.
22    A.   In a competent form, yes.
23    Q   If you dig a hole in a given

**Gordon Johnson**

8

1  piece of ground and you take the dirt,
2  rock, and whatever's under there out of
3  it and put it in a pile, that's the
4  native rock, isn't it?  Unless you
5  imported something in from somewhere
6  else.
7    A.  Correct.
8    Q.  Okay.
9    A.  The difference lies, is once you
10 excavate it out of a situation where it's
11 compact, it's anaerobic, and there's
12 very, very little water running through
13 it, there's no opportunity for
14 significant acidification to occur.  When
15 you remove that material, you put it on
16 the surface, you bring the metals to the
17 surface, it initiates that acidification
18 process.  So that's the difference from
19 the environmental perspective.
20   Q.  Okay.  Would you agree that
21 rivers can erode soil and even rock?
22   A.  Very gradually, yes.
23   Q.  Okay.  Would you agree that

8

1  impoundments of rivers by their very
2  nature can change the course of rivers?
3    A.  You're saying a dam?
4    Q.  Dam, spillway, impoundment,
5  however you want to call it.  Yes.
6    A.  I don't know if it would change
7  the course, but it would change the flow
8  velocity.
9    Q.  Okay.  And it could change the
10 shape of the river upstream of the dam,
11 couldn't it?
12   A.  It would change the water depth.
13 The general arrangement of the river
14 would stay the same.  The water would be
15 deeper and impounded over a wider area,
16 but its shape would be similar.
17   Q.  Impounded over a wider area,
18 though; right?
19   A.  Correct.
20   Q.  Okay.  If you'll look on page
21 5-1 in your "Closure" section, your
22 rebuttal report also contains similar
23 language to your prior report.  It says,

8

1  "The text contained herein presents
2  documentation of the investigations and
3  assessment of the GOB Pile associated
4  with the former Maxine Mine."
5        And my question here is simply,
6  are there any investigations and
7  assessment that are reflected in your
8  rebuttal report, meaning underlying data,
9  sampling, new visual observations, that
10 were not also included in your memorandum
11 of November 2017 and your original report
12 of October 2017?
13   A.  The only difference was that I
14 had an opportunity in that period to
15 review the Dimova --
16   Q.  Dimova deposition, okay.
17   A.  And obviously had the benefit of
18 the comments from Amec Foster Wheeler and
19 PELA and CH2M.
20   Q.  All right.  And look at your
21 "References" section for me.  The fourth
22 reference down from the B.C. Ministry of
23 Mines, 1998, is that a regulatory

8

1  guidance report that's available on the
2  Internet?
3    A.  I believe so.  Like the other
4  ones, I can provide them to Barry if it's
5  not.
6    Q.  Okay.  That would be
7  appreciated.  How about Clements and
8  Kotalic, 2016.  Oh, I see.  It says:
9  "Published online 6 January 2016.
10 Freshwater Science."  Is that a document
11 we could pull off the Internet?
12   A.  Yes.
13   Q.  Okay.  How about, is it Hogsden?
14 Is that how you pronounce it?  Hogsden
15 and Harding?
16   A.  Again, if we can't, I can
17 provide that to you.
18   Q.  Okay.  And then finally, the
19 Hopkins document, 2013, Springer Science,
20 is that a --
21   A.  Same.
22   Q.  Okay.
23       THE WITNESS:  Are you keeping

**Gordon Johnson**

8

1 track of those?
2   Q.  It will be in the transcript.
3   A.  Okay.
4     MR. DAVIS:  Thank you very much.
5     MR. BROCK:  Yeah, I'm trying.
6   Q.  Okay.  Is it significant to you
7 in any way that, for example, with
8 reference to the sampling sites SW-1 and
9 SW-15 -- are you familiar with the points
10 that I'm talking about?
11   A.  I'll recheck just to be sure.
12   Q.  Sure.
13   A.  Okay?
14     (Witness reviews document.)
15     THE WITNESS:  Can they make
16 these things any smaller?
17     MR. BROCK:  Do you need a
18 magnifying glass.
19     THE WITNESS:  One of the things
20 I believe I have is a full-size version
21 of this.
22   Q.  Well, how about I just ask you
23 this way.

8

1     THE WITNESS:  I believe it's
2 down there; right?
3     MR. BROCK:  Yes.
4   Q.  Are you aware that the sampling
5 sites upstream and downstream of the
6 Maxine Mine -- and when I say sampling
7 sites, I mean in the Locust Fork River.
8   A.  Yes.
9   Q.  Of the Black Warrior River.  Are
10 you aware that those sampling sites had
11 very similar results as to pH, total and
12 dissolved metals, and some other
13 parameters?
14   A.  Yes, I am.
15   Q.  Okay.  Is the fact that there
16 are such similarities upstream and
17 downstream of the mine site of any
18 significance to you?
19   A.  I don't think that those two
20 results inform the restoration plan.  As
21 I've mentioned in my report, the
22 restoration plan is focused on trying to
23 keep the pollution in its place or remove

8

1 it.  And the quality of water in the
2 Locust Fork is clearly not relevant to
3 that.  But it does provide relevant
4 information on the background, the
5 natural water quality of the Locust Fork,
6 and, you know, would be evidence that
7 there's, you know, the volume of water
8 entering the Locust Fork is very small
9 relative to the volume of water in it.
10 So those are the two areas that I would
11 say are significant.
12   Q.  Okay.  And given that, do you
13 not think that a demonstrable lack of
14 impact on the Locust Fork River
15 recommends against a project of the scope
16 that you are proposing?
17     MR. BROCK:  Object to the form.
18   A.  The answer to your question, in
19 my view, is no.  The concentrations of
20 the metals are very high in relation to
21 what I'm used to seeing in properly
22 managed waste rock facilities, waste rock
23 dumps, if you will, from mines.  pH is

8

1 extremely low.  The erosion and the rate
2 of erosion is larger than I've ever seen
3 coming from any of the mines that I've
4 worked on.  So, you know, that, that
5 evidence, in my opinion, is -- that
6 situation, in my opinion, requires action
7 to stop the pollution from going to
8 Tributary 1 and the Locust Fork.
9   Q.  What is the effect if it's not
10 stopped?
11   A.  That it will continue.
12   Q.  I understand that.  I get that.
13   A.  Well, with the rate of erosion,
14 the rate of, you know, heavy metals
15 migration into the Tributary 1 and into
16 the places in the Locust Fork where it
17 discharges are going to continue to be at
18 this level.  And I think the rate of
19 erosion will continue until all of the
20 mine waste has been eroded into the
21 river.  I don't think there's anything to
22 stop it.  Because the erosion is eating
23 from the toe up to the top, and it will

**Gordon Johnson**                                      55 (217 - 220)

Page 217

8

1 continue.
2   Q.   Right.  And the question I'm
3 asking you is, what if that happens?
4 What is the end result?
5   A.   The end result would be
6 Tributary 1 would be a mass of mine
7 waste.  The banks of the Locust Fork and
8 the base of the Locust Fork where the
9 water discharges will be covered in mine
10 waste.
11   Q.   Okay.  What happens to the
12 Locust Fork?  Anything?
13   A.   Well, those things.  Those
14 things happen to it.
15   Q.   Okay.  Would you like to take a
16 short break?
17   A.   I'm happy to power through if
18 you're happy to power through.
19   Q.   Okay.  That will be fine.
20       I didn't have a chance to check
21 myself, but I will ask you, does Burgess
22 Environmental have a website?
23   A.   Yes.

Page 218

8

1   Q.   On that website do you advertise
2 or promote your services as an expert
3 witness?
4   A.   Yes.
5   Q.   Okay.  How do you do that?
6   A.   I think there's a page of the
7 website that provides a brief summary of
8 the fact that I do that.
9   Q.   Okay.
10   A.   And have done that in the past.
11   Q.   Okay.
12   A.   And I think it's mixed in with
13 my services in the regulatory area.
14   Q.   Okay.  Services provided?
15   A.   Type of thing, yeah.
16   Q.   Okay.  I don't want a number.
17 I'm looking for a percentage.  How much
18 of your annual income comes from
19 providing services as an expert witness?
20   A.   In one way, shape, or form,
21 probably about 25 percent.
22   Q.   Okay.
23   A.   It could ebb and flow in any

Page 219

8

1 given year.
2   Q.   Certainly.  And then, I take
3 it -- I'll just ask you.  Is it a fair
4 assumption, then, that the remainder of
5 your income comes from the other areas of
6 your work that are reflected on your CV?
7   A.   Correct.
8   Q.   Okay.  Does Burgess
9 Environmental have any staff that work in
10 addition to you?
11   A.   Not on a full-time basis.
12   Q.   Okay.
13   A.   I do from time to time need to
14 basically contract out services like
15 drafting.
16   Q.   Okay.
17   A.   Sometimes a helper of some sort.
18   Q.   Okay.
19   A.   Sometimes clerical assistance.
20   Q.   Okay.  And you would contract
21 that out, too?
22   A.   Yes.
23   Q.   Okay.  Kind of a lean operation;

Page 220

8

1 right?  There's nothing wrong with that.
2       We've already talked about
3 continuing education.
4       Do you have any litigation
5 experience as either a plaintiff or a
6 defendant?
7   A.   No.
8   Q.   Have you sued or been sued?
9   A.   No.
10   Q.   Congratulations.  What did you
11 do in preparation for your testimony here
12 today?
13   A.   I reviewed my reports.
14   Q.   Okay.
15   A.   I reviewed the reports -- the
16 rebuttal report and the original report
17 from Anthony Brown.  And I spent the day
18 yesterday discussing the project with
19 SELC.
20   Q.   Did you talk the Barry Sulkin
21 about his testimony?
22   A.   No.
23   Q.   How about Anthony Brown?

Page 221

8

1    A.   Very briefly.
2    Q.   What did you talk about?
3    A.   He was on his way to the
4  airport.  We got together for a beer.  So
5  maybe 20 percent of the discussion was
6  about maybe even yourself.
7    Q.   Okay.  Tell me what was said.
8    A.   He said you tend to rock in your
9  chair.
10   Q.   Yeah, I do.  Admitted.
11   A.   So the nature of the questions
12 you were asking.
13   Q.   Okay.  All right.  Anything else
14 that you care to share with us?
15   A.   No.
16   Q.   You had your chance.  Okay.  Did
17 you talk to -- I take it, since you read
18 Dr. Dimova's report and deposition, did
19 you talk to Dr. Dimova at all?
20   A.   Not at all.
21   Q.   How about Dr. Huryn?
22   A.   Not at all.
23   Q.   Okay.  Can you tell me if

Page 222

8

1  there's any information or data that
2  might change your opinion about what the
3  appropriate approach to the Maxine Mine
4  site would be?
5    A.   I think it's not data per se.
6    Q.   Okay.
7    A.   But if a responsible plan for
8  managing the materials in place was put
9  forward, I think it would be worth
10 considering.
11   Q.   Okay.  And in your view, a
12 responsible plan for management in place
13 would address all of the issues that you
14 have said in your reports need to be
15 addressed; right?
16   A.   Not necessarily in the same
17 exact way, but in an equally effective
18 way, yes.
19   Q.   Okay.  In reaching the
20 conclusions and opinions you've offered
21 to us, can you identify any assumptions
22 that you have made that underlie your
23 conclusions and opinions?

Page 223

8

1    A.   Any assumptions that -- when you
2  say "underlie," meaning support?  Or
3  undermine?
4    Q.   Well, I'm assuming --
5    A.   I'm just not used to that term
6  being used.  Sorry.
7    Q.   I am assuming that you would
8  only have used assumptions that supported
9  your conclusions.  And I guess I'm asking
10 you, are there assumptions that are
11 underlying, supporting your opinions that
12 you can identify?
13   A.   The reasoning and the evidence
14 and the rationale for my opinions are all
15 expressed in my reports.  There's not
16 other assumptions that I have of any
17 consequence.
18   Q.   All right.  And if there are any
19 assumptions, those would be either things
20 that could be readily identified or
21 inferred from how you've written your
22 report --
23   A.   Yeah.

Page 224

8

1    Q.   -- and what's stated therein?
2    A.   Yeah.
3    Q.   Okay.  In preparing your reports
4  or doing your analysis, do you use any
5  kind of specialized computer software?
6    A.   No.
7    Q.   Would you suggest that a risk
8  assessment at the Maxine Mine property
9  would be necessary as a part of
10 formulating any ultimate plan?
11   A.   By that, do you mean
12 toxicological risk assessment?
13   Q.   I mean any kind of risk
14 assessment, so I guess I'm putting it out
15 there for you to address as you would
16 deem appropriate.
17   A.   The reason why I ask is the term
18 "risk assessment" in the environment
19 implies a very specific process of going
20 through exposure pathway, toxicity, that
21 sort of thing.  Is that specifically what
22 you're talking about a risk assessment?
23 Or are you talking about risks like a

**Gordon Johnson**

57 (225 - 228)

8

1  normal person would on the street?
2    Q.   That's a fair question.  Are you
3  aware that Alabama requires specific
4  steps to be taken in a risk assessment in
5  relation to the investigation and
6  remediation of various kinds of sites
7  that ultimately need remediation?
8    A.   I'm aware --
9      MR. BROCK:  Object to the form.
10     THE WITNESS:  Okay.
11     MR. BROCK:  Go ahead.
12    A.   I'm aware of the risk assessment
13  process.
14    Q.   Okay.
15    A.   And how it dovetails into the
16  assessment and remediation of
17  contaminated sites.
18    Q.   Right.
19    A.   You know, does it have
20  application on this site?  Should it have
21  application on this site?  You know, I
22  would turn it around and say, in my view,
23  the responsible management, care, and

8

1  control of the GOB pile is what's
2  required.  After that is done, then one
3  might consider using the principles of
4  risk assessment to see what the ultimate
5  effects might be to the surrounding
6  environment.  But it would be predicated
7  on the responsible management of the GOB
8  pile.
9    Q.   Okay.  Is it an assumption of
10  your clear-cutting and excavation plan
11  for the property that there is no
12  conflict between your plan and any legal
13  requirements of the State of Alabama?
14    A.   Sorry, you're going to have to
15  tell me that again.
16     MR. DAVIS:  Can you read that
17  back?  I can probably improve it, but.
18     (Requested portion read.)
19    Q.   Did you understand the question,
20  or should I try again?
21    A.   I'll put it this way.  I
22  wouldn't see the plan contravening any
23  acts or rules.  I'm not aware of any that

8

1  it would.  It would require permissions
2  in certain areas, but I don't see it
3  contravening, if that's the nature of the
4  question.
5    Q.   Okay.  Let me ask it another
6  way.  I think you've answered it.  Just
7  to make sure that we're communicating.
8      It's an assumption of your plan
9  that there's no legal impediment to it
10  being implemented; right?
11    A.   I'm not aware of any.
12    Q.   Okay.  All right.  Have you
13  reached, based on your review of the
14  various materials that you've looked at,
15  any conclusions or opinions that are
16  either -- let me start all over.
17      Have we now talked about any
18  conclusions or opinions that you've
19  formulated about the Maxine Mine site?
20    A.   Have we?
21    Q.   Have we talked about all your
22  conclusions and opinions about the Maxine
23  Mine?

8

1    A.   Certainly the most relevant
2  ones, yes.
3    Q.   Okay.  Are there any other
4  conclusions or opinions you have reached
5  besides the ones that we have talked
6  about today or that are otherwise
7  reflected in your two reports and your
8  memorandum?
9    A.   No.
10    Q.   Okay.  Do you have any other
11  data-gathering, analysis, or other work
12  planned as of today?
13    A.   We don't have any specific
14  plans.  I think there was a discussion as
15  to whether or not there would be some
16  value in collecting additional
17  information.
18    Q.   Okay.
19    A.   I'll leave that to, you know,
20  the group to decide whether that has some
21  value or not.
22    Q.   Okay.  Nothing has been
23  determined as you sit here today; right?

Page 229

8

1    A.   No.
2    Q.   All right.  So what we have as
3  of June 21st, 2018, and in your
4  deposition here and your reports is
5  everything Gordon Johnson has to say
6  about the Maxine Mine property?
7    A.   Yes.  In a relatively concise
8  format, yes.
9    Q.   Okay.  All right.  Give me a few
10  minutes.  I think I may be ready to wrap
11  this up.
12        (Break taken.)
13        MR. DAVIS:  I don't have any
14  more questions.
15
16        END OF DEPOSITION
17        (3:40 p.m.)
18
19
20
21
22
23

8

1    C E R T I F I C A T E
2  STATE OF ALABAMA    )
3  COUNTY OF JEFFERSON )
4        I hereby certify that the above
5  and foregoing proceeding was taken down
6  by me by stenographic means, and that the
7  content herein was produced in transcript
8  form by computer aid under my
9  supervision, and that the foregoing
10  represents, to the best of my ability, a
11  true and correct transcript of the
12  proceedings occurring on said date at
13  said time.
14        I further certify that I am
15  neither of counsel nor of kin to the
16  parties to the action; nor am I in
17  anywise interested in the result of said
18  case.
19        /s/ Lane C. Butler
20        LANE C. BUTLER, RPR, CRR, CCR
21        CCR# 418 -- Expires 9/30/18
22        Commissioner, State of Alabama
23        My Commission Expires:  2/11/21

**Gordon Johnson**                                                    **231**

**WORD INDEX**

**< $ >**
**$200**  116:*18*  117:*1*
**$400**  116:*20*

**< , >**
**,**  141:*12*

**< 1 >**
**1**  6:*12*  12:*12, 15*
55:*4, 11*  66:*11*
70:*14*  81:*18*  87:*15*
88:*17*  100:*17*
101:*17*  108:*19, 20,*
*22*  109:*3, 6*  111:*3,*
*5, 9, 18*  112:*23*
159:*9, 9*  173:*2*
184:*13*  192:*17*
205:*15*  207:*1*
216:*8, 15*  217:*6*
**1.1**  113:*23*
**10**  164:*17*  205:*14*
**100**  2:*8*  5:*5*  7:*8*
**11**  6:*15*  230:*23*
**12**  6:*12*
**1495138**  19:*11*
**15**  6:*13*
**17**  6:*15*
**175**  129:*2*  131:*5*
**18**  126:*13*  230:*21*
**181**  6:*15*
**19**  101:*10*
**191**  6:*16*
**1964**  174:*16*
**1975**  140:*17*
**1981**  40:*14*
**1982**  141:*12*
**1985**  83:*14*  152:*22*
**1986**  83:*15*
**1987**  36:*3*  37:*3*
41:*13*
**1992**  36:*23*
**1993**  36:*23, 23*
153:*4, 7*
**1994**  37:*1*
**1995**  22:*5*
**1997**  176:*9*
**1998**  211:*23*

**< 2 >**
**2**  6:*13*  13:*15*
15:*13, 14*  25:*16*
127:*3*  230:*23*
**2:16-cv01443-AKK**
1:*7*
**20**  206:*4*  221:*5*
**200**  117:*20, 20*
**2006**  36:*4*  37:*3*
**2009**  22:*5*
**2013**  212:*19*
**2013-2014**  32:*21*
**2016**  212:*8, 9*
**2017**  6:*14*  15:*18,*
*21*  26:*4, 9*  101:*10*
114:*1*  126:*5, 10*
134:*2*  136:*13*
138:*9*  149:*21*
150:*14*  158:*10*
181:*12*  211:*11, 12*
**2018**  1:*20*  2:*11*
3:*12*  6:*16*  7:*11*
26:*10*  126:*7*  134:*2*
136:*14*  229:*3*
**21**  1:*20*  230:*23*
**2-11**  204:*12*
**2-13**  205:*10*
**2-16**  206:*17*
**21st**  2:*10*  3:*11*
7:*11*  229:*3*
**2-2**  192:*16*
**25**  25:*3, 4*  218:*21*
**2-8**  195:*1*
**282**  4:*8*
**2829**  4:*8*

**< 3 >**
**3**  6:*14*  42:*1*  53:*17,*
*21*  114:*2*  127:*3*
138:*8*  184:*1*
**3,600**  164:*16*
**3.1**  117:*22, 23*
**3.2**  124:*7*  127:*2*
**3.3**  160:*15*  163:*17,*
*19*
**3:40**  229:*17*
**30**  230:*21*
**300**  164:*16*

**3-2**  127:*1*
**344**  206:*5*
**35209**  5:*6*
**35222**  4:*16*
**35233**  4:*9*
**37th**  4:*15*

**< 4 >**
**4**  6:*4, 8*  50:*16, 16*
180:*23*  181:*1, 5*
190:*2*  194:*23*
195:*18*  196:*17*
201:*9*
**4.4**  175:*7*
**4-1**  138:*15, 17*
**418**  230:*21*
**4-2**  138:*22, 22*
139:*16*
**4-3**  140:*1, 3, 23*
141:*4*
**4-4**  141:*12, 17*
143:*7*
**45**  164:*22*
**4-5**  138:*14*  142:*18*
143:*7*

**< 5 >**
**5**  6:*16*  191:*9, 10,*
*14*  192:*13*  194:*23*
195:*19*  196:*15*
**5.1**  125:*3*  144:*4*
**5.2**  147:*10*  148:*20*
**5.3**  148:*23*  204:*15,*
*16*
**5.4**  125:*4, 5, 7, 11,*
*19, 23*  126:*4*
149:*16, 17*
**5.5**  150:*7*
**50**  25:*2*
**50,000**  156:*6, 12,*
*19*  164:*21*  165:*7*
**500**  160:*6*  165:*2*
**5-1**  144:*5*  151:*6*
210:*21*
**5-2**  151:*16*
**53**  6:*14*
**5-3**  152:*6*
**5-4**  152:*11*
**5-5**  149:*15, 17*

**5-6**  149:*18*  150:*8*
**5-8**  150:*8*

**< 6 >**
**6**  202:*20*  203:*18*
204:*4*  212:*9*
**6.1**  152:*14*
**6.2**  152:*13*  153:*11*
154:*21*  157:*19*
205:*12*
**6.3**  153:*22*  166:*2*
**6.5**  166:*22*
**6-2**  152:*15*
**6-3**  153:*9*

**< 7 >**
**7**  170:*5*  198:*23*
203:*20*
**710**  4:*15*
**75**  140:*10*

**< 8 >**
**8**  6:*4, 15*  26:*9*
174:*8, 9*  191:*1*
192:*1*  193:*1*  194:*1*
195:*1*  196:*1*  197:*1*
198:*1*  199:*1*  200:*1*
201:*1*  202:*1*  203:*1*
204:*1*  205:*1*  206:*1,*
*15*  207:*1, 15*  208:*1*
209:*1*  210:*1*  211:*1*
212:*1*  213:*1*  214:*1*
215:*1*  216:*1*  217:*1*
218:*1*  219:*1*  220:*1*
221:*1*  222:*1*  223:*1*
224:*1*  225:*1*  226:*1*
227:*1*  228:*1*  229:*1*
230:*1*
**80**  139:*4*

**< 9 >**
**9**  176:*16*  230:*21*
**9:00**  2:*12*  7:*10*
**90**  183:*14*
**95**  181:*19*

**< A >**
**A,**  11:*22*
**a.m**  2:*12*  7:*11*
**abbreviation**  143:*9*

**ABC** 63:*9* 83:*16*,
*20* 84:*1* 85:*5* 86:*4*
89:*10* 122:*19*
139:*13* 141:*13, 23*
152:*20*
**ABC's** 89:*10*
**ability** 230:*10*
**able** 32:*9* 81:*16*
156:*20* 169:*10*
173:*3* 181:*14*
189:*19* 206:*12*
**above-noted** 91:*23*
**absence** 193:*22*
207:*20*
**absent** 208:*1*
**Absolutely** 100:*1*
**absorbed** 166:*12*
**acceptable** 187:*23*
**acceptance** 137:*3,*
*21*
**accepted** 133:*17*
**accessible** 176:*12*
**accommodate** 12:*4*
**accompanies** 176:*17*
**account** 99:*9*
157:*6* 200:*18*
206:*2*
**accountants** 52:*22*
**accounting** 181:*15*
182:*9, 21* 189:*10*
190:*10* 191:*3*
**accumulate** 72:*20*
113:*11*
**accumulated**
106:*22* 109:*8*
202:*22* 203:*8*
**accumulates** 70:*7*
**accumulating**
106:*21*
**accumulation**
101:*13* 197:*19*
**accumulations**
207:*23*
**accurate** 37:*11*
38:*17* 146:*16*
151:*13, 14*
**accurately** 37:*13*
39:*16*
**accustomed** 56:*10*

**achieve** 137:*2*
**achieved** 128:*4*
**acid** 71:*20* 72:*2*
76:*23* 77:*4, 15*
78:*3, 8, 10, 15, 18,*
*19, 20* 79:*1, 7, 12*
80:*11, 15* 97:*16*
168:*21* 175:*23*
181:*15* 182:*11*
183:*5, 20* 184:*1*
193:*2*
**acid-base** 182:*9, 21*
189:*10* 190:*10*
191:*3*
**acid-generating**
181:*21* 182:*4, 16*
183:*4, 11* 190:*18*
**acidic** 82:*20*
108:*19, 20* 109:*2,*
*11, 16* 119:*8*
168:*19*
**acidification** 77:*8*
82:*11* 209:*14, 17*
**acidity** 100:*21*
101:*1* 118:*19*
181:*22* 182:*12*
183:*22*
**acknowledge**
133:*22*
**acres** 129:*2* 131:*5*
**acronym** 55:*12*
114:*16*
**Act** 114:*5, 6, 12, 20*
**acting** 7:*3*
**ACTION** 1:*7*
49:*11* 89:*2* 216:*6*
230:*16*
**activities** 78:*13*
132:*1* 144:*21*
**activity** 44:*21* 47:*9*
56:*20* 88:*15* 131:*1*
134:*11*
**acts** 10:*16* 226:*23*
**actual** 13:*20* 53:*6*
56:*17* 70:*9* 152:*1*
163:*22* 198:*5*
**actuality** 197:*3*
**add** 173:*21* 199:*22*
**added** 141:*3*

**addendum** 149:*8*
190:*6*
**addition** 64:*7*
70:*21* 111:*2*
219:*10*
**additional** 26:*7*
102:*4* 228:*16*
**address** 222:*13*
224:*15*
**addressed** 222:*15*
**adds** 173:*14*
**ADEM** 174:*11*
**adjacent** 87:*16, 18*
101:*16* 143:*19*
167:*22* 202:*23*
208:*16*
**administrative** 8:*19*
9:*6* 10:*12, 23*
117:*10*
**Admitted** 221:*10*
**adopted** 85:*8*
**adopting** 150:*23*
**advance** 179:*3*
**adverse** 47:*10*
123:*9* 131:*20*
194:*1*
**advertise** 218:*1*
**advised** 3:*13* 24:*6*
**Advisian** 101:*10*
151:*12, 19*
**advocacy** 53:*6*
**advocate** 51:*12*
135:*5*
**advocates** 129:*13*
130:*8, 12*
**aerial** 138:*23*
**aesthetic** 48:*4*
187:*7*
**affect** 202:*16*
**ago** 18:*4, 5* 76:*9*
**agree** 68:*2* 91:*4*
92:*7* 102:*20*
104:*11, 15, 19*
137:*15* 146:*12*
189:*10, 15* 196:*23*
197:*5* 199:*15, 21*
209:*20, 23*
**AGREED** 2:*2, 14,*
*22*

**agreeing** 152:*4*
**agreement** 151:*2*
**agricultural** 132:*1*
**ahead** 131:*15*
135:*16* 149:*15*
225:*11*
**aid** 230:*8*
**Air** 45:*18* 47:*16,*
*16, 18, 20*
**airport** 25:*12*
221:*4*
**air-related** 47:*14*
**aisle** 116:*1*
**ALABAMA** 1:*2*
2:*10* 4:*9, 16* 5:*6*
7:*3, 10* 17:*1, 6*
18:*14* 26:*19* 27:*2,*
*4, 6, 9, 16* 71:*9*
120:*18* 123:*12*
131:*2* 175:*17*
181:*13, 17* 193:*20*
225:*3* 226:*13*
230:*2, 22*
**Alabama's** 132:*7*
**Alberta** 10:*16*
19:*11* 28:*15*
176:*23* 177:*8, 11*
**alkaline** 181:*22*
182:*3, 13* 183:*19*
**alkalinity** 190:*22*
**allowed** 12:*22*
**alternatives** 173:*22*
**AMD** 76:*23*
**Amec** 205:*16*
211:*18*
**American** 21:*8*
**amount** 67:*18*
71:*7* 73:*15* 171:*8*
195:*5* 196:*7*
**amounts** 180:*16*
**anaerobic** 209:*11*
**analogous** 53:*4*
**analogy** 52:*19, 20*
198:*10*
**analyses** 72:*11*
149:*12* 181:*10, 16*
**analysis** 54:*13*
59:*9* 65:*13* 69:*11,*
*11, 13* 115:*5* 128:*6*
132:*9* 151:*1*

165:*20*  166:*3*, *7*
189:*9*  190:*10*, *15*
197:*3*  198:*14*
224:*4*  228:*11*
**analytes**  60:*13*
**analytical**  66:*15*
67:*12*  80:*18*  81:*22*,
*23*  124:*10*  126:*19*
132:*14*  197:*11*
204:*19*
**analytical-based**
147:*1*
**analyzed**  181:*13*
**analyzing**  35:*2*
**Andreen**  4:*6*
**angular**  207:*18*
**animals**  48:*4*
**annual**  179:*1*
180:*7*  218:*18*
**answer**  17:*8*, *9*
18:*8*  32:*15*  38:*22*
39:*9*, *11*  41:*21*
53:*8*  62:*23*  63:*22*
65:*18*  68:*7*, *8*
79:*19*  103:*17*
104:*11*, *21*  108:*2*
114:*22*  115:*10*, *20*,
*21*  116:*11*  121:*3*
123:*20*, *22*  131:*8*,
*11*, *15*  135:*7*  137:*7*
147:*22*  155:*2*
189:*3*  201:*2*  202:*4*,
*6*  215:*18*
**answered**  38:*19*
39:*5*  76:*8*  115:*15*
162:*17*  189:*23*
227:*6*
**answers**  11:*13*, *14*,
*21*  105:*3*  107:*8*
**Anthony**  20:*8*
21:*4*, *7*  22:*7*, *17*, *22*
23:*15*, *18*  66:*21*
138:*18*  151:*20*
220:*17*, *23*
**anticipated**  10:*18*
**Anyway**  135:*16*
**anywise**  230:*17*
**APEGA**  177:*8*
**apparent**  143:*9*
**APP'D**  143:*19*

**appear**  54:*6*  86:*17*
167:*10*  188:*5*
**appearance**  72:*3*, *5*
80:*12*  203:*6*
**appears**  54:*5*
138:*14*  174:*18*
175:*7*  181:*8*
191:*11*  208:*14*
**append**  12:*23*
**appended**  11:*23*
**apples**  182:*2*, *2*
189:*13*, *13*
**applicable**  187:*16*,
*18*  188:*18*
**application**  65:*9*
154:*18*  158:*18*
187:*22*  225:*20*, *21*
**applied**  98:*2*, *2*
188:*23*  189:*6*
**applies**  66:*12*, *15*
187:*13*
**apply**  49:*4*  134:*18*
156:*17*
**appreciate**  134:*22*
176:*8*  184:*12*
**appreciated**  212:*7*
**approach**  66:*13*
94:*1*  98:*8*, *8*
196:*23*  197:*10*
201:*5*  222:*3*
**approaches**  97:*12*
**appropriate**  132:*6*,
*12*, *21*  188:*4*  222:*3*
224:*16*
**approvable**  128:*18*
**approved**  129:*1*
134:*3*, *5*  143:*20*
**approximate**  201:*6*
**approximately**  2:*11*
7:*10*  17:*15*  55:*6*
160:*14*  171:*14*, *15*
173:*11*  201:*11*, *12*
206:*22*
**approximates**  73:*15*
**April**  6:*16*  26:*10*
134:*2*  136:*14*
**aquatic**  45:*16*
46:*16*, *18*
**aquilogic**  60:*14*
66:*18*, *21*  67:*14*

68:*1*, *3*, *12*  69:*12*
76:*1*  84:*17*  93:*3*
119:*15*, *17*, *21*
124:*12*  125:*13*
139:*23*  159:*17*
160:*9*  188:*2*, *6*
**Arabia**  25:*10*
**Arctic**  40:*23*
**area**  51:*10*  72:*20*
73:*21*  74:*2*  77:*7*, *8*
84:*20*, *22*  85:*15*, *17*
87:*14*  88:*7*, *8*  94:*2*,
*16*  99:*17*  120:*17*
131:*18*  134:*8*
139:*1*, *3*  141:*20*
158:*22*  160:*15*, *19*
161:*11*, *15*  162:*2*,
*10*, *14*  164:*10*
167:*21*  168:*3*
169:*5*, *7*, *11*, *22*
172:*10*  173:*9*
186:*15*  201:*21*
210:*15*, *17*  218:*13*
**area,**  25:*22*
**areas**  31:*23*  44:*5*
67:*13*  68:*11*  73:*22*
85:*15*  87:*2*, *18*, *21*
100:*5*  111:*8*
113:*21*  131:*22*
169:*2*, *16*  215:*10*
219:*5*  227:*2*
**arms**  61:*2*
**arrangement**
210:*13*
**arrived**  69:*20*
183:*7*
**arrow**  203:*3*
**arsenic**  102:*10*
156:*18*, *19*, *21*
185:*4*, *12*, *19*  186:*3*
**artful**  154:*22*
**articulated**  161:*18*
**ash**  10:*2*, *2*  26:*17*,
*23*  50:*22*  168:*9*
**asked**  27:*8*  58:*4*
76:*9*  104:*16*  130:*1*
**asking**  11:*11*
13:*18*  23:*1*, *2*, *7*, *17*
39:*1*  108:*21*  114:*9*
124:*2*  148:*15*

217:*3*  221:*12*
223:*9*
**aspect**  105:*3*
131:*13*
**aspects**  23:*16*  32:*5*
47:*10*  133:*20*, *20*,
*21*
**assessed**  42:*15*
47:*5*
**assessment**  25:*20*
26:*2*, *16*, *21*, *22*
29:*20*  33:*4*  42:*3*,
*20*, *22*  43:*1*, *5*, *13*
44:*17*, *22*  45:*2*, *3*, *5*
46:*6*, *7*, *8*, *8*, *9*
47:*17*  48:*18*  49:*2*
51:*10*  58:*22*  59:*3*,
*17*  60:*4*  61:*9*  62:*8*,
*10*, *18*  64:*1*, *6*  67:*2*,
*13*  68:*6*  71:*14*
76:*6*  104:*16*
152:*19*  160:*11*
166:*22*  171:*6*
188:*8*  194:*18*
196:*6*, *11*, *12*  211:*3*,
*7*  224:*8*, *12*, *14*, *18*,
*22*  225:*4*, *12*, *16*
226:*4*
**assessments**  31:*23*
48:*8*  52:*10*
**assign**  3:*4*
**assigned**  20:*2*
30:*22*
**assignments**  41:*3*
**assistance**  219:*19*
**associate**  90:*19*
**associated**  28:*21*
29:*4*  33:*6*  35:*4*
43:*14*  55:*5*  82:*13*
171:*9*, *22*  172:*5*
211:*3*
**Associates**  36:*17*
**assume**  62:*6*
**assuming**  198:*16*
223:*4*, *7*
**assumption**  161:*8*,
*12*, *18*  166:*9*  219:*4*
226:*9*  227:*8*

**Gordon Johnson** 234

**assumptions**
222:21  223:1, 8, 10,
16, 19
**Athabasca**  29:16
**attached**  12:16
15:15  53:22  181:6
191:15
**attain**  177:20
**attend**  179:18
**attention**  149:23
**attribute**  113:5
**attributes**  168:20
**audibly**  11:15
**August**  101:10
126:7  181:12
**authorities**  89:4
**authorized**  129:2
**AutoCAD**  142:11
**available**  14:23
15:7  59:12  63:22
67:7  158:9  176:3
184:3  212:1
**Avenue**  4:8
**average**  166:20
**averages**  160:14
**aware**  11:17  60:9
82:13  102:13, 22
153:5  214:4, 10
225:3, 8, 12  226:23
227:11

**< B >**
**B.C**  78:16, 17
79:11  211:22
**back**  39:10  58:2
61:15  76:14  83:19
86:10  112:22
135:2, 6  137:8
157:18  172:20
173:8  194:9
226:17
**Background**  118:1
119:11  120:7, 8, 11,
16, 19  121:8
141:19  143:3
185:6, 9, 12, 17, 22
186:8, 10, 12  215:4
**balance**  180:8
204:2

**ball**  178:4
**Banff**  19:20
**bank**  109:5  111:8
172:14  196:17
199:4  202:22
**banks**  109:8
201:18  207:21
217:7
**bare**  96:6
**Barkerville**  33:6
**barrels**  56:22
**Barry**  4:5  26:18
50:23  176:6
184:11  194:12
212:4  220:20
**base**  181:15  217:8
**based**  43:3  58:23
59:3, 18  64:6  71:6
73:1  76:6  101:22
114:3  119:20
122:22  144:12
147:20  149:3, 20
150:13  158:7
161:23  162:19
207:11  227:13
**basic**  161:8  196:9
**basically**  31:13
32:22  70:2, 5
161:3  219:14
**basin**  93:23  160:16
**basins**  71:3  73:2, 6
88:16  90:13  106:6
158:3, 14  159:11
197:21
**basis**  61:5  62:8
69:16  80:1, 6
81:10, 11, 12  82:8,
9  83:6  92:15
101:1  105:6, 11
106:13  107:21
108:11, 15  118:13
179:1  197:18
219:11
**bbrock@selcal.org**
4:10
**bear**  61:17  72:14
**becoming**  111:6
168:23
**bedrock**  113:2, 6, 8,

15  143:4
**beer**  221:4
**beginning**  152:17
157:21
**begins**  16:6  81:7
144:5
**behalf**  101:11
148:7
**belief**  122:18, 21
**believe**  12:17  34:6
37:12  51:21  57:8
74:23  75:23  82:1
93:3, 20  99:20
100:3  108:3
118:10  125:14
132:3  139:14
140:20  176:5
180:22  184:4
185:13  191:18, 22
205:17  212:3
213:20  214:1
**belongs**  191:23
**beneath**  81:15
110:19  112:9
**benefit**  211:17
**benthic**  46:20
**best**  45:11  76:16
96:19  137:14
172:1  230:10
**better**  115:23
128:21  156:3
157:20
**bigger**  73:9
**billed**  117:17
**Birmingham**  2:10
4:9, 16  5:6  7:9
**bit**  39:23  135:19
**BLACK**  1:9  4:14
8:10  75:21  108:4
128:10, 13  129:12,
21  130:7, 11  135:3
214:9
**block**  143:18, 19
**bodies**  133:11
**body**  48:19  60:17
62:15  133:18
136:15
**bond**  153:4
**book**  13:20
**books**  13:15

**boots**  18:17, 18
30:14
**boring**  125:11
**bottom**  10:2  26:16
101:18  104:6
143:8  198:1
199:10
**boundary**  86:1
139:22
**box**  68:15  202:20
**branch**  177:9
**break**  12:3  45:13
53:12, 14  116:14
138:2, 4  158:19
184:21, 23  217:16
229:12
**brief**  36:12  38:1
40:4, 5  41:2  218:7
**briefly**  221:1
**bring**  90:13
149:23  173:12, 12
209:16
**bringing**  114:4
**British**  31:6, 19
34:14  176:23
**broader**  62:2
**Brock**  4:5  7:23
13:18  38:18, 23
39:5  88:1  90:7
102:17  104:15
115:15, 19  116:13
126:10, 13  129:15
131:7, 12  135:8, 12,
15  138:3  184:22
192:1, 5  213:5, 17
214:3  215:17
225:9, 11
**Brookwood**  2:9
5:5  7:8
**brought**  8:10
65:19
**Brown**  14:14  20:8
24:7  66:21  67:3
101:11  138:19
139:6, 8, 15  141:1
150:2, 16, 17, 23
193:5  194:11
220:17, 23
**Brown's**  139:17

151:*13*, *20* 164:*22*
**brush** 169:*20*
**buffering** 190:*22*
**bullet** 28:*6* 42:*11*
69:*10*, *15* 79:*22*
81:*7* 92:*16* 95:*2*,
*12*, *15*
**bulletin** 175:*17*
**bullets** 88:*13*
**bundle** 64:*17*
**bundled** 45:*20*
46:*18*
**Burgess** 18:*23*
19:*10*, *19* 27:*13*
124:*11*, *14* 126:*20*
143:*15* 180:*10*
217:*21* 219:*8*
**business** 21:*9*, *11*
78:*23* 176:*2*
**Butler** 2:*6* 3:*9*
7:*1* 230:*19*, *20*
**BY,** 143:*9*

**< C >**
**Caballo** 18:*4*, *6*
**cable** 163:*1*
**calculate** 74:*22*
156:*21* 165:*22*
**calculated** 155:*23*
156:*4* 160:*21*
205:*16*
**Calculates** 23:*23*
**calculation** 67:*18*
154:*20* 155:*16*, *17*,
*19*, *21* 161:*16*
**calculations** 75:*9*
**Calgary** 19:*21*
**California** 40:*21*
41:*2*, *11*
**call** 19:*9* 23:*22*
178:*16*, *19* 197:*9*
210:*5*
**called** 9:*15* 21:*5*
22:*22* 31:*16* 41:*1*
44:*16*, *16* 102:*15*
179:*11* 181:*15*
182:*10*
**calls** 112:*23* 204:*5*
**Canada** 10:*20*, *20*,
*21* 23:*18* 24:*16*, *23*

25:*3* 44:*13*, *16*
49:*3* 77:*16* 124:*4*
176:*22* 178:*2*
179:*17*
**Canadian** 20:*1*
21:*10*, *14* 49:*13*
53:*7* 177:*19*

candreen@selcal.org
4:*11*
**cap** 87:*20*, *21* 88:*1*
168:*13* 169:*14*
**capacity** 183:*15*
190:*22*
**capped** 85:*16*
87:*14* 132:*5* 139:*4*
168:*4* 169:*12*, *23*
**capping** 84:*10*
87:*10* 88:*6*, *7*
99:*15* 171:*11*
172:*10*
**caps** 168:*8*
**carbonate** 82:*18*
**care** 39:*12* 221:*14*
225:*23*
**career** 22:*13*
34:*19* 37:*14* 64:*19*
185:*16*
**carried** 71:*3* 73:*6*
**carry** 86:*20*
**case** 8:*10* 10:*9*
22:*21* 25:*23* 29:*13*
34:*6* 51:*12* 52:*23*
55:*14*, *23* 65:*6*
68:*23* 74:*23* 80:*7*
90:*4* 92:*10* 115:*9*
117:*15* 135:*16*
136:*11* 142:*3*
162:*6* 170:*7*, *9*
193:*11* 199:*22*
201:*8* 208:*18*
230:*18*
**cases** 8:*20* 49:*22*
52:*22* 75:*1*, *2*, *18*
79:*13*
**categories** 13:*13*
16:*2* 46:*3*
**category** 47:*6*, *14*
52:*1* 63:*18*

**cause** 7:*13* 82:*6*,
*11* 183:*11*
**causing** 190:*4*
**caveat** 13:*23*
**CCR** 230:*20*, *21*
**ceased** 30:*3*
**CEK** 143:*10*
**cement** 17:*3* 27:*9*
43:*8*, *10*
**CENTER** 4:*7* 51:*5*
**certain** 43:*19* 50:*3*,
*4* 52:*21* 53:*1*
62:*17* 84:*8* 161:*22*
179:*13* 182:*16*
187:*17* 201:*15*, *16*,
*17* 227:*2*
**Certainly** 22:*3*, *17*
46:*2* 68:*9* 82:*23*
84:*17* 121:*4*
134:*15* 150:*3*
152:*2* 199:*12*
219:*2* 228:*1*
**certify** 7:*4* 230:*4*,
*14*
**CH2M** 211:*19*
**chair** 221:*9*
**challenge** 98:*17*
**chance** 148:*5*
206:*4* 217:*20*
221:*16*
**change** 16:*4* 86:*6*
120:*2* 200:*21*
205:*6* 210:*2*, *6*, *7*, *9*,
*12* 222:*2*
**changed** 85:*13*
**changes** 15:*20* 86:*5*
**channels** 70:*6*
**characteristics**
96:*23* 107:*3*
109:*17* 152:*14*
193:*1*
**characterization**
102:*19* 149:*1*
**charge** 116:*23*
179:*15* 180:*16*
**Charles** 143:*13*
**check** 180:*8* 217:*20*
**chemical** 107:*3*
**chemicals** 103:*23*
**choose** 172:*3*

**Chris** 20:*20* 21:*15*
22:*10*, *18* 75:*16*, *20*
**Christina** 4:*6*
**circle** 135:*2*
**circumstances**
43:*19* 65:*1*
**citation** 152:*21*
**cite** 121:*12*
**cited** 62:*20* 176:*1*
**CIVIL** 1:*7* 3:*8* 7:*5*
**claim** 114:*12*, *14*, *19*
**claims** 114:*4*, *12*
115:*8*
**clarification** 52:*21*
53:*3* 84:*8* 107:*16*
177:*6* 178:*16*
**clarified** 107:*12*
**clarify** 27:*11*
90:*12* 105:*16*
107:*23* 121:*2*
**clarifying** 76:*19*
99:*19*
**clarity** 142:*4*
**clause** 159:*19*
**clay** 173:*12*
**Clean** 114:*5*, *11*
**cleaning** 57:*16*
**clear** 47:*20* 56:*12*
71:*18*, *21* 87:*9*, *12*
103:*12* 107:*20*
122:*2* 196:*3*
197:*16* 201:*17*
**clear-cutting**
130:*13* 131:*5*
226:*10*
**clearing** 98:*17*, *18*
129:*8* 130:*22*, *23*
131:*18* 134:*4*, *8*, *13*
136:*2*
**clearly** 11:*16*
68:*14* 70:*18* 102:*1*
103:*20* 109:*11*
175:*6* 197:*14*
202:*18* 215:*2*
**Clements** 212:*7*
**clerical** 219:*19*
**client** 52:*5* 134:*21*
**clients** 38:*2*
**close** 117:*20*
167:*14*

closed 33:*14*, *23* 34:2
Closure 210:*21*
coal 9:*10* 17:5, *11*, *12*, *18* 18:*13* 27:*16* 28:20 29:*1*, *4*, *15* 31:4, *5*, *13*, *13*, *15*, *17*, *21* 32:22 34:*13*, *16* 55:23 56:2, *3* 58:5, *11*, *15* 77:*12*, *15*, *19* 78:7 79:*3*, *8*, *18*, *18* 82:*14* 97:6 122:4 168:9 208:9
coincident 162:8
collect 96:*19*
collected 59:8, *21* 115:4 181:*11* 185:20
collecting 228:*16*
collection 97:*21*
color 193:5, *11* 207:7 208:2
colored 68:*16*
Columbia 31:6, *20* 34:*14* 177:*1*
combined 153:*23*
come 23:*11* 73:*14* 84:5 142:5 160:*17* 162:21 164:*14* 167:5, *7* 193:*10* 208:*15*
comes 96:*13* 218:*18* 219:5
comfortable 12:9
coming 111:*16* 216:3
commencing 2:*11* 7:*10*
comments 191:*17* 211:*18*
commingles 110:*14*
Commission 230:*23*
Commissioner 230:22
common 20:8 21:2 55:3 94:*1* 189:*19*
communicate 74:*18*
communicating 79:*16* 146:*17* 227:7

communications 86:*3*
compact 209:*11*
compaction 200:*19*
companies 40:22 131:*21*, *23*
COMPANY 1:*14* 8:9 17:2 21:5, *23* 22:*13* 35:*11* 37:*17* 40:5, *6*, *10*, *15* 41:*1* 84:*19*
compare 182:2
compared 166:*4* 171:5 177:*23*
comparing 161:*3* 163:*12* 189:*13*
comparisons 189:*12*
compelling 199:*13*
competent 208:22
complete 32:9 54:4, *5*, *6* 59:*17* 65:*18* 67:*1* 86:*14*, *19* 90:*19* 99:*13* 128:*1* 181:2, *8* 190:*21* 191:*12*, *22* 192:*11* 193:22 197:*19*
completed 32:*17* 35:*21* 59:9 106:*19* 124:*10*, *14* 126:20 148:6 152:*20* 183:*12*, *13*
completely 106:5 190:*21*
compliance 2:*18* 65:2 88:*17*
compliant 88:8
complicated 14:7
comply 86:6
component 126:*19*
components 45:*10*, *22* 46:*23* 93:*14* 96:*11* 99:2 108:*10*
composition 107:*4*
compound 58:*13*
compounds 168:*21*
comprises 121:*19*
computer 224:5 230:8
conceive 128:*3*

concentration 119:9 154:*11* 155:8 156:*19* 185:*13*, *18* 205:2
concentrations 82:*19* 101:2 102:*10*, *11* 118:20 119:*11* 120:8, *9*, *11*, *15*, *17*, *20* 156:*16* 157:4 185:7 186:*3* 188:*1* 193:8 204:22 205:6 215:*19*
concept 32:6 89:9
conceptual 51:*21* 73:23
conceptualizing 69:*3*
conceptual-level 98:*1*
concerns 10:*1*
concise 229:7
conclude 110:*18* 118:23 168:*17* 171:16 199:*10*
concluded 71:5 80:*10* 158:*10* 171:8
conclusion 62:*18* 69:*16* 106:*14* 113:*17* 119:20 167:6, *7* 183:6, *7* 195:*10* 198:9
conclusions 61:*10* 120:*1* 146:5, *21* 147:3, *20* 182:23 190:*15*, *16* 191:5 222:20, *23* 223:9 227:*15*, *18*, *22* 228:4
conclusive 198:*4*
conditions 94:*17* 153:2 185:*10* 200:*18* 203:5
Conditions, 153:*11*
conductivity 158:*21* 159:*16* 160:6 164:*23*
Conestoga-Rovers

36:*17*, *22* 39:20
confirm 54:*3* 80:*19*
confirmed 193:*17*
conflict 226:*12*
confluence 101:*17* 109:6 111:9
confluences 207:*1*
conform 104:*4*
conforms 95:*17* 96:*1*
confusing 126:*17*
Congratulations 220:*10*
connection 104:*17*
connotations 134:*16*, *17*
consequence 223:*17*
consequential 145:*3* 146:*14*
conservation 46:*10* 114:6, *20*
consider 57:6 185:8 226:*3*
consideration 196:8
considered 60:*4* 148:*11* 162:7 187:6
considering 148:*12* 222:*10*
consist 118:*18*
consistent 41:*19* 72:4 102:*12* 103:*18* 152:*18* 153:2 161:*10* 166:20 185:*15*, *18*, *21*
consists 122:*14*
constant 118:7
constitute 97:9
constitutes 160:*1*
constructed 32:*13* 73:3
constructing 88:*15*
construction 16:9
Consultants 29:*23* 59:*10* 89:*10*
consulting 40:6
consumed 183:*16*, *20* 189:8 191:*1*
contact 96:*14*

contacted 22:*19*
contain 97:*19*
contained 29:*12*
211:*1*
containing 97:*18*
containment 26:*17*
50:*22* 97:*3, 10*
contains 100:*18*
101:*1* 210:*22*
contaminant 185:*4*
186:*17* 188:*18*
contaminated 94:*5,
7* 96:*9* 118:*4, 15*
158:*2, 11* 193:*18*
225:*17*
contamination 82:*7*
91:*18* 92:*1* 100:*18*
118:*16, 17* 119:*2, 6*
121:*21* 153:*12*
154:*1, 3, 7, 9, 12*
155:*9, 13, 20* 157:*7,
10* 165:*19* 171:*13*
188:*16* 193:*14*
content 230:*7*
context 69:*19*
123:*22* 170:*18*
187:*3, 4*
continue 33:*21*
86:*15* 107:*7* 112:*9*
138:*6, 7* 142:*16*
172:*17* 216:*11, 17,
19* 217:*1*
continued 35:*18*
66:*9*
continues 52:*6*
92:*4* 100:*12* 105:*5*
112:*15* 114:*1*
199:*14*
continuing 88:*13*
101:*8* 105:*23*
106:*14* 178:*9, 13,
15* 179:*11* 220:*3*
continuous 37:*3*
38:*14* 100:*23*
118:*13*
contract 143:*16*
219:*14, 20*
contracting 41:*7*
contractor 40:*19,*

*19*
contrast 113:*13*
contravening
226:*22* 227:*3*
control 94:*4* 95:*3*
173:*10* 226:*1*
controlling 94:*1*
95:*9, 10*
controls 65:*4*
100:*10*
convenient 13:*19*
conventional 97:*19*
conversation 23:*15*
cooperation 66:*18*
67:*3, 4*
copy 142:*14* 181:*2*
192:*12*
Correct 9:*4, 7*
10:*10* 14:*17* 16:*14*
19:*2* 20:*9* 26:*1, 20*
28:*1* 30:*20* 31:*8*
36:*5* 38:*10* 41:*14*
48:*22* 51:*1, 2* 54:*7*
57:*2* 59:*7, 15, 19*
62:*11* 64:*3* 65:*17*
74:*5, 14* 75:*1* 77:*2*
84:*3, 6* 88:*3, 10, 23*
92:*2, 21, 22* 93:*16,
17* 101:*12* 109:*19*
116:*21, 22* 117:*12*
119:*12* 120:*22*
123:*13, 14* 131:*6*
138:*16* 141:*15*
142:*15* 151:*4*
152:*9, 23* 156:*10*
158:*5, 6, 15* 159:*1,
21* 162:*6* 164:*1, 5,
13, 18* 174:*13, 17,
20* 175:*12, 20*
185:*5* 192:*11*
200:*15* 205:*13*
208:*12* 209:*7*
210:*19* 219:*7*
230:*11*
corrected 204:*14,
15* 205:*3, 4, 18*
correcting 126:*15*
correction 205:*11*

correctly 27:*22*
54:*18* 105:*20*
127:*8*
correspond 184:*15*
correspondences
86:*10*
corresponding
165:*8*
corroborate 67:*20*
corroborated
109:*22*
cost 171:*15*
counsel 2:*4, 23* 3:*2*
7:*6* 13:*10* 15:*19*
230:*15*
COUNTY 230:*3*
course 22:*12*
23:*18* 87:*17* 88:*17*
115:*1* 210:*2, 7*
courses 87:*13*
169:*13*
COURT 1:*1* 2:*6,
19* 3:*14, 15* 7:*1, 21*
8:*19* 11:*13*
cover 41:*7* 91:*5, 7*
168:*4* 169:*17*
covered 101:*18*
207:*22* 217:*9*
covers 150:*7*
CRA 37:*9, 19*
crashed 32:*22*
created 141:*6*
credibility 179:*4*
credits 179:*15*
Creek 34:*13, 16*
35:*18*
criteria 67:*16*
68:*12, 14* 129:*6*
cross 162:*9*
cross-sectional
158:*22*
CRR 230:*20*
crushed 97:*14*
cubic 71:*12, 13*
73:*5* 74:*10, 11*
93:*1, 8* 129:*3*
164:*16* 206:*5*
Culbertson 174:*18*
175:*1, 9*

culprit 82:*22*
currency 179:*20, 21*
current 179:*5, 5*
180:*10*
currently 24:*14, 17,
22* 25:*8, 9* 148:*12*
Curriculum 6:*13*
customer 35:*20*
customers 188:*19*
Cuthbertson
174:*16, 17, 23*
175:*9*
CV 16:*7* 18:*11*
19:*4* 25:*16* 36:*3,
19* 37:*2, 6, 11, 11,
12, 18* 38:*1* 39:*4,
16* 42:*1* 79:*9*
219:*6*

< D >
daily 165:*19, 21, 22*
179:*2* 195:*5, 7*
dam 29:*13, 14, 14,
16* 81:*15* 110:*9*
111:*2, 11, 16, 18, 18,
20, 22* 112:*6, 22*
194:*20* 210:*3, 4, 10*
dams 88:*15* 89:*20*
90:*13* 106:*7*
Darcy's 154:*18*
155:*17* 158:*19*
dark 203:*20*
dashed 139:*1*
141:*2, 7, 8*
Data 59:*8, 21, 21*
60:*3, 6, 9, 17* 61:*7*
62:*15* 65:*14* 66:*5,
15* 81:*1* 106:*16*
112:*14* 115:*3*
154:*1* 194:*17*
211:*8* 222:*1, 5*
data-gathering
228:*11*
date 7:*4* 85:*5, 18*
148:*17* 149:*21*
150:*13* 230:*12*
dated 15:*17* 152:*22*
dating 198:*21*
Davis 2:*8* 3:*10*
5:*3, 4* 6:*4* 7:*8* 8:*3,*

*8* 38:*21*  39:*2, 7*
53:*15*  61:*14*  69:*7*
102:*20*  104:*18*
116:*5, 15*  126:*12,
14, 18*  135:*17*
137:*8, 11, 23*  138:*5*
184:*20*  185:*1*
192:*2, 7, 9*  202:*3*
213:*4*  226:*16*
229:*13*
**day**  2:*10*  3:*11*
7:*11*  83:*14, 14, 19*
118:*9*  144:*16, 22*
156:*6, 13, 20*  160:*7*
164:*22*  165:*2*
173:*8*  194:*5*  198:*5*
199:*12*  202:*10*
220:*17*
**days**  18:*16*  59:*5*
195:*12, 20*
**deal**  181:*20*
**deals**  55:*8*
**debated**  52:*13*
**decide**  228:*20*
**decided**  182:*6*
**decisions**  119:*21*
**deduce**  112:*12*
200:*9*
**deduced**  207:*10*
**deduction**  92:*11,
16*  101:*22*
**deem**  224:*16*
**deemed**  63:*23*
**deep**  52:*16*  70:*11,
12*  73:*13*  164:*17*
**deeper**  210:*15*
**Defendant**  1:*15*
5:*1*  6:*11*  220:*6*
**Defendant's**  12:*15*
15:*14*  53:*21*  181:*5*
191:*14*
**defined**  91:*17*
208:*4*
**definition**  56:*14*
208:*8*
**deforestation**  92:*20*
93:*12*  98:*6*  129:*2,
14*  133:*23*  134:*7,
13, 17*  136:*4*

**degree**  41:*11*
**degrees**  15:*23*
**delayed**  33:*1*
**delivering**  3:*9*
**demonstrable**
215:*13*
**departed**  32:*11*
**depict**  39:*16*  200:*3*
**depicting**  207:*4*
**depiction**  139:*14*
199:*16*
**depicts**  37:*13*
**deposed**  11:*9*
**deposing**  23:*12*
**deposited**  57:*10*
100:*13*  159:*8*
197:*23*  204:*10*
**DEPOSITION**
1:*18*  2:*4, 15, 16*
3:*5*  6:*12*  12:*1, 13*
53:*18*  103:*7*
117:*10*  138:*7*
211:*16*  221:*18*
229:*4, 16*
**depositions**  2:*20*
8:*13, 23*  12:*21*
103:*4*  116:*20*
**deposits**  82:*14*
**depth**  110:*17*
201:*17*  210:*12*
**derived**  68:*5*
**describe**  62:*16*
144:*9*  200:*2*
**described**  29:*2*
46:*4*  76:*7*  78:*4*
103:*11*  109:*18*
121:*21*  134:*1*
145:*13*  170:*21*
192:*18*  198:*15*
**describes**  99:*13*
**describing**  132:*11*
169:*2*
**description**  52:*6*
200:*6*
**design**  34:*11*  35:*6*
93:*13*
**designated**  54:*10*
175:*18*  207:*3*

**designation**  176:*17*
177:*12, 19, 22*
178:*10*
**designing**  64:*17*
69:*2*
**design-oriented**
136:*22*
**designs**  16:*9*
**destined**  177:*10*
**detail**  127:*5*  131:*6*
145:*13*  160:*11*
**detailed**  124:*12*
136:*22*  137:*20*
**determine**  119:*16*
132:*21*  155:*12*
191:*11*
**determined**  79:*13*
85:*22*  86:*1*  228:*23*
**determining**  187:*23*
**develop**  67:*2*
132:*11*
**developed**  32:*2*
66:*8, 17*  89:*10*
127:*4*
**developing**  64:*13*
78:*12*
**Development**  28:*3,
7*  34:*20*  67:*15*
178:*20*
**devise**  206:*11*
**diagrams**  84:*16*
**dictate**  76:*10*
**dictated**  75:*19*
**difference**  38:*7*
87:*1*  134:*12*
163:*16*  166:*8, 15*
171:*19*  174:*2*
186:*1*  209:*9, 18*
211:*13*
**differences**  161:*4*
186:*2*  200:*8*
**different**  11:*10*
16:*15*  37:*17*  73:*18*
88:*5*  95:*8, 8*
111:*14*  148:*9*
149:*11*  155:*3*
178:*4*  191:*18*
198:*20*
**differs**  171:*1*

**difficult**  61:*16*
**dig**  208:*23*
**Dillard**  4:*13*
**Dimova**  102:*5, 13,
23*  103:*2, 9*  106:*17,
18*  107:*2*  148:*7*
185:*20*  211:*15, 16*
221:*19*
**Dimova's**  103:*7*
104:*12*  221:*18*
**dinosaur**  135:*19*
**direct**  153:*15*
**direction**  89:*3*
101:*22*
**dirt**  57:*4*  58:*16*
209:*1*
**disagree**  197:*7*
**discern**  162:*2*
182:*20*
**discharge**  72:*18*
192:*18*
**discharged**  114:*15*
**discharges**  216:*17*
217:*9*
**discharging**  72:*7*
**discovery**  59:*11*
63:*18*
**discretion**  49:*22*
**discuss**  61:*23*
**discussed**  13:*10*
96:*17*  145:*15, 18*
**discussing**  90:*22*
157:*10*  220:*18*
**discussion**  13:*16*
69:*6*  144:*15*  192:*8,
10*  202:*2*  221:*5*
228:*14*
**discussions**  86:*21*
196:*13*
**disposal**  25:*22*
97:*4*
**disposed**  43:*9*
**dissolved**  80:*3*
81:*8*  100:*18, 20*
101:*2*  204:*18, 21*
205:*7*  214:*12*
**distance**  161:*4, 11*
162:*16, 20, 22*
163:*4*

**distinction** 85:*2*
134:*14* 136:2, *6*
**distribution** 159:*4*,
*13* 160:2
**distributions** 102:*12*
**DISTRICT** 1:*1*, 2
**diversions** 35:*9*
**divided** 47:*1* 67:*10*
**dividing** 163:*9*
**DIVISION** 1:*3*
**doctors** 179:*8*
**document** 12:*14*, *20*,
*20*, *23* 13:*7*, *20*
38:*9* 42:*7* 53:*19*
54:*4* 59:*1* 141:*3*,
*14* 142:*7* 152:*21*
176:*3* 181:*3*, *7*
184:*5*, *8* 191:*12*, *16*,
*21* 194:*10* 212:*10*,
*19* 213:*14*
**documentation**
211:2
**documented** 145:*9*
**documents** 13:2, *14*
14:*1*, *9*, *19* 15:*6*
26:*7* 57:*8* 59:*11*
60:22 63:*6*, *18*
65:*12*, *15* 83:*18*
86:*3*, *8* 89:*8*
139:*12* 143:*23*
**doing** 21:*13* 25:*10*
31:*23* 32:*17* 39:*18*
40:*7* 41:*4*, *17*, *20*
43:*12* 67:*5* 84:*4*
113:*19* 133:*6*
171:*11* 179:*2*
180:2 224:*4*
**Dome** 40:*12*
**dovetails** 225:*15*
**downgradient**
111:*1* 194:*19*
**downstream** 110:*8*
214:*5*, *17*
**Dr** 102:*13*, *22*
103:2, *6*, *9* 104:*11*
106:*18* 148:*7*
221:*18*, *19*, *21*
**draft** 103:*1*
**drafting** 219:*15*
**draftsman** 143:*16*

**drainage** 70:*8*, *9*,
*11*, *15*, *22* 71:*20*
72:*3* 73:*11* 76:*23*
77:*4*, *15* 78:*3*, *8*, *10*,
*18*, *19*, *20* 79:*1*, *7*,
*12* 80:*11*, *16* 87:*13*,
*17* 96:*16* 97:*16*
99:*22* 169:*13*
175:*23* 183:*6*
184:2 193:2
**drained** 109:*1*
**draining** 99:*15*
109:*12*
**drains** 108:22
**dramatic** 74:*18*
**draw** 190:*14*
**Drawn** 143:*11*
191:*5*
**drinking** 186:*21*,
22 187:*4*, *6*, *11*, *15*
189:*5*
**DRN** 143:*9*
**drop** 96:*20*
**DRUMMOND**
1:*14* 8:*9* 59:*12*
63:*19* 83:*11*, *12*
84:2 122:*19*
141:*12* 152:22
**dug** 208:*9*, *13*
**duly** 7:*18*
**dump** 16:*12* 34:22
140:*6*
**dumps** 34:*12* 35:*5*
215:*23*
**duplicate** 141:*10*
**duplication** 142:*6*
**duration** 22:*10*
**dust** 43:*8*, *15*
**duty** 122:*18*

**< E >**
**earlier** 105:*17*
**early** 34:*19*
**earthworks** 78:*11*
**easier** 163:*9*
**east** 99:*10* 172:*13*
206:*18*
**eastern** 82:*15*
**easy** 128:*3* 206:*20*

**eating** 216:22
**ebb** 218:*23*
**ecology** 193:*19*
**economic** 32:2
45:*17* 47:*5*, *7*, *9*
**economically** 58:*15*
**edge** 167:*14*, *16*
**edillard@blackwarri**
**orriver.org** 4:*17*
**educate** 180:*17*
**education** 178:*9*, *13*,
*15* 179:*12*, *12*
220:*3*
**effect** 2:*17* 88:*9*
93:*20* 114:*17*
123:*9* 140:*16*
167:*1*, *4* 168:*18*
169:*20* 170:*3*
178:*23* 194:*1*
216:*9*
**effective** 87:22
88:2 90:*20* 91:*17*,
*23* 99:*1* 222:*17*
**effective,** 92:*5*
**effectively** 91:*8*
**effects** 47:*11* 48:*3*
81:*17* 226:*5*
**efficiently** 67:*11*
**effort** 11:*15* 172:*4*
180:2
**efforts** 88:*14*
**eight** 31:22
**either** 45:*1* 48:*1*
55:*11*, *23* 71:2
83:*19* 87:*16*
163:*13* 174:*23*
201:*18* 220:*5*
223:*19* 227:*16*
**elaborate** 21:2
95:*20* 189:*3*
**elaborated** 171:*3*
**elaboration** 127:*11*
**elect** 19:*16*
**electric** 26:*18*
50:*23*
**electronically** 15:*7*
**element** 112:*18*
**elements** 45:*4*
46:*14* 68:*15*
144:*14*, *18* 145:*21*

146:*3* 147:*4*
154:*19* 158:*20*
**elevated** 158:*4*, *5*
**elevation** 161:*4*
163:*16* 201:*20*
202:*17*
**elevations** 163:*13*
**eloquent** 137:*12*
**E-M** 151:*9*
**e-mail** 12:*18*
**emissions** 47:*16*
48:*1*, 2, *2*
**emissions-related**
45:*18*
**employed** 35:*12*
41:*12* 99:*16*
**employee** 23:*9*
143:*14*
**employment** 36:*15*
37:*3*, *8*, *16*, *19*
38:*15* 47:*8* 176:*11*
**endeavor** 12:*6*
**end-of-tap** 187:*9*
**ends** 144:*5*
**Energy** 176:*10*
**Eng** 176:*16*
**engage** 53:*5*
**engagement** 50:*7*
**engineer** 23:*23*
36:*16* 176:*19*
**engineering** 31:*3*
**engineers** 177:*15*
179:*9*
**enhances** 91:*10*
**enormous** 180:*16*
**enter** 196:*21*
**entering** 215:*8*
**entire** 35:*18* 89:*23*
144:*10* 145:*8*
147:*18* 149:*2*, *18*
150:*11*
**entirely** 183:*14*, *16*
190:*23*
**entities** 49:*4* 86:*5*
133:*3*
**entity** 129:*1*
**entrained** 57:*23*
97:*7*, *8*
**entries** 28:*17* 52:*3*
**entry** 28:*18*

environment 224:*18* 226:*6*

**ENVIRONMENTA L** 4:*7* 10:*16* 18:*23* 19:*10* 21:*17* 25:*20* 26:*15* 36:*16* 42:*3, 20, 22* 43:*1, 14, 18* 44:*2, 17* 45:*2, 3, 5* 48:*17* 49:*1* 51:*5* 124:*11, 14* 126:*21* 131:*20* 133:*20* 143:*15* 209:*19* 217:*22* 219:*9*

**EPA** 168:*8* 186:*20*

**equal** 200:*8*

**equalled** 164:*3*

**equally** 222:*17*

**equivalent** 55:*6*

**erode** 66:*9* 172:*18* 209:*21*

**eroded** 72:*21* 87:*20* 94:*13* 100:*8, 8* 158:*12* 159:*7* 167:*20, 21* 168:*2* 169:*14* 196:*20* 197:*14* 199:*4* 201:*7, 21* 202:*13, 21* 204:*9* 216:*20*

**eroding** 173:*4*

**erosion** 66:*3* 67:*19, 22* 69:*23* 70:*1, 3, 3, 10, 21, 22* 71:*6* 72:*15* 73:*16, 23* 76:*6* 91:*8* 93:*15* 98:*16* 101:*8, 23* 105:*4, 7, 22* 106:*3, 4, 9, 14* 108:*9* 132:*18* 167:*2, 9, 11* 168:*6, 12, 15* 169:*21* 170:*3* 195:*6, 8, 8, 15, 23* 196:*7* 197:*2, 4, 12, 17* 199:*6, 14* 206:*8* 216:*1, 2, 13, 19, 22*

**erosive** 173:*1*

**errors** 120:*2*

**ERT** 100:*14* 101:*7, 9* 102:*6* 105:*3* 106:*1, 16, 23*

112:*14* 151:*17* 152:*1, 8* 158:*8* 162:*9* 163:*1* 164:*12*

**erupt** 198:*8*

**erupted** 198:*7, 12, 15*

**ES-1** 54:*10*

**ES-2** 88:*12*

**escarpment** 73:*17* 167:*14, 16, 16*

**escarpments** 70:*17*

**especially** 34:*20*

**Esq** 3:*10* 4:*5, 6, 13* 5:*3*

**essence** 97:*18*

**essentially** 35:*18* 84:*3* 102:*5* 175:*19* 182:*10* 183:*13*

**established** 68:*13* 70:*16* 129:*7* 168:*23*

**estimate** 22:*2* 24:*20* 30:*9* 72:*15* 84:*13* 93:*4* 117:*14, 19* 156:*3* 158:*17* 159:*16* 162:*14* 202:*9*

**estimated** 156:*1, 12* 160:*6* 164:*15*

**estimates** 71:*15* 75:*9*

**estimating** 73:*13*

**estimation** 67:*18* 73:*8* 75:*6* 76:*11*

**estimations** 74:*2* 166:*17*

**Eva** 4:*13*

**evaluate** 43:*13* 51:*17* 119:*16* 130:*1*

**evaluated** 79:*5* 120:*15*

**evaluation** 79:*11*

**evaporates** 166:*12*

**evapotranspiration** 91:*10*

**event** 71:*9* 175:*16* 198:*5*

events 71:*10* 126:*6* 166:*18* 195:*9*

**eventual** 98:*7*

**everybody** 206:*19*

**evidence** 3:*6* 70:*1, 19* 106:*4, 20* 108:*3* 109:*16* 110:*21* 111:*7, 23* 112:*6, 19* 146:*20* 157:*8* 190:*3* 195:*5, 7* 197:*16, 22* 198:*3* 199:*13* 203:*2* 207:*7* 215:*6* 216:*5* 223:*13*

**evidenced** 158:*3*

**evident** 66:*4* 72:*5* 73:*3* 102:*1* 110:*8*

**exact** 141:*9* 142:*6* 222:*17*

**exactly** 40:*1* 124:*13* 129:*6* 140:*19*

**EXAMINATION** 6:*3* 7:*13* 8:*3* 9:*1*

**examined** 7:*19*

**example** 49:*9* 60:*11* 63:*9* 68:*10* 72:*7, 18* 74:*7* 77:*20* 80:*14* 93:*22* 97:*15* 106:*10* 121:*8* 131:*2* 145:*11, 14* 163:*8, 14* 167:*13* 185:*11* 213:*7*

**examples** 25:*7* 46:*5, 14* 47:*4, 15* 50:*1* 94:*10, 21* 95:*12, 13*

**excavate** 209:*10*

**excavated** 132:*3, 4*

**excavating** 96:*2*

**excavation** 77:*18* 92:*23* 93:*12, 16* 94:*12* 95:*3* 98:*7* 133:*23* 226:*10*

**exceed** 65:*3*

**exceedance** 205:*15, 15* 206:*4*

**exceedances** 205:*9*

excellent 132:*7*

**exchange** 12:*21*

**exclude** 168:*12*

**exclusively** 169:*4, 9*

**Excuse** 40:*1* 69:*5*

**Executive** 54:*11* 58:*21* 91:*14*

**exercise** 157:*2* 165:*13, 17*

**exhaustive** 144:*15*

**Exhibit** 12:*12, 15* 13:*4* 14:*19* 15:*13, 14* 53:*17, 21* 114:*2* 138:*8* 180:*22, 23* 181:*1, 5* 190:*2* 191:*9, 10, 14* 192:*13* 207:*16*

**exhibits** 11:*22*

**existed** 55:*7* 153:*3*

**exists** 48:*15* 49:*2* 56:*1, 2* 100:*3* 111:*12* 188:*13*

**expansion** 9:*18, 22* 28:*3, 5*

**expect** 171:*21* 186:*8* 195:*14*

**expectation** 137:*5, 22*

**expected** 104:*5* 160:*13*

**experience** 16:*8* 25:*19* 27:*21* 34:*10* 37:*13* 39:*17* 41:*16* 42:*13* 59:*14* 61:*21* 64:*5, 9, 10, 12, 17, 23* 65:*10, 21* 66:*12, 14* 77:*17* 82:*10* 123:*1, 4, 20* 128:*20* 130:*4* 131:*17* 132:*13* 137:*4* 161:*15* 185:*21* 189:*4* 220:*5*

**experience-based** 132:*15*

**Expert** 6:*14* 10:*8* 14:*13* 26:*4* 47:*21* 53:*11* 54:*14* 133:*5* 136:*12* 218:*2, 19*

**expertise** 31:*23*

51:*10*
**experts** 121:*6, 11*
**Expires** 230:*21, 23*
**explain** 68:*8* 72:*12*
87:*6, 8* 98:*12*
107:*21* 170:*13*
**explained** 105:*3*
**explaining** 95:*6*
**explains** 206:*7*
**Exploration** 40:*23*
**exposed** 95:*16*
193:*9* 199:*6*
**exposure** 70:*19*
73:*20* 224:*20*
**expressed** 223:*15*
**extension** 184:*5*
**extent** 68:*3* 122:*5*
131:*15* 144:*10*
147:*18* 149:*2, 18*
150:*11*
**extracted** 58:*16*
**extreme** 163:*14*
206:*13*
**extremely** 73:*19*
205:*23* 206:*6, 8*
216:*1*
**eyeball** 74:*13, 21*
**eyeballing** 75:*6*
**eyes** 159:*20*

**< F >**
**facilities** 16:*16*
17:*6, 12* 23:*17*
42:*15* 51:*6* 215:22
**facility** 9:*19* 26:*18*
50:*4, 23*
**fact** 205:*6* 214:*15*
218:*8*
**factor** 166:*14*
202:*16*
**factors** 168:*16*
200:*20*
**factually** 38:*16*
**failed** 29:*14*
**failure** 122:*16*
**Fair** 114:*23*
145:*23* 146:*2*
181:*16* 219:*3*
225:*2*

**fairly** 110:*9* 128:*2*
131:*2*
**fallen** 167:*23*
**falling** 70:*18*
**familiar** 44:*1, 12*
45:*7* 46:*12* 49:*3*
124:*4* 182:*8*
186:*16, 22* 213:*9*
**far** 70:*12* 96:*21*
137:*12* 167:*1*
198:*20*
**favor** 130:*8* 135:*5*
**feasibility** 32:*3*
**feature** 196:*18*
202:*14*
**features** 70:*9, 11*
71:*7* 73:*11* 201:*7*
**Federal** 3:*7* 7:*5*
43:*20* 44:*21* 48:*11*
**federally** 85:*7*
**feel** 115:*22*
**feet** 70:*11, 12*
161:*23* 163:*8, 15,*
*17, 22* 164:*2, 3, 16,*
*17, 17, 18, 19* 206:*5*
**Fernie** 31:*6*
**field** 65:*23* 75:*7,*
*11, 14, 21* 76:*15*
117:*2* 193:*3* 194:*7*
**figuratively** 189:*12*
**figure** 124:*23*
125:*11, 13, 23*
126:*4* 138:*15, 17,*
*18, 21, 22* 139:*5, 16,*
*18* 140:*1, 18, 23*
141:*4, 12, 17*
142:*18* 151:*6, 16*
152:*6, 11* 160:*8*
161:*1* 164:*15*
184:*13*
**figured** 160:*21, 22,*
*23*
**figures** 138:*10*
152:*2, 5*
**filed** 3:*15*
**filled** 73:*6* 106:*6*
160:*15*
**filling** 197:*20*
**final** 34:*8* 42:*11*

97:*2*
**finalized** 137:*19*
**finally** 47:*13*
212:*18*
**find** 124:*23*
**Fine** 104:*14*
135:*22* 217:*19*
**finish** 41:*21* 202:*4,*
*6*
**firm** 21:*18*
**first** 7:*18* 25:*19*
34:*18* 50:*18* 54:*12*
64:*11* 69:*17, 20*
79:*23* 82:*4* 83:*14*
84:*9* 98:*14, 21*
100:*7* 121:*18*
142:*22* 146:*12*
152:*16* 165:*5*
170:*21* 171:*2*
191:*9* 194:*5*
**fish** 46:*19*
**five** 16:*23* 73:*13*
**flipping** 191:*20*
**Floor** 2:*9* 5:*5* 7:*9*
**Florie** 2:*8* 5:*4* 7:*8*
**flow** 70:*5* 101:*22*
118:*7, 13* 156:*1, 7,*
*8* 157:*15* 158:*20*
161:*5* 164:*21*
165:*1, 9, 22* 166:*16,*
*19* 205:*22* 206:*3, 3,*
*6* 210:*7* 218:*23*
**flowed** 29:*16*
**flowing** 87:*19*
118:*5, 7, 9* 158:*12*
**flowing,** 118:*3*
**flows** 87:*16, 17*
100:*18* 108:*19*
159:*9* 166:*20*
195:*13, 13* 197:*15*
206:*13*
**fly** 10:*2* 26:*17, 23*
**focus** 10:*6* 21:*20*
127:*12* 147:*3*
**focused** 145:*20*
214:*22*
**folks** 101:*10*
113:*18* 132:*20*
**folks,** 133:*2*
**follow** 203:*10*

**following** 7:*14*
175:*22*
**follows** 7:*19*
127:*11, 15*
**follow-up** 80:*18*
81:*22* 107:*18*
**foot** 160:*7* 165:*3*
**force** 2:*17*
**foregoing** 7:*6*
230:*5, 9*
**foremost** 64:*11*
**forest** 130:*13*
131:*23* 134:*13, 23*
136:*3*
**forestry** 131:*1*
134:*21*
**Fork** 55:*11* 66:*10*
71:*4* 72:*8* 97:*1*
99:*11, 21* 100:*13,*
*23* 101:*18* 104:*6*
106:*12, 22* 108:*4,*
*22, 23* 109:*1, 5, 9,*
*12* 110:*7, 11, 20*
112:*8, 17, 20* 118:*6*
120:*12* 121:*9*
130:*3* 153:*13*
154:*4, 8* 157:*12, 17*
159:*10* 172:*14*
173:*5* 187:*20*
188:*14* 190:*5*
192:*19* 202:*23*
203:*16* 206:*18*
207:*2* 214:*7* 215:*2,*
*5, 8, 14* 216:*8, 16*
217:*7, 8, 12*
**form** 3:*1* 45:*7*
62:*16* 100:*19*
102:*18* 129:*16*
131:*7* 208:*22*
215:*17* 218:*20*
225:*9* 230:*8*
**formal** 42:*21*
**formally** 45:*6*
**format** 229:*8*
**formation** 19:*19*
**formations** 82:*14*
**former** 17:*3* 23:*9*
33:*5* 71:*3* 106:*6*
203:*8* 211:*4*
**forming** 193:*10*

**forms** 66:*6* 100:*4*
172:*13* 197:*12*
**formulated** 227:*19*
**formulating** 224:*10*
**Fort** 28:*15*
**forth** 26:*4* 86:*10*
146:*6*
**forward** 222:*9*
**Foster** 205:*16*
211:*18*
**foundation** 35:*3*
**four** 46:*11* 92:*16*
117:*11*
**fourth** 211:*21*
**fragments** 122:*4*
**frame** 171:*22*
**Freshwater** 212:*10*
**front** 12:*12* 53:*16*
67:*5*, *13*
**fugitive** 48:*2*
**full** 2:*17* 110:*17*
127:*2*
**full-grown** 199:*8*
**full-size** 213:*20*
**full-time** 219:*11*
**fully** 116:*8*
**function** 202:*13*
**functional** 106:*8*
**fundamental**
171:*19* 174:*2*
180:*13* 182:*23*
**funded** 175:*19*
**funding** 32:*23*
**FURTHER** 2:*13*,
*21* 39:*13* 81:*18*
107:*14* 230:*14*
**future** 173:*5* 174:*6*

**< G >**
**gallons** 156:*6*, *13*,
*20* 160:*7* 164:*21*
165:*2*
**gas** 78:*13*, *23*
**general** 123:*3*, *17*
210:*13*
**generally** 25:*7*
44:*3* 45:*11* 82:*13*
**generated** 29:*7*
35:*1* 47:*9* 56:*19*,
*20* 57:*18* 60:*9*

78:*15*, *18* 80:*22*
83:*19* 142:*1* 143:*1*
**generating** 26:*18*
50:*23* 182:*11*
**generation** 31:*15*
**Geologic** 54:*15*, *21*
55:*17*, *19* 122:*3*
141:*19* 203:*4*
208:*4*, *20*
**Geological** 175:*17*
**geologists** 179:*10*
**geometric** 196:*23*
**geometries** 71:*16*
72:*16* 73:*14*
**geometry** 71:*6*
73:*1*, *18* 196:*14*, *16*,
*19* 202:*13*
**geophysical** 20:*13*,
*21* 147:*10*, *15*, *18*
148:*11* 151:*9*, *12*,
*17* 158:*8*
**geophysics** 67:*9*
101:*13* 148:*6*
**geotechnical** 32:*5*
**getting** 49:*9*
133:*17* 195:*22*
200:*16* 201:*14*
**give** 16:*18* 19:*17*
24:*19* 25:*7* 46:*4*,
*14* 47:*3*, *14* 49:*5*,
*23* 83:*5* 92:*5*
229:*9*
**given** 8:*12* 9:*2*, *5*
11:*11* 19:*14*
196:*22* 206:*5*
208:*23* 215:*12*
219:*1*
**giving** 11:*12* 51:*4*
**GJ,** 143:*19*
**glass** 213:*18*
**gleaned** 104:*8*
**glowing** 198:*17*
**go** 10:*15* 115:*23*
131:*14* 135:*16*
157:*14* 162:*1*
192:*5* 194:*9*, *14*
225:*11*
**GOB** 51:*18* 54:*16*
55:*5*, *7*, *13* 57:*10*
66:*4* 69:*22* 70:*6*, *9*

71:*1* 84:*11* 85:*6*
88:*6* 102:*16*
103:*11* 106:*4*
108:*5*, *7*, *8* 111:*4*
113:*1*, *6* 118:*5*, *15*
121:*20* 122:*17*, *19*
124:*16* 130:*18*
145:*8* 152:*19*
153:*3*, *6* 159:*7*
167:*21* 168:*22*
169:*12* 171:*10*
173:*14* 196:*18*
197:*13* 203:*1*, *7*, *12*,
*13*, *15*, *21*, *23* 204:*6*,
*8*, *10* 206:*11*
207:*12* 208:*14*
211:*3* 226:*1*, *7*
**going** 18:*3* 33:*21*,
*22* 34:*1* 43:*2*
53:*10* 58:*23* 72:*23*
73:*10* 90:*12* 99:*10*
116:*3*, *4* 130:*18*
157:*14* 159:*13*
172:*21* 173:*3*
191:*8* 201:*13*
203:*11* 216:*7*, *17*
224:*19* 226:*14*
**gold** 33:*11*, *12*, *15*
**Golds's,** 33:*7*
**Good** 8:*4*, *6* 17:*10*
44:*9* 54:*8* 126:*16*
140:*11* 142:*13*
148:*15* 155:*14*
192:*15*
**GORDON** 1:*19*
2:*5* 7:*12*, *17* 19:*6*
229:*5*
**government** 89:*21*
**governmental** 49:*11*
**graded** 87:*14*
**gradient** 157:*15*
158:*21* 160:*13*
161:*1*, *21* 162:*12*
163:*19*
**grading** 84:*10*
87:*10* 171:*11*
**gradually** 209:*22*
**graduated** 40:*20*
**graduation** 41:*10*
**grain-sized** 159:*13*

**grams** 154:*15*
156:*21*
**grant** 185:*23*
**granular** 110:*16*
207:*18* 208:*1*
**grasses** 168:*4*
**gravel** 102:*15*
103:*11*
**gravelly** 159:*12*, *14*,
*23* 160:*1* 207:*6*
**gravity** 196:*10*
**great** 181:*20*
**ground** 18:*17*, *18*
30:*14* 95:*16* 96:*7*,
*10* 98:*15*, *19* 99:*5*
112:*7*, *16* 113:*8*
118:*4* 160:*13*
161:*10* 166:*11*
168:*4* 170:*1*, *1*
189:*19* 202:*12*, *17*
209:*1*
**grounding** 10:*17*
**grounds** 3:*4*
**groundwater** 21:*21*
25:*11* 46:*18*, *22*
67:*8* 72:*6* 81:*9*, *14*,
*19* 94:*5* 96:*15*
99:*22* 100:*22*
108:*10* 110:*5*, *6*, *11*,
*19*, *22* 111:*4*, *5*, *7*,
*16*, *23* 112:*19*
113:*11*, *19* 125:*8*
149:*16*, *19* 150:*19*
153:*10* 155:*23*
156:*17* 157:*6*, *7*, *14*,
*23* 158:*1*, *11*, *17*, *21*
161:*9* 164:*21*
165:*1*, *9* 166:*6*, *19*
173:*18*, *19* 193:*7*
**group** 9:*20* 228:*20*
**grow** 194:*2* 199:*5*
**grown** 168:*1*
**guess** 82:*12*
103:*22* 195:*18*
223:*9* 224:*14*
**guessing** 141:*13*
**guidance** 154:*2*
168:*7* 212:*1*
**Gulf** 40:*22*

**gullies** 167:*20* 197:*14, 16*
**gully** 167:*22* 168:*1, 1* 195:*17* 196:*16* 201:*8, 11, 22*

**< H >**
**Halberg** 175:*22*
**half** 17:*17* 22:*9* 42:*16* 93:*1* 146:*13*
**halfway** 206:*22*
**handling** 88:*5* 173:*10*
**Hang** 202:*1*
**hanging** 167:*13*
**happen** 24:*20* 50:*5* 100:*12* 217:*14*
**happened** 86:*21* 199:*7, 11*
**happening** 100:*11*
**happens** 174:*3* 217:*3, 11*
**happy** 12:*4* 217:*17, 18*
**Hard** 77:*19, 22* 78:*16*
**Harding** 212:*15*
**Hardy** 41:*1*
**head** 74:*3, 22*
**heading** 42:*2* 46:*15* 50:*17, 18* 117:*23* 205:*3*
**health** 187:*8*
**hear** 137:*6*
**heard** 55:*12, 16*
**hearing** 10:*12, 13, 15* 117:*10*
**hearings** 8:*19* 9:*6, 9, 14*
**heavily** 72:*2*
**heavy** 100:*20* 101:*2* 118:*20* 195:*21* 216:*14*
**height** 70:*13*
**heights** 75:*3*
**held** 39:*15* 69:*6* 192:*8* 202:*2*
**help** 108:*12*
**helped** 42:*16*

**helper** 219:*17*
**helps** 107:*18*
**hesitance** 116:*2*
**high** 71:*12* 74:*1* 100:*21* 101:*1, 2* 110:*9* 118:*20* 119:*9* 157:*4* 161:*20* 205:*23* 206:*6, 8* 215:*20*
**higher** 35:*1* 70:*12* 172:*6* 186:*6, 7, 9, 11, 13* 193:*8* 200:*12* 205:*7*
**highlight** 60:*6*
**highlights** 146:*19*
**hill** 109:*7* 203:*11*
**historical** 138:*23*
**history** 20:*8, 14* 21:*3* 83:*23*
**Hogsden** 212:*13, 14*
**hole** 208:*23*
**homeowners** 9:*20*
**hope** 175:*2*
**Hopkins** 212:*19*
**hour** 53:*10* 116:*18, 20* 117:*1*
**hourly** 117:*1*
**hours** 117:*14, 20, 20* 179:*1*
**hundred** 71:*13* 163:*7, 10, 15, 22* 164:*2, 3*
**hundreds** 73:*11*
**Huryn** 221:*21*
**hydraulic** 158:*20* 159:*16* 160:*5, 12* 161:*1* 164:*23*
**hydrogeological** 160:*10*
**hydrogeology** 143:*4*
**Hydrologic** 33:*4*
**hydrologist** 23:*21*
**hydrotechnical** 23:*23*

**< I >**
**idea** 89:*9, 19*
**identical** 44:*11* 50:*13* 166:*3*

**identification** 12:*16* 15:*15* 53:*22* 181:*6* 191:*15*
**identified** 13:*21* 14:*4* 185:*3* 204:*17, 23* 223:*20*
**identify** 9:*12* 15:*12* 20:*16* 53:*19* 191:*12* 222:*21* 223:*12*
**image** 139:*17* 140:*3* 142:*11*
**images** 151:*11, 18, 23, 23* 152:*4* 167:*19*
**immediately** 26:*14* 69:*18* 97:*17* 113:*12* 153:*20* 175:*21* 208:*16*
**Impact** 42:*3* 43:*18* 44:*2, 17, 22* 45:*2, 5* 47:*7, 17* 48:*18* 49:*2* 99:*21* 100:*2, 4* 108:*3* 112:*15* 131:*20* 164:*11* 215:*14*
**impacted** 72:*2*
**impaction** 196:*9*
**impediment** 129:*8* 227:*9*
**impeding** 168:*6*
**impermeable** 113:*9, 14*
**implement** 127:*21, 23* 128:*8*
**implementation** 93:*14*
**implemented** 32:*20* 84:*9* 93:*19* 227:*10*
**implementing** 64:*18* 94:*11*
**implication** 118:*12*
**implications** 43:*14*
**implies** 224:*19*
**implying** 38:*6*
**important** 37:*10* 63:*23* 136:*5*
**imported** 209:*5*
**impounded** 29:*15* 210:*15, 17*

**impoundment** 28:*21* 29:*4, 7* 210:*4*
**impoundments** 16:*11* 210:*1*
**impression** 110:*1*
**improper** 131:*14*
**improve** 226:*17*
**inaccurate** 39:*3*
**inadvertently** 45:*23*
**inappropriate** 187:*6*
**inch** 164:*3, 4*
**incline** 200:*14*
**include** 14:*13* 37:*18, 19* 99:*2* 146:*23* 205:*22*
**included** 8:*22* 60:*5, 12, 21* 75:*23* 78:*15* 102:*6* 105:*5* 106:*18* 143:*5* 146:*7* 172:*9* 181:*17* 211:*10*
**includes** 119:*2, 7*
**including** 86:*3* 179:*8* 205:*20*
**income** 218:*18* 219:*5*
**inconsequential** 146:*8, 10*
**incorporated** 19:*13* 40:*18*
**incorrect** 68:*6, 15* 119:*18, 23*
**incorrectly** 68:*16*
**indicate** 93:*11* 143:*20* 158:*1*
**indicated** 125:*10* 156:*8*
**indicates** 119:*8*
**indicating** 86:*5* 101:*7* 201:*15*
**indicator** 193:*13*
**Individual** 143:*12*
**individuals** 20:*12, 17* 22:*1, 15*
**inferences** 89:*7*
**inferred** 89:*14* 223:*21*
**influence** 87:*2*

**Gordon Johnson**

**244**

influenced 61:9, 22
62:10 167:17
inform 214:20
information 39:4
59:10, 13 62:3
63:2, 3, 23 65:16
80:21 85:20
141:19 147:2, 16
149:19 158:9
160:17 215:4
222:1 228:17
information-gatheri
ng 12:6
informed 150:2
informs 123:5
infrastructure
34:12
Initial 28:3 113:19
185:2
initials 143:10
initiated 35:21
initiates 209:17
inquire 24:10
inside 173:14
inspection 59:5
65:20 108:17
144:4, 6, 10 145:1
instance 48:17
63:15 66:23
164:16
instances 76:5
78:2 150:18 208:9
instructing 38:21
intelligible 62:13
intend 88:4 118:8
intended 12:7
74:17, 18 119:4
136:18 141:18
142:5 143:2
144:14
intent 37:22
interburden 56:2
intercept 173:18
interest 83:13
interested 23:15
24:11 230:17
interim 60:1
intermittent 118:11
internal 43:12

internally 43:6
internationally 44:8
Internet 176:4, 12
184:3 212:2, 11
interpret 89:18
101:13 104:2
118:6
interpretation
65:14 66:5, 6
67:16 101:15
106:23
interpreted 164:11
interpretive 112:18
intimately 23:20
introduce 52:17
introduction 114:3
117:23
introductory 69:9
159:19
invasive 132:23
inverted 205:14
Investigation 34:11
124:12 147:11, 16,
19 149:16, 19
150:9, 12, 19, 21
151:9 157:23
225:5
investigations 16:9
113:20 211:2, 6
Investment, 176:11
involve 65:14
92:20, 23
involved 8:18 9:15
22:20 33:4 78:13
135:16 171:13
208:17
involvement 10:6,
17 29:19 30:3, 6
31:11 32:4 33:23
35:17 55:13
involving 27:16
iron 80:14 102:11
193:12, 12 207:8
IRS 53:2
issue 38:14 52:12
65:1 76:23 77:8
102:23
issues 45:14, 17, 17,
18 47:1, 2 48:4

77:5, 15 86:11
96:16 222:13
item 25:19
its 79:18 97:4
134:11 152:17
158:20 172:4
188:6 210:16
214:23

< J >
January 212:9
Jeddah 25:12
JEFFERSON 230:3
job 30:23 40:5, 5
129:5 188:6
jobs 17:17 61:3
JOHNSON 1:19
2:5 7:12, 17 8:5
19:6 25:16 53:16
116:16 138:6
175:22 185:2
192:10 229:5
joined 22:5
joining 39:21
joint 126:6
judging 187:18
judgment 30:12
59:13 61:21 64:5,
8, 10, 12, 23 65:10,
21 66:12, 14 123:5
June 1:20 2:11
3:12 7:11 229:3
jurisdiction 133:4,
12 136:15
jurisdictions 178:2
189:5

< K >
Kearl 27:22, 23
28:2, 3, 5, 5, 7, 13,
14
keep 37:6 83:3
145:19 214:23
Keehills 9:16
keeping 212:23
keeps 180:10
killing 194:2
kiln 43:8, 15
kilogram 185:15

kilograms 154:16
kin 230:15
kind 13:16 28:22
49:4 50:6 52:16
70:20 95:5, 7
122:7 147:14
189:17, 18 193:11
196:9 219:23
224:5, 13
kinds 52:21 53:2
225:6
know 8:8 12:3
13:5, 17 15:2
23:14, 19 24:20
32:2, 14, 19 34:5
40:3 50:5 52:9, 15
56:18 58:2 64:16
65:15, 17 66:2
72:8 76:14 88:14
89:2, 5, 17, 22
102:7 103:16, 17
112:2, 3 113:4
114:21 117:16
125:17 130:7, 10,
11 131:17 134:11,
20 135:7, 9, 11
145:6 146:2
147:14 153:1
159:8 163:1 169:1
172:23 177:15, 23
186:5 188:10, 21
192:21 198:2
199:2, 8 201:14
202:16 207:14
210:6 215:6, 7
216:4, 14 225:19,
21 228:19
knowledge 32:12
83:22 92:9 126:1
179:4
known 162:23
169:4
knows 206:19
Komex 21:5 23:9
35:14, 19 36:3, 11
37:4 38:15 39:22
41:12
Kotalic 212:8
Kreutzweiser

143:*13*

**< L >**
**lab** 182:*8, 17*
**labeled** 125:*7*
195:*4* 206:*17*
**labels** 142:*11*
**labs** 181:*14* 182:7
**lack** 215:*13*
**Lafarge** 17:*3*
42:*14* 43:*6*
**land** 47:*11* 66:6
197:*12*
**Land-Based** 151:*17*
**landfill** 97:*20*
**landfills** 168:*8*
**lands** 55:*5*
**landscape** 95:*18,
23* 96:2 200:*20*
**Lane** 2:*5* 3:*8* 7:*1*
230:*19, 20*
**language** 69:*9*
210:*23*
**Large** 2:*7* 7:*3*
10:*14* 35:4 50:*10*
69:23 70:*17, 23*
78:*11, 11, 20* 94:2
131:2 195:*18*
197:*13*
**larger** 216:*2*
**lava** 198:*16*
**law** 2:*7* 4:*7* 7:7
49:*14* 51:5 52:*19*
53:7 85:7 86:7
87:4 88:*9, 18*
154:*18* 155:*18*
158:*19*
**Lawrence** 184:*1*
**laws** 2:*18*
**lawyer** 9:*21* 53:*1*
**lawyers** 13:*17*
14:*3, 21* 15:5
75:22 128:*10, 13*
179:8
**layer** 113:*14, 14*
**layman** 161:*14*
**leaching** 97:*20*
**leading** 3:*2*
**lean** 219:*23*

**leave** 45:*23* 96:6
128:*12* 189:22
228:*19*
**leaves** 37:*16* 199:*9*
**leaving** 35:*7* 128:9
**led** 23:*6* 62:*17*
78:23 85:*21*
145:*21* 168:*17*
**left** 22:*4* 32:9
**Legal** 50:*17* 52:*1,
13* 114:*10* 122:18
226:*12* 227:9
**legally** 128:*7*
**legible** 142:*12, 16*
**length** 30:*5* 162:7
163:*1, 15* 201:*15*
**letter** 11:*20, 21*
**level** 49:*11* 51:21
52:*13* 73:23 74:*1*
110:*20* 112:8, *10,
11, 16* 170:*1*
171:*14* 172:4
174:*1* 180:5, 6, 7
216:*18*
**levels** 186:*17*
188:*18*
**license** 180:*18*
**licenses** 15:*23*
**lies** 209:*9*
**life** 46:*19*
**light** 195:*13*
**limestone** 97:*15*
**limited** 17:*11*
19:*12* 67:6 169:*13*
**limits** 139:*2, 9*
169:*20*
**line** 33:*15* 34:*13,
16* 35:17 139:2
141:*7, 8* 164:*12*
**liner** 97:*20*
**lines** 141:*2*
**linkage** 49:*13*
**list** 31:*2* 45:*23*
59:*17* 66:3 84:9
88:*13* 119:*1, 1*
**listed** 14:*15* 17:*14*
18:*10* 25:*19, 22*
26:23 27:*20* 34:*10*
36:*19* 42:5 63:7

**64:***8* 65:*11*
**listing** 26:*15*
**lists** 58:*21*
**lithologic** 142:*23*
**litigated** 11:*4*
**litigation** 220:*4*
**little** 49:*5* 178:4
204:*6* 209:*12*
**local** 132:*20* 133:2
**located** 31:*5* 34:*13*
**location** 30:*15*
113:*10* 189:*1*
206:21
**locations** 75:*12*
76:*17* 81:*13*
124:*16, 22* 125:*9,
10* 184:16 205:*8*
**Locations,** 184:*14*
**Locust** 55:*11*
66:*10* 71:4 72:8
97:*1* 99:*11, 21*
100:*13, 23* 101:*17*
104:6 106:*12, 22*
108:*4, 21, 23* 109:*1,
5, 9, 12* 110:7, *11,
20* 112:*8, 17, 20*
118:*5* 120:*12*
121:*9* 130:*3*
153:*13* 154:*4, 8*
157:*11, 17* 159:*10*
172:*14* 173:5
187:*19* 188:*13*
190:5 192:*19*
202:23 203:*16*
206:*18* 207:*2*
214:7 215:*2, 5, 8,
14* 216:*8, 16* 217:*7,
8, 12*
**log** 178:*23*
**logically** 200:*9*
**long** 13:*21* 21:22
33:*13* 35:15 73:*12*
115:*11* 132:*10*
161:*11* 201:*12*
**longer** 39:*23*
91:*16, 22* 99:6
106:8
**long-standing** 35:*20*
**look** 13:*4* 25:*16*
27:*19* 28:*17* 38:2

**42:***1, 10* 53:*18*
54:9 69:*8* 72:21
74:*12* 79:21 81:6
82:2 92:6 95:*14*
96:4 113:23
117:22 124:*6*
126:23 133:*19*
135:*13* 138:7, *21*
142:*18* 148:5, *22*
149:*15* 151:6, *15*
152:*12* 153:9
156:*15* 166:*17, 20*
168:7, *10* 170:5
174:7 175:*11*
176:8 180:22
181:*1* 191:*10*
192:*16* 194:22
198:6, *22* 202:*19*
204:*12* 206:*14*
210:20 211:*20*
**looked** 21:*8, 10*
61:4 62:2 73:2
106:*16* 166:5
184:9 227:*14*
**looking** 16:*6* 28:*17*
43:2 47:23 50:*16*
71:21 72:16 91:*13*
95:8 118:*1* 124:8
138:*15* 140:2
142:*19, 23* 152:*15,
16* 154:20 161:*19*
162:*12* 165:4
166:21 173:*23*
176:15 188:8
192:*16* 196:*14, 19*
197:*11* 198:*3*
201:6, *18* 207:*15*
218:*17*
**looks** 151:*10*
182:*10, 13*
**lot** 45:*9* 135:*20*
**low** 70:7 82:*20*
100:*21* 158:*3*
162:4 193:2
197:20 216:*1*
**lower** 81:*15* 102:*1*
110:9 111:2, *20, 22*
112:*16, 22* 113:*13,
14, 14* 160:*16*

194:*20*
**lucky** 180:*20*
**lunch** 138:*1*

**< M >**
**M.Sc** 1:*19* 7:*12, 17*
**magnifying** 213:*18*
**magnitude** 74:*19*
186:*6*
**main** 46:*11* 67:*13*
81:*14* 94:*20*
**maintain** 174:*6*
178:*9* 179:*3, 19*
180:*17*
**maintaining** 179:*22*
**maintenance** 28:*19*
29:*21* 30:*18*
**major** 16:*2* 20:*11*
71:*14* 195:*9*
**majority** 195:*23*
**making** 31:*16*
65:*21* 66:*7* 74:*2*
115:*2* 157:*1*
161:*16* 189:*11*
194:*18* 196:*6*
**manage** 122:*17, 19*
123:*7* 171:*3* 172:*7,
16* 174:*5*
**managed** 10:*3*
130:*19* 215:*22*
**manage-in-place**
98:*9* 99:*1*
**management** 16:*12*
25:*11* 35:*6* 78:*14*
123:*2* 130:*17*
180:*9* 222:*12*
225:*23* 226:*7*
**manager** 28:*18*
**managing** 29:*21*
171:*9* 172:*6* 173:*9*
222:*8*
**manner** 10:*2*
45:*21* 55:*1, 8* 65:*7*
95:*17* 157:*16*
**Manual,** 184:*2*
**manufacturing** 17:*4*
**map** 140:*9, 10, 15,
17* 161:*17* 162:*20*
163:*5, 23* 164:*6*

**maps** 140:*4*
160:*19* 161:*2*
**Marchant** 184:*1*
**mark** 11:*22* 191:*8*
**marked** 12:*12, 15*
15:*13, 14* 53:*17, 21*
181:*5* 190:*2*
191:*14* 192:*12*
**mass** 153:*12* 154:*3,
6, 9, 14, 15* 155:*12,
20* 157:*9* 165:*18,
19, 23* 217:*6*
**masses** 157:*4*
**master's** 41:*11*
**match** 24:*5*
**material** 29:*9* 40:*7*
41:*3, 16* 56:*6, 17*
60:*7* 62:*3* 72:*23*
88:*6* 93:*2* 96:*3*
109:*10* 122:*6, 9*
129:*4* 159:*23*
160:*1* 171:*17*
173:*2, 10* 203:*10,
14, 18, 20, 21* 207:*7,
19* 209:*15*
**materials** 16:*13*
56:*18* 66:*10* 70:*20*
71:*8* 72:*19* 85:*5*
94:*8* 103:*20, 22*
104:*3* 110:*16*
112:*8* 115:*1*
159:*15* 171:*9, 17*
172:*6, 7, 16, 20, 22*
183:*10, 19* 195:*20*
222:*8* 227:*14*
**math** 163:*8*
**mathematical**
157:*2* 165:*13, 17*
**matter** 11:*5* 37:*23*
63:*8*
**maximum** 186:*17*
188:*17*
**Maxine** 18:*15, 18*
22:*20* 25:*21* 26:*14,
21* 27:*17* 29:*11*
34:*23* 50:*9, 20*
51:*12* 54:*17* 55:*13*
64:*20* 78:*2, 9* 79:*4,
17, 20* 81:*2* 83:*13*
98:*17* 108:*6*

123:*13* 133:*12*
185:*10* 186:*2, 9, 15*
190:*4* 208:*13, 18*
211:*4* 214:*6* 222:*3*
224:*8* 227:*19, 22*
229:*6*
**Maxxam** 182:*19*
**MCL** 187:*2*
**MCLs** 186:*17*
187:*18*
**McMurray** 28:*15*
**mean** 11:*4* 15:*22*
29:*5* 41:*17, 18*
51:*7, 9* 52:*7* 54:*20,
22* 55:*4* 59:*23*
64:*9* 84:*12* 87:*7*
95:*21* 117:*16*
118:*7* 121:*18*
127:*17, 19* 132:*7*
133:*3* 136:*8, 11*
142:*9, 10* 143:*11*
151:*23* 201:*13*
214:*7* 224:*11, 13*
**meander** 202:*23*
**Meaning** 19:*6*
49:*21* 52:*16*
100:*10* 188:*11*
211:*8* 223:*2*
**means** 56:*13*
77:*22* 88:*5* 135:*23*
159:*20* 183:*18*
193:*23* 230:*6*
**meant** 52:*15*
131:*11* 139:*2*
147:*3* 184:*9*
**measure** 154:*15*
162:*19* 163:*21*
**measured** 160:*21*
186:*4*
**measurements**
193:*3* 201:*7*
**measures** 83:*10*
84:*8* 91:*16, 22*
93:*18*
**mechanism** 179:*19*
**meet** 178:*14*
**member** 177:*8*
**memo** 190:*6* 191:*4,
6*

**Memorandum** 6:*15*
60:*2* 184:*13* 190:*1*
211:*10* 228:*8*
**mentioned** 27:*7, 9*
76:*21* 123:*20*
180:*3* 214:*21*
**met** 8:*7* 103:*14*
**metallurgical** 31:*4,
16, 20* 32:*22*
**metals** 77:*23*
100:*20* 101:*3*
118:*21* 119:*9*
120:*16* 158:*5*
193:*6, 14* 209:*16*
214:*12* 215:*20*
216:*14*
**meters** 112:*15*
**method** 182:*1*
197:*11* 200:*7, 17*
**methodology** 127:*6*
**methods** 198:*20, 21*
**middle** 204:*13*
**midpage** 153:*19*
**migrated** 71:*1*
**migrating** 55:*10*
**migration** 99:*23*
216:*15*
**Mike** 23:*10, 17, 18,
21*
**miles** 185:*8, 23*
**milligrams** 154:*15*
185:*14*
**million** 93:*1, 7, 8*
129:*3*
**mind** 128:*19*
**mine** 9:*22* 18:*2, 6,
18* 22:*20* 23:*16*
25:*21* 26:*14, 21*
28:*7, 14, 22, 22*
29:*1, 5* 33:*6, 10, 11,
12, 20* 34:*12, 13, 17,
20, 21, 22, 23* 35:*7*
50:*3, 6, 9* 56:*6, 13,
14, 16* 57:*7, 12*
60:*10* 63:*10* 65:*6*
67:*8* 70:*23* 71:*20*
72:*2* 73:*5* 76:*23*
77:*4, 15, 19* 78:*2, 3,
8, 9, 18, 20* 79:*4, 7,
12, 18* 80:*23* 81:*2*

*82:6 83:13, 15, 17, 23 84:3 85:17 87:11 97:3, 5, 10 99:7, 8, 9 100:7, 12 101:19 102:10 106:11, 21 107:4 108:6 109:7 113:9, 16 118:19 121:19 122:2, 11 123:2, 2, 6, 8, 15, 17, 21 124:3, 15, 19 125:8, 9, 17, 21 130:17 133:12 148:23 149:2 152:14 158:12, 23 159:4, 6 172:12, 23 173:3 175:23 181:11 184:13, 15 185:10 186:4 190:4, 13, 17 193:2 197:22 201:19 202:21 203:3, 7, 19 206:17 207:4, 5, 10, 23 208:4, 16, 19 211:4 214:6, 17 216:20 217:6, 9 222:3 224:8 227:19, 23 229:6*
**mined** 33:*21*
**mineral** 58:*10, 12* 82:*5*
**minerals** 57:*4* 82:*23* 122:*4* 176:*10*
**Mine-Related** 25:*18* 34:*9*
**mines** 16:*16* 17:*13, 18* 18:*14* 29:*6* 31:*5, 22* 32:*1, 5, 13, 19* 57:*16* 78:*8, 17* 79:*3, 8* 211:*23* 215:*23* 216:*3*
**minimize** 93:*15* 94:*12*
**Minimizing** 94:*16*
**mining** 9:*10* 17:*5, 5, 11, 12* 25:*18* 27:*8, 16* 34:*9* 55:*23* 56:*20* 77:*7, 12, 16, 20, 22, 23*

*84:4 94:2 98:3 130:9 131:21 133:19 135:4, 5, 15*
**mining-related** 16:*8*
**Ministry** 176:*11* 211:*22*
**minor** 94:*23* 130:*23* 131:*5* 167:*4* 195:*15, 19*
**minute** 65:*4* 76:*9* 90:*7* 181:*1*
**minutes** 229:*10*
**mirror** 160:*13*
**mislead** 37:*22*
**missing** 144:*20* 145:*3*
**mistakenly** 204:*17* 205:*13*
**misunderstood** 165:*6*
**mitigate** 188:*11*
**mitigating** 91:*17, 23* 171:*23*
**mitigation** 88:*14*
**mix** 97:*14*
**mixed** 58:*17* 218:*12*
**mixture** 57:*11* 58:*6*
**Mobile** 26:*19* 27:*1* 51:*1*
**model** 205:*17*
**modeling** 47:*17*
**modify** 146:*15*
**moment** 53:*18*
**money** 47:*8* 179:*15* 180:*16*
**monitor** 174:*5*
**monitoring** 16:*11* 96:*9*
**Months** 30:*8, 10*
**morning** 8:*4, 6*
**morning's** 196:*13*
**Moss** 41:*1*
**Mountain** 28:*22* 29:*5, 14*
**mountainous** 34:*21*
**move** 53:*11* 147:*9* 189:*19* 200:*11, 12*
**moved** 30:*4* 36:*12* 156:*22*

**moving** 138:*9* 198:*19*
**muddy** 207:*21*
**multiply** 156:*18*
**multiplying** 154:*10* 155:*11*

**< N >**
**name** 18:*1* 19:*13, 17* 20:*4, 6* 52:*5* 143:*12* 174:*17* 175:*10, 11*
**named** 23:*9*
**names** 84:*5*
**National** 19:*20*
**native** 207:*15, 16* 209:*4*
**natural** 56:*19* 57:*1* 103:*13, 21* 104:*2, 5* 113:*15* 132:*20, 22* 168:*20* 196:*8, 20* 203:*4* 215:*5*
**naturally** 186:*14*
**nature** 80:*11* 167:*21* 200:*13* 210:*2* 221:*11* 227:*3*
**near** 34:*13* 197:*18*
**neatness** 43:*20*
**necessarily** 198:*13* 222:*16*
**necessary** 2:*22* 90:*18* 91:*2, 5* 96:*18* 224:*9*
**need** 11:*14* 29:*12* 65:*5* 98:*14* 136:*21* 137:*19* 148:*20* 172:*8, 19* 173:*1, 16* 178:*23* 192:*3* 206:*12* 213:*17* 219:*13* 222:*14* 225:*7*
**needed** 86:*5* 142:*3* 204:*15*
**needles** 168:*19* 169:*19*
**needs** 93:*20* 99:*2, 4, 5, 8* 157:*6* 166:*9*
**negative** 134:*15*

**neighborhood** 185:*14*
**neighboring** 47:*11*
**neither** 32:*12* 230:*15*
**NEPA** 43:*21*
**net** 82:*20*
**neutralize** 96:*22* 97:*16*
**neutralizing** 182:*15* 183:*15*
**Never** 8:*15, 22* 92:*4* 103:*14* 129:*8* 134:*6*
**new** 15:*23, 23* 32:*23* 141:*5* 183:*6* 211:*9*
**nexus** 49:*11*
**nine** 39:*21*
**nineteen** 40:*2*
**nine-year** 38:*14*
**no,** 115:*20*
**noon** 138:*1*
**normal** 225:*1*
**north** 28:*14* 31:*6* 202:*23* 203:*12*
**NORTHERN** 1:*2* 78:*16, 17*
**Norwest** 29:*22* 30:*4* 31:*1, 12* 32:*10, 17*
**Norwest's** 31:*22*
**Notary** 2:*6* 7:*2, 3*
**note** 205:*11*
**notes** 75:*8, 11, 15, 21* 76:*15*
**notice** 6:*12*
**Notwithstanding** 37:*15* 38:*16*
**November** 26:*9* 211:*11*
**number** 13:*15* 16:*19* 20:*2* 24:*21* 40:*21* 50:*8* 52:*3* 63:*6* 65:*3, 3* 66:*2* 71:*19* 74:*20* 78:*21* 93:*11* 100:*5* 138:*12, 13* 156:*21* 160:*20* 161:*23* 162:*21* 163:*10*

165:*16*  167:*12*
172:*8*  179:*1*
181:*10*  196:*17*
218:*16*
**numbers**  186:*7*
**numerous**  179:*10*

**< O >**
**Obed**  28:22  29:*5,*
*13*
**object**  38:*18*
102:*17*  129:*15*
131:*7*  215:*17*
225:*9*
**objecting**  38:*23*
131:*12*
**objection**  39:*8*
**objections**  2:*23*  3:*3*
**objective**  49:*18*
95:*22*  130:*6*
132:*19*
**objectives**  129:*20*
**obligation**  136:*21*
137:*16*  174:*5*
**obligations**  85:*13*
177:*7*
**observation**  198:*14*
207:*11*
**observational**
66:*13*  80:*15*  112:*5*
146:*20*  147:*5*
196:*12*  197:*10*
201:*5*
**observationally**
202:*10*
**observations**  59:*4*
65:*12*  72:*9*  80:*9*
108:*16*  115:*2*
144:22  145:*7*
211:*9*
**observe**  81:*16*
169:*10*
**observed**  65:*22*
67:*19, 21*  70:*1*
79:*5*  159:*3, 12, 19,*
*22*  202:*14*
**observing**  106:*3, 5*
167:*8*
**obtain**  137:*2*
179:*14*

**obtained**  15:*9, 22*
59:*10*  63:*2, 15*
160:*9*
**obviously**  57:*11*
58:*1*  114:*2*  148:*4*
163:*21*  195:*4*
211:*17*
**occasion**  174:*19*
**occasions**  30:*13*
32:*18*
**occupationally**
18:*22*
**occur**  97:*18*  100:*5*
209:*14*
**occurred**  70:*10*
73:*16*  85:*6*  144:22
197:*18*
**occurring**  97:*17*
106:*10*  108:*20*
110:*19*  111:*1*
112:*13*  186:*14*
197:*17*  230:*12*
**occurs**  131:*1*  195:*8*
**October**  6:*14*  26:*4*
54:*1*  113:*23*  126:*5*
134:*2*  136:*13*
138:*9*  149:*21*
150:*14*  158:*10*
211:*12*
**offer**  88:*4*
**offered**  3:*5*  222:*20*
**offices**  2:*8*  7:*7*
**Offshore**  40:*23*
**off-spec**  16:*12*  43:*7*
**off-the-record**
192:*10*
**Oh**  27:*11*  119:22
165:*6*  212:*8*
**Oil**  28:*2, 5, 14*
40:*5, 10*  78:*12, 22*
**Okay**  8:*4, 17, 21*
9:*17, 23*  10:*4, 11,*
*22*  11:*8*  12:*1, 10,*
*19*  13:*9*  14:*12, 18*
15:*1, 11, 17*  16:*5,*
*15, 21*  17:*7, 16, 19,*
*22*  18:*1, 10, 16*
19:*9, 15, 23*  20:*6,*
*19, 22*  21:*12, 16, 22*
22:*8, 12, 19, 23*

23:*5, 7, 11*  24:*3, 6,*
*9, 14, 19*  25:*6, 13*
26:*2, 6, 13*  27:*5, 11,*
*15, 19*  28:*11, 16*
29:*17*  30:*1, 5, 12,*
*21*  32:*8, 14, 19*
33:*3, 10, 13, 18*
34:*4, 7, 15*  35:*8, 15,*
*22*  36:*7, 14, 18, 21*
37:*15, 21*  38:*5, 13*
39:*12*  40:*10*  41:*6,*
*9, 15, 23*  42:*9, 12,*
*18*  43:*11, 17*  44:*1,*
*6, 9, 15, 19, 23*  45:*4,*
*15, 19*  46:*2, 13, 21*
47:*3, 13, 19*  48:*6,*
*10, 13, 16*  49:*1, 17,*
*20*  50:*5, 11, 15*
51:*3, 11, 19*  52:*14,*
*18*  53:*9*  54:*8*
55:*12, 19*  56:*4, 8,*
*11, 21*  57:*6, 15, 19*
58:*7, 14, 20*  59:20
60:*16, 20*  61:*1*
62:*12*  63:*1, 1, 13,*
*21*  64:*4, 15, 21*
65:*9*  66:*1, 16*
67:*23*  68:*18, 21*
69:*1, 4, 14*  72:*12*
74:*5, 21*  75:*7, 14*
76:*13, 19*  77:*10, 12,*
*21*  78:*6*  79:*10, 15,*
*21*  80:*8*  81:*4, 6*
82:*2, 16, 21*  83:*1, 3,*
*21*  84:*1, 7, 18, 21*
85:*9, 19*  86:*2, 12,*
*23*  87:*6, 23*  88:*11,*
*20*  89:*6, 15*  90:*2, 5,*
*9, 15, 21*  91:*1, 9, 12*
92:*6, 12*  93:*6*  94:*3,*
*15, 19, 22*  95:*11*
96:*5*  97:*2, 13, 22*
98:*4, 12*  100:*6*
101:*5, 14, 20*  102:*3*
103:*3, 6, 9*  104:*7,*
*18, 23*  105:*13, 18*
106:*2*  107:*5, 15*
108:*14*  109:*13, 20,*
*23*  110:*21*  111:*10,*
*22*  112:*2, 21*

113:22  114:*8, 18,*
*23*  115:*17*  116:*12*
117:*6, 13, 21*
118:22  120:*5, 19,*
*23*  121:*7, 15*
122:*10, 13*  123:*4,*
*11*  124:*6, 20*  125:*2*
126:*3, 9, 18, 23*
129:*19*  130:*7*
131:*4, 9*  132:*9*
133:*2, 22*  134:*19*
135:*12*  137:*1, 6*
138:*5, 14, 17, 21*
139:*5, 10, 16*  140:*7,*
*11, 13, 23*  141:*4, 11,*
*16, 21*  142:*2, 8, 13*
143:*7, 14, 18, 22*
144:*3, 17, 20*  145:*5,*
*10, 17, 23*  146:*11,*
*15, 22*  147:*6, 9*
148:*1, 8, 13, 18, 22*
149:*7, 14*  150:*3, 3,*
*6, 17*  151:*5, 15, 22*
152:*10*  153:*8, 21*
154:*13, 17*  155:*4, 7,*
*10, 14, 22*  156:*2, 5,*
*11, 14, 23*  157:*8, 18*
158:*7*  159:*18*
160:*4, 12, 20*  161:*7,*
*13*  162:*11, 15*
163:*6, 18*  164:*10*
165:*11, 15, 18*
166:*1, 21*  167:*5*
169:*1, 8, 15*  170:*4,*
*10, 13, 23*  174:*7, 10,*
*14, 23*  175:*16, 21*
176:*7, 15, 21*  177:*2,*
*5*  178:*6, 12, 18*
179:*7*  180:*1, 4, 12,*
*23*  181:*9*  182:*5, 17,*
*20*  183:*2, 17*  184:*7,*
*12, 19, 20*  185:*1, 6*
186:*16, 19*  187:*9*
188:*17, 22*  189:*2,*
*21*  190:*12, 14, 19*
191:*8, 8, 19*  192:*9,*
*15*  194:*3, 6, 13, 22*
195:*3, 11*  196:*2, 22*
197:*7*  199:*1, 15*
200:*16*  201:*1, 10*

202:*3*, *7*  203:*17*
204:*1*, *4*, *11*, *20*
206:*9*, *14*  207:*3*
208:*3*, *7*  209:*8*, *20*,
*23*  210:*9*, *20*
211:*16*  212:*6*, *13*,
*18*, *22*  213:*3*, *6*, *13*
214:*15*  215:*12*
217:*11*, *15*, *19*
218:*5*, *9*, *11*, *14*, *16*,
*22*  219:*8*, *12*, *16*, *18*,
*20*, *23*  220:*14*
221:*7*, *13*, *16*, *23*
222:*6*, *11*, *19*  224:*3*
225:*10*, *14*  226:*9*
227:*5*, *12*  228:*3*, *10*,
*18*, *22*  229:*9*
**old**  33:*12*
**omitting**  39:*19*
**Once**  30:*16*
107:*20*  122:*1*
137:*18*  173:*6*, *21*
175:*6*  193:*8*  209:*9*
**ones**  42:*9*  46:*12*
78:*7*  86:*14*, *18*
102:*9*  126:*3*, *5*
146:*4*, *14*  212:*4*
228:*2*, *5*
**ongoing**  29:*18*
30:*2*  32:*10*  130:*2*
197:*17*
**online**  212:*9*
**Ontario**  36:*13*, *15*,
*22*
**open**  34:*22*
**opening**  131:*22*
**operating**  31:*22*
34:*3*  63:*10*  84:*19*
**operation**  9:*15*
21:*14*  60:*10*
219:*23*
**operational**  80:*23*
**operations**  17:*4*
28:*8*
**operator**  89:*20*
**opinion**  39:*15*
54:*14*  58:*23*  59:*3*,
*18*  64:*6*  66:*18*
67:*2*  80:*1*, *6*  82:*3*
88:*4*, *22*  91:*15*, *19*,

20  92:*3*  98:*4*, *13*
105:*7*, *22*  107:*19*
108:*11*, *15*  114:*10*
128:*5*  157:*5*
186:*13*  188:*3*
216:*5*, *6*  222:*2*
**opinions**  61:*5*
115:*7*  144:*11*
146:*6*, *21*  147:*19*
149:*3*, *20*  150:*13*
151:*2*  222:*20*, *23*
223:*11*, *14*  227:*15*,
*18*, *22*  228:*4*
**opportunity**  83:*5*
86:*19*  209:*13*
211:*14*
**opposed**  52:*22*
56:*22*  57:*20*  74:*19*
78:*22*  89:*12*  92:*9*
197:*2*  203:*4*
**option**  98:*9*  99:*1*
127:*7*, *20*  128:*8*, *16*
170:*8*, *12*, *15*  172:*1*,
*2*
**options**  51:*18*
130:*2*  170:*6*, *15*, *20*
171:*5*, *20*, *23*
175:*23*
**oral**  3:*11*  7:*13*
**oranges**  189:*14*, *14*
**order**  16:*20*  71:*11*
72:*14*  74:*19*
**orders**  186:*6*
**ore**  29:*8*  55:*22*
**organic**  58:*12*
**organisms**  46:*20*
**organization**  21:*6*,
*7*  22:*5*  129:*13*, *21*
180:*5*, *7*
**organizations**
179:*13*  180:*15*
**original**  3:*10*  58:*3*
60:*1*  95:*16*  135:*2*
184:*16*  191:*17*
205:*21*  211:*11*
220:*16*
**originally**  169:*12*
**originated**  203:*22*
**originating**  203:*11*

**outcome**  96:*3*
154:*10*  205:*5*
**outlet**  101:*16*
**outline**  140:*6*
**outside**  19:*21*  71:*1*
72:*20*  87:*21*
177:*10*  179:*2*
**overall**  173:*22*
**Overburden**  54:*15*,
*21*  55:*17*, *20*  56:*1*
122:*3*  208:*5*, *7*
**overlap**  22:*14*
**overlapped**  22:*7*
**overlapping**  48:*12*,
*23*
**oversight**  50:*7*
133:*10*
**overview**  143:*3*
**overwhelmed**  106:*6*
**owned**  188:*20*
**ownership**  83:*12*, *23*
**oxidation**  80:*13*
82:*5*  183:*9*  190:*20*
193:*13*
**oxidize**  193:*10*
**oxidizing**  207:*8*, *9*
**oxygen**  193:*9*

**< P >**
**P.E**  177:*21*
**P.Eng**  1:*19*  7:*12*,
*17*
**p.m**  229:*17*
**paced**  75:*1*
**PAGE**  6:*3*  25:*16*
42:*1*  50:*16*  54:*9*
88:*12*  113:*23*
117:*22*  127:*1*
138:*12*, *13*, *15*
143:*8*  144:*5*
147:*10*  149:*15*
150:*7*, *8*  152:*13*, *15*
153:*9*  164:*22*
175:*7*, *8*  184:*1*
192:*16*  194:*23*
204:*12*, *13*, *13*
205:*10*  206:*16*
210:*20*  218:*6*
**paragraph**  16:*6*
54:*12*  58:*21*  63:*2*

66:*17*  69:*8*  82:*3*
83:*9*  118:*2*, *23*
121:*17*  122:*16*
124:*7*  127:*2*
153:*13*, *20*  154:*19*
165:*5*
**parameter**  204:*19*
**parameters**  102:*8*
214:*13*
**Park**  19:*21*
**Parking**  65:*1*, *3*
**part**  17:*8*  21:*8*, *10*,
*14*  34:*19*  46:*5*
57:*7*, *13*  62:*8*  64:*7*,
*22*  68:*22*  80:*17*
87:*8*  91:*2*, *5*
103:*15*, *16*  105:*6*
121:*15*  122:*19*
123:*19*  124:*11*
137:*6*  146:*16*
150:*7*  170:*18*
224:*9*
**particle**  159:*3*
160:*2*
**particular**  36:*18*,
*20*  48:*17*  88:*9*
129:*23*  130:*17*
139:*14*  159:*18*
**particularly**  168:*14*
**parties**  2:*3*  3:*3*
12:*20*  136:*11*
191:*18*  205:*1*
230:*16*
**partly**  68:*7*
**partners**  21:*7*
**parts**  69:*21*
**path**  161:*6*  203:*10*
**pathway**  203:*14*
224:*20*
**pattern**  70:*22*
**patterns**  70:*8*, *15*
**PDF**  12:*18*
**PELA**  63:*9*  82:*1*
113:*18*  142:*1*
211:*19*
**people**  13:*18*  21:*9*
48:*4*  53:*1*  71:*22*,
*23*
**people's**  135:*21*
**perceive**  51:*11*, *15*

**percent** 25:2, *4, 5*
160:*15* 163:*19*
181:*19* 183:*14*
205:*14, 15* 206:*4*
218:*21* 221:*5*
**percentage** 24:*21*
218:*17*
**percolating** 109:*10*
**perfectly** 56:*12*
196:*3*
**performance** 16:*10*
**period** 22:6 29:22
36:*6, 8, 10, 12*
39:*20* 40:4 63:*10*
67:*6, 11* 94:*6*
211:*14*
**periods** 22:*14*
**permanent** 134:*16*
174:*4*
**permanently** 33:*23*
34:*2*
**permeability** 113:*12*
**permeable** 110:*16*
112:*9* 113:*10, 13*
159:*14, 15*
**permeate** 168:*13*
**permissible** 128:*8*
**permission** 133:*10*
136:*16*
**permissions** 227:*1*
**permits** 172:*4*
**permitting** 31:*3*
42:*4, 16, 21*
**person** 23:*12* 225:*1*
**personal** 19:*12*
30:*6* 36:*13* 114:*10*
180:*6*
**personally** 30:*14*
**perspective** 147:*21*
179:*22* 187:*23*
188:*9* 209:*19*
**perspectives** 72:*22*
**pertaining** 166:*4*
**pertinent** 13:*2*
144:*23*
**petrochemical** 50:*4*
77:*7, 9*
**Petroleum** 40:*12*

**pH** 100:*21* 158:*4*
193:*2* 214:*11*
215:*23*
**phase** 28:*19* 29:*21*
30:*18*
**philosophies** 98:*1*
**philosophy** 99:*15*
**Photo** 192:*17, 22*
194:*3, 20* 195:*19*
196:*15, 17* 198:*22*
200:*3* 201:*9*
202:*20* 203:*18, 20*
204:*4* 206:*15*
207:*15*
**photocopied** 142:*16*
**photograph** 139:*1*
199:*16, 17* 203:*21*
207:*4*
**photographs** 195:*4*
**photos** 167:*12*
194:*23*
**phrase** 29:*3* 118:*15*
**physical** 152:*8*
**pick** 199:*12*
**picture** 195:*17*
207:*5*
**piece** 208:*10* 209:*1*
**pile** 51:*18* 55:*5, 7,*
*10* 57:*10* 66:*4*
69:*22* 70:*6, 9* 71:*1*
79:*19* 84:*11* 85:*6*
98:*20* 106:*4* 111:*5*
113:*6* 118:*5*
121:*20* 122:*17, 20*
124:*17* 130:*18, 18*
145:*8* 152:*19*
153:*3, 6* 159:*7*
168:*22* 169:*12*
171:*10* 173:*14*
188:*9* 196:*18*
197:*13* 203:*1, 7, 12,*
*13, 15, 21, 23*
206:*11* 207:*13*
209:*3* 211:*3* 226:*1,*
*8*
**Pile,** 118:*16*
**pillars** 180:*14*
**pine** 166:*23* 167:*8,*
*10, 13, 18, 23, 23*

168:*17* 169:*17, 19*
**pit** 33:6 34:22
**Place** 2:9 5:5 7:9
19:*21* 32:*20* 50:*12,*
*13* 65:5 72:*4, 4*
73:*16* 93:*21* 98:*21*
99:*14* 100:*11*
132:*5, 7* 157:*13*
162:*8, 13* 167:*9*
171:*3, 10, 10* 172:*7,*
*8, 17, 20, 22* 196:*1*
199:*18* 206:*11*
214:*23* 222:*8, 12*
**placed** 54:*16* 55:8
57:*14* 85:*6, 17, 22*
201:*20*
**placement** 77:*18*
**places** 70:7, *14*
72:6 81:*18* 87:*15*
109:*4* 111:*3, 14*
128:*14* 145:*15*
169:*10* 216:*16*
**Plaintiff** 1:*10* 4:*3*
115:9 220:5
**plan** 25:*21* 26:*3*
51:*22* 69:*3* 87:*2*
92:*19* 93:*13*
133:*16, 17* 134:*1*
136:*20* 151:*8*
157:5 180:*9*
188:*12* 206:*10*
214:*20, 22* 222:*7,*
*12* 224:*10* 226:*10,*
*12, 22* 227:*8*
**planned** 228:*12*
**planning** 16:*10*
33:5 60:7
**plans** 64:*13, 19*
228:*14*
**plants** 27:*10* 43:*10*
166:*13* 194:*2*
**Please** 3:*13* 25:*15*
38:*11* 50:*15* 88:*12*
91:*21* 95:*21* 98:*12*
107:7 113:*23*
117:*22* 142:*18*
146:*1* 151:6 181:*3*
191:*13* 204:*12*
**plural** 59:*23*

**point** 12:2 17:*10*
33:*14* 48:*1* 56:5
74:7 79:*22* 81:7
95:2, *12, 15* 96:*8*
97:*2, 4* 108:*23*
148:*15* 157:*1, 3*
159:2 161:*20, 21*
162:*3, 4* 167:*15*
177:6 189:*17, 18*
194:8 196:*22*
198:7 201:*8, 19*
**pointing** 165:*2*
203:*3*
**points** 27:*20* 69:*10,*
*15* 92:*16* 120:*13*
161:*5* 162:*16, 21,*
*22* 163:*13* 197:*20*
213:*9*
**pollutants** 55:*9*
80:*3* 81:8 114:*14*
**Polluted** 192:*18, 23*
**polluting** 96:*23*
**pollution** 93:*15*
100:*19* 130:*3*
188:*10* 214:*23*
216:7
**pond** 26:*17, 23*
29:*10* 50:*22*
**ponds** 35:9 74:*12*
89:*19* 173:*17*
203:*9*
**portion** 31:*19*
32:*16* 33:*20, 22*
34:*1* 61:*19* 84:*10,*
*13* 110:*3* 116:*9*
137:*10* 226:*18*
**portions** 102:*1*
**portray** 139:*2*
**position** 18:*22*
**positions** 39:*15*
**possibility** 63:*20*
98:*22* 197:*2*
**possible** 90:*3*
122:*12* 162:*18*
**post-law** 84:*20*
85:*3* 87:*1* 88:*8*
99:*17* 113:*20*
169:*11* 172:*10*
173:*9*

potential 38:2
47:10 79:12
potentially 97:11
134:16
power 31:14
217:17, 18
power-generating
9:19
practical 172:15
practice 55:3
82:12 96:11 179:6,
20, 22
practices 94:11
180:9
precede 154:19
preceded 11:20, 21
preceding 150:18
153:20
precipitate 207:17
precipitating 207:9
precipitation 80:13
precise 16:18
24:21 74:20 75:4,
4
precludes 169:21
predicate 49:6
predicated 226:6
Prediction 184:2
pre-disturbance
96:1
predominantly
169:3
preferred 128:17
172:2
Pre-Komex 41:8
pre-law 85:3 87:1
88:7 113:21 169:5,
6
Preliminary 31:3
premise 107:9, 10
preparation 116:18
220:11
prepare 98:19
prepared 26:22
63:8 139:6
preparing 224:3
prescribed 42:23
43:6, 19 136:17
presence 167:17

present 18:21
183:20
presented 89:11
205:18
presenting 133:16
170:8, 11, 14
presents 211:1
president 18:23
presumably 136:20
presume 143:10
175:15
prevent 98:15
100:11 130:2
173:3
prevented 128:20
preventing 168:15
previous 39:11
76:22 135:6 143:2
156:16 183:8
194:10
previously 8:7, 12
63:22 86:22
109:18 208:3
price 32:21 176:9
184:6
primarily 31:20
42:14 44:21 48:9
63:5 100:19 169:6
183:12 195:8
primary 144:13, 18
145:20 147:4
principles 226:3
prior 3:6 18:15
39:21, 23 55:7
83:15 85:4, 6
148:3, 4 150:10
210:23
private 21:6
Probably 24:12
31:21 33:1 60:8
75:4 128:21 156:3
160:22 218:21
226:17
problem 39:19
168:21
Procedure 3:8 7:5
proceeding 230:5
proceedings 7:14
10:23 53:2 230:12

process 10:14 12:9
44:2, 4, 7, 13, 15, 22
47:23 49:12 57:17
132:14, 15 173:16
183:13 190:20
194:15 198:2
204:23 209:18
224:19 225:13
processing 29:8
77:9
produce 13:20
produced 13:3
139:13 152:21
230:7
product 43:7
56:19, 20 155:5
165:12
professional 43:3
176:18 177:14, 19
178:20 179:12
180:9
professionals 179:7
profile 141:20
142:23
program 42:22
43:3, 5 99:14
124:10, 13 126:20
127:4, 14 174:11
181:12
programs 179:16
progression 147:14
project 18:10
25:11 27:15 28:2,
18 29:18 30:3, 7,
23 31:10 33:4
34:8 35:13, 14, 16
47:8 78:12 117:5,
22 129:23 215:15
220:18
projects 10:14
22:15 24:15, 18, 22
27:1, 3, 6, 8 32:8
33:1 35:20 37:20
42:4 173:22
promote 218:2
promulgated 85:7
pronounce 33:8
212:14
pronouncing 27:22

properly 122:17
130:19 188:6
215:21
property 133:4, 13
208:10, 19 224:8
226:11 229:6
proponent 136:21
137:17
proponents 33:2
proportion 110:10
166:10, 11, 12
proposal 136:9
137:16
proposed 31:4
128:9 129:10
proposing 127:20
130:16 133:9
215:16
proprietor 19:7
proprietorship 19:4
protect 206:12
protective 65:7
protocol 131:10
protruding 199:3
provide 20:3, 5
54:13 141:18
176:5, 14 179:14
184:10 190:3
212:4, 17 215:3
provided 14:3, 20
15:5 16:17 17:13
59:12 63:11, 18
75:20 103:8
159:17 168:7
218:14
provides 61:5
154:2 218:7
providing 106:20
218:19
province 50:14
provinces 44:18
provincially 44:20
48:7
Public 2:7 7:2
10:15
publicly 14:23
59:12 63:22
175:19 188:19
published 120:17
166:14 212:9

**pull** 172:*19* 192:*3* 212:11

**punitive** 12:7

**purpose** 205:*20*, *22*

**purposes** 50:*1* 84:*1* 151:*1*

**pursuant** 7:*4* 32:*1*

**put** 32:*20* 65:5 69:*19* 93:*21* 98:*20* 146:6 163:2 179:*15* 209:*3*, *15* 222:8 226:*21*

**putting** 128:*21* 155:*3* 224:*14*

**pyrite** 183:*9*

**pyrites** 78:*15*

**< Q >**

**Q,** 11:*20*

**qualification** 148:*14* 150:*16*

**quality** 47:*1*, *18* 60:*11* 67:*17* 68:*13* 96:*18* 119:*10*, *14*, *19* 121:9 187:*19* 190:*5* 215:*1*, *5*

**quantification** 76:*11*

**quantifies** 182:*15*

**quantify** 67:*20*

**quantifying** 181:*21*

**quantities** 172:*12*

**quantity** 47:*1* 69:*23* 162:*23*

**Quesnel** 33:*7*, *10*

**question** 10:*19* 14:6, *7* 17:*11* 18:8 27:*12* 32:*16* 38:*19*, *19* 39:9 49:6 52:7 58:*3* 62:*14* 65:*18* 79:*23* 81:9 90:*8*, *10* 102:*18* 103:*15* 104:22 105:*8*, *12* 107:*10*, *11*, *14* 114:22 115:*11*, *11*, *16* 116:6 119:*3*, *5* 123:*18* 125:*20* 127:*16* 131:*13* 135:*3* 140:*12* 146:*13* 147:*17*, *23*

148:*15* 154:22, *23* 155:2 162:*18* 177:*16* 183:*3* 190:7 191:*10* 200:*21* 211:5 215:*18* 217:2 225:2 226:*19* 227:*4*

**questions** 3:*1*, *2* 11:*12*, *19* 61:*17* 136:7 138:*11* 147:*12* 150:*10* 221:*11* 229:*14*

**quite** 39:*22* 105:*12* 137:*6* 180:*20*

**quote** 50:*8*

**< R >**

**rags** 56:22

**rain** 195:*13* 196:*4*

**rainfall** 71:9, *10* 166:*10*

**rains** 70:7 195:*21*

**rainy** 94:*17*

**raised** 185:*12*

**rapidly** 174:*4*

**rate** 116:*17* 117:*1* 156:*1*, 7, 8 158:*20* 164:*21* 165:*1*, 22 206:7 216:*1*, *13*, *14*, *18*

**rates** 206:*3*, 8

**ratification** 179:*14*

**rationale** 223:*14*

**ravel** 172:*17*

**ravelled** 109:7

**ravelling** 195:*16*, *19*

**ravels** 99:*12*

**ravine** 195:*18* 196:*15*

**reach** 115:6

**reached** 227:*13* 228:*4*

**reaching** 222:*19*

**reactivated** 33:*16*, *17*

**read** 8:*1* 39:*10* 50:*19* 54:*18* 59:2 61:*14*, *19* 103:*1*, *3*, 6 116:*9* 127:*8*

137:8, *10* 162:*3* 221:*17* 226:*16*, *18*

**reader** 62:*5*

**readily** 223:*20*

**reading** 2:*15* 194:*7*

**reads** 42:2 54:*12* 152:*17*

**ready** 229:*10*

**realize** 108:*21*

**really** 11:9 53:*3* 104:22 170:7 188:*14*

**reason** 12:*3* 36:*19*, *20* 37:5 52:*18* 132:2 171:*23* 193:*21* 224:*17*

**reasonable** 92:*11* 101:*21* 161:*12* 185:9 195:*10*

**reasonably** 37:*6* 110:*18* 112:*12* 171:*16*

**reasoning** 223:*13*

**reasons** 36:*13* 92:6 187:7, 8

**Rebuttal** 6:*16* 26:9 60:*1* 93:5 98:*23* 99:*3* 136:*13* 148:*3* 170:22 171:*1* 191:9, *16* 192:*12* 205:*19* 210:22 211:8 220:*16*

**recall** 23:*14* 36:*1* 81:*13* 103:9 113:*3* 140:*19*

**received** 15:*18* 177:*10*

**recheck** 213:*11*

**reclaiming** 54:*23* 55:*1*

**reclamation** 23:*16* 33:5 46:*10*, *11* 95:*4*, *15*, 22 98:7 176:*10*

**recognize** 133:*15* 161:*13* 162:*17* 169:*16* 170:*16*

**recollection** 75:*10*

76:*10*, *16* 201:*13*

**recommend** 51:*20*

**recommendation** 145:*4*, *21*

**recommendations** 61:22 120:*4*

**recommended** 172:*1*

**recommends** 215:*15*

**reconstructing** 93:22

**record** 39:*8* 53:*20* 69:6 80:22 85:*23* 86:9, *20* 89:*16*, *17*, *23* 116:*13* 122:2 126:*16* 139:*12* 140:*5*, *15* 191:*13* 192:*5*, 8 194:6, *10* 196:2 202:2

**recorded** 75:*8*

**recording** 76:*4*

**records** 140:*20*

**Recovery** 114:6, *20*

**re-create** 95:*23*

**red** 139:2 141:2, 7

**red@starneslaw.com** 5:7

**redo** 142:*10*, *11*

**redraft** 142:*4*

**redrafted** 142:*9*

**reduces** 91:*8*

**reducing** 167:*2* 170:*3*

**reestablish** 132:*6*, *17*

**reestablished** 135:*1*

**reestablishing** 132:*8*

**refer** 43:*8* 45:*14* 48:*20* 56:*16* 70:*4* 81:*19* 120:*12* 135:*6*

**reference** 13:22 26:*15* 28:*4* 50:*19* 63:*1* 82:7 105:*10* 120:6, *9* 123:*16* 140:*14* 153:*11* 159:5 174:*10*, *12*, *15* 175:22 176:*9*

183:*23*  204:*14*
211:*22*  213:*8*
**referenced**  14:*2, 11*
59:*22*  61:*8*  62:*4, 6*
64:*1*  75:*2*  113:*1*
120:*20*  121:*5, 10,
11*
**references**  14:*15,
22*  15:*8*  27:*21*
28:*7*  63:*7*  124:*9*
174:*8*  211:*21*
**referencing**  150:*22*
**referred**  45:*1*  57:*9*
84:*20*  99:*17*
111:*18*  113:*21*
118:*11*  172:*11*
180:*8*
**referring**  56:*6*
63:*4, 5*  84:*14*
**reflect**  63:*7*  205:*4*
**reflected**  62:*18*
98:*5*  124:*21*
125:*12, 19, 22*
126:*4*  146:*3*
154:*21*  191:*4*
211:*7*  219:*6*  228:*7*
**reflection**  85:*16*
**reflects**  92:*8*
**refuse**  79:*18*
**regard**  17:*8*  34:*16*
59:*20*  67:*21, 23*
110:*7*  111:*10*
112:*21*  118:*14*
128:*7*  144:*3*  153:*3*
190:*1*  205:*11*
**regarding**  34:*9*
54:*14*  64:*13*  88:*4*
120:*1*  150:*16*
**regardless**  90:*16*
**regions**  34:*21*
**registered**  176:*21*
177:*2*
**regrading**  173:*7*
**regulated**  44:*20*
48:*8*  52:*12*  134:*10*
**regulations**  42:*23*
48:*19*  174:*12*
**regulator**  49:*21*

**regulators**  89:*11,
12*  128:*17*  133:*11,
16*  134:*3, 6*
**regulatory**  10:*14*
50:*17*  52:*2*  65:*2*
86:*4, 10*  89:*3*
129:*1*  133:*3, 15, 18*
136:*15, 19*  137:*3,
21*  211:*23*  218:*13*
**reintroduce**  132:*23*
**relate**  150:*11*
**related**  28:*9*  50:*22*
78:*21*  147:*16*
**relating**  2:*19*  16:*8*
51:*6*
**relation**  215:*20*
225:*5*
**relative**  34:*23*
119:*9*  120:*16*
215:*9*
**relatively**  82:*20*
113:*9, 10*  130:*23*
167:*4*  199:*7*
201:*20*  229:*7*
**release**  28:*20*  29:*3*
95:*10*  153:*4*
165:*20*
**released**  97:*1*
123:*10*  153:*12*
154:*3, 7*  157:*11*
**releases**  110:*7*
**relevant**  39:*18*
64:*19*  119:*10, 13,
18*  188:*14*  215:*2, 3*
228:*1*
**reliable**  75:*5*
**reliance**  68:*1*
**relied**  14:*10*  59:*22*
60:*22*  64:*14*  67:*14*
68:*4, 11*  119:*15*
144:*19*
**relying**  194:*18*
**remain**  32:*10*
**remainder**  219:*4*
**remained**  183:*21*
**remains**  94:*7*
**remedial**  28:*19*
30:*18*
**remediating**  55:*2*

**remediation**  64:*18*
175:*23*  225:*6, 7, 16*
**remember**  18:*9*
58:*8*
**removal**  127:*4, 14*
128:*1, 16*  129:*3*
172:*1*  174:*3*
**remove**  173:*1*
209:*15*  214:*23*
**removed**  33:*1*
94:*8*  96:*13*  122:*5*
**removing**  136:*3*
171:*17*
**repairs**  29:*20*
**repeat**  61:*12, 20*
116:*5*  188:*7*
**repeated**  116:*3*
**rephrase**  17:*10*
**replicates**  102:*5*
**replicating**  90:*17*
**replied**  205:*1*
**reply**  204:*22*
**report**  6:*14, 16*
13:*22*  14:*4, 11*
26:*4, 10*  53:*11, 23*
56:*5*  60:*5, 6, 12, 15,
18*  62:*4, 7, 19, 20*
67:*14*  68:*1, 4*  76:*1,
2*  84:*6, 17*  87:*19*
90:*14, 23*  91:*13*
93:*5*  98:*23*  99:*3*
106:*17, 18*  114:*1*
116:*16, 17*  118:*10*
120:*14, 21*  121:*10*
125:*13*  126:*5*
127:*15*  130:*20*
133:*14*  136:*1, 12,
14, 18*  138:*9, 19*
139:*7, 17*  141:*6*
142:*22*  143:*6*
144:*11*  145:*15, 18,
20*  146:*7*  147:*22*
148:*3, 16, 17*  149:*6,
9, 22*  150:*2, 14, 16,
17, 23*  151:*1, 12, 13,
19, 20*  154:*21*
156:*17*  164:*22*
167:*12*  170:*19, 21*
171:*2, 6, 7*  174:*19*
177:*9*  178:*23*

181:*18*  184:*17*
185:*2*  187:*21*
190:*9*  191:*9, 17*
192:*12*  194:*11, 12*
200:*4*  205:*1, 19, 21*
210:*22, 23*  211:*8,
11*  212:*1*  214:*21*
220:*16, 16*  221:*18*
223:*22*
**reported**  143:*5*
186:*10, 12*  194:*11*
204:*21*
**Reporter**  2:*6*  3:*15*
7:*2, 21*  11:*13*
**reports**  14:*2, 13, 16*
59:*23*  61:*9*  64:*2*
98:*5*  121:*6, 11, 13*
134:*1*  141:*23*
220:*13, 15*  222:*14*
223:*15*  224:*3*
228:*7*  229:*4*
**represent**  8:*9*  53:*1*
164:*2*
**Representation**
50:*18*  53:*6*  161:*22*
**Representation,**
52:*2*
**represented**  52:*8*
**Represented,**  52:*4*
**representing**  52:*10*
146:*17*
**represents**  230:*10*
**reproduction**
138:*18*
**request**  12:*23*
**requested**  13:*14, 15*
61:*19*  116:*9*
137:*10*  180:*11*
226:*18*
**require**  50:*6*  52:*23*
93:*13*  130:*20*
227:*1*
**required**  48:*18*
98:*18, 20*  135:*23*
177:*11, 20, 21*
178:*8, 14*  179:*17*
226:*2*
**requirement**  123:*7*
134:*9*  178:*13*

**requirements** 46:*10* 48:*21* 226:*13*

**requires** 216:*6* 225:*3*

**residue** 58:*18* 97:*6*

**resistance** 168:*11*

**resistant** 132:*18*

**Resource** 114:*5, 20*

**resources** 45:*16*

**respective** 2:*4*

**response** 28:*20* 30:*19*

**responsible** 51:*22* 130:*16* 222:*7, 12* 225:*23* 226:*7*

**responsibly** 55:*9*

**restoration** 25:*20* 26:*3* 51:*17, 22* 54:*15, 21, 22* 55:*3* 60:*8* 64:*13, 18* 69:*3* 90:*20* 91:*3, 6* 99:*14* 120:*3* 127:*7, 20* 128:*19* 129:*9* 130:*1, 15* 137:*18* 145:*4, 22* 157:*5* 170:*6* 174:*3* 188:*9, 12, 15* 206:*2* 214:*20, 22*

**restore** 65:*6* 90:*17* 172:*21* 206:*11*

**restored** 132:*4, 4, 5*

**restoring** 55:*4* 171:*10*

**result** 11:*18* 105:*23* 131:*19* 154:*17* 165:*16* 217:*4, 5* 230:*17*

**resulted** 196:*10*

**results** 124:*9* 148:*5, 10, 11* 151:*10, 16* 152:*1, 7, 18* 153:*1* 155:*20* 157:*23* 214:*11, 20*

**resumé** 15:*16* 40:*9*

**retained** 3:*14* 9:*20* 10:*8* 35:*5* 54:*13* 133:*6*

**retarding** 167:*10*

**revegetation** 132:*12*

**review** 60:*19* 76:*15* 86:*19* 211:*15* 227:*13*

**Review,** 176:*1*

**reviewed** 60:*3* 61:*8* 65:*13* 83:*18* 86:*9* 89:*8* 220:*13, 15*

**reviewing** 115:*1, 3*

**reviews** 13:*7* 42:*7* 181:*7* 191:*21* 213:*14*

**Richard** 3:*9* 5:*3* 8:*8*

**ridge** 172:*13* 206:*18*

**right** 9:*2, 8, 12* 10:*7, 18* 12:*11* 14:*12, 18* 15:*8, 10, 12* 16:*5, 13* 17:*7* 18:*13, 21* 19:*1, 7, 23* 20:*6, 10, 10, 16* 21:*1, 16* 25:*3, 15, 23* 26:*11, 13, 19* 28:*13, 16* 29:*17* 31:*2, 7, 9, 18* 33:*3* 34:*7* 35:*11* 36:*2, 4, 9* 37:*17* 40:*1, 3* 41:*23* 44:*13* 45:*11* 46:*13* 47:*3, 22* 48:*16* 49:*23* 51:*3, 23* 53:*9, 15* 54:*3, 8, 20* 55:*16* 56:*4, 11* 58:*20* 59:*6, 14, 16, 20* 61:*1* 63:*19* 64:*4* 66:*16, 19, 23* 67:*1, 23* 69:*7, 14* 70:*5* 72:*14* 75:*5* 76:*21* 77:*1, 21* 78:*1* 79:*7, 21* 82:*2* 83:*8* 85:*11* 86:*23* 88:*11, 22* 89:*1, 22* 91:*4, 12, 18* 92:*3, 15, 19* 93:*2, 8, 18* 94:*9* 95:*14* 96:*8* 100:*2* 101:*5* 104:*13* 105:*12, 21* 107:*17* 110:*2, 13* 111:*17* 113:*22* 114:*2, 6, 18, 23* 116:*15, 18, 23* 117:*8, 13, 21* 118:*14* 119:*1, 11, 17* 120:*5, 21, 23* 121:*17, 22* 122:*1, 15, 22* 123:*15* 125:*6, 6* 126:*23* 127:*2, 10* 132:*9* 134:*11* 137:*17, 23* 140:*1* 141:*11* 142:*17, 17* 143:*23* 144:*2* 147:*6, 11* 148:*19* 149:*10, 14* 150:*4, 6* 151:*5, 8* 152:*22* 153:*8* 154:*2* 156:*11* 157:*8, 19, 22* 158:*4, 14, 16, 23* 159:*2* 160:*4, 5, 12, 23* 161:*23* 162:*1, 5* 163:*11, 23* 164:*7, 10* 166:*1* 169:*15* 170:*4* 171:*4* 174:*14* 175:*1, 8, 18* 176:*15* 178:*8, 21* 180:*21* 183:*23* 184:*22* 185:*4* 187:*10* 190:*14* 192:*17, 21* 194:*22* 198:*11* 200:*5, 14* 202:*19, 20, 22* 204:*7, 11, 12* 205:*10* 208:*5, 11* 210:*18* 211:*20* 214:*2* 217:*2* 220:*1* 221:*13* 222:*15* 223:*18* 225:*18* 227:*10, 12* 228:*23* 229:*2, 9*

**risk** 224:*7, 12, 13, 18, 22* 225:*4, 12* 226:*4*

**risks** 224:*23*

**ritual** 179:*3*

**River** 29:*16* 33:*7, 10* 73:*7* 99:*12* 102:*16* 104:*5* 106:*17* 108:*5* 111:*17, 19* 115:*5* 156:*22* 172:*19*

**186:**13* 198:*1* 207:*21* 210:*10, 13* 214:*7, 9* 215:*14* 216:*21*

**river-based** 101:*9* 152:*8*

**RIVERKEEPER** 1:*9* 4:*14* 8:*11* 13:*11* 15:*19* 51:*4, 13* 59:*11* 63:*3, 12* 112:*23* 114:*4* 115:*9* 117:*17* 128:*11, 13* 129:*12, 22* 130:*5, 8, 12, 14* 135:*4* 140:*21*

**Riverkeeper's** 75:*22*

**rivers** 209:*21* 210:*1, 2*

**robust** 169:*23* 193:*20*

**rock** 19:*19* 25:*21* 34:*11* 35:*1, 4* 55:*22* 56:*1, 2* 57:*4, 10, 11, 20, 20, 21, 23* 58:*1, 16* 77:*19, 19, 22* 78:*10, 16, 17, 19* 79:*1* 80:*11, 15* 81:*2, 20* 82:*18, 19* 97:*6, 16* 103:*22* 122:*3* 183:*5, 16* 184:*1* 195:*16* 208:*8* 209:*2, 4, 21* 215:*22, 22* 221:*8*

**rocks** 82:*13*

**rocky** 207:*18*

**role** 51:*11, 15*

**root** 82:*6, 11* 183:*11*

**roots** 199:*3, 5*

**RPR** 230:*20*

**rules** 2:*19* 3:*8* 7:*5* 12:*22* 48:*12* 123:*2, 3, 15, 17, 21* 124:*3* 187:*22* 226:*23*

**run** 149:*12*

**running** 99:*6, 7* 200:*11* 209:*12*

**runoff** 94:*2* 195:*9*

**rust** 207:*7, 17*

208:2
**rusty** 193:11

**< S >**
**safe** 97:3, 9
**safely** 65:5
**sample** 67:7, 7, 8
75:12  124:22
182:13  184:14, 15
185:9, 19  186:11,
12  194:7
**sampled** 71:22
102:8  104:4  159:6
185:7  193:15
**samples** 125:12, 21
149:13  181:11, 13,
23  182:7  183:3, 8,
10  185:22  186:5, 8
190:13, 23
**sampling** 59:8
65:13, 15  76:17
100:15  102:7
105:1, 6, 9  106:1
107:1  109:22
115:4  124:9, 15, 18,
19, 20  125:9, 10
126:6, 19  148:23
149:2  211:9  213:8
214:4, 6, 10
**samplings** 125:17,
18
**Sands** 28:2, 5, 14
**sandy** 159:12, 14,
23  160:1
**satisfy** 181:1
**Saudi** 25:10
**saw** 71:7, 17  113:4
144:16  145:12
159:20  184:16
**saying** 11:17  74:7
83:3, 11  89:12
109:14, 15  111:12
149:5  203:17, 22
210:3
**says** 42:20  51:3
141:12  202:21
210:23  212:8
**scale** 131:3  162:20
163:23  164:5

**scenario** 49:2
**scene** 199:17
**schematically** 140:6
**School** 176:2
**Science** 212:10, 19
**scientific** 189:11
**SCLC** 128:14
**scope** 14:19  88:21
215:15
**se** 37:6  222:5
**Second** 4:8  16:7
42:10  58:20  68:22
79:22  80:17  118:1,
2  124:7, 8  127:3
146:16  192:6
202:1  206:5
**section** 54:11
91:14  124:6  127:1,
3  142:1, 21  144:4,
9  145:18, 19  146:4
147:10  148:22
149:1, 16, 17  150:7,
8, 19, 20  152:13
153:10  154:21
156:16  162:9
166:2, 22  170:5
174:8, 9  176:10, 16
210:21  211:21
**sections** 147:13
**sediment** 94:1
95:3  101:23  106:5
158:2  185:19
**Sedimentation** 35:9
88:16  89:19  93:23
158:13  159:11
160:16  173:17
203:9
**sediments** 118:18
**see** 13:13  19:18
38:8, 13  39:19
42:12  56:9  61:6
85:20  86:2  98:16
99:13  100:14, 15
108:18  109:2, 15
110:22  112:6, 10
113:2  118:22
122:8  136:6
145:12  151:19
153:14, 18  154:4
165:7  169:23

189:21  192:1, 17
195:3, 6, 14  196:15,
16  197:13  198:8
199:2  203:13
204:6  207:6  212:8
226:4, 22  227:2
**seeing** 38:3  74:13
193:5, 12  206:7
215:21
**seeking** 53:3
**seen** 12:13  13:5
66:7  89:23  129:8
151:11  185:16
200:2  207:12
216:2
**seepage** 99:23
110:12, 18, 22
111:1, 7, 11, 23
112:12  113:1, 2, 5
**seepages** 145:11
**seeping** 72:6  81:14,
20  110:10  111:4
112:7, 19
**seeps** 100:22
166:10
**segment** 162:7
163:15
**SELC** 54:13  59:11
63:3, 11  130:5
140:22  220:19
**select** 163:4
**selected** 75:12
76:18  163:7
**selection** 86:14
**selenium** 204:18,
18  205:7, 8
**self-reporting**
179:23
**semifluid** 29:9, 12
**send** 182:7
**sense** 49:7  62:21,
22  65:21  66:7
123:3  128:4  171:2
200:21
**sent** 182:18
**sentence** 16:7
52:17  54:12  82:4
118:2  119:8  120:7
121:18  122:15

124:8  127:3
152:17  165:5, 8
**separated** 55:22
**separately** 85:15
**series** 147:12
**services** 16:17
17:13  24:10  218:2,
13, 14, 19  219:14
**session** 148:4
**set** 12:21  26:3
48:20  92:17
149:17  158:16
**settled** 158:13, 23
**settlement** 196:21
**settling** 196:8
**Seventh** 2:9  5:5
7:9
**severe** 66:3
**shales** 78:14
**shallow-rooted**
168:5, 10
**shalt** 89:13
**shape** 210:10, 16
218:20
**share** 20:14  221:14
**shared** 140:21
**short** 37:7  184:21
217:16
**show** 37:2  138:22
**showed** 57:8
139:13  140:5
**showing** 38:14
**shown** 124:23
**shows** 101:7, 12
112:14  167:12
**shrubs** 168:5
**side** 99:10  172:13
201:18
**sides** 116:1  168:2
**sign** 8:1
**signature** 2:14
102:6  176:18
**significance** 141:16
142:20  146:18
214:18
**significant** 71:9, 10
98:17  131:19
146:5  168:18
170:2  172:11
186:1  195:14

207:*23*  209:*14*
213:*6*  215:*11*
**signs**  81:*21*
**similar**  44:*4, 7, 10*
48:*14*  49:*13*  55:*1*
76:*7*  77:*17, 18*
79:*1*  95:*23*  99:*15*
100:*21*  114:*21*
125:*12*  147:*12*
149:*11*  150:*10*
151:*10*  166:*3, 7*
169:*11*  171:*18*
177:*20*  178:*1, 7*
179:*16*  196:*18*
204:*3*  210:*16, 22*
214:*11*
**similarities**  214:*16*
**similarity**  207:*12*
**similarly**  89:*1*
**simple**  155:*21*
**Simply**  8:*23*  12:*19*
15:*6*  37:*23*  75:*6*
141:*18*  169:*19*
200:*3*  202:*12*
211:*5*
**single**  166:*18*
**sit**  45:*12*  228:*23*
**site**  18:*19*  28:*11*
50:*9*  54:*17*  59:*4, 6*
65:*19*  67:*5, 21*
69:*21*  71:*15, 23*
72:*1, 10, 17*  80:*10*
87:*2*  88:*6*  90:*17*
91:*6*  92:*20*  106:*20*
108:*6, 17*  115:*2, 3,*
*6*  117:*2, 16*  118:*10*
123:*6, 12, 13*
128:*22*  136:*2*
144:*4, 6, 10, 23*
145:*12*  167:*1*
169:*16*  185:*7, 10*
190:*4*  193:*4*  194:*4*
196:*4*  202:*10*
208:*10, 14, 17*
214:*17*  222:*4*
225:*20, 21*  227:*19*
**Site,**  54:*16*
**sites**  55:*2*  71:*19*
76:*22*  77:*3, 13, 16,*
*17*  78:*21*  213:*8*

214:*5, 7, 10*  225:*6,*
*17*
**sitting**  134:*21*
204:*5, 8, 9*
**situation**  48:*14*
53:*5*  169:*11*
187:*17*  209:*10*
216:*6*
**situations**  79:*17*
189:*6*
**six**  30:*11*  31:*21*
**sixteen**  185:*8, 23*
**size**  50:*3, 4, 6*
102:*11*  168:*2*
**skills**  23:*21*
**Slater**  20:*20*  75:*17*
76:*4*
**Slater's**  75:*20*
**slope**  70:*21*  99:*10*
172:*18*  173:*7*
**slopes**  35:*4*  73:*19*
87:*10*  195:*17*
**small**  70:*15*  84:*10,*
*12*  215:*8*
**smaller**  111:*7*
213:*16*
**smooth**  200:*10, 13*
**SNC**  25:*9*
**SNC-Lavalin**  31:*1*
**social**  45:*17*  47:*5*
**software**  224:*5*
**soil**  74:*11*  97:*6*
115:*5*  124:*18*
125:*11, 17, 21*
185:*10*  207:*15, 16*
208:*8*  209:*21*
**soils**  46:*7*  94:*13*
113:*15*  185:*17*
186:*14*
**sole**  19:*4, 7*  130:*6*
**solely**  190:*9*
**Solid**  174:*11*
**solution**  193:*6, 10*
207:*9*
**somebody**  23:*2*
**some-odd**  45:*22*
**somewhat**  184:*5*
**Sorry**  36:*23*  68:*19*
91:*21*  107:*22*
119:*3, 22*  123:*17*

126:*11, 14*  156:*7*
164:*19*  165:*6*
223:*6*  226:*14*
**sort**  32:*3*  35:*10*
73:*18*  132:*23*
154:*16*  163:*2*
219:*17*  224:*21*
**sorts**  17:*5*  78:*14*
102:*12*  195:*20*
**sound**  19:*12*
197:*10*  198:*22*
**sounds**  95:*4*
**source**  48:*1*  73:*10*
95:*9*  102:*15*
103:*10*  121:*20*
140:*8*  188:*16, 20*
**South**  4:*8, 15*
**SOUTHERN**  1:*3*
4:*7*  51:*5*
**spaces**  196:*20*
**span**  38:*15*  41:*6*
**Sparwood**  34:*14*
**speak**  11:*15*
104:*12*  109:*8*
182:*2*
**speaking**  44:*3*
78:*7*  119:*7*  186:*19*
189:*13*  196:*13*
**speaks**  59:*2*
102:*21*  122:*16*
**specialized**  224:*5*
**species**  132:*23*
169:*18*
**specific**  43:*2*  62:*6*
76:*5*  119:*5, 22*
120:*1, 2*  199:*18*
208:*10*  224:*19*
225:*3*  228:*13*
**specifically**  60:*18*
105:*9*  110:*6*  118:*3*
120:*13, 14, 21*
149:*22*  152:*16*
168:*12*  186:*20*
189:*7*  224:*21*
**speculation**  92:*9, 14*
**speeds**  24:*1*
**spend**  135:*20*
179:*2*
**spending**  38:*3*

**spent**  59:*6*  117:*15*
220:*17*
**spillway**  210:*4*
**spins**  178:*4*
**Springer**  212:*19*
**square**  160:*7*
164:*18, 19*  165:*3*
**stability**  26:*16*
35:*3*
**stabilization**  99:*4*
**stabilize**  98:*15*
130:*22*
**stabilized**  87:*11*
130:*21*
**staff**  219:*9*
**stage**  32:*6*  80:*23*
**stakeholders**  47:*12*
**standard**  186:*20*
187:*10, 12, 13, 15*
**standards**  43:*4*
119:*10, 14, 19*
186:*23*  189:*6*
**Starnes**  2:*8*  5:*4*
7:*8*
**start**  127:*16*
157:*19*  177:*16*
189:*18*  227:*16*
**started**  95:*5*
**State**  2:*7*  7:*2*
91:*20*  102:*14*
179:*6*  226:*13*
230:*2, 22*
**stated**  60:*22*  87:*19*
99:*3*  129:*7*  133:*14*
190:*16*  191:*6*
224:*1*
**statement**  44:*2*
80:*3*  81:*10*  82:*8, 9*
105:*4*  107:*13*
127:*18*  150:*1*
197:*8*
**statements**  150:*22*
**STATES**  1:*1*  11:*1,*
*6*  16:*22*  24:*15*
25:*1, 4*  42:*6, 17*
43:*20, 23*  48:*15*
49:*8*  114:*16*
128:*23*  177:*3, 22*
178:*3*

statewide 85:*10*
statute 43:*21*
stay 210:*14*
stayed 31:*1*
staying 116:*10*
steel 31:*15*
steep 73:*19* 99:*10*
 172:*15* 195:*16*
 200:*10*, *14*
stenographic 230:*6*
step 131:*19* 133:*15*
steps 225:*4*
STIPULATED 2:*2*,
 *13*, *21*
stipulation 7:*6*
stipulations 7:*22*
stop 106:*9* 188:*16*
 216:*7*, *22*
stopped 216:*10*
stored 43:*9*
storm 99:*22*
storms 71:*14*
 166:*17*
straightforward
 128:*3*
strata 208:*20*
strategies 129:*9*
strategy 120:*3*
 128:*19* 130:*15*
 137:*19* 188:*15*
stream 88:*16*
 118:*11* 187:*14*
Street 4:*15* 225:*1*
stress 207:*19*
strike 127:*16*
striking 69:*18*, *22*
structures 106:*8*
study 43:*18*
stuff 85:*22*
subject 63:*8*
 137:*20*
subjective 49:*19*, *22*
submission 136:*19*
submit 136:*10*, *12*
submits 180:*11*
submitted 54:*1*
subsamples 182:*6*
subsequent 72:*11*
 109:*21* 148:*2*
 170:*22*

subsequently
 106:*23*
subsidence 202:*11*,
 *18*
substance 182:*16*
substances 104:*1*
 181:*22*, *23* 182:*3*, *4*,
 *11*, *13*
substantiating
 137:*15*
substantive 15:*20*
 16:*3*
substantive, 15:*22*
sued 220:*8*, *8*
sufficient 98:*10*
 127:*5*
suggest 224:*7*
suggested 81:*1*
suggesting 152:*3*
 175:*4*
suitable 23:*4*
Suite 4:*8* 60:*13*
 149:*12*
sulfide 78:*22* 82:*5*,
 *10*, *23* 183:*10*
sulfides 82:*17*
sulfur 78:*22*, *23*
Sulkin 220:*20*
Sulkin's 194:*12*
summarize 59:*1*
summarizes 42:*13*
 144:*13*
Summary 54:*11*
 58:*21* 91:*14* 218:*7*
super 94:*17*
supervision 16:*10*
 230:*9*
supplement 26:*8*
support 31:*4* 51:*4*,
 *7* 52:*11* 78:*12*
 135:*4* 143:*3* 223:*2*
supported 72:*10*
 107:*1* 112:*13*
 146:*20* 147:*2*
 171:*7* 223:*8*
supporting 223:*11*
supportive 115:*7*
suppose 52:*9* 57:*22*
supposed 12:*5*

Sure 7:*23* 13:*1*
 15:*3* 21:*19* 34:*5*
 42:*19* 45:*22* 53:*13*
 63:*14*, *20* 70:*5*
 99:*5* 105:*1* 109:*13*
 116:*7* 119:*5*
 125:*16*, *16* 127:*12*
 131:*10* 134:*4*, *7*
 153:*17* 163:*20*
 164:*9* 170:*17*
 174:*20* 175:*10*
 192:*3*, *7* 194:*16*
 202:*4* 213:*11*, *12*
 227:*7*
Surface 46:*17*, *23*
 71:*21* 72:*1* 80:*4*
 81:*12*, *22* 84:*11*
 94:*6* 95:*4*, *16*
 96:*10*, *14* 98:*15*, *19*
 99:*5* 100:*22*
 101:*16*, *18* 107:*19*,
 *22* 108:*10*, *16*, *18*
 109:*9* 110:*3*, *15*
 111:*6* 112:*16*
 113:*8* 115:*6* 118:*4*
 125:*8* 130:*20*
 132:*17* 135:*5*
 150:*9*, *11*, *20*
 157:*16* 160:*14*
 161:*9*, *10* 166:*4*, *8*,
 *16* 168:*10*, *22*
 173:*17*, *20* 193:*7*
 200:*9*, *10*, *13*
 202:*12*, *18* 209:*16*,
 *17*
surfing 135:*20*
surrounding 65:*8*
 95:*17* 226:*5*
Survey 151:*10*, *17*
 152:*8* 164:*12*
 175:*17*
surveys 158:*8*
susceptible 81:*3*
 82:*15* 96:*15* 183:*5*
 195:*22*
suspect 134:*20*
suspended 33:*16*,
 *16* 118:*18*
SW-1 213:*8*

SW-15 213:*9*
sworn 7:*18* 11:*10*
symptomology 79:*2*
system 20:*1*
systems 35:*6*

< T >
Table 204:*14*, *16*
 205:*12*
tailing 16:*11*
tailings 28:*21* 29:*4*,
 *6*, *7*, *9*, *10*, *15*
take 12:*2* 13:*4*
 24:*7* 53:*12*, *18*
 68:*21* 75:*14*, *16*
 132:*11* 138:*1*
 164:*20* 174:*21*
 180:*23* 182:*6*
 184:*20* 196:*7*
 209:*1* 217:*15*
 219:*2* 221:*17*
taken 2:*5* 3:*11*
 53:*14* 89:*2* 91:*16*
 116:*14* 125:*18*, *22*
 126:*6* 138:*4*
 141:*22* 184:*23*
 193:*3* 194:*3*, *8*, *21*
 199:*19*, *20* 203:*15*
 225:*4* 229:*12*
 230:*5*
takes 132:*16*
 196:*1* 200:*17*
talk 26:*8* 50:*20*
 64:*5* 104:*23*
 171:*12* 220:*20*
 221:*2*, *17*, *19*
talked 79:*9* 152:*10*
 181:*18* 220:*2*
 227:*17*, *21* 228:*5*
talking 57:*3* 80:*2*
 83:*10* 84:*22* 97:*5*
 104:*1* 111:*14*, *15*
 112:*3* 161:*14*
 184:*6* 197:*1*
 213:*10* 224:*22*, *23*
tap 188:*19*
tasked 35:*2*
tasks 67:*6*, *10*
 173:*6*

**tax** 52:22
**TDS** 119:8 158:4
**team** 20:13, 21
**technical** 40:19
51:9 52:10 179:4
**technicalities** 49:10
**tell** 22:23 31:9
34:15 39:14 69:15
73:8 83:5 86:13
90:11 105:15
107:20 142:19
148:20 181:3
193:18 198:6, 12,
13 205:12 206:21
221:7, 23 226:15
**telling** 38:8
**telltale** 81:16, 21
**ten** 17:15 18:5
77:6, 11 124:22
**tend** 221:8
**tendency** 94:12
**tends** 113:11
**tens** 70:12 71:11
73:4, 4, 12 74:8, 17
**tepee** 204:5, 6
206:20, 23
**term** 55:17 56:9,
13 74:16 103:13
134:6, 23 197:18
223:5 224:17
**terms** 65:2 87:4, 5
96:17 103:18, 19
162:15 168:22
171:12 174:1
181:20 182:3
191:4
**terrestrial** 45:14
46:6
**testified** 7:19
10:22 11:3 102:14,
23 104:17 117:9
**testifying** 8:23
11:5 103:10
**TESTIMONY** 1:18
3:11 9:3, 5 11:10
16:1 48:7 102:19,
21 104:9, 19, 20
131:4 220:11, 21
**testing** 153:6 182:1

**tests** 60:11, 13
**text** 211:1
**texture** 207:18
**Thank** 7:21 15:11
76:19 99:19
104:10 107:5, 16
126:15, 17 137:11
141:11 148:13
155:14 164:19
176:7 213:4
**Thanks** 116:11
**thereto** 3:6
**thermal** 29:1 31:14
**thing** 13:16 23:6
32:3 35:10 49:14
69:20 133:1 141:5,
6 154:16 183:21
218:15 224:21
**things** 24:2 43:2
46:5, 20 56:23
58:22 62:7, 9 64:7
65:11 67:9 71:16
72:19 75:2 86:21
90:6, 23 94:18
95:1 102:12
144:16 168:9, 12
171:12 172:9
173:14, 21 179:2
180:3 185:3 200:8
207:17 213:16, 19
217:13, 14 223:19
**think** 14:5 23:14,
22 24:4 32:15, 23
37:10 40:7 48:14
62:5 65:17, 19
68:23 76:8 83:6
89:16, 17 93:19
97:9 100:9 104:18
105:19 107:12
113:7 114:16
115:10, 12 125:3
126:10 133:8
134:18 136:20
139:8 140:3 145:2
146:9 148:14
153:15 155:1, 2
161:11 165:1
166:23 167:11
175:8 177:13
178:16, 19 189:15,

22 195:22 197:10
200:23 201:14
214:19 215:13
216:18, 21 218:6,
12 222:5, 9 227:6
228:14 229:10
**thinking** 58:2
**third** 28:6 81:7
95:15 121:17
174:10
**Thompson** 23:10
**thoroughness** 13:1
**thou** 89:12
**thought** 23:3
123:19 131:14
**thousand** 71:13
199:23
**thousands** 71:11
73:4, 5 74:8
**three** 27:20 28:8
30:11 39:1 69:10,
15 70:2 73:12, 22
81:13 100:4 101:4
112:15 132:16
182:23 185:14
191:18
**threshold** 187:5
**throat** 68:20
**tickle** 68:19
**time** 3:4, 5 22:6
24:13 29:22 32:7
33:2, 19 35:12, 19,
23 36:6, 13 38:3
39:20 40:4 41:6, 9,
19 67:6, 11 68:21
72:1 88:9, 18 94:6,
8 96:12 106:19
131:21, 23 132:2
135:14, 20 147:21
149:5 153:4
171:22 180:2
193:4 198:7
199:18 200:19
201:19 219:13, 13
230:13
**time-consuming**
200:1
**times** 39:1 154:11
156:19 175:3

**titled** 125:7
136:13 144:6
151:8 170:6
**today** 11:6 23:13
39:18 45:12 50:21
220:12 228:6, 12,
23
**toe** 216:23
**told** 102:16 108:6
123:11
**tomorrow** 106:10
**tons** 74:9
**top** 152:15 157:19
195:17 216:23
**topo** 161:19 162:1,
3 163:20
**topographic** 140:4
160:19 161:2, 17
**topography** 157:16
**topsoil** 173:13
**total** 17:14 117:16
205:2, 5, 7 214:11
**totals** 182:14
**touched** 170:16
**toxicity** 224:20
**toxicological** 224:12
**trace** 203:14
**track** 213:1
**training** 71:2
**traits** 80:15
**transcript** 3:10
11:19 103:1, 2
213:2 230:7, 11
**transmitted** 155:6
**transport** 66:9
93:15 101:23
**transported** 71:8
94:13 100:9 173:4
197:23
**transporting** 106:11
**traveling** 71:2
**traversable** 69:21
**traversed** 69:21
**treat** 96:22 173:18
**treated** 85:14
187:10
**treatises** 13:15
**treatment** 94:5
96:9 97:21 188:20
**tree** 167:18 169:17

**trees** 70:*18* 75:*3*
98:*18* 136:*4*
166:*23* 167:*9, 10,*
*13, 23, 23* 168:*13,*
*17* 197:*15* 199:*2, 8*
**trial** 3:*4* 9:*3*
10:*11* 117:*9*
**trials** 9:*9* 11:*4*
116:*21*
**Tributary** 55:*4, 11*
66:*11* 70:*14* 81:*18*
87:*15* 88:*17* 99:*6*
100:*17* 101:*17*
102:*2* 108:*18, 20,*
*22* 109:*3, 6* 111:*3,*
*5, 9* 112:*23* 159:*8,*
*9* 173:*2* 207:*1*
216:*8, 15* 217:*6*
**tried** 45:*22* 60:*5*
145:*19* 200:*3*
201:*2, 3*
**trigger** 49:*12, 13*
50:*10*
**triggers** 49:*16*
50:*13*
**true** 98:*11* 143:*22*
152:*7* 177:*14*
205:*3* 230:*11*
**try** 37:*6* 49:*5*
61:*16* 79:*16*
105:*16* 140:*12*
194:*2* 200:*2*
226:*20*
**trying** 37:*23* 38:*6*
39:*2* 52:*20* 61:*2*
62:*12* 67:*19* 83:*4*
105:*1* 108:*1, 9*
111:*13* 125:*15*
135:*17* 136:*1, 7*
139:*18* 161:*14*
188:*15* 200:*5*
213:*5* 214:*22*
**tumble** 167:*15*
**tumbled** 199:*10*
**tumbling** 197:*15*
203:*15*
**turn** 50:*15* 88:*12*
101:*6* 121:*12*
149:*15* 225:*22*

**twenty** 16:*19* 17:*9*
45:*21*
**twice** 38:*20* 39:*6*
**two** 15:*6* 17:*3, 6*
18:*20* 20:*23* 26:*7*
27:*1, 3, 7, 14* 31:*13*
32:*5* 37:*16* 46:*1*
48:*22* 59:*5* 67:*13*
72:*22* 78:*16* 81:*13,*
*17* 85:*14* 93:*1, 7, 8*
94:*10* 95:*12* 97:*11,*
*23* 111:*14* 112:*15*
129:*3* 137:*13*
155:*11* 161:*5*
162:*21, 22* 163:*13*
170:*20* 171:*5, 20*
173:*6, 13* 180:*13*
186:*6* 214:*19*
215:*10* 228:*7*
**twofold** 80:*7*
**two-year** 36:*5, 10*
**type** 11:*16* 12:*20*
41:*18, 20* 172:*2*
218:*15*
**typed** 11:*19*
**types** 31:*13* 39:*17*
65:*4* 70:*2*
**typically** 46:*23*
47:*8* 128:*16*
132:*16, 21*

**< U >**
**U.S** 23:*19* 52:*19*
82:*15* 168:*8*
177:*15* 179:*8*
**ultimate** 97:*4*
224:*10* 226:*4*
**ultimately** 172:*21*
202:*17* 225:*7*
**unabated** 100:*10*
101:*8* 105:*5, 7, 23*
106:*15*
**uncapped** 167:*20*
**underground**
208:*16*
**undergrowth**
169:*18*
**underlie** 222:*22*
**underlie,** 223:*2*

**underlies** 105:*2*
208:*18*
**underlying** 158:*2*
211:*8* 223:*11*
**undermine** 198:*9*
223:*3*
**understand** 19:*3,*
*23* 20:*7* 26:*6*
29:*10* 38:*5, 7, 11*
39:*3* 42:*19* 44:*12*
46:*2* 48:*6* 53:*7*
55:*20* 57:*2, 19*
61:*3, 23* 62:*1, 5, 13*
63:*16, 21* 74:*6*
78:*1* 82:*4* 83:*7, 9,*
*11, 17* 85:*1, 21*
86:*16* 91:*12* 98:*4*
104:*10* 105:*2*
109:*14* 111:*11, 13*
114:*3, 7, 19* 115:*8,*
*12, 13* 116:*16*
121:*16, 18* 123:*18*
125:*16* 127:*10, 12*
131:*16* 135:*18*
136:*1, 6, 8* 139:*3*
140:*8, 16* 150:*21*
152:*3* 154:*23*
155:*1* 161:*15, 17*
166:*2* 170:*17*
177:*13* 178:*1*
179:*9* 188:*17*
194:*17* 198:*11*
200:*6, 7* 201:*3*
216:*12* 226:*19*
**understanding**
34:*2* 50:*2* 58:*4*
76:*3* 85:*2, 4*
111:*15* 114:*9, 11,*
*13* 123:*1* 129:*11,*
*17, 20* 177:*18*
179:*5* 187:*1*
**understood** 14:*5*
116:*8*
**undertake** 136:*16*
**undertaking** 174:*22*
**unique** 37:*8*
**unit** 143:*4* 154:*14*
**UNITED** 1:*1*
10:*23* 11:*6* 16:*22*
24:*15* 25:*1, 4* 42:*5,*

**17** 43:*20, 22* 48:*15*
49:*8* 114:*15*
128:*23* 177:*3, 22*
178:*3*
**units** 179:*13*
**universe** 62:*2*
**University** 40:*20*
41:*10* 176:*1*
**updated** 93:*3*
**updates** 180:*10*
**uplands** 203:*12*
**upstream** 109:*5*
111:*8* 112:*22*
120:*13* 185:*19*
210:*10* 214:*5, 16*
**USA** 10:*20* 17:*20*
**use** 49:*21* 56:*12*
74:*16* 92:*13*
103:*19* 134:*22*
143:*17* 146:*9, 11*
165:*21* 166:*13*
172:*3* 191:*2* 201:*8*
224:*4*
**useful** 168:*14*
**users** 47:*11*
**USGS** 140:*9, 10, 16*
141:*10*
**Usual** 7:*22* 52:*23*

**< V >**
**valid** 189:*11*
**validate** 127:*5, 13,*
*18*
**validated** 127:*14*
**Valley** 19:*20* 31:*5*
**value** 73:*15*
205:*14* 228:*16, 21*
**values** 205:*4, 5, 18*
**variability** 200:*18*
**variable** 200:*20*
**varies** 50:*12*
**various** 60:*10* 86:*4*
111:*19* 124:*16*
225:*6* 227:*14*
**vast** 195:*23*
**vegetation** 46:*8*
132:*6, 8, 17, 20, 22*
168:*5, 11, 23* 170:*2*
193:*19, 23* 207:*19,*
*20, 22* 208:*1*

**Gordon Johnson**

**260**

**vegetative** 91:*5, 7*
122:*6, 8*
**velocities** 24:*1*
205:*23* 206:*3*
**velocity** 200:*12*
210:*8*
**verified** 107:2
**version** 204:*14*
213:*20*
**versus** 24:*23* 88:7
**viability** 127:*6*
**viable** 97:*12*
127:*21, 22* 128:*5*
**view** 85:*12* 131:*18*
133:*19* 151:9
167:*3* 172:*15*
190:*3* 215:*19*
222:*11* 225:*22*
**vintage** 140:*17*
**violation** 190:*5*
**visit** 59:*4* 65:*23*
115:*3* 117:*2, 16*
193:*4* 194:*4*
**visual** 75:9 76:6
109:*16* 110:*1*
198:*13* 200:7
207:*11* 211:9
**visually** 72:*16*
203:*10*
**vitae** 6:*13* 15:*20*
**volcano** 198:*6, 12,*
*15*
**volume** 35:*1* 73:8
154:*11* 155:6
158:*17* 173:*10*
215:7, *9*
**volumes** 24:*1*
70:*23* 74:*3* 76:*12*
157:*3* 171:*18*
173:*15*
**volunteer** 24:*9*

**< W >**
**Wade** 20:*11, 18*
21:*13* 22:*10, 16*
**Wait** 90:7
**waived** 2:*16*
**Wales** 176:2
**walk** 155:*15*

**walking** 74:*1*
**walks** 166:2
**want** 12:2, *8* 42:*18*
70:*4* 96:*3* 109:*13*
112:*3* 116:7
123:*18* 125:*16*
127:*11* 132:22
170:*17* 174:*15, 19*
175:9 184:*20*
194:*14, 16* 210:*5*
218:*16*
**wanted** 34:8 147:7
161:*20*
**wants** 115:*18*
**WARRIOR** 1:*9*
4:*14* 8:*10* 75:*21*
108:*4* 128:*10*
129:*12, 21* 130:*8,*
*12* 135:*3* 214:*9*
**washed** 57:*21*
**washer** 57:*10, 11,*
*19, 23*
**waste** 16:*12* 23:*16*
25:*21* 34:*11, 21*
35:*1* 55:*21* 56:*7,*
*13, 14, 16, 19, 19*
57:*7, 12, 13, 18*
58:*4* 65:*6* 67:8
70:*23* 73:*5* 77:*18*
81:*2, 20* 82:*6*
85:*17* 87:*11, 11*
96:*12, 14* 97:*3, 5,*
*10* 99:*7, 8, 9* 100:*7,*
*12* 101:*19* 102:*10*
106:*11, 21* 107:*4*
109:*7* 113:*9, 16*
118:*19* 121:*19*
122:2, *11* 123:2, *8*
124:*15, 19* 125:*8,*
*10, 18, 21* 130:*17*
148:*23* 149:2
152:*14* 158:*12, 23*
159:*4, 6* 172:*12, 23*
173:*4* 174:*11*
181:*11* 183:*16*
184:*14, 15* 186:*4*
190:*13, 17* 195:*16*
197:*22* 201:*19*
202:*21* 203:*3, 7, 19*
206:*18* 207:*4, 5, 10,*

*23* 208:*4* 215:*22,*
*22* 216:*20* 217:*7,*
*10*
**watching** 198:*5*
**water** 24:*1* 29:*8,*
*15* 32:*4* 35:*6*
45:*16* 46:*15, 17, 23*
57:*5, 6, 12, 16, 18,*
*20, 22* 60:*10* 67:*7,*
*17* 68:*13* 70:*7*
71:*21* 72:2 80:*4,*
*12, 13* 81:*12, 22*
87:*20* 94:*6, 14*
96:*10, 13, 15, 17, 19*
97:*7, 8, 21* 99:*22*
100:*20, 22* 107:*19,*
*22* 108:*5, 10, 16, 18*
109:*1, 2, 10, 16*
110:*3, 10, 15, 20*
111:*6* 112:*7, 11*
114:*5, 11* 115:*5, 6*
118:*4* 119:*8, 10, 13,*
*18* 120:*12* 121:*9*
122:*5* 125:*9*
133:*21* 150:*9, 12,*
*20* 154:*11, 12*
155:*6, 9* 157:*17*
166:*4, 8, 16* 173:*17*
186:*21, 23* 187:*4, 5,*
*10, 12, 15, 16, 19*
189:*5, 7* 190:*4*
192:*19, 22* 193:*8,*
*14, 15, 18, 21, 22*
194:*1, 7* 197:*14*
200:*10, 11, 12*
201:*21* 209:*12*
210:*12, 14* 215:*1, 5,*
*7, 9* 217:*9*
**waters** 114:*15*
123:*9*
**watershed** 65:*8*
**way** 39:22 87:*3*
103:*17, 19* 128:*21*
130:*21* 143:*1*
155:*3* 157:*20*
172:*16* 181:*19, 20*
182:*14* 193:*16, 17*
213:*7, 23* 218:*20*
221:*3* 222:*17, 18*
226:*21* 227:*6*

**ways** 95:*8* 101:*4*
174:*18*
**we,** 136:*10*
**Web** 15:2, *7*
**website** 135:*13*
217:*22* 218:*1, 7*
**websites** 135:*21*
**welcome** 39:*9*
**well** 13:*11* 16:*18*
23:*1* 32:*21* 35:*17*
39:*10* 44:22 45:*9*
48:*12* 56:*16* 57:8
62:*1* 65:*20* 80:*21*
84:*16* 100:*19*
103:*21* 107:*12*
108:*1* 128:*1*
133:*14* 134:*15*
135:*6* 136:*18*
157:*13* 166:*18*
167:*7* 171:*21*
173:*7* 175:2, *6*
187:*11* 189:*21*
203:*6* 213:22
216:*13* 217:*13*
223:*4*
**went** 165:*13*
**we're** 11:*16* 13:*18*
56:*12* 57:*3* 79:*15*
88:*12* 97:*5* 104:*1*
107:*20* 111:*14*
138:*14* 154:*19*
162:*12* 173:*2*
206:*7* 207:*14*
208:*17* 227:*7*
**west** 109:*5* 111:*8*
172:*14*
**western** 77:*16*
124:*4*
**We've** 8:*7* 11:*22*
15:*13* 53:*9, 17*
103:*13* 126:*15*
151:*11* 152:*10*
170:*16* 175:*10*
220:2
**whatever's** 209:*2*
**Wheeler** 205:*17*
211:*18*
**Whilst** 21:*13*
**wide** 73:*12* 164:*17*

201:*12*
**wider** 210:*15*, *17*
**width** 201:*16*
**wildlife** 46:*9* 48:*5*
**William** 174:*16*
176:*9*
**winding** 25:*14*
**wish** 184:*11*
**witness** 2:*15* 7:*12*
10:*8* 13:*7* 42:*7*
88:*2* 90:*9* 115:*17*
116:*1, 6* 126:*11*
131:*9* 135:*10*
181:*7* 191:*21*
212:*23* 213:*14, 15,*
*19* 214:*1* 218:*3, 19*
225:*10*
**wondering** 191:*23*
**wooden** 204:*6*
**word** 51:*7* 52:*4*
75:*5* 92:*8, 13*
100:*9* 118:*3, 6*
127:*13, 17* 146:*10,*
*11* 159:*19*
**wording** 172:*3*
**words** 54:*23* 55:*2*
62:*9* 72:*14* 104:*12*
153:*18* 178:*22*
199:*23*
**work** 20:*7, 14*
21:*2, 22* 22:*14, 17,*
*18* 23:*4* 25:*3*
32:*16* 35:*15* 40:*11*
41:*7, 19, 20* 50:*19,*
*21* 59:*9* 64:*16*
80:*18* 81:*23, 23*
94:*16* 101:*9* 102:*4*
115:*18* 117:*2, 4*
124:*5* 133:*6, 8*
134:*9* 136:*16*
171:*8, 14, 21*
173:*20* 174:*1*
188:*2* 219:*6, 9*
228:*11*
**worked** 17:*2, 18*
20:*12* 21:*4* 22:*16*
23:*18, 19* 35:*12*
37:*20* 40:*16, 17, 18,*
*21, 22, 22, 23* 42:*15*
43:*17* 44:*5* 71:*19*

76:*22* 77:*3* 123:*7,*
*12* 128:*15, 22*
129:*5* 216:*4*
**working** 24:*14, 17,*
*23* 25:*9* 30:*17*
33:*19* 36:*21* 94:*17*
117:*15* 130:*5*
164:*8*
**works** 90:*19*
**world** 103:*21*
**worth** 199:*23*
222:*9*
**wrap** 229:*10*
**write** 177:*9*
**writing** 75:*18*
148:*2, 3* 149:*5*
**written** 39:*16*
223:*21*
**wrong** 68:*3, 4, 17*
74:*5* 175:*3* 220:*1*
**wrote** 54:*1* 75:*17*
147:*22* 150:*14*
**Wyoming** 17:*23*

**< Y >**
**yards** 71:*12, 13*
73:*5, 12, 12, 13*
74:*10, 11* 93:*2, 9*
129:*3*
**Yeah** 7:*23* 27:*11*
58:*11, 17, 17* 61:*13*
78:*10* 83:*7* 86:*8*
88:*20* 95:*7* 97:*7*
111:*20* 112:*5*
115:*22* 116:*10, 12*
123:*19* 126:*14*
131:*12* 142:*15*
153:*19* 155:*1*
165:*7* 190:*8*
198:*18* 204:*7*
208:*21* 213:*5*
218:*15* 221:*10*
223:*23* 224:*2*
**year** 54:*2* 206:*6*
219:*1*
**years** 18:*5* 37:*16*
39:*21* 40:*2* 82:*12*
117:*11* 132:*17*
**yesterday** 220:*18*

**Yoho** 19:*20, 20*
**Yukon** 78:*18*

**< Z >**
**zone** 112:*14* 158:*18*