FILED

2018 Aug-15  PM 10:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

Exhibit O

bcc:  Mr. Breland/Burdette - with copy of LaMoreaux letter
      Mr. Musick        -          Ditto
      Mr. J. McDuff     -          Ditto
      Mr. Edwards       -          Ditto
      Mr. Brown         -          Ditto
      Mr. Gilbert       -          Ditto

August 13, 1979

Mr. Herb Robins
Alabama Surface Mining Reclamation Commission
Post Office Box 2390
Jasper, Alabama  35501

Dear Herb:

        Attached is a copy of the correspondence sent to us by P.E. LaMoreaux
of P. E. LaMoreaux and Associates, who has been retained by Alabama By-
Products Corporation as consultant for surface and groundwater hydrology
for our mining operations. Dr. LaMoreaux visited the Maxine Mine on August 6,
1979, and was of the opinion that the acid-water problem existing at the
mine coal processing waste disposal area was considerably more involved
than just surface runoff. He indicates that additional time will be
required to effectively solve the problem.

        As indicated in the attached correspondence, certain steps will be
taken by him to develop a solution. Information necessary for him to begin
his investigation has been provided and arrangements are underway to assist
him in the other areas.

        We appreciate your assistance in this matter, especially in realizing
the complexity of the problem and the need for a proper solution. If we can
give you any additional information, please call.

                                        Yours very truly,

                                        D. R. Cook
                                        Vice President Engineering—Mines

DRC/ba
Att:



PLAINTIFF'S
EXHIBIT
40
Hicks
PENGAD 800-631-6989