FILED
 2018 Aug-15 PM 10:34
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# Exhibit S



STATE OF ALABAMA
SURFACE MINING RECLAMATION COMMISSION

# NOTICE OF VIOLATION

| | |
|---|---|
| NOTICE OF VIOLATION NUMBER: 79-HKC-023 | |
| ISSUED TO: Alabama By-Products | |
| LEGAL DESCRIPTION (IF NO PERMIT NO.) underground | |
| COUNTY: Jefferson | PERMIT NUMBER: Maxine |
| MAILING ADDRESS: Quinton, Ala. | |
| PHONE NUMBER: 436-3251 | SUBCONTRACTOR: |
| NAME AND TITLE OF PERSON SERVED: Gary Walker Engr. | |

Under the authority of the Alabama Surface Mining Reclamation Act of 1975, as amended, the undersigned conducted an inspection of the above mine on __7/5/79__ (date) and has found the violations of the Act, regulations, or permit conditions contained in the attachments to this form.

This notice shall remain in effect until it expires by the accomplishment of the required action, or until modified or vacated by the Director of the Commission.

## IMPORTANT – PLEASE READ CAREFULLY

If the action indicated is not accomplished by the expiration date, a Citation for a hearing will be issued pursuant to Section XVI of the Act. This section provides for a civil penalty of up to Ten Thousand Dollars ($ 10,000) and such other action as the Commission deems appropriate, including SUSPENSION or REVOCATION of the permit or license. For willfully and knowingly mining without a license and permit a CRIMINAL PENALTY of up to Ten Thousand Dollars ($ 10,000) and up to one year imprisonment may be ordered for each day of violation.

| Signature of Person Served: | Signature of State of Alabama Inspector: |
|---|---|
| Gary Walker | Herb Robin |

For Office Use Only

Inspector Abatement Date: 8/5/79

PLAINTIFF'S EXHIBIT 37 Hicks

DRUM002189

STATE OF ALABAMA
SURFACE MINING RECLAMATION COMMISSION

NOTICE OF VIOLATION (continued)

Notice of Violation No. 79-MR-073

Violation(s) No. _____

Nature of the Violation(s):

Discharge from disturbed area not within effluent limitations

Provision(s) of the Act, Regulations or Permit Violated:
sec. 2(23)(a)(10,12)(a)

Remedial Action to Abate Violation:

Begin treatment immediately to lower iron and manganese levels and raise pH of water leaving mine site into Locust Fork below active rock dump.

Date for Accomplishment of Remedial Action:

8/5/79

DRUM002190