FILED
2018 Aug-15 PM 10:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit X

