FILED
2018 Aug-15 PM 10:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit KK

P.O. Box 1549
Jasper, Alabama 35502-1549

Telephone: 205 387-0501
Telex: 261327
       261304

**DRUMMOND
COMPANY,
INC.**

June 19, 1989

Mr. Steve Foster
Alabama Department of
 Environmental Management
1751 Cong. W. L. Dickinson Drive
Montgomery, AL   36130

                RE:  Notice of Violation
                    Outfall 020, Maxine Mine
                    NPDES Permit AL0001724

Dear Mr. Foster:

Pursuant to the N.O.V. written for effluent excursions from Outfall 020 at the inactive and reclaimed Maxine Mine as a result of your March 16, 1989, inspection, the followed comments are offered:

1. The basin discharges only very infrequently and the flow at the time of the inspection and sample was less than 0.01 CFM.

2. The acidity in the pond is caused by seepage and runoff from adjacent abandoned refuse not a part of the Maxine permit area.

However, since the basin also receives drainage from permitted acreage, the following work is slated for completion during this summer:

1. The abandoned refuse area will be treated with neutralizers to reduce the potential acidity of offsite drainage to Basin 020 and maintain water quality standards.

2. The eroded discharge pipe for Outfall 020 will be replaced.

If you have any questions, please give me a call at your convenience.

                                  Sincerely,

                                  Dwight Hicks, Manager
                                  Reclamation and Environmental Control

DH:sb/drhic2/017