FILED

2018 Aug-15  PM 10:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

Exhibit LL
Attachment 1
Part 1 of 2

BARRY SULKIN
ENVIRONMENTAL CONSULTANT
4443 Pecan Valley Road
Nashville, TN 37218
(615)255-2079

**Maxine Mine, Alabama**
Sampling and Investigation Report
October 17, 2017

## Overview

At the request of the Southern Environmental Law Center (SELC) and Black Warrior Riverkeeper (BWRK) I have been conducting water and sediment sampling at the former Maxine Mine waste disposal site located along the Locust Fork of the Black Warrior River near river mile 390.5 about five miles upstream of its confluence with the Mulberry Fork. This can be found on the Gilmore, AL USGS 7.5 minute quadrangle topographic map, a portion of which is shown below in Figures 1 & 2 from the 1971 edition.

**Figure 1**                                         **Figure 2**



Sampling was conducted on September 20, 2016, August 1, 2017, and August 16 – 18, 2017.  On the first sampling trip, I was accompanied by Johnny Kinney of BWRK and Frank Chitwood, and water and sediment samples were taken only along the river bank with access by boat.  The following year split sampling was done in August 2017 with representatives from site owner Drummond.  These samples were taken on site as well as in and along the river and included chemical as well as toxicity analyses, along with field testing for physical parameters conductivity, pH, and temperature.

All samples were collected consistent with state and EPA protocols in laboratory provided containers, with supplied preservatives added as required for given parameters, using new gloves at each site, filtered in the field as needed, and placed into ice chests for delivery with Chain of Custody forms maintained for all samples.  The September 20, 2016 samples were shipped by FedEx the same day to Pace Analytical lab (Pace), except for the pH samples which I delivered the following morning to Sutherland Environmental lab in Birmingham.   For the sampling in August 2017, all samples were shipped by FedEx to Test America lab, after site-specific, detailed plans and procedures prepared by Aquilogic (and described in Anthony Brown's report for this case) were implemented.  Also for the August 2017 sampling, procedures were agreed upon, followed, and observed in concert with Drummond representatives who were conducting Drummond's sampling.

**Figure 3 – Sample Locations September 20, 2016**



**Figure 4 – Sample locations August 2017**



Sample locations were identified by numbers assigned by Aquilogic as shown on the map above in Figure 4 prepared by Aquilogic.

## Field Observations & Data

Field readings for conductivity, pH, and temperature were done using a Hach HQ30d meter with CDC40115 conductivity probe and PHC101 pH probe.  Field measurements were taken during the August 2017 visits; no field measurements were taken on the September 20, 2016 visit. Calibration was conducted before and/or after each field visit in August 2017 when field measurements were taken.  My field notes for the August 2017 visits are attached as Attachment 2.

Field parameters for measurements I took during both of the August 2017 surveys are presented below in tables prepared by Aquilogic.  Values in bold indicate an exceedance of 2011 EPA guidance of 300 µS/cm for conductivity (see https://cfpub.epa.gov/ncea/risk/recordisplay.cfm?deid=233809) and values in gray cells in bold

3

indicate a violation of Alabama Water Quality Criteria set forth at Alabama Administrative Code 335-6-10, and EPA regulations at 40 CFR Part 434.

**Table 1**

| Site ID | Day dd-mmm-yy | Time hh:mm | Conductivity uS/cm | Conductivity Probe Temperature degrees F | pH pH units | pH Probe Temperature degrees F |
|---|---|---|---|---|---|---|
| SW2 | 01-Aug-17 | 10:45 | 1,083 | 70.8 | 6.43 | 69.2 |
| SW3 | 01-Aug-17 | 11:40 | 3,530 | 86.3 | 2.79 | 86.9 |
| SW4 | 01-Aug-17 | 12:05 | 3,400 | 72.5 | 3.48 | 74.8 |
| SW5 | 01-Aug-17 | 15:20 | 1,177 | 76.2 | 3.50 | 76.0 |
| SW8 | 01-Aug-17 | 13:45 | 9,490 | 84.2 | 2.73 | 83.6 |
| SW9 | 01-Aug-17 | 14:15 | 8,170 | 80.2 | 2.53 | 79.6 |
| SW10 | 01-Aug-17 | 14:40 | 47 | 79.9 | 5.53 | 81.7 |

**Table 2**

| Site ID | Day dd-mmm-yy | Time hh:mm | Conductivity uS/cm | Conductivity Probe Temperature degrees F | pH pH units | pH Probe Temperature degrees F |
|---|---|---|---|---|---|---|
| SW1 | 18-Aug-17 | 15:50 | 264 | 90.8 | 9.17 | 89.3 |
| SW2 | 16-Aug-17 | 11:45 | 1,044 | 71.1 | 5.66 | 71.0 |
| SW3 | 16-Aug-17 | 12:40 | 3,150 | 93.4 | 2.71 | 92.4 |
| SW4 | 16-Aug-17 | 12:48 | 3,310 | 68.9 | 3.61 | 70.3 |
| SW5 | 16-Aug-17 | 12:15 | 1,117 | 76.9 | 3.23 | 76.2 |
| SW7 | 16-Aug-17 | 16:15 | 70.2 | 73.9 | 5.40 | 72.9 |
| SW8 | 16-Aug-17 | 14:15 | 8,020 | 80.6 | 2.88 | 87.2 |
| SW9 | 16-Aug-17 | 14:30 | 8,220 | 83.8 | 2.54 | 84.4 |
| SW10 | 16-Aug-17 | 14:50 | 48.8 | 81.4 | 5.32 | 81.0 |
| SW11 | 18-Aug-17 | 11:35 | 109.5 | 74.4 | 5.35 | 74.5 |
| SW12 | 18-Aug-17 | 15:10 | 6,680 | 79.1 | 2.26 | 78.9 |
| SW13 | 18-Aug-17 | 13:55 | 4,970 | 80.3 | 2.42 | 79.2 |
| SW15 | 18-Aug-17 | 15:35 | 267 | 88.6 | 9.14 | 88.9 |

Conductivity is an indication of mineral or pollutant content of water, and commonly used as a reliable scientific method to identify potential areas of contamination. (http://water.epa.gov/type/rsl/monitoring/vms59.cfm)  Background or uncontaminated areas would have conductivity generally in the range of up to 300 µS/cm depending on the natural or background conditions of the local geology and water.  pH is a measure of how acidic or basic water is, with 7 being neutral, lower than 7 being more acidic, and higher than 7 being more basic (or alkaline) on a scale of 0 to 14. (https://archive.epa.gov/water/archive/web/html/vms54.html)

From the field it can be seen that the impacted waters at the Maxine site are extremely contaminated by substances related to both conductivity and pH.  Background or reference

readings were taken at one river location and three near or on-site locations that are upgradient and/or appear unimpacted by runoff or water flowing through the waste.  These were:

SW2   a small stream just south of the waste site that may be impacted by other mining
SW7   a spring that flows to a pond in a hollow on west side of site
SW11  a spring past the power line, west of the waste pile, that flows toward the main stream through site (aka Tributary 1)
SW15  Locust Fork about two miles upstream from the site

None of the above four sites are completely unimpacted or pristine, but can be useful for comparison with sites receiving flow from the mine waste.  SW2 likely receives flow from other mining areas, and the springs at SW7 and SW11 appear to be downgradient from disturbed areas of the Maxine site other than where waste is located.  The site upriver at SW15 is above the Maxine waste site, but is downstream from other area mining and disposal activities.

These four sites had conductivity ranging from 70.2 to 1,083 µS/cm (average of 514.7µS/cm) – or excluding SW2 with apparent mining impacts, from 70.2 to 267 µS/cm (average of 148.9 µS/cm) – as compared to impacted waters with conductivity from 1,044 to 9,490 µS/cm – up to over 100 times higher.  Similarly, the pH for the on-site background sites was relatively neutral with impacted waters much more acidic with several pH values measured below 4 and some less than 3 pH.

## Sample Results

### 1.  September 20, 2016

Limited samples were taken along the river on September 20, 2016.  The samples were taken between 10:45 am and 12:15 pm at the main discharge from the Maxine waste site, identified as SLO (for slough) on this date (near site SW4 used in August 2017), and at a reference site in a tributary cove across the river, identified as REF.  See Figure 3 above for sampling locations.

Samples were shipped by FedEx at 6:00 pm the same day to Pace lab except for pH which was taken to Sutherland lab in Birmingham the next morning.  Results from samples taken on this date are given in Tables 3 and 4 below, and the lab reports can be found at Attachment 3.

**Table 3 – September 20, 2016 Water – Total Metals**

|           | SLO1 9/20/16 | REF1 9/20/16 |
|-----------|--------------|--------------|
| Aluminum  | **247 mg/L** | ND           |
| Antimony  | ND           | ND           |
| Arsenic   | **.010 mg/L** | .0015 mg/L  |
| Barium    | .0075 mg/L   | .033 mg/L    |
| Beryllium | .067 mg/L    | ND           |
| Boron     | **.29 mg/L** | .021 mg/L    |
| Cadmium   | .0013 mg/L   | ND           |
| Calcium   | **281 mg/L** | 3.2 mg/L     |
| Chromium  | **.015 mg/L** | ND          |

| | | |
|---|---|---|
| Cobalt | **.43 mg/L** | .0011 mg/L |
| Copper | ND | ND |
| Iron | **385 mg/L** | 3.8 mg/L |
| Lead | ND | ND |
| Lithium | **9.6 mg/L** | ND |
| Magnesium | **326 mg/L** | 2.3 mg/L |
| Manganese | **17.8 mg/L** | .63 mg/L |
| Molybdenum | ND | ND |
| Nickel | **.81 mg/L** | .0014 mg/L |
| Potassium | 3.8 mg/L | 1.9 mg/L |
| Selenium | **.0040 mg/L** | ND |
| Silicon | **35.3 mg/L** | 1.0 mg/L |
| Silver | ND | ND |
| Sodium | **43.8 mg/L** | 2.2 mg/L |
| Strontium | **.072 mg/L** | .022 mg/L |
| Thallium | **.00056 mg/L** | ND |
| Tin | ND | ND |
| Titanium | ND | .0015 mg/L |
| Vanadium | **.018 mg/L** | ND |
| Zinc | **1.5 mg/L** | ND |
| Mercury | ND | ND |
| Specific Conductance | **5370 μS/cm** | 95.0 μS/cm |
| Total Dissolved Solids | **8710 mg/L** | 15 mg/L |
| Total Suspended Solids | 27 mg/L | 22 mg/L |
| Sulfur | .136 %(w/w) | ND |
| Trivalent Chromium | ND | ND |
| TKN | **5.0 mg/L** | 1.4 mg/L |
| Phosphorus | ND | .091 mg/L |
| Chloride | 1.5 mg/L | 2.9 mg/L |
| Ammonia | **4.1 mg/L** | .51 mg/L |
| Nitrate | NA | NA |
| Nitrate-Nitrite | .099 mg/L | .10 mg/L |
| Hexavalent Chromium | ND | ND |
| Cyanide | ND | ND |
| Total Recoverable Phenolics | ND | ND |
| Sulfate | **6020 mg/L** | 2.4 mg/L |
| pH | **3.57** | 6.02 |
| Acidity | NA | NA |
| Alkalinity | NA | NA |

Values in gray highlight indicate exceedance of Alabama general, aquatic life (acute or chronic) or human health criteria; note that a single data point is not directly comparable to chronic criteria, but useful for indication of pollution.  Values in turquoise highlight exceed EPA

6

recommended criteria.  Additionally, values in **bold** significantly exceed reference site conditions indicating violations of antidegradation criteria.

The above data, along with visual observations at the site, clearly show pollutants discharging from the Maxine waste site far in excess of what would be coming from the unpolluted stream that once flowed there, or what would be legally and reasonably allowed under a discharge permit.  Most notable are the low pH along with the presence or elevated levels of aluminum, arsenic, calcium, chromium, cobalt, iron, magnesium, manganese, selenium, ammonia, sulfate, and conductivity.



**<u>Figure 5</u>**
***Maxine tributary flow into Locust Fork looking downstream at sampling location (9/20/16)***

Regarding arsenic, while it appears that Alabama has not established a safe level of arsenic for human contact (aka swimming, recreation), other states have.  For instance, the neighboring state of Tennessee has established a safe level of arsenic for human contact at .010 mg/L (10 µg/L) (see Tennessee Rules and Regulations 0400-40-03).  The level found in this limited sampling borders on that amount, which is also much over the reference site level.  There is no reason to think that what is unsafe in one state is safe in another just because a criterion has not been established.

**Table 4 – September 20, 2016 Sediment**

|  | **SLO1 9/20/16** | **REF1 9/20/16** |
|---|---|---|
| Aluminum | 2780 mg/kg | 3690 mg/kg |
| Antimony | ND | ND |
| Arsenic | **63.6 mg/kg** | 1.8 mg/kg |
| Barium | **109 mg/kg** | 53.6 mg/kg |
| Beryllium | **.30 mg/kg** | ND |
| Boron | **3.2 mg/kg** | ND |
| Cadmium | ND | ND |
| Calcium | 394 mg/kg | 279 mg/kg |
| Chromium | 6.4 mg/kg | 4.2 mg/kg |
| Cobalt | 1.4 mg/kg | 3.8 mg/kg |
| Copper | **13.4 mg/kg** | 5 mg/kg |
| Iron | **33500 mg/kg** | 6740 mg/kg |
| Lead | **11.2 mg/kg** | 6 mg/kg |
| Lithium | 6.3 mg/kg | 4.2 mg/kg |
| Magnesium | 510 mg/kg | 328 mg/kg |
| Manganese | 34.5 mg/kg | 88.2 mg/kg |
| Molybdenum | **4.4 mg/kg** | ND |
| Nickel | 4 mg/kg | 5.6 mg/kg |
| Potassium | **1070 mg/kg** | 307 mg/kg |
| Selenium | **2.3 mg/kg** | .33 mg/kg |
| Silicon | 696 mg/kg | 1040 mg/kg |
| Silver | ND | ND |
| Sodium | **460 mg/kg** | ND |
| Strontium | **18.3 mg/kg** | 2.5 mg/kg |
| Thallium | **.35 mg/kg** | ND |
| Tin | ND | ND |
| Titanium | 23.7 mg/kg | 28.5 mg/kg |
| Vanadium | **16.1 mg/kg** | 6.9 mg/kg |
| Zinc | 10.5 mg/kg | 18.4 mg/kg |
| Mercury | **.29 mg/kg** | .036 mg/kg |
| Sulfur | .623 % (w/w) | .0531 %(w/w) |
| TKN | 1530 mg/kg | 927 mg/kg |
| Phosphorus | 127 mg/kg | 114 mg/kg |
| Chloride | 123 mg/kg | 274 mg/kg |
| Ammonia | 105 mg/kg | 78 mg/kg |
| Nitrate-Nitrite | ND | ND |
| Hexavalent Chromium | ND | ND |
| Cyanide | ND | ND |
| Total Recoverable Phenolics | **1.6 mg/kg** | ND |
| Sulfate | **3530 mg/kg** | ND |

As far as I am aware, there are no sediment criteria established for Alabama.  There are various sets of values available from EPA for different programs and uses, some specific to different regions.  One way to address this matter and make use of site data is to take an area reference sample for comparison, as done here.  While the above data and highlights are limited in number of samples and scope, they are useful as an indication of contamination.  Values in **bold** indicate notable elevation over the reference sample.

Contaminants which stand out in the above sediment comparison are arsenic, boron, copper, iron, molybdenum, potassium, selenium, sodium, strontium, mercury, phenols, and sulfate. These further support the opinion that the area of discharge is significantly contaminated by waste at the Maxine site.

### 2.  August 2017

I participated in a site survey on June 12, 2017 with other members of our team and Drummond representatives, but I did not take any samples or field measurements.  On August 1, 2017, I participated in a site survey with SELC, BWRK, Brian Dempsey and Drummond representatives that included split surface water (SW) samples with Drummond representatives.  Samples were taken between 10:45 am and 3:20 pm, and shipped by FedEx to Test America lab at 7:15 pm the same day.  All sample site identifications (ex SW1, SW2, etc.) are as shown on the map above in Figure 4 and used for subsequent sampling later that month.  I returned to the site with SELC, BWRK, Wade Major with Aquilogic, Gordon Johnson with Burgess Environmental, Doug MacLean and Chris Slater of Advisian, and Drummond representatives for a three-day site investigation and split sampling August 16, 17, 18.  Surface water split sampling was done for chemical parameters on August 16 from 11:45 am to 4:15 pm and shipped to Test America by FedEx to the lab the following day; and August 18 from 11:35 am to 3:50 pm and shipped to Test America by FedEx the same day.  On the second day, August 17, only toxicity samples were collected and taken immediately to FedEx for shipping to the lab for testing due to holding time constraints.  Analysis of the results of this toxicity testing is being addressed by Dr. Carys Mitchelmore, another expert in this case.

Laboratory tests on the surface water sampling were conducted by Test America Lab located in Pensacola, Florida and laboratory tests on toxicity sampling were conducted by Test America Lab in Corvallis, Oregon.  Results for these three dates are shown in Tables below, which were prepared by Aquilogic (see Anthony Brown's tables 9 and 10), and the lab reports are attached as Attachment 4.

## Table 5 – August 1, 16 & 18 Dissolved Metals (see larger version at Attachment 5)

| Chemical | Units | Freshwater Acute | Freshwater Chronic | Human Health - Consumption of Fish Only | Human Health - Consumption of Water and Fish | Alabama MCL | SW1 18-Aug-17 | SW2 1-Aug-17 | SW3 1-Aug-17 | SW4 1-Aug-17 | SW5 1-Aug-17 | SW7 16-Aug-17 | SW8 1-Aug-17 | SW9 1-Aug-17 | SW10 1-Aug-17 | SW11 18-Aug-17 | SW12 18-Aug-17 | SW13 18-Aug-17 | SW15 18-Aug-17 | P3 17-Aug-17 | P12 18-Aug-17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Site ID | | | | | | | | | | | | | | | | | | | | | |
| Sample Depth (feet bgs) | | | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 7.2 | 7.2 |
| Aluminum | ug/L | --- | --- | --- | --- | 200 | 89 | < 25 | 200,000 | 160,000 | 27,000 | < 25 | 1,500,000 | 880,000 | 70 | < 25 | 150,000 | 210,000 | < 25 | 120,000 | 200,000 |
| Antimony | ug/L | --- | --- | 373 | 5.5 | 6 | < 2.5 | < 2.5 | < 2.5 | < 2.5 | < 2.5 | < 2.5 | < 2.5 | < 2.5 | < 2.5 | < 2.5 | < 1.3 | 2.6 | < 2.5 | 20 | 2.6 |
| Arsenic (total) | ug/L | --- | --- | --- | --- | 10 | < 1.3 | < 1.3 | 2.4 | 11 | 1.3 | < 1.3 | 10 | 18 | 6.5 | < 1.3 | 2.6 | 3.2 | < 1.3 | 33 | 3.3 |
| Barium | ug/L | --- | --- | --- | --- | 2,000 | 32 | 16 | 11 | 6.6 | 34 | 37 | < 2.5 | < 2.5 | 36 | 45 | < 2.5 | 8.1 | 33 | 8.3 | 2.9 |
| Beryllium | ug/L | --- | --- | --- | --- | 4 | < 2.5 | < 2.5 | 14 | 15 | 6.4 | < 2.5 | 93 | 88 | < 2.5 | < 2.5 | 47 | 47 | < 2.5 | 31 | 51 |
| Boron | ug/L | --- | --- | --- | --- | --- | < 50 | < 50 | 77 | 86 | < 50 | < 50 | < 50 | 130 | < 50 | < 50 | 200 | < 50 | < 50 | 160 | 140 |
| Cadmium | ug/L | 2.43 | 1.0 | --- | --- | 5 | < 2.5 | < 2.5 | < 2.5 | < 2.5 | < 2.5 | < 2.5 | 35 | 15 | < 2.5 | < 2.5 | 2.7 | 5.4 | < 2.5 | 3.8 | 4.7 |
| Calcium | ug/L | --- | --- | --- | --- | --- | 24,000 | 92,000 | 150,000 | 180,000 | 45,000 | 2,800 | 300,000 | 410,000 | 2,800 | 5,400 | 150,000 | 370,000 | 25,000 | 270,000 | 200,000 |
| Chromium (total) | ug/L | --- | --- | --- | --- | 100 | < 2.5 | < 2.5 | 20 | 8.3 | < 2.5 | < 2.5 | 120 | 190 | < 2.5 | 28 | 31 | < 2.5 | 7.8 | 71 |
| Cobalt | ug/L | --- | --- | --- | --- | --- | 8,300 | 110,000 | 34,000 | 43,000 | 140 | 7.4 | 3,900 | 1,800 | < 2.5 | < 2.5 | 670 | 950 | < 2.5 | 580 | 660 |
| Copper | ug/L | 17.2 | 11.2 | --- | 1,300 | 1,000 | < 2.5 | < 2.5 | 75 F1F2 | < 2.5 | < 2.5 | < 2.5 | 2,300 | 1,300 | < 2.5 | < 2.5 | 100 | 160 | < 2.5 | 5.5 | 65 |
| Iron | ug/L | --- | --- | --- | --- | 300 | < 130 | < 130 | 20,000 | 560,000 | 8,300 | < 130 | 470,000 | 930,000 | 7,000 | < 130 | 210,000 | 47,000 | < 130 | 640,000 | 91,000 |
| Lead | ug/L | 86 | 3.3 | --- | --- | 15 | < 1.3 | < 1.3 | 760 | 15,000 | 140 | 7.4 | < 1.3 | < 1.3 | < 1.3 | < 1.3 | 670 | 950 | < 1.3 | < 1.3 | < 1.3 |
| Lithium | ug/L | --- | --- | --- | --- | --- | 12 | 97 | 2,400 | 2,500 | 410 | 3.2 | 11,000 | 13,000 | < 2.5 | 3.9 | 3,400 | 2,500 | 12 | 2,800 | 3,000 |
| Magnesium | ug/L | --- | --- | --- | --- | --- | 13,000 | 39,000 | 200,000 | 290,000 | 52,000 | 3,000 | 940,000 | 640,000 | 2,100 | 4,900 | 550,000 | 510,000 | 13,000 | 380,000 | 250,000 |
| Manganese | ug/L | --- | --- | --- | --- | 50 | < 13 | 760 | 15,000 | 18,000 | 5,000 | 640 | 69,000 | 18,000 | < 13 | 80 | 29,000 | 25,000 | < 13 | 18,000 | 19,000 |
| Mercury (total) | ug/L | --- | --- | --- | --- | 2 | --- | < 0.20 | < 0.20 | < 0.20 | < 0.20 | --- | < 0.20 | < 0.20 | < 0.20 | --- | --- | --- | --- | < 0.20 | --- |
| Molybdenum | ug/L | --- | --- | --- | --- | --- | < 15 | < 15 | < 15 | < 15 | < 15 | < 15 | < 15 | < 15 | < 15 | < 15 | < 15 | < 15 | < 15 | < 15 | < 15 |
| Nickel | ug/L | 585 | 65 | 998 | 411 | 100 | < 2.5 | 4.1 | 1,100 | 1,200 | 220 | 4 | 8,200 | 4,500 | < 2.5 | 3.1 | 1,200 | 1,700 | < 2.5 | 1,300 | 1,600 |
| Potassium | ug/L | --- | --- | --- | --- | --- | 2,900 | 4,300 | 360 | 3,600 | 2,200 | 1,100 | 350 | < 250 | 1,800 | 1,100 | < 250 | 380 | 2,900 | 13,000 | 890 |
| Selenium | ug/L | --- | --- | --- | --- | 50 | < 1.3 | < 1.3 | 29 | 8.3 | < 1.3 | < 1.3 | 10 | 6.4 | < 1.3 | < 1.3 | 4.8 | 3.0 | < 1.3 | 1.5 | 3.2 |
| Silicon | ug/L | --- | --- | --- | --- | --- | 2,300 | 7,600 | 56,000 | 40,000 | 26,000 | 5,700 | 46,000 | 62,000 | 6,500 | 8,600 | 44,000 | 46,000 | 2,500 | 29,000 | 48,000 |
| Silver | ug/L | 5.1 | --- | --- | --- | 100 | < 1.3 | < 1.3 | < 1.3 | < 1.3 | < 1.3 | < 1.3 | < 1.3 | < 1.3 | < 1.3 | < 1.3 | < 1.3 | < 1.3 | < 1.3 | < 1.3 | < 1.3 |
| Sodium | ug/L | --- | --- | --- | --- | --- | 8,300 | 110,000 | 500 | 480 | 170 | 22 | 420 | 220 | 21 | 34 | 1,200 | 1,500 | 91 | 490 | 590 |
| Strontium | ug/L | --- | --- | --- | --- | --- | 89 | 1,000 | 500 | 480 | 170 | 22 | 420 | 220 | 21 | 34 | 1,200 | 1,500 | 91 | 490 | 590 |
| Thallium | ug/L | --- | --- | 0.27 | 0.17 | 2 | < 0.50 | < 0.50 | 0.5 | < 0.50 | < 0.50 | < 0.50 | < 0.50 | < 0.50 | < 0.50 | < 0.50 | < 0.50 | < 0.50 | < 0.50 | 4.0 | 0.62 |
| Tin | ug/L | --- | --- | --- | --- | --- | < 2.5 | < 2.5 | < 2.5 | < 2.5 | < 2.5 | < 2.5 | < 2.5 | < 2.5 | < 2.5 | < 2.5 | < 2.5 | < 2.5 | < 2.5 | < 2.5 | < 2.5 |
| Titanium | ug/L | --- | --- | --- | --- | --- | < 2.5 | < 2.5 | 8.1 | 9.0 | < 2.5 | < 2.5 | 20 | 20 | < 2.5 | < 2.5 | 13 | 11 | < 2.5 | 8.6 | 8.1 |
| Vanadium | ug/L | --- | --- | --- | --- | --- | < 2.5 | < 2.5 | < 2.5 | < 2.5 | < 2.5 | < 2.5 | 11 | 22 | < 2.5 | < 2.5 | < 2.5 | < 2.5 | < 2.5 | 8.8 | < 2.5 |
| Zinc | ug/L | 146 | 148 | 14,894 | 6,158 | 5,000 | < 20 | < 20 | 2,400 | 2,600 | 470 | < 20 | 17,000 | 10,000 | < 20 | < 20 | 3,000 | 3,800 | < 20 | 2,600 | 3,000 |

Notes:
< : not detected at or above the noted reporting limit
--- : no criteria or not analyzed
bgs: below ground surface
dd-mmm-yy: day-month-year
F1: MS and/or MSD Recovery is outside acceptance limits
F2: MS/MSD RPD exceeds control limits
ID: identification (see Figure 20)
MCL: Maximum Contaminant Level
MS/MSD: matrix spike/matrix spike duplicate
RPD: relative percent difference
ug/L: micrograms per liter
uS/cm: microSiemens per centimeter

0.30  bold result indicates a State of Alabama Water Quality Criteria exceedance (see Table 2)
0.30  gray cell indicates a State of Alabama MCL exceedance (see Table 3)

## Table 6 – August 1, 16 & 18 Total Metals & Other Parameters (see larger version at Attachment 6)

Surface water data from these dates consisted of sampling what remains of the stream through the site and at its confluence with the Locust Fork, one side stream just south of the main site, springs/streams on the east face of the site along the river, springs on-site upgradient of waste areas, the river above and below the site, and seepage/streams emanating from the waste dumps.

In looking at these data, most notable are exceedances of state criteria or established federal levels of cadmium, copper, iron, lead, manganese, nickel, selenium, thallium and zinc.  For those pollutants which have no criteria or federal guidance level, or for which levels significantly exceed background, pollutants of concern include arsenic, cyanide, nitrogen, phosphorus and sulfate.

**Regulatory Issues**

Based on the available information, it appears that no permit for the filling, damming or otherwise altering of on-site streams was ever obtained from the state or federal permitting agencies.  These activities that have left the site in its present state would have required a 404 permit from the US Army Corps of Engineers and an associated 401 certification from the state of Alabama (per Sections 401 and 404 of the Clean Water Act).  Further, it is doubtful that such permit and certification could have been obtained for what was done, as it conflicts with constraints of what is allowed by those regulatory programs.  Thus, from my perspective as a former regulator and consultant in that arena, the in-stream waste and fill, and other stream alterations on the site constitute unauthorized activities and ongoing violations.

It is clear from the topographic map in Figure 1 and what is now left on the site that there was at least one stream flowing through the site, which today still partly exists, though in a highly degraded condition.  Based on the pre-conditions and current natural remaining contours and springs found at the upper reaches of the site, there may well be other smaller streams on the site that flowed into the primary one, pieces of which appear to still exist.

The stream on the site, referred to as Tributary 1 on the site map above and in related documents, is shown as a dashed blue line (see Figures 1 and 2).  This is the USGS symbol for an intermittent stream, or one that may have seasonal or no flow at times or in sections.  Along with the adjacent Locust Fork, such streams are still streams in the regulatory sense and are thus protected by the CWA and associated state law and regulations as waters of the US and state.  Such waters are to be protected by water quality standards, which consist of three parts: uses, criteria, and antidegradation.

Under the CWA regulatory system, each state establishes designated uses and associated water quality criteria for all waters.  These uses and criteria are generally based on recommended guidance published by EPA, which has to approve state uses and criteria, or set them for the state if necessary.  Alabama has set designated uses in their regulations (Chapter 335-6-11), with the Locust Fork classified for Public Water Supply, Swimming and Other Whole Body Water Contact Sports, and Fish and Wildlife.  A use that is explicitly prohibited by the CWA is waste transport and disposal, as has been done here, where the on-site stream was essentially appropriated and used for such.  Even though a stream may flow through private property on its way to larger rivers, it is still a protected public waterway.

For the unnamed stream or streams on the site, the state regulations apply the use classification of Fish and Wildlife per regulations at 335-6-11-.01(5) which states:

(5)     Not all waters are included by name in the use classifications since it would be a tremendous administrative burden to list all stream segments in the State.  In addition, in virtually every instance where a segment is not included by name, the Department has no information or stream data upon which to base a decision relative to the assignment of a particular classification.  An effort has been made, however, to include all major stream segments and all segments which, to the Department's knowledge, are currently recipients of point source discharges.  Those segments which are not included by name will be considered to be acceptable for a "Fish and Wildlife" classification unless it can be demonstrated that such a generalization is inappropriate in specific instances.

These uses in turn set the applicable water quality criteria, largely controlled by the Fish and Wildlife use.  For many parameters there are numeric criteria set, as shown in Table 5 above, that establish the allowed content of a given pollutant before it is considered polluted.  It should be noted that waters should not be allowed to rise in content to just below a given criterion – at the verge of pollution – but rather these criteria are the worst case just prior to pollution, and cleaner conditions must be maintained where they exist.  Where no numeric criteria have been set, narrative criteria apply as shown below:

**335-6-10-.06   Minimum Conditions Applicable to All State Waters.**  The following minimum conditions are applicable to all State waters, at all places and at all times, regardless of their uses:

(a)     State waters shall be free from substances attributable to sewage, industrial wastes or other wastes that will settle to form bottom deposits which are unsightly, putrescent or interfere directly or indirectly with any classified water use.

(b)     State waters shall be free from floating debris, oil, scum, and other floating materials attributable to sewage, industrial wastes or other wastes in amounts sufficient to be unsightly or interfere directly or indirectly with any classified water use.

(c)     State waters shall be free from substances attributable to sewage, industrial wastes or other wastes in concentrations or combinations which are toxic or harmful to human, animal or aquatic life to the extent commensurate with the designated usage of such waters.

Thus, regardless of laboratory tests, it is obvious that conditions of the tributary and edge of the Locust Fork at the site clearly violate the narrative criteria.

At times, states set numeric criteria more stringent or lenient than EPA guidance values – or none at all.  Though EPA has the authority to overrule weak or missing criteria and set them for the state, that does not often happen and EPA allows the state's weak or non-existent criteria to stand.  In such instances the EPA recommended values can at least be used for reference when assessing sampling data to determine if impacts are occurring.  Also, criteria from other states that have set values or more stringent criteria can be a guide, such as with arsenic discussed above.

From the records available, it appears that the Maxine waste site had an NPDES permit (although the location of the outfall is unclear) that was terminated in 1992, but has not operated under one since then as required by the CWA for the waste ponds and discharge that have been in place and going on for many years.  An NPDES permit would necessarily contain effluent limits based on protection of the receiving stream (water quality based effluent limits) or available treatment options (technology based effluent limits).

EPA publishes effluent limits for most categories of industrial waste including coal mining operations, which can be found in 40 CFR 434.  These, along with state criteria, where they exist, and other EPA guidance should have been used to establish a permit for this discharge.  However, any permit would also include standard prohibitions that include no deposit of removed substances in public waters, no in-stream treatment of waste, no mixing of wastewater and stormwater prior to monitoring for compliance with limits.  Further, an NPDES permit would need to be written so as to protect the uses and criteria of all receiving streams – both the Locust Fork, and the primary receiving stream that flows through the site.  Additionally, there are several springs and/or streams on the eastern face of the waste site along the Locust Fork upstream of the mouth of Tributary 1 that are also impacted by the waste and discharging; two of these were sampled on the August 18, 2017 survey and included in the data set as sites SW12 and SW13.

In addition to the uses and criteria discussed, water quality standards always include a critical, and often overlooked third part – antidegradation.  Simply put, this is the federally required provision that is often described as what keeps clean waters clean and prevents dirty waters from getting dirtier.  Alabama has such a provision in its regulations that is taken from EPA and reads in critical part:

### 335-6-10-.04   Antidegradation Policy.

(1)   The purpose and intent of the water quality standards is to conserve the waters of the State of Alabama and to protect, maintain and improve the quality thereof for public water supplies, for the propagation of wildlife, fish and aquatic life, and for domestic, agricultural, industrial, recreational and other legitimate beneficial uses; and to provide for the prevention, abatement and control of new or existing water pollution.

(2)   Existing instream water uses and the level of water quality necessary to protect the existing uses shall be maintained and protected.  Uses and the water quality to support such uses were established through public participation in the initial establishment, and periodic review, of water quality standards.  Should the Department determine that an existing use is not encompassed in the classification of a waterbody, that use shall be recognized.

(3)   Where the quality of the waters exceed levels necessary to support propagation of fish, shellfish, and wildlife and recreation in and on the water, that quality shall be maintained and protected, except that a new or increased discharge of pollutants may be allowed, after intergovernmental coordination and public participation pursuant to applicable permitting and management processes, when the person proposing the new or increased discharge of pollutants demonstrates that the proposed discharge is necessary for important economic or social development.  In such cases, water quality adequate to protect existing uses fully shall be maintained.  All new and existing point source discharges shall be subject to the highest statutory and regulatory requirements, and nonpoint source discharges shall use best management practices adequate to protect water quality consistent with the Department's nonpoint source control program.

13

In short, this requires that water not be allowed to rise even to the verge of pollution – right up to the brink of exceeding criteria – but must rather be kept at cleaner levels where such exist in the absence of impacts.  This is one of the reasons for our taking background, upstream, or reference samples at and near the Maxine site-- to determine what clean and polluted means in this case, rather than relying upon a published maximum allowable concentration that may be much higher in contaminant content.  This is not just a good idea for water management; it is actually a required and equal component of the three parts of water quality standards.

## Summary

It is my opinion that activities at the Maxine mine waste site, including continuous illegal discharges of pollutants, have and continue to violate the Clean Water Act and companion state law, and associated regulations.  The filling and discharges have been done without required permits and are on-going.

Observations, testing, and sampling at and near the site confirm that conditions of severe pollution exist that will likely continue to exist and contribute contamination to downstream waters unless corrective action is taken.  Current conditions violate various water quality criteria and do not protect for all legitimate uses of the waters, including public recreation in the river in and along the shore of the site.

## Qualifications

My qualifications, education, and experience include degrees in Environmental Science (University of Virginia, 1975) and Environmental Engineering (Vanderbilt University, 1987), working for (what is now called) the Tennessee Department of Environment and Conservation (1976 - 1990), and for EPA (2005 – 2007), and twenty-five years of environmental consulting in private practice.  Attachment 1 contains details of my qualifications, including publications, along with a listing of cases in which I have testified in the last four years and my fee schedule. All lab reports and associated documents are included in Attachments 3 and 4, and my field notes are in Attachment 2.


Report by:      Barry Sulkin

Submitted:      October 17, 2017

Attachment 1

**BARRY SULKIN**
ENVIRONMENTAL CONSULTANT
4443 PECAN VALLEY ROAD
NASHVILLE, TN 37218
PHONE (615) 255-2079  FAX (615) 251-0111

## CURRICULUM VITA

Born: May 3, 1953, Memphis, TN

## EDUCATION

1987      M.S., **Vanderbilt University** - Nashville, Tennessee
               Major: Environmental Engineering
Master's Thesis: "HARPETH RIVER BELOW FRANKLIN DISSOLVED OXYGEN STUDY"- Field and lab study, QUAL2E computer modeling of river hydrology, water quality, and impacts of a sewage treatment plant.

1975      B.A., **University of Virginia** - Charlottesville, Virginia
               Major: Environmental Science

Additional undergraduate courses: math and engineering at University of Tennessee - Knoxville 1982-1984

## HONORS

**Conservationist of the Year, 2011**, Wild South's Roosevelt-Ash Society, Ashville, NC, March 23, 2012
**River Hero Award**, River Network 2006
**Lifetime Achievement Award**, Tennessee Environmental Council, 1990
**Water Conservationist of the Year**, Tennessee Conservation League, 1989
**State of Tennessee/Vanderbilt University**
               **Environmental Engineering Graduate School Scholarship**, 1985 - 1987
**duPont Scholarship**, University of Virginia, 1971 - 1975
**Eagle Scout**, 1967

## PROFESSIONAL EXPERIENCE - CURRENT

Sept. 1990 -   **Environmental Consultant**
Present             Self-employed

               Investigator, consultant, and scientist serving clients such as attorneys, environmental/citizen organizations, cities, individuals, businesses, media, and sub-contractor for other consultants/engineers. Activities include research projects, field studies/sampling, site evaluations, stream/wetland determinations, permit negotiations, information and file research, photography, and expert witness presentations concerning water quality, TMDL, erosion, landfills, NEPA, FERC, NRC, and other environmental issues; also TN Director of Public Employees for Environmental Responsibility (PEER). Employed by EPA as special expert for Federal Advisory Committee for Detection and Quantitaion and Uses in the Clean Water Act representing environmental groups (June 2005- Dec 2007).

## PROFESSIONAL EXPERIENCE - PREVIOUS

| | |
|---|---|
| 1987-June 1990 and 1985 | **Manager** Enforcement and Compliance Section Division of Water Pollution Control Tennessee Dept. of Health and Environment Nashville, Tennessee |

Responsibilities:  Statewide manager of enforcement investigations and legal referrals for water pollution programs under the federal Clean Water Act and the Tennessee Water Quality Act; witness for hearings before the Water Quality Control Board, and local and state courts; data processing and analysis for wastewater permit discharges; field research projects regarding water quality problems, as well as field work involving various stream, river, lake, and wetland issues.

| | |
|---|---|
| 1989 | **Instructor** Graduate School of Engineering University of Tennessee, Knoxville (Nashville campus) |

Responsibilities:  Assistant instructor for graduate course in environmental engineering- wastewater treatment.

| | |
|---|---|
| Sept.-Nov.1986 and 1981 | **Assistant Manager** Regional Field Office Division of Water Pollution Control Tennessee Dept. of Health and Environment Nashville, Tennessee |

Responsibilities: Coordinated inspections, complaint investigations, field studies, and enforcement for wastewater programs in 41 county region.

| | |
|---|---|
| Sept. 1985 - Aug. 1986 | Education leave to attend graduate school |

| | |
|---|---|
| 1984-1985 | **Special Projects Assistant** Director's Office -  Elmo Lunn, Director Division of Water Pollution Control Tennessee Dept. of Health and Environment Nashville, Tennessee |

Responsibilities:  Provided statewide coordination and technical assistance on deep well waste injection regulations, clear- cutting forestry problem investigations, animal waste problems, public relations and media presentations, state planning and policy, enforcement and field office coordination.

| | |
|---|---|
| 1982-1984 | **Enforcement Coordinator** |

Regional Field Office
Division of Water Pollution Control
Tennessee Dept. of Health and Environment
Knoxville, Tennessee

Responsibilities: Coordinated enforcement action in municipal and industrial drinking water and wastewater programs in 24 county region, including fish kills, spills, complaint investigations, and stream studies.

1981-1982            **Assistant Manager**
                     Enforcement Section
                     Division of Water Pollution Control
                     Tennessee Dept. of Health and Environment
                     Nashville, Tennessee

Responsibilities:  Coordinated statewide investigations and legal actions for drinking water, wastewater, and safe dam programs.

1977-1981            **Water Quality Specialist**
                     Regional Field Office
                     Division of Water Pollution Control
                     Tennessee Department of Health and Environment
                     Nashville, Tennessee

Responsibilities:  Inspected drinking water, and municipal and industrial wastewater systems for 41 county area; investigated spills, underground storage tanks, fish kills, and citizen complaints; conducted stream studies; coordinated enforcement program.

1976-1977            **Water Quality Specialist**
                     Regional Field Office
                     Division of Water Pollution Control
                     Tennessee Dept. of Health and Environment
                     Chattanooga, Tennessee

Responsibilities:  Inspected public drinking water systems for nine county area; investigated spills and citizen complaints.

1975                 **Research Assistant/Lab Technician**
                     Department of Environmental Science
                     University of Virginia
                     Charlottesville, Virginia

Responsibilities:  Analyzed soil and sediment from Chesapeake Bay and marsh/wetland sites for Corps of Engineers dredge spoils study.

1974            **Research Assistant**
                   Department of Environmental Science
                   University of Virginia
                   Charlottesville, Virginia

Responsibilities: Weather research project data processing.


1974            **Research Assistant/Lab Technician**
                   Department of Civil Engineering
                   Water Quality Lab
                   Memphis State University
                   Memphis, Tennessee

Responsibilities: Field sampling and lab analyses of water for study of urbanization impacts of watershed streams.


## PROFESSIONAL/CIVIC ORGANIZATIONS & CERTIFICATIONS (Past & Present)

Community Engagement Committee, Nashville Planning Department, 2013 to present

Beaman Park to Bells Bend Conservation Corridor community organization,
       Board of Directors, 2012 to present

*Certified Erosion Prevention and Sedimentation Control Professional* (TN), Aug. 2004

Davidson County Grand Jury, Oct. - Dec. 1998, Nashville, TN

Nashville and Davidson County - Floodplain Review Committee, Oct. - Dec. 1998

National Environmental Health Association
       *Registered Environmental Health Specialist,* 1994

State of Tennessee - *Registered Professional Environmentalist*, 1982

American Society of Civil Engineers

Water Environment Federation

Tennessee Environmental Council, *Board of Directors & Advisory Board, 1994 to present*

International Erosion Control Association

Tennessee Scenic Rivers Association

American Water Resources Association

## ADDITIONAL TRAINING

"Fundamentals of Erosion Prevention and Sediment Control" certification course by the University of Tennessee and the Tennessee Department of Environment and Conservation, August 26, 2004; Recertification October 9, 2007

ΑBASINS Training@ short course of EPA supported computer mapping and water quality modeling techniques, Utah State Univ., Logan UT, August 6 - 10, 2001

"Wetland Mitigation Techniques" workshop by Tennessee Tech. Univ., Cookeville, TN April 26, 1999

"Pulp and Paper Cluster Rule and Clean Water Act Permits", by Clean Water Network with EPA, Seattle, Washington, February 18-19, 1998

"Bioengineering Techniques for Streambank and Lakeshore Erosion Control", by Wendy Goldsmith, International Erosion Control Association, April 27, 1995

"Fundamentals of Hydrogeology, Karst Hydrogeology, and the Monitoring, Containment, and Treatment of Contaminated Ground Water", by Albert Ogden and Gerald Cox, January 6-7, 1994

"Ground Water Hydrogeology and Dye Tracing in Karst Terrains", by James Quinlan, April 2, 1992

"NPDES Permit Writers Course" by the Environmental Protection Agency (EPA), April 1988

"Sediment Oxygen Demand Workshop", by EPA, U.S. Environmental Research Laboratory, Gulf Breeze, Florida, September, 1987

"Compliance Monitoring for NPDES Permits", by EPA, October, 1978

"Hazardous Materials Tactical Workshop", by Tennessee Civil Defense, April 1978

"Troubleshooting O & M Problems at Municipal Wastewater Treatment Facilities", by EPA, March, 1978

## PRESENTATIONS/PUBLICATIONS

November 2015
      "*Evidence For Leaking Of Two Coal Ash Storage Ponds To Local Surface Water And Groundwater In Tennessee*", Harkness, Jennifer S.[1], Sulkin, Barry[2] and Vengosh, Avner[1], ([1]Division of Earth and Ocean Sciences, Nicholas School of the Environment, Duke University, Durham, NC; [2]Environmental Consultant, Nashville, TN); Abstract & Presentation at 2015 Geological Society of America Annual Meeting in Baltimore, MD

October 2010 & January 2015
      Water Quality Sampling & Testing for Litigation Uses, Western Carolina University, Environmental Chemistry Class, Cullowhee, NC

April 2014 & March 2015

*Environmental Regulatory Programs in State and Federal Government*, Middle Tennessee State University, Murfreesboro, TN

June 2013
        NPDES Permits & Cases Presentation at International WaterKeeper Alliance annual meeting, Calloway Gardens, Pine Mountain, GA

October 2012
        Appalachian Public Interest Environmental Law Conference, University of Tennessee College of Law, *"Transportation Planning for the 21st Century"* panel, Knoxville, TN

March 2012
        Alabama Rivers Alliance – *"How Winning Is Possible"* Keynote address for annual conference awards, Fairhope, AL

May 2001 – May 2013
        *River Rally*, annual national training conference held in: California, North Carolina, Washington, Virginia, Colorado, New Hampshire, Ohio, Maryland, Utah, South Carolina, Oregon; taught various seminars each year on: Clean Water Act, NPDES Permits, Anti-degradation, Stormwater, TMDLs, Enforcement, Wetlands & Mitigation; conference by River Network based in Portland, OR

July 2005
        *"The Clean Water Act Owner's Manual"*, second edition, contributing writer & editor, River Network, Portland, OR

December 2003
        *"Stream Flow and the Clean Water Act"*, Atlanta, GA, with River Network, Portland, OR

February 2003 & December 2004
        *"Clean Water Act - Train the Trainer"*, Denver, CO & Madison, WI, with River Network, Portland, OR

May 2002
        *"Tracking TMDLs"*, contributing writer & editor, National Wildlife Federation, Montpelier, VT & River Network, Portland, OR

February 2002
        *"A Protocol for Establishing Sediment TMDLs"*, contributing writer & editor, developed for the Georgia Conservancy & University of Georgia Institute of Ecology by the Sediment TMDL Technical Advisory Group, Athens, GA

March 2001
        *"The Ripple Effect - How to Make Waves in the Turbulent World of Watershed Cleanup Plans"*, contributing writer & editor, Clean Water Network, Washington, D.C.

October 1999 - April 2001

6

*"Clean Water Act Workshop"*, presenter for three-day training conferences - Vermont, Georgia, Tennessee, Colorado, New Mexico, Ohio, and Alaska, with River Network, Portland, OR

October 2000
*"TMDL Workshop"*, presenter for training in San Diego, CA, with River Network, Portland, OR

April 1999
"*U.S. Environmental Laws & Regulations Compliance - Understanding Your Obligations Under the Clean Water Act*", session on Clean Water Act for course sponsored by Government Institutes, Inc. of Rockville, MD, given in Nashville, TN

March 1999
"*NPDES and State Water Quality Permits*" and "*The TMDL Process*", presentations at the Tenn. Clean Water Network conference; March 27, 1999, Bethany Hills Camp, Kingston Springs, TN

March 1999
"*State of the Rivers: Tennessee*" presentation at World Wildlife Fund "*State of the Rivers Conference*", March 15, 1999, Chattanooga, TN, with co-author of Tenn. section of "*A Conservation Potential Assessment of the Mobile and Tennessee/Cumberland River Basins in Alabama, Georgia, and Tennessee*" by WWF

December 1998
*"America's Animal Factories"*, contributing writer & editor, National Resources Defense Council, Washington, D.C.

December 1998
"*The TMDL Process*", presentation with NRDC attorney at national Sierra Club state leaders conference, Santa Fe, New Mexico, December 11,1998

October 1998
"*Clean Water Act Permits, Modeling, and TMDLs*" presentation at national conference of clean water organizations & attorneys, by Clean Water Network/NRDC, Oct. 16, 1998, Washington, DC

May 1998
"*Impacts of State Route 840 Upon the Human and Biophysical Environment"* NEPA, ISTEA, and Public Participation in Transportation Projects, Dept. of Environmental Geography guest lecture, Austin Peay State University, May 1, 1998, Clarksville, TN

March 1998
"*The State, EPA, Citizens - How the System Works*" Tennessee Clean Water Conference, Opening Plenary Presentation, March 28, 1998, Nashville, TN

March 1998

"*Total Maximum Daily Loads (TMDL) The Science, Process, & Controversy*" American Water Resources Association 1988 Tennessee Conference; paper presentation as part of panel with EPA representatives on TMDLs, March 3, 1998, Nashville, TN.

February 1997
International Erosion Control Association, on panel of speakers for session on practical applications of erosion controls at annual IECA national conference, Nashville, TN

October 1994
"*Stream Ecology, BMPs, and Compliance"*, environmental impacts of road building, Sierra Club Southern Appalachian Highlands Ecosystem Taskforce, Transportation Workshop, Banner Elk, NC

June 1994
"*Fundamentals of Tennessee Environmental Law*", presentation on Water Pollution Control and Compliance Strategies, for course sponsored by Government Institutes, Inc. of Rockville, MD, given in Knoxville, TN

June 1994
University of Tennessee Law School, guest lecture on water pollution and the related state and federal laws, Knoxville, TN

October 1992
"*Storm Water Regulations for Saw Mills*" - Seminar sponsored by the Tennessee Association of Forestry and the Univ. of TN, Nashville.

August 1992
"*Storm Water Regulations for Industry*" - Seminars sponsored by the Tennessee Association of Business and the Univ. of TN, Chattanooga, Knoxville, Jackson, and Nashville.

July 1992
Storm Water in Tennessee - A Training Manual for Manufacturers, University of Tennessee Center for Industrial Services

April 1992
"*Dissolved Oxygen Study - Sewage Treatment Impacts and Assessments*", VA Water Pollution Control Assoc. 46th Annual Conference, Roanoke, VA

October 1990
"*The Tainted Waters of the Cumberland*"; Cumberland Journal, v.1, no. 1, pp. 16-20; Nashville, Tennessee.

November 1988
"*A Rapid Bioassessment of Richland Creek, Davidson County*", by M. Browning, B. Sulkin, T. Merritt, TN Div. of Water Pollution Control

June 1988
"*Assimilative Capacity of the Obed River at Crossville, Tennessee*"; U.S. Geological Survey 1st Annual Hydrology Symposium, Nashville, TN

March 1987 - 1994
     Vanderbilt University Graduate School of Engineering and Law School; guest lectures on water quality topics and computer modeling of river waste assimilative capacity.

July 1983
     Testimony on the pollution at the Oak Ridge nuclear weapons facilities before Congressional hearing chaired by then Congressman Albert Gore.

# BARRY SULKIN

ENVIRONMENTAL CONSULTANT
4443 Pecan Valley Road
Nashville, TN 37218
PHONE (615) 255-2079

As of October 2017:

Testimony in past four years

Federal and state court and administrative cases in which I have given expert testimony in trial or deposition in the past four years are listed below:

### 2014
Barrow v City of Guyton, GA – expert testimony at state EPD administrative hearing, Atlanta

### 2015
PEER v TDOT – deposition in federal case re Hickman County wetland mitigation, Nashville

### 2017
Tennessee Clean Water Network et al v TVA – testimony in federal court re Gallatin power plant coal ash, Nashville

Upton et al v Plantation/Kinder Morgan – deposition re pipeline spill – Birmingham

Arrowhead Landfill, Uniontown, AL – deposition and testimony at state permit appeal

Marshall Power Plant, Duke Power, NC – deposition

Maxine  AL  8/7/17  page 1 of 2

① WP = Sample 2 @ 1045      w/ BWRK
    ( 1st " of the day but use       SELC
                                      Drummond
     mapped site #5)                  AMEC, etc
   split out of same amber jar @ N 33.56997
   Field tests also " "   "       W 87.15534
w/ H₂CH₂   Cond = 1,083 uS/cm @ 70.8°F
HQ30d      pH = 6.43 @ 69.2°F
   → @ N 33.57121  W 87.15592

② WP = Sample 3  to of spill way @ 11:40
     Cond = 3,530 uS/cm @ 86.3°
     pH = 2.79 @ 86.9

③ WP = Sample 4 @ 12:05
    Below outfall by River @ Spring
    N 33.57118  W 87.15579
        Cond = 3,400 uS/cm 72.5°
        pH = 3.48 @ 74.8°

④ WP = Sample 8 @ 1:45
   up to Rt side valley above next dam
   N 33.57236  W 87.15915
  Small flow & pods above dry bed at
  base of eroded GOB
           Cond 9,490 uS/cm 84.2°
           pH 2.73 @ 83.6°

Maxine (cont) 8/7/17  page 2 of 2
   up and to Rt flow to diversion channel
     up into ravine
⑤ WP Sample 9 @ 2:15
     N 33.57308°  W 87.16067°
       Cond = 8,170 uS/cm  80.2°
          pH = 2.53   79.6°
Back  To Road in Hollow to (spring up)

⑥ WP Sample 10 @ 2:40
    N 33.57260  W 87.16130
     Cond = 46.6 uS/cm  79.9°
       pH = 5.53 @ 81.7°

⑦ Sample 5 @ 3:20
   Back @ side - bypass stream/channel
   by trucks @ N 33.57028  W 87.15577
      Cond = 1177 uS/cm  76.2°
       pH = 3.5 @ 76.0°

Rite in the Rain

Barry Sulkin fieldnotes

Maxine AL 8/16/17 Day 1    Page 2 of 4

Wetter than last visit

① Sample site # ② @ 11:45

Only $NO_2$, $NO_3$ + $Cr6$ - filter back

@ Base camp Camp

Cond 1,044 us/cm @ 71.1°F

pH 5.66   71.0

② Sample @ Site ⑤ @ 12:15pm   $NO_2$, $NO_3$ + $Cr6$ filter @ camp

Cond 1,117 us/cm 76.9° @ By Pass channel above crossing

pH 3.23   76.2°F

③ Sample @ Site ③ top of Spillway @12:40

Cond = 3,150 us/cm @ 93.4°F

pH = 2.71 @ 92.4°

④ Sample @ Site ④ bottom of Spillway @12:48

Cond = 3,310 us/cm @ 68.9°F

pH = 3.61 @ 70.3°F

⑤ Sample @ Site ⑧ @ 2:15   Cont. w $NO_2$, $NO_3$ + $Cr6$ Comp

up Rt side ravine - more wtr than last time

Cond = 8,020 us/cm 80.6°

pH = 2.88   87.2°

⑥ Sample @ Site ⑨ up Rt channel @2:30

Cond 8,220   83.8°F

pH 2.54   84.4°F

---

Maxine 8/16/17 Day 1 (cont.) Page 2 of 4

④ Sample @ Site ⑩ @ 2:50pm   Pond in Hollow

Cond = 48.8 us/cm @ 81.4°F

pH = 5.32 @ 81.0°F

hike West to head wtrs of W Trib to Trib 1 to Pond at Site 10

Forded where stream begins

⑤ Sample site ⑧ @ 4:15 Site ⑦

└ @ GPS N 33.57320 W 87.16353

└ full suite of samples + Splits to AMEC w/ Nelson   Les/et Sierra

Cond = 70.2 us/cm 73.9°F

pH = 5.40   72.9°F

Day 2 To site by Boat ~ 11:00

WQT sampling only 1st

① Sample et site ③ top of Spillway

└ 1 liter container @ each site w/ Jacob AMEC

└ @ 11:35am

② Sample at site ④ bottom of Spillway

↓ D/S spring @ NOON

③ Sample @ Site ⑧ Rt Side Str Above 2nd Dam further up

@ 12:45 ④

④ back down toward upper dam side str

Sample @ ⑤ @ 1:25pm

*Rite in the Rain*

Maxine 8-17-17 (cont)        Page 3 of 4
                Day-2

⑤ Sample River D/s site @ site ①
~~Full set~~ WET only   @ 3:00 pm
   @ N33.56902 W 87.15405

⑥ Sample River U/s @ Site ⑮
   WET Only  @ 3:15 pm
   @ N33.57346 W 87.15070
   across from Confd. Camp NOP

8/18/17  (Day - 3)
Hike up to spring + past pwr line
   + found it
① Sample Site ⑪ @ 11:35 Full set + Split
   GPS N 33.57687 W 87.16523
   Cond = 109.5 us/cm 74.4°F
   pH = 5.35  74.5°F      w/
                         Luke
                         Boykin
                         & Amu

Boat U/s to T-P camp
② Sample @ Site ⑬ @ 1:55 Full set, Split
   N33.57950 W87.15796
   Cond = 4,970 us/cm  80.3°F
   pH = 2.42  79.2

Maxine (cont) 8/18/17 (cont)        Page 4 of 4

Back D/s Seep/Drainage Ⓐ
   N 33.5781 6 W 87.15811°

D/s to Seep/Drainage Ⓑ
   N 33.57764 W 87.15858

D/s " Ⓒ
   N 33.57737 W 87.15867

D/s " Ⓓ
   N 33.57660 W 87.15875

③ Back to Ⓒ to Sample — Full set + Split
   up at rock ledge spillover @ 3:10 pm
   Cond 6,680 us/cm 79.1°F
   pH 2.26 @ 78.9  Site ⑫
   @ N33.57752 W87.15905
Back to River U/s   — across from "Camp NoP"
④ Sample site ⑮ @ 3:35 Full set No Split
   N 33.57355 W 87.15080
   Cond = 267 us/cm 88.6°F
   PH = 9.14  88.9°F
⑤ Sample just D/s site @ Site ① @ 3:50
   N 33.56912 W 87.17403        F. Here @
   Cond = 264 us/cm 90.8°      Camp
   PH 9.17  89.3°

Rite in the Rain

# *Sutherland*

## *Environmental Company, Inc.*

2515 5th Avenue South
Birmingham, AL 35233
205-581-9500



| Client: | Black Warrior Riverkeeper | Report Date: | September 21, 2016 |
| Attention: | Mr. Nelson Brooke | Reference # | 35795 |
| Address: | 712 37th St. South | P.O. # | verbal |
| | Birmingham, AL 35222 | Project ID: | Maxine Mine |

| Sample Matrix: | water | Sample Collector: | B. Sulkin | | |
| Date Received: | 9/21/16 | Method Reference: | Standard Methods | | |
| Date /Time Collected: | 9/20/16 @ 1045 | Field ID: | **SLO-1** | Lab ID: | 176863 |

| Parameter | Result | Units | Date / Time Assay | | Analyst | Method | D.L. |
|---|---|---|---|---|---|---|---|
| pH | **3.57** | SU | 9/21/16 | 1238 | RC | SM4500-H+ | na |

| Sample Matrix: | water | Sample Collector: | B. Sulkin | | |
| Date Received: | 9/21/16 | Method Reference: | Standard Methods | | |
| Date /Time Collected: | 9/20/16 @ 1215 | Field ID: | **REF-1** | Lab ID: | 176864 |

| Parameter | Result | Units | Date / Time Assay | | Analyst | Method | D.L. |
|---|---|---|---|---|---|---|---|
| pH | **6.02** | SU | 9/21/16 | 1240 | RC | SM4500-H+ | na |

| Sample Matrix: | water | Sample Collector: | B. Sulkin | | |
| Date Received: | 9/21/16 | Method Reference: | Standard Methods | | |
| Date /Time Collected: | 9/20/16 @ 1530 | Field ID: | **BCDS** | Lab ID: | 176865 |

| Parameter | Result | Units | Date / Time Assay | | Analyst | Method | D.L. |
|---|---|---|---|---|---|---|---|
| pH | **7.60** | SU | 9/21/16 | 1242 | RC | SM4500-H+ | na |

N/A = Not Available
BDL = Below Detection Limit
DL = Detection Limit , Method
ND = Non Detect

*M⧸* / QAQC

EPA Laboratory ID AL01084

Respectfully submitted,

*Kevin Doriety*

Kevin Doriety
Analytical Chemist

*Quality Environmental Analytical Services*

**CHAIN OF CUSTODY**
**ANALYSIS REQUEST**

**Sutherland**
*Environmental Company, Inc.*
2515 5th Avenue South
BIRMINGHAM, AL 35233
PHONE (205)581-9500   FAX (205)581-9504
E-Mail: suthlab@bellsouth.net

**SEND REPORT TO:**
Invoice #
Name: Nelson Brooke
Company: Black Warrior River Keeper
Address: 712 37th St S
Birmingham AL 35222
Phone #:
Call #

Invoice # 25745

CLIENT: Black Warrior River Keeper

PROJECT: Maxine Mine

Client P.O. #

PDF Results: (yes)   E-mail:

SAMPLER(S): Barry Sulkin   (print)

| LAB ID | FIELD ID | DATE Collected | TIME Collected | SAMPLE DESCRIPTION (matrix) | pH | | | | | | | | | Number of sample containers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 170803 | SLD-1 | 9/24/16 | 1045 | Water | | | | | | | | | | |
| 170804 | REF-1 | " | 1215 | " | | | | | | | | | | |
| 170805 | BCDS | " | 1530 | " | X | | | | | | | | | |
| | | | | | X | | | | | | | | | |
| | | | | | X | | | | | | | | | |

DATE DELIVERED:

Preservative: (a)HCl, (b)HNO₃ (c)H₂SO₄, (d)NaOH, (c) Na₂S₂O₃, (f) H₃PO₄, (g)Zn Acetate   **Preservative:**
Container type: (n) Amber, (g) Glass, (p) Plastic, (v) VOC Vial, (air) air bag   **Container:**

Relinquished by Sampler: Barry Sulkin
Date 9/24/16   Time 1039   Received by: Signed:   Date   Time

Relinquished by: Signed:   Date   Time   Received by: Signed:   Date   Time

Relinquished by: Signed:   Date   Time   Received in Laboratory by: Signed: M. Corn   Date 9/26/16   Time 1040

Relinquished by: Signed:   Date   Time

**Turn Around Time (please note):**
**Standard**   *3-Day   *2-Day   *Next Day   *Same Day
*RUSH, mark below

ANALYSIS REQUESTED / METHOD

Remarks:

Refrigerated upon receipt:   yes   no

Last revised 5/29/12



Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

December 15, 2016

Nelson Brooke
Black Warrior River Keeper
712 37th Street South
Birmingham, AL 35222

RE:   Project:  Maxine Mine
         Pace Project No.: 2042884

Dear Nelson Brooke:
Enclosed are the analytical results for sample(s) received by the laboratory on September 21, 2016.
The results relate only to the samples included in this report. Results reported herein conform to the
most current, applicable TNI/NELAC standards and the laboratory's Quality Assurance Manual,
where applicable, unless otherwise noted in the body of the report.

If you have any questions concerning this report, please feel free to contact me.

Sincerely,

Melissa MacNaughton
Melissa.MacNaughton@pacelabs.com
Project Manager

Enclosures



**REPORT OF LABORATORY ANALYSIS**

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical®
www.pacelabs.com

**Pace Analytical Services, LLC**
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

# CERTIFICATIONS

| | |
|---|---|
| Project: | Maxine Mine |
| Pace Project No.: | 2042884 |

**New Orleans Certification IDs**

California Env. Lab Accreditation Program Branch: 11277CA
Florida Department of Health (NELAC):  E87595
Illinois Environmental Protection Agency:  0025721
Kansas Department of Health and Environment (NELAC): E-10266
Louisiana Dept. of Environmental Quality (NELAC/LELAP): 02006

Pennsylviania Dept. of Env Protection (NELAC):  68-04202
Texas Commission on Env. Quality (NELAC): T104704405-09-TX
U.S. Dept. of Agriculture Foreign Soil Import:  P330-10-00119
Commonwealth of Virginia (TNI): 480246

**Asheville Certification IDs**

2225 Riverside Drive, Asheville, NC  28804
Florida/NELAP Certification #: E87648
Massachusetts Certification #: M-NC030
North Carolina Drinking Water Certification #: 37712

North Carolina Wastewater Certification #: 40
South Carolina Certification #: 99030001
Virginia/VELAP Certification #: 460222

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

**Pace Analytical**®
www.pacelabs.com

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

## SAMPLE SUMMARY

Project:        Maxine Mine
Pace Project No.:   2042884

| Lab ID | Sample ID | Matrix | Date Collected | Date Received |
|--------|-----------|--------|----------------|---------------|
| 2042884001 | SLO1 WATER | Water | 09/20/16 10:45 | 09/21/16 08:20 |
| 2042884002 | REF1 WATER | Water | 09/20/16 12:15 | 09/21/16 08:20 |
| 2042884003 | BCDS WATER | Water | 09/20/16 15:30 | 09/21/16 08:20 |
| 2042884004 | SLO1 SED | Solid | 09/20/16 10:45 | 09/21/16 08:20 |
| 2042884005 | REF1 SED | Solid | 09/20/16 12:15 | 09/21/16 08:20 |
| 2042884006 | BCDS SED | Solid | 09/20/16 15:30 | 09/21/16 08:20 |

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.



Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

**Pace Analytical**
www.pacelabs.com

## SAMPLE ANALYTE COUNT

Project:              Maxine Mine
Pace Project No.:     2042884

| Lab ID | Sample ID | Method | Analysts | Analytes Reported | Laboratory |
|--------|-----------|--------|----------|-------------------|------------|
| **2042884001** | **SLO1 WATER** | EPA 6020 | KJR | 29 | PASI-N |
| | | EPA 7470 | MHB1 | 1 | PASI-N |
| | | SM 2510B | TAE | 1 | PASI-N |
| | | SM 2540C | CN | 1 | PASI-N |
| | | SM 2540D | CN | 1 | PASI-N |
| | | ASTM D4239-05 | MJP | 1 | PASI-A |
| | | Trivalent Chromium Calculation | TAE | 1 | PASI-N |
| | | EPA 351.2 | CN | 1 | PASI-N |
| | | EPA 365.4 | KEL | 1 | PASI-N |
| | | SM 4500-Cl-E | SMS2 | 1 | PASI-N |
| | | SM 4500-NH3 G | KEL | 1 | PASI-N |
| | | SM 4500-NO3 F | KEL | 1 | PASI-N |
| | | EPA 7196 | SMS2 | 1 | PASI-N |
| | | EPA 9012 | SMS2 | 1 | PASI-N |
| | | EPA 9065 | TAE | 1 | PASI-N |
| | | ASTM D516-90,02 | SMS2 | 1 | PASI-N |
| **2042884002** | **REF1 WATER** | EPA 6020 | KJR | 29 | PASI-N |
| | | EPA 7470 | MHB1 | 1 | PASI-N |
| | | SM 2510B | TAE | 1 | PASI-N |
| | | SM 2540C | CN | 1 | PASI-N |
| | | SM 2540D | CN | 1 | PASI-N |
| | | ASTM D4239-05 | MJP | 1 | PASI-A |
| | | Trivalent Chromium Calculation | TAE | 1 | PASI-N |
| | | EPA 351.2 | CN | 1 | PASI-N |
| | | EPA 365.4 | KEL | 1 | PASI-N |
| | | SM 4500-Cl-E | SMS2 | 1 | PASI-N |
| | | SM 4500-NH3 G | KEL | 1 | PASI-N |
| | | SM 4500-NO3 F | KEL | 1 | PASI-N |
| | | EPA 7196 | SMS2 | 1 | PASI-N |
| | | EPA 9012 | SMS2 | 1 | PASI-N |
| | | EPA 9065 | TAE | 1 | PASI-N |
| | | ASTM D516-90,02 | SMS2 | 1 | PASI-N |
| **2042884003** | **BCDS WATER** | EPA 6020 | KJR | 29 | PASI-N |
| | | EPA 7470 | MHB1 | 1 | PASI-N |
| | | SM 2510B | TAE | 1 | PASI-N |
| | | SM 2540C | CN | 1 | PASI-N |
| | | SM 2540D | CN | 1 | PASI-N |

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.



Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

www.pacelabs.com

## SAMPLE ANALYTE COUNT

Project:          Maxine Mine
Pace Project No.:   2042884

| Lab ID | Sample ID | Method | Analysts | Analytes Reported | Laboratory |
|--------|-----------|--------|----------|-------------------|------------|
| | | ASTM D4239-05 | MJP | 1 | PASI-A |
| | | Trivalent Chromium Calculation | TAE | 1 | PASI-N |
| | | EPA 351.2 | CN | 1 | PASI-N |
| | | EPA 365.4 | KEL | 1 | PASI-N |
| | | SM 4500-Cl-E | SMS2 | 1 | PASI-N |
| | | SM 4500-NH3 G | KEL | 1 | PASI-N |
| | | SM 4500-NO3 F | KEL | 1 | PASI-N |
| | | EPA 7196 | SMS2 | 1 | PASI-N |
| | | EPA 9012 | SMS2 | 1 | PASI-N |
| | | EPA 9065 | TAE | 1 | PASI-N |
| | | ASTM D516-90,02 | SMS2 | 1 | PASI-N |
| 2042884004 | SLO1 SED | EPA 6020 | KJR | 29 | PASI-N |
| | | EPA 7471 | MHB1 | 1 | PASI-N |
| | | ASTM D4239-05 | MJP | 1 | PASI-A |
| | | EPA 351.2 | CN | 1 | PASI-N |
| | | EPA 365.4 | KEL | 1 | PASI-N |
| | | SM 4500-NH3 D | KEL | 1 | PASI-N |
| | | SM 4500-NO3 F | CN | 1 | PASI-N |
| | | EPA 7196 | SMS2 | 1 | PASI-N |
| | | EPA 9012 | SMS2 | 1 | PASI-N |
| | | EPA 9038 | SMS2 | 1 | PASI-N |
| | | EPA 9065 | SMS2 | 1 | PASI-N |
| | | EPA 9251 | SMS2 | 1 | PASI-N |
| 2042884005 | REF1 SED | EPA 6020 | KJR | 29 | PASI-N |
| | | EPA 7471 | MHB1 | 1 | PASI-N |
| | | ASTM D4239-05 | MJP | 1 | PASI-A |
| | | EPA 351.2 | CN | 1 | PASI-N |
| | | EPA 365.4 | KEL | 1 | PASI-N |
| | | SM 4500-NH3 D | KEL | 1 | PASI-N |
| | | SM 4500-NO3 F | CN | 1 | PASI-N |
| | | EPA 7196 | SMS2 | 1 | PASI-N |
| | | EPA 9012 | SMS2 | 1 | PASI-N |
| | | EPA 9038 | SMS2 | 1 | PASI-N |
| | | EPA 9065 | SMS2 | 1 | PASI-N |
| | | EPA 9251 | SMS2 | 1 | PASI-N |
| 2042884006 | BCDS SED | EPA 6020 | KJR | 29 | PASI-N |
| | | EPA 7471 | MHB1 | 1 | PASI-N |

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

*Pace Analytical* ®
www.pacelabs.com

## SAMPLE ANALYTE COUNT

Project:            Maxine Mine
Pace Project No.:   2042884

| Lab ID | Sample ID | Method | Analysts | Analytes Reported | Laboratory |
|--------|-----------|--------|----------|-------------------|------------|
| | | ASTM D4239-05 | MJP | 1 | PASI-A |
| | | EPA 351.2 | CN | 1 | PASI-N |
| | | EPA 365.4 | KEL | 1 | PASI-N |
| | | SM 4500-NH3 D | KEL | 1 | PASI-N |
| | | SM 4500-NO3 F | CN | 1 | PASI-N |
| | | EPA 7196 | SMS2 | 1 | PASI-N |
| | | EPA 9012 | SMS2 | 1 | PASI-N |
| | | EPA 9065 | SMS2 | 1 | PASI-N |
| | | EPA 9251 | SMS2 | 1 | PASI-N |

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

**Pace Analytical Services, LLC**
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

Pace Analytical®
www.pacelabs.com

# PROJECT NARRATIVE

Project:              Maxine Mine
Pace Project No.:    2042884

**Method:**      **EPA 6020**
**Description:**  6020 MET ICPMS
**Client:**       Black Warrior Riverkeeper
**Date:**         December 15, 2016

**General Information:**
6 samples were analyzed for EPA 6020.  All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Sample Preparation:**
The samples were prepared in accordance with EPA 3050 with any exceptions noted below.

The samples were prepared in accordance with EPA 3010 with any exceptions noted below.

**Initial Calibrations (including MS Tune as applicable):**
All criteria were within method requirements with any exceptions noted below.

**Continuing Calibration:**
All criteria were within method requirements with any exceptions noted below.

**Internal Standards:**
All internal standards were within QC limits with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

QC Batch: 63657

   A matrix spike and/or matrix spike duplicate (MS/MSD) were performed on the following sample(s):  2042741023

      M1: Matrix spike recovery exceeded QC limits.  Batch accepted based on laboratory control sample (LCS) recovery.
      • MS  (Lab ID: 264059)
         • Aluminum
         • Antimony
         • Arsenic
         • Barium
         • Calcium
         • Copper
         • Iron
         • Lead
         • Magnesium
         • Manganese
         • Molybdenum

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical®
www.pacelabs.com

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

# PROJECT NARRATIVE

Project:        Maxine Mine
Pace Project No.:   2042884

**Method:**      **EPA 6020**
**Description:** 6020 MET ICPMS
**Client:**      Black Warrior Riverkeeper
**Date:**        December 15, 2016

QC Batch: 63657

A matrix spike and/or matrix spike duplicate (MS/MSD) were performed on the following sample(s):  2042741023

M1: Matrix spike recovery exceeded QC limits.  Batch accepted based on laboratory control sample (LCS) recovery.

- Selenium
- Silicon
- Titanium
- Vanadium
- MSD  (Lab ID: 264060)
  - Aluminum
  - Antimony
  - Arsenic
  - Barium
  - Boron
  - Calcium
  - Copper
  - Iron
  - Lead
  - Manganese
  - Molybdenum
  - Nickel
  - Selenium
  - Silicon
  - Strontium
  - Titanium
  - Vanadium

R1: RPD value was outside control limits.

- MSD  (Lab ID: 264060)
  - Antimony
  - Arsenic
  - Beryllium
  - Boron
  - Cadmium
  - Molybdenum
  - Nickel
  - Selenium
  - Silicon
  - Silver
  - Sodium
  - Thallium

QC Batch: 63893

A matrix spike and/or matrix spike duplicate (MS/MSD) were performed on the following sample(s):  2042935003,2043014005

M1: Matrix spike recovery exceeded QC limits.  Batch accepted based on laboratory control sample (LCS) recovery.

- MS  (Lab ID: 265225)
  - Barium
  - Boron

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

**Pace Analytical**®
www.pacelabs.com

## PROJECT NARRATIVE

Project:         Maxine Mine
Pace Project No.:   2042884

**Method:**     **EPA 6020**
**Description:** 6020 MET ICPMS
**Client:**     Black Warrior Riverkeeper
**Date:**       December 15, 2016

QC Batch: 63893

    A matrix spike and/or matrix spike duplicate (MS/MSD) were performed on the following sample(s):  2042935003,2043014005

      M1: Matrix spike recovery exceeded QC limits.  Batch accepted based on laboratory control sample (LCS) recovery.
- Calcium
- Magnesium
- Manganese
- Sodium
- Strontium
- MS  (Lab ID: 265227)
  - Boron
  - Calcium
  - Magnesium
  - Silicon
  - Sodium
  - Strontium
- MSD  (Lab ID: 265226)
  - Barium
  - Calcium
  - Magnesium
  - Manganese
  - Sodium
  - Strontium
- MSD  (Lab ID: 265228)
  - Calcium
  - Magnesium
  - Sodium
  - Strontium

**Additional Comments:**

Analyte Comments:

QC Batch: 63657

      N2: The lab does not hold NELAC/TNI accreditation for this parameter.
- BCDS SED  (Lab ID: 2042884006)
  - Silicon
- BLANK  (Lab ID: 264057)
  - Silicon
- LCS  (Lab ID: 264058)
  - Silicon
- MS  (Lab ID: 264059)
  - Silicon
- MSD  (Lab ID: 264060)
  - Silicon
- REF1 SED  (Lab ID: 2042884005)
  - Silicon

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

**Pace Analytical**®
www.pacelabs.com

## PROJECT NARRATIVE

Project:          Maxine Mine
Pace Project No.:  2042884

**Method:**      **EPA 6020**
**Description:** 6020 MET ICPMS
**Client:**      Black Warrior Riverkeeper
**Date:**        December 15, 2016

Analyte Comments:

QC Batch: 63657

    N2: The lab does not hold NELAC/TNI accreditation for this parameter.
      • SLO1 SED  (Lab ID: 2042884004)
        • Silicon

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical®
www.pacelabs.com

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

## PROJECT NARRATIVE

Project:          Maxine Mine
Pace Project No.:  2042884

**Method:**      **EPA 7470**
**Description:**  7470 Mercury
**Client:**      Black Warrior Riverkeeper
**Date:**        December 15, 2016

**General Information:**
3 samples were analyzed for EPA 7470.  All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Sample Preparation:**
The samples were prepared in accordance with EPA 7470 with any exceptions noted below.

**Initial Calibrations (including MS Tune as applicable):**
All criteria were within method requirements with any exceptions noted below.

**Continuing Calibration:**
All criteria were within method requirements with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

**Additional Comments:**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical®
www.pacelabs.com

**Pace Analytical Services, LLC**
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

# PROJECT NARRATIVE

| | |
|---|---|
| Project: | Maxine Mine |
| Pace Project No.: | 2042884 |

**Method:** **EPA 7471**
**Description:** 7471 Mercury
**Client:** Black Warrior Riverkeeper
**Date:** December 15, 2016

**General Information:**
3 samples were analyzed for EPA 7471.  All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Sample Preparation:**
The samples were prepared in accordance with EPA 7471 with any exceptions noted below.

**Initial Calibrations (including MS Tune as applicable):**
All criteria were within method requirements with any exceptions noted below.

**Continuing Calibration:**
All criteria were within method requirements with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

QC Batch: 63591

    A matrix spike and/or matrix spike duplicate (MS/MSD) were performed on the following sample(s):  35264841002

        M1: Matrix spike recovery exceeded QC limits.  Batch accepted based on laboratory control sample (LCS) recovery.
- MS  (Lab ID: 263802)
  - Mercury
- MSD  (Lab ID: 263803)
  - Mercury

        R1: RPD value was outside control limits.
- MSD  (Lab ID: 263803)
  - Mercury

**Additional Comments:**

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

Pace Analytical®
www.pacelabs.com

## PROJECT NARRATIVE

Project:            Maxine Mine
Pace Project No.:    2042884

**Method:**       **SM 2510B**
**Description:**  2510B Specific Conductance
**Client:**       Black Warrior Riverkeeper
**Date:**         December 15, 2016

**General Information:**
3 samples were analyzed for SM 2510B.  All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

**Duplicate Sample:**
All duplicate sample results were within method acceptance criteria with any exceptions noted below.

**Additional Comments:**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical®
www.pacelabs.com

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

## PROJECT NARRATIVE

Project:          Maxine Mine
Pace Project No.:  2042884

**Method:**       **SM 2540C**
**Description:**  2540C Total Dissolved Solids
**Client:**       Black Warrior Riverkeeper
**Date:**         December 15, 2016

**General Information:**
3 samples were analyzed for SM 2540C.  All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

**Duplicate Sample:**
All duplicate sample results were within method acceptance criteria with any exceptions noted below.

**Additional Comments:**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

*Pace Analytical*®
www.pacelabs.com

# PROJECT NARRATIVE

Project:          Maxine Mine
Pace Project No.:   2042884

**Method:**       **SM 2540D**
**Description:**  2540D Total Suspended Solids
**Client:**       Black Warrior Riverkeeper
**Date:**         December 15, 2016

**General Information:**
3 samples were analyzed for SM 2540D.  All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

**Duplicate Sample:**
All duplicate sample results were within method acceptance criteria with any exceptions noted below.

**Additional Comments:**

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical®
www.pacelabs.com

**Pace Analytical Services, LLC**
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

# PROJECT NARRATIVE

Project:          Maxine Mine
Pace Project No.:  2042884

**Method:**      **ASTM D4239-05**
**Description:** ASTM D4239-05 Sulfur
**Client:**      Black Warrior Riverkeeper
**Date:**        December 15, 2016

**General Information:**
6 samples were analyzed for ASTM D4239-05. All samples were received in acceptable condition with any exceptions noted below or on the chain-of-custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

**Duplicate Sample:**
All duplicate sample results were within method acceptance criteria with any exceptions noted below.

**Additional Comments:**

Analyte Comments:

QC Batch: 330128

> N2: The lab does not hold NELAC/TNI accreditation for this parameter.
> - BCDS SED  (Lab ID: 2042884006)
>   - Sulfur
> - BCDS WATER  (Lab ID: 2042884003)
>   - Sulfur
> - DUP  (Lab ID: 1829356)
>   - Sulfur
> - REF1 SED  (Lab ID: 2042884005)
>   - Sulfur
> - REF1 WATER  (Lab ID: 2042884002)
>   - Sulfur
> - SLO1 SED  (Lab ID: 2042884004)
>   - Sulfur
> - SLO1 WATER  (Lab ID: 2042884001)
>   - Sulfur

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

**Pace Analytical**®
www.pacelabs.com

## PROJECT NARRATIVE

| | |
|---|---|
| Project: | Maxine Mine |
| Pace Project No.: | 2042884 |

**Method:** **Trivalent Chromium Calculation**
**Description:** Trivalent Chromium Calculation
**Client:** Black Warrior Riverkeeper
**Date:** December 15, 2016

**General Information:**
3 samples were analyzed for Trivalent Chromium Calculation. All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

**Additional Comments:**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

*Pace Analytical*®
www.pacelabs.com

## PROJECT NARRATIVE

Project:          Maxine Mine
Pace Project No.:  2042884

**Method:**       **EPA 351.2**
**Description:**  351.2 Total Kjeldahl Nitrogen
**Client:**       Black Warrior Riverkeeper
**Date:**         December 15, 2016

**General Information:**
6 samples were analyzed for EPA 351.2.  All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Sample Preparation:**
The samples were prepared in accordance with EPA 351.2 with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

**Duplicate Sample:**
All duplicate sample results were within method acceptance criteria with any exceptions noted below.

**Additional Comments:**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical®
www.pacelabs.com

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

## PROJECT NARRATIVE

Project:            Maxine Mine
Pace Project No.:   2042884

**Method:**       **EPA 365.4**
**Description:**  365.4 Total Phosphorus
**Client:**       Black Warrior Riverkeeper
**Date:**         December 15, 2016

**General Information:**
6 samples were analyzed for EPA 365.4.  All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Sample Preparation:**
The samples were prepared in accordance with EPA 365.4 with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

**Duplicate Sample:**
All duplicate sample results were within method acceptance criteria with any exceptions noted below.

**Additional Comments:**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

**Pace Analytical**®
www.pacelabs.com

## PROJECT NARRATIVE

Project:          Maxine Mine
Pace Project No.:   2042884

**Method:**       **SM 4500-Cl-E**
**Description:**  4500 Chloride
**Client:**       Black Warrior Riverkeeper
**Date:**         December 15, 2016

**General Information:**
3 samples were analyzed for SM 4500-Cl-E.  All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

**Duplicate Sample:**
All duplicate sample results were within method acceptance criteria with any exceptions noted below.

**Additional Comments:**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical®
www.pacelabs.com

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

## PROJECT NARRATIVE

| | |
|---|---|
| Project: | Maxine Mine |
| Pace Project No.: | 2042884 |

| | |
|---|---|
| **Method:** | **SM 4500-NH3 D** |
| **Description:** | 4500 Ammonia Soil, Distilled |
| **Client:** | Black Warrior Riverkeeper |
| **Date:** | December 15, 2016 |

**General Information:**
3 samples were analyzed for SM 4500-NH3 D.  All samples were received in acceptable condition with any exceptions noted below or on the chain-of-custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Sample Preparation:**
The samples were prepared in accordance with SM 4500-NH3 B with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

**Duplicate Sample:**
All duplicate sample results were within method acceptance criteria with any exceptions noted below.

QC Batch: 64562

> D6: The precision between the sample and sample duplicate exceeded laboratory control limits.
> • DUP  (Lab ID: 268217)
>   • Nitrogen, Ammonia

**Additional Comments:**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

Pace Analytical®
www.pacelabs.com

# PROJECT NARRATIVE

| | |
|---|---|
| Project: | Maxine Mine |
| Pace Project No.: | 2042884 |

| | |
|---|---|
| **Method:** | **SM 4500-NH3 G** |
| **Description:** | 4500 Ammonia Water, Distilled |
| **Client:** | Black Warrior Riverkeeper |
| **Date:** | December 15, 2016 |

**General Information:**
3 samples were analyzed for SM 4500-NH3 G. All samples were received in acceptable condition with any exceptions noted below or on the chain-of-custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Sample Preparation:**
The samples were prepared in accordance with SM 4500-NH3 B with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

QC Batch: 64605

    A matrix spike and/or matrix spike duplicate (MS/MSD) were performed on the following sample(s): 2042888002

      M1: Matrix spike recovery exceeded QC limits. Batch accepted based on laboratory control sample (LCS) recovery.
        • MS (Lab ID: 268350)
          • Nitrogen, Ammonia

**Duplicate Sample:**
All duplicate sample results were within method acceptance criteria with any exceptions noted below.

**Additional Comments:**

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

**Pace Analytical**®
www.pacelabs.com

## PROJECT NARRATIVE

Project:          Maxine Mine
Pace Project No.:  2042884

**Method:**       **SM 4500-NO3 F**
**Description:**  SM4500NO3-F, NO3-NO2
**Client:**       Black Warrior Riverkeeper
**Date:**         December 15, 2016

**General Information:**
3 samples were analyzed for SM 4500-NO3 F.  All samples were received in acceptable condition with any exceptions noted below or on the chain-of-custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Sample Preparation:**
The samples were prepared in accordance with SM 4500-NO3 F with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

**Duplicate Sample:**
All duplicate sample results were within method acceptance criteria with any exceptions noted below.

**Additional Comments:**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

**Pace Analytical**
www.pacelabs.com

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

## PROJECT NARRATIVE

Project:            Maxine Mine
Pace Project No.:   2042884

**Method:**       **SM 4500-NO3 F**
**Description:**  4500NO3-F,  NO3-NO2
**Client:**       Black Warrior Riverkeeper
**Date:**         December 15, 2016

**General Information:**
3 samples were analyzed for SM 4500-NO3 F.  All samples were received in acceptable condition with any exceptions noted below or on the chain-of-custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

**Additional Comments:**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

**Pace Analytical**®
www.pacelabs.com

## PROJECT NARRATIVE

Project:          Maxine Mine
Pace Project No.:   2042884

---

**Method:**      **EPA 7196**
**Description:**   Chromium, Hexavalent, soluble
**Client:**      Black Warrior Riverkeeper
**Date:**        December 15, 2016

**General Information:**
3 samples were analyzed for EPA 7196.  All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Sample Preparation:**
The samples were prepared in accordance with EPA 7196 with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

**Duplicate Sample:**
All duplicate sample results were within method acceptance criteria with any exceptions noted below.

**Additional Comments:**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical®
www.pacelabs.com

**Pace Analytical Services, LLC**
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

# PROJECT NARRATIVE

Project:            Maxine Mine
Pace Project No.:    2042884

**Method:**      **EPA 7196**
**Description:** 7196 Chromium, Hexavalent
**Client:**      Black Warrior Riverkeeper
**Date:**        December 15, 2016

**General Information:**
3 samples were analyzed for EPA 7196.  All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

    H1: Analysis conducted outside the EPA method holding time.
       • REF1 WATER  (Lab ID: 2042884002)
       • SLO1 WATER  (Lab ID: 2042884001)

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

QC Batch: 63584

    A matrix spike and/or matrix spike duplicate (MS/MSD) were performed on the following sample(s):  2042884001

      M1: Matrix spike recovery exceeded QC limits.  Batch accepted based on laboratory control sample (LCS) recovery.
      • MS  (Lab ID: 263783)
        • Chromium, Hexavalent

**Duplicate Sample:**
All duplicate sample results were within method acceptance criteria with any exceptions noted below.

**Additional Comments:**

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

Pace Analytical®
www.pacelabs.com

## PROJECT NARRATIVE

Project: **Maxine Mine**
Pace Project No.: 2042884

**Method:** **EPA 9012**
**Description:** 9012 Cyanide, Total
**Client:** Black Warrior Riverkeeper
**Date:** December 15, 2016

**General Information:**
6 samples were analyzed for EPA 9012.  All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Sample Preparation:**
The samples were prepared in accordance with EPA 9010 with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

**Duplicate Sample:**
All duplicate sample results were within method acceptance criteria with any exceptions noted below.

**Additional Comments:**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical®
www.pacelabs.com

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

**PROJECT NARRATIVE**

Project:          Maxine Mine
Pace Project No.: 2042884

**Method:**      **EPA 9038**
**Description:**  9038 Sulfate, Turbidimetric
**Client:**       Black Warrior Riverkeeper
**Date:**         December 15, 2016

**General Information:**
2 samples were analyzed for EPA 9038.  All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Sample Preparation:**
The samples were prepared in accordance with EPA 9038 with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

**Duplicate Sample:**
All duplicate sample results were within method acceptance criteria with any exceptions noted below.

**Additional Comments:**

**REPORT OF LABORATORY ANALYSIS**

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

**Pace Analytical**®
www.pacelabs.com

## PROJECT NARRATIVE

| | |
|---|---|
| Project: | Maxine Mine |
| Pace Project No.: | 2042884 |

**Method:** **EPA 9065**
**Description:** 9065 Phenolics, Total
**Client:** Black Warrior Riverkeeper
**Date:** December 15, 2016

**General Information:**
6 samples were analyzed for EPA 9065.  All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Sample Preparation:**
The samples were prepared in accordance with EPA 9065 with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

QC Batch: 63909

    A matrix spike and/or matrix spike duplicate (MS/MSD) were performed on the following sample(s):  40138499001

       M1: Matrix spike recovery exceeded QC limits.  Batch accepted based on laboratory control sample (LCS) recovery.

        • MS  (Lab ID: 265285)

           • Phenolics, Total Recoverable

**Duplicate Sample:**
All duplicate sample results were within method acceptance criteria with any exceptions noted below.

**Additional Comments:**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical®
www.pacelabs.com

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

**PROJECT NARRATIVE**

Project:            Maxine Mine
Pace Project No.:    2042884

**Method:**      **EPA 9251**
**Description:** 9251 Chloride
**Client:**      Black Warrior Riverkeeper
**Date:**        December 15, 2016

**General Information:**
3 samples were analyzed for EPA 9251.  All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Sample Preparation:**
The samples were prepared in accordance with EPA 9251 with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

**Duplicate Sample:**
All duplicate sample results were within method acceptance criteria with any exceptions noted below.

**Additional Comments:**

**REPORT OF LABORATORY ANALYSIS**

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

**Pace Analytical®**
www.pacelabs.com

## PROJECT NARRATIVE

Project:          Maxine Mine
Pace Project No.:  2042884

**Method:**      **ASTM D516-90,02**
**Description:**  ASTM D516-9002 Sulfate Water
**Client:**      Black Warrior Riverkeeper
**Date:**        December 15, 2016

**General Information:**
3 samples were analyzed for ASTM D516-90,02.  All samples were received in acceptable condition with any exceptions noted below or on the chain-of custody and/or the sample condition upon receipt form (SCUR) attached at the end of this report.

**Hold Time:**
The samples were analyzed within the method required hold times with any exceptions noted below.

**Method Blank:**
All analytes were below the report limit in the method blank, where applicable, with any exceptions noted below.

**Laboratory Control Spike:**
All laboratory control spike compounds were within QC limits with any exceptions noted below.

**Matrix Spikes:**
All percent recoveries and relative percent differences (RPDs) were within acceptance criteria with any exceptions noted below.

**Duplicate Sample:**
All duplicate sample results were within method acceptance criteria with any exceptions noted below.

**Additional Comments:**

This data package has been reviewed for quality and completeness and is approved for release.

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

**Pace Analytical®**
www.pacelabs.com

## ANALYTICAL RESULTS

Project:         Maxine Mine
Pace Project No.:  2042884

| Sample: **SLO1 WATER** | | **Lab ID:** 2042884001 | Collected: 09/20/16 10:45 | Received: 09/21/16 08:20 | Matrix: Water | | | |

| Parameters | Results | Units | Report Limit | DF | Prepared | Analyzed | CAS No. | Qual |
|---|---|---|---|---|---|---|---|---|
| **6020 MET ICPMS** | | Analytical Method: EPA 6020  Preparation Method: EPA 3010 | | | | | | |
| Aluminum | **247** | mg/L | 0.10 | 1 | 09/26/16 08:37 | 09/27/16 21:26 | 7429-90-5 | |
| Antimony | ND | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:26 | 7440-36-0 | |
| Arsenic | **0.010** | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:26 | 7440-38-2 | |
| Barium | **0.0075** | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:26 | 7440-39-3 | |
| Beryllium | **0.067** | mg/L | 0.010 | 10 | 09/26/16 08:37 | 10/03/16 15:25 | 7440-41-7 | |
| Boron | **0.29** | mg/L | 0.0050 | 1 | 09/26/16 08:37 | 09/27/16 21:26 | 7440-42-8 | |
| Cadmium | **0.0013** | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:26 | 7440-43-9 | |
| Calcium | **281** | mg/L | 1.0 | 10 | 09/26/16 08:37 | 10/03/16 15:25 | 7440-70-2 | |
| Chromium | **0.015** | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:26 | 7440-47-3 | |
| Cobalt | **0.43** | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:26 | 7440-48-4 | |
| Copper | ND | mg/L | 0.0030 | 1 | 09/26/16 08:37 | 09/27/16 21:26 | 7440-50-8 | |
| Iron | **385** | mg/L | 0.10 | 1 | 09/26/16 08:37 | 09/27/16 21:26 | 7439-89-6 | |
| Lead | ND | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:26 | 7439-92-1 | |
| Lithium | **9.6** | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:26 | 7439-93-2 | |
| Magnesium | **326** | mg/L | 1.0 | 10 | 09/26/16 08:37 | 10/03/16 15:25 | 7439-95-4 | |
| Manganese | **17.8** | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:26 | 7439-96-5 | |
| Molybdenum | ND | mg/L | 0.0030 | 1 | 09/26/16 08:37 | 09/27/16 21:26 | 7439-98-7 | |
| Nickel | **0.81** | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:26 | 7440-02-0 | |
| Potassium | **3.8** | mg/L | 0.10 | 1 | 09/26/16 08:37 | 09/27/16 21:26 | 7440-09-7 | |
| Selenium | **0.0040** | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:26 | 7782-49-2 | |
| Silicon | **35.3** | mg/L | 0.050 | 1 | 09/26/16 08:37 | 09/27/16 21:26 | 7440-21-3 | |
| Silver | ND | mg/L | 0.00050 | 1 | 09/26/16 08:37 | 09/27/16 21:26 | 7440-22-4 | |
| Sodium | **43.8** | mg/L | 0.10 | 1 | 09/26/16 08:37 | 09/27/16 21:26 | 7440-23-5 | |
| Strontium | **0.072** | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:26 | 7440-24-6 | |
| Thallium | **0.00056** | mg/L | 0.00050 | 1 | 09/26/16 08:37 | 09/27/16 21:26 | 7440-28-0 | |
| Tin | ND | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:26 | 7440-31-5 | |
| Titanium | ND | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:26 | 7440-32-6 | |
| Vanadium | **0.018** | mg/L | 0.0050 | 1 | 09/26/16 08:37 | 09/27/16 21:26 | 7440-62-2 | |
| Zinc | **1.5** | mg/L | 0.0050 | 1 | 09/26/16 08:37 | 09/27/16 21:26 | 7440-66-6 | |
| **7470 Mercury** | | Analytical Method: EPA 7470  Preparation Method: EPA 7470 | | | | | | |
| Mercury | ND | ug/L | 0.20 | 1 | 09/22/16 10:45 | 09/22/16 14:37 | 7439-97-6 | |
| **2510B Specific Conductance** | | Analytical Method: SM 2510B | | | | | | |
| Specific Conductance | **5370** | umhos/cm | 1.0 | 1 | | 09/23/16 15:20 | | |
| **2540C Total Dissolved Solids** | | Analytical Method: SM 2540C | | | | | | |
| Total Dissolved Solids | **8710** | mg/L | 20.0 | 1 | | 09/23/16 14:51 | | |
| **2540D Total Suspended Solids** | | Analytical Method: SM 2540D | | | | | | |
| Total Suspended Solids | **27.0** | mg/L | 4.0 | 1 | | 09/22/16 10:43 | | |
| **ASTM D4239-05 Sulfur** | | Analytical Method: ASTM D4239-05 | | | | | | |
| Sulfur | **0.136** | % (w/w) | 0.020 | 1 | | 09/23/16 14:10 | | N2 |

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

**Pace Analytical Services, LLC**
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

Pace Analytical®
www.pacelabs.com

# ANALYTICAL RESULTS

Project:           Maxine Mine
Pace Project No.:  2042884

| Sample: SLO1 WATER | Lab ID: 2042884001 | | Collected: 09/20/16 10:45 | | Received: 09/21/16 08:20 | | Matrix: Water | |
|---|---|---|---|---|---|---|---|---|
| Parameters | Results | Units | Report Limit | DF | Prepared | Analyzed | CAS No. | Qual |
| **Trivalent Chromium Calculation** | Analytical Method: Trivalent Chromium Calculation | | | | | | | |
| Chromium, Trivalent | ND | mg/L | 0.010 | 1 | | 10/04/16 00:00 | 16065-83-1 | |
| **351.2 Total Kjeldahl Nitrogen** | Analytical Method: EPA 351.2  Preparation Method: EPA 351.2 | | | | | | | |
| Nitrogen, Kjeldahl, Total | **5.0** | mg/L | 0.10 | 1 | 09/28/16 15:39 | 09/30/16 11:19 | 7727-37-9 | |
| **365.4 Total Phosphorus** | Analytical Method: EPA 365.4  Preparation Method: EPA 365.4 | | | | | | | |
| Phosphorus | ND | mg/L | 0.050 | 1 | 09/28/16 09:58 | 10/03/16 10:50 | 7723-14-0 | |
| **4500 Chloride** | Analytical Method: SM 4500-Cl-E | | | | | | | |
| Chloride | **1.5** | mg/L | 1.0 | 1 | | 09/22/16 14:41 | 16887-00-6 | |
| **4500 Ammonia Water, Distilled** | Analytical Method: SM 4500-NH3 G  Preparation Method: SM 4500-NH3 B | | | | | | | |
| Nitrogen, Ammonia | **4.1** | mg/L | 0.10 | 1 | 10/04/16 09:30 | 10/04/16 13:29 | 7664-41-7 | |
| **4500NO3-F,  NO3-NO2** | Analytical Method: SM 4500-NO3 F | | | | | | | |
| Nitrogen, NO2 plus NO3 | **0.099** | mg/L | 0.050 | 1 | | 10/05/16 17:56 | | |
| **7196 Chromium, Hexavalent** | Analytical Method: EPA 7196 | | | | | | | |
| Chromium, Hexavalent | ND | mg/L | 0.010 | 1 | | 09/21/16 15:59 | 18540-29-9 | H1,M1 |
| **9012 Cyanide, Total** | Analytical Method: EPA 9012  Preparation Method: EPA 9010 | | | | | | | |
| Cyanide | ND | mg/L | 0.010 | 1 | 09/22/16 14:45 | 09/24/16 11:24 | 57-12-5 | |
| **9065 Phenolics, Total** | Analytical Method: EPA 9065  Preparation Method: EPA 9065 | | | | | | | |
| Phenolics, Total Recoverable | ND | mg/L | 0.0060 | 1 | 09/23/16 10:30 | 09/23/16 14:45 | | |
| **ASTM D516-9002 Sulfate Water** | Analytical Method: ASTM D516-90,02 | | | | | | | |
| Sulfate | **6020** | mg/L | 500 | 500 | | 09/22/16 16:48 | 14808-79-8 | M6 |

| Sample: REF1 WATER | Lab ID: 2042884002 | | Collected: 09/20/16 12:15 | | Received: 09/21/16 08:20 | | Matrix: Water | |
|---|---|---|---|---|---|---|---|---|
| Parameters | Results | Units | Report Limit | DF | Prepared | Analyzed | CAS No. | Qual |
| **6020 MET ICPMS** | Analytical Method: EPA 6020  Preparation Method: EPA 3010 | | | | | | | |
| Aluminum | ND | mg/L | 0.10 | 1 | 09/26/16 08:37 | 09/27/16 21:29 | 7429-90-5 | |
| Antimony | ND | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:29 | 7440-36-0 | |
| Arsenic | **0.0015** | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:29 | 7440-38-2 | |
| Barium | **0.033** | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:29 | 7440-39-3 | |
| Beryllium | ND | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:29 | 7440-41-7 | |
| Boron | **0.021** | mg/L | 0.0050 | 1 | 09/26/16 08:37 | 09/27/16 21:29 | 7440-42-8 | |
| Cadmium | ND | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:29 | 7440-43-9 | |
| Calcium | **3.2** | mg/L | 0.10 | 1 | 09/26/16 08:37 | 09/27/16 21:29 | 7440-70-2 | |
| Chromium | ND | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:29 | 7440-47-3 | |
| Cobalt | **0.0011** | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:29 | 7440-48-4 | |

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 12/15/2016 11:05 AM

Pace Analytical®
www.pacelabs.com

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

## ANALYTICAL RESULTS

Project:          Maxine Mine
Pace Project No.:  2042884

**Sample: REF1 WATER**          **Lab ID: 2042884002**   Collected: 09/20/16 12:15   Received: 09/21/16 08:20   Matrix: Water

| Parameters | Results | Units | Report Limit | DF | Prepared | Analyzed | CAS No. | Qual |
|---|---|---|---|---|---|---|---|---|
| **6020 MET ICPMS** | | Analytical Method: EPA 6020  Preparation Method: EPA 3010 | | | | | | |
| Copper | ND | mg/L | 0.0030 | 1 | 09/26/16 08:37 | 09/27/16 21:29 | 7440-50-8 | |
| Iron | **3.8** | mg/L | 0.10 | 1 | 09/26/16 08:37 | 09/27/16 21:29 | 7439-89-6 | |
| Lead | ND | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:29 | 7439-92-1 | |
| Lithium | ND | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:29 | 7439-93-2 | |
| Magnesium | **2.3** | mg/L | 0.10 | 1 | 09/26/16 08:37 | 09/27/16 21:29 | 7439-95-4 | |
| Manganese | **0.63** | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:29 | 7439-96-5 | |
| Molybdenum | ND | mg/L | 0.0030 | 1 | 09/26/16 08:37 | 09/27/16 21:29 | 7439-98-7 | |
| Nickel | **0.0014** | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:29 | 7440-02-0 | |
| Potassium | **1.9** | mg/L | 0.10 | 1 | 09/26/16 08:37 | 09/27/16 21:29 | 7440-09-7 | |
| Selenium | ND | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:29 | 7782-49-2 | |
| Silicon | **1.0** | mg/L | 0.050 | 1 | 09/26/16 08:37 | 09/27/16 21:29 | 7440-21-3 | |
| Silver | ND | mg/L | 0.00050 | 1 | 09/26/16 08:37 | 09/27/16 21:29 | 7440-22-4 | |
| Sodium | **2.2** | mg/L | 0.10 | 1 | 09/26/16 08:37 | 09/27/16 21:29 | 7440-23-5 | |
| Strontium | **0.022** | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:29 | 7440-24-6 | |
| Thallium | ND | mg/L | 0.00050 | 1 | 09/26/16 08:37 | 09/27/16 21:29 | 7440-28-0 | |
| Tin | ND | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:29 | 7440-31-5 | |
| Titanium | **0.0015** | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:29 | 7440-32-6 | |
| Vanadium | ND | mg/L | 0.0050 | 1 | 09/26/16 08:37 | 09/27/16 21:29 | 7440-62-2 | |
| Zinc | ND | mg/L | 0.0050 | 1 | 09/26/16 08:37 | 09/27/16 21:29 | 7440-66-6 | |
| **7470 Mercury** | | Analytical Method: EPA 7470  Preparation Method: EPA 7470 | | | | | | |
| Mercury | ND | ug/L | 0.20 | 1 | 09/22/16 10:45 | 09/22/16 14:43 | 7439-97-6 | |
| **2510B Specific Conductance** | | Analytical Method: SM 2510B | | | | | | |
| Specific Conductance | **95.0** | umhos/cm | 1.0 | 1 | | 09/23/16 15:19 | | |
| **2540C Total Dissolved Solids** | | Analytical Method: SM 2540C | | | | | | |
| Total Dissolved Solids | **15.0** | mg/L | 10.0 | 1 | | 09/23/16 14:52 | | |
| **2540D Total Suspended Solids** | | Analytical Method: SM 2540D | | | | | | |
| Total Suspended Solids | **22.0** | mg/L | 4.0 | 1 | | 09/22/16 10:45 | | |
| **ASTM D4239-05 Sulfur** | | Analytical Method: ASTM D4239-05 | | | | | | |
| Sulfur | ND | % (w/w) | 0.020 | 1 | | 09/23/16 14:10 | | N2 |
| **Trivalent Chromium Calculation** | | Analytical Method: Trivalent Chromium Calculation | | | | | | |
| Chromium, Trivalent | ND | mg/L | 0.010 | 1 | | 10/04/16 00:00 | 16065-83-1 | |
| **351.2 Total Kjeldahl Nitrogen** | | Analytical Method: EPA 351.2  Preparation Method: EPA 351.2 | | | | | | |
| Nitrogen, Kjeldahl, Total | **1.4** | mg/L | 0.10 | 1 | 09/28/16 15:39 | 09/30/16 11:21 | 7727-37-9 | |
| **365.4 Total Phosphorus** | | Analytical Method: EPA 365.4  Preparation Method: EPA 365.4 | | | | | | |
| Phosphorus | **0.091** | mg/L | 0.050 | 1 | 09/28/16 09:58 | 10/03/16 10:51 | 7723-14-0 | |

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.


www.pacelabs.com

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

# ANALYTICAL RESULTS

Project:          Maxine Mine
Pace Project No.:   2042884

| Sample: REF1 WATER | | Lab ID: 2042884002 | Collected: 09/20/16 12:15 | | Received: 09/21/16 08:20 | Matrix: Water | | |
|---|---|---|---|---|---|---|---|---|
| Parameters | Results | Units | Report Limit | DF | Prepared | Analyzed | CAS No. | Qual |
| **4500 Chloride** | Analytical Method: SM 4500-Cl-E | | | | | | | |
| Chloride | **2.9** | mg/L | 1.0 | 1 | | 09/22/16 14:41 | 16887-00-6 | |
| **4500 Ammonia Water, Distilled** | Analytical Method: SM 4500-NH3 G  Preparation Method: SM 4500-NH3 B | | | | | | | |
| Nitrogen, Ammonia | **0.51** | mg/L | 0.10 | 1 | 10/04/16 09:30 | 10/04/16 13:30 | 7664-41-7 | |
| **4500NO3-F,  NO3-NO2** | Analytical Method: SM 4500-NO3 F | | | | | | | |
| Nitrogen, NO2 plus NO3 | **0.10** | mg/L | 0.050 | 1 | | 10/05/16 17:57 | | |
| **7196 Chromium, Hexavalent** | Analytical Method: EPA 7196 | | | | | | | |
| Chromium, Hexavalent | ND | mg/L | 0.010 | 1 | | 09/21/16 15:22 | 18540-29-9 | H1 |
| **9012 Cyanide, Total** | Analytical Method: EPA 9012  Preparation Method: EPA 9010 | | | | | | | |
| Cyanide | ND | mg/L | 0.010 | 1 | 09/22/16 14:45 | 09/24/16 11:25 | 57-12-5 | |
| **9065 Phenolics, Total** | Analytical Method: EPA 9065  Preparation Method: EPA 9065 | | | | | | | |
| Phenolics, Total Recoverable | ND | mg/L | 0.060 | 10 | 09/23/16 10:30 | 09/23/16 14:45 | | |
| **ASTM D516-9002 Sulfate Water** | Analytical Method: ASTM D516-90,02 | | | | | | | |
| Sulfate | **2.4** | mg/L | 1.0 | 1 | | 09/22/16 14:44 | 14808-79-8 | |

| Sample: BCDS WATER | | Lab ID: 2042884003 | Collected: 09/20/16 15:30 | | Received: 09/21/16 08:20 | Matrix: Water | | |
|---|---|---|---|---|---|---|---|---|
| Parameters | Results | Units | Report Limit | DF | Prepared | Analyzed | CAS No. | Qual |
| **6020 MET ICPMS** | Analytical Method: EPA 6020  Preparation Method: EPA 3010 | | | | | | | |
| Aluminum | ND | mg/L | 0.10 | 1 | 09/26/16 08:37 | 09/27/16 21:33 | 7429-90-5 | |
| Antimony | ND | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:33 | 7440-36-0 | |
| Arsenic | ND | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:33 | 7440-38-2 | |
| Barium | **0.016** | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:33 | 7440-39-3 | |
| Beryllium | ND | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:33 | 7440-41-7 | |
| Boron | **0.047** | mg/L | 0.0050 | 1 | 09/26/16 08:37 | 09/27/16 21:33 | 7440-42-8 | |
| Cadmium | ND | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:33 | 7440-43-9 | |
| Calcium | **78.6** | mg/L | 0.10 | 1 | 09/26/16 08:37 | 09/27/16 21:33 | 7440-70-2 | |
| Chromium | ND | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:33 | 7440-47-3 | |
| Cobalt | ND | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:33 | 7440-48-4 | |
| Copper | ND | mg/L | 0.0030 | 1 | 09/26/16 08:37 | 09/27/16 21:33 | 7440-50-8 | |
| Iron | **1.0** | mg/L | 0.10 | 1 | 09/26/16 08:37 | 09/27/16 21:33 | 7439-89-6 | |
| Lead | ND | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:33 | 7439-92-1 | |
| Lithium | **0.099** | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:33 | 7439-93-2 | |
| Magnesium | **27.6** | mg/L | 0.10 | 1 | 09/26/16 08:37 | 09/27/16 21:33 | 7439-95-4 | |
| Manganese | **0.15** | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:33 | 7439-96-5 | |
| Molybdenum | ND | mg/L | 0.0030 | 1 | 09/26/16 08:37 | 09/27/16 21:33 | 7439-98-7 | |
| Nickel | ND | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:33 | 7440-02-0 | |
| Potassium | **2.7** | mg/L | 0.10 | 1 | 09/26/16 08:37 | 09/27/16 21:33 | 7440-09-7 | |
| Selenium | ND | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:33 | 7782-49-2 | |

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 12/15/2016 11:05 AM

Pace Analytical®
www.pacelabs.com

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

# ANALYTICAL RESULTS

Project: Maxine Mine
Pace Project No.: 2042884

| Sample: BCDS WATER | | Lab ID: 2042884003 | Collected: 09/20/16 15:30 | | Received: 09/21/16 08:20 | | Matrix: Water | |
|---|---|---|---|---|---|---|---|---|
| Parameters | Results | Units | Report Limit | DF | Prepared | Analyzed | CAS No. | Qual |

**6020 MET ICPMS**  Analytical Method: EPA 6020  Preparation Method: EPA 3010

| Parameters | Results | Units | Report Limit | DF | Prepared | Analyzed | CAS No. | Qual |
|---|---|---|---|---|---|---|---|---|
| Silicon | 5.9 | mg/L | 0.050 | 1 | 09/26/16 08:37 | 09/27/16 21:33 | 7440-21-3 | |
| Silver | ND | mg/L | 0.00050 | 1 | 09/26/16 08:37 | 09/27/16 21:33 | 7440-22-4 | |
| Sodium | 148 | mg/L | 0.10 | 1 | 09/26/16 08:37 | 09/27/16 21:33 | 7440-23-5 | |
| Strontium | 1.1 | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:33 | 7440-24-6 | |
| Thallium | ND | mg/L | 0.00050 | 1 | 09/26/16 08:37 | 09/27/16 21:33 | 7440-28-0 | |
| Tin | ND | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:33 | 7440-31-5 | |
| Titanium | ND | mg/L | 0.0010 | 1 | 09/26/16 08:37 | 09/27/16 21:33 | 7440-32-6 | |
| Vanadium | ND | mg/L | 0.0050 | 1 | 09/26/16 08:37 | 09/27/16 21:33 | 7440-62-2 | |
| Zinc | ND | mg/L | 0.0050 | 1 | 09/26/16 08:37 | 09/27/16 21:33 | 7440-66-6 | |

**7470 Mercury**  Analytical Method: EPA 7470  Preparation Method: EPA 7470

| Parameters | Results | Units | Report Limit | DF | Prepared | Analyzed | CAS No. | Qual |
|---|---|---|---|---|---|---|---|---|
| Mercury | ND | ug/L | 0.20 | 1 | 09/22/16 10:45 | 09/22/16 14:45 | 7439-97-6 | |

**2510B Specific Conductance**  Analytical Method: SM 2510B

| Parameters | Results | Units | Report Limit | DF | Prepared | Analyzed | CAS No. | Qual |
|---|---|---|---|---|---|---|---|---|
| Specific Conductance | 1320 | umhos/cm | 1.0 | 1 | | 09/23/16 15:19 | | |

**2540C Total Dissolved Solids**  Analytical Method: SM 2540C

| Parameters | Results | Units | Report Limit | DF | Prepared | Analyzed | CAS No. | Qual |
|---|---|---|---|---|---|---|---|---|
| Total Dissolved Solids | 825 | mg/L | 10.0 | 1 | | 09/23/16 14:52 | | |

**2540D Total Suspended Solids**  Analytical Method: SM 2540D

| Parameters | Results | Units | Report Limit | DF | Prepared | Analyzed | CAS No. | Qual |
|---|---|---|---|---|---|---|---|---|
| Total Suspended Solids | ND | mg/L | 4.0 | 1 | | 09/22/16 10:45 | | |

**ASTM D4239-05 Sulfur**  Analytical Method: ASTM D4239-05

| Parameters | Results | Units | Report Limit | DF | Prepared | Analyzed | CAS No. | Qual |
|---|---|---|---|---|---|---|---|---|
| Sulfur | ND | % (w/w) | 0.020 | 1 | | 09/23/16 14:10 | | N2 |

**Trivalent Chromium Calculation**  Analytical Method: Trivalent Chromium Calculation

| Parameters | Results | Units | Report Limit | DF | Prepared | Analyzed | CAS No. | Qual |
|---|---|---|---|---|---|---|---|---|
| Chromium, Trivalent | ND | mg/L | 0.010 | 1 | | 10/04/16 00:00 | 16065-83-1 | |

**351.2 Total Kjeldahl Nitrogen**  Analytical Method: EPA 351.2  Preparation Method: EPA 351.2

| Parameters | Results | Units | Report Limit | DF | Prepared | Analyzed | CAS No. | Qual |
|---|---|---|---|---|---|---|---|---|
| Nitrogen, Kjeldahl, Total | 0.28 | mg/L | 0.10 | 1 | 09/28/16 15:39 | 09/30/16 11:21 | 7727-37-9 | |

**365.4 Total Phosphorus**  Analytical Method: EPA 365.4  Preparation Method: EPA 365.4

| Parameters | Results | Units | Report Limit | DF | Prepared | Analyzed | CAS No. | Qual |
|---|---|---|---|---|---|---|---|---|
| Phosphorus | ND | mg/L | 0.050 | 1 | 09/28/16 09:58 | 10/03/16 10:53 | 7723-14-0 | |

**4500 Chloride**  Analytical Method: SM 4500-Cl-E

| Parameters | Results | Units | Report Limit | DF | Prepared | Analyzed | CAS No. | Qual |
|---|---|---|---|---|---|---|---|---|
| Chloride | 4.5 | mg/L | 1.0 | 1 | | 09/22/16 14:41 | 16887-00-6 | |

**4500 Ammonia Water, Distilled**  Analytical Method: SM 4500-NH3 G  Preparation Method: SM 4500-NH3 B

| Parameters | Results | Units | Report Limit | DF | Prepared | Analyzed | CAS No. | Qual |
|---|---|---|---|---|---|---|---|---|
| Nitrogen, Ammonia | 0.24 | mg/L | 0.10 | 1 | 10/04/16 09:30 | 10/04/16 13:32 | 7664-41-7 | |

**4500NO3-F,  NO3-NO2**  Analytical Method: SM 4500-NO3 F

| Parameters | Results | Units | Report Limit | DF | Prepared | Analyzed | CAS No. | Qual |
|---|---|---|---|---|---|---|---|---|
| Nitrogen, NO2 plus NO3 | 0.36 | mg/L | 0.050 | 1 | | 10/05/16 17:58 | | |

**7196 Chromium, Hexavalent**  Analytical Method: EPA 7196

| Parameters | Results | Units | Report Limit | DF | Prepared | Analyzed | CAS No. | Qual |
|---|---|---|---|---|---|---|---|---|
| Chromium, Hexavalent | ND | mg/L | 0.010 | 1 | | 09/21/16 15:22 | 18540-29-9 | |

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 12/15/2016 11:05 AM



Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

www.pacelabs.com

# ANALYTICAL RESULTS

Project: **Maxine Mine**
Pace Project No.: **2042884**

---

**Sample: BCDS WATER**       **Lab ID: 2042884003**    Collected: 09/20/16 15:30    Received: 09/21/16 08:20    Matrix: Water

| Parameters | Results | Units | Report Limit | DF | Prepared | Analyzed | CAS No. | Qual |
|---|---|---|---|---|---|---|---|---|
| **9012 Cyanide, Total** | Analytical Method: EPA 9012  Preparation Method: EPA 9010 | | | | | | | |
| Cyanide | ND | mg/L | 0.010 | 1 | 09/22/16 14:45 | 09/24/16 11:25 | 57-12-5 | |
| **9065 Phenolics, Total** | Analytical Method: EPA 9065  Preparation Method: EPA 9065 | | | | | | | |
| Phenolics, Total Recoverable | ND | mg/L | 0.060 | 10 | 09/23/16 10:30 | 09/23/16 14:46 | | |
| **ASTM D516-9002 Sulfate Water** | Analytical Method: ASTM D516-90,02 | | | | | | | |
| Sulfate | **436** | mg/L | 50.0 | 50 | | 09/22/16 16:01 | 14808-79-8 | |

---

**Sample: SLO1 SED**       **Lab ID: 2042884004**    Collected: 09/20/16 10:45    Received: 09/21/16 08:20    Matrix: Solid
*Results reported on a "wet-weight" basis*

| Parameters | Results | Units | Report Limit | DF | Prepared | Analyzed | CAS No. | Qual |
|---|---|---|---|---|---|---|---|---|
| **6020 MET ICPMS** | Analytical Method: EPA 6020  Preparation Method: EPA 3050 | | | | | | | |
| Aluminum | **2780** | mg/kg | 26.6 | 1 | 09/22/16 10:16 | 09/27/16 09:57 | 7429-90-5 | |
| Antimony | ND | mg/kg | 0.27 | 1 | 09/22/16 10:16 | 09/27/16 09:57 | 7440-36-0 | |
| Arsenic | **63.6** | mg/kg | 0.27 | 1 | 09/22/16 10:16 | 09/27/16 09:57 | 7440-38-2 | |
| Barium | **109** | mg/kg | 0.27 | 1 | 09/22/16 10:16 | 09/27/16 09:57 | 7440-39-3 | |
| Beryllium | **0.30** | mg/kg | 0.27 | 1 | 09/22/16 10:16 | 09/27/16 09:57 | 7440-41-7 | |
| Boron | **3.2** | mg/kg | 1.3 | 1 | 09/22/16 10:16 | 09/27/16 09:57 | 7440-42-8 | |
| Cadmium | ND | mg/kg | 0.27 | 1 | 09/22/16 10:16 | 09/27/16 09:57 | 7440-43-9 | |
| Calcium | **394** | mg/kg | 26.6 | 1 | 09/22/16 10:16 | 09/27/16 09:57 | 7440-70-2 | |
| Chromium | **6.4** | mg/kg | 0.27 | 1 | 09/22/16 10:16 | 09/27/16 09:57 | 7440-47-3 | |
| Cobalt | **1.4** | mg/kg | 0.27 | 1 | 09/22/16 10:16 | 09/27/16 09:57 | 7440-48-4 | |
| Copper | **13.4** | mg/kg | 1.3 | 1 | 09/22/16 10:16 | 09/27/16 09:57 | 7440-50-8 | |
| Iron | **33500** | mg/kg | 26.6 | 1 | 09/22/16 10:16 | 09/27/16 09:57 | 7439-89-6 | |
| Lead | **11.2** | mg/kg | 0.27 | 1 | 09/22/16 10:16 | 09/27/16 09:57 | 7439-92-1 | |
| Lithium | **6.3** | mg/kg | 0.27 | 1 | 09/22/16 10:16 | 09/27/16 09:57 | 7439-93-2 | |
| Magnesium | **510** | mg/kg | 26.6 | 1 | 09/22/16 10:16 | 09/27/16 09:57 | 7439-95-4 | |
| Manganese | **34.5** | mg/kg | 0.27 | 1 | 09/22/16 10:16 | 09/27/16 09:57 | 7439-96-5 | |
| Molybdenum | **4.4** | mg/kg | 0.27 | 1 | 09/22/16 10:16 | 09/27/16 09:57 | 7439-98-7 | |
| Nickel | **4.0** | mg/kg | 0.27 | 1 | 09/22/16 10:16 | 09/27/16 09:57 | 7440-02-0 | |
| Potassium | **1070** | mg/kg | 26.6 | 1 | 09/22/16 10:16 | 09/27/16 09:57 | 7440-09-7 | |
| Selenium | **2.3** | mg/kg | 0.27 | 1 | 09/22/16 10:16 | 09/27/16 09:57 | 7782-49-2 | |
| Silicon | **696** | mg/kg | 66.5 | 1 | 09/22/16 10:16 | 09/27/16 09:57 | 7440-21-3 | N2 |
| Silver | ND | mg/kg | 0.27 | 1 | 09/22/16 10:16 | 09/27/16 09:57 | 7440-22-4 | |
| Sodium | **460** | mg/kg | 26.6 | 1 | 09/22/16 10:16 | 09/27/16 09:57 | 7440-23-5 | |
| Strontium | **18.3** | mg/kg | 0.27 | 1 | 09/22/16 10:16 | 09/27/16 09:57 | 7440-24-6 | |
| Thallium | **0.35** | mg/kg | 0.27 | 1 | 09/22/16 10:16 | 09/27/16 09:57 | 7440-28-0 | |
| Tin | ND | mg/kg | 0.27 | 1 | 09/22/16 10:16 | 09/27/16 09:57 | 7440-31-5 | |
| Titanium | **23.7** | mg/kg | 1.3 | 1 | 09/22/16 10:16 | 09/27/16 09:57 | 7440-32-6 | |
| Vanadium | **16.1** | mg/kg | 1.3 | 1 | 09/22/16 10:16 | 09/27/16 09:57 | 7440-62-2 | |
| Zinc | **10.5** | mg/kg | 1.3 | 1 | 09/22/16 10:16 | 09/27/16 09:57 | 7440-66-6 | |

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 12/15/2016 11:05 AM


www.pacelabs.com

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

# ANALYTICAL RESULTS

Project:         Maxine Mine
Pace Project No.:  2042884

---

**Sample: SLO1 SED**        **Lab ID: 2042884004**    Collected: 09/20/16 10:45    Received: 09/21/16 08:20    Matrix: Solid
*Results reported on a "wet-weight" basis*

| Parameters | Results | Units | Report Limit | DF | Prepared | Analyzed | CAS No. | Qual |
|---|---|---|---|---|---|---|---|---|
| **7471 Mercury** | | Analytical Method: EPA 7471  Preparation Method: EPA 7471 | | | | | | |
| Mercury | **0.29** | mg/kg | 0.013 | 1 | 09/21/16 15:38 | 09/22/16 08:40 | 7439-97-6 | |
| **ASTM D4239-05 Sulfur** | | Analytical Method: ASTM D4239-05 | | | | | | |
| Sulfur | **0.623** | % (w/w) | 0.020 | 1 | | 09/23/16 14:10 | | N2 |
| **351.2 Total Kjeldahl Nitrogen** | | Analytical Method: EPA 351.2  Preparation Method: EPA 351.2 | | | | | | |
| Nitrogen, Kjeldahl, Total | **1530** | mg/kg | 297 | 6 | 09/28/16 15:39 | 09/29/16 19:22 | 7727-37-9 | |
| **365.4 Total Phosphorus** | | Analytical Method: EPA 365.4  Preparation Method: EPA 365.4 | | | | | | |
| Phosphorus | **127** | mg/kg | 9.9 | 1 | 09/28/16 09:58 | 10/03/16 10:36 | 7723-14-0 | |
| **4500 Ammonia Soil, Distilled** | | Analytical Method: SM 4500-NH3 D  Preparation Method: SM 4500-NH3 B | | | | | | |
| Nitrogen, Ammonia | **105** | mg/kg | 50.0 | 10 | 10/03/16 16:32 | 10/04/16 13:05 | 7664-41-7 | D6 |
| **SM4500NO3-F, NO3-NO2** | | Analytical Method: SM 4500-NO3 F  Preparation Method: SM 4500-NO3 F | | | | | | |
| Nitrogen, NO2 plus NO3 | ND | mg/kg | 0.48 | 1 | 09/24/16 11:27 | 09/25/16 18:06 | | |
| **Chromium, Hexavalent, soluble** | | Analytical Method: EPA 7196  Preparation Method: EPA 7196 | | | | | | |
| Chromium, Hexavalent | ND | mg/kg | 0.96 | 10 | 09/24/16 11:27 | 09/24/16 12:30 | 18540-29-9 | |
| **9012 Cyanide, Total** | | Analytical Method: EPA 9012  Preparation Method: EPA 9010 | | | | | | |
| Cyanide | ND | mg/kg | 1.0 | 1 | 09/22/16 14:45 | 09/24/16 11:36 | 57-12-5 | |
| **9038 Sulfate, Turbidimetric** | | Analytical Method: EPA 9038  Preparation Method: EPA 9038 | | | | | | |
| Sulfate | **3530** | mg/kg | 481 | 10 | 09/24/16 11:27 | 09/24/16 12:32 | 14808-79-8 | |
| **9065 Phenolics, Total** | | Analytical Method: EPA 9065  Preparation Method: EPA 9065 | | | | | | |
| Phenolics, Total Recoverable | **1.6** | mg/kg | 0.15 | 1 | 09/26/16 09:12 | 09/27/16 14:28 | | |
| **9251 Chloride** | | Analytical Method: EPA 9251  Preparation Method: EPA 9251 | | | | | | |
| Chloride | **123** | mg/kg | 96.2 | 10 | 09/24/16 11:27 | 09/24/16 12:37 | 16887-00-6 | |

---

**Sample: REF1 SED**        **Lab ID: 2042884005**    Collected: 09/20/16 12:15    Received: 09/21/16 08:20    Matrix: Solid
*Results reported on a "wet-weight" basis*

| Parameters | Results | Units | Report Limit | DF | Prepared | Analyzed | CAS No. | Qual |
|---|---|---|---|---|---|---|---|---|
| **6020 MET ICPMS** | | Analytical Method: EPA 6020  Preparation Method: EPA 3050 | | | | | | |
| Aluminum | **3690** | mg/kg | 32.9 | 1 | 09/22/16 10:16 | 09/27/16 10:01 | 7429-90-5 | |
| Antimony | ND | mg/kg | 0.33 | 1 | 09/22/16 10:16 | 09/27/16 10:01 | 7440-36-0 | |
| Arsenic | **1.8** | mg/kg | 0.33 | 1 | 09/22/16 10:16 | 09/27/16 10:01 | 7440-38-2 | |
| Barium | **53.6** | mg/kg | 0.33 | 1 | 09/22/16 10:16 | 09/27/16 10:01 | 7440-39-3 | |
| Beryllium | ND | mg/kg | 0.33 | 1 | 09/22/16 10:16 | 09/27/16 10:01 | 7440-41-7 | |

---

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

**Pace Analytical Services, LLC**
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

Pace Analytical®
www.pacelabs.com

# ANALYTICAL RESULTS

Project:      Maxine Mine
Pace Project No.:      2042884

| Sample: **REF1 SED** | Lab ID: **2042884005** | Collected: 09/20/16 12:15 | Received: 09/21/16 08:20 | Matrix: Solid |
|---|---|---|---|---|

*Results reported on a "wet-weight" basis*

| Parameters | Results | Units | Report Limit | DF | Prepared | Analyzed | CAS No. | Qual |
|---|---|---|---|---|---|---|---|---|
| **6020 MET ICPMS** | | Analytical Method: EPA 6020  Preparation Method: EPA 3050 | | | | | | |
| Boron | ND | mg/kg | 1.6 | 1 | 09/22/16 10:16 | 09/27/16 10:01 | 7440-42-8 | |
| Cadmium | ND | mg/kg | 0.33 | 1 | 09/22/16 10:16 | 09/27/16 10:01 | 7440-43-9 | |
| Calcium | **279** | mg/kg | 32.9 | 1 | 09/22/16 10:16 | 09/27/16 10:01 | 7440-70-2 | |
| Chromium | **4.2** | mg/kg | 0.33 | 1 | 09/22/16 10:16 | 09/27/16 10:01 | 7440-47-3 | |
| Cobalt | **3.8** | mg/kg | 0.33 | 1 | 09/22/16 10:16 | 09/27/16 10:01 | 7440-48-4 | |
| Copper | **5.0** | mg/kg | 1.6 | 1 | 09/22/16 10:16 | 09/27/16 10:01 | 7440-50-8 | |
| Iron | **6740** | mg/kg | 32.9 | 1 | 09/22/16 10:16 | 09/27/16 10:01 | 7439-89-6 | |
| Lead | **6.0** | mg/kg | 0.33 | 1 | 09/22/16 10:16 | 09/27/16 10:01 | 7439-92-1 | |
| Lithium | **4.2** | mg/kg | 0.33 | 1 | 09/22/16 10:16 | 09/27/16 10:01 | 7439-93-2 | |
| Magnesium | **328** | mg/kg | 32.9 | 1 | 09/22/16 10:16 | 09/27/16 10:01 | 7439-95-4 | |
| Manganese | **88.2** | mg/kg | 0.33 | 1 | 09/22/16 10:16 | 09/27/16 10:01 | 7439-96-5 | |
| Molybdenum | ND | mg/kg | 0.33 | 1 | 09/22/16 10:16 | 09/27/16 10:01 | 7439-98-7 | |
| Nickel | **5.6** | mg/kg | 0.33 | 1 | 09/22/16 10:16 | 09/27/16 10:01 | 7440-02-0 | |
| Potassium | **307** | mg/kg | 32.9 | 1 | 09/22/16 10:16 | 09/27/16 10:01 | 7440-09-7 | |
| Selenium | **0.33** | mg/kg | 0.33 | 1 | 09/22/16 10:16 | 09/27/16 10:01 | 7782-49-2 | |
| Silicon | **1040** | mg/kg | 82.2 | 1 | 09/22/16 10:16 | 09/27/16 10:01 | 7440-21-3 | N2 |
| Silver | ND | mg/kg | 0.33 | 1 | 09/22/16 10:16 | 09/27/16 10:01 | 7440-22-4 | |
| Sodium | ND | mg/kg | 32.9 | 1 | 09/22/16 10:16 | 09/27/16 10:01 | 7440-23-5 | |
| Strontium | **2.5** | mg/kg | 0.33 | 1 | 09/22/16 10:16 | 09/27/16 10:01 | 7440-24-6 | |
| Thallium | ND | mg/kg | 0.33 | 1 | 09/22/16 10:16 | 09/27/16 10:01 | 7440-28-0 | |
| Tin | ND | mg/kg | 0.33 | 1 | 09/22/16 10:16 | 09/27/16 10:01 | 7440-31-5 | |
| Titanium | **28.5** | mg/kg | 1.6 | 1 | 09/22/16 10:16 | 09/27/16 10:01 | 7440-32-6 | |
| Vanadium | **6.9** | mg/kg | 1.6 | 1 | 09/22/16 10:16 | 09/27/16 10:01 | 7440-62-2 | |
| Zinc | **18.4** | mg/kg | 1.6 | 1 | 09/22/16 10:16 | 09/27/16 10:01 | 7440-66-6 | |
| **7471 Mercury** | | Analytical Method: EPA 7471  Preparation Method: EPA 7471 | | | | | | |
| Mercury | **0.036** | mg/kg | 0.018 | 1 | 09/21/16 15:38 | 09/22/16 08:42 | 7439-97-6 | |
| **ASTM D4239-05 Sulfur** | | Analytical Method: ASTM D4239-05 | | | | | | |
| Sulfur | **0.0531** | % (w/w) | 0.020 | 1 | | 09/23/16 14:10 | | N2 |
| **351.2 Total Kjeldahl Nitrogen** | | Analytical Method: EPA 351.2  Preparation Method: EPA 351.2 | | | | | | |
| Nitrogen, Kjeldahl, Total | **927** | mg/kg | 48.2 | 1 | 09/28/16 15:39 | 09/29/16 18:41 | 7727-37-9 | |
| **365.4 Total Phosphorus** | | Analytical Method: EPA 365.4  Preparation Method: EPA 365.4 | | | | | | |
| Phosphorus | **114** | mg/kg | 9.6 | 1 | 09/28/16 09:58 | 10/03/16 10:36 | 7723-14-0 | |
| **4500 Ammonia Soil, Distilled** | | Analytical Method: SM 4500-NH3 D  Preparation Method: SM 4500-NH3 B | | | | | | |
| Nitrogen, Ammonia | **78.0** | mg/kg | 50.0 | 10 | 10/03/16 16:32 | 10/04/16 13:09 | 7664-41-7 | |
| **SM4500NO3-F, NO3-NO2** | | Analytical Method: SM 4500-NO3 F  Preparation Method: SM 4500-NO3 F | | | | | | |
| Nitrogen, NO2 plus NO3 | ND | mg/kg | 0.40 | 1 | 09/24/16 11:27 | 09/25/16 18:09 | | |
| **Chromium, Hexavalent, soluble** | | Analytical Method: EPA 7196  Preparation Method: EPA 7196 | | | | | | |
| Chromium, Hexavalent | ND | mg/kg | 0.81 | 10 | 09/24/16 11:27 | 09/24/16 12:30 | 18540-29-9 | |

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 12/15/2016 11:05 AM

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

**ANALYTICAL RESULTS**

Project:          Maxine Mine
Pace Project No.:   2042884

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Sample: REF1 SED** | | **Lab ID: 2042884005** | | Collected: 09/20/16 12:15 | Received: 09/21/16 08:20 | Matrix: Solid | | |

*Results reported on a "wet-weight" basis*

| Parameters | Results | Units | Report Limit | DF | Prepared | Analyzed | CAS No. | Qual |
|---|---|---|---|---|---|---|---|---|
| **9012 Cyanide, Total** | | Analytical Method: EPA 9012 | Preparation Method: EPA 9010 | | | | | |
| Cyanide | ND | mg/kg | 1.0 | 1 | 09/22/16 14:45 | 09/24/16 11:24 | 57-12-5 | |
| **9038 Sulfate, Turbidimetric** | | Analytical Method: EPA 9038 | Preparation Method: EPA 9038 | | | | | |
| Sulfate | ND | mg/kg | 403 | 10 | 09/24/16 11:27 | 09/24/16 12:32 | 14808-79-8 | |
| **9065 Phenolics, Total** | | Analytical Method: EPA 9065 | Preparation Method: EPA 9065 | | | | | |
| Phenolics, Total Recoverable | ND | mg/kg | 0.15 | 1 | 09/26/16 09:12 | 09/27/16 14:35 | | |
| **9251 Chloride** | | Analytical Method: EPA 9251 | Preparation Method: EPA 9251 | | | | | |
| Chloride | **274** | mg/kg | 80.6 | 10 | 09/24/16 11:27 | 09/24/16 12:37 | 16887-00-6 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Sample: BCDS SED** | | **Lab ID: 2042884006** | | Collected: 09/20/16 15:30 | Received: 09/21/16 08:20 | Matrix: Solid | | |

*Results reported on a "wet-weight" basis*

| Parameters | Results | Units | Report Limit | DF | Prepared | Analyzed | CAS No. | Qual |
|---|---|---|---|---|---|---|---|---|
| **6020 MET ICPMS** | | Analytical Method: EPA 6020 | Preparation Method: EPA 3050 | | | | | |
| Aluminum | **868** | mg/kg | 18.7 | 1 | 09/22/16 10:16 | 09/27/16 10:05 | 7429-90-5 | |
| Antimony | ND | mg/kg | 0.19 | 1 | 09/22/16 10:16 | 09/27/16 10:05 | 7440-36-0 | |
| Arsenic | **24.4** | mg/kg | 0.19 | 1 | 09/22/16 10:16 | 09/27/16 10:05 | 7440-38-2 | |
| Barium | **39.1** | mg/kg | 0.19 | 1 | 09/22/16 10:16 | 09/27/16 10:05 | 7440-39-3 | |
| Beryllium | **0.31** | mg/kg | 0.19 | 1 | 09/22/16 10:16 | 09/27/16 10:05 | 7440-41-7 | |
| Boron | **1.4** | mg/kg | 0.93 | 1 | 09/22/16 10:16 | 09/27/16 10:05 | 7440-42-8 | |
| Cadmium | ND | mg/kg | 0.19 | 1 | 09/22/16 10:16 | 09/27/16 10:05 | 7440-43-9 | |
| Calcium | **2710** | mg/kg | 18.7 | 1 | 09/22/16 10:16 | 09/27/16 10:05 | 7440-70-2 | |
| Chromium | **2.6** | mg/kg | 0.19 | 1 | 09/22/16 10:16 | 09/27/16 10:05 | 7440-47-3 | |
| Cobalt | **4.4** | mg/kg | 0.19 | 1 | 09/22/16 10:16 | 09/27/16 10:05 | 7440-48-4 | |
| Copper | **1.7** | mg/kg | 0.93 | 1 | 09/22/16 10:16 | 09/27/16 10:05 | 7440-50-8 | |
| Iron | **70300** | mg/kg | 18.7 | 1 | 09/22/16 10:16 | 09/27/16 10:05 | 7439-89-6 | |
| Lead | **1.7** | mg/kg | 0.19 | 1 | 09/22/16 10:16 | 09/27/16 10:05 | 7439-92-1 | |
| Lithium | **2.3** | mg/kg | 0.19 | 1 | 09/22/16 10:16 | 09/27/16 10:05 | 7439-93-2 | |
| Magnesium | **375** | mg/kg | 18.7 | 1 | 09/22/16 10:16 | 09/27/16 10:05 | 7439-95-4 | |
| Manganese | **1930** | mg/kg | 0.19 | 1 | 09/22/16 10:16 | 09/27/16 10:05 | 7439-96-5 | |
| Molybdenum | **0.69** | mg/kg | 0.19 | 1 | 09/22/16 10:16 | 09/27/16 10:05 | 7439-98-7 | |
| Nickel | **3.7** | mg/kg | 0.19 | 1 | 09/22/16 10:16 | 09/27/16 10:05 | 7440-02-0 | |
| Potassium | **118** | mg/kg | 18.7 | 1 | 09/22/16 10:16 | 09/27/16 10:05 | 7440-09-7 | B |
| Selenium | ND | mg/kg | 0.19 | 1 | 09/22/16 10:16 | 09/27/16 10:05 | 7782-49-2 | |
| Silicon | **3680** | mg/kg | 46.6 | 1 | 09/22/16 10:16 | 09/27/16 10:05 | 7440-21-3 | N2 |
| Silver | ND | mg/kg | 0.19 | 1 | 09/22/16 10:16 | 09/27/16 10:05 | 7440-22-4 | |
| Sodium | **169** | mg/kg | 18.7 | 1 | 09/22/16 10:16 | 09/27/16 10:05 | 7440-23-5 | |
| Strontium | **70.4** | mg/kg | 0.19 | 1 | 09/22/16 10:16 | 09/27/16 10:05 | 7440-24-6 | |
| Thallium | ND | mg/kg | 0.19 | 1 | 09/22/16 10:16 | 09/27/16 10:05 | 7440-28-0 | |
| Tin | ND | mg/kg | 0.19 | 1 | 09/22/16 10:16 | 09/27/16 10:05 | 7440-31-5 | |
| Titanium | **7.2** | mg/kg | 0.93 | 1 | 09/22/16 10:16 | 09/27/16 10:05 | 7440-32-6 | |

**REPORT OF LABORATORY ANALYSIS**

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 12/15/2016 11:05 AM


www.pacelabs.com

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

## ANALYTICAL RESULTS

Project: **Maxine Mine**
Pace Project No.: **2042884**

**Sample: BCDS SED**         **Lab ID: 2042884006**    Collected: 09/20/16 15:30   Received: 09/21/16 08:20   Matrix: Solid
***Results reported on a "wet-weight" basis***

| Parameters | Results | Units | Report Limit | DF | Prepared | Analyzed | CAS No. | Qual |
|---|---|---|---|---|---|---|---|---|
| **6020 MET ICPMS** | Analytical Method: EPA 6020  Preparation Method: EPA 3050 | | | | | | | |
| Vanadium | **3.0** | mg/kg | 0.93 | 1 | 09/22/16 10:16 | 09/27/16 10:05 | 7440-62-2 | |
| Zinc | **5.9** | mg/kg | 0.93 | 1 | 09/22/16 10:16 | 09/27/16 10:05 | 7440-66-6 | |
| **7471 Mercury** | Analytical Method: EPA 7471  Preparation Method: EPA 7471 | | | | | | | |
| Mercury | **0.027** | mg/kg | 0.011 | 1 | 09/21/16 15:38 | 09/22/16 08:44 | 7439-97-6 | |
| **ASTM D4239-05 Sulfur** | Analytical Method: ASTM D4239-05 | | | | | | | |
| Sulfur | ND | % (w/w) | 0.020 | 1 | | 09/23/16 14:10 | | N2 |
| **351.2 Total Kjeldahl Nitrogen** | Analytical Method: EPA 351.2  Preparation Method: EPA 351.2 | | | | | | | |
| Nitrogen, Kjeldahl, Total | **207** | mg/kg | 49.7 | 1 | 09/28/16 15:39 | 09/29/16 18:43 | 7727-37-9 | |
| **365.4 Total Phosphorus** | Analytical Method: EPA 365.4  Preparation Method: EPA 365.4 | | | | | | | |
| Phosphorus | **73.1** | mg/kg | 9.9 | 1 | 09/28/16 09:58 | 10/03/16 10:37 | 7723-14-0 | |
| **4500 Ammonia Soil, Distilled** | Analytical Method: SM 4500-NH3 D  Preparation Method: SM 4500-NH3 B | | | | | | | |
| Nitrogen, Ammonia | **239** | mg/kg | 50.0 | 10 | 10/03/16 16:32 | 10/04/16 13:11 | 7664-41-7 | |
| **SM4500NO3-F, NO3-NO2** | Analytical Method: SM 4500-NO3 F  Preparation Method: SM 4500-NO3 F | | | | | | | |
| Nitrogen, NO2 plus NO3 | **3.5** | mg/kg | 0.50 | 1 | 09/24/16 11:27 | 09/25/16 18:10 | | |
| **Chromium, Hexavalent, soluble** | Analytical Method: EPA 7196  Preparation Method: EPA 7196 | | | | | | | |
| Chromium, Hexavalent | ND | mg/kg | 1.0 | 10 | 09/24/16 11:27 | 09/24/16 12:30 | 18540-29-9 | |
| **9012 Cyanide, Total** | Analytical Method: EPA 9012  Preparation Method: EPA 9010 | | | | | | | |
| Cyanide | ND | mg/kg | 1.0 | 1 | 09/22/16 14:45 | 09/24/16 11:24 | 57-12-5 | |
| **9065 Phenolics, Total** | Analytical Method: EPA 9065  Preparation Method: EPA 9065 | | | | | | | |
| Phenolics, Total Recoverable | **0.52** | mg/kg | 0.15 | 1 | 09/26/16 09:12 | 09/27/16 14:35 | | |
| **9251 Chloride** | Analytical Method: EPA 9251  Preparation Method: EPA 9251 | | | | | | | |
| Chloride | **1480** | mg/kg | 100 | 10 | 09/24/16 11:27 | 09/24/16 12:37 | 16887-00-6 | |

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 12/15/2016 11:05 AM

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

**Pace Analytical®**
www.pacelabs.com

## QUALITY CONTROL DATA

| | |
|---|---|
| Project: | Maxine Mine |
| Pace Project No.: | 2042884 |

| | | | |
|---|---|---|---|
| QC Batch: | 63527 | Analysis Method: | EPA 7470 |
| QC Batch Method: | EPA 7470 | Analysis Description: | 7470 Mercury |
| Associated Lab Samples: | 2042884001, 2042884002, 2042884003 | | |

METHOD BLANK:   263572                          Matrix:  Water
Associated Lab Samples:   2042884001, 2042884002, 2042884003

| Parameter | Units | Blank Result | Reporting Limit | Analyzed | Qualifiers |
|---|---|---|---|---|---|
| Mercury | ug/L | ND | 0.20 | 09/22/16 14:21 | |

LABORATORY CONTROL SAMPLE:   263573

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Mercury | ug/L | 1 | 1.0 | 100 | 80-120 | |

MATRIX SPIKE & MATRIX SPIKE DUPLICATE:   263574          263575

| Parameter | Units | 2042749007 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mercury | ug/L | ND | 1 | 1 | 0.97 | 0.97 | 96 | 96 | 75-125 | 0 | 20 | |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

### REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

Pace Analytical®
www.pacelabs.com

## QUALITY CONTROL DATA

| | |
|---|---|
| Project: | Maxine Mine |
| Pace Project No.: | 2042884 |

| | | | |
|---|---|---|---|
| QC Batch: | 63591 | Analysis Method: | EPA 7471 |
| QC Batch Method: | EPA 7471 | Analysis Description: | 7471 Mercury |
| Associated Lab Samples: | 2042884004, 2042884005, 2042884006 | | |

METHOD BLANK: 263800      Matrix: Solid

Associated Lab Samples: 2042884004, 2042884005, 2042884006

| Parameter | Units | Blank Result | Reporting Limit | Analyzed | Qualifiers |
|---|---|---|---|---|---|
| Mercury | mg/kg | ND | 0.020 | 09/22/16 08:07 | |

LABORATORY CONTROL SAMPLE: 263801

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Mercury | mg/kg | .1 | 0.11 | 106 | 80-120 | |

MATRIX SPIKE & MATRIX SPIKE DUPLICATE: 263802      263803

| Parameter | Units | 35264841002 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mercury | mg/kg | 0.37 | .099 | .08 | 0.36 | 0.49 | -4 | 160 | 75-125 | 31 | 20 | M1,R1 |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical®
www.pacelabs.com

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

## QUALITY CONTROL DATA

Project: Maxine Mine
Pace Project No.: 2042884

| QC Batch: | 63657 | Analysis Method: | EPA 6020 |
|---|---|---|---|
| QC Batch Method: | EPA 3050 | Analysis Description: | 6020 MET |

Associated Lab Samples: 2042884004, 2042884005, 2042884006

METHOD BLANK: 264057                              Matrix: Solid
Associated Lab Samples: 2042884004, 2042884005, 2042884006

| Parameter | Units | Blank Result | Reporting Limit | Analyzed | Qualifiers |
|---|---|---|---|---|---|
| Aluminum | mg/kg | ND | 50.0 | 09/27/16 09:50 | |
| Antimony | mg/kg | ND | 0.50 | 09/27/16 09:50 | |
| Arsenic | mg/kg | ND | 0.50 | 09/27/16 09:50 | |
| Barium | mg/kg | ND | 0.50 | 09/27/16 09:50 | |
| Beryllium | mg/kg | ND | 0.50 | 09/27/16 09:50 | |
| Boron | mg/kg | ND | 2.5 | 09/27/16 09:50 | |
| Cadmium | mg/kg | ND | 0.50 | 09/27/16 09:50 | |
| Calcium | mg/kg | ND | 50.0 | 09/27/16 09:50 | |
| Chromium | mg/kg | ND | 0.50 | 09/27/16 09:50 | |
| Cobalt | mg/kg | ND | 0.50 | 09/27/16 09:50 | |
| Copper | mg/kg | ND | 2.5 | 09/27/16 09:50 | |
| Iron | mg/kg | ND | 50.0 | 09/27/16 09:50 | |
| Lead | mg/kg | ND | 0.50 | 09/27/16 09:50 | |
| Lithium | mg/kg | ND | 0.50 | 09/27/16 09:50 | |
| Magnesium | mg/kg | ND | 50.0 | 09/27/16 09:50 | |
| Manganese | mg/kg | ND | 0.50 | 09/27/16 09:50 | |
| Molybdenum | mg/kg | ND | 0.50 | 09/27/16 09:50 | |
| Nickel | mg/kg | ND | 0.50 | 09/27/16 09:50 | |
| Potassium | mg/kg | ND | 50.0 | 09/27/16 09:50 | B |
| Selenium | mg/kg | ND | 0.50 | 09/27/16 09:50 | |
| Silicon | mg/kg | ND | 125 | 09/27/16 09:50 | N2 |
| Silver | mg/kg | ND | 0.50 | 09/27/16 09:50 | |
| Sodium | mg/kg | ND | 50.0 | 09/27/16 09:50 | |
| Strontium | mg/kg | ND | 0.50 | 09/27/16 09:50 | |
| Thallium | mg/kg | ND | 0.50 | 09/27/16 09:50 | |
| Tin | mg/kg | ND | 0.50 | 09/27/16 09:50 | |
| Titanium | mg/kg | ND | 2.5 | 09/27/16 09:50 | |
| Vanadium | mg/kg | ND | 2.5 | 09/27/16 09:50 | |
| Zinc | mg/kg | ND | 2.5 | 09/27/16 09:50 | |

LABORATORY CONTROL SAMPLE: 264058

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Aluminum | mg/kg | 1000 | 979 | 98 | 80-120 | |
| Antimony | mg/kg | 10 | 9.0 | 90 | 84-120 | |
| Arsenic | mg/kg | 10 | 9.1 | 91 | 84-120 | |
| Barium | mg/kg | 10 | 9.6 | 96 | 85-120 | |
| Beryllium | mg/kg | 10 | 9.1 | 91 | 80-120 | |
| Boron | mg/kg | 10 | 9.7 | 97 | 80-120 | |
| Cadmium | mg/kg | 10 | 9.3 | 93 | 85-120 | |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 12/15/2016 11:05 AM



Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

**QUALITY CONTROL DATA**

Project:            Maxine Mine
Pace Project No.:   2042884

LABORATORY CONTROL SAMPLE:   264058

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|-----------|-------|-------------|------------|-----------|--------------|------------|
| Calcium | mg/kg | 1000 | 970 | 97 | 85-120 | |
| Chromium | mg/kg | 10 | 9.7 | 97 | 85-120 | |
| Cobalt | mg/kg | 10 | 9.7 | 97 | 85-120 | |
| Copper | mg/kg | 10 | 9.8 | 98 | 85-120 | |
| Iron | mg/kg | 1000 | 967 | 97 | 85-120 | |
| Lead | mg/kg | 10 | 9.5 | 95 | 83-120 | |
| Lithium | mg/kg | 10 | 9.6 | 96 | 80-120 | |
| Magnesium | mg/kg | 1000 | 966 | 97 | 80-120 | |
| Manganese | mg/kg | 10 | 9.8 | 98 | 85-120 | |
| Molybdenum | mg/kg | 10 | 9.6 | 96 | 85-120 | |
| Nickel | mg/kg | 10 | 9.8 | 98 | 85-120 | |
| Potassium | mg/kg | 1000 | 1030 | 103 | 85-119 | |
| Selenium | mg/kg | 10 | 9.2 | 92 | 84-120 | |
| Silicon | mg/kg | 500 | 461 | 92 | 80-120 | N2 |
| Silver | mg/kg | 10 | 9.8 | 98 | 81-120 | |
| Sodium | mg/kg | 1000 | 986 | 99 | 85-120 | |
| Strontium | mg/kg | 10 | 9.6 | 96 | 85-120 | |
| Thallium | mg/kg | 10 | 9.8 | 98 | 83-120 | |
| Tin | mg/kg | 10 | 9.6 | 96 | 80-120 | |
| Titanium | mg/kg | 10 | 9.5 | 95 | 85-120 | |
| Vanadium | mg/kg | 10 | 9.6 | 96 | 81-120 | |
| Zinc | mg/kg | 10 | 9.4 | 94 | 80-120 | |

MATRIX SPIKE & MATRIX SPIKE DUPLICATE:   264059          264060

| Parameter | Units | 2042741023 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|-----------|-------|-------------------|----------------|-----------------|-----------|------------|----------|-----------|--------------|-----|---------|------|
| Aluminum | mg/kg | 14600 | 926 | 758 | 28400 | 25100 | 1490 | 1390 | 80-120 | 12 | 20 | M1 |
| Antimony | mg/kg | 0.033 | 9.3 | 7.6 | 3.9 | 3.0 | 42 | 40 | 80-120 | 25 | 20 | M1,R1 |
| Arsenic | mg/kg | 0.82 | 9.3 | 7.6 | 6.8 | 4.9 | 65 | 54 | 80-120 | 32 | 20 | M1,R1 |
| Barium | mg/kg | 116 | 9.3 | 7.6 | 115 | 115 | -9 | -13 | 80-120 | 0 | 20 | M1 |
| Beryllium | mg/kg | 0.27 | 9.3 | 7.6 | 9.0 | 7.1 | 94 | 90 | 80-120 | 23 | 20 | R1 |
| Boron | mg/kg | 0.41 | 9.3 | 7.6 | 8.2 | 6.2 | 84 | 76 | 80-120 | 28 | 20 | M1,R1 |
| Cadmium | mg/kg | 0.0060 | 9.3 | 7.6 | 8.2 | 6.5 | 89 | 86 | 80-120 | 23 | 20 | R1 |
| Calcium | mg/kg | 1890 | 926 | 758 | 2630 | 2270 | 79 | 50 | 80-120 | 14 | 20 | M1 |
| Chromium | mg/kg | 3.8 | 9.3 | 7.6 | 11.5 | 10.1 | 83 | 83 | 80-120 | 13 | 20 | |
| Cobalt | mg/kg | 5.3 | 9.3 | 7.6 | 13.2 | 11.4 | 85 | 80 | 80-120 | 15 | 20 | |
| Copper | mg/kg | 22.0 | 9.3 | 7.6 | 28.4 | 27.0 | 70 | 66 | 80-120 | 5 | 20 | M1 |
| Iron | mg/kg | 22700 | 926 | 758 | 27700 | 24900 | 541 | 295 | 75-125 | 11 | 20 | M1 |
| Lead | mg/kg | 4.3 | 9.3 | 7.6 | 15.9 | 13.8 | 125 | 126 | 80-120 | 14 | 20 | M1 |
| Lithium | mg/kg | 2.1 | 9.3 | 7.6 | 13.0 | 11.3 | 118 | 122 | 75-125 | 14 | 20 | |
| Magnesium | mg/kg | 1580 | 926 | 758 | 2790 | 2370 | 130 | 105 | 80-120 | 16 | 20 | M1 |
| Manganese | mg/kg | 347 | 9.3 | 7.6 | 348 | 337 | 10 | -131 | 75-125 | 3 | 20 | M1 |
| Molybdenum | mg/kg | 0.022 | 9.3 | 7.6 | 5.6 | 4.2 | 61 | 55 | 80-120 | 30 | 20 | M1,R1 |
| Nickel | mg/kg | 3.2 | 9.3 | 7.6 | 10.9 | 8.8 | 83 | 74 | 80-120 | 21 | 20 | M1,R1 |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

**REPORT OF LABORATORY ANALYSIS**

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 12/15/2016 11:05 AM

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

Pace Analytical®
www.pacelabs.com

# QUALITY CONTROL DATA

Project:              Maxine Mine
Pace Project No.:     2042884

MATRIX SPIKE & MATRIX SPIKE DUPLICATE:     264059                264060

| Parameter | Units | 2042741023 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|-----------|-------|-------------------|----------------|------------------|-----------|------------|----------|-----------|--------------|-----|---------|------|
| Potassium | mg/kg | 245 | 926 | 758 | 1150 | 959 | 98 | 94 | 80-120 | 18 | 20 | |
| Selenium | mg/kg | 0.29 | 9.3 | 7.6 | 6.5 | 4.6 | 67 | 57 | 80-120 | 33 | 20 | M1,R1 |
| Silicon | mg/kg | 2250 | 463 | 379 | 1590 | 1050 | -142 | -315 | 75-125 | 41 | 20 | M1,N2, R1 |
| Silver | mg/kg | 0.0065 | 9.3 | 7.6 | 8.2 | 6.2 | 88 | 82 | 80-120 | 27 | 20 | R1 |
| Sodium | mg/kg | 113 | 926 | 758 | 915 | 725 | 87 | 81 | 80-120 | 23 | 20 | R1 |
| Strontium | mg/kg | 49.7 | 9.3 | 7.6 | 57.9 | 49.2 | 88 | -7 | 75-125 | 16 | 20 | M1 |
| Thallium | mg/kg | 0.042 | 9.3 | 7.6 | 9.5 | 7.6 | 102 | 100 | 80-120 | 22 | 20 | R1 |
| Tin | mg/kg | 0.43 | 9.3 | 7.6 | 9.4 | 8.7 | 97 | 109 | 80-120 | 8 | 20 | |
| Titanium | mg/kg | 118 | 9.3 | 7.6 | 186 | 173 | 737 | 729 | 75-125 | 7 | 20 | M1 |
| Vanadium | mg/kg | 55.8 | 9.3 | 7.6 | 67.2 | 68.9 | 123 | 173 | 80-120 | 3 | 20 | M1 |
| Zinc | mg/kg | 14.9 | 9.3 | 7.6 | 25.1 | 22.2 | 109 | 96 | 80-120 | 12 | 20 | |

Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.

# REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

Pace Analytical®
www.pacelabs.com

## QUALITY CONTROL DATA

Project: Maxine Mine
Pace Project No.: 2042884

| QC Batch: | 63893 | Analysis Method: | EPA 6020 |
|---|---|---|---|
| QC Batch Method: | EPA 3010 | Analysis Description: | 6020 MET |
| Associated Lab Samples: | 2042884001, 2042884002, 2042884003 | | |

METHOD BLANK: 265223                           Matrix: Water
Associated Lab Samples: 2042884001, 2042884002, 2042884003

| Parameter | Units | Blank Result | Reporting Limit | Analyzed | Qualifiers |
|---|---|---|---|---|---|
| Aluminum | mg/L | ND | 0.10 | 09/27/16 18:08 | |
| Antimony | mg/L | ND | 0.0010 | 09/27/16 18:08 | |
| Arsenic | mg/L | ND | 0.0010 | 09/27/16 18:08 | |
| Barium | mg/L | ND | 0.0010 | 09/27/16 18:08 | |
| Beryllium | mg/L | ND | 0.0010 | 09/27/16 18:08 | |
| Boron | mg/L | ND | 0.0050 | 09/27/16 18:08 | |
| Cadmium | mg/L | ND | 0.0010 | 09/27/16 18:08 | |
| Calcium | mg/L | ND | 0.10 | 09/27/16 18:08 | |
| Chromium | mg/L | ND | 0.0010 | 09/27/16 18:08 | |
| Cobalt | mg/L | ND | 0.0010 | 09/27/16 18:08 | |
| Copper | mg/L | ND | 0.0030 | 09/27/16 18:08 | |
| Iron | mg/L | ND | 0.10 | 09/27/16 18:08 | |
| Lead | mg/L | ND | 0.0010 | 09/27/16 18:08 | |
| Lithium | mg/L | ND | 0.0010 | 09/27/16 18:08 | |
| Magnesium | mg/L | ND | 0.10 | 09/27/16 18:08 | |
| Manganese | mg/L | ND | 0.0010 | 09/27/16 18:08 | |
| Molybdenum | mg/L | ND | 0.0030 | 09/27/16 18:08 | |
| Nickel | mg/L | ND | 0.0010 | 09/27/16 18:08 | |
| Potassium | mg/L | ND | 0.10 | 09/27/16 18:08 | |
| Selenium | mg/L | ND | 0.0010 | 09/27/16 18:08 | |
| Silicon | mg/L | ND | 0.050 | 09/27/16 18:08 | |
| Silver | mg/L | ND | 0.00050 | 09/27/16 18:08 | |
| Sodium | mg/L | ND | 0.10 | 09/27/16 18:08 | |
| Strontium | mg/L | ND | 0.0010 | 09/27/16 18:08 | |
| Thallium | mg/L | ND | 0.00050 | 09/27/16 18:08 | |
| Tin | mg/L | ND | 0.00010 | 09/27/16 18:08 | |
| Titanium | mg/L | ND | 0.0010 | 09/27/16 18:08 | |
| Vanadium | mg/L | ND | 0.0050 | 09/27/16 18:08 | |
| Zinc | mg/L | ND | 0.0050 | 09/27/16 18:08 | |

LABORATORY CONTROL SAMPLE: 265224

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Aluminum | mg/L | 2 | 2.0 | 101 | 80-117 | |
| Antimony | mg/L | .02 | 0.020 | 99 | 85-115 | |
| Arsenic | mg/L | .02 | 0.020 | 101 | 83-115 | |
| Barium | mg/L | .02 | 0.020 | 101 | 85-115 | |
| Beryllium | mg/L | .02 | 0.020 | 100 | 80-116 | |
| Boron | mg/L | .02 | 0.020 | 102 | 80-120 | |
| Cadmium | mg/L | .02 | 0.020 | 100 | 85-115 | |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

### REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 12/15/2016 11:05 AM



Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

**QUALITY CONTROL DATA**

Project:        Maxine Mine
Pace Project No.:   2042884

---

LABORATORY CONTROL SAMPLE:   265224

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Calcium | mg/L | 2 | 2.0 | 102 | 80-120 | |
| Chromium | mg/L | .02 | 0.020 | 100 | 85-115 | |
| Cobalt | mg/L | .02 | 0.020 | 101 | 85-115 | |
| Copper | mg/L | .02 | 0.021 | 104 | 80-120 | |
| Iron | mg/L | 2 | 2.0 | 100 | 80-120 | |
| Lead | mg/L | .02 | 0.019 | 96 | 84-115 | |
| Lithium | mg/L | .02 | 0.020 | 98 | 80-120 | |
| Magnesium | mg/L | 2 | 2.0 | 99 | 80-120 | |
| Manganese | mg/L | .02 | 0.020 | 102 | 85-115 | |
| Molybdenum | mg/L | .02 | 0.019 | 97 | 81-115 | |
| Nickel | mg/L | .02 | 0.020 | 101 | 80-118 | |
| Potassium | mg/L | 2 | 2.1 | 105 | 80-120 | |
| Selenium | mg/L | .02 | 0.021 | 105 | 85-115 | |
| Silicon | mg/L | 1 | 1.0 | 100 | 80-120 | |
| Silver | mg/L | .02 | 0.020 | 101 | 80-115 | |
| Sodium | mg/L | 2 | 2.0 | 101 | 80-120 | |
| Strontium | mg/L | .02 | 0.020 | 100 | 80-120 | |
| Thallium | mg/L | .02 | 0.019 | 95 | 82-115 | |
| Tin | mg/L | .02 | 0.020 | 99 | 81-115 | |
| Titanium | mg/L | .02 | 0.020 | 98 | 80-120 | |
| Vanadium | mg/L | .02 | 0.020 | 100 | 81-115 | |
| Zinc | mg/L | .02 | 0.021 | 105 | 80-120 | |

---

MATRIX SPIKE & MATRIX SPIKE DUPLICATE:   265225            265226

| Parameter | Units | 2042935003 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aluminum | mg/L | | 2 | 2 | 2.1 | 2.1 | 101 | 101 | 80-120 | 0 | 20 | |
| Antimony | mg/L | | .02 | .02 | 0.020 | 0.020 | 98 | 101 | 80-120 | 3 | 20 | |
| Arsenic | mg/L | | .02 | .02 | 0.023 | 0.024 | 93 | 93 | 80-120 | 1 | 20 | |
| Barium | mg/L | | .02 | .02 | 0.60 | 0.61 | 22 | 56 | 80-120 | 1 | 20 | M1 |
| Beryllium | mg/L | | .02 | .02 | 0.021 | 0.021 | 105 | 106 | 80-120 | 2 | 20 | |
| Boron | mg/L | | .02 | .02 | 0.46 | 0.47 | 59 | 84 | 75-125 | 1 | 20 | M1 |
| Cadmium | mg/L | | .02 | .02 | 0.018 | 0.019 | 92 | 93 | 80-120 | 2 | 20 | |
| Calcium | mg/L | | 2 | 2 | 127 | 128 | -15 | 15 | 80-120 | 0 | 20 | M1 |
| Chromium | mg/L | | .02 | .02 | 0.019 | 0.019 | 91 | 92 | 80-120 | 2 | 20 | |
| Cobalt | mg/L | | .02 | .02 | 0.019 | 0.019 | 88 | 89 | 80-120 | 0 | 20 | |
| Copper | mg/L | | .02 | .02 | 0.017 | 0.017 | 82 | 83 | 80-120 | 0 | 20 | |
| Iron | mg/L | | 2 | 2 | 2.6 | 2.6 | 92 | 93 | 80-120 | 1 | 20 | |
| Lead | mg/L | | .02 | .02 | 0.020 | 0.021 | 101 | 103 | 80-120 | 2 | 20 | |
| Lithium | mg/L | | .02 | .02 | 0.050 | 0.051 | 99 | 102 | 80-120 | 1 | 20 | |
| Magnesium | mg/L | | 2 | 2 | 48.8 | 48.7 | 65 | 63 | 80-120 | 0 | 20 | M1 |
| Manganese | mg/L | | .02 | .02 | 0.96 | 0.96 | 37 | 50 | 80-120 | 0 | 20 | M1 |
| Molybdenum | mg/L | | .02 | .02 | 0.020 | 0.021 | 94 | 97 | 80-120 | 3 | 20 | |
| Nickel | mg/L | | .02 | .02 | 0.019 | 0.019 | 84 | 86 | 80-120 | 1 | 20 | |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

**REPORT OF LABORATORY ANALYSIS**

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

**Pace Analytical**
www.pacelabs.com

# QUALITY CONTROL DATA

Project:        Maxine Mine
Pace Project No.:    2042884

---

MATRIX SPIKE & MATRIX SPIKE DUPLICATE:    265225                265226

| Parameter | Units | 2042935003 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Potassium | mg/L | | 2 | 2 | 4.7 | 4.7 | 90 | 90 | 75-125 | 0 | 20 | |
| Selenium | mg/L | ND | .02 | .02 | 0.019 | 0.019 | 93 | 94 | 80-120 | 1 | 20 | |
| Silicon | mg/L | | 1 | 1 | 13.3 | 13.3 | 77 | 77 | 75-125 | 0 | 20 | |
| Silver | mg/L | | .02 | .02 | 0.017 | 0.017 | 84 | 85 | 80-120 | 1 | 20 | |
| Sodium | mg/L | | 2 | 2 | 123 | 123 | 5 | 5 | 75-125 | 0 | 20 | M1 |
| Strontium | mg/L | | .02 | .02 | 1.4 | 1.4 | -20 | 45 | 75-125 | 1 | 20 | M1 |
| Thallium | mg/L | | .02 | .02 | 0.020 | 0.020 | 99 | 102 | 80-120 | 3 | 20 | |
| Tin | mg/L | | .02 | .02 | 0.020 | 0.020 | 97 | 99 | 80-120 | 2 | 20 | |
| Titanium | mg/L | | .02 | .02 | 0.021 | 0.021 | 101 | 101 | 80-120 | 0 | 20 | |
| Vanadium | mg/L | | .02 | .02 | 0.020 | 0.020 | 95 | 96 | 80-120 | 1 | 20 | |
| Zinc | mg/L | | .02 | .02 | 0.022 | 0.022 | 88 | 89 | 80-120 | 1 | 20 | |

---

MATRIX SPIKE & MATRIX SPIKE DUPLICATE:    265227                265228

| Parameter | Units | 2043014005 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aluminum | mg/L | | | | 2.2 | 2.1 | | | | 1 | 20 | |
| Antimony | mg/L | | | | 0.020 | 0.021 | | | | 2 | 20 | |
| Arsenic | mg/L | | | | 0.021 | 0.021 | | | | 0 | 20 | |
| Barium | mg/L | | | | 0.082 | 0.084 | | | | 2 | 20 | |
| Beryllium | mg/L | | | | 0.022 | 0.022 | | | | 0 | 20 | |
| Boron | mg/L | | | | 0.21 | 0.22 | | | | 2 | 20 | M1 |
| Cadmium | mg/L | | | | 0.019 | 0.019 | | | | 1 | 20 | |
| Calcium | mg/L | | | | 90.8 | 93.7 | | | | 3 | 20 | M1 |
| Chromium | mg/L | | | | 0.019 | 0.019 | | | | 0 | 20 | |
| Cobalt | mg/L | | | | 0.018 | 0.018 | | | | 1 | 20 | |
| Copper | mg/L | | | | 0.018 | 0.017 | | | | 1 | 20 | |
| Iron | mg/L | | | | 1.9 | 1.9 | | | | 1 | 20 | |
| Lead | mg/L | | | | 0.021 | 0.021 | | | | 0 | 20 | |
| Lithium | mg/L | | | | 0.060 | 0.061 | | | | 2 | 20 | |
| Magnesium | mg/L | | | | 43.3 | 44.6 | | | | 3 | 20 | M1 |
| Manganese | mg/L | | | | 0.18 | 0.18 | | | | 3 | 20 | |
| Molybdenum | mg/L | | | | 0.025 | 0.025 | | | | 1 | 20 | |
| Nickel | mg/L | | | | 0.018 | 0.019 | | | | 1 | 20 | |
| Potassium | mg/L | | | | 5.2 | 5.4 | | | | 3 | 20 | |
| Selenium | mg/L | | | | 0.021 | 0.022 | | | | 3 | 20 | |
| Silicon | mg/L | | | | 12.7 | 13.1 | | | | 3 | 20 | M1 |
| Silver | mg/L | | | | 0.018 | 0.018 | | | | 1 | 20 | |
| Sodium | mg/L | | | | 67.9 | 70.2 | | | | 3 | 20 | M1 |
| Strontium | mg/L | | | | 1.4 | 1.4 | | | | 1 | 20 | M1 |
| Thallium | mg/L | | | | 0.020 | 0.020 | | | | 0 | 20 | |
| Tin | mg/L | | | | 0.020 | 0.021 | | | | 1 | 20 | |
| Titanium | mg/L | | | | 0.018 | 0.021 | | | | 11 | 20 | |
| Vanadium | mg/L | | | | 0.039 | 0.040 | | | | 1 | 20 | |

Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

**Pace Analytical Services, LLC**
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

**Pace Analytical®**
www.pacelabs.com

## QUALITY CONTROL DATA

Project:          Maxine Mine
Pace Project No.:    2042884

MATRIX SPIKE & MATRIX SPIKE DUPLICATE:    265227                 265228

| Parameter | Units | 2043014005 Result | MS Spike Conc. | MSD Spike Conc. | MS Result | MSD Result | MS % Rec | MSD % Rec | % Rec Limits | RPD | Max RPD | Qual |
|-----------|-------|-------------------|----------------|-----------------|-----------|------------|----------|-----------|--------------|-----|---------|------|
| Zinc | mg/L | | | | 0.020 | 0.020 | | | | 1 | 20 | |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 12/15/2016 11:05 AM

Pace Analytical®
www.pacelabs.com

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

## QUALITY CONTROL DATA

| | |
|---|---|
| Project: | Maxine Mine |
| Pace Project No.: | 2042884 |

| | | | |
|---|---|---|---|
| QC Batch: | 63819 | Analysis Method: | SM 2510B |
| QC Batch Method: | SM 2510B | Analysis Description: | 2510B Specific Conductance |
| Associated Lab Samples: | 2042884001, 2042884002, 2042884003 | | |

METHOD BLANK:  264758                                              Matrix: Water

Associated Lab Samples:  2042884001, 2042884002, 2042884003

| Parameter | Units | Blank Result | Reporting Limit | Analyzed | Qualifiers |
|---|---|---|---|---|---|
| Specific Conductance | umhos/cm | ND | 1.0 | 09/23/16 15:12 | |

LABORATORY CONTROL SAMPLE:  264759

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Specific Conductance | umhos/cm | 1410 | 1450 | 103 | 95-105 | |

SAMPLE DUPLICATE:  264760

| Parameter | Units | 2042596001 Result | Dup Result | RPD | Max RPD | Qualifiers |
|---|---|---|---|---|---|---|
| Specific Conductance | umhos/cm | 681 | 684 | 0 | 20 | |

Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 12/15/2016 11:05 AM

**Pace Analytical Services, LLC**
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

## QUALITY CONTROL DATA

Project:              Maxine Mine
Pace Project No.:     2042884

| QC Batch: | 63802 | Analysis Method: | SM 2540C |
|---|---|---|---|
| QC Batch Method: | SM 2540C | Analysis Description: | 2540C Total Dissolved Solids |
| Associated Lab Samples: | 2042884001, 2042884002, 2042884003 | | |

METHOD BLANK:   264678                              Matrix:  Water
Associated Lab Samples:   2042884001, 2042884002, 2042884003

| Parameter | Units | Blank Result | Reporting Limit | Analyzed | Qualifiers |
|---|---|---|---|---|---|
| Total Dissolved Solids | mg/L | ND | 10.0 | 09/23/16 14:50 | |

LABORATORY CONTROL SAMPLE:   264679

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Total Dissolved Solids | mg/L | 100 | 84.0 | 84 | 80-120 | |

SAMPLE DUPLICATE:   264680

| Parameter | Units | 2043007001 Result | Dup Result | RPD | Max RPD | Qualifiers |
|---|---|---|---|---|---|---|
| Total Dissolved Solids | mg/L | 4030 | 4320 | 7 | 20 | |

SAMPLE DUPLICATE:   264681

| Parameter | Units | 2042917007 Result | Dup Result | RPD | Max RPD | Qualifiers |
|---|---|---|---|---|---|---|
| Total Dissolved Solids | mg/L | 4160 | 4240 | 2 | 20 | |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical®
www.pacelabs.com

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

## QUALITY CONTROL DATA

| | |
|---|---|
| Project: | Maxine Mine |
| Pace Project No.: | 2042884 |

| | | | |
|---|---|---|---|
| QC Batch: | 63666 | Analysis Method: | SM 2540D |
| QC Batch Method: | SM 2540D | Analysis Description: | 2540D Total Suspended Solids |
| Associated Lab Samples: | 2042884001, 2042884002, 2042884003 | | |

METHOD BLANK:  264095                                          Matrix:  Water
Associated Lab Samples:   2042884001, 2042884002, 2042884003

| Parameter | Units | Blank Result | Reporting Limit | Analyzed | Qualifiers |
|---|---|---|---|---|---|
| Total Suspended Solids | mg/L | ND | 4.0 | 09/22/16 10:41 | |

LABORATORY CONTROL SAMPLE:   264096

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Total Suspended Solids | mg/L | 100 | 91.0 | 91 | 80-120 | |

SAMPLE DUPLICATE:   264097

| Parameter | Units | 2042892001 Result | Dup Result | RPD | Max RPD | Qualifiers |
|---|---|---|---|---|---|---|
| Total Suspended Solids | mg/L | 14.0 | 15.0 | 7 | 20 | |

SAMPLE DUPLICATE:   264098

| Parameter | Units | 2042908001 Result | Dup Result | RPD | Max RPD | Qualifiers |
|---|---|---|---|---|---|---|
| Total Suspended Solids | mg/L | ND | ND | | 20 | |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 12/15/2016 11:05 AM

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

**Pace Analytical**
®
www.pacelabs.com

## QUALITY CONTROL DATA

| Project: | Maxine Mine |
| Pace Project No.: | 2042884 |

| QC Batch: | 330128 | Analysis Method: | ASTM D4239-05 |
| QC Batch Method: | ASTM D4239-05 | Analysis Description: | ASTM D4239-05 Sulfur |

Associated Lab Samples:   2042884001, 2042884002, 2042884003, 2042884004, 2042884005, 2042884006

SAMPLE DUPLICATE:   1829356

| Parameter | Units | 92313269001 Result | Dup Result | RPD | Max RPD | Qualifiers |
|---|---|---|---|---|---|---|
| Sulfur | % (w/w) | 0.117 | 0.120 | 3 | 10 | N2 |

Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 12/15/2016 11:05 AM

Pace Analytical®
www.pacelabs.com

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

## QUALITY CONTROL DATA

| | |
|---|---|
| Project: | Maxine Mine |
| Pace Project No.: | 2042884 |

| | | | |
|---|---|---|---|
| QC Batch: | 64169 | Analysis Method: | EPA 351.2 |
| QC Batch Method: | EPA 351.2 | Analysis Description: | 351.2 TKN |
| Associated Lab Samples: | 2042884004, 2042884005, 2042884006 | | |

METHOD BLANK:   266349                                    Matrix:  Solid
Associated Lab Samples:   2042884004, 2042884005, 2042884006

| Parameter | Units | Blank Result | Reporting Limit | Analyzed | Qualifiers |
|---|---|---|---|---|---|
| Nitrogen, Kjeldahl, Total | mg/kg | ND | 50.0 | 09/30/16 10:55 | |

LABORATORY CONTROL SAMPLE:   266350

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Nitrogen, Kjeldahl, Total | mg/kg | 525 | 500 | 95 | 80-120 | |

MATRIX SPIKE SAMPLE:   266452

| Parameter | Units | 2042884006 Result | Spike Conc. | MS Result | MS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|---|
| Nitrogen, Kjeldahl, Total | mg/kg | 207 | 241 | 428 | 92 | 75-125 | |

SAMPLE DUPLICATE:   266451

| Parameter | Units | 2042884006 Result | Dup Result | RPD | Max RPD | Qualifiers |
|---|---|---|---|---|---|---|
| Nitrogen, Kjeldahl, Total | mg/kg | 207 | 195 | 6 | 20 | |

Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

*Pace Analytical*®
www.pacelabs.com

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

## QUALITY CONTROL DATA

| | |
|---|---|
| Project: | Maxine Mine |
| Pace Project No.: | 2042884 |

| | | | |
|---|---|---|---|
| QC Batch: | 64174 | Analysis Method: | EPA 351.2 |
| QC Batch Method: | EPA 351.2 | Analysis Description: | 351.2 TKN |
| Associated Lab Samples: | 2042884001, 2042884002, 2042884003 | | |

METHOD BLANK:  266361                                    Matrix:  Water
Associated Lab Samples:   2042884001, 2042884002, 2042884003

| Parameter | Units | Blank Result | Reporting Limit | Analyzed | Qualifiers |
|---|---|---|---|---|---|
| Nitrogen, Kjeldahl, Total | mg/L | ND | 0.10 | 09/30/16 10:57 | |

LABORATORY CONTROL SAMPLE:   266362

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Nitrogen, Kjeldahl, Total | mg/L | 5.2 | 5.2 | 99 | 80-120 | |

MATRIX SPIKE SAMPLE:   266364

| Parameter | Units | 2042881001 Result | Spike Conc. | MS Result | MS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|---|
| Nitrogen, Kjeldahl, Total | mg/L | 1.1 | 2.5 | 4.0 | 117 | 75-125 | |

SAMPLE DUPLICATE:   266363

| Parameter | Units | 2042881001 Result | Dup Result | RPD | Max RPD | Qualifiers |
|---|---|---|---|---|---|---|
| Nitrogen, Kjeldahl, Total | mg/L | 1.1 | 0.92 | 18 | 20 | |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 12/15/2016 11:05 AM

Pace Analytical®
www.pacelabs.com

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

## QUALITY CONTROL DATA

| | |
|---|---|
| Project: | Maxine Mine |
| Pace Project No.: | 2042884 |

| | | | |
|---|---|---|---|
| QC Batch: | 64170 | Analysis Method: | EPA 365.4 |
| QC Batch Method: | EPA 365.4 | Analysis Description: | 365.4 Total Phosphorus |
| Associated Lab Samples: | 2042884004, 2042884005, 2042884006 | | |

METHOD BLANK:   266353                          Matrix: Solid
Associated Lab Samples:   2042884004, 2042884005, 2042884006

| Parameter | Units | Blank Result | Reporting Limit | Analyzed | Qualifiers |
|---|---|---|---|---|---|
| Phosphorus | mg/kg | ND | 10.0 | 10/03/16 10:35 | |

LABORATORY CONTROL SAMPLE:   266354

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Phosphorus | mg/kg | 203 | 211 | 104 | 80-120 | |

MATRIX SPIKE SAMPLE:   266454

| Parameter | Units | 2042884006 Result | Spike Conc. | MS Result | MS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|---|
| Phosphorus | mg/kg | 73.1 | 241 | 291 | 91 | 75-125 | |

SAMPLE DUPLICATE:   266453

| Parameter | Units | 2042884006 Result | Dup Result | RPD | Max RPD | Qualifiers |
|---|---|---|---|---|---|---|
| Phosphorus | mg/kg | 73.1 | 72.0 | 2 | 20 | |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 12/15/2016 11:05 AM

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

*Pace Analytical*®
www.pacelabs.com

## QUALITY CONTROL DATA

Project:                Maxine Mine
Pace Project No.:        2042884

| QC Batch: | 64171 | Analysis Method: | EPA 365.4 |
|---|---|---|---|
| QC Batch Method: | EPA 365.4 | Analysis Description: | 365.4 Phosphorus |

Associated Lab Samples:    2042884001, 2042884002, 2042884003

---

METHOD BLANK:   266357                          Matrix:  Water
Associated Lab Samples:    2042884001, 2042884002, 2042884003

| Parameter | Units | Blank Result | Reporting Limit | Analyzed | Qualifiers |
|---|---|---|---|---|---|
| Phosphorus | mg/L | ND | 0.050 | 10/03/16 10:40 | |

---

LABORATORY CONTROL SAMPLE:   266358

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Phosphorus | mg/L | 2 | 2.1 | 102 | 80-120 | |

---

MATRIX SPIKE SAMPLE:   266360

| Parameter | Units | 2042881001 Result | Spike Conc. | MS Result | MS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|---|
| Phosphorus | mg/L | 0.20 | 2.5 | 2.7 | 99 | 75-125 | |

---

SAMPLE DUPLICATE:   266359

| Parameter | Units | 2042881001 Result | Dup Result | RPD | Max RPD | Qualifiers |
|---|---|---|---|---|---|---|
| Phosphorus | mg/L | 0.20 | 0.21 | 7 | 20 | |

---

Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

**Pace Analytical®**
www.pacelabs.com

## QUALITY CONTROL DATA

| | |
|---|---|
| Project: | Maxine Mine |
| Pace Project No.: | 2042884 |

| | | | |
|---|---|---|---|
| QC Batch: | 63698 | Analysis Method: | SM 4500-Cl-E |
| QC Batch Method: | SM 4500-Cl-E | Analysis Description: | 4500 Chloride |
| Associated Lab Samples: | 2042884001, 2042884002, 2042884003 | | |

METHOD BLANK: 264180                                      Matrix: Water
Associated Lab Samples: 2042884001, 2042884002, 2042884003

| Parameter | Units | Blank Result | Reporting Limit | Analyzed | Qualifiers |
|---|---|---|---|---|---|
| Chloride | mg/L | ND | 1.0 | 09/22/16 11:12 | |

LABORATORY CONTROL SAMPLE: 264181

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Chloride | mg/L | 107 | 105 | 98 | 90-110 | |

MATRIX SPIKE SAMPLE: 264183

| Parameter | Units | 2042884001 Result | Spike Conc. | MS Result | MS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|---|
| Chloride | mg/L | 1.5 | 100 | 102 | 101 | 75-125 | |

SAMPLE DUPLICATE: 264182

| Parameter | Units | 2042884001 Result | Dup Result | RPD | Max RPD | Qualifiers |
|---|---|---|---|---|---|---|
| Chloride | mg/L | 1.5 | 1.5 | 2 | 20 | |

Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0033

**QUALITY CONTROL DATA**

| | |
|---|---|
| Project: | Maxine Mine |
| Pace Project No.: | 2042884 |

| | | | |
|---|---|---|---|
| QC Batch: | 64562 | Analysis Method: | SM 4500-NH3 D |
| QC Batch Method: | SM 4500-NH3 B | Analysis Description: | 4500 Ammonia, Distilled |
| Associated Lab Samples: | 2042884004, 2042884005, 2042884006 | | |

---

METHOD BLANK: 268215                                Matrix: Solid
Associated Lab Samples: 2042884004, 2042884005, 2042884006

| Parameter | Units | Blank Result | Reporting Limit | Analyzed | Qualifiers |
|---|---|---|---|---|---|
| Nitrogen, Ammonia | mg/kg | ND | 5.0 | 10/04/16 13:04 | |

---

LABORATORY CONTROL SAMPLE: 268216

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Nitrogen, Ammonia | mg/kg | 50 | 46.9 | 94 | 80-120 | |

---

MATRIX SPIKE SAMPLE: 268218

| Parameter | Units | 2042884004 Result | Spike Conc. | MS Result | MS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|---|
| Nitrogen, Ammonia | mg/kg | 105 | 50 | 157 | 105 | 75-125 | |

---

SAMPLE DUPLICATE: 268217

| Parameter | Units | 2042884004 Result | Dup Result | RPD | Max RPD | Qualifiers |
|---|---|---|---|---|---|---|
| Nitrogen, Ammonia | mg/kg | 105 | 78.4 | 29 | 20 | D6 |

Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.

**REPORT OF LABORATORY ANALYSIS**

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 12/15/2016 11:05 AM

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

Pace Analytical®
www.pacelabs.com

## QUALITY CONTROL DATA

Project:              Maxine Mine
Pace Project No.:     2042884

| QC Batch: | 64605 | Analysis Method: | SM 4500-NH3 G |
|---|---|---|---|
| QC Batch Method: | SM 4500-NH3 B | Analysis Description: | 4500 Ammonia, Distilled |
| Associated Lab Samples: | 2042884001, 2042884002, 2042884003 | | |

METHOD BLANK:   268347                                   Matrix:  Water
Associated Lab Samples:   2042884001, 2042884002, 2042884003

| Parameter | Units | Blank Result | Reporting Limit | Analyzed | Qualifiers |
|---|---|---|---|---|---|
| Nitrogen, Ammonia | mg/L | ND | 0.10 | 10/04/16 13:25 | |

LABORATORY CONTROL SAMPLE:   268348

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Nitrogen, Ammonia | mg/L | 1 | 0.94 | 94 | 80-120 | |

MATRIX SPIKE SAMPLE:   268350

| Parameter | Units | 2042888002 Result | Spike Conc. | MS Result | MS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|---|
| Nitrogen, Ammonia | mg/L | 0.89 | 1 | 1.3 | 41 | 75-125 | M1 |

SAMPLE DUPLICATE:   268349

| Parameter | Units | 2042888002 Result | Dup Result | RPD | Max RPD | Qualifiers |
|---|---|---|---|---|---|---|
| Nitrogen, Ammonia | mg/L | 0.89 | 0.89 | 1 | 20 | |

Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

Pace Analytical®
www.pacelabs.com

## QUALITY CONTROL DATA

| Project: | Maxine Mine |
| Pace Project No.: | 2042884 |

| QC Batch: | 63792 | Analysis Method: | SM 4500-NO3 F |
| QC Batch Method: | SM 4500-NO3 F | Analysis Description: | SM4500NO3-F, Nitrate |
| Associated Lab Samples: | 2042884004, 2042884005, 2042884006 | | |

METHOD BLANK:   264636                                    Matrix: Solid
Associated Lab Samples:   2042884004, 2042884005, 2042884006

| Parameter | Units | Blank Result | Reporting Limit | Analyzed | Qualifiers |
|---|---|---|---|---|---|
| Nitrogen, NO2 plus NO3 | mg/kg | ND | 0.50 | 09/25/16 18:02 | |

LABORATORY CONTROL SAMPLE:   264637

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Nitrogen, NO2 plus NO3 | mg/kg | 17.7 | 19.5 | 110 | 80-120 | |

MATRIX SPIKE SAMPLE:   264639

| Parameter | Units | 2042884004 Result | Spike Conc. | MS Result | MS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|---|
| Nitrogen, NO2 plus NO3 | mg/kg | ND | 9.4 | 10.8 | 114 | 80-120 | |

SAMPLE DUPLICATE:   264638

| Parameter | Units | 2042884004 Result | Dup Result | RPD | Max RPD | Qualifiers |
|---|---|---|---|---|---|---|
| Nitrogen, NO2 plus NO3 | mg/kg | ND | ND | | 20 | |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

Pace Analytical®
www.pacelabs.com

## QUALITY CONTROL DATA

| | |
|---|---|
| Project: | Maxine Mine |
| Pace Project No.: | 2042884 |

| | | | |
|---|---|---|---|
| QC Batch: | 64820 | Analysis Method: | SM 4500-NO3 F |
| QC Batch Method: | SM 4500-NO3 F | Analysis Description: | SM4500NO3-F, Nitrate, Preserved |
| Associated Lab Samples: | 2042884001, 2042884002, 2042884003 | | |

METHOD BLANK: 269032                     Matrix: Water
Associated Lab Samples: 2042884001, 2042884002, 2042884003

| Parameter | Units | Blank Result | Reporting Limit | Analyzed | Qualifiers |
|---|---|---|---|---|---|
| Nitrogen, NO2 plus NO3 | mg/L | ND | 0.050 | 10/05/16 17:48 | |

LABORATORY CONTROL SAMPLE: 269033

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Nitrogen, NO2 plus NO3 | mg/L | 1.8 | 1.6 | 91 | 90-110 | |

Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 12/15/2016 11:05 AM

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

*Pace Analytical*®
www.pacelabs.com

## QUALITY CONTROL DATA

| | |
|---|---|
| Project: | Maxine Mine |
| Pace Project No.: | 2042884 |

| | | | |
|---|---|---|---|
| QC Batch: | 63793 | Analysis Method: | EPA 7196 |
| QC Batch Method: | EPA 7196 | Analysis Description: | 7196 Chromium, Hexavalent |
| Associated Lab Samples: | 2042884004, 2042884005, 2042884006 | | |

METHOD BLANK: 264640                    Matrix: Solid
Associated Lab Samples: 2042884004, 2042884005, 2042884006

| Parameter | Units | Blank Result | Reporting Limit | Analyzed | Qualifiers |
|---|---|---|---|---|---|
| Chromium, Hexavalent | mg/kg | ND | 0.10 | 09/24/16 12:30 | |

LABORATORY CONTROL SAMPLE: 264641

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Chromium, Hexavalent | mg/kg | 2 | 2.0 | 98 | 80-120 | |

MATRIX SPIKE SAMPLE: 264643

| Parameter | Units | 2042884004 Result | Spike Conc. | MS Result | MS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|---|
| Chromium, Hexavalent | mg/kg | ND | 23.6 | 20.9 | 89 | 75-125 | |

SAMPLE DUPLICATE: 264642

| Parameter | Units | 2042884004 Result | Dup Result | RPD | Max RPD | Qualifiers |
|---|---|---|---|---|---|---|
| Chromium, Hexavalent | mg/kg | ND | ND | | 20 | |

Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

*Pace Analytical®*
www.pacelabs.com

## QUALITY CONTROL DATA

Project:          Maxine Mine
Pace Project No.:  2042884

| | | | |
|---|---|---|---|
| QC Batch: | 63584 | Analysis Method: | EPA 7196 |
| QC Batch Method: | EPA 7196 | Analysis Description: | 7196 Chromium, Hexavalent |
| Associated Lab Samples: | 2042884001, 2042884002, 2042884003 | | |

METHOD BLANK:   263780                          Matrix:  Water
Associated Lab Samples:   2042884001, 2042884002, 2042884003

| Parameter | Units | Blank Result | Reporting Limit | Analyzed | Qualifiers |
|---|---|---|---|---|---|
| Chromium, Hexavalent | mg/L | ND | 0.010 | 09/21/16 15:58 | |

LABORATORY CONTROL SAMPLE:   263781

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Chromium, Hexavalent | mg/L | .2 | 0.20 | 102 | 90-110 | |

MATRIX SPIKE SAMPLE:   263783

| Parameter | Units | 2042884001 Result | Spike Conc. | MS Result | MS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|---|
| Chromium, Hexavalent | mg/L | ND | .25 | ND | 0 | 75-125 | H1,M1 |

SAMPLE DUPLICATE:   263782

| Parameter | Units | 2042884001 Result | Dup Result | RPD | Max RPD | Qualifiers |
|---|---|---|---|---|---|---|
| Chromium, Hexavalent | mg/L | ND | ND | | 20 | H1 |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 12/15/2016 11:05 AM

**Pace Analytical**
®
www.pacelabs.com

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

## QUALITY CONTROL DATA

Project:           Maxine Mine
Pace Project No.:  2042884

| QC Batch: | 63714 | Analysis Method: | EPA 9012 |
|---|---|---|---|
| QC Batch Method: | EPA 9010 | Analysis Description: | 9012 Cyanide |

Associated Lab Samples:   2042884004, 2042884005, 2042884006

---

METHOD BLANK:   264239                              Matrix:  Solid
Associated Lab Samples:   2042884004, 2042884005, 2042884006

| Parameter | Units | Blank Result | Reporting Limit | Analyzed | Qualifiers |
|---|---|---|---|---|---|
| Cyanide | mg/kg | ND | 1.0 | 09/24/16 11:35 | |

---

LABORATORY CONTROL SAMPLE:   264240

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Cyanide | mg/kg | 5 | 5.2 | 104 | 80-120 | |

---

MATRIX SPIKE SAMPLE:   264242

| Parameter | Units | 2042884004 Result | Spike Conc. | MS Result | MS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|---|
| Cyanide | mg/kg | ND | 5 | 5.1 | 103 | 75-125 | |

---

SAMPLE DUPLICATE:   264241

| Parameter | Units | 2042884004 Result | Dup Result | RPD | Max RPD | Qualifiers |
|---|---|---|---|---|---|---|
| Cyanide | mg/kg | ND | ND | | 20 | |

Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical®
www.pacelabs.com

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

## QUALITY CONTROL DATA

Project:         Maxine Mine
Pace Project No.:   2042884

| QC Batch: | 63715 | Analysis Method: | EPA 9012 |
|---|---|---|---|
| QC Batch Method: | EPA 9010 | Analysis Description: | EPA 9012 Cyanide |

Associated Lab Samples:   2042884001, 2042884002, 2042884003

METHOD BLANK:   264243                         Matrix:  Water
Associated Lab Samples:   2042884001, 2042884002, 2042884003

| Parameter | Units | Blank Result | Reporting Limit | Analyzed | Qualifiers |
|---|---|---|---|---|---|
| Cyanide | mg/L | ND | 0.010 | 09/24/16 11:35 | |

LABORATORY CONTROL SAMPLE:   264244

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Cyanide | mg/L | .1 | 0.10 | 104 | 80-120 | |

MATRIX SPIKE SAMPLE:   264246

| Parameter | Units | 2042884001 Result | Spike Conc. | MS Result | MS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|---|
| Cyanide | mg/L | ND | .1 | 0.12 | 116 | 75-125 | |

SAMPLE DUPLICATE:   264245

| Parameter | Units | 2042884001 Result | Dup Result | RPD | Max RPD | Qualifiers |
|---|---|---|---|---|---|---|
| Cyanide | mg/L | ND | ND | | 20 | |

Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

**Pace Analytical®**
www.pacelabs.com

## QUALITY CONTROL DATA

| | |
|---|---|
| Project: | Maxine Mine |
| Pace Project No.: | 2042884 |

| | | | |
|---|---|---|---|
| QC Batch: | 63794 | Analysis Method: | EPA 9038 |
| QC Batch Method: | EPA 9038 | Analysis Description: | 9038 Sulfate, Turbidimetric |
| Associated Lab Samples: | 2042884004, 2042884005, 2042884006 | | |

METHOD BLANK:   264644                              Matrix:  Solid
Associated Lab Samples:   2042884004, 2042884005, 2042884006

| Parameter | Units | Blank Result | Reporting Limit | Analyzed | Qualifiers |
|---|---|---|---|---|---|
| Sulfate | mg/kg | ND | 50.0 | 09/24/16 12:32 | |

LABORATORY CONTROL SAMPLE:   264645

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Sulfate | mg/kg | 200 | 207 | 104 | 90-110 | |

MATRIX SPIKE SAMPLE:   264647

| Parameter | Units | 2042884004 Result | Spike Conc. | MS Result | MS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|---|
| Sulfate | mg/kg | 3530 | 943 | 4450 | 97 | 75-125 | |

SAMPLE DUPLICATE:   264646

| Parameter | Units | 2042884004 Result | Dup Result | RPD | Max RPD | Qualifiers |
|---|---|---|---|---|---|---|
| Sulfate | mg/kg | 3530 | 3590 | 2 | 20 | |

Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical®
www.pacelabs.com

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

## QUALITY CONTROL DATA

| | |
|---|---|
| Project: | Maxine Mine |
| Pace Project No.: | 2042884 |

| | | | |
|---|---|---|---|
| QC Batch: | 63909 | Analysis Method: | EPA 9065 |
| QC Batch Method: | EPA 9065 | Analysis Description: | 9065 Phenolics |
| Associated Lab Samples: | 2042884004, 2042884005, 2042884006 | | |

METHOD BLANK: 265282                                    Matrix: Solid
Associated Lab Samples: 2042884004, 2042884005, 2042884006

| Parameter | Units | Blank Result | Reporting Limit | Analyzed | Qualifiers |
|---|---|---|---|---|---|
| Phenolics, Total Recoverable | mg/kg | ND | 0.15 | 09/27/16 14:28 | |

LABORATORY CONTROL SAMPLE: 265283

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Phenolics, Total Recoverable | mg/kg | 2.5 | 2.7 | 109 | 80-120 | |

MATRIX SPIKE SAMPLE: 265285

| Parameter | Units | 40138499001 Result | Spike Conc. | MS Result | MS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|---|
| Phenolics, Total Recoverable | mg/kg | <0.15 | 2.5 | 0.44 | 15 | 75-125 | M1 |

SAMPLE DUPLICATE: 265284

| Parameter | Units | 40138499001 Result | Dup Result | RPD | Max RPD | Qualifiers |
|---|---|---|---|---|---|---|
| Phenolics, Total Recoverable | mg/kg | <0.15 | ND | | 20 | |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

### REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 12/15/2016 11:05 AM

*Pace Analytical* ®
www.pacelabs.com

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

## QUALITY CONTROL DATA

| Project: | Maxine Mine |
| Pace Project No.: | 2042884 |

| QC Batch: | 63763 | Analysis Method: | EPA 9065 |
| QC Batch Method: | EPA 9065 | Analysis Description: | 9065 Phenolics |
| Associated Lab Samples: | 2042884001, 2042884002, 2042884003 | | |

METHOD BLANK:   264484                                    Matrix:  Water
Associated Lab Samples:   2042884001, 2042884002, 2042884003

| Parameter | Units | Blank Result | Reporting Limit | Analyzed | Qualifiers |
|---|---|---|---|---|---|
| Phenolics, Total Recoverable | mg/L | ND | 0.0060 | 09/23/16 15:21 | |

LABORATORY CONTROL SAMPLE:   264485

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Phenolics, Total Recoverable | mg/L | .1 | 0.11 | 106 | 80-120 | |

Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 12/15/2016 11:05 AM

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

**Pace Analytical**®
www.pacelabs.com

## QUALITY CONTROL DATA

Project:        Maxine Mine
Pace Project No.:    2042884

| QC Batch: | 63791 | Analysis Method: | EPA 9251 |
|---|---|---|---|
| QC Batch Method: | EPA 9251 | Analysis Description: | 9251 Chloride |
| Associated Lab Samples: | 2042884004, 2042884005, 2042884006 | | |

METHOD BLANK:   264632               Matrix: Solid
Associated Lab Samples:    2042884004, 2042884005, 2042884006

| Parameter | Units | Blank Result | Reporting Limit | Analyzed | Qualifiers |
|---|---|---|---|---|---|
| Chloride | mg/kg | ND | 10.0 | 09/24/16 10:51 | |

LABORATORY CONTROL SAMPLE:    264633

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Chloride | mg/kg | 1070 | 1080 | 101 | 90-110 | |

MATRIX SPIKE SAMPLE:    264635

| Parameter | Units | 2042884004 Result | Spike Conc. | MS Result | MS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|---|
| Chloride | mg/kg | 123 | 9430 | 9990 | 105 | 75-125 | |

SAMPLE DUPLICATE:    264634

| Parameter | Units | 2042884004 Result | Dup Result | RPD | Max RPD | Qualifiers |
|---|---|---|---|---|---|---|
| Chloride | mg/kg | 123 | 94.8J | | 20 | |

Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

**Pace Analytical Services, LLC**
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

*Pace Analytical* ®
www.pacelabs.com

## QUALITY CONTROL DATA

| | |
|---|---|
| Project: | Maxine Mine |
| Pace Project No.: | 2042884 |

| | | | |
|---|---|---|---|
| QC Batch: | 63699 | Analysis Method: | ASTM D516-90,02 |
| QC Batch Method: | ASTM D516-90,02 | Analysis Description: | ASTM D516-9002 Sulfate Water |
| Associated Lab Samples: | 2042884001, 2042884002, 2042884003 | | |

METHOD BLANK:   264185                                   Matrix:  Water
Associated Lab Samples:   2042884001, 2042884002, 2042884003

| Parameter | Units | Blank Result | Reporting Limit | Analyzed | Qualifiers |
|---|---|---|---|---|---|
| Sulfate | mg/L | ND | 1.0 | 09/22/16 13:05 | |

LABORATORY CONTROL SAMPLE:   264186

| Parameter | Units | Spike Conc. | LCS Result | LCS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|
| Sulfate | mg/L | 20 | 19.8 | 99 | 90-110 | |

MATRIX SPIKE SAMPLE:   264188

| Parameter | Units | 2042884001 Result | Spike Conc. | MS Result | MS % Rec | % Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|---|
| Sulfate | mg/L | 6020 | 10 | 5200 | -8200 | 75-125 | M6 |

SAMPLE DUPLICATE:   264187

| Parameter | Units | 2042884001 Result | Dup Result | RPD | Max RPD | Qualifiers |
|---|---|---|---|---|---|---|
| Sulfate | mg/L | 6020 | 5960 | 1 | 20 | |

**Results presented on this page are in the units indicated by the "Units" column except where an alternate unit is presented to the right of the result.**

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

Pace Analytical®
www.pacelabs.com

## QUALIFIERS

Project:          Maxine Mine
Pace Project No.:   2042884

### DEFINITIONS

DF - Dilution Factor, if reported, represents the factor applied to the reported data due to dilution of the sample aliquot.

ND - Not Detected at or above adjusted reporting limit.

J - Estimated concentration above the adjusted method detection limit and below the adjusted reporting limit.

MDL - Adjusted Method Detection Limit.

PQL - Practical Quantitation Limit.

RL - Reporting Limit.

S - Surrogate

1,2-Diphenylhydrazine decomposes to and cannot be separated from Azobenzene using Method 8270. The result for each analyte is a combined concentration.

Consistent with EPA guidelines, unrounded data are displayed and have been used to calculate % recovery and RPD values.

LCS(D) - Laboratory Control Sample (Duplicate)

MS(D) - Matrix Spike (Duplicate)

DUP - Sample Duplicate

RPD - Relative Percent Difference

NC - Not Calculable.

SG - Silica Gel - Clean-Up

U - Indicates the compound was analyzed for, but not detected.

N-Nitrosodiphenylamine decomposes and cannot be separated from Diphenylamine using Method 8270.  The result reported for each analyte is a combined concentration.

Pace Analytical is TNI accredited. Contact your Pace PM for the current list of accredited analytes.

TNI - The Nelac Institute

### LABORATORIES

PASI-A      Pace Analytical Services - Asheville
PASI-N      Pace Analytical Services - New Orleans

### ANALYTE QUALIFIERS

B         Analyte was detected in the associated method blank.
D6        The precision between the sample and sample duplicate exceeded laboratory control limits.
H1        Analysis conducted outside the EPA method holding time.
M1        Matrix spike recovery exceeded QC limits.  Batch accepted based on laboratory control sample (LCS) recovery.
M6        Matrix spike and Matrix spike duplicate recovery not evaluated against control limits due to sample dilution.
N2        The lab does not hold NELAC/TNI accreditation for this parameter.
R1        RPD value was outside control limits.

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 12/15/2016 11:05 AM



Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

**QUALITY CONTROL DATA CROSS REFERENCE TABLE**

Project:            Maxine Mine
Pace Project No.:   2042884

| Lab ID | Sample ID | QC Batch Method | QC Batch | Analytical Method | Analytical Batch |
|---|---|---|---|---|---|
| 2042884004 | SLO1 SED | EPA 3050 | 63657 | EPA 6020 | 63709 |
| 2042884005 | REF1 SED | EPA 3050 | 63657 | EPA 6020 | 63709 |
| 2042884006 | BCDS SED | EPA 3050 | 63657 | EPA 6020 | 63709 |
| 2042884001 | SLO1 WATER | EPA 3010 | 63893 | EPA 6020 | 63970 |
| 2042884002 | REF1 WATER | EPA 3010 | 63893 | EPA 6020 | 63970 |
| 2042884003 | BCDS WATER | EPA 3010 | 63893 | EPA 6020 | 63970 |
| 2042884001 | SLO1 WATER | EPA 7470 | 63527 | EPA 7470 | 63579 |
| 2042884002 | REF1 WATER | EPA 7470 | 63527 | EPA 7470 | 63579 |
| 2042884003 | BCDS WATER | EPA 7470 | 63527 | EPA 7470 | 63579 |
| 2042884004 | SLO1 SED | EPA 7471 | 63591 | EPA 7471 | 63641 |
| 2042884005 | REF1 SED | EPA 7471 | 63591 | EPA 7471 | 63641 |
| 2042884006 | BCDS SED | EPA 7471 | 63591 | EPA 7471 | 63641 |
| 2042884001 | SLO1 WATER | SM 2510B | 63819 | | |
| 2042884002 | REF1 WATER | SM 2510B | 63819 | | |
| 2042884003 | BCDS WATER | SM 2510B | 63819 | | |
| 2042884001 | SLO1 WATER | SM 2540C | 63802 | | |
| 2042884002 | REF1 WATER | SM 2540C | 63802 | | |
| 2042884003 | BCDS WATER | SM 2540C | 63802 | | |
| 2042884001 | SLO1 WATER | SM 2540D | 63666 | | |
| 2042884002 | REF1 WATER | SM 2540D | 63666 | | |
| 2042884003 | BCDS WATER | SM 2540D | 63666 | | |
| 2042884001 | SLO1 WATER | ASTM D4239-05 | 330128 | | |
| 2042884002 | REF1 WATER | ASTM D4239-05 | 330128 | | |
| 2042884003 | BCDS WATER | ASTM D4239-05 | 330128 | | |
| 2042884004 | SLO1 SED | ASTM D4239-05 | 330128 | | |
| 2042884005 | REF1 SED | ASTM D4239-05 | 330128 | | |
| 2042884006 | BCDS SED | ASTM D4239-05 | 330128 | | |
| 2042884004 | SLO1 SED | Trivalent Chromium Calculation | 63632 | | |
| 2042884005 | REF1 SED | Trivalent Chromium Calculation | 63632 | | |
| 2042884006 | BCDS SED | Trivalent Chromium Calculation | 63632 | | |
| 2042884001 | SLO1 WATER | Trivalent Chromium Calculation | 63633 | | |
| 2042884002 | REF1 WATER | Trivalent Chromium Calculation | 63633 | | |
| 2042884003 | BCDS WATER | Trivalent Chromium Calculation | 63633 | | |
| 2042884004 | SLO1 SED | EPA 351.2 | 64169 | EPA 351.2 | 64343 |
| 2042884005 | REF1 SED | EPA 351.2 | 64169 | EPA 351.2 | 64343 |
| 2042884006 | BCDS SED | EPA 351.2 | 64169 | EPA 351.2 | 64343 |
| 2042884001 | SLO1 WATER | EPA 351.2 | 64174 | EPA 351.2 | 64345 |
| 2042884002 | REF1 WATER | EPA 351.2 | 64174 | EPA 351.2 | 64345 |
| 2042884003 | BCDS WATER | EPA 351.2 | 64174 | EPA 351.2 | 64345 |

**REPORT OF LABORATORY ANALYSIS**

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.



**Pace Analytical Services, LLC**
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

www.pacelabs.com

## QUALITY CONTROL DATA CROSS REFERENCE TABLE

Project:              Maxine Mine
Pace Project No.:     2042884

| Lab ID | Sample ID | QC Batch Method | QC Batch | Analytical Method | Analytical Batch |
|--------|-----------|-----------------|----------|-------------------|------------------|
| 2042884004 | SLO1 SED | EPA 365.4 | 64170 | EPA 365.4 | 64533 |
| 2042884005 | REF1 SED | EPA 365.4 | 64170 | EPA 365.4 | 64533 |
| 2042884006 | BCDS SED | EPA 365.4 | 64170 | EPA 365.4 | 64533 |
| 2042884001 | SLO1 WATER | EPA 365.4 | 64171 | EPA 365.4 | 64534 |
| 2042884002 | REF1 WATER | EPA 365.4 | 64171 | EPA 365.4 | 64534 |
| 2042884003 | BCDS WATER | EPA 365.4 | 64171 | EPA 365.4 | 64534 |
| 2042884001 | SLO1 WATER | SM 4500-Cl-E | 63698 | | |
| 2042884002 | REF1 WATER | SM 4500-Cl-E | 63698 | | |
| 2042884003 | BCDS WATER | SM 4500-Cl-E | 63698 | | |
| 2042884004 | SLO1 SED | SM 4500-NH3 B | 64562 | SM 4500-NH3 D | 64635 |
| 2042884005 | REF1 SED | SM 4500-NH3 B | 64562 | SM 4500-NH3 D | 64635 |
| 2042884006 | BCDS SED | SM 4500-NH3 B | 64562 | SM 4500-NH3 D | 64635 |
| 2042884001 | SLO1 WATER | SM 4500-NH3 B | 64605 | SM 4500-NH3 G | 64683 |
| 2042884002 | REF1 WATER | SM 4500-NH3 B | 64605 | SM 4500-NH3 G | 64683 |
| 2042884003 | BCDS WATER | SM 4500-NH3 B | 64605 | SM 4500-NH3 G | 64683 |
| 2042884004 | SLO1 SED | SM 4500-NO3 F | 63792 | SM 4500-NO3 F | 63875 |
| 2042884005 | REF1 SED | SM 4500-NO3 F | 63792 | SM 4500-NO3 F | 63875 |
| 2042884006 | BCDS SED | SM 4500-NO3 F | 63792 | SM 4500-NO3 F | 63875 |
| 2042884001 | SLO1 WATER | SM 4500-NO3 F | 64820 | | |
| 2042884002 | REF1 WATER | SM 4500-NO3 F | 64820 | | |
| 2042884003 | BCDS WATER | SM 4500-NO3 F | 64820 | | |
| 2042884004 | SLO1 SED | EPA 7196 | 63793 | EPA 7196 | 63877 |
| 2042884005 | REF1 SED | EPA 7196 | 63793 | EPA 7196 | 63877 |
| 2042884006 | BCDS SED | EPA 7196 | 63793 | EPA 7196 | 63877 |
| 2042884001 | SLO1 WATER | EPA 7196 | 63584 | | |
| 2042884002 | REF1 WATER | EPA 7196 | 63584 | | |
| 2042884003 | BCDS WATER | EPA 7196 | 63584 | | |
| 2042884004 | SLO1 SED | EPA 9010 | 63714 | EPA 9012 | 63741 |
| 2042884005 | REF1 SED | EPA 9010 | 63714 | EPA 9012 | 63741 |
| 2042884006 | BCDS SED | EPA 9010 | 63714 | EPA 9012 | 63741 |
| 2042884001 | SLO1 WATER | EPA 9010 | 63715 | EPA 9012 | 63742 |
| 2042884002 | REF1 WATER | EPA 9010 | 63715 | EPA 9012 | 63742 |
| 2042884003 | BCDS WATER | EPA 9010 | 63715 | EPA 9012 | 63742 |
| 2042884004 | SLO1 SED | EPA 9038 | 63794 | EPA 9038 | 63878 |
| 2042884005 | REF1 SED | EPA 9038 | 63794 | EPA 9038 | 63878 |
| 2042884006 | BCDS SED | EPA 9038 | 63794 | EPA 9038 | 63878 |
| 2042884004 | SLO1 SED | EPA 9065 | 63909 | EPA 9065 | 63953 |
| 2042884005 | REF1 SED | EPA 9065 | 63909 | EPA 9065 | 63953 |
| 2042884006 | BCDS SED | EPA 9065 | 63909 | EPA 9065 | 63953 |
| 2042884001 | SLO1 WATER | EPA 9065 | 63763 | EPA 9065 | 63827 |
| 2042884002 | REF1 WATER | EPA 9065 | 63763 | EPA 9065 | 63827 |
| 2042884003 | BCDS WATER | EPA 9065 | 63763 | EPA 9065 | 63827 |

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

**Pace Analytical**
www.pacelabs.com

Pace Analytical Services, LLC
1000 Riverbend Blvd - Suite F
St. Rose, LA 70087
(504)469-0333

## QUALITY CONTROL DATA CROSS REFERENCE TABLE

Project:          Maxine Mine
Pace Project No.:  2042884

| Lab ID | Sample ID | QC Batch Method | QC Batch | Analytical Method | Analytical Batch |
|--------|-----------|-----------------|----------|-------------------|------------------|
| 2042884004 | SLO1 SED | EPA 9251 | 63791 | EPA 9251 | 63876 |
| 2042884005 | REF1 SED | EPA 9251 | 63791 | EPA 9251 | 63876 |
| 2042884006 | BCDS SED | EPA 9251 | 63791 | EPA 9251 | 63876 |
| 2042884001 | SLO1 WATER | ASTM D516-90,02 | 63699 | | |
| 2042884002 | REF1 WATER | ASTM D516-90,02 | 63699 | | |
| 2042884003 | BCDS WATER | ASTM D516-90,02 | 63699 | | |

## REPORT OF LABORATORY ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Services, LLC.

Date: 12/15/2016 11:05 AM

**WO#: 2042884**

2042884

CHAIN
The Chain-...ument
...completed accurately.

Page: 1 of 2

7720

**Section A**
Required Client Information:
Company: Black Warrior Riverkeeper
Address: 712 37th Street South
Birmingham, AL 35222
Email: nbrooke@blackwarriorriver.org
Phone: 205-458-0095   Fax:
Requested Due Date:

**Section B**
Required Project Information:
Report To: Nelson Brooke
Copy To:
Purchase Order #:
Project Name: Maxine Mine
Project #:

Attention:
Company Name:
Address:
Pace Quote:
Pace Project Manager: melissa.macnaughton@pacelabs.com
Pace Profile #:

Regulatory Agency
State/Location: AL

| # ITEM | SAMPLE ID | MATRIX CODE | SAMPLE TYPE (G=GRAB C=COMP) | COLLECTED DATE | START TIME | # OF CONTAINERS | Cl, Sulfate and conductivity | Cyanide | Hexavalent Chromium | Metals by 6020 and Hg | boron isotopes- to Pittsburgh | boron isotopes- to Pittsburgh | Sulfur to Carolina | Ammonia, TKN, N+N, phos | TKN, Ammonia, N+N | Pros, sulfate, metals | TDS and TSS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BCDS Water | WT | | | | | | | | | | | | | | | |
| 2 | SL01 Water | WT | G | 9/20/16 | 1045 | | X | X | X | X | | | | X | | | X |
| 3 | REF1 Water | WT | | " | 1215 | | X | X | X | X | | | | X | | | X |
| 4 | BCDS Water | WT | | " | 1530 | | X | X | X | X | | | | X | | | X |
| 5 | BCDS Water | WT | | | | | | | | | | | | | | | |
| 6 | SL01 Sed | SL | | 9/21/16 | 1045 | | | | | X | X | X | X | | X | X | |
| 7 | DRF1 Sed | SL | | | | | | | | | | | | | | | |
| 8 | REF1 Sed | SL | | 9/21/16 | 1215 | | | X | | X | X | X | X | | X | X | |
| 9 | BCDS Sed | SL | | | | | | | | | | | | | | | |
| 10 | BCDS Sed | SL | | 9/4/16 | 1530 | | | X | | X | X | X | X | | X | X | |
| 11 | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | |

Preservatives: Unpreserved, H2SO4, HNO3, HCl, NaOH, Na2S2O3, Methanol, Other

**ADDITIONAL COMMENTS**
*SL01 Sed Boron Isotope dupe at 13:15pm
** see bottle labels for preservations

| RELINQUISHED BY (Affiliation) | DATE | TIME | ACCEPTED BY (Affiliation) | DATE | TIME |
|---|---|---|---|---|---|
| Barry Sulkin / BURK | 9/20/16 | 6pm | J Mulhern / Pace | 9-21-16 0820 | 1:2 |
| 2nd | 9-21-16 | 0820 | | | 2:1 |

SAMPLER NAME AND SIGNATURE
PRINT Name of SAMPLER: Barry Sulkin
SIGNATURE OF SAMPLER: Barry Sulkin
DATE Signed: 9/25/16

SAMPLE CONDITIONS
TEMP in C:
Received on ice (Y/N):
Custody Sealed (Y/N):
Cooler Sealed (Y/N):
Intact Samples (Y/N):

Pace Analytical

# CHAIN-OF-CUSTODY / Analytical Request Document
The Chain-of-Custody is a LEGAL DOCUMENT. All relevant fields must be completed accurately.

**Section A**
Required Client Information:

| | |
|---|---|
| Company: | Black Warrior Riverkeeper |
| Address: | 712 37th Street South |
| | Birmingham, AL 35222 |
| Email: | nbrooke@blackwarriorriver.org |
| Phone: | 205-458-0095   Fax |
| Requested Due Date: | |

**Section B**
Required Project Information:

| | |
|---|---|
| Report To: | Nelson Brooke |
| Copy To: | |
| Purchase Order #: | |
| Project Name: | Maxine Mine |
| Project #: | |

**Section C**
Invoice Information:

| | |
|---|---|
| Attention: | |
| Company Name: | Source |
| Address: | |
| Pace Quote: | |
| Pace Project Manager: | melissa.macnaughton@pacelabs.com |
| Pace Profile #: | |

Page: 2  Of 2

Regulatory Agency
State / Location: AL

**SAMPLE ID**
One Character per box.
(A-Z, 0-9 / , -)
Sample Ids must be unique

MATRIX CODE
Drinking Water DW
Water WT
Waste Water WW
Product P
Soil/Solid SL
Oil OL
Wipe WP
Air AR
Other OT
Tissue TS

Preservatives

Analyses Test

| ITEM # | SAMPLE ID | MATRIX CODE | SAMPLE TYPE (G=GRAB C=COMP) | COLLECTED START DATE | START TIME | END DATE | END TIME | SAMPLE TEMP AT COLLECTION | # OF CONTAINERS | Sulfate | Sulfur | Phenol Total | Phenolics Total | Residual Chlorine (Y/N) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | BCD1 Water | WT | | | | | | | | | | × | × | |
| 14 | SLO1 Water | WT | | 7/20/16 | 10:45 am | | | | | | | × | × | |
| 15 | REF1 Water | WT | | 9/20/16 | 12:15 pm | | | | | | | × | × | |
| 16 | BCDS Water | WT | | 9/20/16 | 15:32 pm | | | | | | | × | × | |
| 17 | BCDS Water | WT | | | | | | | | | | × | × | |
| 18 | SLO1 Sed | SL | | 9/20/16 | 10:45 | | | | | × | × | × | × | |
| 19 | REF1 Sed | SL | | 9/20/16 | 12:15 pm | | | | | × | × | × | × | |
| 20 | REF1 Sed | SL | | 9/20/16 | 12:15 pm | | | | | × | × | × | × | |
| 21 | BCDS Sed | SL | | 9/20/16 | 15:32 pm | | | | | × | × | × | × | |
| 22 | BCDS Sed | SL | | | | | | | | × | × | × | × | |
| 23 | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | |

Requested Analysis Filtered (Y/N)

ADDITIONAL COMMENTS
Metals: Tin, trivalent Cr, vanadium, Al, Sb, As, Ba, Be, Bo, Cd, Cr, Co, Cu, Fe,
Pb, Li, Mg, Mn, Mo, Ni, Se, Ag, Sr, Tl, V, Zn,
Ca, K, Si, Na
* See bottle labels for preservatives

| | RELINQUISHED BY / AFFILIATION | DATE | TIME | ACCEPTED BY / AFFILIATION | DATE | TIME | SAMPLE CONDITIONS |
|---|---|---|---|---|---|---|---|
| | | 9/21/16 | 0820 | Smith / Pace | 9/21/16 | 0820 | |

SAMPLER NAME AND SIGNATURE
PRINT Name of SAMPLER: Barry Sulkin
SIGNATURE of SAMPLER:

DATE: Sep/20/16

| | TEMP in ° C | Received on Ice (Y/N) | Custody Sealed (Y/N) | Cooler Sealed (Y/N) | Samples Intact (Y/N) |
|---|---|---|---|---|---|
| SAMPLE CONDITIONS | 1.3 | Y | Y | Y | Y |

**WO#: 2042884**

PM: MM1          Due Date: 10/05/16
CLIENT: 20-Blk Warri

*Pace Analytical*

1000 Riverbend. Blvd., Suite F
St. Rose, LA 70087

**Sample Condition Upon Receipt**

Project #:  **20**

**Courier:**  ☐ Pace Courier   ☐ Hired Courier   ☑ Fed X   ☐ UPS   ☐ DHL   ☐ USPS   ☐ Customer   ☐ Other

Custody Seal on Cooler/Box Present:     [see COC]          **Custody Seals intact:** ☐Yes ☐No

| Therometer Used: | ☐ Therm Fisher IR 5  ☐ Therm Fisher IR 6  ☑ Therm Fisher IR 7 | **Type of Ice:** Wet  Blue  None | Samples on ice: [see COC] |

Cooler Temperature: [see COC]          Temp should be above freezing to 6°C

Date and Initials of person examining contents: 9-21-16

Temp must be measured from Temperature blank when present          Comments:

| | | |
|---|---|---|
| Temperature Blank Present"? | ☐Yes ☑No ☐N/A | 1 |
| Chain of Custody Present: | ☑Yes ☐No ☐N/A | 2 |
| Chain of Custody Complete: | ☑Yes ☐No ☐N/A | 3 |
| Chain of Custody Relinquished: | ☑Yes ☐No ☐N/A | 4 |
| Sampler Name & Signature on COC: | ☑Yes ☐No ☐N/A | 5 |
| Samples Arrived within Hold Time: | ☑Yes ☐No ☐N/A | 6 |
| Sufficient Volume: | ☑Yes ☐No ☐N/A | 7 |
| Correct Containers Used: | ☑Yes ☐No ☐N/A | 8 |
| Filtered vol. Rec. for Diss. tests | ☐Yes ☑No ☐N/A | 9 |
| Sample Labels match COC: | ☑Yes ☐No ☐N/A | 10 |
| All containers received within manafacture's precautionary and/or expiration dates. | ☑Yes ☐No ☐N/A | 11 |
| All containers needing chemical preservation have been checked (except VOA, coliform, & O&G). | ☑Yes ☐No ☐N/A | 12 |
| All containers preservation checked found to be in compliance with EPA recommendation. | ☑Yes ☐No ☐N/A | If No, was preservative added?  ☐Yes ☐No  If added record lot no.:  HNO3 _____  H2SO4 _____   13 |
| Headspace in VOA Vials ( >6mm): | ☐Yes ☐No ☑N/A | 14 |
| Trip Blank Present: | ☐Yes ☑No | 15 |

**Client Notification/ Resolution:**

Person Contacted: _____          Date/Time: _____

Comments/ Resolution: _____



Pace Analytical Energy Services LLC
220 William Pitt Way
Pittsburgh, PA 15238

Phone: (412) 826-5245
Fax: (412) 826-3433

December 15, 2016

Melissa MacNaughton
Pace Analytical Services, Inc.
1000 Riverbend Blvd.
Suite F
Saint Rose, LA  70087

RE:   **MAXINE MINE / 2042884**

     *Pace Workorder:*    20387

Dear Melissa MacNaughton:

Enclosed are the analytical results for sample(s) received by the laboratory on Friday, September 23, 2016.
Results reported herein conform to the most current NELAC standards, where applicable, unless otherwise
narrated in the body of the report. This report was reissued on December 15, 2016 to correct the receipt form.

If you have any questions concerning this report, please feel free to contact me.

Sincerely,

*Ruth Welsh*

Ruth Welsh      12/14/2016
Ruth.Welsh@pacelabs.com

Customer Service Representative

Enclosures

As a valued client we would appreciate your comments on our service.
Please email PAESfeedback@pacelabs.com.        Total Number of Pages 15

Report ID: 20387 - 873851                              Page 1 of 11



**CERTIFICATE OF ANALYSIS**
This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Energy Services LLC.



Pace Analytical Energy Services LLC
220 William Pitt Way
Pittsburgh, PA 15238

Phone: (412) 826-5245
Fax: (412) 826-3433

## LABORATORY ACCREDITATIONS & CERTIFICATIONS

| | |
|---|---|
| **Accreditor:** | Pennsylvania Department of Environmental Protection, Bureau of Laboratories |
| **Accreditation ID:** | 02-00538 |
| **Scope:** | NELAP Non-Potable Water and Solid & Hazardous Waste |
| **Accreditor:** | West Virginia Department of Environmental Protection, Division of Water and Waste Management |
| **Accreditation ID:** | 395 |
| **Scope:** | Non-Potable Water |
| **Accreditor:** | South Carolina Department of Health and Environmental Control, Office of Environmental Laboratory Certification |
| **Accreditation ID:** | 89009003 |
| **Scope:** | Clean Water Act (CWA);  Resource Conservation and Recovery Act (RCRA) |
| **Accreditor:** | NELAP: New Jersey, Department of Environmental Protection |
| **Accreditation ID:** | PA026 |
| **Scope:** | Non-Potable Water;  Solid and Chemical Materials |
| **Accreditor:** | NELAP:  New York, Department of  Health Wadsworth Center |
| **Accreditation ID:** | 11815 |
| **Scope:** | Non-Potable Water; Solid and Hazardous Waste |
| **Accreditor:** | State of Connecticut, Department of Public Health, Division of Environmental Health |
| **Accreditation ID:** | PH-0263 |
| **Scope:** | Clean Water Act (CWA)  Resource Conservation and Recovery Act (RCRA) |
| **Accreditor:** | NELAP: Texas, Commission on Environmental Quality |
| **Accreditation ID:** | T104704453-09-TX |
| **Scope:** | Non-Potable Water |
| **Accreditor:** | State of New Hampshire |
| **Accreditation ID:** | 299409 |
| **Scope:** | Non-potable water |
| **Accreditor:** | State of Georgia |
| **Accreditation ID:** | Chapter 391-3-26 |
| **Scope:** | As per the Georgia EPD Rules and Regulations for Commercial Laboratories, PAES is accredited by the Pennsylvania Department of Environmental Protection Bureau of Laboratories under the National Environmental Laboratory Approval Program (NELAC). |

## CERTIFICATE OF ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Energy Services LLC.



Pace Analytical Energy Services LLC
220 William Pitt Way
Pittsburgh, PA 15238

Phone: (412) 826-5245
Fax: (412) 826-3433

## SAMPLE SUMMARY

Workorder: 20387 MAXINE MINE / 2042884

| Lab ID | Sample ID | Matrix | Date Collected | Date Received |
|---|---|---|---|---|
| 203870001 | SLO1 WATER | Water | 9/20/2016 10:45 | 9/23/2016 15:00 |
| 203870002 | REF1 WATER | Water | 9/20/2016 12:15 | 9/23/2016 15:00 |
| 203870003 | BCDS WATER | Water | 9/20/2016 15:30 | 9/23/2016 15:00 |
| 203870004 | SLO1 | Soil | 9/20/2016 10:45 | 9/23/2016 15:00 |
| 203870005 | REF 1 SED | Soil | 9/20/2016 12:15 | 9/23/2016 15:00 |
| 203870006 | BCDS SED | Soil | 9/20/2016 15:30 | 9/23/2016 15:00 |

Report ID: 20387 - 873851

Page 3 of 11



### CERTIFICATE OF ANALYSIS
This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Energy Services LLC.



Pace Analytical Energy Services LLC
220 William Pitt Way
Pittsburgh, PA 15238

Phone: (412) 826-5245
Fax: (412) 826-3433

## ANALYTICAL RESULTS

Workorder: 20387 MAXINE MINE / 2042884

| Lab ID: | **203870001** | Date Received: | 9/23/2016 15:00 | Matrix: | Water |
|---|---|---|---|---|---|
| Sample ID: | **SLO1 WATER** | Date Collected: | 9/20/2016 10:45 | | |

| Parameters | Results | Units | PQL | MDL | DF | Analyzed | By | Qualifiers |
|---|---|---|---|---|---|---|---|---|
| **Subcontracted Work - SCUP** | | | | | | | | u |
| Analysis Desc: D18O | | | Analytical Method: D18O | | | | | |
| Boron 11 Isotope | **Complete** | | | | | | | s |

Report ID: 20387 - 873851

Page 4 of 11



## CERTIFICATE OF ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Energy Services LLC.



Pace Analytical Energy Services LLC
220 William Pitt Way
Pittsburgh, PA 15238

Phone: (412) 826-5245
Fax: (412) 826-3433

## ANALYTICAL RESULTS

Workorder: 20387 MAXINE MINE / 2042884

| Lab ID: | **203870002** | Date Received: | 9/23/2016 15:00 | Matrix: | Water |
| Sample ID: | **REF1 WATER** | Date Collected: | 9/20/2016 12:15 | | |

| Parameters | Results | Units | PQL | MDL | DF | Analyzed | By | Qualifiers |
|---|---|---|---|---|---|---|---|---|
| **Subcontracted Work - SCUP** | | | | | | | | u |
| Analysis Desc: D18O | | Analytical Method: D18O | | | | | | |
| Boron 11 Isotope | **Complete** | | | | | | | s |

Report ID: 20387 - 873851

Page 5 of 11



## CERTIFICATE OF ANALYSIS
This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Energy Services LLC.



Pace Analytical Energy Services LLC
220 William Pitt Way
Pittsburgh, PA 15238

Phone: (412) 826-5245
Fax: (412) 826-3433

# ANALYTICAL RESULTS

Workorder: 20387 MAXINE MINE / 2042884

| | | | | |
|---|---|---|---|---|
| Lab ID: | **203870003** | Date Received: | 9/23/2016 15:00 | Matrix: Water |
| Sample ID: | **BCDS WATER** | Date Collected: | 9/20/2016 15:30 | |

| Parameters | Results | Units | PQL | MDL | DF | Analyzed | By | Qualifiers |
|---|---|---|---|---|---|---|---|---|
| **Subcontracted Work - SCUP** | | | | | | | | u |
| Analysis Desc: D18O | | Analytical Method: D18O | | | | | | |
| Boron 11 Isotope | **Complete** | | | | | | | s |



# CERTIFICATE OF ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Energy Services LLC.



Pace Analytical Energy Services LLC
220 William Pitt Way
Pittsburgh, PA 15238

Phone: (412) 826-5245
Fax: (412) 826-3433

## ANALYTICAL RESULTS

Workorder:  20387 MAXINE MINE / 2042884

Lab ID:  **203870004**                                   Date Received:  9/23/2016 15:00      Matrix:      Soil
Sample ID:  **SLO1**                                     Date Collected:  9/20/2016 10:45

| Parameters | Results | Units | PQL | MDL | DF | Analyzed | By | Qualifiers |
|------------|---------|-------|-----|-----|----|----------|----|-----------| 
| **Subcontracted Work - SCIT** | | | | | | | | x |
| Analysis Desc: D18O | | Analytical Method: D18O | | | | | | |
| Boron 11 Isotope | **Complete** | | | | | | | s |

Report ID: 20387 - 873851                                                                                            Page 7 of 11



## CERTIFICATE OF ANALYSIS
This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Energy Services LLC.



Pace Analytical Energy Services LLC
220 William Pitt Way
Pittsburgh, PA 15238

Phone: (412) 826-5245
Fax: (412) 826-3433

## ANALYTICAL RESULTS

Workorder: 20387 MAXINE MINE / 2042884

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Lab ID: | **203870005** | | Date Received: | 9/23/2016 15:00 | Matrix: | Soil | |
| Sample ID: | **REF 1 SED** | | Date Collected: | 9/20/2016 12:15 | | | |

| Parameters | Results | Units | PQL | MDL | DF | Analyzed | By | Qualifiers |
|---|---|---|---|---|---|---|---|---|
| **Subcontracted Work - SCIT** | | | | | | | | x |
| Analysis Desc: D18O | | Analytical Method: D18O | | | | | | |
| Boron 11 Isotope | **Complete** | | | | | | | s |



## CERTIFICATE OF ANALYSIS
This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Energy Services LLC.



Pace Analytical Energy Services LLC
220 William Pitt Way
Pittsburgh, PA 15238

Phone: (412) 826-5245
Fax: (412) 826-3433

## ANALYTICAL RESULTS

Workorder: 20387 MAXINE MINE / 2042884

| Lab ID: | **203870006** | Date Received: 9/23/2016 15:00 | Matrix: | Soil |
| Sample ID: | **BCDS SED** | Date Collected: 9/20/2016 15:30 | | |

| Parameters | Results | Units | PQL | MDL | DF | Analyzed | By | Qualifiers |
|---|---|---|---|---|---|---|---|---|
| **Subcontracted Work - SCIT** | | | | | | | | x |
| Analysis Desc: D18O | | Analytical Method: D18O | | | | | | |
| Boron 11 Isotope | **Complete** | | | | | | | s |

Report ID: 20387 - 873851

Page 9 of 11



## CERTIFICATE OF ANALYSIS
This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Energy Services LLC.



Pace Analytical Energy Services LLC
220 William Pitt Way
Pittsburgh, PA 15238

Phone: (412) 826-5245
Fax: (412) 826-3433

## ANALYTICAL RESULTS QUALIFIERS

Workorder:  20387 MAXINE MINE / 2042884

**DEFINITIONS/QUALIFIERS**

| | |
|---|---|
| MDL | Method Detection Limit.  Can be used synonymously with LOD; Limit Of Detection. |
| PQL | Practical Quanitation Limit.  Can be used synonymously with LOQ; Limit Of Quantitation. |
| ND | Not detected at or above reporting limit. |
| DF | Dilution Factor. |
| S | Surrogate. |
| RPD | Relative Percent Difference. |
| % Rec | Percent Recovery. |
| U | Indicates the compound was analyzed for, but not detected at or above the noted concentration. |
| J | Estimated concentration greater than the set method detection limit (MDL) and less than the set reporting limit (PQL). |
| u | Subcontracted to University of Pittsburgh |
| x | Subcontracted to Isotech |
| s | Subcontracted; for any related quality nonconformance see additional report(s) |



### CERTIFICATE OF ANALYSIS

This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Energy Services LLC.



Pace Analytical Energy Services LLC
220 William Pitt Way
Pittsburgh, PA 15238

Phone: (412) 826-5245
Fax: (412) 826-3433

## QUALITY CONTROL DATA CROSS REFERENCE TABLE

Workorder: 20387 MAXINE MINE / 2042884

| Lab ID | Sample ID | Prep Method | Prep Batch | Analysis Method | Analysis Batch |
|--------|-----------|-------------|------------|-----------------|----------------|
| 203870004 | SLO1 | | | D18O | SCIT/1020 |
| *Subcontracted to Isotech* | | | | | |
| 203870005 | REF 1 SED | | | D18O | SCIT/1020 |
| *Subcontracted to Isotech* | | | | | |
| 203870006 | BCDS SED | | | D18O | SCIT/1020 |
| *Subcontracted to Isotech* | | | | | |
| 203870001 | SLO1 WATER | | | D18O | SCUP/1014 |
| *Subcontracted to University of Pittsburgh* | | | | | |
| 203870002 | REF1 WATER | | | D18O | SCUP/1014 |
| *Subcontracted to University of Pittsburgh* | | | | | |
| 203870003 | BCDS WATER | | | D18O | SCUP/1014 |
| *Subcontracted to University of Pittsburgh* | | | | | |

Report ID: 20387 - 873851

Page 11 of 11



## CERTIFICATE OF ANALYSIS
This report shall not be reproduced, except in full,
without the written consent of Pace Analytical Energy Services LLC.

*Pace Analytical*®

| Client: | Pace Analytical New Orleans | | CSIA Center of Excellence |
| | 1000 Riverbend Blvd, Suite F | | Pace Analytical Energy Services |
| | St. Rose, LA 70087 | | 220 William Pitt Way |
| Tel: | 504-469-0333 | | Pittsburgh |
| Report to | Melissa MacNaughton | | Pennsylvania 15238 |
| Project: | Maxine Mine | | United States |
| Project # | 2042884 | | CSIA Work Order # 20387 |
| Email: | melissa.macnaughton@pacelabs.com | | Tel: 412.826.5245 |

### REPORT OF FORENSICS ISOTOPIC ANALYTICAL RESULTS

Date Received: 9/23/2016
Date Reported: 12/14/2016

Samples submitted for $^{11}B/^{10}B$ (‰ NBS) stable isotope ratios of Boron

| Pace CSIA Lab ID | Client's Sample ID Description | $\delta^{11}B$ Boron |
|---|---|---|
| 20387-1 | SLO1 WATER | 18.5 |
| 20387-2 | REF1 WATER | 16.9 |
| 20387-3 | BCDS WATER | 24.6 |
| 20387-4 | SLO1 | $^u$_ |
| 20387-5 | REF1 SED | 15.7 |
| 20387-6 | BCDS SED | 22.4 |

$^u$_ there was no stable signal corresponding to the target analyte

Boron isotopes ($^{11}B$) by Thermal Ionization Mass Spectrometer (TIMS) reported against NBS SRM 951

| | $\delta^{11}B$ Boron |
|---|---|
| Quality Control STDs | |
| QC-1 | |
| QC-2 | |
| Mean | |
| Analytical Precision (1σ) | <1.00 |

### *Pace CSIA Forensic Isotope Services*

Product or Dissolved Organics: Chlorinated Solvents, Oil, Extract, Fraction and Kerogen
  2D-CSIA for 1,4-D PCE TCE DCE VC TCA DCA CT CF DCM CA CM MTBE TBA BTEX CH4 and more; Bulk $^{13}C$, $^2H$, $^{18}O$, $^{34}S$, and $^{15}N$
Gas Sample
  Gas Composition and 2D-CSIA of $^{13}C$ and $^2H$ of C1 to C5; $^{13}C$ of $CO_2$; $^{14}C$ of C1 and $CO_2$; $^{34}S$ of $H_2S$; $^{15}N$ and $^{18}O$ of $N_2O$ gas
Water and Dissolved Inorganics
  $^2H$, $^3H$ and $^{18}O$; $^{34}S$ and $^{18}O$ of dissolved sulfate; $^{34}S$ of dissolved $H_2S$
  $^{15}N$ and $^{18}O$ of dissolved Nitrate; $^{15}N$ of Ammonia; $^{13}C$ of dissolved $CO_2$ and Carbonate/Bicarbonate
Soil and Minerals
  $^{13}C$, $^{18}O$, $^{15}N$, $^{34}S$, D/H; $^{14}C$ of carbonate or organics
Post-Analysis Forensic Isotope Data Interpretation

# Chain of Custody

**Pace Analytical®**
www.pacelabs.com

*(handwritten)* Senate to PACS

**Workorder: 2042884**   **Workorder Name:** Maxine Mine

**Owner Received Date:**   **9/21/2016**   **Results Requested By:**   **10/5/2016**

*(handwritten)* 202767

| Report To | Subcontract To |
|---|---|
| Melissa MacNaughton<br>Pace Analytical New Orleans<br>1000 Riverbend Blvd<br>Suite F<br>St. Rose, LA 70087<br>Phone (504)469-0333 | Pace Analytical Pittsburgh<br>1638 Roseytown Road<br>Suites 2, 3, & 4<br>Greensburg, PA 15601<br>Phone (724)850-5600 |

Requested Analysis

| Item | Sample ID | Sample Type | Collect Date/Time | Lab ID | Matrix | Preserved Containers Unpreserved | ISqT TAEGS qBqTarch | LAB USE ONLY |
|---|---|---|---|---|---|---|---|---|
| 1 | SLO1 WATER | PS | 9/20/2016 10:45 | 2042884001 | Water | 2 | X | |
| 2 | REF1 WATER | PS | 9/20/2016 12:15 | 2042884002 | Water | 1 | X | |
| 3 | BCDS WATER | PS | 9/20/2016 15:30 | 2042884003 | Water | 1 | X | |
| 4 | SLO1 | PS | 9/20/2016 10:45 | 2042884004 | Solid | 1 | X | |
| 5 | REF 1 SED | PS | 9/20/2016 12:15 | 2042884005 | Solid | 1 | X | |
| 6 | BCDS SED | PS | 9/20/2016 15:30 | 2042884006 | Solid | 1 | X | |

Comments

| Transfers | Released By | Date/Time | Received By | Date/Time |
|---|---|---|---|---|
| 1 | *(signature)* | 9-21-16 | *(signature)* Pace Kuryn Ethin | 9-22-16 0950 |
| 2 | *(signature)* Pace | 9/22/16 1700 | *(signature)* Pace | 9/23/16 |
| 3 | *(signature)* Pace | 9/23/16 1400 | *(signature)* Pace | 9/23/16 1500 |

**Cooler Temperature on Receipt** N/A **°C** *(handwritten)* 1°C   **Custody Seal  Y  or  N**   **Received on Ice  Y  or  N** *(circled N)* 1245   **Samples Intact  Y  or  N** *(circled Y)*

***In order to maintain client confidentiality, location/name of the sampling site, sampler's name and signature may not be provided on this COC document.
This chain of custody is considered complete as is since this information is available in the owner laboratory.*

FMT-ALL-C-002rev.00 24March2009

# Cooler Receipt Form

Client Name: _Pace - LA_   Project: _Maxine Mine_   Lab Work Order: _20387_

A. Shipping/Container Information (circle appropriate response)

Courier:   FedEx   UPS   USPS   Client   (Other)  _Pace G_   Air bill Present:   Yes   No

Tracking Number: _____

Custody Seal on Cooler/Box Present:   Yes   (No)     Seals Intact:   Yes   No

Cooler/Box Packing Material:   Bubble Wrap   Absorbent   Foam   (Other) _____

Type of Ice:   (Wet)   Blue   None     Ice Intact:   (Yes)   Melted

Cooler Temperature: _1°C_     Radiation Screened:   Yes   (No)     Chain of Custody Present:   (Yes)   No

Comments: _____

B. Laboratory Assignment/Log-in (check appropriate response)

| | YES | NO | N/A | Comment Reference non-Conformance |
|---|---|---|---|---|
| Chain of Custody properly filled out | ✓ | | | |
| Chain of Custody relinquished | ✓ | | | |
| Sampler Name & Signature on COC | | ✗ | X | |
| Containers intact | ✓ | | | |
| Were samples in separate bags | | ✓ | | |
| Sample container labels match COC Sample name/date and time collected | | ✓ | | |
| Sufficient volume provided | ✓ | | | |
| PAES containers used | | | ✓ | |
| Are containers properly preserved for the requested testing? (as labeled) | | | ✓ | |
| If an unknown preservation state, were containers checked? Exception:  VOA's  coliform | | | | If yes, see pH form. |
| Was volume for dissolved testing field filtered, as noted on the COC?  Was volume received in a preserved container? | | | ✓ | |

Comments: _____

Cooler contents examined/received by : _LY_   Date: _9.23.16_

Project Manager Review : _RW_   Date: _9-26-16_

NON-CONFORMANCE FORM

PAES Work Order #: _20387_

Date: _9. 23.16_   Time of Receipt: _1500_   Receiver: _CS_

Client: _Pace_

REASON FOR NON-CONFORMANCE:

_SL01: Time on original label was 13:15_

ACTION TAKEN:

Client name: _____   Date: _____   Time: _____

_Logged in per CoC_

Customer Service Initials: _RW_   Date: _9-26-16_

F-PAE-Q-014-rev.00, 20 Nov2014