FILED
2021 Aug-27 PM 03:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

# SITE PHOTOS

| | |
|---|---|
| **Photo 1.**<br><br>Image from Google Earth depicting location of work. |  |
| **Photo 2.**<br><br>Aerial drone photo prior to remediation work. |  |

# SITE PHOTOS

| | |
|---|---|
| **Photo 3.**<br><br>Same area in Spring 2021. Vegetation taking hold. |  |
| **Photo 4.**<br><br>Same area with vegetation fully established. |  |