# Exhibit B



Location of work



Aerial drone "before" photo

# SITE PHOTOS

**Photo 1.**

Edge of 3-Acre Revegetation area on July 6th, 2021 before clearing.



**Photo 2.**

Regraded barren area prepared for revegetation. About 3 acres in area. Facing east toward Locust Fork.

Pile of agricultural limestone.

Photo taken on July 13th during site visit.



**SITE PHOTOS**

| | |
|---|---|
| **Photo 3.**<br><br>July 16th after lime applied and disked in.<br><br>Seed and fertilizer were applied on July 20th, 2021 |  |
| **Photo 4.**<br><br>August 2nd, 2021, with vegetation emerging. |  |

# SITE PHOTOS

| | |
|---|---|
| **Photo 5.**<br><br>August 17th, 2021 with vegetation becoming established. |  |