# Exhibit C

     

Initial Test Wells Installation    Buckets of Coarse Refuse Material    Buckets rigged for water testing

  

Mixing of Mulch Products, Saturation of Mulch,  Barrel Testing Setup

    

Surfacing Existing Access Road  into the Maxine Property Site    Revegetated Access Road

   

Debris from Existing OLC3, Cleaning OLC3, Prepping and Installing Non-Penetrable Liner

    

Calcitic Lime Bedding OLC3, Calcitic Bed at Waterfalls OLC3, Spreading Calcitic Bed, Calcitic Bed at South OLC3 Discharge

  

Installing Calcitic Limestone Rip-Rap, Rip-Rap Calcitic Lined South OLC3

{B4106669}

  

Installed Test Water Pit Pipe, Reclaimed Water Test Pit Site

   

Spreading of Limestone, Factory Manure, and Brewer's Mash with light surface mixing

  

More pictures of Liming                                                                                                    More Pictures of Manure

  

More Pictures of Industrial Grade Manure Spreading

{B4106669}



{B4106669}

 

Digging and Installing the Open Lined Channel (OLC4) from the SEEP 5 in the most northwesten gullies

 

Digging Bio-Reactive Treatment Sump in OLC4

  

Installing an impervious liner in OLC4

{B4106669}

   

Prep Bio-Reactive Material In OLC4                    Installing Bio-Reactive Material in OLC4

  

Lining with Bio-Reactive Material OLC4

   

Digging and Installing a Cutoff Trench with bentonite in the OLC4 at SEEP discharge location

  

Extending the OLC4 over the bentonite cut-off trench, up into the SEEP in the most northwestern gullies

{B4106669}


Extending the OLC4 up into the most northwestern gullies

   
Installing Limestone on top of Mix of Brewer's Mash        Limestone in the lower section OLRC

  
Clay/Topsoiling Activities Lower Basin

  
Clay/Topsoiling activities Lower Basin

{B4106669}

  

Clay/Topsoiling activities (Lower Basin)

  

Installing cross-drain channels in Lower Basin (1 of 4)

  

Re-liming Clay/Topsoil Cross Flow Channel Disturbance (Lower Basin)

  

Installing Cross Drain Impervious Liner, Calcitic Limestone, and Calcitic Rip-Rap (Tie into OLC3)

{B4106669}



Clay/Topsoiling activities (Upper Basin)

 

Re-Liming Clay/Topsoil (Upper Basin)

   

Weirs installed at Seep 3 along the river at the spillway approximately 12inches above river elevation
Monitoring of Seep 3 Discharge Rates after infiltration flows have been cut-off with OLC drainage courses and Clay

{B4106669}




OLC3 Functioning Well.  Water clarity is very good.  Iron stain indicates alkaline material is functioning.



TERRACE DAM and COLLECTION POD FUNCTIONING WELL

Since March, 2021 these terraces have functioned to collect any sediment erosion from the drainage courses. Measurements indicate less than 300 yards of eroded material has occurred

{B4106669}