# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **BLACK WARRIOR RIVER-KEEPER, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 2:16-cv-01443-AKK** |
| v. ) | |
| ) | |
| **DRUMMOND COMPANY, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## <u>BLACK WARRIOR RIVERKEEPER'S WITNESS LIST</u>

Pursuant to the Court's April 4, 2022 Pretrial Order (Doc. 125), Black Warrior Riverkeeper ("BWR") submits this list of individuals whom it expects to call or may call to testify in the trial of this action. This list does not include witnesses that will be called or may be called solely for impeachment in accordance with Fed. R. Civ. P. 26(a)(3).

Pursuant to Rules 702, 703, 704 and 705 of the Federal Rules of Evidence, BWR identifies the following witnesses who it expects to present at trial:

1. **Anthony Brown**
   Principal Hydrologist
   Aquilogic, Inc.
   245 Fischer Avenue, Suite D-2
   Costa Mesa, CA 92626
   Telephone: (714) 770-8040
   Email: anthony.brown@aquilogic.com

2. **Gordon Johnson, M.Sc., P.Eng.**
   Civil and Geotechnical Engineer
   Burgess Environmental
   Telephone: (403) 249-1684
   Email: burgessenv@shaw.ca

3. **Robert Hedin, Ph.D.**
   President, Hedin Environmental
   195 Castle Shannon Boulevard
   Pittsburgh, PA 15228
   Telephone: (412) 977-4234
   Email: bhedin@hedinenv.com

4. **Carys L. Mitchelmore, Ph.D.**
   Associate Professor
   Chesapeake Biological Laboratory
   University of Maryland Center for Environmental Science
   146 Williams Street
   Solomons, MD 20688
   Telephone: (410) 326-7283
   Email: mitchelmore@umces.edu

5. **Alexander Huryn, Ph.D.**
   Professor, Department of Biological Sciences, Aquatic Biology Program
   University of Alabama
   2107 Bevill Building
   Tuscaloosa, AL 35487
   Telephone: (205) 348-4136
   Email: huryn@bama.ua.edu

6. **Natasha Dimova, Ph.D.**
   Assistant Professor in Hydrogeology and Geochemistry
   Department of Geological Sciencies
   University of Alabama
   2034 Bevill Building
   Tuscaloosa, AL 35487
   Telephone: (205) 348-0256
   Email: ntdimova@as.ua.edu

BWR also expects to call the following fact witnesses and/or witnesses disclosed pursuant to 26(a)(1) and 26(a)(2)(B) of the Federal Rules of Civil Procedure:

7. **Nelson Brooke**[1]
   Riverkeeper and Member
   Black Warrior Riverkeeper
   712 37th Street South
   Birmingham, AL 35222
   Telephone: (205) 458-0095
   Email: nbrooke@blackwarriorriver.org

8. **Jo Ellen Tuggle**
   Member, Black Warrior Riverkeeper
   712 37th Street South
   Birmingham, AL 35222
   Telephone: (205) 458-0095

9. **Rodney Tuggle**
   Member, Black Warrior Riverkeeper
   712 37th Street South
   Birmingham, AL 35222
   Telephone: (205) 458-0095

10. **Buddy Vines**
    Member, Black Warrior Riverkeeper
    712 37th Street South
    Birmingham, AL 35222
    Telephone: (205) 458-0095

11. **Julie Burchfield**
    Member, Black Warrior Riverkeeper
    712 37th Street South
    Birmingham, AL 35222
    Telephone: (205) 458-0095

---

[1] Black Warrior Riverkeeper's address and telephone is provided for the organization's members.

12. **Edwina Greenwood**
    Member, Black Warrior Riverkeeper
    712 37th Street South
    Birmingham, AL 35222
    Telephone: (205) 458-0095

13. **Jane Johnson**
    Member, Black Warrior Riverkeeper
    712 37th Street South
    Birmingham, AL 35222
    Telephone: (205) 458-0095

Pursuant to Fed. R. Civ. P. 26(a)(3)(A), BWR identifies the following witnesses it may call if the need arises:

14. **John Kinney, M.S.**
    Staff Scientist
    Black Warrior Riverkeeper
    712 37th Street South
    Birmingham, AL 35222
    Telephone: (205) 458-0095
    Email: jkinney@blackwarriorriver.org

15. **Jovian Sackett**
    Senior Geospatial Analyst
    Southern Environmental Law Center
    601 West Rosemary Street, Suite 220
    Chapel Hill, NC 27516
    Telephone: (919) 967-1450
    Email: jsackett@selcnc.org

16. **Hunter Nichols**
    Hunter Nichols Productions
    770 Hollybrook Lake Road
    Leeds, Alabama 35094
    Telephone: (205) 368-9257
    Email: hunter@hnproductions.com

17. **Spencer Randle**
    c/o Black Warrior Riverkeeper
    712 37th Street South
    Birmingham, AL 35222
    Telephone: (205) 458-0095

18. **Elizabeth G. Dobbins**
    Professor, Biological and Environmental Sciences
    Samford University, Howard College of Arts and Sciences
    Propst Hall 117
    815 Montague Drive
    Homewood, AL 35209
    (205) 726-2937
    Email: egdobbin@samford.edu

19. **Michael Heard**
    Sutherland Environmental Testing
    2515 5th Avenue South
    Birmingham, AL 35233
    Telephone: (205) 581-9500

20. **Erin Ernst B.Sc, M.Sc., P.Geo., Geophysicist**
    **Alastair McClymont, Ph.D., P.Geo., Senior Geophysicist**
    **Chris Slater**
    **Doug MacLean**
    Advisian
    151 Canada Olympic Rd SW, Suite 500
    Calgary, AB T3B 6B7
    Canada
    Telephone: (403) 247-0200

21. **Jason Wilson, Project Manager**
    TestAmerica Laboratories, Inc.
    TestAmerica Pensacola
    3355 McLemore Drive
    Pensacola, FL 32514
    Telephone: (251) 706-3217

22. **Brett Muckey**
    **Brittany Barthaller**

 

    **Kathy McKinley**
    TestAmerica
    1100 NE Circle Boulevard, Suite 310
    Corvallis, Oregon 97330
    Telephone: (541) 207-0995

23. **Melissa MacNaughton, Project Manager**
    Pace Analytical Services, LLC
    1000 Riverbend Blvd, Suite F
    St. Rose, LA 70087
    Telephone: (504) 469-0333
    Email: Melissa.MacNaughton@pacelabs.com

24. **Larry Barwick**
    Abandoned Mine Lands Division
    State of Alabama Department of Industrial Relations
    Suite 100, 11 West Oxmoor Road
    Birmingham, AL 35209

25. **Barry Sulkin**
    Environmental Consultant
    4443 Pecan Valley Road
    Nashville, TN 37218
    Telephone: (615) 255-2079
    Email: sulkin@hughes.net

26. Any individual appearing on Drummond Company, Inc.'s witness list.

27. Any witness who may be needed for impeachment or rebuttal purposes.

28. Any witness who may be needed to authenticate an exhibit.

Respectfully submitted this the 11th day of April, 2022.

**s/Barry Brock**

| | |
|---|---|
| Barry Brock (ASB-9137-B61B)<br>Southern Environmental Law Center<br>2829 Second Avenue S., Ste. 282<br>Birmingham, AL 35233<br>tel: (205) 745-3060<br>fax: (205) 745-3064<br>bbrock@selcal.org | Eva L. Dillard (ASB-4118-A59E)<br>Black Warrior Riverkeeper, Inc.<br>710 37th Street South<br>Birmingham, AL 35222-3206<br>tel: (205) 458-0095<br>fax: (205) 458-0094<br>edillard@blackwarriorriver.org |
| Hutton Brown (*admitted pro hac vice*)<br>Chris Bowers (*admitted pro hac vice*)<br>Southern Environmental Law Center<br>Ten 10th Street NW #1050<br>Atlanta, GA 30309<br>tel: (404) 521-9900<br>fax: (404) 521-9909<br>hbrown@selcga.org<br>cbowers@selcga.org | James Hecker (*admitted pro hac vice*)<br>Public Justice<br>1620 L Street NW, Ste. 630<br>Washington, DC 20006<br>tel: (202) 797-8600<br>fax: (202) 232-7203<br>jhecker@publicjustice.net |

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2022, the foregoing Plaintiff Black Warrior Riverkeeper's Witness List was filed with the Clerk of Court using the CM/ECF system which will send notifications of such filing and service copies to the following:

William A. Davis, III
Richard E. Davis
Alfred H. Perkins, Jr.
H. Thomas Wells, III

Starnes Davis Florie, LLP
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
tel: (205) 868-6000
fax: (205) 868-6099
RDavis@starneslaw.com
TDavis@starneslaw.com
APerkins@starneslaw.com
TWells@starneslaw.com

*Attorneys for Defendant*

                                                     **s/Barry Brock**
                                                     Of Counsel