FILED
2022 Apr-18 PM 07:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **BLACK WARRIOR RIVER-** | ) | |
| **KEEPER, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 2:16-cv-01443-AKK** |
| v. | ) | |
| | ) | |
| **DRUMMOND COMPANY, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## **BLACK WARRIOR RIVERKEEPER'S LIST OF TRIAL EXHIBITS**

Pursuant to the Court's April 7, 2022 Order (Doc. 128), and Federal Rule of Civil Procedure 26(a)(3)(A), Plaintiff Black Warrior Riverkeeper ("BWR") hereby submits its list of exhibits it expects to offer or may offer at the trial of this action. Exhibits that BWR expects to offer are included as "**Attachment A**" to this filing.

Pursuant to Fed. R. Civ. P. 26(a)(3)(A), BWR may offer (1) any document or record needed for authentication purposes, (2) any document or record filed with the Court in this action or listed by Drummond, and (3) any document or record needed for impeachment or rebuttal purposes.

Respectfully submitted this 18th day of April, 2022.

/s/ Barry Brock
Barry Brock (ASB-9137-B61B)
Southern Environmental Law Center
2829 Second Avenue S., Ste. 282
Birmingham, AL 35233
tel: (205) 745-3060
fax: (205) 745-3064
bbrock@selcal.org

Hutton Brown (*admitted pro hac vice*)
Christopher J. Bowers *(admitted pro hac vice)*
Southern Environmental Law Center
Ten 10th Street NW #1050
Atlanta, GA 30309
tel: (404) 521-9900
fax: (404) 521-9909
hbrown@selcga.org
cbowers@selcga.org

Eva L. Dillard (ASB-4118-A59E)
Black Warrior Riverkeeper, Inc.
710 37th Street South
Birmingham, AL 35222-3206
tel: (205) 458-0095
fax: (205) 458-0094
edillard@blackwarriorriver.org

James Hecker (*admitted pro hac vice*)
Public Justice
1620 L Street NW, Ste. 630
Washington, DC 20006
tel: (202) 797-8600
fax: (202) 232-7203
jhecker@publicjustice.net

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2022, the foregoing BWR's List of Trial Exhibits, was filed with the Clerk of Court using the CM/ECF system which will send notifications of such filing and service copies to the following:

Richard E. Davis
William A. Davis, III
Alfred H. Perkins, Jr.
H. Thomas Wells, III
Starnes Davis Florie, LLP
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
tel: (205) 868-6000
fax: (205) 868-6099
RDavis@starneslaw.com
WDavis@starneslaw.com
APerkins@starneslaw.com
TWells@starneslaw.com

*Attorneys for Defendant*

                                                              /s/ Barry Brock
                                                              Of Counsel