FILED
 2022 May-03  PM 03:46
U.S. DISTRICT COURT
    N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **BLACK WARRIOR RIVER-KEEPER, INC.,** ) ) ) **Plaintiff,** ) ) **v.** ) ) **DRUMMOND COMPANY, INC.,** ) ) **Defendant.** ) | Civil Action Number **2:16-CV-01443-AKK** |

## ORDER

Based on the parties' representation that they have settled this case, the court **STAYS** the remaining pretrial deadlines and **CANCELS** the trial date set for May 9, 2022. The court **ORDERS** the parties to provide the court with the proposed Consent Decree by May 18, 2022.

**DONE** the 3rd day of May, 2022.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE